IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HORNBLOWER HOLDINGS LLC, *et al.*,[1] | ) Case No. 24-90061 (MI) |
| | ) |
| | ) **(Joint Administration Requested)** |
| Debtor. | ) |
| | ) |

**NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASE**

On February 21, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). The Debtors believe that these jointly administered cases qualify as complex chapter 11 cases because:

__X__  The debtors have total debt of more than $10 million;

__X__  There are more than 50 parties-in-interest in this case;

_____  Claims against the debtors are publicly traded;

_____  Other (Substantial explanation is required. Attach additional sheets if necessary.)

---

[1] The last four digits of Debtor Hornblower Holdings LLC's tax identification number are 6035. Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Hornblower. The location of the Debtors' service address for purposes of these chapter 11 cases is: Pier 3 on The Embarcadero, San Francisco, CA 94111.

WHEREFORE, the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as the Court may deem just and proper.

Dated:   Houston, Texas
         February 21, 2024                         Respectfully submitted,

                                                   By: */s/ John F. Higgins*
                                                   **PORTER HEDGES LLP**
                                                   John F. Higgins (TX Bar No. 09597500)
                                                   M. Shane Johnson (TX Bar No. 24083263)
                                                   Megan Young-John (TX Bar No. 24088700)
                                                   1000 Main St., 36th Floor
                                                   Houston, Texas 77002
                                                   Telephone: (713) 226-6000
                                                   Facsimile: (713) 226-6248
                                                   jhiggins@porterhedges.com
                                                   sjohnson@porterhedges.com
                                                   myoung-john@porterhedges.com

                                                   - and –

                                                   **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                                                   Paul M. Basta (pending *pro hac vice*)
                                                   Jacob A. Adlerstein (pending *pro hac vice*)
                                                   Kyle J. Kimpler (pending *pro hac vice*)
                                                   Sarah Harnett (pending *pro hac vice*)
                                                   Neda Davanipour (pending *pro hac vice*)
                                                   1285 Avenue of the Americas
                                                   New York, New York 10019
                                                   Telephone: (212) 373-3000
                                                   Facsimile: (212) 757-3990
                                                   pbasta@paulweiss.com
                                                   jadlerstein@paulweiss.com
                                                   kkimpler@paulweiss.com
                                                   sharnett@paulweiss.com
                                                   ndavanipour@paulweiss.com

                                                   *Proposed Counsel to the Debtors and the Debtors in Possession*

## Certificate of Service

      I hereby certify that a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' proposed claims, noticing, and solicitation agent.

Dated: Houston, Texas
      February 21, 2024               */s/ John F. Higgins*
                                         John F. Higgins