**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HORNBLOWER HOLDINGS LLC, *et al.*,[1] | ) Case No. 24-90061 (MI) |
| | ) |
| | ) (Joint Administration Requested) |
| Debtor. | ) |
| | ) |

**ORDER GRANTING COMPLEX**
**CHAPTER 11 BANKRUPTCY CASE TREATMENT**
[Relates to Docket No. [  ]]

These jointly administered bankruptcy cases were filed on February 21, 2024. A Notice of Designation as Complex Chapter 11 Bankruptcy Case was filed. Based on its review of the initial pleadings, the Court concludes that the complex chapter 11 case designation is appropriate. Accordingly, the Court orders:

1. The Procedures for Complex Cases in the Southern District of Texas apply to these cases. The procedures are posted on the Court's website. Compliance with the procedures is required.

2. The Debtors must give notice of this Order to all parties-in-interest within seven days. If a party-in-interest objects to the provisions of this Order, that party may file an appropriate motion within 14 days after service of the Order.

---

[1] The last four digits of Debtor Hornblower Holdings LLC's tax identification number are 6035. Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Hornblower. The location of the Debtors' service address for purposes of these chapter 11 cases is: Pier 3 on The Embarcadero, San Francisco, CA 94111.

3. The Bankruptcy Local Rules for the Southern District of Texas (the "<u>Local Bankruptcy Rules</u>") apply to this case, subject to the following modifications:

    a. Local Bankruptcy Rule 1001-1(b) does not apply.

    b. Rule 83.1 of the Local Rules of the U.S. District Court of the Southern District of Texas (the "<u>Local Rules of the District Court</u>") applies.

    c. Appendix A to the Local Rules of the District Court applies.

    d. If a conflict exists between the Local Bankruptcy Rules and the Procedures for Complex Cases in the Southern District of Texas, the Procedures for Complex Cases in the Southern District of Texas govern.

Houston, Texas
Dated: _____, 2024

                                      MARVIN ISGUR
                                      UNITED STATES BANKRUPTCY JUDGE