IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| HORNBLOWER HOLDINGS LLC, *et al.*,[1] | ) Case No. 24-90061(MI) |
|  | ) |
| Debtors. | ) (Joint Administration Requested) |
|  | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that that Haynes and Boone, LLP ("Haynes and Boone") and Milbank LLP ("Milbank") appear as counsel for the Ad Hoc Group of Lenders, in the above-captioned Chapter 11 case pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases, be transmitted to:

| HAYNES AND BOONE, LLP | MILBANK LLP |
|---|---|
| Patrick L. Hughes | Evan R. Fleck (*pro hac vice* pending) |
| Charles A. Beckham, Jr. | Matthew L. Brod (*pro hac vice* pending) |
| Re'Necia Sherald | 55 Hudson Yards |
| 1221 McKinney Street, Suite 4000 | New York, NY 10001 |
| Houston, TX 77010 | Telephone: 212.530.5000 |
| Telephone: 713.547.2000 | Email: efleck@milbank.com |
| Email: patrick.hughes@haynesboone.com | Email: mbrod@milbank.com |
| Email: charles.beckham@haynesboone.com |  |
| Email: renecia.sherald@haynesboone.com |  |

---

[1] The last four digits of Debtor Hornblower Holdings LLC's tax identification number are 6035. Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Hornblower. The location of the Debtors' service address for purposes of these chapter 11 cases is: Pier 3, The Embarcadero, San Francisco, CA 94111.

|  | Andrew M. Leblanc (*pro hac vice* pending)<br>1850 K St. NW, Suite 1100<br>Washington, DC 20006<br>Telephone: 202.835.7500<br>Email: aleblanc@milbank.com |
|---|---|

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Ad Hoc Group of Lenders to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 21, 2024

Respectfully submitted,

By: */s/ Patrick L. Hughes*

| | |
|---|---|
| Patrick L. Hughes | **MILBANK LLP** |
| Texas Bar No. 10227300 | Evan R. Fleck (*pro hac vice* pending) |
| Charles A. Beckham, Jr. | Matthew L. Brod (*pro hac vice* pending) |
| Texas Bar No. 02016600 | 55 Hudson Yards |
| Re'Necia Sherald | New York, NY 10001 |
| Texas Bar No. 24121543 | Telephone: 212.530.5000 |
| **HAYNES AND BOONE, LLP** | Email: efleck@milbank.com |
| 1221 McKinney Street, Suite 4000 | Email: mbrod@milbank.com |
| Houston, Texas 77010 | |
| Telephone.: (713) 547-2000 | -and- |
| Email: charles.beckham@haynesboone.com | |
| Email: patrick.hughes@haynesboone.com | **MILBANK LLP** |
| Email: renecia.sherald@haynesboone.com | Andrew M. Leblanc (*pro hac vice* pending) |
| | 1850 K. St. NW, Suite 1100 |
| **PROPOSED COUNSEL FOR THE** | Washington, DC 20006 |
| **AD HOC GROUP OF LENDERS** | Telephone: 202.835.7500 |
| | Email: aleblanc@milbank.com |
| | |
| | **PROPOSED COUNSEL FOR THE** |
| | **AD HOC GROUP OF LENDERS** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2024, a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case.

*/s/ Patrick L. Hughes*
Patrick L. Hughes