United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 )<br>) Case No. 24-90061 (MI)<br>HORNBLOWER HOLDINGS LLC, *et al.*,[1] ) )<br>) (Jointly Administered)<br>) Debtors. ) ) |

**ORDER (I) AUTHORIZING THE DEBTORS TO
(A) FILE A CONSOLIDATED LIST OF CREDITORS,
(B) FILE A CONSOLIDATED LIST OF THE 30 LARGEST
UNSECURED CREDITORS, AND (C) REDACT CERTAIN PERSONAL
IDENTIFICATION INFORMATION; (II) WAIVING OR MODIFYING THE
REQUIREMENT TO FILE A LIST OF EQUITY SECURITY HOLDERS;
(III) APPROVING THE FORM AND
MANNER OF NOTIFYING CREDITORS OF THE COMMENCEMENT OF
THESE CHAPTER 11 CASES; AND (IV) GRANTING RELATED RELIEF**

[Relates to Docket No. 5]

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) authorizing the Debtors to (i) file a consolidated creditor matrix in lieu of submitting separate mail matrices for each Debtor, (ii) file a consolidated list of their 30 largest unsecured creditors, and (iii) redact certain personal identification information; (b) waiving or modifying the requirement to file a list of equity security holders for Debtor Hornblower Holdings LP; (c) approving the form and manner of the Notice of Commencement and the scheduling of the meeting of the creditors under section 341 of the

---

[1] The last four digits of Debtor Hornblower Holdings LLC's tax identification number are 6035. Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Hornblower. The location of the Debtors' service address for purposes of these chapter 11 cases is: Pier 3 on The Embarcadero, San Francisco, CA 94111.

Bankruptcy Code; and (d) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Debtors are authorized, but not directed, to file a single consolidated Creditor Matrix for all of these chapter 11 cases.

2. The Debtors are authorized, but not directed, to file the consolidated Top 30 List.

3. The Debtors are authorized to redact the home address information in respect of individual current and former employees, directors, creditors, and equityholders (to the extent such creditors or equityholders are natural persons) of the Debtors listed on the Creditor Matrix or similar documents filed with the Court; *provided*, that the Debtors shall provide, upon request (which may be made via email), an unredacted version of the Creditor Matrix to the Court, the

U.S. Trustee, and any statutory committees appointed in these chapter 11 cases, and to any party in interest that represents that the unredacted list will be utilized solely for giving notice in the chapter 11 cases, and otherwise be maintained in confidence, and covenants not to transfer or otherwise provide such unredacted personally identifiable information to any person or entity not party to that request. The Debtors shall inform the U.S. Trustee and the Court promptly after denying any request for an unredacted document pursuant to this Order.

4. The requirements to file a list of equity security holders as to Debtor Hornblower Holdings LP are waived to the extent such equity security holders are individual current and/or former employees.

5. Within 5 business days of the entry of this Order, the Debtors shall serve the Notice of Commencement, substantially in the form attached hereto as <u>Exhibit 1</u>, on the Creditor Matrix and such service of the Notice of Commencement shall be deemed adequate and sufficient notice of (a) the commencement of these chapter 11 cases and (b) the scheduling of the meeting of creditors under section 341 of the Bankruptcy Code.

6. The Debtors shall cause the Notice of Commencement (with such changes as may be required for publication) to be published once in the *New York Times* and once in the *San Francisco Chronicle*, in each case, within seven days after entry of this Order or as soon as practicable thereafter and the form of the publication notice is hereby approved and authorized pursuant to Bankruptcy Rule 2002(l).

7. Notice of the Motion as provided therein is hereby deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: February 21, 2024

_____
Marvin Isgur
United States Bankruptcy Judge

# Exhibit 1

**Proposed Notice of Commencement**

| Information to identify the case: | |
|---|---|
| Debtor   **Hornblower Holdings LLC,** *et al*. | EIN: 61-2116035 |
| United States Bankruptcy Court for the Southern District of Texas | Date case filed for chapter 11: **02 / 21 / 2024**<br>MM / DD / YYYY |
| Case number:   **24-90061 (MI)** | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                                               12/15

