IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>HORNBLOWER HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-90061 (MI)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on February 22, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Notice of Hearing on Bidding Procedures Motion [Docket No. 73]**

On February 22, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served the method set forth on the Master Service List attached hereto as **Exhibit B**:

- **Debtors' Emergency Motion for Entry of an Order (A) Approving (I) Bidding Procedures for the Sale of the AQV Debtors' Assets, (II) Procedures Regarding Bid Protections, (III) the Scheduling of Certain Dates with Respect Thereto, (IV) the Form and Manner of Notice Thereof, (V) Contract Assumption, Assignment, and Rejection Procedures, and (VI) Certain Procedures to Otherwise Dispose of the AQV Assets, and (B) Authorizing the Debtors to Enter into Agreements for the Sale of their Assets Free and Clear of All Liens, Claims, and Encumbrances [Docket No. 21]**

Dated: February 23, 2024

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this 23rd day of February, 2024, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The last four digits of Debtor Hornblower Holdings LLC's tax identification number are 6035.  Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Hornblower.  The location of the Debtors' service address for purposes of these chapter 11 cases is: Pier 3 on The Embarcadero, San Francisco, CA 94111.

# **EXHIBIT A**

**Exhibit A**
**Master Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Regulatory Authority | Alabama Dot | P.O. Box 303050<br>Montgomery, AL 36130 | | | First Class Mail |
| 30 Largest | American Express | Attn: Steve Squeri, CEO<br>200 Vesey St<br>New York, NY 10285 | | stephen.squeri@aexp.com | Email<br>First Class Mail |
| *NOA - Counsel for GLAS Trust Company LLC | ArentFox Schiff LLP | Attn: Brett D. Goodman | | Brett.Goodman@afslaw.com | Email |
| *NOA - Counsel for GLAS Trust Company LLC | ArentFox Schiff LLP | Attn: Jeffrey Gleit/Brett Goodman<br>1301 Ave of the Americas, 42nd Fl<br>New York, NY 10019 | 212-484-3990 | Jeffrey.Gleit@afslaw.com | Email |
| *NOA - Counsel for GLAS Trust Company LLC | ArentFox Schiff LLP | Attn: Matthew R. Bentley<br>233 S Wacker Dr, Ste 7100<br>Chicago, IL 60606 | 312-258-5600 | Matthew.Bentley@afslaw.com | Email |
| Counsel to DIP Agent | Arentfox Schiff, LLP | Attn: Annie Mose, Matthew R Bentley<br>Attn: Jeffrey R Gleit, Brett D Goodman, Jonathan P Bagg<br>1301 Ave of the Americas, 42nd Fl<br>New York, NY 10019 | | annie.mose@afslaw.com;<br>matthew.bentley@afslaw.com;<br>jeffrey.gleit@afslaw.com;<br>brett.goodman@afslaw.com;<br>jonathan.bagg@afslaw.com | Email<br>First Class Mail |
| 30 Largest | Bay Ship & Yacht Co | Attn: Joel Welter, CEO<br>2900 Main St, Ste 2100<br>Alameda, CA 94501 | | engineering@bay-ship.com | Email<br>First Class Mail |
| 30 Largest | Blanchard Machinery Co | Attn: Dalys Johnson, CFO<br>3151 Charleston Hwy<br>W Columbia, SC 29172 | | djohnson@blanchardmachinery.com | Email<br>First Class Mail |
| 30 Largest | BNA Marine Services | Attn: Jacob Breaux, CEO<br>1022 Jackson Rd<br>Amelia, LA 70340 | | jake.breaux@bnamarine.com | Email<br>First Class Mail |
| *NOA - Counsel for Broward County | Broward County Attorney | Attn: Andrew Meyers/Scott Andron<br>Governmental Ctr, Ste 423<br>115 S Andrews Ave<br>Fort Lauderdale, FL 33301 | | sandron@broward.org | Email |
| Counsel to UBS AG, Stamford Branch | Cahill Gordon & Reindel LLP | 32 Old Slip<br>New York, NY 10005 | | | First Class Mail |
| Regulatory Authority | California Coastal Commission | 45 Fremont St, Ste 2000<br>San Francisco, CA 94105-2219 | | | First Class Mail |
| Regulatory Authority | California Travel & Tourism Commission | 555 Capitol Mall, Ste 465<br>Sacramento, CA 95814 | | | First Class Mail |
| 30 Largest | Clyve Shaw & Kenardro Press | Attn: Brandon M Sweeney, Christopher Q Davis, Counsels<br>c/o Working Solutions<br>80 Broad St, Ste 703<br>New York, NY 10004 | | bsweeney@workingsolutionsnyc.com;<br>cdavis@workingsolutionsnyc.com | Email<br>First Class Mail |
| 30 Largest | Cruise Line Agencies of Alaska Se, Inc | Attn: Drew Green, Port Manager<br>55 Schoenbar Ct, Ste 101<br>Ketchikan, AK 99901 | | andrewg@claalaska.com | Email<br>First Class Mail |
| Counsel to Crestview Advisors, L.L.C. | Davis Polk & Wardell LLP | Attn: Adam L Shpeen/David Kratzer<br>450 Lexington Ave<br>New York, NY 10017 | | adam.shpeen@davispolk.com<br>david.kratzer@davispolk.com | Email<br>First Class Mail |
