# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HORNBLOWER HOLDINGS LLC, *et al.*,[1] | ) Case No. 24-90061 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF AMENDED ORDER (A) APPROVING (I) BIDDING PROCEDURES FOR THE SALE OF THE AQV DEBTORS' ASSETS, (II) PROCEDURES REGARDING BID PROTECTIONS, (III) THE SCHEDULING OF CERTAIN DATES WITH RESPECT THERETO, (IV) THE FORM AND MANNER OF NOTICE THEREOF, (V) CONTRACT ASSUMPTION, ASSIGNMENT, AND REJECTION PROCEDURES, AND (VI) CERTAIN PROCEDURES TO OTHERWISE DISPOSE OF THE AQV ASSETS, AND (B) AUTHORIZING THE DEBTORS TO ENTER INTO AGREEMENTS FOR THE SALE OF THE THEIR ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES**

[Relates to Docket No. 21]

**PLEASE TAKE NOTICE** that on February 21, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Emergency Motion for Entry of an Order (A) Approving (I) Bidding Procedures for the Sale of the AQV Debtors' Assets, (II) Procedures Regarding Bid Protections, (III) The Scheduling of Certain Dates with Respect Thereto, (IV) the Form and Manner of Notice Thereof, (V) Contract Assumption, Assignment, and Rejection Procedures, and (VI) Certain Procedures to Otherwise Dispose of the AQV Assets, and (B) Authorizing the Debtors to Enter into Agreements for the Sale of Their Assets Free and Clear*

---

[1] The last four digits of Debtor Hornblower Holdings LLC's tax identification number are 6035. Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Hornblower. The location of the Debtors' service address for purposes of these chapter 11 cases is: Pier 3, The Embarcadero, San Francisco, CA 94111.

*of All Liens, Claims, And Encumbrances* [Docket No. 21], to which the original proposed order was attached (the "Original Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto is an amended proposed order (the "Amended Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a redline of the Amended Order marked against the Original Order.

[*Remainder of page intentionally left blank*]

February 26, 2024

Respectfully submitted,

By: */s/ John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Jacob A. Adlerstein (admitted *pro hac vice*)
Kyle J. Kimpler (admitted *pro hac vice*)
Sarah Harnett (admitted *pro hac vice*)
Neda Davanipour (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
jadlerstein@paulweiss.com
kkimpler@paulweiss.com
sharnett@paulweiss.com
ndavanipour@paulweiss.com

*Proposed Counsel to the Debtors and the Debtors in Possession*

**Certificate of Service**

      I certify that on February 26, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                       */s/ John F. Higgins*
                                                                       John F. Higgins