UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| HORNBLOWER HOLDINGS LLC, *et al.* | ) ) ) | Case No. 24-90061 (MI) |
| Debtors | ) ) ) | (Jointly Administered) |

**THE UNITED STATES TRUSTEE'S**
**<u>NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS</u>**

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

    Kevin M. Epstein, the United States Trustee for Region 7, hereby appoints the following eligible creditors to the Committee of Unsecured Creditors pursuant to 11 U.S.C. § 1102(a)(1) in this case:

| | **Members** |
|---|---|
| 1. | Angela Composto<br>C/O Stuart J. Miller<br>100 Church Street, 8th Floor<br>New York, NY 10007<br>Angela.composto2375@gmail.com<br>stuart@lankmill.com |
| 2. | Ryan Landry<br>Mr. Row, LLC (SeaTran Marine)<br>107 Highway 90 W<br>New Iberia, LA 70560<br>ryan@seatranmarine.com |
| 3. | Eric Blum<br>Pleasant Holidays<br>3333 Fairview Road, A451<br>Costa Mesa, CA 92626<br>Blum.Eric@ace.aaa.com |

| | |
|---|---|
| 4. | Joe Scott<br>Easton Coach Company<br>310 West Johnson Highway, Suite 104<br>Norristown, PA 19401<br>jscott@eastoncoach.com |
| 5. | Dane Fish<br>Vacations to Go Inc.<br>5851 San Felipe Street, Suite 500<br>Houston, TX 77057<br>dfish@vacationstogo.com |
| 6. | Emmanuel Cotrel<br>FMC GlobalSat Inc.<br>1200 E. Las Olas Blvd., 3rd Floor<br>Fort Lauderdale, Florida 33301<br>ecotrel@fmcglobalsat.com |
| 7. | Eva Engelhart<br>The Peabody Memphis<br>149 Union Avenue<br>Memphis, TN 38103<br>eengelhart@rossbanks.com |

SIGNED on March 5, 2024.

Respectfully submitted,

        KEVIN M. EPSTEIN
        UNITED STATES TRUSTEE
        REGION 7, SOUTHERN and WESTERN
        DISTRICTS OF TEXAS

By:   /s/ *C. Ross Travis*
       C. Ross Travis, Trial Attorney
       Louisiana State Bar No. 40083
       Email: C.Ross.Travis@usdoj.gov
       515 Rusk Street, Suite 3516
       Houston, Texas 77002
       (713) 718-4677
       (713) 718-4670 Fax

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 5th day of March 2024.

/s/C. Ross Travis
C. Ross Travis