**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HORNBLOWER HOLDINGS LLC, *et al.* | ) | Case No. 24-90061 (MI) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF ORGANIZATIONAL MEETING OF THE**
**OFFICIAL UNSECURED CREDITORS' COMMITTEE**

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

An organizational meeting of the Official Unsecured Creditors' Committee in the above-entitled cases have been scheduled via video teleconference call on **Wednesday, March 6, 2024, at 11:00 a.m. (Houston Time)**. The members of the Official Unsecured Creditors' Committee will be provided with a video teleconference invitation.

Dated: March 5, 2024

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:   */s/ C. Ross Travis*
　　　C. Ross Travis, Trial Attorney
　　　Louisiana State Bar No. 40083
　　　Email: C.Ross.Travis@usdoj.gov
　　　515 Rusk Street, Suite 3516
　　　Houston, Texas 77002
　　　(713) 718-4677
　　　(713) 718-4670 Fax

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 5th day of March 2024.

/s/ C. Ross Travis
C. Ross Travis