| Information to identify the case: | | |
|---|---|---|
| Debtor: Hornblower Holdings LLC, *et al.* | | EIN: 61-2116035 |
| United States Bankruptcy Court for the Southern District of Texas | | United States Courts<br>Southern District of Texas<br>**FILED**<br>MAR 14 2024<br>Nathan Ochsner, Clerk of Court |
| Case number: 24-90061 (MI) | | Date case filed for chapter 11: 02 / 21 / 2024<br>MM / DD / YYYY |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                                                                12/15

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

Do not file this notice with any proof of claim or other filing in the case.

| 1. | Debtor's full name | See Rider 1 |
|---|---|---|
| 2. | All other names used in the last 8 years | See Rider 2 |
| 3. | Address | Pier 3 on The Embarcadero, San Francisco, CA 94111 |
| 4. | Debtor's attorney<br>Name and address | Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002<br>Attn  John F. Higgins<br>       M. Shane Johnson<br>       Megan Young-John<br>Telephone:                                              (713) 226-6000<br>Email:                                                     jhiggins@porterhedges.com<br>                                                                  sjohnson@porterhedges.com<br>                                                                  myoung-john@porterhedges.com<br><br>-and-<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Attn  Paul M. Basta (admitted *pro hac vice*)<br>       Jacob A. Adlerstein (admitted *pro hac vice*)<br>       Kyle J. Kimpler (admitted *pro hac vice*)<br>       Sarah Harnett (admitted *pro hac vice*)<br>       Neda Davanipour (admitted *pro hac vice*)<br>Telephone:                                              (212) 373-3000 |

Official Form 309F (For Corporations or Partnerships)     Notice of Chapter 11 Bankruptcy Case

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

United States Courts
Southern District of Texas
FILED

MAR 14 2024

Nathan Ochsner, Clerk of Court

Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
CAROL A. McENROE
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Carol McEnroe
Name
6620 N. 78TH St
Number    Street
Scottsdale  AZ  85250
City        /State     ZIP Code

Contact phone  303-910-8834
Contact email  CARMACA@AOL.COM

Where should payments to the creditor be sent? (if different)

Carol McEnroe
Name
6620 N. 78TH St
Number    Street
Scottsdale  AZ  85250
City        State      ZIP Code

Contact phone  303-910-8834
Contact email  CARMACA@AOL.COM

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☒ No
☐ Yes.  Claim number on court claims registry (if known) _____  Filed on ___/___/_____
                                                                              MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                          Proof of Claim                              page 1

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ 4524.00 . Does this amount include interest or other charges?
☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Company Files Chap11 a Cx1's Cruise

**9. Is all or part of the claim secured?**
☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____
Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: _____

Official Form 410

| | | |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ **No** ☐ **Yes.** *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/10/2024
                  MM / DD / YYYY

*Signature:* Carol A. McEnroe

**Print the name of the person who is completing and signing this claim:**

Name: Carol / A / McEnroe
      First name / Middle name / Last name

Title: _____

Company: _____
*Identify the corporate servicer as the company if the authorized agent is a servicer.*

Address: 6620 N. 78TH St.
         Number    Street
         Scottsdale        AZ   85250
         City              State  ZIP Code

Contact phone: 303-910-8834   Email: CARMCA@aol.com

# GUEST INVOICE



**AMERICAN QUEEN VOYAGES**™

| Reservation ID | 1199871 |
|---|---|
| Status | Booked |
| Booking Date | 06/26/2023 |
| Invoice Date | 09/25/2023 |

If you are working with a travel agency, please contact your agent with questions and to submit payments. If you booked directly with us, submit credit card payments at 1-888-749-5280 or remit check payments to: American Queen Lockbox, P.O. Box 103138, Pasadena, CA 91189-3138. For delivery via overnight courier, Attn: American Queen Lockbox & 103138, 2710 Media Center Dr. Bldg. #6, Suite#120, Los Angeles, CA 90065.

| ATTN: | GUEST NAME | GUEST ID | FROM | TO | EMBARK | DISEMBARK |
|---|---|---|---|---|---|---|
| | MCENROE CAROL A. | 186857 | CLARKSTON | VANCOUVER, WA (PORTLAND, OR) | 04/08/2024 | 04/15/2024 |
| | PHIPPS GRAHAM R. | 186858 | CLARKSTON | VANCOUVER, WA (PORTLAND, OR) | 04/08/2024 | 04/15/2024 |

CAROL MCENROE
6620 North 78 Street
Scottsdale, AZ 85250
Agency ID: 119421

| BOAT | Departure Date | THEME | # NIGHTS | STATEROOM / | CAT | BEDDING | DINING |
|---|---|---|---|---|---|---|---|
| AMERICAN EMPRESS | 08-April-2024 | | 7 | 417 | E | Queen Bed | MAIN 07:45 PM |

### PRE/POST VOYAGE HOTEL

| Guests 1,2 | LAND/SEA | In: 04/07/2024 | Out: 04/08/2024 | Room: STANDARD | TBD SPOKANE HOTEL | STATUS Requested |
|---|---|---|---|---|---|---|

### Add-Ons /Special Requests

| Guest 1 | 1 - TABLE FOR 4 |
| Guest 2 | 1 - TABLE FOR 4 |
| Guest 1 | 1 - $100 OBC PER PERSON, comp |
| Guest 2 | 1 - $100 OBC PER PERSON, comp |
| Guest 2 | 1 - CELEBRATING ANNIVERSARY |
| Guest 1 | 1 - REQUESTS DISTILLED WATER FOR CPAP |

### VOYAGE FARE

| | Guest1 | Guest2 | Total |
|---|---|---|---|
| * TRAVELZOO | $1,999.00 | $1,999.00 | $3,998.00 |
| TOTAL VOYAGE FARE | $1,999.00 | $1,999.00 | $3,998.00 |

### HOTEL FARE

| | Guest1 | Guest2 | Total |
|---|---|---|---|
| * HOTEL PRICE | $0.00 | $0.00 | $0.00 |
| TOTAL HOTEL FARE | $0.00 | $0.00 | $0.00 |

### OTHER CHARGES

| | Guest1 | Guest2 | Total |
|---|---|---|---|
| * INSURANCE | $263.00 | $263.00 | $526.00 |
| TOTAL OTHER CHARGES | $263.00 | $263.00 | $526.00 |
| **TOTALS** | $2,262.00 | $2,262.00 | $4,524.00 |

### PAYMENT SCHEDULE

| FIRST DEPOSIT | 06/29/2023 | EST | $2,000.00 |
| FINAL PAYMENT | 07/10/2023 | EST | $526.00 |
| FINAL PAYMENT | 12/09/2023 | EST | $1,998.00 |

### PAYMENTS RECEIVED

| 06/28/2023 | PMNT | CREDIT CARD | xxxxxxxxxxxx1511 | $2,526.00 |
| 09/25/2023 | PMNT | CREDIT CARD | xxxxxxxxxxxx1511 | $1,998.00 |
| | | | **TOTAL PAYMENTS** | $4,524.00 |

Payments made by credit card will appear on your bank statement as American Queen.

| **PAID IN FULL** | | | | $0.00 |

To book Premium Shore Excursions for your voyage, please visit www.reservemyexcursions.com