**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| HORNBLOWER HOLDINGS LLC, *et al.*,[1] | ) |
| | ) Case No. 24-90061 (MI) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**NOTICE OF EXTENSION OF DEADLINE TO DESIGNATE**
**STALKING HORSE BIDDER PURSUANT TO BIDDING PROCEDURES**

[Related to Document No. 166]

**PLEASE TAKE NOTICE** that, on February 21, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on February 28, 2024, the Court entered the *Order (A) Approving (I) Bidding Procedures for the Sale of the AQV Debtors' Assets, (II) Procedures Regarding Bid Protections, (III) the Scheduling of Certain Dates with Respect Thereto, (IV) the Form and Manner of Notice Thereof, (V) Contract Assumption, Assignment, and Rejection Procedures, and (VI) Certain Procedures to Otherwise Dispose of the AQV Assets, and (B) Authorizing the Debtors to Enter into Agreements for the Sale of Their Assets Free and Clear*

---

[1] The last four digits of Debtor Hornblower Holdings LLC's tax identification number are 6035. Due to the large number of debtor entities in these chapter 11 cases, which are being jointly administered, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Hornblower. The location of the Debtors' service address for purposes of these chapter 11 cases is Pier 3 on The Embarcadero, San Francisco, CA 94111.

1

*of All Liens, Claims, And Encumbrances* [Docket No. 166] (the "<u>Bidding Procedures Order</u>"),[2] approving, among other things, Bidding Procedures with respect to the Debtors' proposed sale of the AQV Assets.[3]

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures, the original deadline for the Debtors to designate one or more Stalking Horse Bidders (the "<u>Stalking Horse Designation Deadline</u>") was March 15, 2024.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures, the Debtors reserved their rights to modify the Bidding Procedures in their reasonable business judgment, in a manner consistent with the exercise of their fiduciary duties, and in any manner that will best promote the goals of the bidding process, or to impose, at or before the Auction (if held), additional customary terms and conditions on the sale of some or all of the AQV Assets, including, among other things, by extending the deadlines set forth in the Bidding Procedures.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures, **the Debtors have extended the Stalking Horse Designation Deadline to <u>March 19, 2024</u>**.

PLEASE TAKE FURTHER NOTICE that nothing herein shall limit the Debtors' ability to modify the Bidding Procedures further in accordance with the terms thereof.

[*Remainder of page intentionally left blank.*]

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order.

[3]   The Bidding Procedures are attached as <u>Exhibit 1</u> to the Bidding Procedures Order.

March 15, 2024                                    Respectfully submitted,

                                                  By: */s/ John F. Higgins*
                                                  **PORTER HEDGES LLP**
                                                  John F. Higgins (TX Bar No. 09597500)
                                                  M. Shane Johnson (TX Bar No. 24083263)
                                                  Megan Young-John (TX Bar No. 24088700)
                                                  1000 Main St., 36th Floor
                                                  Houston, Texas 77002
                                                  Telephone: (713) 226-6000
                                                  Facsimile: (713) 226-6248
                                                  jhiggins@porterhedges.com
                                                  sjohnson@porterhedges.com
                                                  myoung-john@porterhedges.com

                                                  - and -

                                                  **PAUL, WEISS, RIFKIND, WHARTON &
                                                  GARRISON LLP**
                                                  Paul M. Basta (admitted *pro hac vice*)
                                                  Jacob A. Adlerstein (admitted *pro hac vice*)
                                                  Kyle J. Kimpler (admitted *pro hac vice*)
                                                  Sarah Harnett (admitted *pro hac vice*)
                                                  Neda Davanipour (admitted *pro hac vice*)
                                                  Kyle R. Satterfield (*pro hac vice* pending)
                                                  1285 Avenue of the Americas
                                                  New York, New York 10019
                                                  Telephone: (212) 373-3000
                                                  Facsimile: (212) 757-3990
                                                  pbasta@paulweiss.com
                                                  jadlerstein@paulweiss.com
                                                  kkimpler@paulweiss.com
                                                  sharnett@paulweiss.com
                                                  ndavanipour@paulweiss.com
                                                  ksatterfield@paulweiss.com

                                                  *Proposed Counsel to the Debtors and
                                                  the Debtors in Possession*

3

## Certificate of Service

I certify that on March 15, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ John F. Higgins
John F. Higgins