**EXHIBIT C**

**CORPORATE STRUCTURE CHART**

# Hornblower Group

## American Queen

## Hornblower Cruises

### Legend

- Holdings (Superpriority, Incremental Superpriority, Revolver Term-Out, and First Lien Term Facilities)
- Borrower (Superpriority, Incremental Superpriority, Revolver Term-Out, and First Lien Term Facilities)
- Subsidiary Loan Party (Superpriority, Incremental Superpriority, Revolver Term-Out, and First Lien Term Facilities)
- Guarantor (Incremental Superpriority, Superpriority, and First Lien Term Loan Facilities)
- Borrower (Revolver Facility)
- Guarantor (Revolver Facility)
- Subsidiary Loan Party (JB OpCo Facility)
- Holdings (JB OpCo Facility)
- Borrower (JB OpCo Facility)
- Limited Guarantor (up to $56.5 million AUD) (JB OpCo Facility)
- 100% pledged equity (Incremental Superpriority, Superpriority, and First Lien Term Loan Facilities)
- 100% pledged equity (Revolver Facility)
- 100% pledged equity (JB OpCo Facility)

*The Windea entities are JV's between Hornblower Wind, LLC (23%) and third-party Mid-Ocean Wind, LLC (77%)