## **EXHIBIT D**

**VALUATION ANALYSIS**

[To come.]

4