## **<u>EXHIBIT F</u>**

## **FINANCIAL PROJECTIONS**

[To come.]