**<u>Exhibit B</u>**

**Incremental Redline**

the terms or provisions of any such chapter 11 plan or any order confirming any such chapter 11 plan.

37. JPMorgan Chase Bank, N.A., a national banking association ("**Chase**"), Paymentech, LLC (also known as Chase Merchant Services) ("**CMS**"), and certain of the Debtors are parties to that certain U.S. Select Merchant Processing Agreement, dated on or about March 9, 2019 (as amended, supplemented or modified from time to time, the "**MPA**"). Notwithstanding anything to the contrary in **the Interim Order and** this Final Order, and without limitation, any and all rights of Chase or CMS, if any, to offset, setoff, recoup or exercise other rights and remedies against any Debtors under the MPA and applicable law, and the Debtors' and other parties in interests' rights to challenge same, are reserved and preserved and shall not be affected by the relief granted in **the Interim Order and** this Final Order.

38. Nothing in the Interim Order or this Final Order shall prime, modify, limit, alter, or expand any perfected security interest that Argonaut Insurance Company may have in respect of any of their bonds, any related indemnity agreements, and/or in any of their cash collateral. Notwithstanding anything to the contrary in the Interim Order or this Final Order, (i) all parties' rights to assert, and the Debtors' and other parties in interests' right to oppose, that the Debtors hold or held customer deposits in trust on behalf of passengers are fully preserved, and (ii) to the extent that the Court determines that the Debtors hold or held any customer deposits in trust on behalf of passengers, nothing in this Final Order shall prime, modify, limit, or alter such passengers' interests or rights in such trust funds.

39. Notwithstanding any other language in this Final Order, nothing herein shall be read to prime or otherwise alter any existing statutory liens for taxes

76