IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| HORNBLOWER HOLDINGS LLC, *et al.*,[1] | ) Case No. 24-90061 (MI) |
| Debtors. | ) (Jointly Administered) |

**SECOND NOTICE TO CONTRACT PARTIES TO REJECTED
EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

> **YOU ARE RECEIVING THIS NOTICE BECAUSE YOU OR ONE OF YOUR AFFILIATES IS A COUNTERPARTY TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE WITH ONE OR MORE OF THE DEBTORS AS SET FORTH ON EXHIBIT A ATTACHED HERETO.**

**PLEASE TAKE NOTICE** that on February 21, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on February 28, 2024, the Court entered the *Order (A) Approving (I) Bidding Procedures for the Sale of the AQV Debtors' Assets, (II) Procedures Regarding Bid Protections, (III) the Scheduling of Certain Dates with Respect Thereto, (IV) the Form and Manner of Notice Thereof, (V) Contract Assumption, Assignment, and Rejection Procedures, and (VI) Certain Procedures to Otherwise Dispose of the AQV Assets, and (B) Authorizing the Debtors to Enter into Agreements for the Sale of Their Assets Free and Clear of all Liens, Claims, and, Encumbrances* [Docket No. 166] (the "Bidding Procedures Order"), and on March 22, 2024, entered a modified version of the Bidding Procedures Order [Docket No. 317],[2] by which the Court approved, among other things, procedures for the Debtors' pursuit

---

[1] The last four digits of Debtor Hornblower Holdings LLC's tax identification number are 6035. Due to the large number of debtor entities in these chapter 11 cases which are being jointly administered, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Hornblower. The location of the Debtors' service address for purposes of these chapter 11 cases is: Pier 3 on The Embarcadero, San Francisco, CA 94111.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order or the *Debtors' Emergency Motion for Entry of an Order (A) Approving (I) Bidding Procedures for the Sale of the AQV Debtors' Assets, (II) Procedures Regarding Bid Protections, (III) the Scheduling of Certain Dates with Respect Thereto, (IV) the Form and Manner of Notice Thereof, (V) Contract Assumption, Assignment, and Rejection Procedures, and (VI) Certain Procedures to Otherwise Dispose of the*

of one or more sales or dispositions of the AQV Business or some, all, or substantially all of the assets of the Debtors' AQV Business (the "AQV Assets") under section 363 of the Bankruptcy Code free and clear of any liens, claims, and encumbrances (each, a "Sale"), which procedures are annexed to the Bidding Procedures Order as Exhibit 1 (the "Bidding Procedures").

**PLEASE TAKE FURTHER NOTICE** that on March 25, 2024, the Debtors filed the first *Notice to Contract Parties to Rejected Executory Contracts and Unexpired Leases* [Docket No. 349] (the "First Rejection Notice"), which provided notice to contract counterparties of the Debtors' determination to reject the Rejected Contracts listed on the schedule attached thereto as Exhibit A (the "Rejected Contracts Schedule").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures, the Debtors have determined to amend the Rejected Contracts Schedule. Accordingly, by this notice, the Debtors have determined to add certain Rejected Contracts to the Rejected Contracts Schedule, remove certain contracts therefrom, and revise the effective date of rejection (the "Rejection Date") of certain Rejected Contracts listed on the first Rejected Contracts Schedule.

**PLEASE TAKE FURTHER NOTICE** that the amended Rejected Contracts Schedule is attached hereto as **Exhibit A**. The Rejected Contracts Schedule, as amended, can also be viewed on the website maintained by the Debtors' claims and noticing agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/Hornblower. Redlines reflecting the amendments to the Rejected Contract Schedule are attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE that the Debtors' amendments to the Rejected Contracts Schedule impact one or more of their contracts to which you are a party**, either by adding such contract(s) to the Rejected Contracts Schedule, removing such contract(s) therefrom, or revising the Rejection Date of such contract(s).

**PLEASE TAKE FURTHER NOTICE** that if your contract has been added to the Rejected Contracts Schedule pursuant to this notice, you will have the opportunity to object to the Debtors' decision to reject your contract, including to the Rejection Date. You may file an objection with the Court (a "Rejection Objection"), which Rejection Objection must: (i) comply with the applicable provisions of the Bankruptcy Rules, the Bankruptcy Local Rules, and any order governing the administration of these chapter 11 cases; and (ii) be filed with the Court **no later than May 6, 2024 at 4:00 p.m. (prevailing Central Time)** (the "Rejection Objection Deadline"). *You are encouraged to contact counsel for the Debtors prior to filing a Rejection Objection to determine if an informal resolution thereof may be reached.*

**PLEASE TAKE FURTHER NOTICE** that if you received the First Rejection Notice and your contract(s) has not been removed from the Rejected Contracts Schedule pursuant to this notice, you should refer to the First Rejection Notice for the applicable objection deadline and procedures.

---

*AQV Assets, and (B) Authorizing the Debtors to Enter into Agreements for the Sale of Their Assets Free and Clear of all Liens, Claims, and, Encumbrances* [Docket No. 21] (the "Motion"), as applicable.

**PLEAE TAKE FURTHER NOTICE** that if you do not file a Rejection Objection by the Rejection Objection Deadline or in accordance with the foregoing specifications, the Debtors shall seek authorization, through an order of the Court, that the rejection of your contract is effective as of the Rejection Date.  You will be forever barred, estopped, and enjoined from objecting to such rejection.

**PLEASE TAKE FURTHER NOTICE** that if a timely Rejection Objection served as specified above is not withdrawn or resolved, the Debtors shall request that the Court hear the objection at a hearing, in accordance with the Bidding Procedures Order.  If such objection is overruled or withdrawn, then the applicable contract will be rejected in accordance with the Bidding Procedures Order.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| April 15, 2024 | By: */s/ John F. Higgins*<br>**PORTER HEDGES LLP**<br>John F. Higgins (TX Bar No. 09597500)<br>M. Shane Johnson (TX Bar No. 24083263)<br>Megan Young-John (TX Bar No. 24088700)<br>1000 Main St., 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 226-6248<br>jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br><br>- and -<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Paul M. Basta (admitted *pro hac vice*)<br>Jacob A. Adlerstein (admitted *pro hac vice*)<br>Kyle J. Kimpler (admitted *pro hac vice*)<br>Sarah Harnett (admitted *pro hac vice*)<br>Neda Davanipour (admitted *pro hac vice*)<br>Kyle R. Satterfield (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>pbasta@paulweiss.com<br>jadlerstein@paulweiss.com<br>kkimpler@paulweiss.com<br>sharnett@paulweiss.com<br>ndavanipour@paulweiss.com<br>ksatterfield@paulweiss.com<br><br>*Counsel to the Debtors and the Debtors in Possession* |

**Certificate of Service**

      I certify that on April 15, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                               */s/ John F. Higgins*
                                               John F. Higgins