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | **See Rider 1** | |
| 2. | **All other names used in the last 8 years** | **See Rider 2** | |
| 3. | **Address** | Pier 3 on The Embarcadero, San Francisco, CA 94111 | |
| 4. | **Debtor's attorney**<br>Name and address | **Porter Hedges LLP**<br>**1000 Main Street, 36th Floor**<br>**Houston, TX 77002**<br>  Attn   John F. Higgins<br>           M. Shane Johnson<br>           Megan Young-John<br>Telephone:<br>Email:<br><br>                    -and-<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>**1285 Avenue of the Americas**<br>**New York, New York  10019**<br>  Attn   Paul M. Basta (pending *pro hac vice*)<br>           Jacob A. Adlerstein (pending *pro hac vice*)<br>           Kyle J. Kimpler (pending *pro hac vice*)<br>           Sarah Harnett (pending *pro hac vice*) | (713) 226-6000<br>jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com |

| Debtor | **Hornblower Holdings LLC,** *et al.* | Case Number) **Case No. 24-90061 (MI)** |
|---|---|---|

|   |   |   |
|---|---|---|
|  | Neda Davanipour (pending *pro hac vice*)<br>Telephone:<br>Facsimile:<br>Email: | (212) 373-3000<br>(212) 757-3990<br>pbasta@paulweiss.com<br>jadlerstein@paulweiss.com<br>kkimpler@paulweiss.com<br>sharnett@paulweiss.com<br>ndavanipour@paulweiss.com |
| 5. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | **Clerk's Office:**<br>**Bob Casey United States Courthouse**<br>**515 Rusk Street**<br>**Houston TX 77002**<br><br>**Debtors' Claims, Noticing Solicitation and Administrative Agent**<br>**If by First-Class Mail:**<br>Hornblower Holdings LLC Claims Processing Center<br>c/o Omni Agent Solutions, Inc.<br>5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367<br><br>U.S. toll-free: (888) 504-8055<br>International: (747) 263-0163<br>Email: HornblowerInquiries@OmniAgnt.com<br>Case website: https://omniagentsolutions.com/Hornblower<br><br>**All documents in this case are available free of charge on the Omni website at https://omniagentsolutions.com/Hornblower** | Hours open Monday – Friday 8:00 a.m. - 5:00 p.m.<br>Contact Phone (713) 250-5500 |
| 6. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **To Be Determined**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Dial-in: To Be Determined**<br>**Participant Code:** |
| 7. **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice.<br><br>Proofs of claim may be filed electronically (no paper claim required) on the Court's ECF system, by accessing the E-filing Claims (ePOC) link (at www.txs.uscourts.gov/bankruptcy) or through the claims agent's portal at https://omniagentsolutions.com/Hornblower.<br><br>Paper copies of completed proofs of claim may be submitted to Omni Agent Solutions, Inc., as the official claims agent for these cases.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.txs.uscourts.gov/bankruptcy, any bankruptcy clerk's office or on the claims agent's website at https://omniagentsolutions.com/Hornblower.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>☐ your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>☐ you file a proof of claim in a different amount; or<br>☐ you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office, online at www.pacer.gov or on the claims agent's website at https://omniagentsolutions.com/Hornblower.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |  |

| Debtor | **Hornblower Holdings LLC,** *et al*. | Case Number) **Case No. 24-90061 (MI)** |

| | | |
|---|---|---|
| 8. | **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). <br><br> **Deadline for filing the complaint: To Be Determined** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