| *NOA - Counsel to Crestview Advisors, L.L.C. | Davis Polk & Wardell LLP | Attn: Brian M. Resnick<br>Attn: Adam L. Shpeen<br>Attn: Stephanie Massman<br>Attn: David Kratzer<br>450 Lexington Ave<br>New York, NY 10017 | | brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephanie.massman@davispolk.com<br>david.kratzer@davispolk.com | Email |
| Regulatory Authority | Dept of Consumer Affairs | 600 Pennsylvania Ave NW<br>Washington, DC 20580 | | | First Class Mail |
| Regulatory Authority | Dept of Fish & Wildlife | 1850 C St NW<br>Washington, DC 20240 | | | First Class Mail |
| Regulatory Authority | Dept of Homeland Security | 245 Murray Ln SW<br>Washington, DC 20528-0075 | | | First Class Mail |
| Regulatory Authority | Dept of Labor & Industries | P.O. Box 34974<br>Seattle, WA 98124-1974 | | | First Class Mail |
| Regulatory Authority | Dept of Motor Vehicles | 2415 1st Ave<br>Mail Stn M 186<br>Sacramento, CA 95818 | | | First Class Mail |
| Regulatory Authority | Dept of Parks & Recreation | Attn: For-Hire Ins Verification Certificate Program<br>P.O. Box 942896<br>Sacramento, CA 94296-0001 | | | First Class Mail |
| Regulatory Authority | Division of Boating & Waterways | P.O. Box 942896<br>Sacramento, CA 94296 | | | First Class Mail |
| 30 Largest | Easton Coach Co | Attn: Joe Scott, CEO<br>1200 Conroy Pl<br>Easton, PA 18040 | | jscott@eastoncoach.com | Email<br>First Class Mail |
| 30 Largest | Elevation Africa Destinations | Attn: Faith Musekiwa, Owner<br>29 Pine Rd, Ste 37<br>Gauteng<br>Johannesburg, 2055<br>South Africa | | RES1@EADESTINATIONS.COM | Email<br>First Class Mail |
| Regulatory Authority | FDA | 10903 New Hampshire Ave<br>Silver Spring, MD 20993 | | | First Class Mail |
| Regulatory Authority | Federal Communications Commission | 45 L St NE<br>Washington, DC 20554 | | | First Class Mail |
| 30 Largest | FMC Globalsat, Inc | Attn: Emmanuel Cotrel, CEO<br>1200 E Las Olas Blvd, Ste 302<br>Ft Lauderdale, FL 33315 | | ecotrel@fmcglobalsat.com | Email<br>First Class Mail |
| 30 Largest | Gurucul Solutions, LLC | Attn:Saryu Nayyar, CEO<br>222 N Pacific Coast Hwy, Ste 1310<br>El Segundo, CA 90245 | | SARYU@GURUCUL.COM | Email<br>First Class Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| 30 Largest | Harbor Fuels | Attn: Melanie Wheeler, Manager<br>256 Marginal St<br>Boston, MA 02128 | | mwheeler@harborfuels.com | Email<br>First Class Mail |
| *NOA - Counsel for the Ad Hoc Group of Lenders | Haynes and Boone LLP | Attn: Charles A. Beckham, Jr. | | charles.beckham@haynesboone.com | Email |
| *NOA - Counsel for the Ad Hoc Group of Lenders | Haynes and Boone LLP | Attn: Patrick Hughes/Charles Beckham, Jr<br>Attn: Re'Necia Sherald<br>1221 McKinney St, Ste 4000<br>Houston, TX 77010 | | patrick.hughes@haynesboone.com | Email |
| *NOA - Counsel for the Ad Hoc Group of Lenders | Haynes and Boone LLP | Attn: Re'Necia Sherald | | renecia.sherald@haynesboone.com | Email |
| Regulatory Authority | Hm Coastguard UK | Spring Pl<br>105 Commercial Rd<br>Southhampton, SO15 1EG<br>United Kingdom | | | First Class Mail |
| 30 Largest | Intercruises Shoreside & Port Services Canada | Attn: Olga Piqueras, Managing Director<br>Carrer De La Diputació, 238<br>Catalonia<br>Barcelona, 08007<br>Spain | | o.piqueras@intercruises.com | Email<br>First Class Mail |
| Governmental Authority | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | First Class Mail |
| *NOA - Counsel for SeaTran Marine, LLC; Lady Madi, LLC; Mr. Row, LLC; and Lady Brandi, LLC | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard | Attn: Benjamin Kadden/Stewart Peck<br>Attn: Coleman Torrans<br>601 Poydras St, 27th Fl<br>New Orleans, LA 70130 | 504-310-9195 | bkadden@lawla.com<br>speck@lawla.com<br>ctorrans@lawla.com | Email |
| 30 Largest | Marine & Industrial Solutions | Attn: Dan Macri, CEO<br>5759 Nw Zenith Dr<br>Pt St Lucie, FL 34986-3529 | | dan@marineindustrialsolutions.com | Email<br>First Class Mail |
| Regulatory Authority | Maritime & Coastguard Agency | Spring Pl<br>105 Commercial Rd<br>Southamption, SO15 1EG<br>United Kingdom | | | First Class Mail |
| Regulatory Authority | Maritime Administration (Marad) | 1200 New Jersey Ave<br>Washington, DC 20590 | | | First Class Mail |
| Regulatory Authority | Mass Bay Transit Authority | 10 Park Plz<br>Boston, MA 02116 | | | First Class Mail |
| 30 Largest | McKinsey & Co, Inc | Attn: Shelley Stewart, Sr Partner<br>3 World Trade Ctr<br>175 Greenwich St<br>New York, NY 10007 | | SHELLEY_STEWART@MCKINSEY.COM | Email<br>First Class Mail |
| *NOA - Counsel for the Ad Hoc Group of Lenders | Milbank LLP | Attn: Andrew M. Leblanc<br>1850 K St NW, Ste 1100<br>Washington, DC 20006 | | aleblanc@milbank.com | Email |
| *NOA - Counsel for the Ad Hoc Group of Lenders | Milbank LLP | Attn: Evan R. Fleck/Matthew L. Brod<br>55 Hudson Yards<br>New York, NY 10001 | | efleck@milbank.com | Email |