**Rider 1**
**List of Jointly Administered Cases**

| Debtor(s) | Case Number | Tax ID Number |
|---|---|---|
| Hornblower Holdings LLC **(Lead Case)** | Case No. 24-90061 | 61-2116035 |
| Alcatraz Cruises, LLC | Case No. 24-90062 | 20-3965680 |
| Alcatraz Fleet, LLC | Case No. 24-90063 | 74-3257611 |
| Alcatraz Freedom, LLC | Case No. 24-90066 | 84-2908160 |
| Alcatraz Island Services, LLC | Case No. 24-90075 | 16-1773774 |
| American Countess, LLC | Case No. 24-90080 | 81-3707563 |
| American Duchess, LLC | Case No. 24-90082 | 81-3497775 |
| American Queen HoldCo, LLC | Case No. 24-90086 | 38-4077314 |
| American Queen Holdings, LLC | Case No. 24-90095 | 81-4605272 |
| American Queen Steamboat Operating Company, LLC | Case No. 24-90100 | 35-2410122 |
| American Queen Sub, LLC | Case No. 24-90104 | 38-4077314 |
| Anchor Mexico Holdings, LLC | Case No. 24-90108 | 88-3590412 |
| Anchor Operating System, LLC | Case No. 24-90113 | 86-2254555 |
| ASG Advisors, LLC | Case No. 24-90119 | N/A |
| Babarusa, LLC | Case No. 24-90124 | N/A |
| Bay State, LLC | Case No. 24-90126 | 83-0508085 |
| Booth Primary, LLC | Case No. 24-90132 | N/A |
| Boston Harbor Cruises, LLC | Case No. 24-90137 | 84-2528566 |
| Choi Advisory, LLC | Case No. 24-90138 | N/A |
| City Cruises Ltd. | Case No. 24-90072 | 888886772 |
| City Cruises Café, LLC | Case No. 24-90064 | 87-3416472 |
| City Ferry Transportation Services, LLC | Case No. 24-90081 | 66-0999698 |
| Colugo Liner, LLC | Case No. 24-90085 | N/A |
| Cruising Excursions Ltd. | Case No. 24-90089 | 888886773 |
| Cruising Excursions Transport, Ltd. | Case No. 24-90094 | 888886774 |
| Eon Partners, LLC | Case No. 24-90099 | 80-0870280 |
| Falls Mer, LLC | Case No. 24-90105 | N/A |
| Ferryboat Santa Rosa, LLC | Case No. 24-90109 | 90-0839571 |
| Gharian Holdings, LLC | Case No. 24-90112 | N/A |
| Gourd Management, LLC | Case No. 24-90118 | N/A |
| HBAQ Holdings, LLC | Case No. 24-90122 | 88-0618801 |
| HBAQ Holdings, LP | Case No. 24-90125 | 88-0706725 |
| HMS American Queen Steamboat Company, LLC | Case No. 24-90131 | 80-0727887 |
| HMS Ferries, Inc. | Case No. 24-90141 | 36-4691740 |
| HMS Ferries – Puerto Rico, LLC | Case No. 24-90136 | 66-0933950 |
| HMS Global Maritime, Inc. | Case No. 24-90144 | 94-3014623 |
| HMS Global Maritime, LLC | Case No. 24-90101 | 82-5130520 |
| HMS Vessel Holdings, LLC | Case No. 24-90106 | 87-4334828 |
| HMS-Alabama, Inc. | Case No. 24-90115 | 06-1747255 |
| HMS-Oklahoma, Inc. | Case No. 24-90120 | 26-1091456 |
| HMS-WestPac, Inc. | Case No. 24-90130 | 35-2190944 |
| HNY Ferry, LLC | Case No. 24-90146 | 81-1390945 |
| HNY Ferry II, LLC | Case No. 24-90142 | 92-1252771 |
| HNY Ferry Fleet, LLC | Case No. 24-90134 | 81-1423025 |
| Hornblower Cable Cars, Inc. | Case No. 24-90151 | 47-5160136 |
| Hornblower Canada Co. | Case No. 24-90068 | 85107 4716 RT0001 |
| Hornblower Canada Entertainment Ltd. | Case No. 24-90071 | 888886775 |
| Hornblower Canadian Holdings, Inc. | Case No. 24-90078 | 47-4578943 |
| Hornblower Consulting, LLC | Case No. 24-90155 | 80-0512156 |
| Hornblower Cruise Holdings, LLC | Case No. 24-90154 | 83-4015899 |
| Hornblower Cruises and Events Canada Ltd. | Case No. 24-90092 | 106568447 |
| Hornblower Cruises and Events, Inc. | Case No. 24-90087 | 20-4116386 |
| Hornblower Cruises and Events, LLC | Case No. 24-90149 | 54-1547338 |

Official Form 309F (For Corporations or Partnerships)      Notice of Chapter 11 Bankruptcy Case

| Debtor | **Hornblower Holdings LLC, *et al*.** | Case Number) **Case No. 24-90061 (MI)** |
|---|---|---|