| *NOA - Counsel for the Ad Hoc Group of Lenders | Milbank LLP | Attn: Matthew L. Brod | | mbrod@milbank.com | Email |
| Counsel to the Ad Hoc Lender Group | Milbank, LLP | Attn: Evan Fleck, Matthew Broad<br>55 Hudson Yards<br>New York, NY 10001-2163 | | efleck@milbank.com; mbrod@milbank.com | Email<br>First Class Mail |
| 30 Largest | Mittera Group | Attn: Jon Troen, CEO<br>1312 Locust St, Ste 202<br>Des Moines, IA 50309 | | jon.troen@mittera.com | Email<br>First Class Mail |
| Regulatory Authority | New York Economic Development Corp | 1 Liberty Plz<br>New York, NY 10006 | | | First Class Mail |
| Regulatory Authority | New York Marine Terminals | 90 Columbia St<br>Brooklyn, NY 11201 | | | First Class Mail |
| Regulatory Authority | Niagara Falls Bridge Commission | 5365 Military Rd<br>Lewiston, NY 14092 | | | First Class Mail |
| 30 Largest | North River Shipyard | Attn: Ken Graefe, Owner<br>1 Van Houten St<br>Nyack, NY 10960 | 845-358-2105 | SERVICE@NORTHRIVERSHIPYARD.COM | Email<br>First Class Mail |
| Counsel to Alter Domus (US) LLC | Norton Rose Fulbright US LLP | Attn: Stephen Castro, Michael Fingerhut<br>1301 6th Ave<br>New York, NY 10019 | | stephen.castro@nortonrosefulbright.com;<br>michael.fingerhut@nortonrosefulbright.com | Email<br>First Class Mail |
| Regulatory Authority | NYC Dept of Transportation | 1 Ferry Terminal Dr<br>Staten Island, NY 10301 | | | First Class Mail |
| Regulatory Authority | NYC Dept of Transportation | 55 Water St, 9th Fl<br>New York, NY 10041 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | | First Class Mail |
| Attorney General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | | First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | | First Class Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | | First Class Mail |
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | | First Class Mail |
| Attorney General | Office of the Attorney General | 601 S University Ave<br>Carbondale, IL 62901 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | | aginfo@ag.nv.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | | AGInfo@azag.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | | ago.info@vermont.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | | ago@state.ma.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | | ago@state.ma.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | | ago@state.ma.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>105 William St, 1st Fl<br>New Bedford, MA 02740 | | ago@state.ma.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | | AGWasden@ag.idaho.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | | attorney.general@alaska.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | | attorney.general@ct.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | | attorney.general@delaware.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | | attorneygeneral@doj.nh.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | | attorneygeneral@doj.state.or.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | | Constituent@atg.in.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | | consumer@ag.iowa.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | | Contact@Virginia.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | | contactdoj@mt.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | | hawaiiag@hawaii.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | | miag@michigan.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capitol<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | | ndag@nd.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | | nedoj@nebraska.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | | oag@ArkansasAG.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | | oag@dc.gov | Email<br>First Class Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | | oag@oag.state.md.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | | serviceATG@atg.wa.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | | uag@agutah.gov | Email<br>First Class Mail |
| Governmental Authority | Office of The US Trustee | Attn: Millie Aponte Sall<br>515 Rusk St, Ste 3516<br>Houston, TX 77002 | | USTPRegion07.HU.ECF@USDOJ.GOV | Email<br>First Class Mail |
| Governmental Authority | Office of The US Trustee | Attn: Jayson B. Ruff | | jayson.b.ruff@usdoj.gov | Email |
| Debtors' counsel | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul Basta/Jacob Adlerstein<br>Attn: Kyle J Kimpler/Sarah Harnett<br>Attn: Neda Davanipour<br>1285 Ave of the Americas<br>New York, NY 10019 | 212-757-3990 | pbasta@paulweiss.com<br>jadlerstein@paulweiss.com<br>kkimpler@paulweiss.com<br>ndavanipour@paulweiss.com<br>sharnett@paulweiss.com | Email |