| | | |
|---|---|---|
| Hornblower Development, LLC | Case No. 24-90076 | 94-3020872 |
| Hornblower Energy, LLC | Case No. 24-90088 | 84-2916957 |
| Hornblower Facility Operations, LLC | Case No. 24-90097 | 83-4027926 |
| Hornblower Ferry Holdings, LLC | Case No. 24-90117 | 81-1405174 |
| Hornblower Ferry Holdings II, LLC | Case No. 24-90107 | 88-4380953 |
| Hornblower Fleet, LLC | Case No. 24-90127 | 94-3315891 |
| Hornblower Freedom, LLC | Case No. 24-90140 | 85-2464677 |
| Hornblower Group, Inc. | Case No. 24-90067 | 94-3460564 |
| Hornblower Group, LLC | Case No. 24-90157 | 37-1876686 |
| Hornblower Group Holdco, LLC | Case No. 24-90147 | 93-3720190 |
| Hornblower Holdco, LLC | Case No. 24-90160 | 83-3948744 |
| Hornblower Holdings LP | Case No. 24-90162 | 82-5259345 |
| Hornblower Hospitality Services, LLC | Case No. 24-90163 | 94-3387386 |
| Hornblower India Holdings, LLC | Case No. 24-90161 | 88-2057710 |
| Hornblower Metro Ferry, LLC | Case No. 24-90159 | 84-3299990 |
| Hornblower Metro Fleet, LLC | Case No. 24-90158 | 81-3756765 |
| Hornblower Metro Holdings, LLC | Case No. 24-90156 | 83-4015732 |
| Hornblower Municipal Operations, LLC | Case No. 24-90069 | 85-2085487 |
| Hornblower New York, LLC | Case No. 24-90074 | 74-3257615 |
| Hornblower Shipyard, LLC | Case No. 24-90079 | 86-3882447 |
| Hornblower Sub, LLC | Case No. 24-90084 | 83-3949319 |
| Hornblower UK Holdings Ltd. | Case No. 24-90091 | 888886779 |
| Hornblower Yachts, LLC | Case No. 24-90096 | 94-2699024 |
| JJ Audobon, LLC | Case No. 24-90102 | 77-0704027 |
| Journey Beyond Holdings, LLC | Case No. 24-90110 | 92-0817363 |
| Liberty Cruises, LLC | Case No. 24-90114 | 46-4934502 |
| Liberty Fleet, LLC | Case No. 24-90121 | 90-0424934 |
| Liberty Hospitality, LLC | Case No. 24-90128 | 11-3842084 |
| Liberty Landing Ferries, LLC | Case No. 24-90133 | 80-0316818 |
| Lyman Partners, LLC | Case No. 24-90139 | N/A |
| Madison Union, LLC | Case No. 24-90143 | N/A |
| Mission Bay Water Transit, LLC | Case No. 24-90153 | 84-2955299 |
| Mission Bay Water Transit Fleet, LLC | Case No. 24-90148 | 84-2933746 |
| Orane Partners, LLC | Case No. 24-90150 | N/A |
| San Francisco Pier 33, LLC | Case No. 24-90065 | 20-0286965 |
| Sea Operating Company, LLC | Case No. 24-90070 | 85-2860375 |
| Seaward Services, Inc. | Case No. 24-90073 | 59-2116483 |
| Statue Cruises, LLC | Case No. 24-90077 | 20-8877253 |
| Statue of Liberty IV, LLC | Case No. 24-90083 | 80-0159239 |
| Statue of Liberty V, LLC | Case No. 24-90090 | 80-0159254 |
| Statue of Liberty VI, LLC | Case No. 24-90093 | 80-0174121 |
| TCB Consulting, LLC | Case No. 24-90098 | 30-1289523 |
| Venture Ashore, LLC | Case No. 24-90098 | 87-3958788 |
| Victory Holdings I, LLC | Case No. 24-90111 | 83-2689764 |
| Victory Holdings II, LLC | Case No. 24-90116 | 83-2694425 |
| Victory Operating Company, LLC | Case No. 24-90123 | 83-2709424 |
| Walks, LLC (Del.) | Case No. 24-90135 | 90-1035862 |
| Walks, LLC (Tex.) | Case No. 24-90060 | 45-5412921 |
| Walks of New York Tours, LLC | Case No. 24-90129 | 46-5190969 |
| Yardarm Club (the) Ltd. | Case No. 24-90145 | 888886778 |
| York River Boat Cruises Limited | Case No. 24-90152 | 888886780 |

| Debtor | **Hornblower Holdings LLC,** *et al.* | Case Number) **Case No. 24-90061 (MI)** |