| 30 Largest | Peabody Memphis | Attn: Marty Belz, Owner<br>5118 Park Ave, Ste 245<br>Memphis, TN 38117 | | phg.info@belz.com | Email<br>First Class Mail |
| 30 Largest | Pleasant Holidays | Attn: Dal Dewolf, CFO<br>2404 Townsgate Rd<br>Westlake Village, CA 91361 | | dal.dewolf@pleasant.net | Email<br>First Class Mail |
| 30 Largest | Port of San Diego | Attn: Randa Coniglio, President & CEO<br>3165 Pacific Hwy<br>San Diego, CA 92101 | | rconiglio@portofsandiego.org | Email<br>First Class Mail |
| Debtors' counsel | Porter Hedges LLP | Attn: John F Higgins, Shane Johnson, Megan Young-John<br>1000 Main St, 36th Fl<br>Houston, TX 77002 | 713-226-6248 | jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com | Email |
| 30 Largest | Pragmars, LLC | Attn: Cari Dominguez, Owner<br>101 Decker Ct, Ste 100<br>Irving, TX 75062 | | CADOLI@CADOLIMULTISERVICES.COM | Email<br>First Class Mail |
| Regulatory Authority | Puerto Rico Dept of Transportation | P.O. Box 41629<br>Minillas Stn<br>San Juan, PR 00940-1269 | | | First Class Mail |
| Regulatory Authority | Puerto Rico Public Private Partnership Authority | 300 Avenida Jose De Diego<br>San Juan, PR 00911 | | | First Class Mail |
| Regulatory Authority | Resource Productivity & Recovery Authority | 4711 Yonge St, Ste 408<br>Toronto, ON M2N 6K8<br>Canada | | | First Class Mail |
| 30 Largest | Riverview Tug Service | Attn: Jeremy Putman, Owner<br>960 N Riverview St<br>Bellevue, IA 52031 | | jeremy@riverviewboatstore.com | Email<br>First Class Mail |
| Regulatory Authority | Royal Docks Management Authority LL | Pierhead<br>King George V Lock<br>Fishguard Way<br>London, E16 2RG<br>United Kingdom | | | First Class Mail |
| 30 Largest | Seatran Marine, LLC | Attn: Charles Tizzard, CFO<br>107 Hwy 90 W<br>New Iberia, LA 70560 | | ctizzard@seatranmarine.com | Email<br>First Class Mail |
| Governmantal Authority | SEC Fort Worth Regional Office | 801 Cherry St, Ste 1900, Unit 18<br>Ft Worth, TX 76102 | | | First Class Mail |
| Governmental Authority | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | | First Class Mail |
| Counsel to the Senior DIP Agent | Seward & Kissel LLP | John Ashmead/Gregg Bateman<br>One Battery Park Plz<br>New York, NY 10004 | | ashmead@sewkis.com<br>bateman@sewkis.com | Email<br>First Class Mail |
| *NOA - Counsel to the Senior DIP Agent | Seward & Kissel LLP | John Ashmead/Gregg Bateman<br>Catherine LoTempio/Andrew Matott<br>One Battery Park Plz<br>New York, NY 10004 | | ashmead@sewkis.com<br>bateman@sewkis.com<br>lotempio@sewkis.com<br>matott@sewkis.com | Email |
| Regulatory Authority | Sports & Exhibition Authority | 171 10th St, 2nd Fl<br>Pittsburgh, PA 15222 | | | First Class Mail |
| Regulatory Authority | State of Alaska Dept of Environmental Conservation | 555 Cordova St<br>Anchorage, AK 99501 | | | First Class Mail |
| Regulatory Authority | State of Michigan | 430 W Allegan St<br>Richard H Austin Bldg, 4th Fl<br>Lansing, MI 48918 | | | First Class Mail |
| 30 Largest | Sun Stone Ships, Inc | Attn: Ulrik Hegelund, CFO<br>4770 Biscayne Blvd, Phb<br>Miami, FL 33137 | | uhegelund@sunstoneships.com | Email<br>First Class Mail |
| Governmental Authority | Superintendent | Attn: Chief, Business Management Div<br>Golden Gate National Recreation Area<br>Bldg 201, Ft Mason<br>San Francisco, CA 94123 | | | First Class Mail |
| Regulatory Authority | Technical Standards Safety Authority | 345 Carlingview Dr<br>Toronto, ON M9W 6N9<br>Canada | | | First Class Mail |
| Regulatory Authority | Texas Dept of Transportation | 125 E 11th St<br>Austin, TX 78701 | | | First Class Mail |
| 30 Largest | Thames Marine Engineering Ltd | Attn: Nicholas Dwan, Director<br>9-10 Copper Row<br>London, SE1 2LH<br>United Kingdom | | nicholas@tmsl.london | Email<br>First Class Mail |
| Regulatory Authority | The Bureau of Land Management | 1849 C St NW<br>Washington, DC 20240 | | | First Class Mail |
| Regulatory Authority | The Bureau of Safety & Environmental Enforcement | 45600 Woodland Rd<br>Sterling, VA 20166 | | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| 30 Largest | Toast Inc | Attn: Steve Fredette, President<br>401 Park Dr<br>Boston, MA 02115 | | sfredette@toasttab.com | Email<br>First Class Mail |
| 30 Largest | Travel Leaders Network | Attn: JD O'Hara, CEO<br>3033 Campus Dr, Ste W32<br>Plymouth, MN 55441 | | johara@internova.com | Email<br>First Class Mail |
| 30 Largest | Trove Professional Services | Attn: Kevin Mcclure, Founder<br>2081 Center St<br>Berkeley, CA 94704 | | kevin@troveservices.com | Email<br>First Class Mail |
| Regulatory Authority | UK Maritime & Coastguard Agency (Mca) | Spring Pl<br>105 Commercial Rd<br>Southampton, SO15 1EG<br>United Kingdom | | | First Class Mail |