# Rider 2
## Other Names Used in the Last 8 Years

| Current Entity Name | Former Entity Name |
|---|---|
| Alcatraz Cruises, LLC | d/b/a Alcatraz City Cruises anchored by Hornblower |
| American Queen Steamboat Operating Company, LLC | f/k/a Great American Steamboat Company, LLC; d/b/a American Queen Voyages; American Queen Steamboat Company; American Queen; American Duchess; American Countess; American Empress |
| Boston Harbor Cruises, LLC | d/b/a Boston Harbor City Cruises anchored by Hornblower; Boston Harbor Cruises |
| City Cruises Café, LLC | d/b/a City Café |
| City Cruises Ltd. | f/k/a City Cruises Public Limited Company |
| Ferryboat Santa Rosa, LLC | f/k/a Ferryboat Santa Rosa Corporation |
| HMS Ferries, Inc. | d/b/a Oklahoma River Cruises; RiverLink Ferry; Pierce County Ferry anchored by Hornblower; Pensacola Bay City Ferry anchored by Hornblower; Cross Bay Ferry; St. Johns River Ferry |
| HMS Ferries – Puerto Rico, LLC | d/b/a Puerto Rico Ferry anchored by Hornblower |
| HMS-Alabama, Inc. | d/b/a Gees Bend Ferry; Mobile Bay Ferry |
| HMS-Oklahoma, Inc. | d/b/a Oklahoma River Cruises |
| HNY Ferry, LLC | d/b/a NYC Ferry; New York City Ferry; NY Ferry; City Ferry; Melting Pot; City Fishy; White Sands; Time Traveler; Dream Boat; Forget Me Knot; Cyclone Shark; Purpose; Koalafield Cruiser; Signs to Liberty; Tooth Ferry; Bay Hopper; Ferry Godmother; Curiosity; River Sprinter; Jewel of the Harbor; Starlight; Traversity; Golden Narrows; Seas the Day; Unity; Rainbow Cruise; Spring Mallard; Atlantic Compass; Ocean Queen Rockstar; Flyer; H203; H106; Happy Hauler; Great Eagle; Owls Head; Opportunity; H102; Friendship Express; H101; Connector; Hull 200; Hull 202; Hull 201; Waves of Wonder; Citywide Ferry; East River Ferry; Citywide Ferry by Hornblower; Urban Journey; Munsee; McShiny; Sunset Crossing |
| HNY Ferry II, LLC | d/b/a NYC Ferry; New York City Ferry; City Ferry |
| Hornblower Canada Co. | f/k/a Hornblower Canada Limited; d/b/a Niagara City Cruises anchored by Hornblower |
| Hornblower Canadian Holdings, Inc. | f/k/a Hornblower Canadian Holdings, LLC |
| Hornblower Consulting, LLC | f/k/a HMS Consulting and Technical, LLC; HMS Consulting, LLC |
| Hornblower Cruises and Events, Inc. | f/k/a Entertainment Cruises, Inc. |
| Hornblower Cruises and Events, LLC | f/k/a Spirit Cruises, LLC; d/b/a Capital Elite; Odyssey III; Spirit of Mount Vernon; National Elite; Spirit of Baltimore II; Cherry Blossom; Freedom Elite; |
| Hornblower Cruises and Events Canada Limited | f/k/a Island Memories Restaurant; d/b/a City Cruises anchored by Hornblower; Dockside Restaurant; |
| Hornblower Development, LLC | f/k/a Hornblower Development Corporation |
| Hornblower Energy, LLC | f/k/a Mission Bay Water Transit Holdings, LLC |
| Hornblower Fleet, LLC | f/k/a California Hornblower, LLC |
| Hornblower Freedom, LLC | f/k/a AQ Shore Excursions, LLC |
| Hornblower Holdings LLC | f/k/a Hornblower & American Queen Group GP, LLC |
| Hornblower Holdings LP | f/k/a Hornblower & American Queen Group, LP |
| Hornblower Hospitality Services, LLC | f/k/a Hornblower Hospitality Services, Inc. |
| Hornblower New York, LLC | f/k/a Statue Cruises Hospitality, LLC; Statue Hospitality LLC; d/b/a Hornblower Infinity; Hornblower Espirit; Hornblower Cruises & Events; Hornblower Serenity; Hornblower New York |

Debtor    **Hornblower Holdings LLC,** *et al*.                                      Case Number)  **Case No. 24-90061 (MI)**

| | |
|---|---|
| Hornblower Shipyard, LLC | d/b/a Hornblower Marine; Hornblower Marine Propulsion |
| Hornblower Yachts, LLC | d/b/a Just Dreamin; City Cruises anchored by Hornblower; Pacific Coast Yacht Club; Icon Yacht Charters; Charter Yachts of Newport Beach |
| Liberty Landing Ferries, LLC | d/b/a Liberty Landing City Ferry |
| SEA Operating Company, LLC | d/b/a American Queen Voyages |
| Statue Cruises, LLC | d/b/a Statue City Cruises anchored by Hornblower |
| Statue of Liberty IV, LLC | d/b/a Liberty IV |
| Statue of Liberty V, LLC | d/b/a Liberty V |
| Statue of Liberty VI, LLC | d/b/a Liberty VI |
| Victory Operating Company, LLC | d/b/a Ocean Victory; Ocean Navigator; Ocean Voyager; American Queen Voyages; Victory Cruise Lines |