| 30 Largest | University of Georgia | Attn: Ryan Nesbit, VP of Finance<br>104 Caldwell Hall<br>Athens, GA 30602-6113 | | OVPFA@UGA.EDU | Email<br>First Class Mail |
| Governmental Authority | US Attorney's Office | Southern Dist of Texas<br>1000 Louisiana, Ste 2300<br>Houston, TX 77002 | | | First Class Mail |
| Regulatory Authority | US Centers For Disease Control & Prevention | Mailstop F-80<br>4770 Buford Hwy NE<br>Atlanta, GA 30341-3717 | | | First Class Mail |
| Regulatory Authority | US Coast Guard | 2703 Martin Luther King Ave SE<br>Stop 7501<br>Washington, DC 20593-7103 | | | First Class Mail |
| Regulatory Authority | US Coast Guard Vessel Inspection | 212 Coast Guard Dr<br>Staten Island, NY 10305 | | | First Class Mail |
| Regulatory Authority | US Customs & Border Protection | 1300 Pennsylvania Ave NW, Rm 3.5A<br>Washington, DC 20229 | | | First Class Mail |
| Regulatory Authority | US Dept of Defense, Dept of The Navy | 1200 Navy Pentagon<br>Washington, DC 20350-1200 | | | First Class Mail |
| Regulatory Authority | US Dept of Health & Human Services | 200 Independence Ave SW<br>Washington, DC 20201 | | | First Class Mail |
| Regulatory Authority | US Dept of The Interior | 1849 C St NW<br>Washington, DC 20240 | | | First Class Mail |
| Regulatory Authority | US Dept of Transportation Maritime Assoc | 1200 New Jersey Ave SE<br>Washington, DC 20590 | | | First Class Mail |
| Environmental Protection Agency | US Environmental Protection Agency | 1200 Pennsylvania Ave NW<br>Washington, DC 20460 | | | First Class Mail |
| Environmental Protection Agency | US Environmental Protection Agency, Region 1 | 5 Post Office Sq, Ste 100<br>Boston, MA 02109-3912 | | r1web.mail@epa.gov | Email<br>First Class Mail |
| Environmental Protection Agency | US Environmental Protection Agency, Region 10 | 1200 6th Ave, Ste 155<br>Seattle, WA 98101 | | epa-seattle@epa.gov | Email<br>First Class Mail |
| Environmental Protection Agency | US Environmental Protection Agency, Region 5 | 77 W Jackson Blvd<br>Chicago, IL 60604 | | r5hotline@epa.gov | Email<br>First Class Mail |
| Environmental Protection Agency | US Environmental Protection Agency, Region 8 | 1595 Wynkoop St<br>Denver, CO 80202-1129 | | r8eisc@epa.gov | Email<br>First Class Mail |
| Environmental Protection Agency | US Environmental Protection Agency, Region 9 | 75 Hawthorne St<br>San Francisco, CA 94105 | | r9.info@epa.gov | Email<br>First Class Mail |
| Regulatory Authority | US Federal Maritime Commission | Bureau of Certification & Licensing<br>Attn: Director<br>800 N Capitol St NW<br>Washington, DC 20573 | | | First Class Mail |
| Regulatory Authority | US Federal Maritime Commission | 800 N Capitol St, NW<br>Washington, DC 20573 | | | First Class Mail |
| Regulatory Authority | US Military Sealift Command | 471 E C St, Bldg SP-47<br>Norfolk, VA 23511-2419 | | | First Class Mail |
| Regulatory Authority | US National Park Service | 1849 C St NW<br>Washington, DC 20240 | | | First Class Mail |
| 30 Largest | US Postal Service | Attn: Louis Dejoy, CEO<br>475 L'Enfant Plz SW<br>Washington, DC 20260 | | louis.dejoy@usps.gov | Email<br>First Class Mail |
| Regulatory Authority | USCG National Pollution Funds Center | 2703 Martin Luther King Jr Ave SE<br>Washington, DC 20593-7605 | | | First Class Mail |
| Regulatory Authority | VA Dept of Abc | 7450 Freight Way<br>Mechanicsville, VA 23116 | | | First Class Mail |
| 30 Largest | Vacations To Go | Attn: Emerson Kirksey Hankamer, CEO<br>5851 San Felipe St, Ste 500<br>Houston, TX 77057 | | ehankamer@gmail.com | Email<br>First Class Mail |
| *NOA - Counsel to Crestview Advisors, L.L.C. | Vinson & Elkins LLP | Attn: Paul E. Heath<br>Attn: Steven M. Abramowitz<br>Attn: Kiran Vakamudi<br>845 Texas Ave, Ste 4700<br>Houston, TX 77002 | | pheath@velaw.com;<br>sabramowitz@velaw.com;<br>kvakamudi@velaw.com | Email |
| Regulatory Authority | Water Commission - City of St Louis | 1640 S Kingshighway Blvd<br>St Louis, MO 63110 | | | First Class Mail |
| Counsel to the Senior DIP Lenders | White & Case LLP | Attn: Andrew Zatz<br>Attn: Andrea Amulic<br>Attn: David Ridley,<br>1221 Ave of the Americas<br>New York, NY 10020 | | azatz@whitecase.com<br>andrea.amulic@whitecase.com<br>dridley@whitecase.com | Email<br>First Class Mail |
| *NOA - Counsel to Deutsche Bank AG New York Branch | White & Case LLP | Attn: Andrew Zatz<br>Attn: Andrea Amulic<br>Attn: Barrett Lingle<br>1221 Ave of the Americas<br>New York, NY 10020 | | azatz@whitecase.com<br>andrea.amulic@whitecase.com<br>barrett.lingle@whitecase.com | Email |
| *NOA - Counsel to Deutsche Bank AG New York Branch | White & Case LLP | Attn: Charles R. Koster<br>609 Main St, Ste 2900<br>Houston, TX 77002 | | charles.koster@whitecase.com | Email |

# **EXHIBIT B**

**Exhibit B**
Service List

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Regulatory Authority | Alabama Dot | P.O. Box 303050<br>Montgomery, AL 36130 | First Class Mail |
| 30 Largest | American Express | Attn: Steve Squeri, CEO<br>200 Vesey St<br>New York, NY 10285 | First Class Mail |
| Counsel to DIP Agent | Arentfox Schiff, LLP | Attn: Annie Mose, Matthew R Bentley<br>Attn: Jeffrey R Gleit, Brett D Goodman, Jonathan P Bagg<br>1301 Ave of the Americas, 42nd Fl<br>New York, NY 10019 | First Class Mail |
| 30 Largest | Bay Ship & Yacht Co | Attn: Joel Welter, CEO<br>2900 Main St, Ste 2100<br>Alameda, CA 94501 | First Class Mail |
| 30 Largest | Blanchard Machinery Co | Attn: Dalys Johnson, CFO<br>3151 Charleston Hwy<br>W Columbia, SC 29172 | First Class Mail |
| 30 Largest | BNA Marine Services | Attn: Jacob Breaux, CEO<br>1022 Jackson Rd<br>Amelia, LA 70340 | First Class Mail |
| Counsel to UBS AG, Stamford Branch | Cahill Gordon & Reindel LLP | 32 Old Slip<br>New York, NY 10005 | First Class Mail |
| Regulatory Authority | California Coastal Commission | 45 Fremont St, Ste 2000<br>San Francisco, CA 94105-2219 | First Class Mail |
| Regulatory Authority | California Travel & Tourism Commission | 555 Capitol Mall, Ste 465<br>Sacramento, CA 95814 | First Class Mail |
| 30 Largest | Clyve Shaw & Kenardro Press | Attn: Brandon M Sweeney, Christopher Q Davis, Counsels<br>c/o Working Solutions<br>80 Broad St, Ste 703<br>New York, NY 10004 | First Class Mail |
| 30 Largest | Cruise Line Agencies of Alaska Se, Inc | Attn: Drew Green, Port Manager<br>55 Schoenbar Ct, Ste 101<br>Ketchikan, AK 99901 | First Class Mail |
| Counsel to Crestview Advisors, L.L.C. | Davis Polk & Wardell LLP | Attn: Adam L Shpeen/David Kratzer<br>450 Lexington Ave<br>New York, NY 10017 | First Class Mail |
| Regulatory Authority | Dept of Consumer Affairs | 600 Pennsylvania Ave NW<br>Washington, DC 20580 | First Class Mail |
| Regulatory Authority | Dept of Fish & Wildlife | 1850 C St NW<br>Washington, DC 20240 | First Class Mail |
| Regulatory Authority | Dept of Homeland Security | 245 Murray Ln SW<br>Washington, DC 20528-0075 | First Class Mail |
| Regulatory Authority | Dept of Labor & Industries | P.O. Box 34974<br>Seattle, WA 98124-1974 | First Class Mail |
| Regulatory Authority | Dept of Motor Vehicles | 2415 1st Ave<br>Mail Stn M 186<br>Sacramento, CA 95818 | First Class Mail |
| Regulatory Authority | Dept of Parks & Recreation | Attn: For-Hire Ins Verification Certificate Program<br>P.O. Box 942896<br>Sacramento, CA 94296-0001 | First Class Mail |
| Regulatory Authority | Division of Boating & Waterways | P.O. Box 942896<br>Sacramento, CA 94296 | First Class Mail |
| 30 Largest | Easton Coach Co | Attn: Joe Scott, CEO<br>1200 Conroy Pl<br>Easton, PA 18040 | First Class Mail |
| 30 Largest | Elevation Africa Destinations | Attn: Faith Musekiwa, Owner<br>29 Pine Rd, Ste 37<br>Gauteng<br>Johannesburg, 2055<br>South Africa | First Class Mail |
| Regulatory Authority | FDA | 10903 New Hampshire Ave<br>Silver Spring, MD 20993 | First Class Mail |

Hornblower Holdings LLC, et al. (Case No. 24-90061)

**Exhibit B**
Service List

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Regulatory Authority | Federal Communications Commission | 45 L St NE<br>Washington, DC 20554 | First Class Mail |
| 30 Largest | FMC Globalsat, Inc | Attn: Emmanuel Cotrel, CEO<br>1200 E Las Olas Blvd, Ste 302<br>Ft Lauderdale, FL 33315 | First Class Mail |
| 30 Largest | Gurucul Solutions, LLC | Attn:Saryu Nayyar, CEO<br>222 N Pacific Coast Hwy, Ste 1310<br>El Segundo, CA 90245 | First Class Mail |
| 30 Largest | Harbor Fuels | Attn: Melanie Wheeler, Manager<br>256 Marginal St<br>Boston, MA 02128 | First Class Mail |
| Regulatory Authority | Hm Coastguard UK | Spring Pl<br>105 Commercial Rd<br>Southhampton, SO15 1EG<br>United Kingdom | First Class Mail |
| 30 Largest | Intercruises Shoreside & Port Services Canada | Attn: Olga Piqueras, Managing Director<br>Carrer De La Diputació, 238<br>Catalonia<br>Barcelona, 08007<br>Spain | First Class Mail |
| Governmental Authority | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | First Class Mail |
| 30 Largest | Marine & Industrial Solutions | Attn: Dan Macri, CEO<br>5759 Nw Zenith Dr<br>Pt St Lucie, FL 34986-3529 | First Class Mail |
| Regulatory Authority | Maritime & Coastguard Agency | Spring Pl<br>105 Commercial Rd<br>Southamption, SO15 1EG<br>United Kingdom | First Class Mail |
| Regulatory Authority | Maritime Administration (Marad) | 1200 New Jersey Ave<br>Washington, DC 20590 | First Class Mail |
| Regulatory Authority | Mass Bay Transit Authority | 10 Park Plz<br>Boston, MA 02116 | First Class Mail |
| 30 Largest | McKinsey & Co, Inc | Attn: Shelley Stewart, Sr Partner<br>3 World Trade Ctr<br>175 Greenwich St<br>New York, NY 10007 | First Class Mail |
| Counsel to the Ad Hoc Lender Group | Milbank, LLP | Attn: Evan Fleck, Matthew Broad<br>55 Hudson Yards<br>New York, NY 10001-2163 | First Class Mail |
| 30 Largest | Mittera Group | Attn: Jon Troen, CEO<br>1312 Locust St, Ste 202<br>Des Moines, IA 50309 | First Class Mail |
| Regulatory Authority | New York Economic Development Corp | 1 Liberty Plz<br>New York, NY 10006 | First Class Mail |
| Regulatory Authority | New York Marine Terminals | 90 Columbia St<br>Brooklyn, NY 11201 | First Class Mail |
| Regulatory Authority | Niagara Falls Bridge Commission | 5365 Military Rd<br>Lewiston, NY 14092 | First Class Mail |
| 30 Largest | North River Shipyard | Attn: Ken Graefe, Owner<br>1 Van Houten St<br>Nyack, NY 10960 | First Class Mail |
| Counsel to Alter Domus (US) LLC | Norton Rose Fulbright US LLP | Attn: Stephen Castro, Michael Fingerhut<br>1301 6th Ave<br>New York, NY 10019 | First Class Mail |
| Regulatory Authority | NYC Dept of Transportation | 1 Ferry Terminal Dr<br>Staten Island, NY 10301 | First Class Mail |
| Regulatory Authority | NYC Dept of Transportation | 55 Water St, 9th Fl<br>New York, NY 10041 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | First Class Mail |

Hornblower Holdings LLC, et al. (Case No. 24-90061)

**Exhibit B**
Service List

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>105 William St, 1st Fl<br>New Bedford, MA 02740 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | First Class Mail |

**Exhibit B**
Service List

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capitol<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | First Class Mail |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | First Class Mail |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | First Class Mail |
| Attorney General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | First Class Mail |
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | First Class Mail |
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | First Class Mail |
| Attorney General | Office of the Attorney General | 601 S University Ave<br>Carbondale, IL 62901 | First Class Mail |
| Governmental Authority | Office of The US Trustee | Attn: Millie Aponte Sall<br>515 Rusk St, Ste 3516<br>Houston, TX 77002 | First Class Mail |
| 30 Largest | Peabody Memphis | Attn: Marty Belz, Owner<br>5118 Park Ave, Ste 245<br>Memphis, TN 38117 | First Class Mail |
| 30 Largest | Pleasant Holidays | Attn: Dal Dewolf, CFO<br>2404 Townsgate Rd<br>Westlake Village, CA 91361 | First Class Mail |

**Exhibit B**
Service List

| Description | Name | Address | Method of Service |
|---|---|---|---|
| 30 Largest | Port of San Diego | Attn: Randa Coniglio, President & CEO<br>3165 Pacific Hwy<br>San Diego, CA 92101 | First Class Mail |
| 30 Largest | Pragmars, LLC | Attn: Cari Dominguez, Owner<br>101 Decker Ct, Ste 100<br>Irving, TX 75062 | First Class Mail |
| Regulatory Authority | Puerto Rico Dept of Transportation | P.O. Box 41629<br>Minillas Stn<br>San Juan, PR 00940-1269 | First Class Mail |
| Regulatory Authority | Puerto Rico Public Private Partnership Authority | 300 Avenida Jose De Diego<br>San Juan, PR 00911 | First Class Mail |
| Regulatory Authority | Resource Productivity & Recovery Authority | 4711 Yonge St, Ste 408<br>Toronto, ON M2N 6K8<br>Canada | First Class Mail |
| 30 Largest | Riverview Tug Service | Attn: Jeremy Putman, Owner<br>960 N Riverview St<br>Bellevue, IA 52031 | First Class Mail |
| Regulatory Authority | Royal Docks Management Authority LL | Pierhead<br>King George V Lock<br>Fishguard Way<br>London, E16 2RG<br>United Kingdom | First Class Mail |
| 30 Largest | Seatran Marine, LLC | Attn: Charles Tizzard, CFO<br>107 Hwy 90 W<br>New Iberia, LA 70560 | First Class Mail |
| Governmantal Authority | SEC Fort Worth Regional Office | 801 Cherry St, Ste 1900, Unit 18<br>Ft Worth, TX 76102 | First Class Mail |
| Governmental Authority | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | First Class Mail |
| Counsel to the Senior DIP Agent | Seward & Kissel LLP | John Ashmead/Gregg Bateman<br>One Battery Park Plz<br>New York, NY 10004 | First Class Mail |
| Regulatory Authority | Sports & Exhibition Authority | 171 10th St, 2nd Fl<br>Pittsburgh, PA 15222 | First Class Mail |
| Regulatory Authority | State of Alaska Dept of Environmental Conservation | 555 Cordova St<br>Anchorage, AK 99501 | First Class Mail |
| Regulatory Authority | State of Michigan | 430 W Allegan St<br>Richard H Austin Bldg, 4th Fl<br>Lansing, MI 48918 | First Class Mail |
| 30 Largest | Sun Stone Ships, Inc | Attn: Ulrik Hegelund, CFO<br>4770 Biscayne Blvd, Phb<br>Miami, FL 33137 | First Class Mail |
| Governmental Authority | Superintendent | Attn: Chief, Business Management Div<br>Golden Gate National Recreation Area<br>Bldg 201, Ft Mason<br>San Francisco, CA 94123 | First Class Mail |
| Regulatory Authority | Technical Standards Safety Authority | 345 Carlingview Dr<br>Toronto, ON M9W 6N9<br>Canada | First Class Mail |
| Regulatory Authority | Texas Dept of Transportation | 125 E 11th St<br>Austin, TX 78701 | First Class Mail |
| 30 Largest | Thames Marine Engineering Ltd | Attn: Nicholas Dwan, Director<br>9-10 Copper Row<br>London, SE1 2LH<br>United Kingdom | First Class Mail |
| Regulatory Authority | The Bureau of Land Management | 1849 C St NW<br>Washington, DC 20240 | First Class Mail |
| Regulatory Authority | The Bureau of Safety & Environmental Enforcement | 45600 Woodland Rd<br>Sterling, VA 20166 | First Class Mail |
| 30 Largest | Toast Inc | Attn: Steve Fredette, President<br>401 Park Dr<br>Boston, MA 02115 | First Class Mail |

**Exhibit B**
Service List

| Description | Name | Address | Method of Service |
|---|---|---|---|
| 30 Largest | Travel Leaders Network | Attn: JD O'Hara, CEO<br>3033 Campus Dr, Ste W32<br>Plymouth, MN 55441 | First Class Mail |
| 30 Largest | Trove Professional Services | Attn: Kevin Mcclure, Founder<br>2081 Center St<br>Berkeley, CA 94704 | First Class Mail |
| Regulatory Authority | UK Maritime & Coastguard Agency (Mca) | Spring Pl<br>105 Commercial Rd<br>Southhampton, SO15 1EG<br>United Kingdom | First Class Mail |
| 30 Largest | University of Georgia | Attn: Ryan Nesbit, VP of Finance<br>104 Caldwell Hall<br>Athens, GA 30602-6113 | First Class Mail |
| Governmental Authority | US Attorney's Office | Southern Dist of Texas<br>1000 Louisiana, Ste 2300<br>Houston, TX 77002 | First Class Mail |
| Regulatory Authority | US Centers For Disease Control & Prevention | Mailstop F-80<br>4770 Buford Hwy NE<br>Atlanta, GA 30341-3717 | First Class Mail |
| Regulatory Authority | US Coast Guard | 2703 Martin Luther King Ave SE<br>Stop 7501<br>Washington, DC 20593-7103 | First Class Mail |
| Regulatory Authority | US Coast Guard Vessel Inspection | 212 Coast Guard Dr<br>Staten Island, NY 10305 | First Class Mail |
| Regulatory Authority | US Customs & Border Protection | 1300 Pennsylvania Ave NW, Rm 3.5A<br>Washington, DC 20229 | First Class Mail |
| Regulatory Authority | US Dept of Defense, Dept of The Navy | 1200 Navy Pentagon<br>Washington, DC 20350-1200 | First Class Mail |
| Regulatory Authority | US Dept of Health & Human Services | 200 Independence Ave SW<br>Washington, DC 20201 | First Class Mail |
| Regulatory Authority | US Dept of The Interior | 1849 C St NW<br>Washington, DC 20240 | First Class Mail |
| Regulatory Authority | US Dept of Transportation Maritime Assoc | 1200 New Jersey Ave SE<br>Washington, DC 20590 | First Class Mail |
| Environmental Protection Agency | US Environmental Protection Agency | 1200 Pennsylvania Ave NW<br>Washington, DC 20460 | First Class Mail |
| Environmental Protection Agency | US Environmental Protection Agency, Region 1 | 5 Post Office Sq, Ste 100<br>Boston, MA 02109-3912 | First Class Mail |
| Environmental Protection Agency | US Environmental Protection Agency, Region 10 | 1200 6th Ave, Ste 155<br>Seattle, WA 98101 | First Class Mail |
| Environmental Protection Agency | US Environmental Protection Agency, Region 5 | 77 W Jackson Blvd<br>Chicago, IL 60604 | First Class Mail |
| Environmental Protection Agency | US Environmental Protection Agency, Region 8 | 1595 Wynkoop St<br>Denver, CO 80202-1129 | First Class Mail |
| Environmental Protection Agency | US Environmental Protection Agency, Region 9 | 75 Hawthorne St<br>San Francisco, CA 94105 | First Class Mail |
| Regulatory Authority | US Federal Maritime Commission | Bureau of Certification & Licensing<br>Attn: Director<br>800 N Capitol St NW<br>Washington, DC 20573 | First Class Mail |
| Regulatory Authority | US Federal Maritime Commission | 800 N Capitol St, NW<br>Washington, DC 20573 | First Class Mail |
| Regulatory Authority | US Military Sealift Command | 471 E C St, Bldg SP-47<br>Norfolk, VA 23511-2419 | First Class Mail |
| Regulatory Authority | US National Park Service | 1849 C St NW<br>Washington, DC 20240 | First Class Mail |
| 30 Largest | US Postal Service | Attn: Louis Dejoy, CEO<br>475 L'Enfant Plz SW<br>Washington, DC 20260 | First Class Mail |
| Regulatory Authority | USCG National Pollution Funds Center | 2703 Martin Luther King Jr Ave SE<br>Washington, DC 20593-7605 | First Class Mail |
| Regulatory Authority | VA Dept of Abc | 7450 Freight Way<br>Mechanicsville, VA 23116 | First Class Mail |

**Exhibit B**
Service List

| Description | Name | Address | Method of Service |
|---|---|---|---|
| 30 Largest | Vacations To Go | Attn: Emerson Kirksey Hankamer, CEO<br>5851 San Felipe St, Ste 500<br>Houston, TX 77057 | First Class Mail |
| Regulatory Authority | Water Commission - City of St Louis | 1640 S Kingshighway Blvd<br>St Louis, MO 63110 | First Class Mail |
| Counsel to the Senior DIP Lenders | White & Case LLP | Attn: Andrew Zatz<br>Attn: Andrea Amulic<br>Attn: David Ridley,<br>1221 Ave of the Americas<br>New York, NY 10020 | First Class Mail |