**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HORNBLOWER HOLDINGS LLC, *et al.*,[1] | ) | Case No. 24-90061 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS,**
**METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES**
**OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

### Introduction

The Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by Hornblower Holdings LLC and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), were prepared in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Bankruptcy Local Rules for the Southern District of Texas by management of the Debtors, with the assistance of the Debtors' professional advisors, and are unaudited.

The Schedules and Statements have been signed by Jonathan Hickman, Chief Restructuring Officer of the Debtors. Mr. Hickman has not (nor could have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses. In addition, Mr. Hickman has not (nor could have) personally verified the completeness of the Schedules and Statements, nor the accuracy of any information contained therein. In reviewing and signing the Schedules and Statements, Mr. Hickman necessarily relied upon various personnel of the Debtors and the Debtors' professional advisors and their efforts, statements, and representations in connection therewith. Although management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, subsequent information or discovery thereof may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Hornblower. The location of the Debtors' service address for purposes of these chapter 11 cases is: Pier 3 on The Embarcadero, San Francisco, CA 94111.

Regarding the Debtors' Schedules and Statements (the "<u>Global Notes</u>") pertain to, are incorporated by reference in, and comprise an integral part of <u>all</u> of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements. The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Disclosure of information in one Schedule, Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

**The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.**

<u>**Global Notes and Overview of Methodology**</u>

**General Reservation of Rights**. Although the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material. Because the Schedules and Statements contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtors reserve all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim ("<u>Claim</u>") as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute an admission of any claims or a waiver of any of the Debtors' rights with respect to these chapter 11 cases, including issues involving substantive consolidation, recharacterization, mandatory subordination, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or recategorized, except as required by applicable law or order of the Bankruptcy Court. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

**Description of Cases and "As Of" Information Date**. On February 21, 2024 (the "<u>Petition Date</u>"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The Debtors' chapter 11 cases are jointly administered for procedural purposes only pursuant to an order entered by the Bankruptcy Court on February 21, 2024 [Docket No. 2]. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or

examiner has been made in these chapter 11 cases. Unless otherwise stated herein, liabilities are reported as of the Petition Date.

**Basis of Presentation**. The Schedules and Statements purport to reflect the assets and liabilities of separate Debtors. The Debtors, however, along with their wholly-owned non-Debtor subsidiaries, prepare financial statements for financial reporting purposes, which are audited annually, on a consolidated basis. The Debtors reserve all rights relating to the legal ownership of assets and liabilities among the Debtors and nothing in the Schedules or Statements shall constitute a waiver or relinquishment of such rights. Information contained in the Schedules and Statements has been derived from the Debtors' books and records. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable to audited financial statements.

**Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records. To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

**Excluded Liabilities**. The Debtors have excluded certain categories of liabilities from the Schedules and Statements, including, but not limited to, accrued employee compensation and benefits, certain customer accruals, tax accruals, accrued contract termination damages, deferred income accruals, and litigation accruals. The Debtors have also excluded potential Claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such Claims exist. Further, certain immaterial assets and liabilities may have been excluded.

**References**. References to applicable loan agreements and related documents are necessary for a complete description of the collateral and the nature, extent, and priority of liens and/or claims. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of any such agreement.

**Currency**. All amounts are reflected in U.S. dollars. In instances where the Debtors maintain their books in a currency other than U.S. dollars, the FX rate as of the opening of the business day on February 21, 2024 was used to calculate the currency conversion.

**Book Value**. Unless otherwise indicated, the Debtors' assets are shown on the basis of their net book values as of February 21, 2024, and the Debtors' liabilities are shown on the basis of their net book values as of the Petition Date. Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the Debtors' books. Net book values may vary, sometimes materially, from market values. The Debtors do not intend to amend these Schedules and Statements to reflect market values. The book values of certain assets may materially differ from their fair

market values and/or any liquidation analysis prepared in connection with the Debtors' chapter 11 cases.

**Paid Claims**.  The Bankruptcy Court authorized the Debtors to pay certain outstanding prepetition Claims—including, but not limited to, payments to employees, customers, and certain vendors—pursuant to various "first day" orders entered by the Bankruptcy Court. Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities.  Where the Schedules list creditors and set forth the Debtors' scheduled amount of such Claims, such scheduled amounts reflect amounts owed as of the Petition Date, adjusted for any post-petition payments made pursuant to the authority granted to the Debtors by the Bankruptcy Court.  In addition, to the extent the Debtors later pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action, such as filing Claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

**Recharacterization**.  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtors reserve all rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statements at a later time as they determine to be necessary and appropriate.

**Liabilities**.  The Debtors allocated liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available, and further research is conducted, particularly with respect to the Debtors' payable accounts, the allocation of liabilities between the prepetition and postpetition periods may change.  The Debtors reserve the right to, but are not required to, amend the Schedules and Statements as they deem appropriate to reflect this.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

**Guarantees and Other Secondary Liability Claims**.  Where guarantees or similar secondary liability claims have been identified, they have been included in the relevant liability Schedule for the Debtor or Debtors affected by such obligation.  The Debtors have also listed such obligations related to funded debt or debt for borrowed money on the applicable Schedule H.  It is possible that certain guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.  The Debtors reserve their rights (but expressly do not undertake any obligation) to amend the Schedules to the extent that

additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

**Intercompany Claims**.  Receivables and payables among and between the Debtors and (i) other Debtors or (ii) their non-Debtor affiliates, are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records.  As described more fully in the *Debtors'* _Emergency_ *Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms and Books and Records, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 11] (the "Cash Management Motion"), the Debtors engage in a range of intercompany transactions in the ordinary course of business. Pursuant to the *Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms and Books and Records, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 58] (the "Cash Management Order"), the Bankruptcy Court has granted the Debtors authority to continue to engage in intercompany transactions in the ordinary course of business subject to certain limitations set forth therein.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise or an admission as to the validity of such receivables and payables.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.  Without limiting the generality of the foregoing, certain intercompany receivables and payables among and between the Debtors have been consolidated and netted in the Debtors' books and records. Such treatment is not, and should not be construed as, an admission or conclusion of the Debtors regarding the allowance, classification, characterization of the amount and/or validity or priority of any such intercompany receivables and payables or the validity of any netting or offsets per the Debtors' books and records.  The Debtors take no position in these Schedules and Statements as to whether any such amounts would be allowed as a claim or an interest, or not allowed at all.  The listing of these amounts is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or claim status of any intercompany liability account.  The Debtors reserve all rights to later change the amounts, characterization, classification, categorization, or designation of intercompany accounts reported in the Schedules and Statements.

In addition, certain of the Debtors act on behalf of other Debtors.  Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation.  Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity is an obligor with respect to any such payment.  The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

**Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made significant efforts to attribute intellectual property to the rightful Debtor owner, however, in some instances intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

**Insurance**.  The Debtors have not set forth insurance policies as executory contracts in the Schedules and Statements.  Information regarding the Debtors' insurance policies is set forth in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (C) Continue to Pay Brokerage Fees, and (D) Maintain Their Surety Bond Program, and (II) Granting Related Relief* [Docket No. 18].

**Executory Contracts and Unexpired Leases**.  The Debtors have not set forth executory contracts or unexpired leases as assets in the Schedules and Statements.  The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.  In addition, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred. While certain executory contracts and unexpired leases have been set forth in Schedule G, the Debtors have filed the *Notice to Contract Parties to Rejected Executory Contracts and Unexpired Leases* [Docket No. 349] and the *Second Notice to Contract Parties to Rejected Executory Contracts and Unexpired Leases* [Docket No. 533], to reject certain executory contracts and unexpired leases, pursuant to the *Order (A) Approving (I) Bidding Procedures for the Sale of the AQV Debtors' Assets, (II) Procedures Regarding Bid Protections, (III) the Scheduling of Certain Dates with Respect Thereto, (IV) the Form and Manner of Notice Thereof, (V) Contract Assumption, Assignment, and Rejection Procedures, and (VI) Certain Procedures to Otherwise Dispose of the AQV Assets, and (B) Authorizing the Debtors to Enter into Agreements for the Sale of Their Assets Free and Clear of all Liens, Claims, and, Encumbrances* [Docket No. 166], as modified on March 22, 2024 [Docket No. 317].

**Claims Description**.  Schedules D, E, and F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated" or that such Claim is not subject to objection. The Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent," or

"unliquidated." In addition, the Debtors reserve their rights to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

**Causes of Action**. Despite their reasonable efforts, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights for any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

**Undetermined Amounts**. Claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown," "TBD," or "undetermined." The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

**Unliquidated Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

**Liens**. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property or equipment.

**Employee Addresses**. Personal addresses of current and former employees and directors have been removed from entries listed throughout the Schedules and Statements, where applicable.

**Insiders**. In circumstances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities that the Debtors believe may potentially be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may not actually constitute "insiders" for purposes of section 101(31) of the Bankruptcy code or may no longer serve in such capacities. Persons and entities listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including federal securities law, or with respect to any theories of liability or any other purpose. As such, the Debtors reserve all rights to dispute whether someone identified in response to questions in the Schedules and Statements is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

**Estimates**. To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the

reported amounts of assets and liability to reflect changes in those estimates or assumptions.

**Credits and Adjustments**.  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Setoffs**.  The Debtors incur certain setoffs and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, negotiations and/or disputes between the Debtors and their vendors and customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

**Global Notes Control**.  In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

**Confidentiality**.  There may be instances in the Schedules and Statements where the Debtors have deemed it necessary and appropriate to redact from the public record information such as names or addresses.  Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.  The redactions are limited to only what is necessary to protect the Debtors or third party and are consistent with the relief granted under the *Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors, (B) File a Consolidated List of the 30 Largest Unsecured Creditors, and (C) Redact Certain Personal Identification Information; (II) Waiving or Modifying the Requirement to File a List of Equity Security Holders; (III) Approving the Form and Manner of Notifying Creditors of the Commencement of These Chapter 11 Cases; and (IV) Granting Related Relief* [Docket No. 62].

### General Disclosures Applicable to Schedules

**Classifications**.  Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E/F as "priority," or (c) on Schedule E/F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize, subordinate, or reclassify such Claim or contract.

Schedule A/B – Real and Personal Property.

a)  **Schedule A/B, Part 1 – Cash and Cash Equivalents**.  Details with respect to the

Debtors' cash management system and bank accounts are provided in the Cash Management Motion and Cash Management Order. The Debtors' cash balances are listed as of the Petition Date, February 21, 2024, at bank balances.

**Schedule A/B, Part 2 – Deposits and Prepayments**. The Bankruptcy Court, pursuant to the *Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Adequate Assurance Requests, and (IV) Granting Related Relief* [Docket No. 107], authorized the Debtors to provide adequate assurance of payment for future utility services. In addition, certain retainers or deposits reflect payments to professionals made by a certain Debtor entity, but may be subject to applicable allocation amongst the Debtors.

Certain reported prepaid or amortized assets are listed in accordance with the Debtors' books and records. The amounts listed in Part 2 do not necessarily reflect assets the Debtors will be able to collect or realize. The amounts listed in Part 2 include, among other things, prepaid insurance, licenses, taxes, and other prepaid expenses.

b) **Schedule A/B, Part 3 – Accounts Receivable**. The Debtors' reported accounts receivable include amounts that may be uncollectible. Notwithstanding the foregoing, the Debtors have used reasonable efforts to deduct doubtful or uncollectible accounts. The Debtors are unable to determine with certainty what amounts will actually be collected.

c) **Schedule A/B, Part 4 – Investments**. Ownership interests in subsidiaries, partnerships have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

d) **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles**. Dollar amounts are presented net of accumulated depreciation and other adjustments.

e) **Schedule A/B, Part 8 – Machinery, Equipment, and Vehicles**. For those Debtors that own machinery, equipment and vehicles, dollar amounts are presented net of accumulated depreciation and other adjustments.

f) **Schedule A/B, Part 9 – Real Property**. Real property (either leased or leasehold interests) is recorded at cost and depreciated (as appropriate) on a straight-line basis over the estimated useful lives of the assets.

g) **Schedule A/B, Part 10 – Intangibles and Intellectual Property**. The Debtors review goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values. The Debtors report

intellectual property assets as undetermined value whenever applicable. For purposes of the Schedules, the Debtors have listed intangible assets and intellectual property only at entities for which these assets are recorded on their books. The exclusion of listing similar assets at additional Debtors should not be construed as an admission that other Debtors do not possess similar assets.

h) **Schedule A/B, Part 11 – All Other Assets**. Dollar amounts are presented net of impairments and other adjustments.

    a. ***Item 72 – Tax Refunds and Unused Net Operating Losses (NOLs)***. The Debtors may be entitled to apply certain net operating losses or other tax attributes. The Debtors have provided a summary of certain of their tax attributes and related considerations in Item 72; however, such tax attributes are listed as undetermined amounts because the fair market value (if any) of such attributes is dependent on numerous variables and factors.

    b. ***Items 74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtors and rights to set off claims***. The Debtors attempted to list known causes of action and other claims. Potential preference actions and/or fraudulent transfer actions were not listed because the Debtors have not completed an analysis of such potential claims. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

    c. ***Item 77 – Other property of any kind not already listed***. The Debtors have included intercompany receivables as of February 21, 2024.

**Schedule D – Creditors Who Have Claims Secured by Property**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim. All Claims listed on Schedule D, however, appear to have arisen or have been incurred before the Petition Date. Operating leases are listed on Schedule G.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not, nor shall it be

deemed, an admission as to the validity of any such lien. The descriptions provided in Schedule D are solely intended to be a summary and not an admission of liability. The Debtors made reasonable, good faith efforts to include all known liens on Schedule D but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.

Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition funded debt, only the applicable administrative agent or indenture trustee has been listed for purposes of Schedule D.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

**Schedule E/F - Creditors Who Have Unsecured Claims**. The Debtors have not listed on Schedule E any wage or wage-related obligations which the Debtors have been granted authority to pay pursuant to the *Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 109]. The Debtors believe that all such Claims have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted in the relevant order.

The Debtors have not listed on Schedule E any tax related obligations, except for open tax audits, which the Debtors have been granted authority to pay pursuant to the *Order (I) Authorizing the Payment of Certain Taxes and Fees, and (II) Granting Related Relief* [Docket No. 61]. The Debtors believe that all such Claims have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted in the relevant order.

The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records as of the Petition Date; however, inadvertent errors or omissions may have occurred. The Claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. In addition, the Claims of individual creditors for, among other things, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits, rebates, or allowances due from such creditors to the applicable Debtors. The Claims and amounts listed in respect of certain trade payables may reflect payments by the Debtors pursuant to applicable "first day" orders and amounts to be paid later pursuant to "second day" orders. Certain Debtors may pay additional Claims listed on Schedule E/F during these chapter 11 cases pursuant to these and other

orders of the Bankruptcy Court and reserve all of their rights to update Schedule E/F to reflect such payments. In addition, certain Claims listed on Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule E/F also contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy.

The Debtors have scheduled, on Schedule E/F, all claims with respect to payments made by persons or entities on account of cruises that were scheduled to be operated by American Queen Steamboat Operating Company, LLC ("AQSOC") or Victory Operating Company, LLC ("VOC"), each doing business as American Queen Voyages™ (collectively, the "AQV Cancelled Cruise Claims"). The Debtors have listed the AQV Cancelled Cruise Claims as neither "contingent," nor "unliquidated," nor "disputed." To the extent an AQV Cancelled Cruise Claim is held by an individual person, the Debtors also have indicated the portion of the AQC Cancelled Cruise Claim entitled to priority under section 507(a)(7) of the Bankruptcy Code to the extent such creditors receive distributions under the Plan.

As required by the Federal Maritime Commission (the "FMC"), AQSOC and VOC (the "AQV Debtors") purchased surety bonds (the "Surety Bonds") to ensure that eligible customers of the AQV Debtors would receive full refunds in the event of non-performance of cruises. See 46 C.F.R. § 540.9. The AQV Debtors thus obtained two Surety Bonds from Argonaut Insurance Company ("Argonaut") providing $39 million of aggregate coverage: (i) Passenger Vessel Surety Bond No. SUR0039562 (the "AQSOC Bond") provides $32 million of surety coverage for non-performance of transportation on vessels operated by AQSOC and (ii) Passenger Vessel Surety Bond No. SUR0046973 (the "VOC Bond") provides $7 million of surety coverage for nonperformance of transportation on vessels operated by VOC. The Debtors' books and records provide that the aggregate amount of eligible AQV Cancelled Cruise Claims is less than the penal limits of the AQSOC Bond and VOC Bond, respectively.

In consultation with the FMC and the Committee, the Debtors sent a "denial" letter to customers of the AQV Debtors on March 29, 2024, denying such customers' demands for refunds on account of cancelled cruises that were scheduled to be operated by the AQV Debtors and thereby permitting eligible customers, under the terms of the Surety Bonds and FMC regulations, to submit claims against Argonaut for such refunds.

Although the Debtors have scheduled the AQV Cancelled Cruise Claims on Schedule E/F, the Debtors contend that such claims relating to cruises scheduled to depart from U.S. ports of embarkation (the "U.S. AQV Cancelled Cruise Claims") shall be paid in full by Argonaut, which is a co-obligor with respect to such claims under the Surety Bonds. Accordingly, the Debtors assert that holders of U.S. AQV Cancelled Cruise Claims should

receive payment in full from Argonaut, and therefore should not receive distributions from the Debtors under the Plan. The Debtors reserve all rights with respect to the extent and timing of distributions under the Plan with respect to U.S. AQV Cancelled Cruise Claims.

**Schedule G – Executory Contracts and Unexpired Leases**. While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Each lease and contract listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as financing agreements, subordination, non-disturbance agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained in every circumstance. In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is to reflect distinct agreements between the applicable Debtor and such supplier or provider. In such cases, the Debtors made their best efforts to determine the correct Debtor's schedule on which to list such executory contracts or unexpired leases. Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

The Debtors reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Inclusion or exclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, and the Debtors reserve all rights in that regard, including, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

**Schedule H – Codebtors**. Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtors hereby reserve all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary. Due to the voluminous nature of debts listed in the Schedules, and to avoid unnecessary duplication, the Debtors have not listed debts that more than one Debtor may be liable if such debt is also listed on Schedules E/F or G for the respective co-Debtor liable for such debt (apart from the guarantees of unsecured funded debt obligations, as described in paragraph 13 above).

The Debtors further reserve all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H

shall not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of the conduct of their business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because such litigation is listed elsewhere in the Statements and Schedules, they have not been set forth individually on Schedule H.

Schedule H also reflects guarantees or similar secondary liability obligations by various Debtors. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, debt instruments, and other such agreements. Further, the Debtors believe that certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their right, but shall not be required, to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or are unenforceable.

## General Disclosures Applicable to Statements

**Questions 1 and 2**. The Debtors' responses to Questions 1 and 2 are presented in accordance with the Debtors' books and records. Certain revenue for these periods was recorded in a consolidating entity and was not distributed between the Debtors and their non-filing affiliates and is therefore not included in response to Questions 1 and 2.

**Question 3**. For certain creditors receiving payment, the Debtors maintain multiple addresses for such vendor. Efforts have been made to attribute the correct address, however, in certain instances, alternate addresses may be applicable for a party listed in response to Question 3.

**Question 4**. Individual payments to Debtor affiliates are not reflected in Statement 4 due to their complexity and voluminous nature. The Debtors have reported net monthly intercompany positions in Statement 4. In addition, intercompany payables and receivables as of the Petition Date can be found on Schedule E/F and Schedule A/B. The listing of any entity as an insider does not constitute an admission or a final determination that any such entity is or is not an insider. Alvarez and Marsal Managing Director, Jonathan Hickman is retained as Chief Restructuring Officer of the Debtors. Our of an abundance of disclosure, payments to Alvarez and Marsal are listed in response to Question 4.

**Question 7**. The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that a Debtor is not an appropriate party to such actions or proceedings.

**Question 10**. The Debtors have made best efforts to collect applicable and responsive information. Given the scale of the Debtors' retail and wholesale footprint, the Debtors

incur certain immaterial losses in the ordinary course of business.  Such amounts may not be listed in the Statements.

**Question 11**.   All payments for services of any entities that provided consultation concerning debt restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on either Debtor's respective Statements, as applicable. The Debtors have endeavored to list only payments made for debt restructuring services, however, in some instances, these balances may include payments for services not related to restructuring or bankruptcy matters. Additional information regarding the Debtors' retention of professionals is more fully described in the individual retention applications for those professionals. Payments listed to Alvarez and Marsal in response to this question are duplicated in Question 4.

**Question 13**.  While the Debtors have made reasonable efforts to respond comprehensively to Question 13, certain *de minimis* asset sales and transfers may be omitted unintentionally. In addition, the Debtors regularly sell certain non-core assets, including inventory, in the ordinary course of business.  Accordingly, such dispositions made in the ordinary course of business have not been reflected in Question 13.

**Question 21**.  Vessels and locations operated by the Debtors may contain de minimis property owned by repairmen or ticketing operations, which the Debtors do not track and are not reflected in Question 21.

**Question 26d**.  In the ordinary course of business, the Debtors provide financial statements to certain parties, such as financial institutions, investment banks, auditors, potential investors, vendors and financial advisors.  The Debtors do not maintain complete lists to track such disclosures, and as such, the Debtors have not provided a listing of these parties in response to this question.

**Fill in this information to identify the case:**

Debtor name     American Queen Steamboat Operating Company, LLC

United States Bankruptcy Court for the:    Southern District of Texas, Houston Division

Case number (If known):     24-90100 (MI)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

       Copy line 88 from *Schedule A/B* ...................................................................................................

       $     9,025,097.84*

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B* .............................................................................................

       $     116,029,987.77*

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B* ...............................................................................................

       $     125,055,085.61*

---

**Part 2:** Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .........................................

    $     Undetermined

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................................

       $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................

       **+** $     333,417,835.16*

4. **Total liabilities** .................................................................................................................................

    Lines 2 + 3a + 3b

    $     333,417,835.16*

---

**\*Plus Undetermined Amounts**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>American Queen Steamboat Operating Company, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Texas, Houston Division</td></tr>
<tr><td>Case number (If known)</td><td>24-90100 (MI)</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand** — $ 10,594.83

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 See Attached Rider | | | $ 1,330,315.00 |
| 3.2 | | | $ |

**4. Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1 None | $ 0.00 |
| 4.2 | $ |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 1,340,909.83

### Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1 DEPOSITS - OTHER | $ 3,504,838.33 |
| 7.2 UTILITY DEPOSITS | $ 1,500.00 |

Debtor   American Queen Steamboat Operating Company, LLC                    Case number (if known)   24-90061 (MI)
             Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1  PREPAID - OTHER _____   $                134,743.40

    8.2  PREPAID INSURANCE _____   $                939,505.17

9.  **Total of Part 2.**                                                                                        $          4,580,586.90

    Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:   Accounts receivable**

10.  **Does the debtor have any accounts receivable?**

    ☐  No. Go to Part 4.

    ☑  Yes. Fill in the information below.

                                                                                               Current value of debtor's
                                                                                               interest

11.  **Accounts receivable**

    11a.  90 days old or less:         1,526,805.92      —            0.00        =  ..... →   $        1,526,805.92
                                       face amount                doubtful or uncollectible accounts

    11b.  Over 90 days old:                    0.00      —            0.00        =  ..... →   $                0.00
                                       face amount                doubtful or uncollectible accounts

12.  **Total of Part 3**                                                                       $        1,526,805.92

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:   Investments**

13.  **Does the debtor own any investments?**

    ☐  No. Go to Part 5.

    ☑  Yes. Fill in the information below.

                                                        Valuation method              Current value of debtor's
                                                        used for current value         interest

14.  **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1  None _____            $                0.00

    14.2  _____            $

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1  See Attached Rider _____   _____%            $           Undetermined

    15.2  _____   _____%            $

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1  None _____            $                0.00

    16.2  _____            $

17.  **Total of Part 4**                                                                       $          Undetermined

    Add lines 14 through 16. Copy the total to line 83.

---

**\*Plus Undetermined Amounts**

Debtor   American Queen Steamboat Operating Company, LLC                    Case number (if known) 24-90100 (MI)
         Name

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |
| **20. Work in progress** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |
| **22. Other inventory or supplies** | | | | |
| OTHER INVENTORY | N/A   MM / DD / YYYY | $ 3,095,977.73 | NET BOOK VALUE | $ 3,095,977.73 |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ 3,095,977.73

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☒ Yes. Book value  $ Undetermined   Valuation method N/A          Current value  $ Undetermined

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops-either planted or harvested** | | | |
| | $ | | $ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

Debtor  American Queen Steamboat Operating Company, LLC _____  Case number (if known) 24-90160 (MI)
         Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

| | $ 0.00 |
|---|---|

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value  $ _____   Valuation method _____   Current value  $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| OFFICE FURNITURE | $ 418,043.42 | NET BOOK VALUE | $ 418,043.42 |
| 40. **Office fixtures** | | | |
| None | $ _____ | _____ | $ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| OFFICE EQUIPMENT | $ 156,696.81 | NET BOOK VALUE | $ 156,696.81 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ _____ | _____ | $ 0.00 |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| | $ 574,740.23 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   American Queen Steamboat Operating Company, LLC                                    Case number (If known)   24-90100 (MI)
         Name

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 None | $ | | $ 0.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 VESSEL | $ 21,959,152.07 | NET BOOK VALUE | $ 21,959,152.07 |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $ | | $ 0.00 |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| OTHER EQUIPMENT | $ 4,188,791.29 | NET BOOK VALUE | $ 4,188,791.29 |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $ 26,147,943.36

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90160 (MI) |
|---|---|---|---|
| | Name | | |

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | | $  9,025,097.84* | | $  9,025,097.84* |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | $  9,025,097.84* |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| See Attached Rider | $  Undetermined | | $  Undetermined |
| 61. **Internet domain names and websites** | | | |
| None | $ | | $  0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| PLEASE REFER TO THE GLOBAL NOTES | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| CUSTOMER LISTING | $  Undetermined | N/A | $  Undetermined |
| 64. **Other intangibles, or intellectual property** | | | |
| None | $ | | $  0.00 |
| 65. **Goodwill** | | | |
| None | $ | | $  0.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | $  Undetermined |

**\*Plus Undetermined Amounts**

Official Form 206A/B                    Schedule A/B: Assets - Real and Personal Property                    Page 6

Debtor    American Queen Steamboat Operating Company, LLC                                    Case number (if known)  24-90100 (MI)
          Name

---

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

See Attached Rider  _____  — _____  = → $ ___12,373,160.35___
                     Total Face Amount   Doubtful or uncollectible Amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None _____  Tax Year _____  $ ___0.00___
_____  Tax Year _____  $ _____
_____  Tax Year _____  $ _____

**73. Interests in insurance policies or annuities**

PLEASE REFER TO HORNBLOWER HOLDINGS LLC SCHEDULE AB QUESTION 73      $ _____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

None _____      $ ___0.00___

Nature of Claim  _____

Amount Requested  $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None _____      $ ___0.00___

Nature of Claim  _____

Amount Requested  $ _____

**76. Trusts, equitable or future interests in property**

None _____      $ ___0.00___

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

See Attached Rider      $ ___66,389,863.45___

$ _____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $ ___78,763,023.80___

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

*Plus Undetermined Amounts

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $          1,340,909.83 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $          4,580,586.90 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $          1,526,805.92 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $          Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $          3,095,977.73 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $          0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $          574,740.23 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $          26,147,943.36 | |
| 88. **Real property.** *Copy line 56, Part 9. .* ..............................................→ | | $9,025,097.84* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $          Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $          78,763,023.80 | |
| 91. **Total.** Add lines 80 through 90 for each column............................91a. | $          116,029,987.77* | + 91b.   $9,025,097.84* |
| 92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92................................................................ | | $          125,055,085.61* |

**\*Plus Undetermined Amounts**

Debtor Name:  American Queen Steamboat Operating Company, LLC                    Case Number:  24-90100 (MI)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| CHASE AUSTRALIA | OPERATING | 2816 | $437.00 |
| FIRST FINANCIAL BANK | COLLATERAL | 3153 | $5,865.00 |
| FIRST FINANCIAL BANK | COLLATERAL | 7549 | $1,324,013.00 |
|  | **TOTAL** |  | **$1,330,315.00** |

Debtor Name:  American Queen Steamboat Operating Company, LLC                              Case Number:  24-90100 (MI)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| VICTORY OPERATING COMPANY, LLC | 100% | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  American Queen Steamboat Operating Company, LLC                                    Case Number:  24-90100 (MI)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| BUILDINGS, LAND, & LEASEHOLD IMPROVEMENTS | REAL PROPERTY | $9,025,097.84 | NET BOOK VALUE | $9,025,097.84 |
| DOCKING AGREEENT: HANNIBAL RIVERFRONT REDEVELOPMENT | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: 100 E. VAUGHAN DRIVE MADISON, INDIANA 47250 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: 100 POST STREET MARIETTA, OHIO 45750 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: 101 RIVERFRONT PARKWAY CHATTANOOGA, TENNESSEE 37402 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: 1225 WATER STREET WHEELING, WEST VIRGINIA 26003 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: 1777 ISLE OF CAPRI PARKWAY, BETTENDORF, IOWA 52722 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: 199 COLUMBIA STREET, VANCOUVER, WA, 98660 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: 201 N. WATER STREET, PRAIRIE DU CHIEN, WISCONSIN, 53821 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: 266 N. WATER STREET HENDERSON, KENTUCKY 42420 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: 27 THE FOOT OF BROADWAY PADUCAH, KY 42001 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: 300 RIVERVIEW DRIVE CLINTON, IA 52732 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: 305 RIVERFRONT DRIVE SAVANNAH, TN 38372 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: 6060 MISSISSIPPI STREET KIMMSWICK, MO 63052 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: 78 RIVERSIDE DRIVE COLUMBUS, KENTUCKY 42032 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: A CERTAIN BOAT LANDING, ROADS, STREETS, PARKING AREAS, AND RELATED FACILITIES LOCATED ON THE BATTURE PORTION OF NOTTOWAY PLANTATION IN IBERVILLE PARISH, STATE OF LOUISIANA. | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: BEALE STREET LANDING, CITY OF MEMPHIS, TENNESSEE | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: BOARD'S POYDRAS STREET WHARF, SECTIONS 0 THROUGH 40 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: CLINTON, IOWA | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: CUNNINGHAM ROAD, HELENA, AR 72342 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |

Debtor Name:  American Queen Steamboat Operating Company, LLC                                      Case Number:  24-90100 (MI)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| DOCKING AGREEMENT: DOCKING/BOAT RAMP | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: HALL BARGE TERMINAL, MILE 382 UMR | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: HARRIS RIVERFRONT PARK 10TH STREET HUNTINGTON, WEST VIRGINIA 25701 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: HICKMAN, KENTUCKY | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: LEVEE PARK RIVERFRONT, RED WING, MINNESOTA | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: LOUISVILLE WHARF | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: MCFARLAND PARK ROAD FLORENCE, AL 35630 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: NORTH SHORE MARINE TERMINAL 328 NORTH 10TH STREET ESCANABA, MI 49829 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: NORTH SHORE RIVERFRONT PARK | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: OLD NEW ROADS FERRY LANDING, MM 266 LOWER MISSISSIPPI RIVER, POINTE COUPEE PARISH, LOUISIANA | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: O'NEIL LANDING EAST RIVERSIDE DRIVE AUGUSTA, KENTUCKY 41002 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: POINT PLEASANT RIVERFRONT PARK POINT PLEASANT, WEST VIRGINIA 25550 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: PORT OF BURLINGTON 400 N. FRONT STREET BURLINGTON, IA 52601 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: PORT OF CAMAS-WASHOUGAL WASHOUGAL, WA 98671 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: PORT OF CLARKSTON | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: PORT OF DUBUQUE – AMERICAN TRUST RIVER'S EDGE PLAZA | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: PORT OF PASCO, PASCO, WASHINGTON | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: PORT OF ST. LOUIS | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: PORT: CITY OF MEMPHIS, TENNESSEE FACILITY: BEALE STREET LANDING | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: PUBLIC BOAT RAMP 199 N. LAKEFRONT ROAD GREENVILLE, MS 38701 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |

Debtor Name:  American Queen Steamboat Operating Company, LLC                                    Case Number:  24-90100 (MI)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| DOCKING AGREEMENT: PUBLIC LANDING MOORING LOCATION, SERPENTINE WALL MOORING LOCATIONS | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: PUBLIC LANDING NEAR 100 E. VAUGHAN DRIVE, MADISON, INDIANA 47250 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: RHODES FERRY PARK 100 MARKET STREET, NW DECATUR, AL 35601 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: RIVER FRONT PARK 198 N. WATER STREET CAPE GIRARDEAU, MISSOURI 63701 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: RIVERFRONT PARK / RIVER ROAD BRANDENBURG, KENTUCKY 40108 RIVER MILER MARKER 646 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: RIVERSIDE PARK LEVY IN LA CROSSE, WISCONSIN ADDRESS: 520 VETERANS MEMORIAL DRIVE EAST | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: SL'S EXISTING REAL ESTATE INTERESTS, INCLUDING ITS RIPARIAN INTERESTS, ALONG THE WATERFRONT AT LINDER THE HILL (UTH) IN NATCHEZ, MISSISSIPPI AS WELL AS ANY RIGHTS TO EXISTING FACILITIES ALONG THE RIPARIAN WATERFRONT. | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: SUNDIAL MARINE, 5605 NE SUNDIAL ROAD, TROUTDALE, OR 97060 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: TERRENE LANDING APPROXIMATELY TWO (2) MILES NORTHWEST OF ROSEDALE, MISSISSIPPI | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: TERRENE LANDING, CLEVELAND, MISSISSIPPI | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: THE LOADING DOCK 401 E. FRONT STREET GRAFTON, IL 62037 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: TUNICA COUNTY RIVER PARK, DOCK ONE RIVER PARK, DRIVE ROBINSONVILLE, MS 38664 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: VICKSBURG PUBLIC LANDING, 1201 LEVEE STREET, VICKSBURG, MS 39180 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 115 E. MARKET STREET, NEW ALBANY, INDIANA, 47150 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 1201 BRIDGEPORT DRIVE, JEFFERSONVILLE, INDIANA | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 12TH FLOOR, SUITE 1200, 2400 EAST COMMERCIAL BOULEVARD, FORT LAUDERDALE, FLORIDA, 33308 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 2400 E. COMMERCIAL BLVD FT. LAUDERDALE, FL 33309 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 2640 W 6TH ST. THE DALLES, OR 97058 UNIT #1327 | LEASED PROPERTY | Undetermined | N/A | Undetermined |

Debtor Name:  American Queen Steamboat Operating Company, LLC                    Case Number:  24-90100 (MI)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| LEASED PROPERTY: 4770 BLSCAYNE BOULEVARD, PHB | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 723 E 3RD ST, THE DALLES, OR, 9705 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: FACILITY: 0170 - SAN DIEGO - PT LOMA - UNIT 0527 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: NORTH SHORE RIVERFRONT PARK | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: PIER 40 LOCATED AT 353 WEST STREET, NEW YORK, NEW YORK | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: PITTSBURGH, PENNSYLVANIA GENERALLY REFERRED TO AS NORTH SHORE RIVERFRONT PARK | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: RIVERFRONT PARK WHICH INCLUDES TWO DOCKING AREAS | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: SUITE 1200, 2400 EAST COMMERCIAL BLVD | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| | | TOTAL | | **$9,025,097.84**<br>+ Undetermined Amounts |

Debtor Name:  American Queen Steamboat Operating Company, LLC                    Case Number:  24-90100 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| COPYRIGHT - UNIQUELY AMERICAN RIVER CRUISES REGISTRATION #: TX7-909-106 (UNITED STATES) | Undetermined | N/A | Undetermined |
| TRADEMARK - AMERICAN QUEEN VOYAGES APPLICATION #: 2234755 (CANADA) | Undetermined | N/A | Undetermined |
| TRADEMARK - AMERICAN QUEEN VOYAGES REGISTRATION #: 018824809 (EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE) | Undetermined | N/A | Undetermined |
| TRADEMARK - AMERICAN QUEEN VOYAGES REGISTRATION #: 1229261 (NEW ZEALAND) | Undetermined | N/A | Undetermined |
| TRADEMARK - AMERICAN QUEEN VOYAGES REGISTRATION #: 2330650 (AUSTRALIA) | Undetermined | N/A | Undetermined |
| TRADEMARK - AMERICAN QUEEN VOYAGES REGISTRATION #: 2556799 (MEXICO) | Undetermined | N/A | Undetermined |
| TRADEMARK - AMERICAN QUEEN VOYAGES REGISTRATION #: 2556800 (MEXICO) | Undetermined | N/A | Undetermined |
| TRADEMARK - AMERICAN QUEEN VOYAGES REGISTRATION #: 2556801 (MEXICO) | Undetermined | N/A | Undetermined |
| TRADEMARK - AMERICAN QUEEN VOYAGES REGISTRATION #: 7045774 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - AMERICAN QUEEN VOYAGES REGISTRATION #: UK00003869969 (UNITED KINGDOM) | Undetermined | N/A | Undetermined |
| TRADEMARK - DISCOVERY RUNS DEEP REGISTRATION #: 6758551 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| | **TOTAL** | | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  American Queen Steamboat Operating Company, LLC                    Case Number:  24-90100 (MI)

**Assets - Real and Personal Property**

**Part 11, Question 71:** Notes receivable

| Notes receivable<br>Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | Current value of debtor's interest |
|---|---|---|---|
| INTERCOMPANY NOTE RECEIVABLE - AMERICAN DUCHESS | | | $12,373,160.35 |
| | | **TOTAL** | $12,373,160.35 |

Debtor Name:  American Queen Steamboat Operating Company, LLC                    Case Number:  24-90100 (MI)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| EMPLOYEE RECEIVABLE ACCOUNT | $4,594.81 |
| INTERCOMPANY RECEIVABLE FROM AMERICAN COUNTESS, LLC | $43,736,438.24 |
| INTERCOMPANY RECEIVABLE FROM AMERICAN QUEEN SUB, LLC | $22,647,363.53 |
| INTERCOMPANY RECEIVABLE FROM BOSTON HARBOR CRUISES, LLC | $1,339.87 |
| INTERCOMPANY RECEIVABLE FROM HNY FERRY, LLC | $127.00 |
| **TOTAL** | **$66,389,863.45** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | American Queen Steamboat Operating Company, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas, Houston Division |
| Case number (If known): | 24-90100 (MI) |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of Claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**Creditor's name**
ALTER DOMUS (US) LLC

**Describe debtor's property that is subject to a lien**
AS OUTLINED IN THE CREDIT AGREEMENT

$ Undetermined    $ Undetermined

**Creditor's mailing address**
ATTENTION: CHRIS CAPEZUTI
225 W. WASHINGTON ST., 9TH FLOOR
CHICAGO, IL 60606

**Describe the lien**
GUARANTOR OF INCREMENTAL SUPERPRIORITY FACILITY

**Creditor's email address, if known**
CPCAGENCY@ALTERDOMUS.COM

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    11/17/2023

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

SEE SCHEDULE D DISCLOSURES

**2.2**

**Creditor's name**
ALTER DOMUS (US) LLC

**Describe debtor's property that is subject to a lien**
AS OUTLINED IN THE CREDIT AGREEMENT

$ Undetermined    $ Undetermined

**Creditor's mailing address**
ATTENTION: LEGAL DEPARTMENT
225 W. WASHINGTON ST., 9TH FLOOR
CHICAGO, IL 60606

**Describe the lien**
GUARANTOR OF SUPERPRIORITY FACILITY

**Creditor's email address, if known**
LEGAL@ALTERDOMUS.COM

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    11/10/2020

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  SEE SCHEDULE D DISCLOSURES

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ _____

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | **Column A** Amount of Claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**
ALTER DOMUS (US) LLC, AS COLLATERAL AGENT

**Describe debtor's property that is subject to a lien**
AS PROVIDED IN THE UCC FINANCING STATEMENT

$ ___Undetermined___  $ ___Undetermined___

**Creditor's mailing address**
225 W. WASHINGTON ST.
9TH FLOOR
CHICAGO, IL 60606

**Describe the lien**
UCC FINANCING STATEMENT: 20207917893

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.
      SEE SCHEDULE D DISCLOSURES

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.4**

**Creditor's name**
GLAS TRUST COMPANY LLC

**Describe debtor's property that is subject to a lien**
AS OUTLINED IN THE CREDIT AGREEMENT

$ ___Undetermined___  $ ___Undetermined___

**Creditor's mailing address**
3 SECOND STREET, SUITE 206
JERSEY CITY, NJ 07311

**Describe the lien**
GUARANTOR OF FIRST LIEN TERM FACILITY

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    4/27/2018

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.
      SEE SCHEDULE D DISCLOSURES

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor   American Queen Steamboat Operating Company, LLC
Name

Case number (If known):   24-90100 (MI)

| **Part 1:** | **Additional Page** | Column A **Amount of Claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5**

**Creditor's name**

GLAS TRUST COMPANY LLC

**Creditor's mailing address**

3 SECOND STREET, SUITE 206
JERSEY CITY, NJ 07311

**Creditor's email address, if known**

**Date debt was incurred**      4/27/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  SEE SCHEDULE D DISCLOSURES

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

AS OUTLINED IN THE CREDIT AGREEMENT

$ _____ Undetermined  $ _____ Undetermined

**Describe the lien**

GUARANTOR OF REVOLVER TERM-OUT FACILITY

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.6**

**Creditor's name**

UBS AG, STAMFORD BRANCH

**Creditor's mailing address**

ATTENTION: AGENCY GROUP
600 WASHINGTON BOULEVARD
STAMFORD, CT 06901

**Creditor's email address, if known**

AGENCY-UBSAMERICAS@UBS.COM

**Date debt was incurred**      5/13/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  SEE SCHEDULE D DISCLOSURES

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

AS OUTLINED IN THE CREDIT AGREEMENT

$ _____ Undetermined  $ _____ Undetermined

**Describe the lien**

GUARANTOR OF REVOLVER FACILITY

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor   American Queen Steamboat Operating Company, LLC
         Name

Case number (If known):   24-90100 (MI)

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.7**

**Creditor's name**

UBS AG, STAMFORD BRANCH, AS COLLATERAL AGENT

**Creditor's mailing address**

600 WASHINGTON BOULEVARD
STAMFORD, CT 06901

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     SEE SCHEDULE D DISCLOSURES

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

AS PROVIDED IN THE UCC FINANCING STATEMENT

$ _____ Undetermined  $ _____ Undetermined

**Describe the lien**

UCC FINANCING STATEMENT: 20203419662

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.8**

**Creditor's name**

UBS AG, STAMFORD BRANCH, AS COLLATERAL AGENT

**Creditor's mailing address**

600 WASHINGTON BOULEVARD
STAMFORD, CT 06901

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     SEE SCHEDULE D DISCLOSURES

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

AS PROVIDED IN THE UCC FINANCING STATEMENT

$ _____ Undetermined  $ _____ Undetermined

**Describe the lien**

UCC FINANCING STATEMENT: 20229935040

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor   American Queen Steamboat Operating Company, LLC

Name

Case number (If known)   24-90100 (MI)

| **Part 1:** | **Additional Page** | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.9**

**Creditor's name**

US FOODS, INC.

**Creditor's mailing address**

350 S. PACIFIC HWY.
WOODBURN, OR 97071

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority.

　　SEE SCHEDULE D DISCLOSURES

　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

AS PROVIDED IN THE UCC FINANCING STATEMENT

$ _____ Undetermined   $ _____ Undetermined

**Describe the lien**

UCC FINANCING STATEMENT: 20222853204

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

---

**2.10**

**Creditor's name**

US FOODS, INC.

**Creditor's mailing address**

350 S. PACIFIC HWY.
WOODBURN, OR 97071

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority.

　　SEE SCHEDULE D DISCLOSURES

　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

AS PROVIDED IN THE UCC FINANCING STATEMENT

$ _____ Undetermined   $ _____ Undetermined

**Describe the lien**

UCC FINANCING STATEMENT: 20225415278

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

---

| Debtor | American Queen Steamboat Operating Company, LLC | | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:**     **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| ALTER DOMUS (US) LLC<br>ATTENTION: LEGAL DEPARTMENT<br>225 W. WASHINGTON ST., 9TH FLOOR<br>CHICAGO, IL 60606 | Line 2.    1 | |
| ALTER DOMUS (US) LLC<br>C/O NORTON ROSE FULBRIGHT US LLP<br>ATTENTION: H. STEPHEN CASTRO<br>1301 6TH AVENUE<br>NEW YORK, NY 10019 | Line 2.    1 | |
| ALTER DOMUS (US) LLC<br>MILBANK LLP<br>ATTENTION: MAYA GRANT<br>55 HUDSON YARDS<br>NEW YORK, NY 10001 | Line 2.    1 | |
| ALTER DOMUS (US) LLC<br>ATTENTION: STEVE LENARD<br>225 W. WASHINGTON ST., 9TH FLOOR<br>CHICAGO, IL 60606 | Line 2.    2 | |
| ALTER DOMUS (US) LLC<br>C/O NORTON ROSE FULBRIGHT US LLP<br>ATTENTION: H. STEPHEN CASTRO<br>1301 6TH AVENUE<br>NEW YORK, NY 10019 | Line 2.    2 | |
| ALTER DOMUS (US) LLC<br>C/O SHEARMAN & STERLING LLP<br>ATTENTION: TOMASZ KULAWIK<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022-6069 | Line 2.    2 | |
| ALTER DOMUS (US) LLC<br>C/O SHEARMAN & STERLING LLP<br>ATTENTION: JOEL MOSS<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022-6069 | Line 2.    2 | |
| ALTER DOMUS (US) LLC<br>C/O SHEARMAN & STERLING LLP<br>ATTENTION: NED SCHODEK<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022-6069 | Line 2.    2 | |
| GLAS TRUST COMPANY LLC<br>ATTENTION:  JEFFREY R. GLEIT<br>C/O ARENTFOX SCHIFF LLP<br>1301 AVENUE OF THE AMERICAS, 42ND FLOOR<br>NEW YORK, NY 10019 | Line 2.    4 | |
| GLAS TRUST COMPANY LLC<br>ATTENTION:  JEFFREY R. GLEIT<br>C/O ARENTFOX SCHIFF LLP<br>1301 AVENUE OF THE AMERICAS, 42ND FLOOR<br>NEW YORK, NY 10019 | Line 2.    5 | |
| UBS AG, STAMFORD BRANCH<br>C/O CAHILL GORDON & REINDEL LLP<br>32 OLD SLIP<br>NEW YORK, NY 10005 | Line 2.    6 | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>American Queen Steamboat Operating Company, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Texas, Houston Division</td></tr>
<tr><td>Case number<br>(If known)</td><td>24-90100 (MI)</td></tr>
</table>

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | | |

**2.1**

**Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Is the claim subject to offset?
☐ No
☐ Yes

Total claim $ _____
Priority amount $ _____

**2.2**

**Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Is the claim subject to offset?
☐ No
☐ Yes

$ _____
$ _____

**2.3**

**Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Is the claim subject to offset?
☐ No
☐ Yes

$ _____
$ _____

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) 24-90061 (MI) |
|---|---|---|
| | Name | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>1000 MILE TRAVEL GROUP<br>130 HODDLE ST<br>ABBOTSFORD VIC<br>MELBOURNE, VIC, 3067<br>AUSTRALIA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 12,329.55 |
|---|---|---|---|
| | **Date or dates debt was incurred**   UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>1201 BRIDGEPORT, LLC<br>3608 RIVER RIDGE COVE<br>PROSPECT, KY 40059 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 45,193.32 |
|---|---|---|---|
| | **Date or dates debt was incurred**   UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>1667 MEETING STREET LLC<br>11 CUNNINGTON AVE<br>CHARLESTON, SC 29405 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 5,359.98 |
|---|---|---|---|
| | **Date or dates debt was incurred**   UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>2ND 3RD,LLC<br>151 SE 1ST STREET<br>APT 2008<br>MIAMI, FL 33131 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 1,323.15 |
|---|---|---|---|
| | **Date or dates debt was incurred**   UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>4IMPRINT, INC<br>14550 BEECHNUT ST<br>HOUSTON, TX 77083 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 1,523.84 |
|---|---|---|---|
| | **Date or dates debt was incurred**   UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>A & L TRAVEL INC.<br>724 OAK PARK DRIVE<br>MELBOURNE, FL 32940 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 1,434.42 |
|---|---|---|---|
| | **Date or dates debt was incurred**   UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** | **Nonpriority creditor's name and mailing address**

A S C A P
21678 NETWORK PLACE
CHICAGO, IL 60673-1216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 13,157.12

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**

A.E. SEAMAN MINERAL MUSEUM OF MICHIGAN TECH
1404 E SHARON AVE
HOUGHTON, MI 49931

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 648.00

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**

A2 NATCHEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,912.00

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

AAA
19201 BEAR VALLEY ROAD
APPLE VALLEY, CA 92308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,595.54

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

AAA ACG
2900 O ST
LINCOLN, NE 68510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,223.80

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12**

**Nonpriority creditor's name and mailing address**

AAA ALLIED GROUP
815 FARMINGTON AVE
WEST HARTFORD, CT 06119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,854.03

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13**

**Nonpriority creditor's name and mailing address**

AAA ARIZONA
2375 E CAMELBACK RD, STE 500
PHOENIX, AZ 85016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,339.40

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.14**

**Nonpriority creditor's name and mailing address**

AAA CAROLINAS
6600 AAA DR
CHARLOTTE, NC 28212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 29.70

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.15**

**Nonpriority creditor's name and mailing address**

AAA CENTRAL PENN
2301 PAXTON CHURCH RD
HARRISBURG, PA 17110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,627.87

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.16**

**Nonpriority creditor's name and mailing address**

AAA EAST CENTRAL
416 SECOND AVENUE
GALLIPOLIS, OH 45631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,278.14

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

---

### Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.17** | **Nonpriority creditor's name and mailing address**

AAA MISSOURI
621 NW MURRAY RD.
LEES SUMMIT, MO 64081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                39.80

---

**3.18** | **Nonpriority creditor's name and mailing address**

AAA NNE
560 SOUTH WILLOW ST
MANCHESTER, NH 03103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                63.40

---

**3.19** | **Nonpriority creditor's name and mailing address**

AAA NORTHEAST - LEOMINSTER
36 WATERTOWER PLAZA #7
LEOMINSTER, MA 01453

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             1,123.80

---

**3.20** | **Nonpriority creditor's name and mailing address**

AAA NORTHEAST HQ
110 ROYAL LITTLE DR
PROVIDENCE, RI 02904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             1,251.54

---

**3.21** | **Nonpriority creditor's name and mailing address**

AAA NORTHERN NEW ENGLAND (VT)
302 US ROUTE 7 SOUTH
GREEN MOUNTAIN PLAZA
RUTLAND, VT 05701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                23.80

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** | **Nonpriority creditor's name and mailing address**

AAA NORTHWAY
345 BAY RD
CLIFTON PARK, NY 12065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,493.28

**3.23** | **Nonpriority creditor's name and mailing address**

AAA OF MICHIGAN
1900 S. SAGINAW RD., SUITE R
MIDLAND, MI 48640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,253.10

**3.24** | **Nonpriority creditor's name and mailing address**

AAA OHIO - LIMA, OH
90 E WILSON BRIDGE RD.
WORTHINGTON, OH 43085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,547.74

**3.25** | **Nonpriority creditor's name and mailing address**

AAA OHIO AUTO CLUB
3786 BURBANK RD.
STE 601
WOOSTER, OH 44691

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 99.60

**3.26** | **Nonpriority creditor's name and mailing address**

AAA OREGON (BEND OR)
20350 EMPIRE BLVD STE 5
BEND, OR 97701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41.60

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,441.14 |
|---|---|---|---|

AAA SOUTH DAKOTA
2503 FOX RUN PKWY
YANKTON, SD 57078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 414.50 |
|---|---|---|---|

AAA SOUTH JERSEY
2000 MARLTON PIKE W, STE C
CHERRY HILL, NJ 08002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19.80 |
|---|---|---|---|

AAA SOUTHERN CALIFORNIA (PASADENA, CA)
801 E UNION ST.
PASADENA, CA 91101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 455.80 |
|---|---|---|---|

AAA SOUTHERN NEW ENGLAND
100 ROYAL LITTLE DRIVE
PROVIDENCE, RI 02904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 52.60 |
|---|---|---|---|

AAA SURF CITY
19810 BEACH BLVD
HUNTINGTON BEACH, CA 92648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** | **Nonpriority creditor's name and mailing address**

AAA TEXAS
4634 S. COOPER
#176
ARLINGTON, TX 76017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15.80

---

**3.33** | **Nonpriority creditor's name and mailing address**

AAA TEXAS (SAN ANTONIO)
4634S. COOPER
ARLINGTON, TX 76017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,307.00

---

**3.34** | **Nonpriority creditor's name and mailing address**

AAA TRAVEL
4680 EAST TRINDLE ROAD
CAMP HILL, PA 17011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,384.82

---

**3.35** | **Nonpriority creditor's name and mailing address**

AAA TRAVEL (CAMILLUS NY)
5103 W GENESEE ST.
CAMILLUS, NY 13031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,223.20

---

**3.36** | **Nonpriority creditor's name and mailing address**

AAA TRAVEL (DEARBORN, MI)
1 AUTO CLUB DRIVE
DEARBORN, MI 48126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,065.74

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|--------|------------------------------------------------|------------------------|---------------|
|        | Name |  |  |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.37 | **Nonpriority creditor's name and mailing address**<br><br>AAA TRAVEL (LA MESA, CA)<br>8765 FLETCHER PKWY<br>LA MESA, CA 91942 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 13.80 |
|------|---|---|---|
|  | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address**<br><br>AAA TRAVEL (LANCASTER)<br>1234 COMMERCE CTR DR<br>LANCASTER, CA 93534 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 29.70 |
|------|---|---|---|
|  | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address**<br><br>AAA TRAVEL (PENFIELD NY)<br>4680 EAST TRINDLE ROAD<br>CAMP HILL, PA 17011 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 891.80 |
|------|---|---|---|
|  | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address**<br><br>AAA TRAVEL AGENCY<br>2181 NW 111TH ST<br>CLIVE, IA 50325 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 4,891.20 |
|------|---|---|---|
|  | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address**<br><br>AAA TRAVEL AGENCY - SAN LUIS OBISPO, CA<br>1445 CALLE JOAQUIN<br>SAN LUIS OBISPO, CA 93405 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 17.80 |
|------|---|---|---|
|  | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.42** | **Nonpriority creditor's name and mailing address**

AAA TRAVEL AGENCY ( WORTHINGTON, OH)
90 E WILSON BRIDGE RD
WORTHINGTON, OH 43085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,231.40

---

**3.43** | **Nonpriority creditor's name and mailing address**

AAA TRAVEL AGENCY (CLIVE,IA)
2181 NW 111TH ST
CLIVE, IA 50325

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,081.80

---

**3.44** | **Nonpriority creditor's name and mailing address**

AAA TRAVEL AGENCY (OCALA, FL)
2181 NW 111TH ST
CLIVE, IA 50325

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 661.80

---

**3.45** | **Nonpriority creditor's name and mailing address**

AAA TRAVEL BURLINGTON
34 CAMBRIDGE ST
BURLINGTON, MA 01803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,166.94

---

**3.46** | **Nonpriority creditor's name and mailing address**

AAA TRAVEL FARMINGDALE
915 BROAD HOLLOW ROAD
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 870.95

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 829.80 |
|---|---|---|---|

AAA TRAVEL MAIN STREET
4680 EAST TRINDLE ROAD
CAMP HILL, PA 17011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,975.54 |
|---|---|---|---|

AAA TRAVEL NORTHEAST
1140 FRANKLIN AVE
GARDEN CITY, NY 11530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,419.40 |
|---|---|---|---|

AAA VACATIONS / WORLD TRAVEL AGENCY
9737 CHARLOTTE HIGHWAY
INDIAN LAND, SC 29707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 25,479.56 |
|---|---|---|---|

AAA WASHINGTON
1811 RIVERSIDE DRIVE, SUITE B
SEATTLE, WA 98119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,998.76 |
|---|---|---|---|

AAA WASHINGTON (TUKWILA, WA)
17250 SOUTHCENTER PKWY, SUITE 112
STE. 112
TUKWILA, WA 98188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,288.02 |
|---|---|---|---|

AAA WASHINGTON BELLEVUE WA
1811 RIVERSIDE DRIVE, SUITE B
MOUNT VERNON, WA 98273

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,914.84 |
|---|---|---|---|

AAA WASHINGTON COEUR
296 SUNSET AVENUE NO. 33
COEUR D' ALENE, ID 83815

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,743.64 |
|---|---|---|---|

AAA WASHINGTON MT VERN WA
1811 RIVERSIDE DRIVE, SUITE B
MOUNT VERNON, WA 98273

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,648.45 |
|---|---|---|---|

AAA WASHINGTON OLYMPIA
2415 CAPITAL MALL DR. SW, SUITE 1
OLYMPIA, WA 98502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,686.28 |
|---|---|---|---|

AAA WASHINGTON TACOMA
1801 S UNION AVE.
TACOMA, WA 98405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.57** **Nonpriority creditor's name and mailing address**

AARON MARKHAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.58** **Nonpriority creditor's name and mailing address**

AARON WATTS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.59** **Nonpriority creditor's name and mailing address**

AARON WHITE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.60** **Nonpriority creditor's name and mailing address**

AARP PUBLICATIONS
P.O. BOX 93216
LONG BEACH, CA 90809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$      20,815.66

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.61** **Nonpriority creditor's name and mailing address**

ABCON MARINE PRODUCTS
ABCON C/S VED KLAEDEBO
HORSHOLM, 9, 2970
DENMARK

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$      7,885.75

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** **Nonpriority creditor's name and mailing address**

ABOVE AND BEYOND TRAVEL AGENCY
P.O. BOX 1029
1586 GREENSBORO WAY
ARNOLD, CA 95223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,447.52

---

**3.63** **Nonpriority creditor's name and mailing address**

ABRAM MCKINNEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,298.06

---

**3.64** **Nonpriority creditor's name and mailing address**

ABRAMS, CHERYL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.65** **Nonpriority creditor's name and mailing address**

ABRAMS, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.66** **Nonpriority creditor's name and mailing address**

AC HOTEL DOWNTOWN WATERFRONT
814 E. MAIN STREET
RICHMOND, VA 23219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,931.32

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67 Nonpriority creditor's name and mailing address**

ACADIANA OTOLARYNGOLOGY
515 S COLLEGE RD
LAFAYETTE, LA 70503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 33.75

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.68 Nonpriority creditor's name and mailing address**

ADAM BELKAID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.69 Nonpriority creditor's name and mailing address**

ADAMS AND REESE LLP
DEPT. 5208
P.O. BOX 2153
BIRMINGHAM, AL 35287

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 416.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.70 Nonpriority creditor's name and mailing address**

ADMIRAL TRAVEL INC
1338 SURREY RD.
TROY, OH 45373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 707.50

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.71 Nonpriority creditor's name and mailing address**

ADVANCEDONE/LEXITAS
17752 SKY PARK CIR, STE 100
IRVINE, CA 92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,291.40

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72**

**Nonpriority creditor's name and mailing address**

ADVENTURE LIFE
712 W SPRUCE ST
MISSOULA, MT 59802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,843.90

---

**3.73**

**Nonpriority creditor's name and mailing address**

ADVENTURE TRAVEL
1781 E. MAIN ST.
GRASS VALLEY, CA 95945

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,367.60

---

**3.74**

**Nonpriority creditor's name and mailing address**

ADVENTURE TRAVEL & CRUISE
2340 AVENIDA DE MESILLA
MESILLA, NM 88046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,403.70

---

**3.75**

**Nonpriority creditor's name and mailing address**

ADVENTURES IN TRAVEL
108 E BOEHRINGER ST
BATESVILLE, IN 47006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 208.20

---

**3.76**

**Nonpriority creditor's name and mailing address**

AFC VACATIONS
8787 COMPLEX DR
SAN DIEGO, CA 92123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|--------|--------|--------|--------|
| | Name | | |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77** | **Nonpriority creditor's name and mailing address**

AFFINITY POWER SYSTEMS LLC
PO BOX 0498
HOUSTON, TX 77001-0498

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 128,761.43

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address**

AFFORDABLE TOURS.COM
11150 CASH ROAD
STAFFORD, TX 77477-4313

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,499.70

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address**

AILEENS WORLDWIDE TRAVEL
16931 ELM LANE DRIVE
TINLEY PARK, IL 60477

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 41.60

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address**

AIRGAS
PO BOX 102289
PASADENA, CA 91189-2289

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 209.73

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address**

AIRGAS USA LLC
6055 ROCKSIDE WOODS BLVD.
INDEPENDENCE, OH 44131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 4,453.33

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** **Nonpriority creditor's name and mailing address**

ALAMO WORLD TRAVEL & TOURS
3201 DANVILLE BLVD #255
ALAMO, CA 94507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,622.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.83** **Nonpriority creditor's name and mailing address**

ALASKA COACH TOURS
PO BOX 5839
BREMERTON, WA 98312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 22,275.69

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.84** **Nonpriority creditor's name and mailing address**

ALASKA DEPARTMENT OF LABOR & WORKPLACE
145 MAIN STREET LOOP
KENAI, AK 99611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,229.02

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.85** **Nonpriority creditor's name and mailing address**

ALASKA WATERS
PO BOX 1978
WRANGELL, AK 99929

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 87,684.42

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.86** **Nonpriority creditor's name and mailing address**

ALEC COULSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** **Nonpriority creditor's name and mailing address**

ALEKSEI FEDOROV
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.88** **Nonpriority creditor's name and mailing address**

ALEX BERNHARDT
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.89** **Nonpriority creditor's name and mailing address**

ALEX TRAVEL AGENCY INC.
3015 HWY 29 S SUITE 4038
VIKING PLAZA SHOPPING CNETER
ALEXANDRIA, MN 56308

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 852.60

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.90** **Nonpriority creditor's name and mailing address**

ALEXANDER & ROBERTS
53 SUMMER STREET
KEENE, NH 03431

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 64.96

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.91** **Nonpriority creditor's name and mailing address**

ALEXANDER RYAN MARINE & SAFETY LLC
205 E WOODLAWN RANCH RD
HOUMA, LA 70363

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,073.95

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.92** | **Nonpriority creditor's name and mailing address**

ALEXANDER, DIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 592.60

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address**

ALEXANDRA MARTINEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address**

ALEXANDRA NICOLE MERGUZHIS WALSH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 175.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address**

ALFONSO, ANDURAY SALGUERO MARCOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CREW MEMBER PERSONAL INJURY

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address**

ALICE TRAVEL WORLDWIDE, INC
277 FAIRFIELD ROAD, SUITE 218
FAIRFIELD, NJ 07004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** BREACH OF CHARTER AGREEMENT

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.97** | **Nonpriority creditor's name and mailing address**

ALICE TRAVEL WORLDWIDE, LLC
277 FAIRFIELD RD., STE 218
FAIRFIELD, NJ 07004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACTUAL DISPUTE

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address**

ALICIA HORKAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$     398.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address**

ALINA MOROZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address**

ALISHA NALLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address**

ALL ABOUT TRAVEL
310 MAIN STREET
NORTH MYRTLE BEACH, SC 29582

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$     7,741.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** | **Nonpriority creditor's name and mailing address**

ALL AMERICAN TRAVEL
NORTH PARK PLAZA
DICKINSON, ND 58601-3025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 366.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address**

ALL SEASONS TRAVEL
ATTN: LINDA DEFOREST
900 ORANGE AVE
PATTERSON, CA 95363

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,323.16

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address**

ALL WAYS CRUISING
1080 VIA SAN DIMAS
PALM SPRINGS, CA 92262

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,163.85

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address**

ALL WORLD TRAVEL INC.-ALBUQUERQUE
5200 EUBANK BLVD. NE STE C-1
ALBUQUERQUE, NM 87111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,100.39

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address**

ALLAN BAJA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107** **Nonpriority creditor's name and mailing address**

ALLEN, DENNIS
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.108** **Nonpriority creditor's name and mailing address**

ALLEN, GARY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.109** **Nonpriority creditor's name and mailing address**

ALLEN, PATRICIA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.110** **Nonpriority creditor's name and mailing address**

ALLIED UNIVERSAL SECURITY SERVICES
PO BOX 828854
PHILADELPHIA, PA 19182-8854

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,420.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.111** **Nonpriority creditor's name and mailing address**

ALLURE BY CTM
2120 S. 72ND STREET
SUITE 450
OMAHA, NE 68124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,471.90

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112** **Nonpriority creditor's name and mailing address**
ALMIRA LOVETT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$                Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113** **Nonpriority creditor's name and mailing address**
ALOFT BOSTON SEAPORT DISTRICT
401-403 D STREET
BOSTON, MA 02210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                6,479.49

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114** **Nonpriority creditor's name and mailing address**
ALOHAGOHAWAII.COM
PO BOX 15341
HONOLULU, HI 96830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                1,012.92

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115** **Nonpriority creditor's name and mailing address**
ALPHA CARD SYS, LLC DBA RACO CARD SOLUTIONS
P O BOX 932312
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                3,523.42

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116** **Nonpriority creditor's name and mailing address**
ALSTON JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$                Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117** **Nonpriority creditor's name and mailing address**

ALTOUR - BEVERLY HILLS
10635 SANTA MONICA BLVD, SUITE 200
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,072.73

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118** **Nonpriority creditor's name and mailing address**

ALTOUR - NEWPORT
240 NEWPORT CENTER DRIVE
SUITE 116
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 637.32

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119** **Nonpriority creditor's name and mailing address**

ALTOUR (FRESNO, CA)
2788 W BULLARD
FRESNO, CA 93711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,133.92

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120** **Nonpriority creditor's name and mailing address**

ALTOUR INT
6715 N PALM AVE.
STE 112
FRESNO, CA 93704-1073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,312.71

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121** **Nonpriority creditor's name and mailing address**

ALTUS RECEIVABLES MANAGEMENT
2121 AIRLINE DR, STE 520
METAIRIE, LA 70001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 274.80

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** | **Nonpriority creditor's name and mailing address**

AMANDA AGEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.123** | **Nonpriority creditor's name and mailing address**

AMANDA KEENAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.124** | **Nonpriority creditor's name and mailing address**

AMANDA STRAUSBAUGH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.125** | **Nonpriority creditor's name and mailing address**

AMAZON WEB SERVICES INC
PO BOX 84023
SEATLE, WA 98124-8423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 61,372.06

---

**3.126** | **Nonpriority creditor's name and mailing address**

AMERICAN CLASSIC TOURS, INC
888 E BELVIDERE ROAD SUITE
GRAYSLAKE, IL 60030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 954.20

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127** **Nonpriority creditor's name and mailing address**

AMERICAN CRUISE LINES, INC
741 BOSTON POST ROAD, SUITE 200
GULFORD, CT 06437

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 12,537.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.128** **Nonpriority creditor's name and mailing address**

AMERICAN DUCHESS, LLC
2400 E. COMMERCIAL BLVD., STE. 1200
FORT LAUDERDALE, FL 33308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO AMERICAN DUCHESS, LLC

$ 28,024,397.71

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129** **Nonpriority creditor's name and mailing address**

AMERICAN SOCIETY OF TRAVEL ADVISORS/GREATER
SEATTLE CHAPTER
TAX
114 EDGEBROOK DR
NORWALK, CT 06854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 50.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130** **Nonpriority creditor's name and mailing address**

AMERICANA SOUVENIRS AND GIFTS
150 NORTH 3RD STREET
GETTYSBURG, PA 17325

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 270.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.131** **Nonpriority creditor's name and mailing address**

AMOS PEWTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 775.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|--------|--------------------------------------------------|------------------------|---------------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132 Nonpriority creditor's name and mailing address**

ANCHUCA, LLC
1010 FIRST EAST ST
VICKSBURG, MS 39183

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,951.25

---

**3.133 Nonpriority creditor's name and mailing address**

ANDAVO TRAVEL
DEPT 435, PO BOX 30015
SALT LAKE CITY, UT 84130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,259.20

---

**3.134 Nonpriority creditor's name and mailing address**

ANDERSON TRAVEL AGENCY
11010 HARBOR HILL DR
GIG HARBOR, WA 98332

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,147.90

---

**3.135 Nonpriority creditor's name and mailing address**

ANDERSON, GENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 491.00

---

**3.136 Nonpriority creditor's name and mailing address**

ANDERSON, MARGARET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 491.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.137** **Nonpriority creditor's name and mailing address**

ANDREA MICKELSON
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  POTENTIAL WARN CLAIM

$                Undetermined

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.138** **Nonpriority creditor's name and mailing address**

ANDREW JACKSON FOUNDATION
4580 RACHEL'S LANE
HERMTAGE, TN 37076

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                1,675.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.139** **Nonpriority creditor's name and mailing address**

ANGEL HUDDLESTON
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  POTENTIAL WARN CLAIM

$                Undetermined

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.140** **Nonpriority creditor's name and mailing address**

ANGEL JASSO SANCHEZ
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  POTENTIAL WARN CLAIM

$                Undetermined

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.141** **Nonpriority creditor's name and mailing address**

ANGEL JUSINO
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  POTENTIAL WARN CLAIM

$                Undetermined

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142** **Nonpriority creditor's name and mailing address**

ANGEL MALDONADO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.143** **Nonpriority creditor's name and mailing address**

ANGELA COMPOSTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.144** **Nonpriority creditor's name and mailing address**

ANGELA JACKSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.145** **Nonpriority creditor's name and mailing address**

ANGELA KRESS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.146** **Nonpriority creditor's name and mailing address**

ANGIE TOLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147** | **Nonpriority creditor's name and mailing address**

ANH TOAN INTERNATIONAL COMPANY LTD.
46, DS48 STREET
HO CHI MINH CITY,
VIETNAM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                14,065.00

---

**3.148** | **Nonpriority creditor's name and mailing address**

ANSANTA BARNES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.149** | **Nonpriority creditor's name and mailing address**

ANSWERING ADVANTAGE LLC
3181 POPLAR AVE, SUITE 224
MEMPHIS, TN 38111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   315.93

---

**3.150** | **Nonpriority creditor's name and mailing address**

ANTAEUS TRAVEL
33, ZEPPOU STR
GLYFADA, 16675
GREECE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                31,805.00

---

**3.151** | **Nonpriority creditor's name and mailing address**

ANTHONY AUSTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152** **Nonpriority creditor's name and mailing address**

ANTHONY FRAZIER
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$    Undetermined

---

**3.153** **Nonpriority creditor's name and mailing address**

ANTHONY LAPERTOSA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$    Undetermined

---

**3.154** **Nonpriority creditor's name and mailing address**

ANTHONY LEWIS
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$    Undetermined

---

**3.155** **Nonpriority creditor's name and mailing address**

ANTHONY OLIVER
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$    Undetermined

---

**3.156** **Nonpriority creditor's name and mailing address**

ANTOINETTE MOORE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$    Undetermined

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157** **Nonpriority creditor's name and mailing address**

ANTONIO RODRIGUEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.158** **Nonpriority creditor's name and mailing address**

APONTE, JUDITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  500.00

---

**3.159** **Nonpriority creditor's name and mailing address**

APONTE, RAQUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  500.00

---

**3.160** **Nonpriority creditor's name and mailing address**

APRIL BUTLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.161** **Nonpriority creditor's name and mailing address**

APRIL GRANDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162** **Nonpriority creditor's name and mailing address**

AQGSA LIMITED
ATTN: ROGER ALLARD
4 ELYSTAN ST, FLAT A
LONDON SW3 3NS
ENGLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.163** **Nonpriority creditor's name and mailing address**

ARCH INSURANCE SOLUTIONS
26225 NETWORK PLACE
CHICAGO, IL 60673-1261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,426.20

---

**3.164** **Nonpriority creditor's name and mailing address**

ARCHER TRAVEL SERVICE
4148 OCEAN VIEW BLVD.
MONTROSE, CA 91020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 129.00

---

**3.165** **Nonpriority creditor's name and mailing address**

ARGONAUT INSURANCE COMPANY
PO BOX 469011
SAN ANTONIO, TX 78246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SURETY BOND #: SUR0039566 FOR THE BENEFIT OF TN - DEPT OF REVENUE (ANDREW JACKSON STATE OFFICE BUILDING)

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.166** **Nonpriority creditor's name and mailing address**

ARGONAUT INSURANCE COMPANY
PO BOX 469011
SAN ANTONIO, TX 78246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SURETY BOND #: SUR0039562 FOR THE BENEFIT OF UNITED STATES OF AMERICA - FEDERAL MARITIME COMMIS

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*if known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167** **Nonpriority creditor's name and mailing address**

ARGONAUT INSURANCE COMPANY
ATTN: ARGO SURETY
PO BOX 429011
SAN ANTONION, TX 78246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** INDEMNITY CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.168** **Nonpriority creditor's name and mailing address**

ARMAUD PAUL GUIZERIX III
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 300.00

---

**3.169** **Nonpriority creditor's name and mailing address**

ARNOLD AND ARNOLD, INC
2329 INDIA ST
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49,300.00

---

**3.170** **Nonpriority creditor's name and mailing address**

ARNOLD LAYUG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.171** **Nonpriority creditor's name and mailing address**

ARNOLD, GAYLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172** **Nonpriority creditor's name and mailing address**

ARNOLD, GERALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.173** **Nonpriority creditor's name and mailing address**

AROUND THE WORLD WITH SHAWNE TRAVEL
ATTN: KELLY KROOS
2801 N KICKAPOO AVE, STE C
SHAWNEE, OK 74804
SHAWNEE, OK 74804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,030.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174** **Nonpriority creditor's name and mailing address**

ARRIVIA INC
15147 N SCOTTSDALE RD, STE 210
SCOTTSDALE, AZ 85254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 12,000.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.175** **Nonpriority creditor's name and mailing address**

ASB HEATING ELEMENTS LTD.
20 BETHRIDGE RD
TORONTO, ON M9W 1N1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,123.15

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176** **Nonpriority creditor's name and mailing address**

ASCOT TRAVEL
468 S. SEGUIN AVE, SUITE #400B
NEW BRAUNFELS, TX 78130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,219.40

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177** **Nonpriority creditor's name and mailing address**

ASHANTIS WILLIAMS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.178** **Nonpriority creditor's name and mailing address**

ASPEN SUITES HOTEL - SITKA
210 LAKE STREET
SITKA, AK 99835

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 64,819.31

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.179** **Nonpriority creditor's name and mailing address**

ASSA ABLOY GLOBAL SOLUTIONS INC.
5601 POWERLINE ROAD
FORT LAUDERDALE, FL 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 487.63

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180** **Nonpriority creditor's name and mailing address**

ASSENHEIMER, REBECCA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.181** **Nonpriority creditor's name and mailing address**

ASSENHEIMER, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182** | **Nonpriority creditor's name and mailing address**

ASSOCIATED CAB
307 41 AVE NE
CALGARY, AB T2E 2N4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,487.50

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address**

AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM, IL 60197-6463

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 940.57

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address**

ATCHAFALAYA BASIN LANDING & MARINA
1377 HENDERSON LEVEE ROAD
BREAUX BRIDGE, LA 70517

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9,955.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address**

ATLANTIC SPECIALTY INSURANCE COMPANY
ONE STATE STREET PLAZA
FLOOR 31
NEW YORK, NY 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** SURETY BOND #: 810013536 FOR THE BENEFIT OF STATE OF CA - SELLER OF TRAVEL PROGRAM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address**

ATLANTIC TOURSLIMITED
101-22 WADDELL AVE.
DARTMOUTH, NS B3B 1K3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 598.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.187** **Nonpriority creditor's name and mailing address**

ATLANTIS INTERNATIONAL LTD INC.
3736 4TH STREET N
STE 470
SAINT PETERSBURG, FL 33704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 29.80

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.188** **Nonpriority creditor's name and mailing address**

ATOMIC CITY TOURS
1719 JEFFERSON STREET
PADUCAH, KY 42001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,657.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.189** **Nonpriority creditor's name and mailing address**

AUGUST DORSEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.190** **Nonpriority creditor's name and mailing address**

AUGUSTA DISTILLERY LLC
119 W. RIVERSIDE DR.
AUGUSTA, KY 41002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 744.12

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191** **Nonpriority creditor's name and mailing address**

AURORA TRAVEL SERVICE
6533 CRAIN HWY
LA PLATA, MD 20646

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 534.80

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192** | **Nonpriority creditor's name and mailing address**

AUSTIN GATES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.193** | **Nonpriority creditor's name and mailing address**

AUSTIN WRIGHT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.194** | **Nonpriority creditor's name and mailing address**

AVIANA SHELTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.195** | **Nonpriority creditor's name and mailing address**

AVOYA TRAVEL
401 E. LAS OLAS BLVD
FORT LAUDERDALE, FL 33301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,910.11

---

**3.196** | **Nonpriority creditor's name and mailing address**

AWAY WE GO TRAVEL
955 SOUTH DECEMBER 25TH LANE
PO BOX 478
SANTA CLAUS, IN 47579

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 251.20

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.197** | **Nonpriority creditor's name and mailing address**

AYOYINKA ODUYEBO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address**

AZALEA MILLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address**

AZULBLUE JOURNEYS
8710 TIMBERLAND TRL
BOERNE, TX 78015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$      1,137.80

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address**

BACKBEAT TOURS, LLC
ATTN: WILLIAM PATTON
197 BEALE ST
MEMPHIS, TN 38103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$      31,790.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address**

BAM SRATEGY US LLC
615 CLINTON ST #310327
BROOKLYN, NY 11231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$      54,192.86

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.202** | **Nonpriority creditor's name and mailing address**

BAPTIST HEALTH - PADUCAH
PO BOX 33020
LOUISVILLE, KY 40232-3020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 37.80

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address**

BARBARA MCNEIL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 351.89

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address**

BARBARA WALLACK-PARK CITY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 408.60

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address**

BARHAM, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 100.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address**

BARHAM, SHARON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 100.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.207** **Nonpriority creditor's name and mailing address**

BARKER, KATHRYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 750.00

---

**3.208** **Nonpriority creditor's name and mailing address**

BARKER, LEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 750.00

---

**3.209** **Nonpriority creditor's name and mailing address**

BARRETT, STACEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.210** **Nonpriority creditor's name and mailing address**

BARTLETT, BARBARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.211** **Nonpriority creditor's name and mailing address**

BARTLETT, LEROY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212** **Nonpriority creditor's name and mailing address**

BARTRAM, REGINALD (REGGIE)
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.213** **Nonpriority creditor's name and mailing address**

BASILIO GARCIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214** **Nonpriority creditor's name and mailing address**

BAUER, TAMARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215** **Nonpriority creditor's name and mailing address**

BAUER, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.216** **Nonpriority creditor's name and mailing address**

BB KING MUSEUM
400 SECOND STREET
INDIANOLA, MS 38751

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,932.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|--------|--------|--------|--------|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217**

**Nonpriority creditor's name and mailing address**

BBW INTERNATIONAL INC
29 HARSHAW AVENUE
TORONTO, ON M6S 1X9
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 46,600.83

---

**3.218**

**Nonpriority creditor's name and mailing address**

BCM ONE INC
PO BOX 36204
NEWARK, NJ 07188-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,514.27

---

**3.219**

**Nonpriority creditor's name and mailing address**

BE OUR GUEST TRAVEL COMPANY
3601 RIDGE ROAD
LOCKPORT, NY 14094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,187.70

---

**3.220**

**Nonpriority creditor's name and mailing address**

BEACHAVEN VINEYARDS AND WINERY
1100 DUNLOP LANE
CLARKSVILLE, TN 37040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 689.84

---

**3.221**

**Nonpriority creditor's name and mailing address**

BEARCOM
PO BOX 670354
DALLAS, TX 75267-0354

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,028.71

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.222** Nonpriority creditor's name and mailing address

BEARMAN, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  GENERAL LIABILITY CLAIM

$                Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.223** Nonpriority creditor's name and mailing address

BECKY'S TRAVEL STORE
3002 N AQUAVIEW TER
HERNANDO, FL 34442

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                       7.80

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.224** Nonpriority creditor's name and mailing address

BEE KALT TRAVEL SERVICE INC
30301 WOODWARD AVE STE 100
ROYAL OAK, MI 48073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                     984.80

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.225** Nonpriority creditor's name and mailing address

BEEGLE, MARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$                     500.00

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.226** Nonpriority creditor's name and mailing address

BEEGLE, STEPHEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$                     500.00

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.227** **Nonpriority creditor's name and mailing address**

BEESON, CHARLES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.228** **Nonpriority creditor's name and mailing address**

BEESON, ELIZABETH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.229** **Nonpriority creditor's name and mailing address**

BEN NELSON GOLF & OUTDOOR
243 INDUSTRIAL DRIVE NORTH
MADISON, MS 39110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,669.31

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.230** **Nonpriority creditor's name and mailing address**

BENDELE, ERNEST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.231** **Nonpriority creditor's name and mailing address**

BENDELE, FANITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232** | **Nonpriority creditor's name and mailing address**

BENDER, PAULA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.233** | **Nonpriority creditor's name and mailing address**

BENEDICT, VICTORIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.234** | **Nonpriority creditor's name and mailing address**

BERCAW, JUNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.235** | **Nonpriority creditor's name and mailing address**

BERG, BARBARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,899.50

---

**3.236** | **Nonpriority creditor's name and mailing address**

BERGAN TRAVEL
217 LA BREE AVE
THIEF RIVER FALLS, MN 56701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,075.78

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.237** **Nonpriority creditor's name and mailing address**

BERKELEY'S NORTHSIDE TRAVEL
1241 KERN COURT
MOUNTAIN VIEW, CA 94040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,035.60

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.238** **Nonpriority creditor's name and mailing address**

BERKSHIRE TRAVEL AGENCY, INC
2 WOODLAND RD
WYOMMISSING, PA 19610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 19.80

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.239** **Nonpriority creditor's name and mailing address**

BERNARD CODERRE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 120.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.240** **Nonpriority creditor's name and mailing address**

BERRY, GLADYS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.241** **Nonpriority creditor's name and mailing address**

BERRY, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*if known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.242** Nonpriority creditor's name and mailing address

BERRY, PETER
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UNUSED CUSTOMER CREDIT

$ 500.00

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.243** Nonpriority creditor's name and mailing address

BERRY, ZOE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UNUSED CUSTOMER CREDIT

$ 500.00

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.244** Nonpriority creditor's name and mailing address

BERTRAND SUAREZ
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: POTENTIAL WARN CLAIM

$ Undetermined

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.245** Nonpriority creditor's name and mailing address

BEST LIVING SYSTEMS, LLC
22174 PRATS RD
ABITA SPRINGS, LA 70420

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 12,918.52

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.246** Nonpriority creditor's name and mailing address

BEST TRIPS EVER
734 N. ANTLER DRIVE
MT. ZION, IL 62549

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 1,111.80

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.247** **Nonpriority creditor's name and mailing address**

BETTINA MORRISH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.248** **Nonpriority creditor's name and mailing address**

BETTY FRENCH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,933.50

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.249** **Nonpriority creditor's name and mailing address**

BICTON TRAVEL
2777 EAST PARIS AVE SE
GRAND RAPIDS, MI 49546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,530.30

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.250** **Nonpriority creditor's name and mailing address**

BIEDENHAM COCA-COLA MUSEUM
1107 WASHINGTON ST
VICKSBURG, MS 39163

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,536.50

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.251** **Nonpriority creditor's name and mailing address**

BILL CHERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 350.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252** **Nonpriority creditor's name and mailing address**

BILL SERATT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 480.00

---

**3.253** **Nonpriority creditor's name and mailing address**

BILLY CHERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 175.00

---

**3.254** **Nonpriority creditor's name and mailing address**

BING CROSBY ADVOCATES
P. O. BOX 8764
SPOKANE, WA 99203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,400.00

---

**3.255** **Nonpriority creditor's name and mailing address**

BLACKBURN, ELIZABETH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.256** **Nonpriority creditor's name and mailing address**

BLAKELY MARQUEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.257** **Nonpriority creditor's name and mailing address**

BLANCHARD CAT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,100.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.258** **Nonpriority creditor's name and mailing address**

BLANCHARD MACHINERY COMPANYACH
PO BOX 402197
ATLANTA, GA 30384-2197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 190,109.84

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.259** **Nonpriority creditor's name and mailing address**

BLOOM, DEBBIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 200.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.260** **Nonpriority creditor's name and mailing address**

BLUE HORIZON TRAVEL & YACHT CHARTERS
12570 US HIGHWAY 150
ORION, IL 61273

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,317.67

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.261** **Nonpriority creditor's name and mailing address**

BLUEGRASS MUSIC HALL OF FAME AND MUSEUM
311 WEST 2ND STREET
OWENSBORO, KY 42301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,680.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*if known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.262** **Nonpriority creditor's name and mailing address**

BLUES CITY CAFE
138 BEALE STREET
MEMPHIS, TN 38103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 18,939.57

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.263** **Nonpriority creditor's name and mailing address**

BLUEWATER RUBBER & GASKET COMPANY
P O DRAWER 190
HOUMA, LA 70361

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 778.64

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.264** **Nonpriority creditor's name and mailing address**

BLUFF CITY TAXI, LLC
3540 SUMMER AVE, SUITE 409
MEMPHIS, TN 38122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,307.00

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265** **Nonpriority creditor's name and mailing address**

BNA MARINE SERVICES
P O BOX 150
MORGAN CITY, LA 70380

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 117,729.10

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266** **Nonpriority creditor's name and mailing address**

BOBB, RONALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 3,482.10

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.267** | **Nonpriority creditor's name and mailing address**

BOBBI AKRIDGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$                    Undetermined

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address**

BOBBIES TRAVEL & TOURS
580 BELINA DRIVE, STE 8
NAPLES, FL 34104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                    1,192.70

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address**

BOLAND MARINE & INDUSTRIAL
1000 TCHOUPITOULAS STREET
NEW ORELANS, LA 70153

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                    59,960.00

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address**

BOLL, EDWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$                    250.00

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.271** | **Nonpriority creditor's name and mailing address**

BOLL, JACQUELINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$                    250.00

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(If known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.272** **Nonpriority creditor's name and mailing address**
BOLLING, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.273** **Nonpriority creditor's name and mailing address**
BOLLINGER SHIPYARDS LLC
PO BOX 62600
DEPT 1102
NEW ORLEANS, LA 70162-2600

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 14,850.00

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.274** **Nonpriority creditor's name and mailing address**
BON VOYAGE TRAVEL SERVICE INC.
1640 EAST RIVER ROAD
SUITE 115
TUCSON, AZ 85718

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,820.30

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.275** **Nonpriority creditor's name and mailing address**
BONNIE TOEBBE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 747.42

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.276** **Nonpriority creditor's name and mailing address**
BORIT, ANNIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 1,000.00

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.277**

**Nonpriority creditor's name and mailing address**

BOSCOV'S TRAVEL CENTER
MORESTOWN MALL
RT 38 & LENOLA RD
MOORESTOWN, NJ 08057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,026.08

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.278**

**Nonpriority creditor's name and mailing address**

BOTANICALS DESIGN STUDIO
3014 SOUTH GRAND AVENUE
ST LOUIS, MO 63118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,681.48

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.279**

**Nonpriority creditor's name and mailing address**

BOUREN, CHARITY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.280**

**Nonpriority creditor's name and mailing address**

BOURNE GROUP LLC
301 PORTS AUTHORITY DR.
MOUNT PLEASANT, SC 29464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,575.40

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.281**

**Nonpriority creditor's name and mailing address**

BOWREN, KIRK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><b>Part 2:</b></td><td><b>Additional Page</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.282** | **Nonpriority creditor's name and mailing address**

BOYD COMPANY
DEPT 8326
CAROL STREAM, IL 60122-8326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**$ 1,068.00**

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address**

BRANDON JANSSEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**$ Undetermined**

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.284** | **Nonpriority creditor's name and mailing address**

BRANDY JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**$ Undetermined**

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.285** | **Nonpriority creditor's name and mailing address**

BRAULIO TOVAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**$ Undetermined**

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address**

BRAUNINGER, LYNDELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**$ 500.00**

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.287** **Nonpriority creditor's name and mailing address**
BRAXTON BOSTICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.288** **Nonpriority creditor's name and mailing address**
BREANNA COLLIER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.289** **Nonpriority creditor's name and mailing address**
BRENT LABATUT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 450.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.290** **Nonpriority creditor's name and mailing address**
BRIAN MOULTRIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.291** **Nonpriority creditor's name and mailing address**
BRIAN WILLIAMS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.292** **Nonpriority creditor's name and mailing address**

BRIANNA HARVEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.293** **Nonpriority creditor's name and mailing address**

BRIANNA TOMER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.294** **Nonpriority creditor's name and mailing address**

BRINK'S INCORPORATED
PO BOX 101031
ATLANTA, GA 30392-1031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 212.85

---

**3.295** **Nonpriority creditor's name and mailing address**

BRION MCCANN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.296** **Nonpriority creditor's name and mailing address**

BRITTANY BROOKS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.297** | **Nonpriority creditor's name and mailing address**
BRODSKY, HARRIET
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 500.00

Date or dates debt was incurred      UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address**
BRONTE DANIEL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,000.00

Date or dates debt was incurred      UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address**
BROUSSARD, DARLENE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 250.00

Date or dates debt was incurred      UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address**
BROUSSARD, TERRY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 250.00

Date or dates debt was incurred      UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address**
BROWN, JANICE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 500.00

Date or dates debt was incurred      UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.302** **Nonpriority creditor's name and mailing address**
BROWN, MARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$                500.00

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.303** **Nonpriority creditor's name and mailing address**
BROWN, OLIVER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$                250.00

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.304** **Nonpriority creditor's name and mailing address**
BROWN, ROGER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$                500.00

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.305** **Nonpriority creditor's name and mailing address**
BROWNING, REESE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$                500.00

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.306** **Nonpriority creditor's name and mailing address**
BRUCE DAILEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$                Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.307** **Nonpriority creditor's name and mailing address**
BRYAN ESTRELLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.308** **Nonpriority creditor's name and mailing address**
BRYAN SAUNDERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 175.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.309** **Nonpriority creditor's name and mailing address**
BUCK KREIHS MARINE REPAIR, LLC
P.O. BOX 53305
NEW ORLEANS, LA 70153-3305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 92,853.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.310** **Nonpriority creditor's name and mailing address**
BUDGET BLINDS OF NEW ORLEANS
525 JEFFERSON HWY, STE 806
NEW ORLEANS, LA 70121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 715.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.311** **Nonpriority creditor's name and mailing address**
BUETTNER, KARL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.312** **Nonpriority creditor's name and mailing address**

BUETTNER, NANCY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.313** **Nonpriority creditor's name and mailing address**

BUREAU VERITAS MARINE (CANADA) INC
PO BOX 74008704
CHICAGO, IL 60674-8704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19,544.00

---

**3.314** **Nonpriority creditor's name and mailing address**

BUREAU VERITAS SOLUTION M&O
425 E COLORADO ST
GLENDALE, CA 91205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,377.80

---

**3.315** **Nonpriority creditor's name and mailing address**

BURK, EUGENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.316** **Nonpriority creditor's name and mailing address**

BURK, JERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.317** | **Nonpriority creditor's name and mailing address**

BURLINGTON MUNICIPAL WATERWORKS
500 N 3RD STREET
BURLINGTON, IA 52601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 765.28

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address**

BURTON TRANSIT
11 W 23RD STREET
KENNER, LA 70062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,387.98

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address**

BYGRAVE, MARILYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address**

BYGRAVE, WAYNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.321** | **Nonpriority creditor's name and mailing address**

C E D AKA CONSOLIDATED ELECTRIC DISTRIB
1920 WESTRIDGE DRIVE
IRVING, TX 75038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 41,965.36

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.322** **Nonpriority creditor's name and mailing address**

C H WINERY, INC
217 CAVE HOLLOW ROAD
HANNIBAL, MO 63401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    3,743.35

---

**3.323** **Nonpriority creditor's name and mailing address**

C&M MARKETING SERVICES
2488 WILDWOOD DRIVE
GREENBAY, WI 54302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    1,000.00

---

**3.324** **Nonpriority creditor's name and mailing address**

CAA TRAVEL (SOUTH CENTRAL ONTARIO) INC.
60 COMMERCE VALLEY EAST
(ATTN: FINANCE DEPT)
THORNHILL, ON L3T 7P9
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    709.80

---

**3.325** **Nonpriority creditor's name and mailing address**

CABRAL, ARTHUR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    250.00

---

**3.326** **Nonpriority creditor's name and mailing address**

CABRAL, MARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.327** **Nonpriority creditor's name and mailing address**

CADENCE KEEN INNOVATIONS INC.
1655 PALM BEACH LAKES BLVD.
STE.# 404
WEST PALM BEACH, FL 33401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 12,407.40

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.328** **Nonpriority creditor's name and mailing address**

CADENCE TRAVEL
7701 HERSCHEL AVE
LA JOLLA, CA 92037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,504.98

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.329** **Nonpriority creditor's name and mailing address**

CAGGIANO, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.330** **Nonpriority creditor's name and mailing address**

CAGLIA, SHAWN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.331** **Nonpriority creditor's name and mailing address**

CAJUN PRIDE SWAMP TOURS
PO BOX 99
MARRERO, LA 70072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17,214.50

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.332** Nonpriority creditor's name and mailing address

CALLOWAY, CAROLE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 2,000.00

Date or dates debt was incurred       UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.333** Nonpriority creditor's name and mailing address

CALLOWAY, HUNTER
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 2,000.00

Date or dates debt was incurred       UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.334** Nonpriority creditor's name and mailing address

CALVERT, KATHLEEN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 250.00

Date or dates debt was incurred       UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.335** Nonpriority creditor's name and mailing address

CALVERT, ROLAND
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 250.00

Date or dates debt was incurred       UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.336** Nonpriority creditor's name and mailing address

CALVIN AVANT
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  POTENTIAL WARN CLAIM

$ Undetermined

Date or dates debt was incurred       UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.337** **Nonpriority creditor's name and mailing address**

CAMAS-WASHOUGALHISTORICAL SOCIETY/TWO RIVERS HERITAGE MUSEUM
PO BOX 204
WASHOUGAL, WA 98671

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 915.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.338** **Nonpriority creditor's name and mailing address**

CAMEL BACK ODYSSEY
4140 N 44TH STREET, SUIRE 102
PHOENIX, AZ 85018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,597.26

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.339** **Nonpriority creditor's name and mailing address**

CAMMIE POHL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 900.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.340** **Nonpriority creditor's name and mailing address**

CAMPIONE, CHARLES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 875.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.341** **Nonpriority creditor's name and mailing address**

CAMPIONE, DENYSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 875.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.342**

**Nonpriority creditor's name and mailing address**

CANAAN TRAVEL
183 BROADWAY
SUITE 220
HICKSVILLE, NY 11801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 19.80

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.343**

**Nonpriority creditor's name and mailing address**

CANNER, GARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.344**

**Nonpriority creditor's name and mailing address**

CANNER, JOAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.345**

**Nonpriority creditor's name and mailing address**

CANON FINANCIAL SERVICES INC.
CONTRACT 001-0184314-004
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 28,986.46

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.346**

**Nonpriority creditor's name and mailing address**

CAPE FOX LODGE
800 VENETIA WAY
KETCHIKAN, AK 99901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 18,543.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.347** | **Nonpriority creditor's name and mailing address**<br><br>CAPE FOX TOURS, LLC<br>620 DOCK STREET<br>KETCHIKAN, AK 99901 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $                16,638.00 |
| | **Date or dates debt was incurred**      UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.348** | **Nonpriority creditor's name and mailing address**<br><br>CAPITAL LIGHTING & SUPPLY, LLC<br>8511 PEPCO PLACE<br>UPPER MARLBORO, MD 20772 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $                 6,526.01 |
| | **Date or dates debt was incurred**      UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.349** | **Nonpriority creditor's name and mailing address**<br><br>CAPOBIANCO, JAMES<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  UNUSED CUSTOMER CREDIT | $                    500.00 |
| | **Date or dates debt was incurred**      UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.350** | **Nonpriority creditor's name and mailing address**<br><br>CAPPITELLI, DELORES<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  UNUSED CUSTOMER CREDIT | $                    500.00 |
| | **Date or dates debt was incurred**      UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.351** | **Nonpriority creditor's name and mailing address**<br><br>CARDINAL BUSES LLC<br>BIN 88168<br>MILWAUKEE, WI 53288-0168 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $                 6,170.00 |
| | **Date or dates debt was incurred**      UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.352**

**Nonpriority creditor's name and mailing address**

CARDINALE, NANCY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.353**

**Nonpriority creditor's name and mailing address**

CARDINALE, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.354**

**Nonpriority creditor's name and mailing address**

CAREFREE TRAVEL
5163 ALGOMA ROAD
NEW FRANKEN, WI 54229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 765.80

---

**3.355**

**Nonpriority creditor's name and mailing address**

CARLISLE & FINCH CO
4562 WEST MITCHELL AVE
CINCINNATI, OH 45232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 98.00

---

**3.356**

**Nonpriority creditor's name and mailing address**

CARLSON MARITIME TRAVEL
623 EAST TARPON AVE
TARPON SPRINGS, FL 34689

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.70

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.357** **Nonpriority creditor's name and mailing address**

CARMENCITA ARMSTRONG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$                Undetermined

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.358** **Nonpriority creditor's name and mailing address**

CARMEN'S DISTRIBUTION SYSTEMS INC.
4585 POTH ROAD
COLUMBUS, OH 43213

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                435.01

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.359** **Nonpriority creditor's name and mailing address**

CARNEGIE MEUSEUM OF THE KEWEENAW
105 HURON ST.
HOUGHTON, MI 49931

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                1,232.00

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.360** **Nonpriority creditor's name and mailing address**

CARSON, CYNTHIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$                250.00

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.361** **Nonpriority creditor's name and mailing address**

CARSON, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$                250.00

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.362** **Nonpriority creditor's name and mailing address**

CARUSO, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.363** **Nonpriority creditor's name and mailing address**

CARUSO, MARGARET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.364** **Nonpriority creditor's name and mailing address**

CASEY MAIER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.365** **Nonpriority creditor's name and mailing address**

CASINO WORLD TRAVEL
2288 WAGONER RD
CALIFORNIA, KY 41007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,199.80

---

**3.366** **Nonpriority creditor's name and mailing address**

CASSANDRA ORMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.367** **Nonpriority creditor's name and mailing address**

CASSIE EVERAGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.368** **Nonpriority creditor's name and mailing address**

CASTLE AND KEY DISTILLERY
4445 MCCRACKEN PIKE
FRANKFORT, KY 40601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,160.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.369** **Nonpriority creditor's name and mailing address**

CASTRO, KATHLEEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.370** **Nonpriority creditor's name and mailing address**

CATHEDRAL OF THE ASSUMPTION
433 SOUTH FIFTH STREET
LOUISVILLE, KY 40202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.371** **Nonpriority creditor's name and mailing address**

CATHY DESALVO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.372** Nonpriority creditor's name and mailing address

CATHY STOKES
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 320.00

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.373** Nonpriority creditor's name and mailing address

CDW DIRECT
200 N MILWAUKEE AVE.
VERNON HILLS, IL 60061

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 4,399.49

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.374** Nonpriority creditor's name and mailing address

CEDERLUND, DAWN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 500.00

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.375** Nonpriority creditor's name and mailing address

CED-HARAHAN
PO BOX 207088
DALLAS, TX 75320-7088

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 6.98

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.376** Nonpriority creditor's name and mailing address

CENTURYLINK
P O BOX 910182
DENVER, CO 80291-0182

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 11,056.48

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.377** **Nonpriority creditor's name and mailing address**

CESARIO, CARMELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.378** **Nonpriority creditor's name and mailing address**

CHACONAS, BARBARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.379** **Nonpriority creditor's name and mailing address**

CHACONAS, STANLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.380** **Nonpriority creditor's name and mailing address**

CHARLES HULL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.381** **Nonpriority creditor's name and mailing address**

CHARLIE BROWN'S GOOD TIME TRAVEL
9125 MORGAN ROAD
COLORADO SPRINGS, CO 80908

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.90

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.382** | **Nonpriority creditor's name and mailing address**

CHARLIE HOLLIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address**

CHARLQUETTA TIMMONS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.384** | **Nonpriority creditor's name and mailing address**

CHASE PRITCHARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.385** | **Nonpriority creditor's name and mailing address**

CHEF WORKS
1801 W OLYMPIC BLVD
PASADENA, CA 91199-2438

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$      486.22

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.386** | **Nonpriority creditor's name and mailing address**

CHERI SAYAH
11608 WINDSOR BAY PL
WELLINGTON, FL 33449

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$      198.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*if known*) | 24-90100 (MI) |
|--------|--------|--------|--------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.387** **Nonpriority creditor's name and mailing address**

CHESTER COUNTY TRAVEL
18 MARCHWOOD ROAD
EXTON, PA 19341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9.80

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.388** **Nonpriority creditor's name and mailing address**

CHEYENNE TRAVEL
1600 MAIN ST
GREAT BEND, KS 67530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 555.45

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.389** **Nonpriority creditor's name and mailing address**

CHICAGO CLASSIC COACH
401 EAST PROSPECT ROAD
MOUNT PROSPECT, IL 60056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,175.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.390** **Nonpriority creditor's name and mailing address**

CHICAGO GRAY LINE LTD
723 7TH AVE
5TH FLOOR
NEW YORK CITY, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 134.40

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.391** **Nonpriority creditor's name and mailing address**

CHILLCO INC
30042 N DIXIE RANCH RD
LACOMBE, LA 70445

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,371.62

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.392** **Nonpriority creditor's name and mailing address**

CHIPMAN RELOCATIONS
5365 NORTH MARINE DRIVE
PORTLAND, OR 97203-6435

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,050.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.393** **Nonpriority creditor's name and mailing address**

CHIPPEWA COUNTY HISTORICAL SOCIETY, INC.
PO BOX 342
SAULT STE. MARIE, MI 49783

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,300.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.394** **Nonpriority creditor's name and mailing address**

CHRIN HAULING, INC
1225 INDUSTRIAL DR
EASTON, PA 18042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 565.60

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.395** **Nonpriority creditor's name and mailing address**

CHRISTINA HAYES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.396** **Nonpriority creditor's name and mailing address**

CHRISTOPHER CELESTINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.397** **Nonpriority creditor's name and mailing address**

CHRISTOPHER KAIL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.398** **Nonpriority creditor's name and mailing address**

CHRISTY PRYOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.399** **Nonpriority creditor's name and mailing address**

CHUKAR CHERRY COMPANY
320 WINE COUNTRY RD
PROSSER, WA 99350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 918.12

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.400** **Nonpriority creditor's name and mailing address**

CHURCH OF THE HOLY TRINITY
900 SOUTH STREET
VICKSBURG, MS 39180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,025.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.401** **Nonpriority creditor's name and mailing address**

CI AZUMANO TRAVEL
192 BALLARD COURT
STE.200
VIRGINIA BEACH, VA 23462

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,499.26

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.402** **Nonpriority creditor's name and mailing address**

CIBOLO TRAVEL AND TOURS
201 CIBOLO CROSSING DRIVE
BOERNE, TX 78006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17.80

---

**3.403** **Nonpriority creditor's name and mailing address**

CICERONE INC
51 RUE DES JARDINS
SUITE 304
QUBEC, QC G1R 4L6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,298.66

---

**3.404** **Nonpriority creditor's name and mailing address**

CINCINNATI BOARD OF PARK COMMISSIONER
950 EDEN PARK DR
CINCINNATI, OH 45202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 750.00

---

**3.405** **Nonpriority creditor's name and mailing address**

CINCINNATI MUSEUM CENTER
1301 WESTERN AVE., SUTE 4270
CINCINNATI, OH 45203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,117.00

---

**3.406** **Nonpriority creditor's name and mailing address**

CINDY D'AOUST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SEVERANCE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 54,807.69

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.407** **Nonpriority creditor's name and mailing address**

CINNAMON RIDGE INC
10600 275TH ST
DONAHUE, IA 52746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                12,928.94

---

**3.408** **Nonpriority creditor's name and mailing address**

CIRCLE PUBLIC RELATIONS
1009 GENEVE STREET
SHOREWOOD, IL 60404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                10,395.00

---

**3.409** **Nonpriority creditor's name and mailing address**

CISION US INC
12051 INDIAN CREEK CT.
BELTSVILLE, MD 20705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                32,500.00

---

**3.410** **Nonpriority creditor's name and mailing address**

CITY & BOROUGH OF SITKA
100 LINCOLN STREET
SITKA, AK 99835

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 1,740.00

---

**3.411** **Nonpriority creditor's name and mailing address**

CITY CRUISES LIMITED
CHERRY GARDEN PIER, CHERRY GARDEN STREET
ROTHERHITHE
LONDON, SE16 4TU
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE TO CITY CRUISES LIMITED

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 5,543.25

---

Official Form 206E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**         Page 83 of 454

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.412** **Nonpriority creditor's name and mailing address**

CITY OF AUGUSTA
219 MAIN STREET
AUGUSTA, KY 41002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 837.00

---

**3.413** **Nonpriority creditor's name and mailing address**

CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE
PO BOX 1471
BATONROUGE, LA 70821-1471

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,500.00

---

**3.414** **Nonpriority creditor's name and mailing address**

CITY OF CAPE GIRARDEAU
P.O. BOX 617
401 INDEPENDENCE STREET
CAPE GIRARDEAU, MO 63702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 788.39

---

**3.415** **Nonpriority creditor's name and mailing address**

CITY OF CHATTANOOGA - TREASURER
101 E 11TH ST, STE 100
CHATTANOOGA, TN 37402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,343.56

---

**3.416** **Nonpriority creditor's name and mailing address**

CITY OF CHESTE
1330 SWANWICK STREET
CHESTER, IL 62233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 813.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.417** **Nonpriority creditor's name and mailing address**

CITY OF CLARKSVILLE
2215 MADISON STREET
CLARKSVILLE, TN 37043

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 649.00

---

**3.418** **Nonpriority creditor's name and mailing address**

CITY OF CLARKSVILLE ( PARKS AND RECREATION )
102 PUBLIC SQUARE
CLARKSVILLE, TN 37040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 312.58

---

**3.419** **Nonpriority creditor's name and mailing address**

CITY OF DUBUQUE ( CITY TREASURER )
50 W. 13TH STREET
DUBUQUE, IA 52001-4864

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 544.65

---

**3.420** **Nonpriority creditor's name and mailing address**

CITY OF HANNIBAL
320 BROADWAY
HANNIBAL, MO 63401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,974.00

---

**3.421** **Nonpriority creditor's name and mailing address**

CITY OF LACROSSE, WI
400 LA CROSSE STREET
LA CROSSE, WI 54601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 20,000.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.422**

**Nonpriority creditor's name and mailing address**

CITY OF MADISON
101 W. MAIN STREET
MADISON, IN 47250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50,000.00

---

**3.423**

**Nonpriority creditor's name and mailing address**

CITY OF MEMPHIS
701 N MAIN STREET
MEMPHIS, TN 38107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 175,920.00

---

**3.424**

**Nonpriority creditor's name and mailing address**

CITY OF MEMPHIS-PERMITS OFFICE
2714 UNION AVE EXT, STE 100
MEMPHIS, TN 38112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100.00

---

**3.425**

**Nonpriority creditor's name and mailing address**

CITY OF NEW ORLEANS
880 PORT OF NEW ORLEANS PL
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,334.52

---

**3.426**

**Nonpriority creditor's name and mailing address**

CITY OF PADUCAH
P.O. BOX 2267
300 S. 5TH STREET
PADUCAH, KY 42002-2267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.427** Nonpriority creditor's name and mailing address

CITY OF POINT PLEASANT
400 VIAND STREET
POINT PLEASANT, WV 25550

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 4,634.00

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.428** Nonpriority creditor's name and mailing address

CITY OF RED WING
315 WEST 4TH STREET
RED WING, MN 55066

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 13,992.47

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.429** Nonpriority creditor's name and mailing address

CITY OF SAULT STE. MARIE
225 E. PORTAGE AVE.
SAULT STE MARIE, MI 49783

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 4,725.00

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.430** Nonpriority creditor's name and mailing address

CITY OF ST. LOUIS
1640 S. KINGSHIGHWAY BLVD
ST. LOUIS, MO 63110

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 2,231.00

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.431** Nonpriority creditor's name and mailing address

CITY OF ST. LOUIS - DEPT. OF STREETS PERMIT
1900 HAMPTON
ST.LOUIS, MO 63139

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 980.00

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.432** **Nonpriority creditor's name and mailing address**

CITY OF THE DALLES
313 COURT STREET
THE DALLES, OR 97058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,150.00

---

**3.433** **Nonpriority creditor's name and mailing address**

CITY TASTE TOURS OF LOUISVILLE
1903 BRENTMOOR LN
LOUISVILLE, KY 40223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,527.18

---

**3.434** **Nonpriority creditor's name and mailing address**

CLARK COUNTY HISTORICAL MUSEUM
1511 MAIN ST
VANCOUVER, WA 98660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,100.00

---

**3.435** **Nonpriority creditor's name and mailing address**

CLASSIC JOURNEYS TRAVEL
3100 BUCKLIN HILL D
#114
SILVERDALE, WA 98383

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 853.50

---

**3.436** **Nonpriority creditor's name and mailing address**

CLATSOP COUNTY HISTORICAL SOCIETY
714 EXCHANGE ST
PO BOX 88
ASTORIA, OR 97103-0088

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,604.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.437**

**Nonpriority creditor's name and mailing address**

CLAVERIA, RICHARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.438**

**Nonpriority creditor's name and mailing address**

CLAYTON ISLAND TOURS LLC
39621 NYS RT 12
CLAYTON, NY 13624

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,987.00

---

**3.439**

**Nonpriority creditor's name and mailing address**

CLEVELAND BOLIVAR COUNTY CHAMBER OF COMMERCE
101 S BAYOU AVE.
CLEVELAND, MS 38732

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,543.00

---

**3.440**

**Nonpriority creditor's name and mailing address**

CLUB VOYAGES INTER-MONDE
50 AVENUE LEONIDAS SUD
RIMOUSKI, QC G5L 2T2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 973.80

---

**3.441**

**Nonpriority creditor's name and mailing address**

CMI LEISURE UNIPESSOAL S.A. (MADERIA)
4770 BISCAYNE BLVD, PH-D
MIAMI, FL 33137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 77,971.72

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.442** | **Nonpriority creditor's name and mailing address**

CMI SHIP MANAGEMENT
4770 BISCAYNE BLVD
PENTHOUSE C
MIAMI, FL 33137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 72,125.58

---

**3.443** | **Nonpriority creditor's name and mailing address**

COACH ATLANTIC TRANSPORTATION GROUP INC.
7 MOUNT EDWARD ROAD
CHARLOTTETOWN, PE C1A5R7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,371.73

---

**3.444** | **Nonpriority creditor's name and mailing address**

COASTWIDE ELECTRIC INC.
P.O.BOX 936601
ATLANTA, GA 31193-6601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,164.69

---

**3.445** | **Nonpriority creditor's name and mailing address**

COCA-COLA UNITED
P. O. BOX 11407
DRAWER# 2260
BIRMINGHAM, AL 35246-2260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 374.80

---

**3.446** | **Nonpriority creditor's name and mailing address**

CODY HUDDLESTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|--------|--------------------------------------------------|------------------------|---------------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.447** Nonpriority creditor's name and mailing address

COGENCY GLOBAL INC
850 NEW BURTON ROAD, SUITE 201
DOVER, DE 19904

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 60.00

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.448** Nonpriority creditor's name and mailing address

COLE BAKER
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  POTENTIAL WARN CLAIM

$ Undetermined

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.449** Nonpriority creditor's name and mailing address

COLEMAN, DANIEL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 250.00

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.450** Nonpriority creditor's name and mailing address

COLLMAN, PAMELA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 500.00

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.451** Nonpriority creditor's name and mailing address

COLLMAN, WILLIAM
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 500.00

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.452** Nonpriority creditor's name and mailing address

COLMAN, LIONEL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 1,000.00

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.453** Nonpriority creditor's name and mailing address

COLMAN, MARGARET
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 500.00

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.454** Nonpriority creditor's name and mailing address

COLMAN, OLIVIA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 500.00

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.455** Nonpriority creditor's name and mailing address

COLUMBIA CROSSROADS
13830 SW SCHOLL'S FERRY RD
BEAVERTON, OR 97007

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 23,045.00

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.456** Nonpriority creditor's name and mailing address

COLUMBIA GORGE INTERPRETIVE CENTER MUSEUM
990 SW ROCK CREEK DRIVE
STEVENSON, WA 98648

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 13,794.00

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.457**

**Nonpriority creditor's name and mailing address**

COLUMBIA GORGE LIMOUSINE, LLC
1360 BARKER ROAD
HOOD RIVER, OR 97031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,575.00

---

**3.458**

**Nonpriority creditor's name and mailing address**

CONCUR TECHNOLOGIES, INC
601 108TH AVENUE NE, SUITE 1000
BELLEVUE, WA 98004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,246.46

---

**3.459**

**Nonpriority creditor's name and mailing address**

CONFEDERATE MEMORIAL HALL MUSEUME
929 CAMP STREET
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 340.00

---

**3.460**

**Nonpriority creditor's name and mailing address**

CONNOR MURPHY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.461**

**Nonpriority creditor's name and mailing address**

CONSTANCE WHITT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.462** **Nonpriority creditor's name and mailing address**

CONTRACT GROUP LLC
2154 HILLSHIRE CIRCLE
MEMPHIS, TN 38133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 550.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.463** **Nonpriority creditor's name and mailing address**

CONVENTION & TRADESHOW STAFFING
PO BOX 26456
NEW ORLEANS, LA 70186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 15,391.88

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.464** **Nonpriority creditor's name and mailing address**

COREY MUZZEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.465** **Nonpriority creditor's name and mailing address**

CORIE EDDINGTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.466** **Nonpriority creditor's name and mailing address**

CORINA TORRES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.467**

**Nonpriority creditor's name and mailing address**
CORINA VERA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.468**

**Nonpriority creditor's name and mailing address**
CORKEN, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.469**

**Nonpriority creditor's name and mailing address**
CORPORATE TRAVEL MANAGEMENT NORTH AMERICA INC.
2120 S 72ND STREET, SUITE 450
OMAHA, NE 68124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,756.46

---

**3.470**

**Nonpriority creditor's name and mailing address**
CORVEL CORPORATE
P O BOX 203750
DALLAS, TX 75320-3750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 39,241.18

---

**3.471**

**Nonpriority creditor's name and mailing address**
CORVEL CORPORATION
LOCKBOX 535142
ATLANTA, GA 30353

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,375.68

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.472** **Nonpriority creditor's name and mailing address**

COSTAS CARABELSUSD INTL
11 MAVROKORDATOU
PIRAEUS, 18538
GREECE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                    28,000.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.473** **Nonpriority creditor's name and mailing address**

COTTERLY, KATHLEEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$                         500.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.474** **Nonpriority creditor's name and mailing address**

COTTERLY, WAYNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$                         500.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.475** **Nonpriority creditor's name and mailing address**

COUNTRY MUSIC FOUNDATION INC
222 REP. JOHN LEWIS WAY
NASHVILLE, TN 37203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                      7,872.50

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.476** **Nonpriority creditor's name and mailing address**

COURT OF TWO SISTERS
613 ROYAL STREET
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                      4,884.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.477** **Nonpriority creditor's name and mailing address**

COURTNEY JACKS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.478** **Nonpriority creditor's name and mailing address**

COURTNEY, MARILYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     250.00

---

**3.479** **Nonpriority creditor's name and mailing address**

COZEN O'CONNOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     25,000.00

---

**3.480** **Nonpriority creditor's name and mailing address**

CRAMER, EARL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     1,000.00

---

**3.481** **Nonpriority creditor's name and mailing address**

CRAMER, KATHLEEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     1,000.00

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.482** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 42,134.00

CRATE'S POINT DISCOVERY CENTER
5000 DISCOVERY DR
THA DALLES, OR 97058

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.483** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,041.25

CRAWFISHTOWN USA
2815 GRAND PORT HIGHWAY
HENDERSON, LA 70517

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.484** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 170.00

CREOLE QUEEN/JEAN LAFITTE SWAMP TOURS/ RIVERBOAT LOUIS ARMSTRONG
4220 HOWARD AVE
NEW ORLEANS, LA 70125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.485** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 911.25

CRESCENT SHIP SERVICE
POST OFFICE BOX 148
ARABI, LA 70032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.486** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 300.00

CRISTINA TALBOT
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.487** **Nonpriority creditor's name and mailing address**

CROSS COUNTRY TOURS, INC.
4043 MARY LEE CV.
MEMPHIS, TN 38116

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,851.55

**3.488** **Nonpriority creditor's name and mailing address**

CROSSROADS TRAVEL
29007 PORCH SWING
BOERNE, TX 78006

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,969.00

**3.489** **Nonpriority creditor's name and mailing address**

CROWN CRUISE VACATIONS
120 VILLAGE BLVD
PRINCETON, NJ 08540

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6.20

**3.490** **Nonpriority creditor's name and mailing address**

CROWN TRAVEL AND CRUISES
6404 INTERNATIONAL PKWY STE. 1200
PLANO, TX 75093

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 419.80

**3.491** **Nonpriority creditor's name and mailing address**

CRUISE & TOUR UNLIMITED
9125 PHILLIPS HWY
JACKSONVILLE, FL 32256

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31.80

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.492** **Nonpriority creditor's name and mailing address**

CRUISE AND TOUR CENTER
135 E HISTORIC COLUMBIA RIVER HWY
STE 202
TROUTDALE, OR 97060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,147.72

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.493** **Nonpriority creditor's name and mailing address**

CRUISE BARGAINS INTERNATIONAL
50 MEADOW LARK LN
GOFFSTOWN, NH 03045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,442.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.494** **Nonpriority creditor's name and mailing address**

CRUISE BROTHERS
820 BALD HILL ROAD
WARWICK, RI 02886

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,247.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.495** **Nonpriority creditor's name and mailing address**

CRUISE CONNECTION
1023 E 5000 S
SOUTH OGDEN, UT 84403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,211.42

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.496** **Nonpriority creditor's name and mailing address**

CRUISE ESCAPES, INC
15150 PRESTON RD.
SUITE 300
DALLAS, TX 75248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,434.52

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.497** **Nonpriority creditor's name and mailing address**
CRUISE EXPERTS AGENCY
111 S COURT ST.
# 102
VISALIA, CA 93291

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17,954.27

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.498** **Nonpriority creditor's name and mailing address**
CRUISE HOLIDAYS OF KANSAS CITY
7000 NW PRAIRIE VIEW RD.
SUITE 200
KANSAS CITY, MO 64151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 150.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.499** **Nonpriority creditor's name and mailing address**
CRUISE LINE AGENCIES OF ALASKA SE, INC
PO BOX 7955
55 SCHOENBAR COURT, SUITE 202
KETCHIKAN, AK 99901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 339,613.85

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.500** **Nonpriority creditor's name and mailing address**
CRUISE ONE
1201 WEST CYPRESS CREEK ROAD, SUITE 100
FORT LAUDERDALE, FL 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 11,071.52

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.501** **Nonpriority creditor's name and mailing address**
CRUISE ONE - FT. LAUDERDALE
1201 WEST CYPRESS CREEK ROAD
SUITE 100
FT. LAUDERDALE, FL 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,651.80

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.502** **Nonpriority creditor's name and mailing address**

CRUISE ONE/DREAM VACATIONS
1201 W CYPRESS CREEK ROAD
SUITE 100
FORT LAUDERDALE, FL 33309

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 64.30

---

**3.503** **Nonpriority creditor's name and mailing address**

CRUISE PLANNERMAIN CO-OP
PO BOX 10549
MIAMI, FL 33101-2345

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 17,201.17

---

**3.504** **Nonpriority creditor's name and mailing address**

CRUISE PLANNERS
3111 N UNIVERSITY DR, STE 800
CORAL SPRINGS, FL 33065

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 38,168.84

---

**3.505** **Nonpriority creditor's name and mailing address**

CRUISE PLANNERS - TOP SAIL JOURNEYS
141 WILLOW POND LN
PONTE VEDRA BEACH, FL 32082

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 102.80

---

**3.506** **Nonpriority creditor's name and mailing address**

CRUISE PLANNERS BELLETIERE
204 BERTRAM CIRCLE
GLEN BURNIE, MD 21060

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 47.60

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.507** **Nonpriority creditor's name and mailing address**

CRUISE PLANNERS CYNTHIA GLAZE
7238 TROPICAL DR
WEEKI WACHEE, FL 34609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,965.80

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.508** **Nonpriority creditor's name and mailing address**

CRUISE STRATEGIES, LTD USD INTL
P O BOX 511
COLLINGWOOD, ON L9Y 4B2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,278.06

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.509** **Nonpriority creditor's name and mailing address**

CRUISE WORLD NZ VERIFY CURRENCY
71B APOLLO DR
NORTH HARBOR,
NEW ZEALAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,600.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.510** **Nonpriority creditor's name and mailing address**

CRUISE WORLD USD
71B APOLLO DRIVE
NORTH HARBOR
AUCKLAND, 0632
NEW ZEALAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 496.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.511** **Nonpriority creditor's name and mailing address**

CRUISEONE DREAM VACATIONS
1201 WEST CYPRESS CREEK ROAD
SUITE 100
FORT LAUDERDALE, FL 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 75.60

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.512** **Nonpriority creditor's name and mailing address**

CRUISES & TOURS WORLDWIDE
2440 S BRENTWOOD BLVD
ST LOUIS, MO 63144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,483.90

---

**3.513** **Nonpriority creditor's name and mailing address**

CRUISES AND TOURS UNLIMITED
9125 PHILIPS HIGHWAY
SUITE 13
JACKSONVILLE, FL 32256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,048.05

---

**3.514** **Nonpriority creditor's name and mailing address**

CRUISESHIPCENTERS INTERNATIONAL
900-1066 WEST HASTINGS STREET
VANCOUVER, BC V6C 1E5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,000.00

---

**3.515** **Nonpriority creditor's name and mailing address**

CRUISINGCO.COM
PMB 120
15127 MAIN STREET E SUITE 104
SUMNER, WA 98390

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,155.83

---

**3.516** **Nonpriority creditor's name and mailing address**

CRYSTAL TRAVEL & TOURS, INC.
100 SPRING ST.
BOSTON, MA 02132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,307.80

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|--------|--------|--------|--------|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.517** **Nonpriority creditor's name and mailing address**

CTA TRAVEL
12750 CENTER COURT DR S
STE 120
CERRITOS, CA 90703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,559.86

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.518** **Nonpriority creditor's name and mailing address**

CURIOUS TRAVELLER
LOUW STREET
CAPE TOWN, WESTERN CAPE, 7550
SOUTH AFRICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,369.54

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.519** **Nonpriority creditor's name and mailing address**

CURRAN, BARBARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.520** **Nonpriority creditor's name and mailing address**

CURRAN, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.521** **Nonpriority creditor's name and mailing address**

CURTIS LEVERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.522** | **Nonpriority creditor's name and mailing address**

CURTIS WILLIAMS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.523** | **Nonpriority creditor's name and mailing address**

CUSTOM DESIGNED TRAVEL
111 CALDWELL DRIVE
BAYTOWN, TX 77520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,388.50

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.524** | **Nonpriority creditor's name and mailing address**

CUSTOM TRAVEL CONCEPTS SC
481 WHISPERING OAK CIR
CHAPIN, SC 29036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 6,914.74

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.525** | **Nonpriority creditor's name and mailing address**

CVS TOURS INC.
4196 GLANFORD AVE.
VICTORIA, BC V8Z 4B6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,158.20

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.526** | **Nonpriority creditor's name and mailing address**

CWT-INTERNATIONAL SUN TRAVEL
705 E MAIN ST.
BARTOW, FL 33830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 19.80

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.527** **Nonpriority creditor's name and mailing address**

CYNTHIA GOLDSTEIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$        Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.528** **Nonpriority creditor's name and mailing address**

CYNTHIA LARSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$        Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.529** **Nonpriority creditor's name and mailing address**

DAHL AUTOMOTIVE LA CROSSE INC
711 S 3RD STREET
LA CROSSE, WI 54601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$        4,688.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.530** **Nonpriority creditor's name and mailing address**

DALE RAMPTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$        Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.531** **Nonpriority creditor's name and mailing address**

DALIANES TRAVEL
510 RUSS STREET
EUREKA, CA 95501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$        69.50

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.532** **Nonpriority creditor's name and mailing address**

DALUGE TRAVEL
RICHARD DALUGE
5321 FAIRWAY DR
MADISON, WI 53711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 964.80

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.533** **Nonpriority creditor's name and mailing address**

DAMON GILBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.534** **Nonpriority creditor's name and mailing address**

DAMON MOORE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.535** **Nonpriority creditor's name and mailing address**

DANA JENKINS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.536** **Nonpriority creditor's name and mailing address**

DANA LIMMER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.537** **Nonpriority creditor's name and mailing address**

DANCE CAJUN
101 WEST SHAMROCK DR
LAFAYETTE, LA 70508

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**$ 250.00**

Date or dates debt was incurred    UNDETERMINED

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.538** **Nonpriority creditor's name and mailing address**

DANIEL CARDENAS CONSULTING INC.
2520 CENTERGATE DR APT 303.
MIRAMAR, FL 33025

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**$ 2,448.60**

Date or dates debt was incurred    UNDETERMINED

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.539** **Nonpriority creditor's name and mailing address**

DANIEL SCHILL
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  POTENTIAL WARN CLAIM

**$ Undetermined**

Date or dates debt was incurred    UNDETERMINED

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.540** **Nonpriority creditor's name and mailing address**

DANIEL, BEVERLEY
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

**$ 500.00**

Date or dates debt was incurred    UNDETERMINED

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.541** **Nonpriority creditor's name and mailing address**

DANIEL, MARVIN
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

**$ 500.00**

Date or dates debt was incurred    UNDETERMINED

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.542**

**Nonpriority creditor's name and mailing address**

DANIELLE HEBERLING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.543**

**Nonpriority creditor's name and mailing address**

DANNY GRIFFIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.544**

**Nonpriority creditor's name and mailing address**

DANVILLE, PAUL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.545**

**Nonpriority creditor's name and mailing address**

DANVIS GREEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.546**

**Nonpriority creditor's name and mailing address**

DARIN JEWELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.547** **Nonpriority creditor's name and mailing address**
DARIUS BANNISTER
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  POTENTIAL WARN CLAIM

$ Undetermined

| Date or dates debt was incurred | UNDETERMINED | Is the claim subject to offset? |
| --- | --- | --- |
| | | ☑ No |
| Last 4 digits of account number | | ☐ Yes |

**3.548** **Nonpriority creditor's name and mailing address**
DARLENE LANE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  POTENTIAL WARN CLAIM

$ Undetermined

| Date or dates debt was incurred | UNDETERMINED | Is the claim subject to offset? |
| --- | --- | --- |
| | | ☑ No |
| Last 4 digits of account number | | ☐ Yes |

**3.549** **Nonpriority creditor's name and mailing address**
DARNELL JONES
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  POTENTIAL WARN CLAIM

$ Undetermined

| Date or dates debt was incurred | UNDETERMINED | Is the claim subject to offset? |
| --- | --- | --- |
| | | ☑ No |
| Last 4 digits of account number | | ☐ Yes |

**3.550** **Nonpriority creditor's name and mailing address**
DATABASE MARKETING SOLUTIONS INC
41 PALOMINO DRIVE
NORTH ANDOVER, MA 01845

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 34,850.00

| Date or dates debt was incurred | UNDETERMINED | Is the claim subject to offset? |
| --- | --- | --- |
| | | ☑ No |
| Last 4 digits of account number | | ☐ Yes |

**3.551** **Nonpriority creditor's name and mailing address**
DATAWATCH SYSTEMS, INC
P O BOX 79845
BALTIMORE, MD 21279-0845

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 4,305.68

| Date or dates debt was incurred | UNDETERMINED | Is the claim subject to offset? |
| --- | --- | --- |
| | | ☑ No |
| Last 4 digits of account number | | ☐ Yes |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
| | Name | | |

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.552**   **Nonpriority creditor's name and mailing address**

DAVID BAILEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.553**   **Nonpriority creditor's name and mailing address**

DAVID KISH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$     4,738.79

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.554**   **Nonpriority creditor's name and mailing address**

DAVID LOVELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.555**   **Nonpriority creditor's name and mailing address**

DAVID WINTERHALTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.556**   **Nonpriority creditor's name and mailing address**

DAWN STANDBERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.557** | **Nonpriority creditor's name and mailing address**

DAWN TAYLOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

| Date or dates debt was incurred | UNDETERMINED |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.558** | **Nonpriority creditor's name and mailing address**

DEANE, ANDREW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

| Date or dates debt was incurred | UNDETERMINED |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.559** | **Nonpriority creditor's name and mailing address**

DEANE, DEBORAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

| Date or dates debt was incurred | UNDETERMINED |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.560** | **Nonpriority creditor's name and mailing address**

DEANNA BECKFORD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

| Date or dates debt was incurred | UNDETERMINED |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.561** | **Nonpriority creditor's name and mailing address**

DEANNA JULIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

| Date or dates debt was incurred | UNDETERMINED |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.562** | **Nonpriority creditor's name and mailing address**

DEANNA JULIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36.00

---

**3.563** | **Nonpriority creditor's name and mailing address**

DEANNA MARIE JENSEN-VALLIERE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 225.00

---

**3.564** | **Nonpriority creditor's name and mailing address**

DEANTRIA ROSS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.565** | **Nonpriority creditor's name and mailing address**

DEBORAH PIRELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.566** | **Nonpriority creditor's name and mailing address**

DECHTER, BARBARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.567** **Nonpriority creditor's name and mailing address**

DEDHAM TRAVEL
9 EASTERN AVE
DEDHAM, MA 02026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,015.20

---

**3.568** **Nonpriority creditor's name and mailing address**

DEDRICK GRADLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.569** **Nonpriority creditor's name and mailing address**

DELTA COUNTY AREA CHAMBER OF COMMERCE
1001 NORTH LINCOLN ROAD
EXCANABA, MI 49829

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,175.00

---

**3.570** **Nonpriority creditor's name and mailing address**

DELTA COUNTY HISTORICAL SOCIETY FOUNDATION
16 BEAUMIER WAY
ESCANABA, MI 49829

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 325.00

---

**3.571** **Nonpriority creditor's name and mailing address**

DELTA ROMEO TRAVEL LLC
2023 PALMERTON CT NE
GRAND RAPIDS, MI 49505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 57.60

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.572** **Nonpriority creditor's name and mailing address**

DELVER AGENTS, LLC
8001 11TH AVE NE, STE A
SEATTLE, WA 98115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,594.67

---

**3.573** **Nonpriority creditor's name and mailing address**

DEPARTMENT OF CULTURE, RECREATION AND TOURISM
1051 NORTH 3RD STREET
BATON RUGE, LA 70804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 585.00

---

**3.574** **Nonpriority creditor's name and mailing address**

DEPARTMENT OF HOMELAND SECURITY
245 MURRAY LANE, SW
WASHINGTON, DC 20528-0075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32,957.00

---

**3.575** **Nonpriority creditor's name and mailing address**

DEPARTMENT OF REVENUE
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,864.12

---

**3.576** **Nonpriority creditor's name and mailing address**

DEPARTURE LOUNGE
702 S. CAPITAL OF TX HWY
AUSTIN, TX 78746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,289.02

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.577** **Nonpriority creditor's name and mailing address**

DEPREZ TRAVEL BUREAU INC
145 RUE DE VILLE
SUITE 1
ROCHESTER, NY 14618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,710.70

---

**3.578** **Nonpriority creditor's name and mailing address**

DEPT OF LABOR AND INDUSTRIES
U.S. DEPARTMENT OF LABOR
200 CONSTITUTION AVE NW
WASHINGTON, DC 20210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 160.00

---

**3.579** **Nonpriority creditor's name and mailing address**

DERRICK ANDERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.580** **Nonpriority creditor's name and mailing address**

DERRICK GARNER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.581** **Nonpriority creditor's name and mailing address**

DERRICK SIMMONS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.582** **Nonpriority creditor's name and mailing address**

DESARIO, JACK
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.583** **Nonpriority creditor's name and mailing address**

DESARIO, MARY JO
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.584** **Nonpriority creditor's name and mailing address**

DESERAE NEMETH
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.585** **Nonpriority creditor's name and mailing address**

DESIGN YOUR VACATION
8547 PRIMROSE STREET
DE SOTO, KS 66018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 79.30

---

**3.586** **Nonpriority creditor's name and mailing address**

DESMITH, ALMA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.587**

**Nonpriority creditor's name and mailing address**
DESMITH, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.588**

**Nonpriority creditor's name and mailing address**
DESTINATION HANNIBAL MO TOURS LLC
204 20TH STREET
HANNIBAL, MO 63401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 925.00

---

**3.589**

**Nonpriority creditor's name and mailing address**
DESTINATION ST. LOUIS
7710 BIG BEND BLVD
ST LOUIS, MO 63119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,190.30

---

**3.590**

**Nonpriority creditor's name and mailing address**
DETERMINATION MARINE, LLC
36 UNION WHARF, STE 15
PORTLAND, ME 04101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,402.50

---

**3.591**

**Nonpriority creditor's name and mailing address**
DETROIT WAYNE COUNTY PORT AUTHORITY
130 EAST ATWATER
DETROIT, MI 48226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 44,847.11

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.592**

**Nonpriority creditor's name and mailing address**

DEVON CLARKE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.593**

**Nonpriority creditor's name and mailing address**

DIANA SHINSATO-BARNACHEA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.594**

**Nonpriority creditor's name and mailing address**

DIANE WALTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.595**

**Nonpriority creditor's name and mailing address**

DIEDRIK JACOBS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.596**

**Nonpriority creditor's name and mailing address**

DINSTUHL'S FINE CANDY COMPANY
5280 PLEASANT VIEW ROAD
MEMPHIS, TN 38134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,049.50

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.597** | **Nonpriority creditor's name and mailing address**

DIOSABAN, DIONICIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CREW MEMBER PERSONAL INJURY

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.598** | **Nonpriority creditor's name and mailing address**

DIPLOMAT TRAVEL AGENCY
6835 W HIGGINS AVE
CHICAGO, IL 60656

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 356.85

---

**3.599** | **Nonpriority creditor's name and mailing address**

DIRECT LINE CRUISES
330 MOTOR PARKWAY
HAUPPAUGE, NY 11788

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 974.70

---

**3.600** | **Nonpriority creditor's name and mailing address**

DIRECT TRAVEL
1444 LAURENS ROAD
GREENVILLE, SC 29607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,808.32

---

**3.601** | **Nonpriority creditor's name and mailing address**

DIRECT TRAVEL - EUGENE, OR
296 E. 5TH AVENUE
SUITE 401
EUGENE, OR 97401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,635.13

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.602 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,175.80 |
|---|---|---|---|

DIRECT TRAVEL NAPLES FL
4501 TAMIAMI TRAIL NORTH SUITE
NAPLES, FL 34103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.603 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,544.40 |
|---|---|---|---|

DIRECT TV
2260 E. IMPERIAL HWY
EL SEGUNDO, CA 90245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.604 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 268.39 |
|---|---|---|---|

DIRECTV
2260 E. IMPERIAL HWY
EL SEGUNDO, CA 90245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.605 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 47,221.13 |
|---|---|---|---|

DISCOVER CANADA TOURS CAD TRADE
820111 MELVILLE STREET
VANCOUVER, BC V6E3V6
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.606 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,432.45 |
|---|---|---|---|

DISCOVER CRUISES AND TRAVEL
1630 WEST REDLANDS BLVD, SUITE E
REDLANDS, CA 92373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|--------|--------|--------|--------|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.607** **Nonpriority creditor's name and mailing address**

DITOMMASO, FRANCIS
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 2,284.50

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.608** **Nonpriority creditor's name and mailing address**

DITOMMASO, LINDA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 2,284.50

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.609** **Nonpriority creditor's name and mailing address**

DIXIELAND TOURS
10520 S CHOCTAW DR
BATON ROUGE, LA 70815

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,595.00

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.610** **Nonpriority creditor's name and mailing address**

DOANE, BARBARA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.611** **Nonpriority creditor's name and mailing address**

DOANE, DANIEL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.612** | **Nonpriority creditor's name and mailing address**

DOANE, JACLYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.613** | **Nonpriority creditor's name and mailing address**

DOANE, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.614** | **Nonpriority creditor's name and mailing address**

DOANE, MARGARET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.615** | **Nonpriority creditor's name and mailing address**

DOLL, RONALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.616** | **Nonpriority creditor's name and mailing address**

DOMINETTE GARTRELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.617** **Nonpriority creditor's name and mailing address**
DON JONES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 200.00

---

**3.618** **Nonpriority creditor's name and mailing address**
DON MILNER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

---

**3.619** **Nonpriority creditor's name and mailing address**
DONA TROOP
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 78.00

---

**3.620** **Nonpriority creditor's name and mailing address**
DONALD DOBSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.621** **Nonpriority creditor's name and mailing address**
DONALD HOPKINS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|--------|--------------------------------------------------|--------------------------|----------------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.622 Nonpriority creditor's name and mailing address**

DONALD WIKEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 100.00

---

**3.623 Nonpriority creditor's name and mailing address**

DONNA ROACH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.624 Nonpriority creditor's name and mailing address**

DONOVAN MARINE INC
PO BOX 1979
MEMPHIS, TN 38101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,300.18

---

**3.625 Nonpriority creditor's name and mailing address**

DONOVAN MARINE PRPELLER AND SUPPLY LLC
6316 HUMPHREYS ST
HARAHAN, LA 70123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,250.00

---

**3.626 Nonpriority creditor's name and mailing address**

DORNETTO, MARY ANNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.627** Nonpriority creditor's name and mailing address

DOUBLE TREE BY HILTON MONTREAL CAD TRADE
1255, RUE JEANNE-MANCE, PO BOX 130
MONTREAL, QC H5B 1E5
CANADA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 36,525.91

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.628** Nonpriority creditor's name and mailing address

DOUBLETREE HOTEL DOWNTOWN SAN DIEGO
1646 FRONT STREET
SAN DIEGO, CA 92101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,811.12

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.629** Nonpriority creditor's name and mailing address

DR. LED
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 810.90

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.630** Nonpriority creditor's name and mailing address

DR. VALARIE ARMS
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 265.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.631** Nonpriority creditor's name and mailing address

DREAM VACATIONS
1201 W. CYPRESS CREEK ROAD #100
FT. LAUDERDALE, FL 33309

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 621.90

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.632** **Nonpriority creditor's name and mailing address**

DREAMERS TRAVEL
1222 N MAIN STREET
HAMPSTEAD, MD 21074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                717.80

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.633** **Nonpriority creditor's name and mailing address**

DREW MARINE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$              1,108.07

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.634** **Nonpriority creditor's name and mailing address**

DUBUQUE BARGE & FLEETING SERVICES
5 JONES STREET
DUBUQUE, IA 52001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$              4,466.33

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.635** **Nonpriority creditor's name and mailing address**

DUNN, MICHAEL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$                500.00

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.636** **Nonpriority creditor's name and mailing address**

DUNN, VALLERIE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$                500.00

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.637** **Nonpriority creditor's name and mailing address**

DURAN, DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.638** **Nonpriority creditor's name and mailing address**

DURAN, XIMENA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.639** **Nonpriority creditor's name and mailing address**

DWAYNE JACK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.640** **Nonpriority creditor's name and mailing address**

DYER COUNTY TRUSTEE
P O BOX 1360
DYERSBURG, TN 38025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,863.00

---

**3.641** **Nonpriority creditor's name and mailing address**

DYNAMIC TRAVEL & CRUISES
2325 E SOUTHLAKE BLVD
SUITE 100
SOUTHLAKE, TX 76092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,231.20

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.642** **Nonpriority creditor's name and mailing address**

EAGER, CAROLYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.643** **Nonpriority creditor's name and mailing address**

EARL GADSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.644** **Nonpriority creditor's name and mailing address**

EASTON COACH COMPANY
1200 CONROY PLACE
EASTON, PA 18040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 841,911.62

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.645** **Nonpriority creditor's name and mailing address**

ECHOLS, RICKY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CREW MEMBER PERSONAL INJURY

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.646** **Nonpriority creditor's name and mailing address**

ECLIPSE TRAVEL
15747 SOUTH BELL ROAD
HOMER GLEN, IL 60491

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 759.60

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.647** **Nonpriority creditor's name and mailing address**

ECOLAB
P.O. BOX 70343
CHICAGO, IL 606730343

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 52,181.36

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.648** **Nonpriority creditor's name and mailing address**

ECOLAB PEST
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 20,843.71

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.649** **Nonpriority creditor's name and mailing address**

EDGE MOTOR MUSEUM, INC
645 MARSHALL AVE
MEMPHIS, TN 38103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 215.00

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.650** **Nonpriority creditor's name and mailing address**

EDWARD GUIROLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.651** **Nonpriority creditor's name and mailing address**

EDWARDS, CANDACE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.652** **Nonpriority creditor's name and mailing address**

EDWARDS, ROGER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**$ 250.00**

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.653** **Nonpriority creditor's name and mailing address**

EGROUP COMMUNICATIONS, INC.
11830 SW 89 AVE
MIAMI, FL 33176

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**$ 7,000.00**

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.654** **Nonpriority creditor's name and mailing address**

ELAINE GULLIKSEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**$ Undetermined**

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.655** **Nonpriority creditor's name and mailing address**

ELECTRONIC SYSTEMS SUPPORT, INC
1670 GRAVOIS ROAD
HIGH RIDGE, MO 63049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**$ 2,432.26**

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.656** **Nonpriority creditor's name and mailing address**

ELEGANT VOYAGES
1802 KEESLING AVENUE
SAN JOSE, CA 95135

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**$ 1,247.56**

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.657** **Nonpriority creditor's name and mailing address**

ELI BIRAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$                              Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.658** **Nonpriority creditor's name and mailing address**

ELITE TRAVEL
P.O. BOX 2387
DECATUR, AL 35601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                              830.70

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.659** **Nonpriority creditor's name and mailing address**

ELITE TRAVEL INC CAPE GIRARDEAU
354 S SILVER SPRINGS RD. SUITE C
CAPE GIRARDEAU, MO 63703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                              283.40

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.660** **Nonpriority creditor's name and mailing address**

ELIZABETH JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$                              Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.661** **Nonpriority creditor's name and mailing address**

ELIZABETH MOORE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$                              Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.662**

**Nonpriority creditor's name and mailing address**
ELIZONDO, PAMELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** EMPLOYEE DISPUTE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.663**

**Nonpriority creditor's name and mailing address**
ELLIOTT BAY DESIGN GROUP
PO BOX 45790
SEATTLE, WA 98145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 546.00

---

**3.664**

**Nonpriority creditor's name and mailing address**
ELLIOTT HOWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.665**

**Nonpriority creditor's name and mailing address**
ELLIOTT, CARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.666**

**Nonpriority creditor's name and mailing address**
ELLIOTT, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.667**

**Nonpriority creditor's name and mailing address**

ELSNER, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.668**

**Nonpriority creditor's name and mailing address**

ELVIS PRESLEY ENTERPRISES
P O BOX 16508
MEMPHIS, TN 38186-0508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 77,525.75

---

**3.669**

**Nonpriority creditor's name and mailing address**

EMERALD SERVICES INC
PO BOX 975201
DALLAS, TX 75397-5201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,153.12

---

**3.670**

**Nonpriority creditor's name and mailing address**

EMMA HARPER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.671**

**Nonpriority creditor's name and mailing address**

EMPRESS TRAVEL AND CRUISES
475 PARK AVENUE
LINDENHURST, NY 11757

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 102.80

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|--------|--------|--------|--------|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.672** **Nonpriority creditor's name and mailing address**

ENERGY PETROLEUM COMPANY
P O BOX 790372
ST LOUIS, MO 63179-0372

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 79,456.81

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.673** **Nonpriority creditor's name and mailing address**

ENGLUND, BEVERLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 1,000.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.674** **Nonpriority creditor's name and mailing address**

ENGLUND, DURAND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 1,000.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.675** **Nonpriority creditor's name and mailing address**

ENSEMBLE TRAVEL GROUP
256 W 38 STREET, 11 FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 38,650.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.676** **Nonpriority creditor's name and mailing address**

ENTERPRISE RENT A CAR
EAN SERVICES LLC
ATLANTA, GA 30384-2383

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 45,745.02

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.677** | **Nonpriority creditor's name and mailing address**

EON PARTNERS, LLC
2400 E. COMMERCIAL BLVD., STE. 1200
FORT LAUDERDALE, FL 33308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO EON PARTNERS, LLC

$ 11,838,983.25

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.678** | **Nonpriority creditor's name and mailing address**

ERDMAN, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 6,148.50

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.679** | **Nonpriority creditor's name and mailing address**

ERIC DERR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.680** | **Nonpriority creditor's name and mailing address**

ERIC GORTZIG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.681** | **Nonpriority creditor's name and mailing address**

ERIC HADLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.682** **Nonpriority creditor's name and mailing address**

ERIC LONG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.683** **Nonpriority creditor's name and mailing address**

ERICKSEN, CHERI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 750.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.684** **Nonpriority creditor's name and mailing address**

ERICKSEN, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 750.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.685** **Nonpriority creditor's name and mailing address**

ERIK MANGINI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.686** **Nonpriority creditor's name and mailing address**

ERIKA RODWELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.687**

**Nonpriority creditor's name and mailing address**

ETHAN PRUETT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.688**

**Nonpriority creditor's name and mailing address**

EVA J. RICHERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 375.00

---

**3.689**

**Nonpriority creditor's name and mailing address**

EVANS, PENELOPE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.690**

**Nonpriority creditor's name and mailing address**

EVANS, STACY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.691**

**Nonpriority creditor's name and mailing address**

EVELOPERS CORPORATION
800 WEST EL CAMINO REAL
MOUNTAIN VIEW, CA 94040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,000.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.692** | **Nonpriority creditor's name and mailing address**

EVERGREEN ESCAPES
2960 4TH AVE S, STE 115
SEATTLE, WA 98134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,809.92

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.693** | **Nonpriority creditor's name and mailing address**

EVERSYS
37-18 NORTHERN BLVD
SUITE 421
LONG ISLAND, NY 11101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,475.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.694** | **Nonpriority creditor's name and mailing address**

EXECUTIVE TRAVEL & CRUISE SHOPPE, INC. DBA GORDON'S TRAVEL
210 E NEW YORK AVENUE
DELAND, FL 32724

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,826.50

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.695** | **Nonpriority creditor's name and mailing address**

EXPEDIA CRUISE SHIP CENTERS
24321 AVENIDA DE LA CAROLTA SUITE H-3
LAGUNA HILLS, CA 92653

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 22,538.12

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.696** | **Nonpriority creditor's name and mailing address**

EXPEDIA CRUISE SHIP CENTERS WA
3008 ISSAQUAH PINE LAKE RD SE
SAMMAMISH, WA 98075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,191.72

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.697** | **Nonpriority creditor's name and mailing address**

EXPEDIA CRUISESHIP CENTERS NORTH SCOTTSDALE
15560 N. FRANK LLOYD WRIGHT BLVD B-3
SCOTTSDALE, AZ 85260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,100.72

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.698** | **Nonpriority creditor's name and mailing address**

EXPEDIA CRUISESHIPCENTERS - WEST HARTFORD
15415 MAIN STREET
MILL CREEK, WA 98012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,139.70

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.699** | **Nonpriority creditor's name and mailing address**

EXPEDIA CRUISESHIPCENTERS/TERWILLEGAR
1119 WINDERMERE WAY SW
EDMONTON, AB T6W 2P3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 8,053.50

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.700** | **Nonpriority creditor's name and mailing address**

EXPERIENCE ALASKA TOURS LLC
7100 FORT DENT WAY
STE 280
TUKWILA, WA 98188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 16,964.50

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.701** | **Nonpriority creditor's name and mailing address**

EXPERIENCE AUSTRALIA
233 NORTH TERRACE
ADELAIDE, SA, 5000
AUSTRALIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 212,157.10

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.702** **Nonpriority creditor's name and mailing address**

EXPERIENCE THE TWIN CITIES, LLC
P.O. BOX 286
MAPLE PLAIN, MN 55359

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    11,037.00

---

**3.703** **Nonpriority creditor's name and mailing address**

EXPERIENCE TRAVEL LLC
12473 N ST PAUL EXT
GRANVILLE, IL 61326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    27.60

---

**3.704** **Nonpriority creditor's name and mailing address**

EXPLORA CARIBE TOURS
CALLE 7 SUR ENTRE 5A Y RAFAEL E. MELGAR
COZUMEL, QUINTANA ROO,
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    5,135.00

---

**3.705** **Nonpriority creditor's name and mailing address**

EXPRESS EMPLOYMENT PROFESSIONALS
PO BOX 203901
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,118.23

---

**3.706** **Nonpriority creditor's name and mailing address**

EXPRESS SERVICES INC
P.O. BOX 203901
DALLAS, TX 75320-3901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,239.32

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.707** **Nonpriority creditor's name and mailing address**

EXTRA SPACE MANAGEMENT INC.
2795 COTTONWOOD PKWY, STE 400
SALT LAKE CITY, UT 84121

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 672.00

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.708** **Nonpriority creditor's name and mailing address**

FABIAN BROOKS
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  POTENTIAL WARN CLAIM

$ Undetermined

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.709** **Nonpriority creditor's name and mailing address**

FABICK POWER SYSTEMS
PO BOX 735199
CHICAGO, IL 60673-5199

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 62,559.93

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.710** **Nonpriority creditor's name and mailing address**

FAGEN, ANDREW
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 250.00

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.711** **Nonpriority creditor's name and mailing address**

FAGEN, PETER
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 250.00

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.712** **Nonpriority creditor's name and mailing address**

FAGEN, SARAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.713** **Nonpriority creditor's name and mailing address**

FAIRMONT WATERFRONT
900 CANADA PLACE WAY
VANCOUVER, BC V6C 3L5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 153,584.96

---

**3.714** **Nonpriority creditor's name and mailing address**

FAIRYTALE JOURNEYS, LLC
2426 DOBBS RD
ALEXANDER CITY, AL 35010-7334

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,561.40

---

**3.715** **Nonpriority creditor's name and mailing address**

FANTASY TRAVEL
6634 CORTEZ ROAD W.
BRADENTON, FL 34210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,835.20

---

**3.716** **Nonpriority creditor's name and mailing address**

FARNAND, NANCY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.717** Nonpriority creditor's name and mailing address
FARRELLY, SUSAN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 500.00

Date or dates debt was incurred    UNDETERMINED

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3.718** Nonpriority creditor's name and mailing address
FASSMER SERVICE AMERICA, LLC
3650 NW 15TH STREET
LAUDERHILL, FL 33311

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 17,984.56

Date or dates debt was incurred    UNDETERMINED

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3.719** Nonpriority creditor's name and mailing address
FAST PACE MEDICAL CLINIC PLLC
P O BOX 306415
NASHVILLE, TN 37230-6415

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 436.00

Date or dates debt was incurred    UNDETERMINED

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3.720** Nonpriority creditor's name and mailing address
FAWN HELTON
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  POTENTIAL WARN CLAIM

$ Undetermined

Date or dates debt was incurred    UNDETERMINED

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3.721** Nonpriority creditor's name and mailing address
FEDEX
DEPT. CH
PO BOX 10306
PALATINE, IL 60055-0306

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,868.07

Date or dates debt was incurred    UNDETERMINED

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.722** **Nonpriority creditor's name and mailing address**

FENN, ANDREA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.723** **Nonpriority creditor's name and mailing address**

FERGUSON ENTERPRISES, LLC
PO BOX 847411
DALLAS, TX 75284-7411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,415.27

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.724** **Nonpriority creditor's name and mailing address**

FERGUSON, GARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.725** **Nonpriority creditor's name and mailing address**

FERGUSON, MARY DENISE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.726** **Nonpriority creditor's name and mailing address**

FIFE, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.727** **Nonpriority creditor's name and mailing address**

FIFE, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.728** **Nonpriority creditor's name and mailing address**

FINKELSTEIN, ELLEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 555.30

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.729** **Nonpriority creditor's name and mailing address**

FINKELSTEIN, SANFORD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 555.30

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.730** **Nonpriority creditor's name and mailing address**

FINLAYSON, DONALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 3,769.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.731** **Nonpriority creditor's name and mailing address**

FINTECHNET
3109 W. DR MARTIN LUTHER KING JR BLVD
SUITE 200
TAMPA, FL 33607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 645.28

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.732** **Nonpriority creditor's name and mailing address**

FIONA MILLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,750.00

---

**3.733** **Nonpriority creditor's name and mailing address**

FISHER & PHILLIPS LLP
1075 PEACHTREE STREET NE
SUITE 3500
ATLANTA, GA 30309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 40,910.90

---

**3.734** **Nonpriority creditor's name and mailing address**

FISHER, CHARLES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,809.00

---

**3.735** **Nonpriority creditor's name and mailing address**

FISHER, SUSANNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,809.00

---

**3.736** **Nonpriority creditor's name and mailing address**

FITZ JOHN LETTMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.737** **Nonpriority creditor's name and mailing address**

FITZGERALD, ROSANNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.738** **Nonpriority creditor's name and mailing address**

FLANNERY'S DROP BOX SERVICE, INC.
P.O. BOX 849
FAIRVIEW, OR 97024-0849

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,490.10

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.739** **Nonpriority creditor's name and mailing address**

FLATHEAD TRAVEL
500 MAIN ST
KALISPELL, MT 59901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 39.60

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.740** **Nonpriority creditor's name and mailing address**

FLEXENTIAL
PO BOX 732368
DALAS, TX 75373-2368

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,478.51

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.741** **Nonpriority creditor's name and mailing address**

FLIGHT CENTRE GERALDTON
1204-2929 BARNET HWY
COQUITLAM, BC V3B 5R5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,309.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| | | | |
|---|---|---|---|
| **3.742** | **Nonpriority creditor's name and mailing address**<br><br>FLORIANO GUEDES NUNES<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  POTENTIAL WARN CLAIM | $                Undetermined |
| | **Date or dates debt was incurred**          UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.743** | **Nonpriority creditor's name and mailing address**<br><br>FMC GLOBALSAT, INC<br>3301 SE 14TH AVENUE<br>FORT FAUDERDALE, FL 33316 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $                356,368.60 |
| | **Date or dates debt was incurred**          UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.744** | **Nonpriority creditor's name and mailing address**<br><br>FOLEY INDUSTRIAL ENGINES<br>200 SUMMER STREET<br>WORCESTER, MA 01604 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $                535.94 |
| | **Date or dates debt was incurred**          UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.745** | **Nonpriority creditor's name and mailing address**<br><br>FONTANA, ANDREW<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  UNUSED CUSTOMER CREDIT | $                250.00 |
| | **Date or dates debt was incurred**          UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.746** | **Nonpriority creditor's name and mailing address**<br><br>FONTANA, JOSEPHINE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  UNUSED CUSTOMER CREDIT | $                250.00 |
| | **Date or dates debt was incurred**          UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.747** **Nonpriority creditor's name and mailing address**

FORBES, LINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.748** **Nonpriority creditor's name and mailing address**

FORD PIQUETTE AVENUE PLANT MUSEUM
461 PIQUETTE AVENUE
DETROIT, MI 48202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,160.00

---

**3.749** **Nonpriority creditor's name and mailing address**

FORD, JERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 750.00

---

**3.750** **Nonpriority creditor's name and mailing address**

FORD, NANCY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.751** **Nonpriority creditor's name and mailing address**

FORD, TBA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.752** | **Nonpriority creditor's name and mailing address**

FORD'S WORLD TRAVEL (SUN CITY)
10738 WEST BELL ROAD
SUN CITY, AZ 85351

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 929.94

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.753** | **Nonpriority creditor's name and mailing address**

FOREST LAKE TRAVEL INC.
4505 FOREST DR.
SUITE B
COLUMBIA, SC 29206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,109.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.754** | **Nonpriority creditor's name and mailing address**

FOREST TRAVEL AGENCY
2420 NE MIAMI GARDENS DR SUITE 301
MIAMI, FL 33180-3389

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17,183.43

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.755** | **Nonpriority creditor's name and mailing address**

FORTUNE LOUISIANA
P.O. BOX 4126
NEW ORLEANS, LA 70178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 37,526.93

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.756** | **Nonpriority creditor's name and mailing address**

FOS TOURS & TRAVEL, INC
25701 I-45 NORTH SUITE 3A
SPRING, TX 77380

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,203.80

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.757**

**Nonpriority creditor's name and mailing address**
FOWLER BLACK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                425.00

---

**3.758**

**Nonpriority creditor's name and mailing address**
FRAME, RICHARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                500.00

---

**3.759**

**Nonpriority creditor's name and mailing address**
FRAME, SUSAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                500.00

---

**3.760**

**Nonpriority creditor's name and mailing address**
FRANCISCA EGUIGURE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$              Undetermined

---

**3.761**

**Nonpriority creditor's name and mailing address**
FRANK SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$              Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.762**

**Nonpriority creditor's name and mailing address**

FRANKE E. CLARK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 43.60

---

**3.763**

**Nonpriority creditor's name and mailing address**

FRANKE FOODSERVICE SOLUTIONS, INC.
3149 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 406.45

---

**3.764**

**Nonpriority creditor's name and mailing address**

FRANKLIN COUNTY HISTORICAL SOCIETY
305 N 4TH AVE
PASCO, WA 99301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,025.00

---

**3.765**

**Nonpriority creditor's name and mailing address**

FRANKLIN T. O'BRIEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 553.50

---

**3.766**

**Nonpriority creditor's name and mailing address**

FRATESSA, MARY-JO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.767**

**Nonpriority creditor's name and mailing address**

FREDRICK COMPTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$            Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.768**

**Nonpriority creditor's name and mailing address**

FRENCH QUARTER PHANTOMS, LLC
718 N RAMPART ST
NEW ORLEANS, LA 70116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$            2,148.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.769**

**Nonpriority creditor's name and mailing address**

FRIENDLY TRAVEL INC (ALEXANDRIA,VA)
8432 OLD KEENE MILL ROAD
SPRINGFIELD, VA 22152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$            1,254.06

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.770**

**Nonpriority creditor's name and mailing address**

FRIENDS OF ASTORIA COLUMN
PO BOX 717
ASTORIA, OR 97103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$            5,000.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.771**

**Nonpriority creditor's name and mailing address**

FRIENDS OF THE MUSEUM
601 SECOND STREET
MARIETTA, OH 45750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$            2,264.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.772 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,274.47 |
|---|---|---|---|

FRIENDSHIP TOURS & THE SHIP SHOP
DONNA MILLIKEN 705 BLOOMFIELD AVE
BLOOMFIELD, CT 06002-3155

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 500.00 |
|---|---|---|---|

FRITSCHE, MELVIN
ADDRESS ON FILE

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,314.00 |
|---|---|---|---|

FROGMORE COTTON PLANTATION & GINSACH
11656 US HYW 84
FERRIDAY, LA 71334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,000.00 |
|---|---|---|---|

FROSCH
909 THIRD AVENUE
12TH FLOOR
NEW YORK, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,000.00 |
|---|---|---|---|

FROSCH INTERNATIONAL TRAVEL
ONE GREENWAY PLAZA
SUITE 800
HOUSTON, TX 77046

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.777** **Nonpriority creditor's name and mailing address**

FRYE, MAUREEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.778** **Nonpriority creditor's name and mailing address**

FUN TOURS TRAVEL INC
3752S OCEAN BLVD
STUART, FL 34996

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 890.70

---

**3.779** **Nonpriority creditor's name and mailing address**

G & M ELECTRIC CO., INC.
P O BOX 19063
NEW ORLEANS, LA 70179-0063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,514.90

---

**3.780** **Nonpriority creditor's name and mailing address**

GABRIEL'S TRAVEL AGENCY INC.
437 21ST AVE.
PATERSON, NJ 07513

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,145.20

---

**3.781** **Nonpriority creditor's name and mailing address**

GALE LYNNE HOFF
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 700.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.782**

**Nonpriority creditor's name and mailing address**

GALE, MYRNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        2,709.00

---

**3.783**

**Nonpriority creditor's name and mailing address**

GALEA, ANDREA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        1,000.00

---

**3.784**

**Nonpriority creditor's name and mailing address**

GALEA, JENNIFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        1,000.00

---

**3.785**

**Nonpriority creditor's name and mailing address**

GALLAWAY, DARWIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          500.00

---

**3.786**

**Nonpriority creditor's name and mailing address**

GARDEN & GUN MAGAZINE, LLC
C/O SZABO ASSOCIATES, INC
ATTN: SANDI G HENDERSON
3355 LENOX RD NE, STE 945
ATLANTA, GA 30326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      28,000.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.787**

**Nonpriority creditor's name and mailing address**
GARNER, APRIL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  CREW MEMBER PERSONAL INJURY

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.788**

**Nonpriority creditor's name and mailing address**
GARSIDE FLORIST
6610 E MILL PLAIN BLVD
VANCOUVER, WA 98661

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    385.89

---

**3.789**

**Nonpriority creditor's name and mailing address**
GARY L. BUSH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    7,500.00

---

**3.790**

**Nonpriority creditor's name and mailing address**
GARY PETERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.791**

**Nonpriority creditor's name and mailing address**
GARY REYES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.792**   **Nonpriority creditor's name and mailing address**
GATES, LINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.793**   **Nonpriority creditor's name and mailing address**
GATEWAY TRAVEL & CRUISE
343 4TH AVE SOUTH
CLINTON, IA 52732

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,317.30

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.794**   **Nonpriority creditor's name and mailing address**
GAVER, BONNIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.795**   **Nonpriority creditor's name and mailing address**
GAVER, JAMI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.796**   **Nonpriority creditor's name and mailing address**
GAVRILOFF, MARTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.797** **Nonpriority creditor's name and mailing address**

GEMINI LEGAL SUPPORT, INC.
6020 W OAKS BLVD STE 310
ROCKLIN, CA 95765

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30.00

---

**3.798** **Nonpriority creditor's name and mailing address**

GENESIS INFORMATION SERVICES INC.
9605 JEFFERSON HWY
STE. I-109
NEW ORLEANS, LA 70123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,315.00

---

**3.799** **Nonpriority creditor's name and mailing address**

GENIE TRAVEL
10215 N WASHINGTON ST.
THORNTON, CO 80229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,106.70

---

**3.800** **Nonpriority creditor's name and mailing address**

GEOPLAN TOURISTIK GMBH
GEISBERGSTR. 39
BERLIN, 10777
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,399.94

---

**3.801** **Nonpriority creditor's name and mailing address**

GEORGE DALE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.802** | **Nonpriority creditor's name and mailing address**

GEORGE WALLACE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 700.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.803** | **Nonpriority creditor's name and mailing address**

GERALD ABBOTT BROOKS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.804** | **Nonpriority creditor's name and mailing address**

GERALD GRIMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.805** | **Nonpriority creditor's name and mailing address**

GERALD PAGETT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.806** | **Nonpriority creditor's name and mailing address**

GERALD SHAYNE HUMPHREYS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 450.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.807** **Nonpriority creditor's name and mailing address**

GERALD STOCK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,793.10

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.808** **Nonpriority creditor's name and mailing address**

GERBER, ANNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.809** **Nonpriority creditor's name and mailing address**

GERMAN AMERICAN HERITAGE CENTER
712 W 2ND ST
DAVENPORT, IA 52802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,900.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.810** **Nonpriority creditor's name and mailing address**

GERSON DOCANTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.811** **Nonpriority creditor's name and mailing address**

GHX INDUSTRIAL, LLC
13311 LOCKWOOD ROAD
HOUSTON, TX 77044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,619.28

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.812** **Nonpriority creditor's name and mailing address**

GIFFORD, MARGOT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 50.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.813** **Nonpriority creditor's name and mailing address**

GIFTED TRAVEL NETWORK, INC
197 MEDICAL PARK RD
SUITE 202
MOORESVILLE, NC 28117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 18,090.36

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.814** **Nonpriority creditor's name and mailing address**

GITCHELL, CAROL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.815** **Nonpriority creditor's name and mailing address**

GITCHELL, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.816** **Nonpriority creditor's name and mailing address**

GLENN SPRINGS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.817** **Nonpriority creditor's name and mailing address**

GLOBAL MARINE TRAVEL
1800 SE 10TH AVE SUITE 240
FT LAUDERDALE, ID 33316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,203.85

---

**3.818** **Nonpriority creditor's name and mailing address**

GO TRAVEL, INC
2811 WEST STATE RD 434
LONGWOOD, FL 32779

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,106.46

---

**3.819** **Nonpriority creditor's name and mailing address**

GODIVA
P O BOX 74008044
CHICAGO, IL 60674-8044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,856.00

---

**3.820** **Nonpriority creditor's name and mailing address**

GOING PLACES INC
28 MOUNTAIN ROAD
GLEN BURNIE, MD 21060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,263.70

---

**3.821** **Nonpriority creditor's name and mailing address**

GOING PLACES TRAVEL
1855 VICTORY BLVD
#A
STATEN ISLAND, NY 10314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 811.96

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.822** **Nonpriority creditor's name and mailing address**

GOLD RUSH GETAWAYS
8350 AUBURN BLVD. SUITE 200
CITRUS HEIGHTS, CA 95610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,466.40

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.823** **Nonpriority creditor's name and mailing address**

GOLDEN ANCHOR TRAVEL
1909 SOUTHWOOD ST
SARASOTA, FL 34231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,333.86

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.824** **Nonpriority creditor's name and mailing address**

GOLDRUSH GETAWAY
8350 AUBURN BLVD. SUITE 200
CITRUS HEIGHTS, CA 95610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,258.10

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.825** **Nonpriority creditor's name and mailing address**

GOLOMB, MARK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 1,000.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.826** **Nonpriority creditor's name and mailing address**

GOLOMB, YELENA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 1,000.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.827 Nonpriority creditor's name and mailing address**

GOODSELL TRANSPORT, LLC
511 OLD MOUNT HOLLY RD
GOOSE-CREEK, SC 29445

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,885.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.828 Nonpriority creditor's name and mailing address**

GORDON & REES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 484.50

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.829 Nonpriority creditor's name and mailing address**

GORDON FOOD SERVICE
1665 SHELBY OAKS DRIVE
MEMPHIS, TN 38134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 169,051.67

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.830 Nonpriority creditor's name and mailing address**

GOSCH, MARLENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.831 Nonpriority creditor's name and mailing address**

GRAFICO, INC.
21 ALLEGHENY AVE.
OAKMONT, PA 15139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 540.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.832** **Nonpriority creditor's name and mailing address**

GRAINGER
100 GRAINGER PARKWAY
LAKE FOREST, IL 60045-5201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 54,063.76

---

**3.833** **Nonpriority creditor's name and mailing address**

GRAMMY MUSEUM MISSISSIPPI
800 WEST SUNFLOWER RD
CLEVELAND, MS 38732

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,764.00

---

**3.834** **Nonpriority creditor's name and mailing address**

GRAND AMERICAN TOURS, INC
5 SOUTH MORTON AVENUE
MORTON, PA 19070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,931.94

---

**3.835** **Nonpriority creditor's name and mailing address**

GRAND HOTEL MICHIGAN
286 GRAND AVE
MACKINAC ISLAND, MI 49757

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 53,541.10

---

**3.836** **Nonpriority creditor's name and mailing address**

GRAND HYATT NASHVILLE
1000 BROADWAY
NASHVILLE, TN 37203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40,635.72

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.837** 
**Nonpriority creditor's name and mailing address**
GRAVES, DOLORES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.838** 
**Nonpriority creditor's name and mailing address**
GRAY ICE HIGDON, PLLC
4600 SHELBYVILLE ROAD #8022
LOUISVILEL, KY 40257

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,946.31

---

**3.839** 
**Nonpriority creditor's name and mailing address**
GREAT AMERICA FINANCIAL SVCS
P O BOX 660831
DALLAS, TX 75266-0831

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 45,717.94

---

**3.840** 
**Nonpriority creditor's name and mailing address**
GREAT AMERICAN INSURANCE GROUP
ADMINISTRATIVE OFFICES
301 E. 4TH STREET
CINCINNATI, OH 45202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  SURETY BOND #: 4186856 FOR THE BENEFIT OF
WASHINGTON STATE DEPT. OF LICENSING

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.841** 
**Nonpriority creditor's name and mailing address**
GREAT AMERICAN INSURANCE GROUP
ADMINISTRATIVE OFFICES
301 E. 4TH STREET
CINCINNATI, OH 45202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  SURETY BOND #: 3173661 FOR THE BENEFIT OF
FDACS - SELLER OF TRAVEL PROGRAM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.842 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 48,904.70 |
|---|---|---|---|

GREAT CANADIAN COACHES INC.
100 CONESTOGA COLLEGE BLVD, UNIT 1118
KITCHENER, ON N2P 1M6
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.843 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,725.00 |
|---|---|---|---|

GREAT DAY TOURS
375 TREEWORTH BLVD
CLEVELAND, OH 44147

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.844 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,320.00 |
|---|---|---|---|

GREAT DELTA TOURS, LLC
610 JOHN CHURCHILL CHASE ST
LOFT 2
NEW ORLEANS, LA 70130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.845 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,405.81 |
|---|---|---|---|

GREAT ESCAPES TRAVEL
340 WOOD ST.
LAKE MARY, FL 32746

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.846 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,463.25 |
|---|---|---|---|

GREAT HARVEST BREAD CO.
2530 E 29TH AVE
SPOKANE, WA 99223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.847 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,011.40 |
|---|---|---|---|

GREAT LAKES CRUISES
1395 BRICKELL AVE
MIAMI, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.848 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 44,652.50 |
|---|---|---|---|

GREAT LAKES SHORE EXCURSIONS LLC
2419 N 62ND STREET
WAUWATOSA, WI 53213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.849 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,181.78 |
|---|---|---|---|

GREAT RIVER ARTS
PMB 278
175 HUTTON RANCH ROAD
KALISPELL, MT 59901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.850 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,200.00 |
|---|---|---|---|

GREAT RIVER OUTDOORS, LLC
1087 HUTCHINS LANDING RD
NATCHE, MS 39120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.851 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,830.00 |
|---|---|---|---|

GREAT RIVERS & ROUTES TOURISM BUREAU
111 E. 4TH STREET
SUITE 115
ALTON, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.852** **Nonpriority creditor's name and mailing address**

GREATER BATON ROUGE PORT COMMISSION
P.O. BOX 380
PORT ALLEN, LA 70787

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,500.00

---

**3.853** **Nonpriority creditor's name and mailing address**

GREATER BURLINGTON CONVENTION & VISITORS BUREAU
610 N 4TH STREET, STE 200
BURLINGTON, IA 52601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,311.00

---

**3.854** **Nonpriority creditor's name and mailing address**

GREATER FORT LAUDERDALE ALLIANCE
110 E BROWARD BLVD
SUITE 1990
FORT LAUDERDALE, FL 33301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,000.00

---

**3.855** **Nonpriority creditor's name and mailing address**

GREATER SITKA CHAMBER OF COMMERCE, LLC
104 LAKE ST.
SITKA, AK 99835

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,099.00

---

**3.856** **Nonpriority creditor's name and mailing address**

GREAVES, DEBORA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*if known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.857** | **Nonpriority creditor's name and mailing address**

GREEN RIVER DISTILLING COMPANY
7410 NORTHSIDE DRIVE
SUITE 200
N CHARLESTON, SC 29420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 525.76

---

**3.858** | **Nonpriority creditor's name and mailing address**

GREEN, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.859** | **Nonpriority creditor's name and mailing address**

GREENVILLE MUSEUM FUND ASSOCIATION
216 S. WALNUT STREET
GREENVILLE, MS 38701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,890.00

---

**3.860** | **Nonpriority creditor's name and mailing address**

GREGG SAXTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.861** | **Nonpriority creditor's name and mailing address**

GREGORY PENDZICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.862** **Nonpriority creditor's name and mailing address**

GRETA MCDONOUGH
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 125.00

---

**3.863** **Nonpriority creditor's name and mailing address**

GREY GHOST PROPERTIES, LLC
BLUESTEIN LAW FIRM, PA
SCOTT BLUESTEIN
266 WEST COLEMAN BLVD, SUITE 103
MT. PLEASANT, SC 29464

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** THIRD PARTY PROPERTY DAMAGE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

$ Undetermined

---

**3.864** **Nonpriority creditor's name and mailing address**

GROUP COORDINATORS
409 E COEUR D'ALENE, STE B
COEUR D'ALENE, ID 83814

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,062.62

---

**3.865** **Nonpriority creditor's name and mailing address**

GRUENINGER TOURS AND CRUISES
9011 N. MERIDIAN ST.
INDIANAPOLIS, IN 46260

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 13,597.55

---

**3.866** **Nonpriority creditor's name and mailing address**

GUIDATOURCAD
360 ST-FRANCOIS-XAVIER #400
MONTREAL, QC H2Y 2S8
CANADA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,252.45

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.867** **Nonpriority creditor's name and mailing address**
GUILIANO, ANNMARIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.868** **Nonpriority creditor's name and mailing address**
GUILIANO, FRANK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.869** **Nonpriority creditor's name and mailing address**
GWENETH LYE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,976.72

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.870** **Nonpriority creditor's name and mailing address**
HACKITT, DALE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.871** **Nonpriority creditor's name and mailing address**
HACKITT, MONTANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.872** **Nonpriority creditor's name and mailing address**

HALCAR COASTAL, LLC
ATTENTION: GREGORY E. WILLIAMS
4488 W. BOY SCOUT BLVD, STE 250
TAMPA, FL 33607

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 212,552.13

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.873** **Nonpriority creditor's name and mailing address**

HALIFAX HEALTH
PO BOX 22832
TAMPA, FL 33622-2832

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 190.00

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.874** **Nonpriority creditor's name and mailing address**

HALVORSON, GYWN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 500.00

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.875** **Nonpriority creditor's name and mailing address**

HALVORSON, NICKIE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 500.00

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.876** **Nonpriority creditor's name and mailing address**

HAMILTON COUNTY TRUSTEE
625 GEORGIA AVE ROOM 210
CHATTANOOGA, TN 37402-1494

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,517.73

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.877** **Nonpriority creditor's name and mailing address**
HAMILTON, JANNELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.878** **Nonpriority creditor's name and mailing address**
HAMILTON, JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.879** **Nonpriority creditor's name and mailing address**
HANGTOWN TRAVEL
1234 BROADWAY STE. G
PLACERVILLE, CA 95667

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 605.39

---

**3.880** **Nonpriority creditor's name and mailing address**
HANNAH FRETTY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.881** **Nonpriority creditor's name and mailing address**
HANNAH HUNT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*if known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.882** **Nonpriority creditor's name and mailing address**

HANNIBAL HISTORY MUSEUM FOUNDATION
200 N MAIN
HANNIBAL, MO 63401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 700.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.883** **Nonpriority creditor's name and mailing address**

HANNIBAL REG
6000 HOSPITAL DRIVE
HANNINBAL, MO 63401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 85.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.884** **Nonpriority creditor's name and mailing address**

HARLAN, CANDACE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.885** **Nonpriority creditor's name and mailing address**

HARLAN, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.886** **Nonpriority creditor's name and mailing address**

HARRIS, JEANNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.887** **Nonpriority creditor's name and mailing address**

HARRY MCMILLIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 510.00

---

**3.888** **Nonpriority creditor's name and mailing address**

HARSHMAN, PENNY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.889** **Nonpriority creditor's name and mailing address**

HARSHMAN, RANDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.890** **Nonpriority creditor's name and mailing address**

HASKINS, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.891** **Nonpriority creditor's name and mailing address**

HASSLER AND ASSOCIATES INC.
12408 TANAGER DR -N W
GIG HARBOR, WA 98332

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,408.53

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.892** | **Nonpriority creditor's name and mailing address**

HAYES, ANNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.893** | **Nonpriority creditor's name and mailing address**

HAYLEY DOUGLAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.894** | **Nonpriority creditor's name and mailing address**

HD SUPPLY FACILITIES MAINT, LTD
PO BOX 509058
SAN DIEGO, CA 92150-9058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,471.06

---

**3.895** | **Nonpriority creditor's name and mailing address**

HEART OF THE VALLEY TRAVEL
N 120 MAIN ST
APPLETON, WI 54915

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 599.80

---

**3.896** | **Nonpriority creditor's name and mailing address**

HEATHER GAGNON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 513.39

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.897**

**Nonpriority creditor's name and mailing address**

HEDMAN, CYNTHIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.898**

**Nonpriority creditor's name and mailing address**

HEIDI MCCULLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.899**

**Nonpriority creditor's name and mailing address**

HEIGLE, KAY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.900**

**Nonpriority creditor's name and mailing address**

HEINZ HISTORY CENTER
C/O ACCOUNTS RECEIVABLE
1212 SMALLMAN STREET
PITTSBURGH, PA 15222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,422.00

---

**3.901**

**Nonpriority creditor's name and mailing address**

HELENE DAVIDSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.902** **Nonpriority creditor's name and mailing address**
HEMENWAY-DURAN, RUTH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.903** **Nonpriority creditor's name and mailing address**
HENDERSON TOURIST COMMISSION
101 N WARER ST, SUITE B
HENDERSON, KY 42420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 700.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.904** **Nonpriority creditor's name and mailing address**
HENEGHAN, THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.905** **Nonpriority creditor's name and mailing address**
HENRIQUEZ, JOSE RAMON CORDOVA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CREW MEMBER PERSONAL INJURY

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.906** **Nonpriority creditor's name and mailing address**
HENRY L. WATSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 150.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*if known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.907**

**Nonpriority creditor's name and mailing address**

HENSLEY, SUSAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.908**

**Nonpriority creditor's name and mailing address**

HERCULESROPE & SLING COMP INC.
P O BOX 1769
HOUMA, LA 70361

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,520.64

---

**3.909**

**Nonpriority creditor's name and mailing address**

HERFF TRAVEL INC.
2120 S. 72ND ST STE 700
OMAHA, NE 68124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 940.10

---

**3.910**

**Nonpriority creditor's name and mailing address**

HERRIGES INVESTMENT LLC
723 E 3RD ST
THE DALLES, OR 97058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,774.00

---

**3.911**

**Nonpriority creditor's name and mailing address**

HIGGINS TRAVEL LEADERS
3410 OAKWOOD MALL DRIVE STE. 600
EAU CLAIRE, WI 54701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 43.60

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.912** | **Nonpriority creditor's name and mailing address**

HILLOCK, GEORGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 200.00

---

**3.913** | **Nonpriority creditor's name and mailing address**

HILLOCK, MARCIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 200.00

---

**3.914** | **Nonpriority creditor's name and mailing address**

HILTON - VANCOUVER WA
301 W. 6TH ST
VANCOUVER, WA 98660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 44,281.24

---

**3.915** | **Nonpriority creditor's name and mailing address**

HILTON NEW ORLEANS RIVERSIDE
TWO POYDRAS STREET
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 61,829.58

---

**3.916** | **Nonpriority creditor's name and mailing address**

HILTON-ST.LOUIS AT THE BALLPARK
#1 SOUTH BROADWAY
ST. LOUIS, MO 63102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 99,166.60

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|--------|--------|--------|--------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.917** **Nonpriority creditor's name and mailing address**

HI-TECHSECURITY ALARMS
424 9TH STREET
EASTON, PA 18042

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                1,055.00

---

**3.918** **Nonpriority creditor's name and mailing address**

HITZEL, MARY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                250.00

---

**3.919** **Nonpriority creditor's name and mailing address**

HITZEL, RICHARD
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                250.00

---

**3.920** **Nonpriority creditor's name and mailing address**

HMS AMERICAN QUEEN STEAMBOAT COMPANY, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE TO HMS AMERICAN QUEEN STEAMBOAT COMPANY, LLC

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$           19,214,576.90

---

**3.921** **Nonpriority creditor's name and mailing address**

HMS FERRIES, INC.
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE TO HMS FERRIES, INC.

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$              413,893.80

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.922** **Nonpriority creditor's name and mailing address**

HMS GLOBAL MARITIME, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO HMS GLOBAL MARITIME, LLC

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 679,075.32

---

**3.923** **Nonpriority creditor's name and mailing address**

HMS-ALABAMA, INC.
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO HMS-ALABAMA, INC.

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 590,812.70

---

**3.924** **Nonpriority creditor's name and mailing address**

HOECKENDORF, KORYNN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.925** **Nonpriority creditor's name and mailing address**

HOFFMAN, CAROL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.926** **Nonpriority creditor's name and mailing address**

HOHMANN, FRANK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.927** **Nonpriority creditor's name and mailing address**

HOLIDAY CRUISES & TOURS
2522 CAPITAL CIRCLE NE SUITE14
TALLAHASSEE, FL 32308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 601.63

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.928** **Nonpriority creditor's name and mailing address**

HOLIDAY TOUR AND TRAVEL
REAR 10 W VINE ST
SHIREMANSTOWN, PA 17011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,139.70

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.929** **Nonpriority creditor's name and mailing address**

HOLIDAY VACATIONS, LLC
2727 HENRY AVE
EAU CLAIRE, WI 54701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 27,930.80

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.930** **Nonpriority creditor's name and mailing address**

HOLLIDAY'S FLOWERS
2316 S. GERMANTOWN ROAD
GERMANTOWN, TN 38138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,696.88

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.931** **Nonpriority creditor's name and mailing address**

HOLLUB, MARILYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.932** **Nonpriority creditor's name and mailing address**
HOLLUB, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.933** **Nonpriority creditor's name and mailing address**
HOLY NAME OF MARY CATHOLIC CHURCH
377 MAPLE ST.
SAULT STE. MARIE, MI 49783

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,600.00

---

**3.934** **Nonpriority creditor's name and mailing address**
HOLZHAUS, DENISE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 200.00

---

**3.935** **Nonpriority creditor's name and mailing address**
HOLZHAUS, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 200.00

---

**3.936** **Nonpriority creditor's name and mailing address**
HOME, WALTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.937** **Nonpriority creditor's name and mailing address**

HOMETOWN ROOTS, LLC
136 2ND STREET, SUITE 100
HENDERSON, KY 42420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,802.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.938** **Nonpriority creditor's name and mailing address**

HONS, HOLLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PASSENGER INJURY

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.939** **Nonpriority creditor's name and mailing address**

HOOD TECH CORP/AERO INC.
3606 AIRPORT DRIVE
HOOD RIVER, OR 97031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,756.97

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.940** **Nonpriority creditor's name and mailing address**

HORIE, BARBARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 750.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.941** **Nonpriority creditor's name and mailing address**

HORIE, RONALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 750.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.942** **Nonpriority creditor's name and mailing address**

HORNBLOWER CONSULTING, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE TO HORNBLOWER CONSULTING, LLC

$ 2,213,657.83

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.943** **Nonpriority creditor's name and mailing address**

HORNBLOWER CRUISES & EVENTS, LLC DBA CITY EXPERIENCES
PIER 3 THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 16,950.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.944** **Nonpriority creditor's name and mailing address**

HORNBLOWER CRUISES AND EVENTS, LLC
455 N. CITYFRONT PLAZA DR., STE. 2600
CHICAGO, IL 60611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE TO HORNBLOWER CRUISES AND EVENTS, LLC

$ 2,465,416.70

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.945** **Nonpriority creditor's name and mailing address**

HORNBLOWER GROUP, INC.
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE TO HORNBLOWER GROUP, INC.

$ 230,741,934.08

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.946** **Nonpriority creditor's name and mailing address**

HOTEL AKA BACK BAY
154 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 22,266.15

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.947** **Nonpriority creditor's name and mailing address**

HOUMAS HOUSE PLANTATION
40136 HWY 942
DARROW, LA 70725

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35,960.00

---

**3.948** **Nonpriority creditor's name and mailing address**

HOWARD CASTILLO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.949** **Nonpriority creditor's name and mailing address**

HOWARD, PEGGY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.950** **Nonpriority creditor's name and mailing address**

HOWARD, STEVE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.951** **Nonpriority creditor's name and mailing address**

HOWARD, STEVEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.952 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 250.00 |
|---|---|---|---|

HOWE, CAROL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.953 | **Nonpriority creditor's name and mailing address** | | $ 250.00 |
|---|---|---|---|

HOWE, GREGORY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.954 | **Nonpriority creditor's name and mailing address** | | $ 500.00 |
|---|---|---|---|

HOWELL, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.955 | **Nonpriority creditor's name and mailing address** | | $ 250.00 |
|---|---|---|---|

HOWES, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.956 | **Nonpriority creditor's name and mailing address** | | $ 250.00 |
|---|---|---|---|

HOWES, ROGER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.957** Nonpriority creditor's name and mailing address

HOWES, SANDRA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

Date or dates debt was incurred       UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 250.00

---

**3.958** Nonpriority creditor's name and mailing address

HUBBLE, ANGELA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

Date or dates debt was incurred       UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,423.80

---

**3.959** Nonpriority creditor's name and mailing address

HUDSON, JAMES
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

Date or dates debt was incurred       UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 500.00

---

**3.960** Nonpriority creditor's name and mailing address

HUDSON, MARY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

Date or dates debt was incurred       UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 500.00

---

**3.961** Nonpriority creditor's name and mailing address

HUFF, LARRY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

Date or dates debt was incurred       UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.962** **Nonpriority creditor's name and mailing address**

HUFFMAN TRAVEL
2537 FAR HILLS AVE.
DAYTON, OH 45419

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,176.50

---

**3.963** **Nonpriority creditor's name and mailing address**

HUGGARD, ARTHUR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 150.00

---

**3.964** **Nonpriority creditor's name and mailing address**

HUGHES, CHARLES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.965** **Nonpriority creditor's name and mailing address**

HUGHES, JANET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.966** **Nonpriority creditor's name and mailing address**

HUGHES, LORNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.967** **Nonpriority creditor's name and mailing address**

HURON TRAVEL
121 WEST HURON AVENUE
BAD AXE, MI 48413

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 51.60

---

**3.968** **Nonpriority creditor's name and mailing address**

HYDRADYNE, LLC
PO BOX 974799
DALLAS, TX 75397-4799

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,094.47

---

**3.969** **Nonpriority creditor's name and mailing address**

HYRUM HONE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.970** **Nonpriority creditor's name and mailing address**

IACURTO, CATHERINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.971** **Nonpriority creditor's name and mailing address**

IACURTO, MADELINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.972** **Nonpriority creditor's name and mailing address**

ICE SUPPORT LTD  GBP TRADE
THE GATE HOUSE
FRETHERNE ROAD
WELWYN GARDEN CITY, HERTFORDSHIRE, AL8 6NS
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 44,566.86

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.973** **Nonpriority creditor's name and mailing address**

ID90TRAVEL
925 SOUTH KIMBALL AVE
SUITE 140
SOUTHLAKE, TX 76092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 617.80

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.974** **Nonpriority creditor's name and mailing address**

IDA KARSADI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.975** **Nonpriority creditor's name and mailing address**

INCENTIVE CONNETION TRAVEL
13029 N CAVE CREEK RD SUITE 201
PHOENIX, AZ 85022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 17.80

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.976** **Nonpriority creditor's name and mailing address**

INDEPENDENT TRAVEL ASSOCIATES
73 SUMMER STREET
KINGSTON, MA 02364

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,277.90

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.977** **Nonpriority creditor's name and mailing address**

INDIAN EYES LLC
2815 ST. ANDREWS LOOP, SUITE B
PASCO, WA 99301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,314.00

---

**3.978** **Nonpriority creditor's name and mailing address**

INDUATRIAL ELECTRIC MACHINERY
1331 BALTIMORE STREET
LONGVIEW, WA 98632

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,000.00

---

**3.979** **Nonpriority creditor's name and mailing address**

INDUSTRIAL BOILER & MECHANICAL CO. INC
P O BOX 5100
3325 NORTH HAWTHORNE STREET
CHATTANOOGA, TN 37406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37,495.70

---

**3.980** **Nonpriority creditor's name and mailing address**

INDUSTRIAL ELECTRONICS, LLC
10312 BLUEGRASS PKW
LOUISVILLE, KY 40299

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,010.95

---

**3.981** **Nonpriority creditor's name and mailing address**

INGLE, GEORGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.982**

**Nonpriority creditor's name and mailing address**

INGLE, SHARON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.983**

**Nonpriority creditor's name and mailing address**

INGRID DANIELS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.984**

**Nonpriority creditor's name and mailing address**

INGRID MELANCON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.985**

**Nonpriority creditor's name and mailing address**

INNISFAIL TRAVEL SERVICE LTD
5054-50 STREET
INNISFAIL, AB T4G 1S7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23,303.15

---

**3.986**

**Nonpriority creditor's name and mailing address**

INSIDER VOYAGES
167 MADISON AVE
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19.60

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.987** | **Nonpriority creditor's name and mailing address**

INSTRUMENTORS SUPPLY, INC
1414 WASHINGTON STREET
SUITE 4
OREGON CITY, OR 97045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 225.36

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.988** | **Nonpriority creditor's name and mailing address**

INTEGRATED POWER SERVICES, LLC
250 EXECUTIVE CENTER DRIVE, SUITE 201
GREENVILLE, SC 29615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 36,210.06

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.989** | **Nonpriority creditor's name and mailing address**

INTELETRAVEL.COM
1625 S CONGRESS AVE, SUITE 100
DELRAY BEACH, FL 33445

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 874.30

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.990** | **Nonpriority creditor's name and mailing address**

INTERCONTINENTAL HOTEL NEW ORLEANS
444 ST. CHARLES AVENUE
NEW ORLEANS, LA 70130-3171

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 7,107.82

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.991** | **Nonpriority creditor's name and mailing address**

INTERCONTINENTAL SERVICES
1901 WALNUT STREET
SUITE 19A
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 941.80

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.992** **Nonpriority creditor's name and mailing address**

INTERCRUISES SHORESIDE AND PORT SERVICES
1800 ELLER DRIVE, SUITE 550
FT LAUDERDALE, FL 33316

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 107,619.36

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.993** **Nonpriority creditor's name and mailing address**

INTERCRUISES SHORESIDE AND PORT SERVICES CANADA
13401 108TH AVE STE 1450
SURREY, BC V3T 5T3
CANADA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 792,328.53

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.994** **Nonpriority creditor's name and mailing address**

INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE NW
WASHINGTON, DC 20224

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 8,391.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.995** **Nonpriority creditor's name and mailing address**

INTERNATIONAL AIR TRANSPORT ASSOCIATION
800 RUE DU SQUARE-VICTORIA, 11TH FL
MONTREAL, QC H3C 0B4
CANADA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 750.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.996** **Nonpriority creditor's name and mailing address**

INTERNATIONAL PAINT LLC
536 J.F. SMITH AVENUE
SLIDELL, LA 70460

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 31,600.38

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.997** | **Nonpriority creditor's name and mailing address**

INTERNATIONAL WOMEN'S AIR & SPACE MUSEUM
1501 N. MARGINAL RD.
STE. 165
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,500.00

---

**3.998** | **Nonpriority creditor's name and mailing address**

INVITED INC
3030 LBJ FREEWAY
5TH FLOOR
DALLAS, TX 75234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,250.00

---

**3.999** | **Nonpriority creditor's name and mailing address**

ISAAC DUPAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1000** | **Nonpriority creditor's name and mailing address**

ISHMEL NORMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1001** | **Nonpriority creditor's name and mailing address**

ISS MARINE SERVICES, INC USD INTL
1210 HILCREST ROAD
MOBILE, AL 36695

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 62,848.43

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.100 2**

**Nonpriority creditor's name and mailing address**

IYD ENTERTAINMENT, LLC
7300 RICHMOND RD
MEMPHIS, TN 38125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,600.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 3**

**Nonpriority creditor's name and mailing address**

J F BRENNAN COMPANY INC
PO BOX 2557
LACROSSE, WI 54602-2557

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 43,522.02

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 4**

**Nonpriority creditor's name and mailing address**

J T BROWN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,409.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 5**

**Nonpriority creditor's name and mailing address**

J&S GOLF CAR RENTALS, LLC
612 ELLSWORTH DR.
SILVER SPRING, MD 20910

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,252.28

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 6**

**Nonpriority creditor's name and mailing address**

J.A. UNIFORMS INC.
12323 SW 132ND COURT
MIAMI, FL 33186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,100.86

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.100 7**

**Nonpriority creditor's name and mailing address**

J.M. FIELD MARKETING
3570 NW 53 COURT
FORT LAUDERDALE, FL 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 60,297.72

---

**3.100 8**

**Nonpriority creditor's name and mailing address**

JACKIE'S TRAVEL SERVICE
507 3RD AVE
JASPER, IN 47546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7.80

---

**3.100 9**

**Nonpriority creditor's name and mailing address**

JACKSON DAGATA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.101 0**

**Nonpriority creditor's name and mailing address**

JACKSON FOSTER, ROCHELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.101 1**

**Nonpriority creditor's name and mailing address**

JACKSON, ADRIENNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.101 2** **Nonpriority creditor's name and mailing address**

JACKSON, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.101 3** **Nonpriority creditor's name and mailing address**

JACOB WILLIAMS WINERY
101 SW CHERRY BLOSSON LANE
WHITE SALMON, WA 98672

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,686.00

---

**3.101 4** **Nonpriority creditor's name and mailing address**

JACOBS, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.101 5** **Nonpriority creditor's name and mailing address**

JACOBS, JANE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.101 6** **Nonpriority creditor's name and mailing address**

JACOBS, MICHELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.101 7**

**Nonpriority creditor's name and mailing address**

JACOBS, NOLAND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.101 8**

**Nonpriority creditor's name and mailing address**

JACQUELYN CABRERA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.101 9**

**Nonpriority creditor's name and mailing address**

JADELYNN CRAIG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.102 0**

**Nonpriority creditor's name and mailing address**

JAMARIE WILLIAMS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.102 1**

**Nonpriority creditor's name and mailing address**

JAMES ALLEN MCCRACKEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 320.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.102 2**

**Nonpriority creditor's name and mailing address**

JAMES BEARMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,740.00

---

**3.102 3**

**Nonpriority creditor's name and mailing address**

JAMES CHALMERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.102 4**

**Nonpriority creditor's name and mailing address**

JAMES COLEMAN STUDIOS INC
P.O. BOX 845402
LOS ANGELES, CA 90084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 248.26

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

JAMES DODDS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 300.00

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

JAMES GUTIERREZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102 7**

**Nonpriority creditor's name and mailing address**

JAMES RUSSELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.102 8**

**Nonpriority creditor's name and mailing address**

JAMESTOWN METAL MARINE SALES
4710 NW BOCA RATON BLVD
SUITE 400
BOCA RATON, FL 33431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 459.49

---

**3.102 9**

**Nonpriority creditor's name and mailing address**

JAMESTOWN TRAVEL INC
110 9TH ST SW
JAMESTOWN, ND 58401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 59.60

---

**3.103 0**

**Nonpriority creditor's name and mailing address**

JAMIA SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.103 1**

**Nonpriority creditor's name and mailing address**

JAMIE AGGISON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.103 2** | **Nonpriority creditor's name and mailing address**

JAMIE ANTOINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.103 3** | **Nonpriority creditor's name and mailing address**

JANELLE WOODYARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.103 4** | **Nonpriority creditor's name and mailing address**

JANER, FRANK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.103 5** | **Nonpriority creditor's name and mailing address**

JANER, SHARON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.103 6** | **Nonpriority creditor's name and mailing address**

JANET CLARK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 525.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1037**

**Nonpriority creditor's name and mailing address**

JANETTE WILLIAMS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,175.20

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1038**

**Nonpriority creditor's name and mailing address**

JANICE ATKINS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 48.41

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1039**

**Nonpriority creditor's name and mailing address**

JARED HARRIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1040**

**Nonpriority creditor's name and mailing address**

JARKA, DONNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 750.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1041**

**Nonpriority creditor's name and mailing address**

JASMINE ROBINSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.104 2**

**Nonpriority creditor's name and mailing address**
JAVIER GARCIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$                            Undetermined

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104 3**

**Nonpriority creditor's name and mailing address**
JAVIER JASSO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$                            Undetermined

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104 4**

**Nonpriority creditor's name and mailing address**
JAVON PICKNEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$                            Undetermined

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104 5**

**Nonpriority creditor's name and mailing address**
JAYNE GLODOWSKI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                                  918.00

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104 6**

**Nonpriority creditor's name and mailing address**
JD MARINE SUPPLY LLC
PO BOX 315
SELLERSBURG, IN 47172

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                               4,470.68

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.104 7**   **Nonpriority creditor's name and mailing address**

JEAN, MARIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104 8**   **Nonpriority creditor's name and mailing address**

JEANNE FINSTEIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 150.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104 9**   **Nonpriority creditor's name and mailing address**

JEB ADVERTISING
616-618 EAST MARKET STREET
LOUISVILLE, KY 40202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 14,460.47

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.105 0**   **Nonpriority creditor's name and mailing address**

JEFFERY ADAMSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 650.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.105 1**   **Nonpriority creditor's name and mailing address**

JEFFERY IJJO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.105 2**

**Nonpriority creditor's name and mailing address**

JEFFREY ABBOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.105 3**

**Nonpriority creditor's name and mailing address**

JEFFREY CASSEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.105 4**

**Nonpriority creditor's name and mailing address**

JENIFER CRUZ OZUNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.105 5**

**Nonpriority creditor's name and mailing address**

JENNIFER PANE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.105 6**

**Nonpriority creditor's name and mailing address**

JEREMY TILLMON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*if known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.105 7** **Nonpriority creditor's name and mailing address**
JERMICKA GLENN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.105 8** **Nonpriority creditor's name and mailing address**
JESSE MCGEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.105 9** **Nonpriority creditor's name and mailing address**
JESSE RUIZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.106 0** **Nonpriority creditor's name and mailing address**
JESSICA HUDE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.106 1** **Nonpriority creditor's name and mailing address**
JILES WRIGHT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.106 2** **Nonpriority creditor's name and mailing address**

JJ KELLER & ASSOCIATES, INC
3003 BREEZEWOOD LANE
PO BOX 368
NEENAH, WI 54957-0368

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 103.07

---

**3.106 3** **Nonpriority creditor's name and mailing address**

JOANNA WALKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.106 4** **Nonpriority creditor's name and mailing address**

JOANNE POWELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100.00

---

**3.106 5** **Nonpriority creditor's name and mailing address**

JOHN BUCKLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

**3.106 6** **Nonpriority creditor's name and mailing address**

JOHN BURGOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.106 7**

**Nonpriority creditor's name and mailing address**
JOHN COOK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.106 8**

**Nonpriority creditor's name and mailing address**
JOHN DESANTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.106 9**

**Nonpriority creditor's name and mailing address**
JOHN FERGUSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.107 0**

**Nonpriority creditor's name and mailing address**
JOHN JAMES AUDUBON STATE PARK
3100 US HWY 41 NORTH
HENDERSON, KY 42420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,260.00

---

**3.107 1**

**Nonpriority creditor's name and mailing address**
JOHN W. STONE OIL DISTRIBUTOR, LLC
P O BOX 676368
DALLAS, TX 75267-6368

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 90,030.13

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107 2**

**Nonpriority creditor's name and mailing address**

JOHN W. STONE OIL DISTRIBUTORS, LLC
1601 BELLE CHASSE HIGHWAY SUITE 300
GRETNA, LA 70056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACTUAL DISPUTE

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.107 3**

**Nonpriority creditor's name and mailing address**

JOHN W. WAGGONER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** PROMISSORY NOTE

$ 800,000.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107 4**

**Nonpriority creditor's name and mailing address**

JOHN WARGO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107 5**

**Nonpriority creditor's name and mailing address**

JOHNNY HARDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107 6**

**Nonpriority creditor's name and mailing address**

JOHNSON, EMIL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107 7**

**Nonpriority creditor's name and mailing address**

JOHNSON, MARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.107 8**

**Nonpriority creditor's name and mailing address**

JOHNSON, MATT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.107 9**

**Nonpriority creditor's name and mailing address**

JOHNSTONE SUPPLY
PO BOX 947652
ATLANTA, GA 30394

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,922.80

---

**3.108 0**

**Nonpriority creditor's name and mailing address**

JOLLY HOLIDAY VACATIONS
P.O. BOX 6791
COLUMBIA, SC 29260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 835.80

---

**3.108 1**

**Nonpriority creditor's name and mailing address**

JONATHAN DUFF
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.108 2**

**Nonpriority creditor's name and mailing address**
JONATHAN FACEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$                Undetermined

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108 3**

**Nonpriority creditor's name and mailing address**
JONATHAN NEIKAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$                Undetermined

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108 4**

**Nonpriority creditor's name and mailing address**
JONES STEVEDORING COMPANY
PO BOX 3736
SEATTLE, WA 98124-3736

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                48,714.34

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108 5**

**Nonpriority creditor's name and mailing address**
JONES WALKER LLP
201 ST CHARLES AVE 50TH FL
NEW ORLEANS, LA 70170-5100

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                20,975.80

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108 6**

**Nonpriority creditor's name and mailing address**
JONES, BETH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$                250.00

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.108 7 | **Nonpriority creditor's name and mailing address** <br> JONES, ROBERT <br> ADDRESS ON FILE | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** UNUSED CUSTOMER CREDIT | $ 250.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** UNDETERMINED <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| 3.108 8 | **Nonpriority creditor's name and mailing address** <br> JORDAN MANNING <br> ADDRESS ON FILE | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** POTENTIAL WARN CLAIM | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** UNDETERMINED <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| 3.108 9 | **Nonpriority creditor's name and mailing address** <br> JORDAN, GEORGIA <br> ADDRESS ON FILE | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** UNUSED CUSTOMER CREDIT | $ 250.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** UNDETERMINED <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| 3.109 0 | **Nonpriority creditor's name and mailing address** <br> JORGE QUEZADA <br> ADDRESS ON FILE | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** POTENTIAL WARN CLAIM | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** UNDETERMINED <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| 3.109 1 | **Nonpriority creditor's name and mailing address** <br> JOSEFFINI, DANNY <br> ADDRESS ON FILE | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** UNUSED CUSTOMER CREDIT | $ 800.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** UNDETERMINED <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.109 2**

**Nonpriority creditor's name and mailing address**

JOSEPH FULLERTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.109 3**

**Nonpriority creditor's name and mailing address**

JOSEPH JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.109 4**

**Nonpriority creditor's name and mailing address**

JOSEPH MCCOY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.109 5**

**Nonpriority creditor's name and mailing address**

JOSEPH PORCELLI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.109 6**

**Nonpriority creditor's name and mailing address**

JOSEPH RIVERA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1097**

**Nonpriority creditor's name and mailing address**
JOSHUA BUCHHOLZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.1098**

**Nonpriority creditor's name and mailing address**
JOSHUA MICHAEL YOUNG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    330.69

---

**3.1099**

**Nonpriority creditor's name and mailing address**
JOSHUA PLEASANT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.1100**

**Nonpriority creditor's name and mailing address**
JOSHUA THORPE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.1101**

**Nonpriority creditor's name and mailing address**
JOTUN PAINTS, INC
DEPT. 3240
LOCKBOX #123240
DALLAS, TX 75312-3240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    7,301.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.110 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 599.70 |
|---|---|---|---|

JOURNEYS TRAVEL GROUP
8130 GLADES RD #279
BOCA RATON, FL 33434

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.110 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

JOUSHA WELLS
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.110 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

JUAN ARENAS
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.110 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

JULIE AVILA
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.110 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 475.00 |
|---|---|---|---|

JULIE KREMENACH
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.110 7**

**Nonpriority creditor's name and mailing address**

JULIO VALLE PUERTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

JULIUS, HAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

JULIUS, MARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

JUNEAU MARINE REFRIGERATION & AIR CONDITIONING INC
148 N HOLLYWOOD RD
HOUMA, LA 70364

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 97,278.00

---

**3.111 1**

**Nonpriority creditor's name and mailing address**

JUSTHAVES LLC
566 LINWOOD AVENUE
RIDGEWOOD, NJ 07450

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,800.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.111 2**

**Nonpriority creditor's name and mailing address**

JUSTIN THIBEAULT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111 3**

**Nonpriority creditor's name and mailing address**

KAHALA TRAVEL
ATTN: JANINE JOSEPH
3838 CAMINO DEL RIO N, STE 300
SAN DIEGO, CA 92108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,395.25

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111 4**

**Nonpriority creditor's name and mailing address**

KAKE TRIBAL TOURISM, LLC
374 KEKU RD
KAKE, AK 99830
KAKE, AK 99830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,320.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111 5**

**Nonpriority creditor's name and mailing address**

KALISPERIS, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111 6**

**Nonpriority creditor's name and mailing address**

KALLMAN TRAVEL SERVICES, INC
20 HARRISON AVE
WALDWICK, NJ 07463

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.111 7**

**Nonpriority creditor's name and mailing address**
KANDACE HUNTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.111 8**

**Nonpriority creditor's name and mailing address**
KAREN BURKE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    2,007.42

---

**3.111 9**

**Nonpriority creditor's name and mailing address**
KATHERINE DOWDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    625.00

---

**3.112 0**

**Nonpriority creditor's name and mailing address**
KATHERINE KEENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.112 1**

**Nonpriority creditor's name and mailing address**
KAUFFMAN TRAVEL TEAM
13840 BOOKER T WASHINGTON HWY
MONETA, VA 24121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    557.60

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112 2** **Nonpriority creditor's name and mailing address**

KEEFE, CHERYL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.112 3** **Nonpriority creditor's name and mailing address**

KEEFE, DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.112 4** **Nonpriority creditor's name and mailing address**

KEELEY ELECTRICACH
518 S STAR RD
STAR, ID 83669

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 91,872.45

---

**3.112 5** **Nonpriority creditor's name and mailing address**

KEENE, MARLENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000.00

---

**3.112 6** **Nonpriority creditor's name and mailing address**

KEITH L THOMSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 299.20

---

Debtor  American Queen Steamboat Operating Company, LLC          Case number (if known)  24-90100 (MI)
        Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.112 7 | **Nonpriority creditor's name and mailing address**<br><br>KEITH PAUL<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** POTENTIAL WARN CLAIM | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.112 8 | **Nonpriority creditor's name and mailing address**<br><br>KELLI TUBBS<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** POTENTIAL WARN CLAIM | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.112 9 | **Nonpriority creditor's name and mailing address**<br><br>KELLY, DAVID<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** EMPLOYEE DISPUTE | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.113 0 | **Nonpriority creditor's name and mailing address**<br><br>KELVIN NARANJO<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** POTENTIAL WARN CLAIM | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.113 1 | **Nonpriority creditor's name and mailing address**<br><br>KEMMERER GRAPHICS<br>6169 SULLIVAN TRAIL<br>NAZARETH, PA 18046 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 8,602.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.113 2**

**Nonpriority creditor's name and mailing address**

KEMP TRAVEL
221 KING STREET EAST
OSHAWA, ON L1H 1C5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 288.10

---

**3.113 3**

**Nonpriority creditor's name and mailing address**

KENNEDY, ROBYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.113 4**

**Nonpriority creditor's name and mailing address**

KENNETH LOVE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.113 5**

**Nonpriority creditor's name and mailing address**

KENTUCKY DERBY MUSEUM
704 CENTRAL AVENUE
LOUISVILLE, KY 40208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,470.00

---

**3.113 6**

**Nonpriority creditor's name and mailing address**

KERESA HOWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 228 of 454 |
|---|---|---|

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.113 7**

**Nonpriority creditor's name and mailing address**
KERI BARTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$  Undetermined

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113 8**

**Nonpriority creditor's name and mailing address**
KERRICK, DOROTHY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$  500.00

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113 9**

**Nonpriority creditor's name and mailing address**
KESEANNA CARNES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$  Undetermined

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114 0**

**Nonpriority creditor's name and mailing address**
KEVANNA GILMORE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$  Undetermined

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114 1**

**Nonpriority creditor's name and mailing address**
KEVIN JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$  Undetermined

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.114 2**

**Nonpriority creditor's name and mailing address**
KEVIN LORTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.114 3**

**Nonpriority creditor's name and mailing address**
KEVIN POOLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.114 4**

**Nonpriority creditor's name and mailing address**
KEVIN WHITE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.114 5**

**Nonpriority creditor's name and mailing address**
KEY TO THE WORLD TRAVEL
6029 W ALANADA DR
CALEDONIA, MI 49316

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,489.70

**Date or dates debt was incurred** UNDETERMINED
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.114 6**

**Nonpriority creditor's name and mailing address**
KHM TRAVEL GROUP TORRANCE IL
50 PEARL ROAD
SUITE 300
BRUNSWICK, OH 44212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,160.08

**Date or dates debt was incurred** UNDETERMINED
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.114 7**

**Nonpriority creditor's name and mailing address**
KIDD, ANN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.114 8**

**Nonpriority creditor's name and mailing address**
KIKIS, STAVROS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.114 9**

**Nonpriority creditor's name and mailing address**
KIKIS, SUE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.115 0**

**Nonpriority creditor's name and mailing address**
KIM GREEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.115 1**

**Nonpriority creditor's name and mailing address**
KIMBERLY COSTACHE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.115 2**

**Nonpriority creditor's name and mailing address**

KIMBERLY MOODY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.115 3**

**Nonpriority creditor's name and mailing address**

KIMPTON AERTSON HOTEL
2021 BROADWAY
NASHVILLE, TN 37203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,942.02

---

**3.115 4**

**Nonpriority creditor's name and mailing address**

KIONA VINEYARDS AND WINERY
44612 N SUNSET RD
BENTON CITY, WA 99320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,970.00

---

**3.115 5**

**Nonpriority creditor's name and mailing address**

KLDISCOVERY HOLDINGS INC.
9023 COLUMBINE RD
EDEN PRAIRIE, MN 55347

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 576.00

---

**3.115 6**

**Nonpriority creditor's name and mailing address**

KLEFFNER, DONNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.115
7**

**Nonpriority creditor's name and mailing address**
KLEFFNER, JASON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.115
8**

**Nonpriority creditor's name and mailing address**
KLEFFNER, JEROME
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.115
9**

**Nonpriority creditor's name and mailing address**
KNOLL, ELOISE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.116
0**

**Nonpriority creditor's name and mailing address**
KOBY SHARP
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.116
1**

**Nonpriority creditor's name and mailing address**
KOILE, SHERYL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*if known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.116 2** | **Nonpriority creditor's name and mailing address**

KOILE, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 1,000.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 3** | **Nonpriority creditor's name and mailing address**

KOLLANDER WORLD TRAVEL
761 E 200TH STREET
EUCLID, OH 44119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 959.70

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 4** | **Nonpriority creditor's name and mailing address**

KONE MARINE US
15712 SW 41ST STREET
SUITE 8
DAVIE, FL 33331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 19,411.27

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 5** | **Nonpriority creditor's name and mailing address**

KOPECKO, BEVERLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 6** | **Nonpriority creditor's name and mailing address**

KORZEC, PAMELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.116 7**

**Nonpriority creditor's name and mailing address**

KORZEC, THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

KRAFCHIK, PETER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 350.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

KRAFCHIK, TERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 350.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

KRESL, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 1,000.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

KRESL, LINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 1,000.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117 2**

**Nonpriority creditor's name and mailing address**
KRISO, ELSIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.117 3**

**Nonpriority creditor's name and mailing address**
KRISO, STEPHEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.117 4**

**Nonpriority creditor's name and mailing address**
KRISSLER, EDGAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.117 5**

**Nonpriority creditor's name and mailing address**
KRISSLER, SUZANNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.117 6**

**Nonpriority creditor's name and mailing address**
KRISTIN CHIAPARAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117 7**

**Nonpriority creditor's name and mailing address**
KRISTINA BARBER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 8**

**Nonpriority creditor's name and mailing address**
KRISTOPHER L. KELSO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 88.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 9**

**Nonpriority creditor's name and mailing address**
KROLL, CHARLOTTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.118 0**

**Nonpriority creditor's name and mailing address**
KUHN, BARBARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.118 1**

**Nonpriority creditor's name and mailing address**
KUHN, JEFFRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.118 2**

**Nonpriority creditor's name and mailing address**
KUHN, TIMOTHY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 1,000.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 3**

**Nonpriority creditor's name and mailing address**
KYLE PUCKETT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 4**

**Nonpriority creditor's name and mailing address**
L & M TRAVEL
18467 SANTA CARLOTTA STREET
FOUNTAIN VALLEY, CA 92708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 887.76

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 5**

**Nonpriority creditor's name and mailing address**
L E WILLIAMS PRINTING, LLC
PO BOX 718
LEHIIGHTON, PA 18235

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 9,952.90

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 6**

**Nonpriority creditor's name and mailing address**
LA CROSSE COUNTY HISTORICAL SOCIETY
145 WEST AVENUE SOUTH
LA CROSSE, WI 54601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 21,878.06

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.118 7** **Nonpriority creditor's name and mailing address**

LA WORKFORCE COMMISSION
DELINQUENT PAYMENTS
PO BOX 60019
NEW ORLEANS, LA 70160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 109.48

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.118 8** **Nonpriority creditor's name and mailing address**

LABEBE H BUESING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,050.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.118 9** **Nonpriority creditor's name and mailing address**

LABOR WORKS - LOUISVILLE
P O BOX 17187
LOUISVILLE, KY 40217

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 204.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119 0** **Nonpriority creditor's name and mailing address**

LACOY COVERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119 1** **Nonpriority creditor's name and mailing address**

LAINIE GULLISEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 30.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.119 2**

**Nonpriority creditor's name and mailing address**

LAKE COUNTY TRUSTEE
229 CHURCH ST - BOX 9
TIPTONVILLE, TN 38079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 51,617.00

---

**3.119 3**

**Nonpriority creditor's name and mailing address**

LAKE SUPERIOR STATE UNIVERSITY
650 W EASTERDAY AVE.
SAULT STE. MARIE, MI 49783

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,900.00

---

**3.119 4**

**Nonpriority creditor's name and mailing address**

LAKESHORE EXCURSIONS
192 CEDAR COVE
LITTLE CURRENT, ON P0P 1K0
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,406.45

---

**3.119 5**

**Nonpriority creditor's name and mailing address**

LAKEVIEW ENDODONTICS
600 HARRISON AVE
NEW ORLEANS, LA 70124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,590.00

---

**3.119 6**

**Nonpriority creditor's name and mailing address**

LAMBEAR TRAVEL LTD.
16 5405 44 STREET
LLOYDMINSTER, AB T9V 0A9
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,199.80

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.119 7** | **Nonpriority creditor's name and mailing address**

LAMERS BUS LINES, INC.
2407 SOUTH POINT ROAD
GREEN BAY, WI 54313

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,060.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 8** | **Nonpriority creditor's name and mailing address**

LAN SU CHINESE GARDEN
239 NW EVERETT ST.
PORTLAND, OR 97209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,497.20

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 9** | **Nonpriority creditor's name and mailing address**

LANE, CINDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 0** | **Nonpriority creditor's name and mailing address**

LANE, DARLENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PERSONAL INJURY

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.120 1** | **Nonpriority creditor's name and mailing address**

LANE, JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.120 2**

**Nonpriority creditor's name and mailing address**
LANE, TESS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.120 3**

**Nonpriority creditor's name and mailing address**
LAPINSKI, DIANE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.120 4**

**Nonpriority creditor's name and mailing address**
LARGAY TRAVEL INC
1525 A HAMILTON AVE
WATERBURY, CT 06706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,759.12

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.120 5**

**Nonpriority creditor's name and mailing address**
LAROSE, LUANNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.120 6**

**Nonpriority creditor's name and mailing address**
LARRY STREETER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.120 7** Nonpriority creditor's name and mailing address

LATHER INC
117 E COLORADO BLVD STE 300
PASADENA, CA 91105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 420.35

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.120 8** Nonpriority creditor's name and mailing address

LATHROP, CAROLE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 500.00

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.120 9** Nonpriority creditor's name and mailing address

LATRAIL SPENCER
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  POTENTIAL WARN CLAIM

$ Undetermined

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.121 0** Nonpriority creditor's name and mailing address

LAUDER, CAROL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 250.00

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.121 1** Nonpriority creditor's name and mailing address

LAURA FORNALCZYK
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  POTENTIAL WARN CLAIM

$ Undetermined

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.121 2**

**Nonpriority creditor's name and mailing address**
LAUREN KIENY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.121 3**

**Nonpriority creditor's name and mailing address**
LAURENCE COTTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.121 4**

**Nonpriority creditor's name and mailing address**
LAURENCE JACOBY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.121 5**

**Nonpriority creditor's name and mailing address**
LAWLER CLASSIC TRAVEL, LLC
965 MEADOW COURT
WINCHESTER, VA 22601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,342.50

---

**3.121 6**

**Nonpriority creditor's name and mailing address**
LAWSON PRODUCTS
P O BOX 734922
CHICAGO, IL 60673-4922

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,013.96

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.121 7** **Nonpriority creditor's name and mailing address**

LAY, PITMAN & ASSOCIATES INC.
2300 MARSH POINT ROAD #303
NEPTUNE BEACH, FL 32266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,429.23

---

**3.121 8** **Nonpriority creditor's name and mailing address**

LAZY DAYZ TRAVEL, LLC
5066 S HURON RD
STANDISH, MI 48658

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 794.70

---

**3.121 9** **Nonpriority creditor's name and mailing address**

LEBLANC BLAND - P.L.L.C.
132 INTRACOASTAL DRIVE
HOUMA, LA 70363

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 511.70

---

**3.122 0** **Nonpriority creditor's name and mailing address**

LEBLANC TOURS
C VERSALLES 16
MEXICO CITY, 06600
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 517.80

---

**3.122 1** **Nonpriority creditor's name and mailing address**

LEE, DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.122 2**

**Nonpriority creditor's name and mailing address**

LEE, SHIRLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.122 3**

**Nonpriority creditor's name and mailing address**

LEGATO TRAVEL LLC
1155 KELLY JOHNSON BLVD, STE 111, UNIT 153
COLORADO SPRINGS, CO 80920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,263.60

---

**3.122 4**

**Nonpriority creditor's name and mailing address**

LEGROS, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,749.25

---

**3.122 5**

**Nonpriority creditor's name and mailing address**

LEIGH'S GARDEN WINERY
904 LUDINGTON ST.
ESCANABA, MI 49829

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 104.94

---

**3.122 6**

**Nonpriority creditor's name and mailing address**

LEIGHTON, RUBY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122 7**

**Nonpriority creditor's name and mailing address**

LEIGHTWORKS
ATTN: DAVID LEIGHT
3111 LYTTON ST
SAN DIEGO, CA 92110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,364.00

---

**3.122 8**

**Nonpriority creditor's name and mailing address**

LEJEUNE HOUSE/RANDY HARELSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 600.00

---

**3.122 9**

**Nonpriority creditor's name and mailing address**

LELAND GUSTAFSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35,991.70

---

**3.123 0**

**Nonpriority creditor's name and mailing address**

LEMONS, KAREN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.123 1**

**Nonpriority creditor's name and mailing address**

LEO HENDRIX
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.123 2**

**Nonpriority creditor's name and mailing address**

LERA WATSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.123 3**

**Nonpriority creditor's name and mailing address**

LESTER, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    3,196.00

---

**3.123 4**

**Nonpriority creditor's name and mailing address**

LEVARTE TRAVEL INC
4760PRESTON RD.
SUITE 244-358
FRISCO, TX 75034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    4,436.90

---

**3.123 5**

**Nonpriority creditor's name and mailing address**

LHH RECRUITMENT SOLUTIONS
DEPT CH 14031
JACKSONVILLE, IL 32246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    17,276.08

---

**3.123 6**

**Nonpriority creditor's name and mailing address**

LIBERTY HOSPITALITY, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO LIBERTY HOSPITALITY, LLC

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    10,332.50

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(If known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.123 7**

**Nonpriority creditor's name and mailing address**

LIL DRUG STORE
75 REMITTANCE DRIVE
DEPT. #92009
CHICAGO, IL 60675-2009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,134.63

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123 8**

**Nonpriority creditor's name and mailing address**

LINCOLN MUSEUM, INC
66 LINCOLN SQUARE
HODGENVILLE, KY 42748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,293.50

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123 9**

**Nonpriority creditor's name and mailing address**

LINCOLN, JIMMIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124 0**

**Nonpriority creditor's name and mailing address**

LIND, GAYLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124 1**

**Nonpriority creditor's name and mailing address**

LIND, JACKSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.124 2**

**Nonpriority creditor's name and mailing address**
LINDA HUNT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.124 3**

**Nonpriority creditor's name and mailing address**
LINDA TASSONE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.124 4**

**Nonpriority creditor's name and mailing address**
LINDA YOUR TRAVEL MAKER
1085 EAST HERNDON AVE STE. 109
FRESNO, CA 93720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,002.30

---

**3.124 5**

**Nonpriority creditor's name and mailing address**
LINDSAY BLEE AMERICAS LLC
1110 DOUGLAS AVE., STE 3040
ALTAMONTE SPRINGS, FL 32714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38,723.39

---

**3.124 6**

**Nonpriority creditor's name and mailing address**
LINDSAY, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1247**

**Nonpriority creditor's name and mailing address**
LINDSAY, LINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.1248**

**Nonpriority creditor's name and mailing address**
LINDSEY GEORES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1249**

**Nonpriority creditor's name and mailing address**
LINDY ELLIOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1250**

**Nonpriority creditor's name and mailing address**
LISA DIANE PARKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 300.00

---

**3.1251**

**Nonpriority creditor's name and mailing address**
LITTLE WORLD TRAVEL
1041 1/2 ALAMEDA DE LAS PULGAS
BELMONT, CA 94002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,294.38

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.125 2** | **Nonpriority creditor's name and mailing address**

LITTLE, JOYCE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 2,000.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125 3** | **Nonpriority creditor's name and mailing address**

LITTLE, LARRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 2,000.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125 4** | **Nonpriority creditor's name and mailing address**

LITTLER MENDELSON PC
P.O. BOX 207137
DALLAS, TX 75320-7137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,068.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125 5** | **Nonpriority creditor's name and mailing address**

LITTY, DIANE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125 6** | **Nonpriority creditor's name and mailing address**

LOGAN WELLS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.125 7**

**Nonpriority creditor's name and mailing address**

LOMAX ENTERPRISES / AVANTI TRAVEL
6026 S ALMENDA STREET
CORPUS CHRISTI, TX 78412

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,803.60

---

**3.125 8**

**Nonpriority creditor's name and mailing address**

LORA WIMSAT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 625.00

---

**3.125 9**

**Nonpriority creditor's name and mailing address**

LORI ROBBINS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.126 0**

**Nonpriority creditor's name and mailing address**

LOS ISLENOS HERITAGE AND CULTURAL SOCIETY
1357 BAYOU RD
ST BERNARD, LA 70085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,479.00

---

**3.126 1**

**Nonpriority creditor's name and mailing address**

LOSCALZO, MARGARET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.126 2**

**Nonpriority creditor's name and mailing address**

LOSCALZO, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.126 3**

**Nonpriority creditor's name and mailing address**

LOUIS LOGUE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 210.00

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

LOUISIANA DEPARTMENT OF REVENUE
DEPARTMENT OF REVENUE
P.O. BOX 3550
BATON ROUGE, LA 70821-3550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,139.15

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

LOUISIANA MACHINERY COMPANY, LLC
PO BOX 669371
DALLAS, TX 75266-9371

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19,596.80

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

LOUISIANA OFFICE OF STATE MUSEUMS
660 N 4TH STREET
BATON ROUGE, LA 70802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,113.20

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.126 7** | Nonpriority creditor's name and mailing address

LOUISIANA STEAM EQUIPMENT, LLC
PO BOX 30129
NEW ORLEANS, LA 70190

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 50,894.70

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 8** | Nonpriority creditor's name and mailing address

LOUISVILLE GEEK
700 DISTILLERY COMMONS
LOUISVILLE, KY 40206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 371.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 9** | Nonpriority creditor's name and mailing address

LOYALTY TRAVEL AGENCY LLC
14002 E 21ST STREET
SUITE 1030
TULSA, MO 74134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,547.60

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 0** | Nonpriority creditor's name and mailing address

LSU MUSEUM OF ART SHAW CENTER FOR THE ART
OFFICE OF ACCOUNTING SERVICES
204 THOMAS BOYD HALL
BATON ROUGE, LA 70803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 172.50

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 1** | Nonpriority creditor's name and mailing address

LSU RURAL LIFE MUSEUM
P.O. BOX 80498
BATON ROUGE, LA 70898

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,897.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127.2**

**Nonpriority creditor's name and mailing address**

LUCILLE CROY ON BEHALF OF HER DECEASED HUSBAND, MICHAEL CROY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  PASSENGER FATALITY

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                Undetermined

---

**3.127.3**

**Nonpriority creditor's name and mailing address**

LUDKOWSKI, THERESA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                250.00

---

**3.127.4**

**Nonpriority creditor's name and mailing address**

LUIS SEQUERA DOMINGUEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.127.5**

**Nonpriority creditor's name and mailing address**

LUKE OLESON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.127.6**

**Nonpriority creditor's name and mailing address**

LUKE OUBRE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127 7**

**Nonpriority creditor's name and mailing address**
LUKE SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,278.66

---

**3.127 8**

**Nonpriority creditor's name and mailing address**
LYFT INC
PO BOX 734714
CHICAGO, IL 60673-4714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 39,081.52

---

**3.127 9**

**Nonpriority creditor's name and mailing address**
LYNN TRAVEL INC
21 VILLAGE SQUARE
NEW HOPE, PA 18938

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,556.33

---

**3.128 0**

**Nonpriority creditor's name and mailing address**
LYNN, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000.00

---

**3.128 1**

**Nonpriority creditor's name and mailing address**
LYNN, KATHY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.128 2**

**Nonpriority creditor's name and mailing address**

LYUBOV WHARTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 95.00

---

**3.128 3**

**Nonpriority creditor's name and mailing address**

M&D INC.
900 NORTH AVE.
SENECA, WI 54654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,424.38

---

**3.128 4**

**Nonpriority creditor's name and mailing address**

MAcCALL OIL
5480 NW FRONT AVE
PORTLAND, OR 97210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** CONTRACTUAL DISPUTE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.128 5**

**Nonpriority creditor's name and mailing address**

MACKINAC ISLAND CARRIAGE TOURS
PO BOX 400
MACKINAC ISLAND, MI 49757

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50,981.00

---

**3.128 6**

**Nonpriority creditor's name and mailing address**

MACKINAC ISLAND STATE PARK HISTORIC PROJECTS DIVISION
PO BOX 873
MACKINAW CITY, MI 49701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 46,081.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.128 7**

**Nonpriority creditor's name and mailing address**

MADICK, BARBARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128 8**

**Nonpriority creditor's name and mailing address**

MADISON TRAVEL COMPANY, LLC
317 WEST 3RD STREET
MADISON, IN 47250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 85.20

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128 9**

**Nonpriority creditor's name and mailing address**

MAEISHA MOORE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129 0**

**Nonpriority creditor's name and mailing address**

MAGIC CRUISES INC
656 HIGH ST
WORTHINGTON, OH 43085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 941.70

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129 1**

**Nonpriority creditor's name and mailing address**

MAGICAL VACATION PLANNER
242 STATE ROUTE 60 E
MITCHELL, IN 47446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 19.80

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.129 2**

**Nonpriority creditor's name and mailing address**

MAIN STREET TRAVEL
1133 9TH STREET
UNIT 209
SANTA MONICA, CA 90403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 23.80

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 3**

**Nonpriority creditor's name and mailing address**

MAINE CRANE & LIFT LLC
156 NORTH RD.
DETROIT, ME 04929

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 610.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 4**

**Nonpriority creditor's name and mailing address**

MAINE DAY TRIPS AND TOURS
254 COMMERCIAL STREET SUITE 245
PORTLAND, ME 04101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,422.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 5**

**Nonpriority creditor's name and mailing address**

MAINSTREAM COMMERCIAL DIVERS INC.
P.O. BOX 745754
ATLANTA, GA 30374-5754

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,025.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 6**

**Nonpriority creditor's name and mailing address**

MAJER, DEBORAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.129 7** **Nonpriority creditor's name and mailing address**
MALM, LAURA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129 8** **Nonpriority creditor's name and mailing address**
MALOY, EILEEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129 9** **Nonpriority creditor's name and mailing address**
MALOY, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130 0** **Nonpriority creditor's name and mailing address**
MANLEY CHESTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130 1** **Nonpriority creditor's name and mailing address**
MANUEL DURAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.130 2**

**Nonpriority creditor's name and mailing address**

MARC BELLIZZI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.130 3**

**Nonpriority creditor's name and mailing address**

MARCO TRAVEL INTERNATIONAL
PO BOX 1457
MARCO ISLAND, FL 34146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   1,388.70

---

**3.130 4**

**Nonpriority creditor's name and mailing address**

MARCUS HARBAUGH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.130 5**

**Nonpriority creditor's name and mailing address**

MARDI GRAS WORLD
1380 PORT OF NEW ORLEANS PLACE
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   4,481.95

---

**3.130 6**

**Nonpriority creditor's name and mailing address**

MARGARET KNECHT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   2,320.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.130 7**

**Nonpriority creditor's name and mailing address**

MARGARET LOUISON-ASHTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.130 8**

**Nonpriority creditor's name and mailing address**

MARGARET MCMURRAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.130 9**

**Nonpriority creditor's name and mailing address**

MARGUERITE I NIEBERGALL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   300.00

---

**3.131 0**

**Nonpriority creditor's name and mailing address**

MARIA JOEYEET FUERTES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.131 1**

**Nonpriority creditor's name and mailing address**

MARIA WHITEHORN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.131 2**

**Nonpriority creditor's name and mailing address**

MARIETTA MEMORIAL HOSPITAL
P O BOX L3534
COLUMBUS, OH 43260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50.00

---

**3.131 3**

**Nonpriority creditor's name and mailing address**

MARIETTA WASHINGTON COUNTY CVB
241 FRONT STREET, SUITE 7
MARIETTA, OH 45750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,850.00

---

**3.131 4**

**Nonpriority creditor's name and mailing address**

MARINE AND INDUSTRIAL SOLUTIONS
PO BOX 881599
PORT SAINT LUCIE, FL 34988

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 278,390.30

---

**3.131 5**

**Nonpriority creditor's name and mailing address**

MARINE ARTIST
PO BOX 1996
WRANGELL, AK 99929

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 471.50

---

**3.131 6**

**Nonpriority creditor's name and mailing address**

MARINE IT CONSULTING
STRADA 23 AUGUST
NR. 244, VILA 34A
OTOPENI, JUDET ILFOV, 075100
ROMANIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,667.34

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.131 7**

**Nonpriority creditor's name and mailing address**
MARINI, DIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.131 8**

**Nonpriority creditor's name and mailing address**
MARINI, MARK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.131 9**

**Nonpriority creditor's name and mailing address**
MARITIME MUSEUM
PO BOX 1096
MARQUETTE, MI 49855

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,489.70

---

**3.132 0**

**Nonpriority creditor's name and mailing address**
MARITIME TRAVEL - NEW WESTMINSTER
610 SIXTH ST ROYAL CITY CENTRE
UNIT 119
NEW WESTMINSTER, BC V3L 3C2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 649.90

---

**3.132 1**

**Nonpriority creditor's name and mailing address**
MARITIME TRAVEL ANCASTER
73 WILSON ST. W
ANCASTER, ON L9C 1N1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 993.80

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132 2**

**Nonpriority creditor's name and mailing address**

MARITIME TRAVEL INC.
280-32500 SOUTH FRASER WAY
ABBOTSFORD, BC V2T 4W1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 39.60

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132 3**

**Nonpriority creditor's name and mailing address**

MARITIME TRAVEL NOVA SCOTIA
188 CHARLOTT ST
NOVA SCOCTIA, CA L9H 1T5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,801.66

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132 4**

**Nonpriority creditor's name and mailing address**

MARK ALLEN SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,552.39

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132 5**

**Nonpriority creditor's name and mailing address**

MARK COTTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132 6**

**Nonpriority creditor's name and mailing address**

MARK FLAGER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.132 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MARK FLYNN
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.132 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MARK JACKSON
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.132 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MARK SIMMONS
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.133 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,155.00 |
|---|---|---|---|

MARK TWAIN BOYHOOD HOME AND MUSEUM
120 N MAIN ST.
HANNIBAL, MO 63401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.133 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,000.00 |
|---|---|---|---|

MARKLE, GERALD
ADDRESS ON FILE

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.133 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 465.80 |
|---|---|---|---|

MARLIN TRAVEL (VERNON BC)
3005 30TH AVE
VERNON, BC V1T 2C1
CANADA

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.133 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MARLON GAYLE
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.133 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 165.00 |
|---|---|---|---|

MARQUETTE RANGE IRON MINING HERITAGE THEME PARK
P.O. BOX 555
ISHPEMING, MI 49849

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.133 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,762.07 |
|---|---|---|---|

MARRIOT MONTREAL CHATEAU CHAMPLAINCAD
1050 RUE DE LA GAUCHETIÉRE O
MONTREAL, QC H3B 4C9
CANADA

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.133 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,840.00 |
|---|---|---|---|

MARTHA'S VINEYARD EXCURSIONS
158 NEW YORK AVE.
OAK BLUFFS, MA 02557

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.133 7**

**Nonpriority creditor's name and mailing address**

MARTIN NEELYS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.133 8**

**Nonpriority creditor's name and mailing address**

MARTIN TRAVEL
3615 FRANKLIN RD SW
ROANOKE, VA 24014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          1,427.66

---

**3.133 9**

**Nonpriority creditor's name and mailing address**

MARTIN, JANE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          250.00

---

**3.134 0**

**Nonpriority creditor's name and mailing address**

MARTIN, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          250.00

---

**3.134 1**

**Nonpriority creditor's name and mailing address**

MARVIN LUCIEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.134 2**

**Nonpriority creditor's name and mailing address**
MARY BROWN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,725.59

---

**3.134 3**

**Nonpriority creditor's name and mailing address**
MARY JACALYN NELSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

**3.134 4**

**Nonpriority creditor's name and mailing address**
MARY RODGERS-ROUZIER ET AL.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** EMPLOYEE DISPUTE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.134 5**

**Nonpriority creditor's name and mailing address**
MARY THOMPSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,440.00

---

**3.134 6**

**Nonpriority creditor's name and mailing address**
MARYHILL MUSEUM OF ART
35 MARYHILL MUSEUM DRIVE
GOLDENDALE, WA 98620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,180.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.134 7**

**Nonpriority creditor's name and mailing address**
MASHAK, BARBARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.134 8**

**Nonpriority creditor's name and mailing address**
MASHAK, DENNIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.134 9**

**Nonpriority creditor's name and mailing address**
MATTHEW SPENCER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.135 0**

**Nonpriority creditor's name and mailing address**
MAUPINS STOVES & SPAS
624 E 2ND ST
THE DALLES, OR 97058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,582.92

---

**3.135 1**

**Nonpriority creditor's name and mailing address**
MAUREEN HALSEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,009.60

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.135 2**

**Nonpriority creditor's name and mailing address**
MAUREN, SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.135 3**

**Nonpriority creditor's name and mailing address**
MAXWELL, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.135 4**

**Nonpriority creditor's name and mailing address**
MAXWELL, KAREN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.135 5**

**Nonpriority creditor's name and mailing address**
MAYER, PHYLLIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.135 6**

**Nonpriority creditor's name and mailing address**
MAYFAIR TRAVEL INC
816 CINNAMINSON AVENUE
PALMYRA, NJ 08065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49.60

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|--------|--------|--------|--------|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.135 7**

**Nonpriority creditor's name and mailing address**

MAYFLOWER CRUSES & TOURS, LLC
650 WARRENVILLE RD
SUITE 500
LISLE, IL 60532

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            13,373.45

**3.135 8**

**Nonpriority creditor's name and mailing address**

MAYO CLINIC ST LOUIS MO
PO BOX 790339
ST LOUIS, MO 63179-0339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            275.00

**3.135 9**

**Nonpriority creditor's name and mailing address**

MAYO ENTERPRISES LLC
430 COMMERCILA ST
PORTLAND, ME 04101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            4,900.00

**3.136 0**

**Nonpriority creditor's name and mailing address**

MAYRA MURILLO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            Undetermined

**3.136 1**

**Nonpriority creditor's name and mailing address**

MAYSVILLE AND MASON COUNTY LIBRARY
215 SUTTON STREET
MAYSVILLE, KY 41056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            1,060.00

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.136 2**

**Nonpriority creditor's name and mailing address**

MCCALL OIL & CHEMICAL CORP.
5480 NW FRONT AVENUE
PORTLAND, OR 97210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 92,559.06

---

**3.136 3**

**Nonpriority creditor's name and mailing address**

MCCARTHY, BONNIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.136 4**

**Nonpriority creditor's name and mailing address**

MCCARTHY, RICHARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.136 5**

**Nonpriority creditor's name and mailing address**

MCCLEAN KENNEDY, INC
2000 BARRINGTON STREET
SUITE 1212
HALIFAX, NS B3J 2X1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 93,413.71

---

**3.136 6**

**Nonpriority creditor's name and mailing address**

MCCORMICK TRAVEL
2795 MAIN STREET WEST
SUITE 16B
SNELLVILLE, GA 30078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,384.06

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.136 7** | **Nonpriority creditor's name and mailing address**

MCCRACKEN, SUE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  PASSENGER INJURY

$                    Undetermined

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.136 8** | **Nonpriority creditor's name and mailing address**

MCCULLOCK, DELMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  CREW MEMBER PERSONAL INJURY

$                    Undetermined

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.136 9** | **Nonpriority creditor's name and mailing address**

MCDERMOTT WILL & EMERY LLP
444 WEST LAKE STREET SUITE 4000
CHICAGO, IL 60606-0029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                      10,935.22

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 0** | **Nonpriority creditor's name and mailing address**

MCGEE, BRENDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$                          250.00

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 1** | **Nonpriority creditor's name and mailing address**

MCGEE, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$                          250.00

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137 2**

**Nonpriority creditor's name and mailing address**

MCGHEE, GAYNOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,308.10

---

**3.137 3**

**Nonpriority creditor's name and mailing address**

MCGHEE, MARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,308.10

---

**3.137 4**

**Nonpriority creditor's name and mailing address**

MCGUIRE, THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.137 5**

**Nonpriority creditor's name and mailing address**

MCKENZIE COLLINS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.137 6**

**Nonpriority creditor's name and mailing address**

MCMASTER CARR
9630 NORWALK BLVD
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 423.97

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137 7**

**Nonpriority creditor's name and mailing address**

MCNAIR, CYNTHIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.137 8**

**Nonpriority creditor's name and mailing address**

MCNAIR, RICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.137 9**

**Nonpriority creditor's name and mailing address**

MCNAMARA, EILEEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.138 0**

**Nonpriority creditor's name and mailing address**

MEADE, ERNEST "ERNIE"
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.138 1**

**Nonpriority creditor's name and mailing address**

MEADE, JANICE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.138 2**

**Nonpriority creditor's name and mailing address**

MEDDLETON TRAVEL
21943 E DESERT HILLS DR
QUEEN CREEK, AZ 85142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13.80

---

**3.138 3**

**Nonpriority creditor's name and mailing address**

MEDICAL ASSOCIATES CLINIC PC
1500 ASSOCIATES DRIVE
DUBUQUE, IA 52002-2260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 170.00

---

**3.138 4**

**Nonpriority creditor's name and mailing address**

MEGAN BEAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.138 5**

**Nonpriority creditor's name and mailing address**

MELCOTRONICS, INC
5321 BOLERO CIRCLE
DELRAY BEACH, FL 33484

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37,357.67

---

**3.138 6**

**Nonpriority creditor's name and mailing address**

MELINDA POWELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.138 7**

**Nonpriority creditor's name and mailing address**

MELISSA MELTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.138 8**

**Nonpriority creditor's name and mailing address**

MEMPHIS RIVER PARK PARTNERSHIP
40 S MAIN ST., STE 2800
MEMPHIS, TN 38103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,957.87

---

**3.138 9**

**Nonpriority creditor's name and mailing address**

MEMPHIS ROCK N SOUL INC
191 BEALE ST, #100
MEMPHIS, TN 38103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,960.00

---

**3.139 0**

**Nonpriority creditor's name and mailing address**

MEMPHIS, RIVERBOATS INC
251 RIVERSIDE DR
MEMPHIS, TN 38103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 298.74

---

**3.139 1**

**Nonpriority creditor's name and mailing address**

MENNIE, CONSTANCE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.139 2**

**Nonpriority creditor's name and mailing address**

MENNIE, RALPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.139 3**

**Nonpriority creditor's name and mailing address**

MESTEMACHER, ALICE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,482.10

---

**3.139 4**

**Nonpriority creditor's name and mailing address**

META PLATFORMS, INC.
1601 WILLOW RD
MENLO PARK, CA 94025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32,580.69

---

**3.139 5**

**Nonpriority creditor's name and mailing address**

METRO PROMOTIONAL SERVICES
4333 TAYLOR BLVD
LOUISVILLE, KY 40209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26,810.42

---

**3.139 6**

**Nonpriority creditor's name and mailing address**

METROPOLITAN TRUSTEE
P O BOX 305012
NASHVILLE, TN 37230-5012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,197.17

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.139 7** 

**Nonpriority creditor's name and mailing address**
MEYER, RONALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.139 8**

**Nonpriority creditor's name and mailing address**
MIAH CAESAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.139 9**

**Nonpriority creditor's name and mailing address**
MICHAEL BENNETT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.140 0**

**Nonpriority creditor's name and mailing address**
MICHAEL BURROR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 600.00

---

**3.140 1**

**Nonpriority creditor's name and mailing address**
MICHAEL CARROLL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.140 2**

**Nonpriority creditor's name and mailing address**
MICHAEL CHAPMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.140 3**

**Nonpriority creditor's name and mailing address**
MICHAEL CHAPMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.140 4**

**Nonpriority creditor's name and mailing address**
MICHAEL DARBY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.140 5**

**Nonpriority creditor's name and mailing address**
MICHAEL GREYNALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,898.00

---

**3.140 6**

**Nonpriority creditor's name and mailing address**
MICHAEL LARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.140 7**

**Nonpriority creditor's name and mailing address**

MICHAEL NICHOLAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.140 8**

**Nonpriority creditor's name and mailing address**

MICHAEL NIX
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.140 9**

**Nonpriority creditor's name and mailing address**

MICHAEL PAULSEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.141 0**

**Nonpriority creditor's name and mailing address**

MICHAEL QUICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.141 1**

**Nonpriority creditor's name and mailing address**

MICHAEL SHANKS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.141 2**

**Nonpriority creditor's name and mailing address**

MICHAEL, SANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.141 3**

**Nonpriority creditor's name and mailing address**

MICHAELS TRAVEL CENTRE
5535 FLOWERING SAGE TRAIL
RENO, NV 89511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 541.80

---

**3.141 4**

**Nonpriority creditor's name and mailing address**

MICHELE ROMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.141 5**

**Nonpriority creditor's name and mailing address**

MICHELLE BRIGGS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,450.00

---

**3.141 6**

**Nonpriority creditor's name and mailing address**

MICHELLE HEIM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1417**

**Nonpriority creditor's name and mailing address**

MICHIGAN TRAVELS
317 S DIVISION ST, NO. 13
ANN ARBOR, MI 48104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,042.12

---

**3.1418**

**Nonpriority creditor's name and mailing address**

MIHAL, KRISTINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.1419**

**Nonpriority creditor's name and mailing address**

MILLER HAHN, PLLC
2660 WEST PARK DRIVE
SUITE 2
PADUCAH, KY 42001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24,149.00

---

**3.1420**

**Nonpriority creditor's name and mailing address**

MILLER, CHARLES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.1421**

**Nonpriority creditor's name and mailing address**

MILLER, DENISE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|--------|--------|--------|--------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142 2**

**Nonpriority creditor's name and mailing address**
MILLER, GREGORY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142 3**

**Nonpriority creditor's name and mailing address**
MILLER, RUTH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142 4**

**Nonpriority creditor's name and mailing address**
MILTON JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142 5**

**Nonpriority creditor's name and mailing address**
MINDSET GO INC.
36 POWDER HILL WAY
WESTBOROUGH, MA 01581

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 15,000.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142 6**

**Nonpriority creditor's name and mailing address**
MINNESOTA MARINE ART MUSEUM
800 RIVERVIEW DR
WINONA, MN 55987

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,884.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*if known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142 7** **Nonpriority creditor's name and mailing address**

MINNESOTA REVENUE DEPARTMENT
MAIL STATION 1250
600 N. ROBERT ST.
ST. PAUL, MN 55145-1250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 220.00

---

**3.142 8** **Nonpriority creditor's name and mailing address**

MINTON, LINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.142 9** **Nonpriority creditor's name and mailing address**

MINTON, OMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.143 0** **Nonpriority creditor's name and mailing address**

MINUS 33 / L. W. PACKARD & COMPANY, INC.
PO BOX 515
22 MILL STREET
ASHLAND, NH 03217

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25.80

---

**3.143 1** **Nonpriority creditor's name and mailing address**

MISSISSIPPI DEPARTMENT OF REVENUE
P.O. BOX 22808
JACKSON, MS 39225-2808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.143 2**

**Nonpriority creditor's name and mailing address**

MISSISSIPPI RIVER CITIES & TOWNS INITIATIVE
1520 MARKET STREET
SUITE 2000
ST LOUIS, MO 63103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   10,000.00

---

**3.143 3**

**Nonpriority creditor's name and mailing address**

MISSOURI HISTORY MUSEUM
PO BOX 11940
ST. LOUIS, MO 63112-0040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   2,000.00

---

**3.143 4**

**Nonpriority creditor's name and mailing address**

MITCHELL ZIEGLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.143 5**

**Nonpriority creditor's name and mailing address**

MITTERA GROUP (FORMALLY GEOGRAPHICS)
PO BOX 850471
MINNEAPOLIS, MN 55485-0471

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   451,519.54

---

**3.143 6**

**Nonpriority creditor's name and mailing address**

MODERN CHEMICAL INCORPORATED
1688 LAMMERS PIKE
BATESVILLE, IN 67006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   2,640.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.143 7**

**Nonpriority creditor's name and mailing address**

MOELLER FIRM INC
650 POYDRAS STREET , SUITE 1207
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,093.73

---

**3.143 8**

**Nonpriority creditor's name and mailing address**

MONICA GARRIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  544.68

---

**3.143 9**

**Nonpriority creditor's name and mailing address**

MONICA LAWLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.144 0**

**Nonpriority creditor's name and mailing address**

MONICA MILLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.144 1**

**Nonpriority creditor's name and mailing address**

MONMOUTH HISTORIC INN
1358 JOHN A QUITMAN BLVD
NATCHEZ, MS 39120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  935.26

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|--------|--------|--------|--------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.144 2**

**Nonpriority creditor's name and mailing address**

MONROE TRAVEL SERVICE, INC.
1908 GLENMAR
P.O. BOX 2005
MONROE, LA 71207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,213.82

---

**3.144 3**

**Nonpriority creditor's name and mailing address**

MONTE BAREFIELD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.144 4**

**Nonpriority creditor's name and mailing address**

MONTECITO VILLAGE TRAVEL
3329 STATE STREET
SANTA BARBARA, CA 93105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19,815.60

---

**3.144 5**

**Nonpriority creditor's name and mailing address**

MOONSTRUCK CHOCOLATE CO
6600 N BALTIMORE AVE
PORTLAND, OR 97203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 309.03

---

**3.144 6**

**Nonpriority creditor's name and mailing address**

MOOVE IN SELF STORAGE
651 S RICHLAND AVE
YORK, PA 17403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 450.12

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1447**

**Nonpriority creditor's name and mailing address**
MORGAN GATES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 300.00

---

**3.1448**

**Nonpriority creditor's name and mailing address**
MORGAN, DALE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,749.25

---

**3.1449**

**Nonpriority creditor's name and mailing address**
MORGAN, JEAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.1450**

**Nonpriority creditor's name and mailing address**
MORRIS, WILL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.1451**

**Nonpriority creditor's name and mailing address**
MORRISON, CAROLINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1452** | **Nonpriority creditor's name and mailing address**

MORRISON, DEBORAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1453** | **Nonpriority creditor's name and mailing address**

MORRISON, EDWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1454** | **Nonpriority creditor's name and mailing address**

MORRISON, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1455** | **Nonpriority creditor's name and mailing address**

MOTION INDUSTRIES INC
P.O. BOX 404130
ATLANTA, GA 30384-4130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 64,248.37

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1456** | **Nonpriority creditor's name and mailing address**

MOUNTAIN OUTIN TOURS, INC
24361 VIA SANTA CLARA
MISSION VIEJO, CA 92692

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 320.23

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*if known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.145 7**

**Nonpriority creditor's name and mailing address**

MP AUTOMOTIVE
295 NORTH RIVERSIDE DR
EASTON, PA 18042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

---

**3.145 8**

**Nonpriority creditor's name and mailing address**

MTA TRAVEL ANNIE MORRISON
232 ROBINA TOWN CENTRE DR.
ROBINA, QLD, 04226
AUSTRALIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 109.20

---

**3.145 9**

**Nonpriority creditor's name and mailing address**

MULLAHY, JEAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.146 0**

**Nonpriority creditor's name and mailing address**

MUNHOLLAND, JANET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.146 1**

**Nonpriority creditor's name and mailing address**

MUNHOLLAND, THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.146 2**

**Nonpriority creditor's name and mailing address**

MUSAAD MCADAMS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.146 3**

**Nonpriority creditor's name and mailing address**

MUSCATINE ART CENTER
215 SYCAMORE STREET
MUSCATINE, IA 52761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

---

**3.146 4**

**Nonpriority creditor's name and mailing address**

MUSCATINE CHAMBER OF COMMERCE
100 W 2ND STREET
MUSCATINE, IA 52761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,125.00

---

**3.146 5**

**Nonpriority creditor's name and mailing address**

MUTH'S CANDIES INC.
630 E. MARKET STREET
LOUISVILLE, KY 40202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,189.70

---

**3.146 6**

**Nonpriority creditor's name and mailing address**

MYRA LOGUE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,410.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.146 7** **Nonpriority creditor's name and mailing address**

MYRTLES PLANTATION
PO BOX 1100
ST. FRANCISVILLE, LA 70775

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                6,450.00

**Date or dates debt was incurred**        UNDETERMINED
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146 8** **Nonpriority creditor's name and mailing address**

NADEL, MIRIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$                   250.00

**Date or dates debt was incurred**        UNDETERMINED
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146 9** **Nonpriority creditor's name and mailing address**

NALA NALLEY-MILES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$                Undetermined

**Date or dates debt was incurred**        UNDETERMINED
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147 0** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$                3,149.30

**Date or dates debt was incurred**        UNDETERMINED
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147 1** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$                   750.00

**Date or dates debt was incurred**        UNDETERMINED
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.147 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,149.30

---

**3.147 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000.00

---

**3.147 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.147 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 750.00

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|--------|---------|---------|---------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147 7**

**Nonpriority creditor's name and mailing address**

NANCY SHAPIRO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.147 8**

**Nonpriority creditor's name and mailing address**

NAQUAN STRICKLAND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.147 9**

**Nonpriority creditor's name and mailing address**

NATALIA NARANJO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148 0**

**Nonpriority creditor's name and mailing address**

NATCHEZ MUSEUM OF AFRICAN AMERICAN HISTORY & CULTURE
301 MAIN STREET
NATCHEZ, MS 39120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148 1**

**Nonpriority creditor's name and mailing address**

NATCHEZ PILGRAMAGE TOURS, INC
410 N COMMERCE ST
NATCHEZ, MS 39120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 110,920.50

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.148 2**

**Nonpriority creditor's name and mailing address**

NATCHEZ WATER WORKS
150 N. SHIELDS LANE
P O BOX 1325
NATCHEZ, MS 39120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,254.00

---

**3.148 3**

**Nonpriority creditor's name and mailing address**

NATHANIEL SHAW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.148 4**

**Nonpriority creditor's name and mailing address**

NATIONAL BLUES MUSEUM
615 WASHINGTON AVE
SAINT LOUIS, MO 63101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,154.00

---

**3.148 5**

**Nonpriority creditor's name and mailing address**

NATIONAL BOOK NETWORK
15200 NBN WAY
BLUE RIDGE SUMMIT, PA 17214-0191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,167.12

---

**3.148 6**

**Nonpriority creditor's name and mailing address**

NATIONAL CORVETTE MUSEUM FOUNDATION INC
350 CORVETTE DRIVE
BOWLING GREEN, KY 42101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 762.80

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1487**

**Nonpriority creditor's name and mailing address**

NATIONAL EAGLE CENTER
50 PEMBROKE AVE
WABASHA, MN 55981

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,442.00

---

**3.1488**

**Nonpriority creditor's name and mailing address**

NATIONAL MEAT & PROVISION COMP
NATCO
PO BOX 919241
DALLAS, TX 75391-9241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 52,443.54

---

**3.1489**

**Nonpriority creditor's name and mailing address**

NATIONAL NEON SIGN MUSEUM
200 EAST 3RD STREET
P.O. BOX 2007
THE DALLES, OR 97058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,230.00

---

**3.1490**

**Nonpriority creditor's name and mailing address**

NATIONAL QUILT MUSEUM
PO BOX 1540
PADUCAH, KY 42001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,590.00

---

**3.1491**

**Nonpriority creditor's name and mailing address**

NATIONAL RAILROAD MUSEUM, INC
2285 S. BROADWAY ST.
GREEN BAY, WI 54304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,050.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.149 2**

**Nonpriority creditor's name and mailing address**

NATIONAL RESPONSE CORP/REPUBLIC SERVICES INC
3500 SUNRISE HWY, BLDG 200, STE 200
GREAT RIVER, NY 11739

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 158,381.29

---

**3.149 3**

**Nonpriority creditor's name and mailing address**

NAUTICA SHIPPING AGENTS S.A
WVC6+48V
COSTADO NE DE LA IGLESIA CATÓLICA
EDIFICIO MAGALLANES 2DO PISO, OFICINA #3
ESCAZÚ CENTRO,
COSTA RICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,800.00

---

**3.149 4**

**Nonpriority creditor's name and mailing address**

NAVAIDE/ RED RIVER RESOURCES
16885 W. BERNARDO DR., STE 255
SAN DIEGO, CA 92127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,305.00

---

**3.149 5**

**Nonpriority creditor's name and mailing address**

NEAL HEIDLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.149 6**

**Nonpriority creditor's name and mailing address**

NEAR, DELIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 592.60

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1497**

**Nonpriority creditor's name and mailing address**

NEESON, DIANE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.1498**

**Nonpriority creditor's name and mailing address**

NEESON, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.1499**

**Nonpriority creditor's name and mailing address**

NELLIE BURNS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1500**

**Nonpriority creditor's name and mailing address**

NELLY BALBIERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1501**

**Nonpriority creditor's name and mailing address**

NELSON, CATHY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.150 2**

**Nonpriority creditor's name and mailing address**

NELSON, EUGENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.150 3**

**Nonpriority creditor's name and mailing address**

NELSON, MERI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.150 4**

**Nonpriority creditor's name and mailing address**

NEON SIGN SOLUTIONS
631 WEST 27TH ST
HIALEAH, FL 33010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,968.00

---

**3.150 5**

**Nonpriority creditor's name and mailing address**

NERVIG TRAVEL SERVICE
569 HARRISON AVE
PANAMA CITY, FL 32401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,470.88

---

**3.150 6**

**Nonpriority creditor's name and mailing address**

NETWORK OF ENTREPRENEUIS SELLING TRAVEL, INC
71 AUDREY AVENUE
OYSTER BAY, NY 11771

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,750.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.150 7** | **Nonpriority creditor's name and mailing address**

NEW ORLEANS TOURS
4220 HOWARD AVE
NEW ORLEANS, LA 70125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,400.00

---

**3.150 8** | **Nonpriority creditor's name and mailing address**

NEXION
6565 N MACARTHUR BLVD
SUITE 400
IRVING, TX 75039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,886.95

---

**3.150 9** | **Nonpriority creditor's name and mailing address**

NEXION LLC, DBA CARIBBEAN & BEYOND
6565 N MACARTHUR BLVD
SUITE 400
IRVING, TX 75039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,250.00

---

**3.151 0** | **Nonpriority creditor's name and mailing address**

NEZ PERCE COUNTY HISTORICAL SOCIETY
ATTN: DANIEL MILLER
0306 3RD ST
LEWISTON, ID 83501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,534.00

---

**3.151 1** | **Nonpriority creditor's name and mailing address**

NICHOLAS MCCARTHY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.151 2**

**Nonpriority creditor's name and mailing address**

NICK RODSCHAT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.151 3**

**Nonpriority creditor's name and mailing address**

NICKELL, CAROLYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.151 4**

**Nonpriority creditor's name and mailing address**

NICKELL, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.151 5**

**Nonpriority creditor's name and mailing address**

NICOLE SANBEG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.151 6**

**Nonpriority creditor's name and mailing address**

NIKAYA ROSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|--------|--------------------------------------------------|------------------------|---------------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.151 7 | **Nonpriority creditor's name and mailing address**<br>NIKOLA HAVIDIC<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** POTENTIAL WARN CLAIM | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.151 8 | **Nonpriority creditor's name and mailing address**<br>NILOUFAR KHALIGHI<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** POTENTIAL WARN CLAIM | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.151 9 | **Nonpriority creditor's name and mailing address**<br>NOEL YNOA<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** POTENTIAL WARN CLAIM | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.152 0 | **Nonpriority creditor's name and mailing address**<br>NORMAN SCHUTTE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** POTENTIAL WARN CLAIM | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.152 1 | **Nonpriority creditor's name and mailing address**<br>NORTH SHORE MARINE TERMINIAL & LOGISTICS, INC<br>328 NORTH 10TH STREET<br>ESCANABA, MI 49829 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE | $ 124,238.63 |
|---|---|---|---|
| | **Date or dates debt was incurred** UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152 2**

**Nonpriority creditor's name and mailing address**

NORTH SHORE SCENIC RAILROAD
506 E. MICHIGAN STREET
DULUTH, MN 55802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 880.00

---

**3.152 3**

**Nonpriority creditor's name and mailing address**

NORTH STAR TRAVEL
1241 KERN COURT
MOUNTAIN VIEW, CA 94040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 85.40

---

**3.152 4**

**Nonpriority creditor's name and mailing address**

NORTHEAST CHARTER & TOUR CO, INC
235 GODDARD RD
LEWISTON, ME 04240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,848.00

---

**3.152 5**

**Nonpriority creditor's name and mailing address**

NORTHFIELD LINES, INC
1034 GEMINI ROAD
EAGAN, MN 55121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,357.96

---

**3.152 6**

**Nonpriority creditor's name and mailing address**

NORTHSTAR CRUISES, INC
PO BOX 248
144 FELLS RD
ESSEX FELLS, NJ 07021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 569.80

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*if known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152 7**

**Nonpriority creditor's name and mailing address**

NORTHSTAR TRAVEL
1241 KERN COURT
MOUNTAIN VIEW, CA 94040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,886.52

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152 8**

**Nonpriority creditor's name and mailing address**

NORTHSTAR TRAVEL MEDIA LLC DBA TRAVALIANCE
PO BOX 150414
DEPT. NO 106086
HARTFORD, CT 06115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152 9**

**Nonpriority creditor's name and mailing address**

NORTHWEST CONTROL CO., INC
P O BOX 22919
MILWAUKIE, OR 97269

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 28,448.74

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.153 0**

**Nonpriority creditor's name and mailing address**

NORTHWEST EMERGENCY PHYSICIANS
P O BOX 634720
CINCINNATI, OH 45263-4720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 351.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.153 1**

**Nonpriority creditor's name and mailing address**

NORTHWEST NAVIGATOR LUXURY COACHES, LLC
13940 N RIVERGATE BLVD
PORTLAND, OR 97203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,202.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.153 2**

**Nonpriority creditor's name and mailing address**

NORTHWEST SELF STORAGE
345 SHEPHERD ROAD
CAMAS, WA 98607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 454.00

---

**3.153 3**

**Nonpriority creditor's name and mailing address**

NOTTOWAY PLANTATION RESORT
31025 HWY 1
WHITE CASTLE, LA 70788

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 59,198.74

---

**3.153 4**

**Nonpriority creditor's name and mailing address**

NOVATECH, INC.
P.O. BOX 740865
ATLANTA, GA 30374-0865

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,134.41

---

**3.153 5**

**Nonpriority creditor's name and mailing address**

NOVICKI, RHONDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.153 6**

**Nonpriority creditor's name and mailing address**

NYBURG, JACQUELINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,769.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.153 7**

**Nonpriority creditor's name and mailing address**

O' BRIEN'S RESPONSE MANAGEMENT
818 TOWN & COUNTRY BLVD
SUITE 200
HOUSTON, TX 77024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,650.00

---

**3.153 8**

**Nonpriority creditor's name and mailing address**

OASIS TRAVEL NETWORK
2424 N FEDERAL HWY
BOCA RATON, FL 33431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,233.20

---

**3.153 9**

**Nonpriority creditor's name and mailing address**

OCCUPATIONAL HEALTH CENTERS - S/W
P O BOX 75427
OKLAHOMA CITY, OK 73147

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 567.73

---

**3.154 0**

**Nonpriority creditor's name and mailing address**

OCEAN & RIVER CRUISES TRAVEL
1251 12TH AVENE SW
CALGARY, AB T3C 3S7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,240.98

---

**3.154 1**

**Nonpriority creditor's name and mailing address**

OCEAN TG UK LTD
SPACES, LIVERPOOL STREET STATION
35 NEW BROAD STREET
LONDON, EC2M
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,490.00

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.154 2**

**Nonpriority creditor's name and mailing address**

ODYSSEY TRAVEL
146 SOUTH ATLANTIC AVENUE
ORMOND BEACH, FL 32176

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 12,397.32

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154 3**

**Nonpriority creditor's name and mailing address**

OGLEBAY INSTITUTE
1330 NATIONAL ROAD
WHEELING, WV 26003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,785.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154 4**

**Nonpriority creditor's name and mailing address**

OKEEFE-HUGGARD, MARGUERITE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 150.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154 5**

**Nonpriority creditor's name and mailing address**

OLD COURT HOUSE MUSEUM
1008 CHERRY STREET
VICKSBURG, MS 39183

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,802.50

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154 6**

**Nonpriority creditor's name and mailing address**

OLIVIA FABRIZIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1547**

**Nonpriority creditor's name and mailing address**
OMAR HURTADO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1548**

**Nonpriority creditor's name and mailing address**
OMEGA MORGAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,596.66

---

**3.1549**

**Nonpriority creditor's name and mailing address**
ON BOARD MOVIES
2844 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,561.51

---

**3.1550**

**Nonpriority creditor's name and mailing address**
O'NEILL, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.1551**

**Nonpriority creditor's name and mailing address**
ONEOCEAN GROUP LIMITED INTERNATIONAL
UNIT 4 VOLTAGE
MOLLISON AVENUE, ENFIELD
MIDDLESEX, EN3 7XQ
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,943.07

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.155 2**

**Nonpriority creditor's name and mailing address**

ONLINE VACATION CENTER INC
2307 WEST BROWARD BOULEVARD, SUITE 400
FORT LAUDERDALE, FL 33312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 6,447.16

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.155 3**

**Nonpriority creditor's name and mailing address**

OREFICE, DONALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 1,250.00

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.155 4**

**Nonpriority creditor's name and mailing address**

OREGON DEPARTMENT OF REVENUE
PO BOX 14950
SALEM, OR 97309-0950

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 150.00

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.155 5**

**Nonpriority creditor's name and mailing address**

ORLANDO HEALTH
3090 CARUSO CT.
ORLANDO, FL 32819

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 4,691.40

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.155 6**

**Nonpriority creditor's name and mailing address**

OTALIO GMBH EURO INTL
MATTENTWIETE 6
HAMBURG, 20457
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 28,825.50

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*if known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.155 7** Nonpriority creditor's name and mailing address

OTTEN, GENE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 500.00

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.155 8** Nonpriority creditor's name and mailing address

OTTEN, GLENDA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 500.00

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.155 9** Nonpriority creditor's name and mailing address

OUR VACATION CENTER / ICE GALLERY INC
15147 N SCOTTSDALE RD
SCOTTSDALE, AZ 85254

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,463.30

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.156 0** Nonpriority creditor's name and mailing address

OUTSIDE IN MS, LLC
13 MONTEBELLO DR
NATCHEZ, MS 39120

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,500.00

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.156 1** Nonpriority creditor's name and mailing address

OVATION TRAVEL, LLC
71 FIFTH AVE 10TH FLOOR
NEW YORK, NY 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 4,864.38

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1562**

**Nonpriority creditor's name and mailing address**

OVATIONS TRAVEL
71 FIFTH AVE 10TH FLOOR
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                77.20

---

**3.1563**

**Nonpriority creditor's name and mailing address**

OWENSBORO MUSEUM OF FINE ART, INC
901 FREDERICA STREET
OWENSBORO, KY 42301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$             1,500.00

---

**3.1564**

**Nonpriority creditor's name and mailing address**

PACE SETTER TRAVEL & TOURS (1995) INC
70 MCRAE STREET BOX612
OKOTOKS, AB T1S 1A3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$             1,231.80

---

**3.1565**

**Nonpriority creditor's name and mailing address**

PACIFIC HARBOR TRAVEL
519 SEABRIGHT AVE.
SUITE 201
SANTA CRUZ, CA 95062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$             1,255.59

---

**3.1566**

**Nonpriority creditor's name and mailing address**

PACIFIC MEDICAL INC.
1801 W. OLYMPIC BLVD
(FILE 1616 )
PASADENA, CA 91199-1616

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                50.95

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.156 7** Nonpriority creditor's name and mailing address

PACIFIC NORTHWEST WATERWAYS ASSOCIATION
4224 NE HALSEY STREET
SUITE 325
PORTLAND, OR 97213

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 700.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.156 8** Nonpriority creditor's name and mailing address

PADDOR, JAMES  ALEXANDER
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 500.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.156 9** Nonpriority creditor's name and mailing address

PADDOR, JOAN  KRISTIN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

$ 500.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.157 0** Nonpriority creditor's name and mailing address

PADUCAH AMBASSADORS
PO BOX 2267
PADUCAH, KY 42001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,535.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.157 1** Nonpriority creditor's name and mailing address

PADUCAH RAILROAD MUSEUM
PO BOX 1194
PADUCAH, KY 42002-1194

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 379.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.157 2**

**Nonpriority creditor's name and mailing address**

PAM WINTERSTEIN & ASSOCIATES (DREAM VACATIONS)
1518 TIDEWATER CT
FLEMMING ISLAND, FL 32003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 368.40

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157 3**

**Nonpriority creditor's name and mailing address**

PAMELA ELIZONDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157 4**

**Nonpriority creditor's name and mailing address**

PAMELA NAVIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157 5**

**Nonpriority creditor's name and mailing address**

PAM'S PATH TO TRAVEL
1661 KENTFIELD
REDWOOD CIY, CA 94061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 49.60

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157 6**

**Nonpriority creditor's name and mailing address**

PAN PACIFIC SEATTLE
2125 TERRY AVENUE
SEATTLE, WA 98121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 22,155.86

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1577**

**Nonpriority creditor's name and mailing address**
PARADELA, ALMA RIZA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.1578**

**Nonpriority creditor's name and mailing address**
PARADELA, ROALDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.1579**

**Nonpriority creditor's name and mailing address**
PARCELL, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.1580**

**Nonpriority creditor's name and mailing address**
PARCELL, JUDITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.1581**

**Nonpriority creditor's name and mailing address**
PARKER, PAMELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000.00

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| | | | |
|---|---|---|---|
| **3.158 2** | **Nonpriority creditor's name and mailing address**<br><br>PARKER, THOMAS<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** UNUSED CUSTOMER CREDIT | $ 1,000.00 |
| | **Date or dates debt was incurred** UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.158 3** | **Nonpriority creditor's name and mailing address**<br><br>PARTS TOWN LLC<br>27787 NETWORK PLACE<br>CHICAGO, IL 60673-1277 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 9,052.16 |
| | **Date or dates debt was incurred** UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.158 4** | **Nonpriority creditor's name and mailing address**<br><br>PASCO AVIATION MUSEUM<br>4402 STEARMAN AVE<br>PASCO, WA 99301 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 3,500.00 |
| | **Date or dates debt was incurred** UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.158 5** | **Nonpriority creditor's name and mailing address**<br><br>PASSPORT ONLINE<br>10300 SW GREENBURG ROAD, SUITE 270<br>PORTLAND, OR 97223 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 7,038.00 |
| | **Date or dates debt was incurred** UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.158 6** | **Nonpriority creditor's name and mailing address**<br><br>PAT HUVAL RESTAURANT & OYSTER BAR, INC<br>PO BOX 596<br>HENDERSON, LA 70517 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 570.00 |
| | **Date or dates debt was incurred** UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|--------|--------|--------|--------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.158 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,911.60 |
|---|---|---|---|

PATHWAYS TO ADVENTURE TRAVEL
5253 BUCKS BAR ROAD
PLACERVILLE, CA 95667

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.158 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

PATRICK WILLIAMS
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.158 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 500.00 |
|---|---|---|---|

PATTERSON, JAMES
ADDRESS ON FILE

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.159 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 500.00 |
|---|---|---|---|

PATTERSON, SHELLEY
ADDRESS ON FILE

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.159 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,365.00 |
|---|---|---|---|

PATTY ENG
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.159 2**

**Nonpriority creditor's name and mailing address**
PAUL A DAUGHERTY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 350.00

---

**3.159 3**

**Nonpriority creditor's name and mailing address**
PAUL BOUDREAUX
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.159 4**

**Nonpriority creditor's name and mailing address**
PAUL HUTSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.159 5**

**Nonpriority creditor's name and mailing address**
PAUL SABOURIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,160.00

---

**3.159 6**

**Nonpriority creditor's name and mailing address**
PAUL WAYLAND-SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.159 7** 

**Nonpriority creditor's name and mailing address**

PAULS CRUISES & TRAVEL
5767 SW GREEN OAKS
ARLINTON, TX 76017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,684.80

---

**3.159 8**

**Nonpriority creditor's name and mailing address**

PAUL'S TRAVEL & CRUISES
5767 SW GREEN OAKS
ARLINTON, TX 76017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,386.60

---

**3.159 9**

**Nonpriority creditor's name and mailing address**

PAUWELS TRAVEL BUREAU LTD
15 EGERTON ST.
BRANTFORD, ON N3T 4L4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 959.70

---

**3.160 0**

**Nonpriority creditor's name and mailing address**

PAVLUS TRAVEL AND CRUISE
7510 MONTGOMERY BLVD NE
SUITE 101
ALBUQUERQUE, NM 87109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,409.90

---

**3.160 1**

**Nonpriority creditor's name and mailing address**

PAXSON, DEBRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.160 2**

**Nonpriority creditor's name and mailing address**

PAXSON, THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    250.00

---

**3.160 3**

**Nonpriority creditor's name and mailing address**

PEABODY MEMPHIS
149 UNION AVENUE
MEMPHIS, TN 38103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    244,569.73

---

**3.160 4**

**Nonpriority creditor's name and mailing address**

PEACH, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    750.00

---

**3.160 5**

**Nonpriority creditor's name and mailing address**

PEAK TRAVEL, A DIRECT TRAVEL COMPANY
1723 HAMILTON AVE
SAN JOSE, CA 95125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,393.66

---

**3.160 6**

**Nonpriority creditor's name and mailing address**

PELLERIN LAUNDRY MACHINERY SALES CO. INC
731 JACKSON STREET
KENNER, LA 70062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,023.74

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.160 7**

**Nonpriority creditor's name and mailing address**

PELLETIER, CAROL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,799.00

---

**3.160 8**

**Nonpriority creditor's name and mailing address**

PELLETIER, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,799.00

---

**3.160 9**

**Nonpriority creditor's name and mailing address**

PEOPLEREADY INC.
1015 A STREET
TACOMA, WA 98402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,051.53

---

**3.161 0**

**Nonpriority creditor's name and mailing address**

PEOPLES MORTUARY MUSEUM
408 FRONT STREET
MARIETTA, OH 45750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

---

**3.161 1**

**Nonpriority creditor's name and mailing address**

PERAZA, SHARON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.161 2**

**Nonpriority creditor's name and mailing address**

PERKINS, DEAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.161 3**

**Nonpriority creditor's name and mailing address**

PERKINS, DEBORAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.161 4**

**Nonpriority creditor's name and mailing address**

PERKINS, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.161 5**

**Nonpriority creditor's name and mailing address**

PERKINS, ROGER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.161 6**

**Nonpriority creditor's name and mailing address**

PERKIOMEN TOURS
875 MAIN ST
PENNSBURG, PA 18073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 30,261.20

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1617**

**Nonpriority creditor's name and mailing address**

PERSHING JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,343.44

---

**3.1618**

**Nonpriority creditor's name and mailing address**

PETER ALONGIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 150.00

---

**3.1619**

**Nonpriority creditor's name and mailing address**

PEWABIC POTTERY
10125 EAST JEFFERSON AVENUE
DETROIT, MI 48214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 420.00

---

**3.1620**

**Nonpriority creditor's name and mailing address**

PEWABIC SOCIETY
10125 E JEFFERSON AVE
DETROIT, MI 48214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,080.00

---

**3.1621**

**Nonpriority creditor's name and mailing address**

PEWABIC, INC.
10125 E. JEFFERSON AVE.
DETROIT, MI 48214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,140.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162 2**

**Nonpriority creditor's name and mailing address**

PG STUDIO ARTS CENTER
228 MAIN ST
BRANDENBURG, KY 40108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 715.00

---

**3.162 3**

**Nonpriority creditor's name and mailing address**

PHILIP B. LYNCH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 125.00

---

**3.162 4**

**Nonpriority creditor's name and mailing address**

PHILIP WESTBROOK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.162 5**

**Nonpriority creditor's name and mailing address**

PHILIP, FRANCES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.162 6**

**Nonpriority creditor's name and mailing address**

PHILIP, GEORGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*if known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1627**

**Nonpriority creditor's name and mailing address**
PHILLIP WESTBROOK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 484.00

---

**3.1628**

**Nonpriority creditor's name and mailing address**
PIGOTT, CYNTHIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.1629**

**Nonpriority creditor's name and mailing address**
PIGOTT, DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.1630**

**Nonpriority creditor's name and mailing address**
PIKE, CHARLES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.1631**

**Nonpriority creditor's name and mailing address**
PIKE, LISA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.163 2**

**Nonpriority creditor's name and mailing address**

PINNACLE TRAVEL
140 58TH ST WEST
SEA ISLE CITY, NJ 08243

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,378.70

---

**3.163 3**

**Nonpriority creditor's name and mailing address**

PINNACLE TRIPS
33 SUNSET DRIVE
NORTH SALEM, NY 10560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23.80

---

**3.163 4**

**Nonpriority creditor's name and mailing address**

PITNEY BOWES GLOBAL FINANCIAL SERVICES
P.O. BOX 981022
BOSTON, MA 02298-1022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 541.00

---

**3.163 5**

**Nonpriority creditor's name and mailing address**

PITTMAN, THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,165.29

---

**3.163 6**

**Nonpriority creditor's name and mailing address**

PLATINUM TRAVEL INC
9432 SHELBYVILLE RD
LOUISVILLE, KY 40222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 720.40

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.163 7**

**Nonpriority creditor's name and mailing address**
PLATT, RAYMOND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50.00

---

**3.163 8**

**Nonpriority creditor's name and mailing address**
PLAYMAKERS HOSPITALITY GROUP INC
729 VANDERCOOK WAY
SUITE 210
LONGVIEW, WA 98632

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,780.79

---

**3.163 9**

**Nonpriority creditor's name and mailing address**
PLAZA TRAVEL
16530 VENTURA BLVD
ENCINO, CA 91436

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 83.40

---

**3.164 0**

**Nonpriority creditor's name and mailing address**
PLEASANT HOLIDAYS
2404 TOWNSGATE ROAD
WESTLAKE VILLAGE, CA 91361

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 943,671.07

---

**3.164 1**

**Nonpriority creditor's name and mailing address**
PLUMB, SANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
| --- | --- | --- | --- |
| | Name | | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.164 2**

**Nonpriority creditor's name and mailing address**

POINT MONITOR CORPORATION
5863 LAKEVIEW BLVD
LAKE OSWEGO, OR 97035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 11,940.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164 3**

**Nonpriority creditor's name and mailing address**

POINTE COUPEE HISTORICAL SOCIETY
500 WEST MAIN STREET, PO BOX 462
NEW ROADS, LA 70760

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 450.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164 4**

**Nonpriority creditor's name and mailing address**

PONIACHIK, JAIME
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164 5**

**Nonpriority creditor's name and mailing address**

PORT OF ASTORIA
442 GATEWAY AVE STE 100
ASTORIA, OR 97103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  CONTRACTUAL DISPUTE

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.164 6**

**Nonpriority creditor's name and mailing address**

PORT OF ASTORIA
442 GATEWAY AVE STE 100
ASTORIA, OR 97103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 61,838.32

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.164 7** 

**Nonpriority creditor's name and mailing address**

PORT OF CAMAS-WASHOUGAL
24 SOUTH A STREET
WASHOUGAL, WA 98671

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,240.00

---

**3.164 8**

**Nonpriority creditor's name and mailing address**

PORT OF CLARKSTON
849 PORT WAY
CLARKSTON, WA 99403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,502.38

---

**3.164 9**

**Nonpriority creditor's name and mailing address**

PORT OF NEW ORLEANS
1350 PORT OF NEW ORLEANS
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 34,811.20

---

**3.165 0**

**Nonpriority creditor's name and mailing address**

PORT OF SKAMANIA COUNTY
212 SW CASCADE AVENUE
P O BOX 1099
STEVENSON, WA 98648

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22,144.23

---

**3.165 1**

**Nonpriority creditor's name and mailing address**

PORTLAND DOCKING PILOTS, INC.
P.O. BOX 64
BELFAST, ME 04915

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000.00

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.165 2**

**Nonpriority creditor's name and mailing address**

PORTLAND TUGBOAT, LLC
40 COMMERCIAL ST
PORTLAND, ME 04101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,344.00

---

**3.165 3**

**Nonpriority creditor's name and mailing address**

POST, SUE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.165 4**

**Nonpriority creditor's name and mailing address**

POSTER COMPLIANCE CENTER
PO BOX 188
HOPKINTON, MA 01748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 597.48

---

**3.165 5**

**Nonpriority creditor's name and mailing address**

POSTNIKOFF, JUDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.165 6**

**Nonpriority creditor's name and mailing address**

POTE, CHARLES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.165 7**

**Nonpriority creditor's name and mailing address**

POTE, DONNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                     500.00

---

**3.165 8**

**Nonpriority creditor's name and mailing address**

POTTERY MUSEUM OF REDWING
240 HARRISON SRTEET
REDWING, MN 55066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                  4,599.00

---

**3.165 9**

**Nonpriority creditor's name and mailing address**

POTVIN, CAROL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                     250.00

---

**3.166 0**

**Nonpriority creditor's name and mailing address**

POTVIN, EDWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                     250.00

---

**3.166 1**

**Nonpriority creditor's name and mailing address**

POWNALL, NEVA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                     500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.166 2**

**Nonpriority creditor's name and mailing address**

PRATT, DANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.166 3**

**Nonpriority creditor's name and mailing address**

PRATT, GREGORY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.166 4**

**Nonpriority creditor's name and mailing address**

PRECEPT BRANDS, LLC
1910 FAIRVIEW AVE E, STE 400
SEATTLE, WA 98102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 322.79

---

**3.166 5**

**Nonpriority creditor's name and mailing address**

PRECISION CHEMICAL LLC
PO BOX 22817
CHATTANOOGA, TN 37422-2817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,289.18

---

**3.166 6**

**Nonpriority creditor's name and mailing address**

PREFERRED TRAVEL OF NAPLES
5801 PELICAN BAY BLVD, SUITE 205
NAPLES, FL 34108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,371.23

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.166 7**

**Nonpriority creditor's name and mailing address**

PREMIER WORLD DISCOVERY - AFC VACATIONS
2615 190TH STREET #200
REDONDO BEACH, CA 90278

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,849.10

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166 8**

**Nonpriority creditor's name and mailing address**

PRESTON, RACHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166 9**

**Nonpriority creditor's name and mailing address**

PREUS, PAMELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.167 0**

**Nonpriority creditor's name and mailing address**

PRIANO MARCHELLI USA, LLC
8815 N.W. 33RD DTREET
UNIT 110
DORAL, FL 33172

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,332.91

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.167 1**

**Nonpriority creditor's name and mailing address**

PRIEBE, DEBORAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 2,000.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167 2**

**Nonpriority creditor's name and mailing address**
PRIEBE, RAY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

---

**3.167 3**

**Nonpriority creditor's name and mailing address**
PRIVATE CLUBS MAGAZINE
3030 LBJ FREEWAY - 5TH FLOOR
DALLAS, TX 75234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,250.00

---

**3.167 4**

**Nonpriority creditor's name and mailing address**
PROTRAVEL INTERNATIONAL
8900 E PINNACLE PEAK RD
SCOTTSDALE, AZ 85255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,545.08

---

**3.167 5**

**Nonpriority creditor's name and mailing address**
PROTRAVEL INTERNATIONAL (BEVERLY HILLS)
163BROADWAY 35TH FLOOR
NEW YORK, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 671.60

---

**3.167 6**

**Nonpriority creditor's name and mailing address**
PROVIDENT TRAVEL
11309 MONTGOMERY RD.
CINCINNATI, OH 45249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 53.90

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167 7** **Nonpriority creditor's name and mailing address**

PROVIDENT TRAVEL (CINCINNATI, OH)
3880 PAXTON ROAD STE. P
CINCINNATI, OH 45209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,704.98

---

**3.167 8** **Nonpriority creditor's name and mailing address**

PTR HOLLAND HOUSTON TX LLC
822 E SAM HOUSTON PKWY S
PASADENA, TX 77503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,140.80

---

**3.167 9** **Nonpriority creditor's name and mailing address**

PUMP INDUSTRIES, INC.
PO BOX 3973
SEATTLE, WA 98124-3973

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,697.60

---

**3.168 0** **Nonpriority creditor's name and mailing address**

PURVIS, ALAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.168 1** **Nonpriority creditor's name and mailing address**

PURVIS, NATALIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.168 2**

**Nonpriority creditor's name and mailing address**

Q CRUISE + TRAVEL
980 N MICHIGAN AVE STE. 1275
CHICAGO, IL 60611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,891.16

---

**3.168 3**

**Nonpriority creditor's name and mailing address**

QUAD CITY BOTANICAL CENTER
2525 4TH AVE
ROCK ISLAND, IL 61201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 799.00

---

**3.168 4**

**Nonpriority creditor's name and mailing address**

QUALITY CRUISES AND TRAVEL
3107 W. COLORADO AVENUE
COLORADO SPRINGS, CO 80904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,356.68

---

**3.168 5**

**Nonpriority creditor's name and mailing address**

QUENCH USA INC.
PO BOX 735777
DALLAS, TX 75373-5777

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,208.26

---

**3.168 6**

**Nonpriority creditor's name and mailing address**

QUINN SENGUPTA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|--------|--------|--------|--------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1687**

**Nonpriority creditor's name and mailing address**
QUINTAY ROBINSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.1688**

**Nonpriority creditor's name and mailing address**
R&R TRAVEL AGENCY
2817 HWY 13
HIGGINSVILLE, MO 64037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7.80

---

**3.1689**

**Nonpriority creditor's name and mailing address**
R&R TRAVEL SERVICE
P.O. BOX 3508
OXFORD, AL 36268

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13.80

---

**3.1690**

**Nonpriority creditor's name and mailing address**
RABY, HARRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.1691**

**Nonpriority creditor's name and mailing address**
RABY, JANET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.169 2**

**Nonpriority creditor's name and mailing address**

RACHEL SANCHEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169 3**

**Nonpriority creditor's name and mailing address**

RADIO CAB CO.
1613 NW KEARNEY ST.
PORTLAND, OR 97209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 291.40

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169 4**

**Nonpriority creditor's name and mailing address**

RADISSON - BLU MALL OF AMERICA
ATTN: REGINA PRUITT
2100 KILLEBREW DRIVE
BLOOMINGTON, MN 55425

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 158,352.12

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169 5**

**Nonpriority creditor's name and mailing address**

RAILROAD HERITAGE MUSEUM-CITY OF CLEVELAND
115 SOUTH BAYOU AVE
CLEVELAND, MS 38732

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,975.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169 6**

**Nonpriority creditor's name and mailing address**

RAINBOW TRAVEL SERVICE INC
2932 NW 50TH ST
OKLAHOMA CITY, OK 73112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 791.86

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.169 7** **Nonpriority creditor's name and mailing address**

RAMA THAPA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.169 8** **Nonpriority creditor's name and mailing address**

RAMELLI JANITORIAL SERVICES
P O BOX 51193
NEW ORLEANS, LA 70151-1193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$     2,885.62

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.169 9** **Nonpriority creditor's name and mailing address**

RAMELLI WASTE LLC
7136 WASHINGTON AVENUE
NEW ORLEANS, LA 70125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$     575.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170 0** **Nonpriority creditor's name and mailing address**

RAMTEC MARINE SYSTEMS LLC
373 COLUMBIA MEMORIAL PARKWAY
P O BOX 932
KEMAH, TX 77565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$     52,720.50

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170 1** **Nonpriority creditor's name and mailing address**

RANDALL CRAWFORD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.170 2**

**Nonpriority creditor's name and mailing address**
RANDY BUESING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,769.00

---

**3.170 3**

**Nonpriority creditor's name and mailing address**
RANDY'S ADVENTURES
2771 RAINBOW COURT
MASON CITY, IA 50401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,598.87

---

**3.170 4**

**Nonpriority creditor's name and mailing address**
RANGARAJU, DINESHRAJ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.170 5**

**Nonpriority creditor's name and mailing address**
RASHELLE SHIPLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.170 6**

**Nonpriority creditor's name and mailing address**
RBM HOSPITALITY, LLC
2416 IOWA AVE
KENNER, LA 70062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,607.07

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.170 7**

**Nonpriority creditor's name and mailing address**
RCN
C/O ASTOUND POWERED BY RCN
650 COLLEGE RD E, STE 3100
PRINCETON, NJ 08540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 563.95

---

**3.170 8**

**Nonpriority creditor's name and mailing address**
REACH MUSEUM
1943 COLUMBIA PARK TRAIL
RICHLAND, WA 99352

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,170.00

---

**3.170 9**

**Nonpriority creditor's name and mailing address**
REBECCA HARPER TRAVEL
11115 SHERWOOD OAK LANE
HOUSTON, TX 77043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 757.92

---

**3.171 0**

**Nonpriority creditor's name and mailing address**
REBECCA JORDAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.171 1**

**Nonpriority creditor's name and mailing address**
REBECCA MAXEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.171 2**

**Nonpriority creditor's name and mailing address**

REBECCA ZANO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171 3**

**Nonpriority creditor's name and mailing address**

REBEL ROAM
530 NORTH ST., SW. S-305
WASHINGTON, DC 20024-4556

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 23,172.41

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171 4**

**Nonpriority creditor's name and mailing address**

RED STICK ADVENTURES, LLC
PO BOX 372
DENHAM SPRINGS, LA 70727

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,225.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171 5**

**Nonpriority creditor's name and mailing address**

RED WING CONFECTIONERY
323 MAIN STREET
RED WING, MN 55066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 856.32

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171 6**

**Nonpriority creditor's name and mailing address**

RED WING MARINE MUSEUM
P.O.BOX 162
REDWING, MN 55066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 200.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.171 7**

**Nonpriority creditor's name and mailing address**
REDOUANE KOUIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171 8**

**Nonpriority creditor's name and mailing address**
REDS HALL OF FAME AND MUSEUM
ATTN: MARK HARLOW
100 JOE NUXHALL WAY
CINCINNATI, OH 45202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,254.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171 9**

**Nonpriority creditor's name and mailing address**
REED, CARL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.172 0**

**Nonpriority creditor's name and mailing address**
REED, DIXIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.172 1**

**Nonpriority creditor's name and mailing address**
REED, LINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.172 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 250.00 |
|---|---|---|---|

REED, TERRY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.172 3 | **Nonpriority creditor's name and mailing address** | $ 250.00 |
|---|---|---|

REGISTER, ROBERT
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.172 4 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

REINALDO GUTIERREZ
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.172 5 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

RENEE JOSEPH
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.172 6 | **Nonpriority creditor's name and mailing address** | $ 20,395.88 |
|---|---|---|

RENOLD INC
100 BOURE STREET
WESTFIELD, NY 14787

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1727**

**Nonpriority creditor's name and mailing address**

REPANICH, ANN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,000.00

---

**3.1728**

**Nonpriority creditor's name and mailing address**

REPANICH, MARIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,000.00

---

**3.1729**

**Nonpriority creditor's name and mailing address**

REPUBLIC DIESEL
P O BOX 35650
LOUISVILLE, KY 40232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    25.50

---

**3.1730**

**Nonpriority creditor's name and mailing address**

REPUBLIC NATIONAL DIST. COMP.
809 JEFFERSON HWY.
NEW ORLEANS, LA 70121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                5,504.77

---

**3.1731**

**Nonpriority creditor's name and mailing address**

RESOLVE MARINE GROUP
1510 SE 17TH STREET
SUITE 400
FORT LAUDERDALE, FL 33316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  440.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.173 2**

**Nonpriority creditor's name and mailing address**

REVELEX CORPORATION
6405 CONGRESS AVE, STE 120
BOCA RATON, FL 33487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,000.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 3**

**Nonpriority creditor's name and mailing address**

RHEA LUBICH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 4**

**Nonpriority creditor's name and mailing address**

RICCARDI, ELVERA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 5**

**Nonpriority creditor's name and mailing address**

RICHARD BERNARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 6**

**Nonpriority creditor's name and mailing address**

RICHARD BRYANT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.173 7**

**Nonpriority creditor's name and mailing address**
RICHARD MC LETCHIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.173 8**

**Nonpriority creditor's name and mailing address**
RICHARD WILCOX
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,398.00

---

**3.173 9**

**Nonpriority creditor's name and mailing address**
RICHARDS, DONALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.174 0**

**Nonpriority creditor's name and mailing address**
RICHARDS, ELEONORE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.174 1**

**Nonpriority creditor's name and mailing address**
RICK MARTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 620.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.174 2**

**Nonpriority creditor's name and mailing address**

RICKI IDLETT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.174 3**

**Nonpriority creditor's name and mailing address**

RIDGEVIEW COUNTRY TOURS, LLC
5488 KINSMAN RD
MIDDLEFIELD, OH 44063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                11,270.00

---

**3.174 4**

**Nonpriority creditor's name and mailing address**

RILEY BIDDLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.174 5**

**Nonpriority creditor's name and mailing address**

RILEY DUNN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.174 6**

**Nonpriority creditor's name and mailing address**

RISUCCI, DENISE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,250.00

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.174 7** **Nonpriority creditor's name and mailing address**

RIVER DISCOVERY CENTER
117 S. WATER ST
PADUCAH, KY 42001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                10,541.00

---

**3.174 8** **Nonpriority creditor's name and mailing address**

RIVER OF HISTORY MUSEUM
P.O. BOX 627
SAULT STE. MARIE, MI 49783

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 1,230.00

---

**3.174 9** **Nonpriority creditor's name and mailing address**

RIVER SERVICES INC
3213 TUBERSON AVE
THUNDERBOLT, GA 31404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 2,316.14

---

**3.175 0** **Nonpriority creditor's name and mailing address**

RIVERFRONT SPOKANE/CITY OF SPOKANE
808 W SPOKANE FALLS BLVD
SPOKANE, WA 99201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 2,782.49

---

**3.175 1** **Nonpriority creditor's name and mailing address**

RIVERVIEW TUG SERVICE
960 N RIVERVIEW ST
BELLEVUE, IA 52031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               328,040.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.175 2**

**Nonpriority creditor's name and mailing address**

RNDC-YOUNG'S MARKET CO OF WASHINGTON,LLC
6408 S 287TH STREET
AUBURN, WA 98001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   1,314.74

---

**3.175 3**

**Nonpriority creditor's name and mailing address**

ROACH, HARRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   250.00

---

**3.175 4**

**Nonpriority creditor's name and mailing address**

ROACH, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   250.00

---

**3.175 5**

**Nonpriority creditor's name and mailing address**

ROAD SCHOLAR
11 AVENUE DE LAFAYETTE
BOSTON, MA 02111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   7,352.06

---

**3.175 6**

**Nonpriority creditor's name and mailing address**

ROBERT COLLIER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   12,527.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.175 7**

**Nonpriority creditor's name and mailing address**
ROBERT DE LUCA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.175 8**

**Nonpriority creditor's name and mailing address**
ROBERT GUERRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.175 9**

**Nonpriority creditor's name and mailing address**
ROBERT HYDE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.176 0**

**Nonpriority creditor's name and mailing address**
ROBERTA GOSCH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 473.90

---

**3.176 1**

**Nonpriority creditor's name and mailing address**
ROBERTSON PRODUCE
1530 CLINTON BUSINESS PARK DRIVE
CLINTON, MS 39056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,015.77

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.176 2**

**Nonpriority creditor's name and mailing address**

ROBIN MCGRUDER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176 3**

**Nonpriority creditor's name and mailing address**

ROBINSON, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176 4**

**Nonpriority creditor's name and mailing address**

ROBLIN TRAVEL AND CRUISE
102B - 45793 LUCKAKUCK
CHILIWACK, BC V2R5S3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 113.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176 5**

**Nonpriority creditor's name and mailing address**

ROCHESTER TRAVEL GROUP
3175 CHILI AVENUE
ROCHESTER, NY 14624

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 325.47

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176 6**

**Nonpriority creditor's name and mailing address**

RODGERS, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.176 7** **Nonpriority creditor's name and mailing address**
RODRIGO ROJAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176 8** **Nonpriority creditor's name and mailing address**
ROECKER, ALLISON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 3,099.50

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176 9** **Nonpriority creditor's name and mailing address**
ROECKER, SHEILA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 3,098.50

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.177 0** **Nonpriority creditor's name and mailing address**
ROGERS, ELLEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.177 1** **Nonpriority creditor's name and mailing address**
ROGERS, RICHARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177 2** | **Nonpriority creditor's name and mailing address**
RONALD HERNANDEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.177 3** | **Nonpriority creditor's name and mailing address**
RONNIE SAVAGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.177 4** | **Nonpriority creditor's name and mailing address**
ROOM 360/FRONT OF THE HOUSE
7630 BISCAYNEBLVD
MIAMI, FL 33138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 636.16

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.177 5** | **Nonpriority creditor's name and mailing address**
ROSARIO, LOURDES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.177 6** | **Nonpriority creditor's name and mailing address**
ROSE POINT NAVIGATION SYSTEMS
18005 68TH ST
SUITE A100
REDMOND, WA 98052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,000.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177 7** 

**Nonpriority creditor's name and mailing address**

ROSEDALE PRODUCTS INC.
P O BOX 1085
ANN ARBOR, MI 48106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,627.64

---

**3.177 8**

**Nonpriority creditor's name and mailing address**

ROSEDOWNPLANTATION STATE HISTORICAL SITE
12501 LA HWY 10
ST FRANCISVILLE, LA 70775

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,810.00

---

**3.177 9**

**Nonpriority creditor's name and mailing address**

ROSEMARY CEAZER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.178 0**

**Nonpriority creditor's name and mailing address**

ROSEMARY DROSZCZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,196.00

---

**3.178 1**

**Nonpriority creditor's name and mailing address**

ROSEMARY RIZZOLO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.178 2**

**Nonpriority creditor's name and mailing address**

ROSENQUIST, BEVERLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.178 3**

**Nonpriority creditor's name and mailing address**

ROSENQUIST, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.178 4**

**Nonpriority creditor's name and mailing address**

ROTHERMEL, JUDITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.178 5**

**Nonpriority creditor's name and mailing address**

ROYSTON, MUELLER, MCLEAN & REID, LLP
102 W. PENNSYLVANIA AVE
SUITE 600
TOWSON, MD 21204-4575

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 37.50

---

**3.178 6**

**Nonpriority creditor's name and mailing address**

RR DONNELLEY
4101 WINFIELD RD
WARRENVILLE, IL 60555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 40,066.38

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1787**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 601.50 |
|---|---|---|
| RSI VACATIONS<br>501 NORTH WYMORE ROAD<br>WINTER PARK, FL 32789 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.1788**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 2,100.00 |
|---|---|---|
| RSM US LLP<br>5155 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.1789**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 500.00 |
|---|---|---|
| RUBEL, CYNTHIA<br>ADDRESS ON FILE | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** UNUSED CUSTOMER CREDIT | |
| **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.1790**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ Undetermined |
|---|---|---|
| RUBI CRESPIN<br>ADDRESS ON FILE | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Basis for the claim:** POTENTIAL WARN CLAIM | |
| **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.1791**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ Undetermined |
|---|---|---|
| RUBY ROACHFORD<br>ADDRESS ON FILE | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Basis for the claim:** POTENTIAL WARN CLAIM | |
| **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.179 2** **Nonpriority creditor's name and mailing address**

RUBY'S TRAVEL
1479 ROUTE 23 SOUTH, SUITE 202
WAYNE, NJ 07470

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 25.80

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179 3** **Nonpriority creditor's name and mailing address**

RUPIPER TRAVEL AND CRUISES
317 BROADWAY, SUITE 1
YANKTON, SD 57078

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,096.15

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179 4** **Nonpriority creditor's name and mailing address**

RUSSO, JUANITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179 5** **Nonpriority creditor's name and mailing address**

RYAN HALL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179 6** **Nonpriority creditor's name and mailing address**

RYNKIEWIZ, DOROTA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 1,200.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|--------|--------|--------|--------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|--------|--------|

**3.1797**

**Nonpriority creditor's name and mailing address**
SABRENA OSBORN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1798**

**Nonpriority creditor's name and mailing address**
SAFETY HEALTH CONNECTIONS, LLC
2903 SPENCER WAY
BROWN SUMMIT, NC 27214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 748.15

---

**3.1799**

**Nonpriority creditor's name and mailing address**
SAILER, CAROL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.1800**

**Nonpriority creditor's name and mailing address**
SAILER, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.1801**

**Nonpriority creditor's name and mailing address**
SALOMON, JANET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3"><b>Part 2:</b>   <b>Additional Page</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.180 2**

**Nonpriority creditor's name and mailing address**

SALOMON, KENNETH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180 3**

**Nonpriority creditor's name and mailing address**

SALSBURY, LESLIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180 4**

**Nonpriority creditor's name and mailing address**

SALVAGGIO, ANDREW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180 5**

**Nonpriority creditor's name and mailing address**

SALVAGGIO, LESLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180 6**

**Nonpriority creditor's name and mailing address**

SAMANTHA SELITTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.180 7**

**Nonpriority creditor's name and mailing address**

SANDITZ TRAVEL
945 FARMINGTON AVE
WEST HARFORD, CT 06107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,335.60

---

**3.180 8**

**Nonpriority creditor's name and mailing address**

SANDRA FONTAINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.180 9**

**Nonpriority creditor's name and mailing address**

SANDRA HOUSTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 200.00

---

**3.181 0**

**Nonpriority creditor's name and mailing address**

SANDRA THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.181 1**

**Nonpriority creditor's name and mailing address**

SANGO VILLAGE FLORIST
3381 HWY 41AS
CLARKSVILLE, TN 37043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 459.96

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.181 2**

**Nonpriority creditor's name and mailing address**

SANTA BARBARA TRAVEL
3140 TELEGRAPH RD
VENTURA, CA 93003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,199.60

---

**3.181 3**

**Nonpriority creditor's name and mailing address**

SARAH FURY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.181 4**

**Nonpriority creditor's name and mailing address**

SARAH HENLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.181 5**

**Nonpriority creditor's name and mailing address**

SAULT HISTORIC SITES
501 E. WATER STREET
SAULT STE. MARIE, MI 49783

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,618.00

---

**3.181 6**

**Nonpriority creditor's name and mailing address**

SAYKLLY'S CONFECTIONERY & GIFTS, INC.
1304 LUDINGTON ST
ESCANABA, MI 49829

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,456.35

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.181 7**

**Nonpriority creditor's name and mailing address**

SC DEPARTMENT OF REVENUE
300A OUTLET POINTE BLVD
COLUMBIA, SC 29210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 50.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.181 8**

**Nonpriority creditor's name and mailing address**

SCALF, DURWOOD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 1,000.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.181 9**

**Nonpriority creditor's name and mailing address**

SCALF, GAYLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 1,000.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.182 0**

**Nonpriority creditor's name and mailing address**

SCARPACE-BOWREN, MARCIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.182 1**

**Nonpriority creditor's name and mailing address**

SCHAEFER, MADELYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|--------|--------|--------|--------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.182 2**

**Nonpriority creditor's name and mailing address**

SCHAEFER, RICHARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.182 3**

**Nonpriority creditor's name and mailing address**

SCHAEFER, SANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.182 4**

**Nonpriority creditor's name and mailing address**

SCHMITZ-CORKEN, CAROL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.182 5**

**Nonpriority creditor's name and mailing address**

SCHNEIDER, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.182 6**

**Nonpriority creditor's name and mailing address**

SCHNEIDER, JANE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*If known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182 7**

**Nonpriority creditor's name and mailing address**
SCHUMACHER, BARBARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.182 8**

**Nonpriority creditor's name and mailing address**
SCHUMACHER, KAREN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.182 9**

**Nonpriority creditor's name and mailing address**
SCOTT REEVES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.183 0**

**Nonpriority creditor's name and mailing address**
SCOTT REUSSER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.183 1**

**Nonpriority creditor's name and mailing address**
SCRIPPS MEDIA INC.
P.O. BOX 5380
CINCINNATI, OH 45201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,600.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|--------|--------------------------------------------------|---------------------------|---------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.183 2** | **Nonpriority creditor's name and mailing address**

SEA CHEST MARINE DISTRIBUTORS
7385 WEST ROADWAY
NEW ORLEANS, LA 70124-1649

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 363.47

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183 3** | **Nonpriority creditor's name and mailing address**

SEA ESCAPE TRAVEL
2795 EAST BIDWELL STREET #100-320
FOLSOM, CA 95630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 99.80

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183 4** | **Nonpriority creditor's name and mailing address**

SEA OPERATING COMPANY, LLC
2400 E. COMMERCIAL BLVD., STE. 1200
FORT LAUDERDALE, FL 33308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE TO SEA OPERATING COMPANY, LLC

$ 2,501,896.92

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183 5** | **Nonpriority creditor's name and mailing address**

SEAHAWK SERVICES
1501 GRANDVIEW AVE
WEST DEPTFORD, NJ 08066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,130.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183 6** | **Nonpriority creditor's name and mailing address**

SEAWARD SERVICES, INC.
203 W. 1ST STREET, SUITE A
NEW ALBANY, IN 47150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE TO SEAWARD SERVICES, INC.

$ 2,019,164.74

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.183 7**

**Nonpriority creditor's name and mailing address**

SEAY, KATHLEEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** EMPLOYEE DISPUTE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.183 8**

**Nonpriority creditor's name and mailing address**

SELL, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.183 9**

**Nonpriority creditor's name and mailing address**

SELLARD, BAURZHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** EMPLOYEE DISPUTE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.184 0**

**Nonpriority creditor's name and mailing address**

SENIOR ADULT TRAVEL INC
PO BOX 142045
GAINESVILLE, FL 32614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 52.30

---

**3.184 1**

**Nonpriority creditor's name and mailing address**

SENIORS ON THE GO
785 MARBROOK DR.
LAWRENCEVILLE, GA 30044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 459.80

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.184 2**

**Nonpriority creditor's name and mailing address**

SESAC INC.
PO BOX 5246
NEW YORK, NY 10008-5246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,531.69

---

**3.184 3**

**Nonpriority creditor's name and mailing address**

SHAAKIRA EPPS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.184 4**

**Nonpriority creditor's name and mailing address**

SHALUNDA SIMILIEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.184 5**

**Nonpriority creditor's name and mailing address**

SHAMROCK MARINE LLC
900 RIVER RD S
BATON ROUGE, LA 70802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 625.00

---

**3.184 6**

**Nonpriority creditor's name and mailing address**

SHANIQUE JACKSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*if known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.184 7** **Nonpriority creditor's name and mailing address**

SHANIQUE POOLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.184 8** **Nonpriority creditor's name and mailing address**

SHANNON WILLARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 315.00

---

**3.184 9** **Nonpriority creditor's name and mailing address**

SHARED TRAVEL
LYNN WILSON
1710 BIDWELL AVE.
CHICO, CA 95926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 469.75

---

**3.185 0** **Nonpriority creditor's name and mailing address**

SHARON CARR TRAVEL
16800 DALLAS PARKWAY STE 160
DALLAS, TX 75248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,546.66

---

**3.185 1** **Nonpriority creditor's name and mailing address**

SHARON SCHILL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 847.38

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.185 2**

**Nonpriority creditor's name and mailing address**
SHATWYNA BALDWIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185 3**

**Nonpriority creditor's name and mailing address**
SHAWN CONWAY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185 4**

**Nonpriority creditor's name and mailing address**
SHEA, MICHELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185 5**

**Nonpriority creditor's name and mailing address**
SHERATON GRAND CHICAGO
301 EAST NORTH WATER STREET
CHICAGO, IL 60611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 24,674.97

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185 6**

**Nonpriority creditor's name and mailing address**
SHERMAN, IRIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1857** **Nonpriority creditor's name and mailing address**

SHERRI STEWART
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1858** **Nonpriority creditor's name and mailing address**

SHERYL WATERMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1859** **Nonpriority creditor's name and mailing address**

SHINOLA DETROIT, LLC
485 W MILWAUKEE ST.
DETROIT, MI 48202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,294.28

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1860** **Nonpriority creditor's name and mailing address**

SHIPS N TRIPS (DUNEDIN FL)
1999 GOLF VIEW DR
DUNEDIN, FL 34698

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,220.70

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1861** **Nonpriority creditor's name and mailing address**

SHOES FOR CREWS
P.O. BOX 734176
CHICAGO, FL 60673-4176

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 173.22

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.186 2** Nonpriority creditor's name and mailing address

SHONTA HAGGERTY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  POTENTIAL WARN CLAIM

Date or dates debt was incurred      UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$                          Undetermined

---

**3.186 3** Nonpriority creditor's name and mailing address

SHOWERS PASS INC.
2101 SE 6TH AVE.
PORTLAND, OR 97214

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred      UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$                          1,225.00

---

**3.186 4** Nonpriority creditor's name and mailing address

SHRED IT USA
28883 NETWORK PLACE
CHICAGO, IL 60673-1288

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred      UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$                          837.09

---

**3.186 5** Nonpriority creditor's name and mailing address

SHURMAN, ELIZABETH
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UNUSED CUSTOMER CREDIT

Date or dates debt was incurred      UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$                          500.00

---

**3.186 6** Nonpriority creditor's name and mailing address

SIERA WILSON
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  POTENTIAL WARN CLAIM

Date or dates debt was incurred      UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$                          Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.186 7** | **Nonpriority creditor's name and mailing address**

SIGNAL TRAVEL AND TOURS
2540 S 11TH ST
NILES, MI 49120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 527.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.186 8** | **Nonpriority creditor's name and mailing address**

SIGNATURE TRAVEL NETWORK
390 N PACIFIC COAST HIGHWAY
STE. 3200
EL SEGUNDO, CA 90245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 130,184.26

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.186 9** | **Nonpriority creditor's name and mailing address**

SILBERBERGER, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.187 0** | **Nonpriority creditor's name and mailing address**

SILBERBERGER, JOYCE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.187 1** | **Nonpriority creditor's name and mailing address**

SIMMONS, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 2,875.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.187 2**

**Nonpriority creditor's name and mailing address**
SIMPSON, JAYNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.187 3**

**Nonpriority creditor's name and mailing address**
SIMPSON, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.187 4**

**Nonpriority creditor's name and mailing address**
SISCA, M CATHERINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.187 5**

**Nonpriority creditor's name and mailing address**
SISCA, RICHARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.187 6**

**Nonpriority creditor's name and mailing address**
SKIPPER GUIZERIX
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 300.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.187 7**

**Nonpriority creditor's name and mailing address**

SKYLON TOWER
5200 ROBINSON STREET
NIAGARA FALLS
ONTARIO, ON L2G 2A3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 27,938.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.187 8**

**Nonpriority creditor's name and mailing address**

SLICK, ANTOINETTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.187 9**

**Nonpriority creditor's name and mailing address**

SLICK, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.188 0**

**Nonpriority creditor's name and mailing address**

SLOVES, DIANE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.188 1**

**Nonpriority creditor's name and mailing address**

SLOVES, MATTHEW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.188 2**

**Nonpriority creditor's name and mailing address**

SMARTFLYER HQ
347 WEST 36 STREET, SUITE 700
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 98.30

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.188 3**

**Nonpriority creditor's name and mailing address**

SMITH, JAMIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CREW MEMBER PERSONAL INJURY

$ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.188 4**

**Nonpriority creditor's name and mailing address**

SMITHSONIAN MEDIA GROUP
PO BOX 418263
BOSTON, MA 02241-8263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 37,500.00

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.188 5**

**Nonpriority creditor's name and mailing address**

SNAKE RIVER ADVENTURES, LLC
P.O. BOX 1468
LEWISTON, ID 83501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 93,150.00

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.188 6**

**Nonpriority creditor's name and mailing address**

SN'D DECORATOR SERVICE INC
7766 N. W. 71ST STREET
MIAMI, FL 33166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,098.90

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1887**

**Nonpriority creditor's name and mailing address**
SNEED, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.1888**

**Nonpriority creditor's name and mailing address**
SNEED, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.1889**

**Nonpriority creditor's name and mailing address**
SOBELMAN, BETTY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.1890**

**Nonpriority creditor's name and mailing address**
SOJERN TRAVEL
112 SHADY OAK DRIVE
EGG HARBOR TWP, NJ 08234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 723.78

---

**3.1891**

**Nonpriority creditor's name and mailing address**
SOLARWINDS WORLD WIDE, LLC
PO BOX 730720
DALLAS, TX 75370-0720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,224.80

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.189 2** 

**Nonpriority creditor's name and mailing address**

SONOMA TRAVEL
725 E WASHINGTON ST
PETALUMA, CA 94952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,124.70

---

**3.189 3**

**Nonpriority creditor's name and mailing address**

SONYA ASHE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.189 4**

**Nonpriority creditor's name and mailing address**

SONYA JONES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.189 5**

**Nonpriority creditor's name and mailing address**

SOS BUSINESS MACHINES, INC
28 SOUTH CENTRE AVE
PO BOX 279
LEESPORT, PA 19533

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,611.64

---

**3.189 6**

**Nonpriority creditor's name and mailing address**

SOUTHEAST EXPOSURE OUTDOOR ADVENTURE CENTER, INC.
PO BOX 9143
KETCHIKAN, AK 99901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                14,400.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1897**

**Nonpriority creditor's name and mailing address**

SOUTHERN EAGLE DISTRIBUTING
5300 BLAIR DRIVE
METAIRIE, LA 70003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,767.96

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1898**

**Nonpriority creditor's name and mailing address**

SPAETH, COLLEEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1899**

**Nonpriority creditor's name and mailing address**

SPAETH, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1900**

**Nonpriority creditor's name and mailing address**

SPAS EN MER CO. LTD
2ND FLOOR
THE CATALYST
40 SILICONE AVENUE
CYBER CITY, EBENE, 77201
MAURITIUS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 5,715.88

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1901**

**Nonpriority creditor's name and mailing address**

SPECTRUM ENTERPRISE/TIME WARNER CABLE
BOX 223085
PITTSBURGH, PA 15251-2085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 11,372.55

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.190 2**

**Nonpriority creditor's name and mailing address**

SPORTS LEISURE VACATIONS
9812 OLD WINERY PLACE SUITE 1
SACRAMENTO, CA 95827

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,356.56

---

**3.190 3**

**Nonpriority creditor's name and mailing address**

SPRING HOUSE TRAVEL
1104 BETHLEHEM PIKE
PO BOX 398
SPRING HOUSE, PA 19477

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,326.40

---

**3.190 4**

**Nonpriority creditor's name and mailing address**

ST MARY OF FALSE RIVER
402 WEST MAI STREET
NEW ROADS, LA 70760

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.190 5**

**Nonpriority creditor's name and mailing address**

ST. ALBERTS CRUISE SHIP CENTERS
340 140 ST. ALBERT TRAIL
ST ALBERT, AB T8N 7C8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,007.78

---

**3.190 6**

**Nonpriority creditor's name and mailing address**

ST. LOUIS CITY PARKS
ATTN: PERMIT SECTION
5600 CLAYTON AVE.
ST.LOUIS, MO 63110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 125.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.190 7**

**Nonpriority creditor's name and mailing address**
STACY EVANS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.190 8**

**Nonpriority creditor's name and mailing address**
STAFFORD, DEBRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.190 9**

**Nonpriority creditor's name and mailing address**
STAFFORD, DENNIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.191 0**

**Nonpriority creditor's name and mailing address**
STANLEY JACKSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.191 1**

**Nonpriority creditor's name and mailing address**
STAPLES BUSINESS CREDIT
PO BOX 105638
ATLANTA, GA 30348-5638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.191 2**

**Nonpriority creditor's name and mailing address**
STAPLETON, DARLENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.191 3**

**Nonpriority creditor's name and mailing address**
STAR CROSIER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.191 4**

**Nonpriority creditor's name and mailing address**
STARLINE LUXURY COACHES
9801 MARTIN LUTHER KING JR WAY SOUTH
SEATTLE, WA 98118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23,127.41

---

**3.191 5**

**Nonpriority creditor's name and mailing address**
STARNS KENNY & EASTERLING LLC
8755 SULLIVAN RD
BLDG. # 2D
BATON ROUGE, LA 70818

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 175.00

---

**3.191 6**

**Nonpriority creditor's name and mailing address**
STATE OF LA DEQ
PO BOX 733676
DALLAS, TX 75373-3676

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 634.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
| --- | --- | --- | --- |
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.191 7**

**Nonpriority creditor's name and mailing address**

STATE OF TENNESSEE
DEPARTMENT OF REVENUE
ANDREW JACKSON STATE OFFICE BLDG.
NASHVILLE, TN 37242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 81,358.88

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.191 8**

**Nonpriority creditor's name and mailing address**

STATE OF VERMONT OF DEPARTMENT OF TAXES
133 STATE STREET
MONTPELIER, VT 05633-1401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,557.76

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.191 9**

**Nonpriority creditor's name and mailing address**

STEFAN P'POOL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.192 0**

**Nonpriority creditor's name and mailing address**

STEPHANIE DEVLIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,294.20

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.192 1**

**Nonpriority creditor's name and mailing address**

STEPHANIE GILLEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192 2**

**Nonpriority creditor's name and mailing address**
STEPHEN VAUGHAN-DUBOIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.192 3**

**Nonpriority creditor's name and mailing address**
STEPHEN WALL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.192 4**

**Nonpriority creditor's name and mailing address**
STERICYCLE, INC
28883 NETWORK PLACE
CHICAGO, IL 60673-1288

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,878.99

---

**3.192 5**

**Nonpriority creditor's name and mailing address**
STERLING TRAVEL AGENCY
130 N 2ND ST
STERLING, CO 80751

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 43.60

---

**3.192 6**

**Nonpriority creditor's name and mailing address**
STEVEN BRUMM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,479.80

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|--------|-------------------------------------------------|------------------------|---------------|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192 7**

**Nonpriority creditor's name and mailing address**
STEVEN CARTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.192 8**

**Nonpriority creditor's name and mailing address**
STEVEN COTHRAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.192 9**

**Nonpriority creditor's name and mailing address**
STEVEN HURST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.193 0**

**Nonpriority creditor's name and mailing address**
STEVEN P. BROWN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,500.00

---

**3.193 1**

**Nonpriority creditor's name and mailing address**
STEVEN SPRACKLEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.193 2**

**Nonpriority creditor's name and mailing address**

STEVENS TOWING
4170 HIGHWAY 165
YONGES ISLAND, SC 29449

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,348.20

---

**3.193 3**

**Nonpriority creditor's name and mailing address**

STEVENSON, JESSIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.193 4**

**Nonpriority creditor's name and mailing address**

STEWART COUNTY TRUSTEE
P.O. BOX 618
DOVER, TN 37058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,249.00

---

**3.193 5**

**Nonpriority creditor's name and mailing address**

STIKINE RIVER JET BOAT ASSOCIATION
PO BOX 2022
WRANGELL, AK 99929

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 163,327.28

---

**3.193 6**

**Nonpriority creditor's name and mailing address**

STINE TRAVEL ASSOCIATES
100 HOLLYBERRY LANE
GEORGETOWN, TX 78633

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,586.94

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1937**

**Nonpriority creditor's name and mailing address**

STONEMILL LOG HOMES, INC.
10024 PARKSIDE DRIVE
KNOXVILLE, TN 37922

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,654.00

---

**3.1938**

**Nonpriority creditor's name and mailing address**

STORMGEO CORP, INC
PO BOX 61779
SUNNYVALE, CA 94088

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,300.00

---

**3.1939**

**Nonpriority creditor's name and mailing address**

STOUTS TOUR & TRAVEL
706 RT 70
LAKEHURST, NJ 08733

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,136.90

---

**3.1940**

**Nonpriority creditor's name and mailing address**

STRICKLAND LANDRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1941**

**Nonpriority creditor's name and mailing address**

STRIPE, INC.
354 OYSTER POINT BLVD
SOUTH SAN FRANCISCO, CA 94080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL CLAIM PURSUANT TO MERCHANT PROCESSING AGREEMENT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.194 2**

**Nonpriority creditor's name and mailing address**
STUART CORBIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.194 3**

**Nonpriority creditor's name and mailing address**
STURM ELEVATOR INC
PO BOX 367
COLTON, OR 97017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 420.00

---

**3.194 4**

**Nonpriority creditor's name and mailing address**
SUESS, JOHN MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.194 5**

**Nonpriority creditor's name and mailing address**
SUESS, LYNN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.194 6**

**Nonpriority creditor's name and mailing address**
SUMNER, B MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1947**

**Nonpriority creditor's name and mailing address**

SUMNER, VICKIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,250.00

---

**3.1948**

**Nonpriority creditor's name and mailing address**

SUN STONE SHIPS, INC
4770 BISCAYNE BLVE, PH-B
MIAMI, FL 33137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 334,143.40

---

**3.1949**

**Nonpriority creditor's name and mailing address**

SUN TRAVEL
5860 N MESA ST STE 107
EL PASO, TX 79902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,205.06

---

**3.1950**

**Nonpriority creditor's name and mailing address**

SUNBURST BOOKS, INC.
700 S. JOHN RODES BLVD.
#A-8
MELBOURNE, FL 32904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 206.80

---

**3.1951**

**Nonpriority creditor's name and mailing address**

SUNDIAL TRAVEL SERVICES, INC
750 MARINE DRIVE
SUITE 100
ASTORIA, OR 97103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14,874.20

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.195 2**

**Nonpriority creditor's name and mailing address**

SUPER TRAVEL
1718 ESPLANDE
REDONDO BEACH, CA 90277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

$ 61.60

---

**3.195 3**

**Nonpriority creditor's name and mailing address**

SUPERIOR MARINE TECHNICAL SERVICES INC
PO BOX 3167
HOUMA, LA 70361

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

$ 450.00

---

**3.195 4**

**Nonpriority creditor's name and mailing address**

SUQUANA JACKSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

$ Undetermined

---

**3.195 5**

**Nonpriority creditor's name and mailing address**

SUSAN ABRAMS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

$ 500.00

---

**3.195 6**

**Nonpriority creditor's name and mailing address**

SUSAN PARR TRAVEL
PO BOX 2228
PORT ANGELES, WA 98362

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

$ 5,734.68

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1957**

**Nonpriority creditor's name and mailing address**
SUTFIN, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000.00

---

**3.1958**

**Nonpriority creditor's name and mailing address**
SYLVIA WELLS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1959**

**Nonpriority creditor's name and mailing address**
SYMONDS, SHERIL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50.00

---

**3.1960**

**Nonpriority creditor's name and mailing address**
SYMPHONY BUS INTERNATIONAL
2220 BOULEVARD LAPINIERE
SUITE 209
BROSSARD, QC J4W 1M2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,644.43

---

**3.1961**

**Nonpriority creditor's name and mailing address**
SYNNOTT TRAVEL
475 MERIDEN RD
WATERBURY, CT 06750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.80

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.196 2**

**Nonpriority creditor's name and mailing address**
T MOBILE
12920 SE 38TH ST
BELLEVUE, WA 98006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 587.00

---

**3.196 3**

**Nonpriority creditor's name and mailing address**
TAFARI TRAVEL/COASTLINE TRAVEL
12373 LEWIS STREET
STE 201
GARDEN GROVE, CA 92840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,141.22

---

**3.196 4**

**Nonpriority creditor's name and mailing address**
TAHOE JEWELRY, INC
20 J MEDEIROS WAY
EAST PROVIDENCE, RI 02914

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,038.70

---

**3.196 5**

**Nonpriority creditor's name and mailing address**
TAJAY WHITTED
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.196 6**

**Nonpriority creditor's name and mailing address**
TAJZAE COOK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.196 7**

**Nonpriority creditor's name and mailing address**

TALISHA PERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.196 8**

**Nonpriority creditor's name and mailing address**

TAMASTSLIKT CULTURAL INSTITUTE
47106 WILDHORSE BLVD.
PENDLETON, OR 97801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,676.00

---

**3.196 9**

**Nonpriority creditor's name and mailing address**

TAMEIKA LATIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.197 0**

**Nonpriority creditor's name and mailing address**

TAMI HUDSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 475.92

---

**3.197 1**

**Nonpriority creditor's name and mailing address**

TANAY DESAI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.197 2**

**Nonpriority creditor's name and mailing address**
TANEKA SIMEON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.197 3**

**Nonpriority creditor's name and mailing address**
TANNASCOLI, JUDITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.197 4**

**Nonpriority creditor's name and mailing address**
TANNASCOLI, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.197 5**

**Nonpriority creditor's name and mailing address**
TARA WAGNER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.197 6**

**Nonpriority creditor's name and mailing address**
TARRANT, DONALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.197 7**

**Nonpriority creditor's name and mailing address**

TARRANT, VALERIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.197 8**

**Nonpriority creditor's name and mailing address**

TASHA-KAYE FERGUSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.197 9**

**Nonpriority creditor's name and mailing address**

TASHA'S TRAVEL
416 SUMMIT PLACE CT
FENTON, MO 63026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 57.60

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198 0**

**Nonpriority creditor's name and mailing address**

TAUNUS NEWTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198 1**

**Nonpriority creditor's name and mailing address**

TAYLOR, RUSSELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.198 2**

**Nonpriority creditor's name and mailing address**

TAYLOR, SANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.198 3**

**Nonpriority creditor's name and mailing address**

TECO MARITIME INC
3801 SW 47TH AVENUE, SUITE 503
DAVIE, FL 33314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,960.70

---

**3.198 4**

**Nonpriority creditor's name and mailing address**

TENNESSEE DEPARTMENT OF REVENUE
ANDREW JACKSON STATE OFFICE BLDG.
500 DEADERICK STREET
NASHVILLE, TN 37242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,518.66

---

**3.198 5**

**Nonpriority creditor's name and mailing address**

TERESA MARCOU
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.198 6**

**Nonpriority creditor's name and mailing address**

TERIANNE MARTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.198 7** | **Nonpriority creditor's name and mailing address**

TERRA BLANCA VINTNERS INC
34715 N DEMOSS RD
BENTON CITY, WA 99320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,043.52

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198 8** | **Nonpriority creditor's name and mailing address**

TERRANCE LUNDER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198 9** | **Nonpriority creditor's name and mailing address**

TERRANCE MAYFIELD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.199 0** | **Nonpriority creditor's name and mailing address**

TERRANCE WARDLAW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.199 1** | **Nonpriority creditor's name and mailing address**

TERRY GILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.199 2**

**Nonpriority creditor's name and mailing address**

TERRY MACRAE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** PROMISSORY NOTE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   800,000.00

---

**3.199 3**

**Nonpriority creditor's name and mailing address**

TFORCE FREIGHT, INC.
P.O. BOX 7410804
CHICAGO, IL 60674-0804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   5,811.09

---

**3.199 4**

**Nonpriority creditor's name and mailing address**

THE AUTOMOBILE GALLERY & EVENT CENTER
400 S ADAMS ST
GREEN BAY, WI 54301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   515.00

---

**3.199 5**

**Nonpriority creditor's name and mailing address**

THE CASTLE MUSEUM
418 4TH STREET
MARIETTA, OH 45750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   3,572.00

---

**3.199 6**

**Nonpriority creditor's name and mailing address**

THE COURT OF TWO SISTERS
613 ROYAL STREET
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   4,422.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.199 7**

**Nonpriority creditor's name and mailing address**

THE CRUISE CENTER, INC.
5466 HOLIDAY TER STE 1
KALAMAZOO, MI 49009-2147

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,991.40

---

**3.199 8**

**Nonpriority creditor's name and mailing address**

THE DALLES DISPOSAL
A WASTE CONNECTIONS COMPANY
P O BOX 1430
THE DALLES, OR 97058-8001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                2,069.55

---

**3.199 9**

**Nonpriority creditor's name and mailing address**

THE DALLES IRON WORKS, LLC
P.O. BOX 596
720 EAST 2ND STREET
THE DALLES, OR 97058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  927.01

---

**3.200 0**

**Nonpriority creditor's name and mailing address**

THE FIRST TRAVEL INC
3255 HWY 7 EAST
UNIT 76
MARKHAM, ON L3R 3P6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    81.40

---

**3.200 1**

**Nonpriority creditor's name and mailing address**

THE INDEPENDENT TRAVELER
400 1ST AVENUE
NEEDHAM, MA 02494

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$               91,130.82

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.200 2**

**Nonpriority creditor's name and mailing address**

THE LINCOLN FORUM
6009 QUEENSTON STREET
SPRINGFIELD, VA 22152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   1,276.00

---

**3.200 3**

**Nonpriority creditor's name and mailing address**

THE NATIONAL WORLD WAR II MUSEUM, INC.
945 MAGAZINE STREER
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   2,640.57

---

**3.200 4**

**Nonpriority creditor's name and mailing address**

THE RUSSELL THEATRE CORPORATION
9 EAST THIRD ST
PO BOX 371
MAYSVILLE, KY 41056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   568.00

---

**3.200 5**

**Nonpriority creditor's name and mailing address**

THE SHIP SHOP
705 BLOOMFIELD AVE
BLOOMFIELD, CT 06002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   697.50

---

**3.200 6**

**Nonpriority creditor's name and mailing address**

THE TRAVEL 100 GROUP
519 PARK DRIVE
KENILWORTH, IL 60043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   1,835.20

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.200 7**

**Nonpriority creditor's name and mailing address**

THE TRAVEL ADDRESS
2069 W BULLARD AVE
FRESNO, CA 93711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,237.26

---

**3.200 8**

**Nonpriority creditor's name and mailing address**

THE TRAVEL AGENCY
6280 CHESTER STREET
ARLINGTON, TN 38002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37.60

---

**3.200 9**

**Nonpriority creditor's name and mailing address**

THE TRAVEL AUTHORITY DBA ALTOUR INT'L
10635 SANTA MONICA BLVD
SUITE 200
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,769.70

---

**3.201 0**

**Nonpriority creditor's name and mailing address**

THE TRAVEL HUT
322 REPUBLIC AVENUE
JOLIET, IL 60435

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,695.30

---

**3.201 1**

**Nonpriority creditor's name and mailing address**

THE TRAVEL PLACE BC
948 ISLAND HIGHWAY
CAMPBELL RIVER, BC V9W 2C3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 396.90

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.201 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 73.40 |
|---|---|---|
| THE TRAVEL QUARTERS<br>105 E FAYETTE ST<br>EFFINGHAM, IL 62401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.201 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 37.80 |
|---|---|---|
| THE TRAVEL RENAISSANCE<br>117 DIXWELL AVENUE<br>QUINCY, MA 02169 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.201 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,187.60 |
|---|---|---|
| THE TRAVEL SHOP INC.<br>339 W MAIN ST.<br>ABINGDON, VA 24210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.201 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 5,885.42 |
|---|---|---|
| THE TRAVEL SOCIETY<br>5675 DTC BLVD, STE 150<br>GREENWOOD VILLAGE, CO 80111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.201 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 43,153.45 |
|---|---|---|
| THE WESTIN CONVENTION CENTER PITTSBURG<br>1000 PENN AVENUE<br>PITTSBURGH, PA 15222 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2017**

**Nonpriority creditor's name and mailing address**
THERESA SHANK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2018**

**Nonpriority creditor's name and mailing address**
THERESA VAN BUREN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2019**

**Nonpriority creditor's name and mailing address**
THERON OUBRE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,450.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2020**

**Nonpriority creditor's name and mailing address**
THOMAS FERRO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2021**

**Nonpriority creditor's name and mailing address**
THOMAS WASHINGTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2022**

**Nonpriority creditor's name and mailing address**
THOMAS, DANNY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.2023**

**Nonpriority creditor's name and mailing address**
THOMAS, JANICE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.2024**

**Nonpriority creditor's name and mailing address**
THOMAS, LAURRIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.2025**

**Nonpriority creditor's name and mailing address**
THOMAS, MATTHEW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.2026**

**Nonpriority creditor's name and mailing address**
THOMAS, ROGER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.2027**

**Nonpriority creditor's name and mailing address**

THOMAS, TRACY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.2028**

**Nonpriority creditor's name and mailing address**

THOSE GUYS SERVICES LLC
37308 RIVAULT LN
PRAIRIEVILLE, LA 70769

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,700.00

---

**3.2029**

**Nonpriority creditor's name and mailing address**

TIFFANY CHAVIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,992.87

---

**3.2030**

**Nonpriority creditor's name and mailing address**

TIFFANY HOSTOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.2031**

**Nonpriority creditor's name and mailing address**

TIMBERLINE LODGE RLK AND COMPANY
PO BOX 275
GOVERNMENT CAMP, OR 97028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24,472.74

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*if known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.203 2**

**Nonpriority creditor's name and mailing address**

TIMBUKTU TRAVEL
195 CRANBERRY HWY
PO BOX 369
ORLEANS, MA 02653

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,563.05

---

**3.203 3**

**Nonpriority creditor's name and mailing address**

TIME EQUIPMENT COMPANY
606 120TH AVE. NE #D-201
BELLEVUE, WA 98005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,260.00

---

**3.203 4**

**Nonpriority creditor's name and mailing address**

TIMOTHY MOORE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.203 5**

**Nonpriority creditor's name and mailing address**

TIMOTHY TUCKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.203 6**

**Nonpriority creditor's name and mailing address**

TIMOTHY WHALEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.203 7**

**Nonpriority creditor's name and mailing address**

TIPTON COUNTY TRUSTEE
P O BOX 487
COVINGTON, TN 38019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 12,314.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.203 8**

**Nonpriority creditor's name and mailing address**

TIRSCH, CARYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.203 9**

**Nonpriority creditor's name and mailing address**

TITUSVILLE TRAVEL
131 HARRISON ST.
TITUSVILLE, FL 32780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 149.70

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.204 0**

**Nonpriority creditor's name and mailing address**

TOLAN, JEWEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.204 1**

**Nonpriority creditor's name and mailing address**

TOM STEVENS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,018.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.204 2**

**Nonpriority creditor's name and mailing address**

TORONTO MARRIOTT CITY CENTRE/LARCO HOSPITALITY
1 BLUE JAYS WAY
TORONTO, ON M5 1J4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 15,910.51

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204 3**

**Nonpriority creditor's name and mailing address**

TORRENCE WALKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204 4**

**Nonpriority creditor's name and mailing address**

TOUR VISIONS
236 LOCUST GROVE RD
BAINSBRIDGE, PA 17502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,944.70

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204 5**

**Nonpriority creditor's name and mailing address**

TOURAID TRAVEL, INC
438 STATE ROUTE 3
SUITE 400
PLATTSBURGH, NY 12901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,448.06

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204 6**

**Nonpriority creditor's name and mailing address**

TOURIGNY, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2047**

**Nonpriority creditor's name and mailing address**
TOURIGNY, MARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2048**

**Nonpriority creditor's name and mailing address**
TOURS NATCHEZ, LLC
6 GLENFIELD LN, STE B
NATCHEZ, MS 39120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,000.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2049**

**Nonpriority creditor's name and mailing address**
TOWERS HISTORIC HOUSE & GARDENS
801 MYRTLE AVE
NATCHEZ, MS 39120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9,326.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2050**

**Nonpriority creditor's name and mailing address**
TOWN & COUNTRY
1903 NORTH HIGHWAY 71
PO BOX 456
CARROLL, IA 51401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,074.32

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2051**

**Nonpriority creditor's name and mailing address**
TRACEY GLOMSTAD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 480.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.205 2**

**Nonpriority creditor's name and mailing address**

TRAVALLIANCE MEDIA
593 RANCOCAS RD
WESTAMPTON, NJ 08060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                60,650.00

---

**3.205 3**

**Nonpriority creditor's name and mailing address**

TRAVEL ALLIANCE NETWORK, LLC
28 STONY BROOK LANE
FAIRPORT, NY 14450

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     49.60

---

**3.205 4**

**Nonpriority creditor's name and mailing address**

TRAVEL BEST BETS
201-3011 UNDERHILL AVENUE
BURNABY, BC V5A3C2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  2,027.40

---

**3.205 5**

**Nonpriority creditor's name and mailing address**

TRAVEL BUREAU
69 HIGH ST
GOSFORTH, OR NE3 4AT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  2,345.32

---

**3.205 6**

**Nonpriority creditor's name and mailing address**

TRAVEL BY SUZANNE
20849 HILLSDALE RD
RIVERSIDE, CA 92508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  3,378.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.205 7** **Nonpriority creditor's name and mailing address**

TRAVEL CENTER
27 EAST CENTER STREET
LEXINGTON, NC 27295

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,593.50

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.205 8** **Nonpriority creditor's name and mailing address**

TRAVEL CENTER OF HICKORY
1463 2ND STREET NE
HICKORY, NC 28601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 19.80

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.205 9** **Nonpriority creditor's name and mailing address**

TRAVEL CONCEPTS
10061 TALBERT AVENUE SUITE 200
FOUNTAIN VALLEY, CA 92708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17.80

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.206 0** **Nonpriority creditor's name and mailing address**

TRAVEL CORNER INC.
5577 OAKVILLE CENTER
ST. LOUIS, MO 63129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,273.40

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.206 1** **Nonpriority creditor's name and mailing address**

TRAVEL CRUISE DESK
601 1ST ST STE B
LAKE OSWEGO, OR 97034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,470.72

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.206 2** | **Nonpriority creditor's name and mailing address**

TRAVEL DUBUQUE
ATTN: KEITH RAHE
300 MAIN ST, STE 120
DUBUQUE, IA 52001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 42,055.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206 3** | **Nonpriority creditor's name and mailing address**

TRAVEL EXPERTS INC. SAWMILL RD
212 SAWMILL RD.
RALEIGH, NC 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 20,741.65

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206 4** | **Nonpriority creditor's name and mailing address**

TRAVEL FAIRE
8719 SHAMROCK RD.
OMAHA, NE 68114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 56.40

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206 5** | **Nonpriority creditor's name and mailing address**

TRAVEL HOUSE, INC AZ
5738 N. 24TH ST
PHOENIX, AZ 85016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,570.56

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206 6** | **Nonpriority creditor's name and mailing address**

TRAVEL JUNCTION TRAVEL AGENCY
192 OHIO RIVER BLVD
AMBRIDGE, PA 15003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,275.40

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.206 7** **Nonpriority creditor's name and mailing address**

TRAVEL LEADERS
13700 83RD WAY, STE 204
MAPLE GROVE, MN 55369

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

---

**3.206 8** **Nonpriority creditor's name and mailing address**

TRAVEL LEADERS (DISCOVERY WORLD TRAVEL)
3033 CAMPUS DRIVE, STEW320
PLYMOUTH, MN 55441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 45.60

---

**3.206 9** **Nonpriority creditor's name and mailing address**

TRAVEL LEADERS FLY AWAY TRAVEL
1445 W HARVARD AVE.
ROSEBURG, OR 97471

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,005.10

---

**3.207 0** **Nonpriority creditor's name and mailing address**

TRAVEL LEADERS NETWORK
958 MONTLIMAR DRIVE
MOBILE, AL 36609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 222,292.57

---

**3.207 1** **Nonpriority creditor's name and mailing address**

TRAVEL MARKET VACATIONS
10000 NORTH PORT WASHINGTON RD
MEQUON, WI 53092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,040.12

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.207 2**

**Nonpriority creditor's name and mailing address**

TRAVEL NETWORK
560 SYLVAN AVE.
ENGLEWOOD CLIFFS, NJ 07632

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 899.70

---

**3.207 3**

**Nonpriority creditor's name and mailing address**

TRAVEL OF AMERICA INC
1290 CENTER COURT DRIVE #200
COVINA, CA 91724

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 921.06

---

**3.207 4**

**Nonpriority creditor's name and mailing address**

TRAVEL PARTNERS IN DUBLIN
4980 BLAZER PKWY
DUBLIN, OH 43017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 49.60

---

**3.207 5**

**Nonpriority creditor's name and mailing address**

TRAVEL PLANNER
603 TWIN PINE RD
PITTSBURGH, PA 15215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,104.20

---

**3.207 6**

**Nonpriority creditor's name and mailing address**

TRAVEL PLANNERS ( DALLAS, TX)
14252 SOUTHERN PINES DR
DALLAS, TX 75234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37.60

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.207 7**

**Nonpriority creditor's name and mailing address**

TRAVEL PLANNERS INTERNATIONAL
1740 FENNELL STREET
MAITLAND, FL 32751

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   12,680.62

---

**3.207 8**

**Nonpriority creditor's name and mailing address**

TRAVEL PLANNERS INTERNATIONAL (MAITLAND )
1740 FENNELL STREET
MAITLAND, FL 32751

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   85.40

---

**3.207 9**

**Nonpriority creditor's name and mailing address**

TRAVEL PROFESSIONALS INTERNATIONAL/WOMEN'S TRAVEL CLUB
2627 PORTAGE AVE
WINNIPEG, MB R3J 0P7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   4,198.50

---

**3.208 0**

**Nonpriority creditor's name and mailing address**

TRAVEL QUEST NETWORK, LLC
70 MANSELL COURT, SUITE 100
ROSEWELL, GA 30076-4857

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   183.20

---

**3.208 1**

**Nonpriority creditor's name and mailing address**

TRAVEL RELATIONS LLC
505 ELM STREET
MOORESTOWN, NJ 08057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   10,125.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.208 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,575.06 |
|---|---|---|---|

TRAVEL STORE
333 UNIVERSITY AVE
IRVINE, CA 92612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.208 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 671.80 |
|---|---|---|---|

TRAVEL WHILE YOU CAN
3439 LAUREL GREEN CT NW
KENNESAW, GA 30144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.208 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 43.28 |
|---|---|---|---|

TRAVEL WORKS LTD
10941 E. ROSCOMMON ST.
TUCSON, AZ 85747-8865

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.208 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,467.90 |
|---|---|---|---|

TRAVEL WORLD
16051 WEST TAMPA PALMS BLVD
GILBERTSVILLE, PA 19525

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.208 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 125,000.00 |
|---|---|---|---|

TRAVEL ZOO INC
DEPT CH 19569
PALATINE, IL 60055-6820

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.208 7**

**Nonpriority creditor's name and mailing address**

TRAVELER'S EDGE
3702 OAKRIDGE CIR
GARLAND, TX 75040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27.60

---

**3.208 8**

**Nonpriority creditor's name and mailing address**

TRAVELEX INTERNATIONAL
2500 W. HIGGINS RD.
STE.850
HOFFMAN ESTATES, IL 60169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,199.40

---

**3.208 9**

**Nonpriority creditor's name and mailing address**

TRAVELMATION, LLC
1180 N FEDERAL HWY #903
FORT LAUDERDALE, FL 33304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13.80

---

**3.209 0**

**Nonpriority creditor's name and mailing address**

TRAVELQUEST
70 MANSELL COURT , SUITE 100
ROSWELL, GA 30076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,411.95

---

**3.209 1**

**Nonpriority creditor's name and mailing address**

TRAVELSAVERS, I
71 AUDREY AVE
OYSTER BAY, NY 11771

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2092**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,223.26 |
|---|---|---|
| TRAVELWIZE<br>535 BAXTER AVENUE<br>SONOMA, CA 95476 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:**  TRADE PAYABLE | |
| **Date or dates debt was incurred**    UNDETERMINED | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2093**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|
| TREVONN MOFFETT<br>ADDRESS ON FILE | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Basis for the claim:**  POTENTIAL WARN CLAIM | |
| **Date or dates debt was incurred**    UNDETERMINED | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2094**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|
| TREVOR PARRISH<br>ADDRESS ON FILE | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Basis for the claim:**  POTENTIAL WARN CLAIM | |
| **Date or dates debt was incurred**    UNDETERMINED | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2095**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,200.00 |
|---|---|---|
| TRINITY EPISCOPAL CHURCH<br>213 N 4TH STREET<br>HANNIBAL, MO 63401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:**  TRADE PAYABLE | |
| **Date or dates debt was incurred**    UNDETERMINED | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2096**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,969.20 |
|---|---|---|
| TRIP AND SIP TRAVEL<br>KAREN LYNN<br>317 CHATTERSON DRIVE<br>RALEIGH, NC 27615 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:**  TRADE PAYABLE | |
| **Date or dates debt was incurred**    UNDETERMINED | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.2097**

**Nonpriority creditor's name and mailing address**

TRIPCENTRAL CA
77 JAMES STREET N UNIT 230
HAMILTON, ON L8R 2K3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 379.80

---

**3.2098**

**Nonpriority creditor's name and mailing address**

TROPICAL TOURS/PACIFIC CRUISELINE SERVICES, S.A.
2667 E FLORENCE STE F1
HUNTINGTON PARK, CA 90255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,265.50

---

**3.2099**

**Nonpriority creditor's name and mailing address**

TRUE TO TRAVEL
13602 W. HARDTNER STREET
WICHITA, KS 67235

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 47.60

---

**3.2100**

**Nonpriority creditor's name and mailing address**

TULLY LUXURY TRAVEL
1270 CENTRAL PARKWAY WEST
MISSISSAUGA, ON L5C 3P4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,179.50

---

**3.2101**

**Nonpriority creditor's name and mailing address**

TULY, EILEEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.210 2** **Nonpriority creditor's name and mailing address**

TUNICA RIVERPARK & MUSEUM
PO BOX 99
TUNICA RESORTS, MS 38664

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,350.00

---

**3.210 3** **Nonpriority creditor's name and mailing address**

TURPENEN, JEANNIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.210 4** **Nonpriority creditor's name and mailing address**

TWIN OAKS NATCHEZ, LLC
205 NORTH RANKIN
NATCHEZ, MS 39210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,000.00

---

**3.210 5** **Nonpriority creditor's name and mailing address**

TWO MEN AND A TRUCK CHICAGO
1900 RAYMOND DR.
NORTHBROOK, IL 60062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,922.14

---

**3.210 6** **Nonpriority creditor's name and mailing address**

TYANNA JACKSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.210 7**

**Nonpriority creditor's name and mailing address**

TYREE SCOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.210 8**

**Nonpriority creditor's name and mailing address**

U S BANK EQUIPMENT FINANCE
P O BOX 790448
ST LOUIS, MO 63179-0448

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,194.64

---

**3.210 9**

**Nonpriority creditor's name and mailing address**

U S POSTAL SERVICE
475 L'ENFANT PLAZA SW
WASHINGTON DC, DC 20260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 743,750.00

---

**3.211 0**

**Nonpriority creditor's name and mailing address**

U.S. CUSTOMS AND BORDER PROTECTION
PO BOX 979126
ST. LOUIS, MO 63197-9000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19,240.36

---

**3.211 1**

**Nonpriority creditor's name and mailing address**

U.S. CUSTOMS AND BORDER PROTECTION (ST.LOUIS)
1300 PENNSYLVANIA AVE NW
WASHINGTON, DC 20229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31,075.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.211 2** | **Nonpriority creditor's name and mailing address**

ULINE
P.O. BOX 88741
CHICAGO, IL 60680-1741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 419.60

---

**3.211 3** | **Nonpriority creditor's name and mailing address**

UNANGST, LESTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.211 4** | **Nonpriority creditor's name and mailing address**

UNANGST, LINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.211 5** | **Nonpriority creditor's name and mailing address**

UNDERWOOD, DONNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,237.45

---

**3.211 6** | **Nonpriority creditor's name and mailing address**

UNDERWOOD, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,237.45

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2117**

**Nonpriority creditor's name and mailing address**

UNIGLOBE TRAVEL CENTER
4540 CAMPUS DRIVE
SUITE 127
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 70.10

---

**3.2118**

**Nonpriority creditor's name and mailing address**

UNIGLOBE TRAVEL PARTNERS
4540 CAMPUS DRIVE
SUITE 127
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22,581.65

---

**3.2119**

**Nonpriority creditor's name and mailing address**

UNITED RENTALS ( NORTH AMERICA) INC.
BRANCH 606
123 LOOMIS ST
SAN FRANCISCO, CA 94124-1512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 75,037.11

---

**3.2120**

**Nonpriority creditor's name and mailing address**

UNITED STATES COAST GUARD
P.O. BOX 1119
FALLING WATERS, WV 25419-1119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,580.00

---

**3.2121**

**Nonpriority creditor's name and mailing address**

UNIVERSAL HOTEL SUPPLY
PO BOX 678
WILLOW GROVE, PA 19090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,272.25

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212 2**

**Nonpriority creditor's name and mailing address**

UNIVERSAL TRAVEL
4300 ROGERS AVENUE SUITE 8
FORT SMITH, AR 72903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,539.40

---

**3.212 3**

**Nonpriority creditor's name and mailing address**

UPPER TOWN HERITAGE FOUNDATION
724 OSCAR CROSS AVE
PADUCAH, KY 42003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,638.00

---

**3.212 4**

**Nonpriority creditor's name and mailing address**

US CUSTOMS AND BORDER PROTECTION, FPF OFFICE
1300 PENNSYLVANIA AVE NW
WASHINGTON, DC 20229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,746.00

---

**3.212 5**

**Nonpriority creditor's name and mailing address**

US TOURS
7000 GRAND CENTRAL AVE
VIENNA, WV 26105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,248.65

---

**3.212 6**

**Nonpriority creditor's name and mailing address**

USA RIVER CRUISES
10013 NE HAZEL DELL AVE., STE. 503
VANCOUVER, WA 98685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,851.46

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212 7**

**Nonpriority creditor's name and mailing address**
USMMA SAILING FOUNDATION, INC
PO BOX 1199
SPRING HILL, TN 37174

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,000.00

---

**3.212 8**

**Nonpriority creditor's name and mailing address**
USS KIDD VETERANS MUSEUM
305 SOUTH RIVER ROAD
BATON ROUGE, LA 70802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,192.10

---

**3.212 9**

**Nonpriority creditor's name and mailing address**
VACATION TRAVEL CLUB
94500 OVERSEAS HWY
KEY LARGO, FL 33037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39.60

---

**3.213 0**

**Nonpriority creditor's name and mailing address**
VACATIONS AT SEA INC.
4919 CANAL ST.
SUITE 202
NEW ORLEANS, LA 70119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19.60

---

**3.213 1**

**Nonpriority creditor's name and mailing address**
VACATIONS TO GO
5851 SAN FELIPE STE 500
HOUSTON, TX 77057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 570,399.23

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.213 2**

**Nonpriority creditor's name and mailing address**

VALENTINE THOMPSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.213 3**

**Nonpriority creditor's name and mailing address**

VALENTINE, MARY KATHRYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$   Undetermined

---

**3.213 4**

**Nonpriority creditor's name and mailing address**

VALERIE POWELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.213 5**

**Nonpriority creditor's name and mailing address**

VALERIE WILSON TRAVEL
1000 WILLIAM HILTON PARKWAY STE 104
HILTON HEAD ISLAND, SC 29928

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   6,747.91

---

**3.213 6**

**Nonpriority creditor's name and mailing address**

VAN NORMAN, KATHLEEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   500.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.213 7**

**Nonpriority creditor's name and mailing address**

VAN NORMAN, RICKIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.213 8**

**Nonpriority creditor's name and mailing address**

VAN ZILE TRAVEL SERVICE
3540 WINTON PLACE
ROCHESTER, NY 14623

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 759.60

---

**3.213 9**

**Nonpriority creditor's name and mailing address**

VANESSA JOYCE BARNACHEA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.214 0**

**Nonpriority creditor's name and mailing address**

VARGA, CLAUDIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.214 1**

**Nonpriority creditor's name and mailing address**

VARGA, GEORGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.214 2**

**Nonpriority creditor's name and mailing address**

VENDEINC
4613 N UNIVERSITY DR #412
CORAL SPRINGS, FL 33067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,245.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214 3**

**Nonpriority creditor's name and mailing address**

VERBECK, NAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 1,000.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214 4**

**Nonpriority creditor's name and mailing address**

VERLANDA DORVIL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214 5**

**Nonpriority creditor's name and mailing address**

VERSONIX CORPORATION
1175 SARATOGA AVENUE -STE. 4
SAN JOSE, CA 95129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 104,398.54

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214 6**

**Nonpriority creditor's name and mailing address**

VIATOUR SOFTWARE, LLC
PO BOX 1378
TEMPLETON, CA 93465

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,330.75

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (*if known*) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.214 7**

**Nonpriority creditor's name and mailing address**

VICKSBURG BATTLEFIELD MUSEUM (OLD DEPOT MUSEUM)
1010 LEVEE ST
VICKSBURG, MS 39183

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   2,584.00

**3.214 8**

**Nonpriority creditor's name and mailing address**

VICKSBURG CIVIL WAR MUSEUM, INC
1123 WASHINGTON STREET
VICKSBURG, MS 39813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   1,800.00

**3.214 9**

**Nonpriority creditor's name and mailing address**

VICTORIA BUSH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

**3.215 0**

**Nonpriority creditor's name and mailing address**

VICTORY HOLDINGS I, LLC
2400 E. COMMERCIAL BLVD., STE. 1200
FORT LAUDERDALE, FL 33308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE TO VICTORY HOLDINGS I, LLC

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   6,134,227.54

**3.215 1**

**Nonpriority creditor's name and mailing address**

VICTORY HOLDINGS II, LLC
2400 E. COMMERCIAL BLVD., STE. 1200
FORT LAUDERDALE, FL 33308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE TO VICTORY HOLDINGS II, LLC

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   6,036,539.42

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.215 2**

**Nonpriority creditor's name and mailing address**

VIKAND MEDICAL SOLUTIONS, LLC
1001 S. ANDREWS AVE.
SUITE 120
FT. LAUDERDALE, FL 33316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,376.51

---

**3.215 3**

**Nonpriority creditor's name and mailing address**

VIKING TRAVEL INC
BOX 787
PETERSBURG, AK 99833

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23,502.67

---

**3.215 4**

**Nonpriority creditor's name and mailing address**

VINCENT BRADFORD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.215 5**

**Nonpriority creditor's name and mailing address**

VINNIE JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.215 6**

**Nonpriority creditor's name and mailing address**

VISION POOLS LLC
7233 HANKS DR.
BATON ROUGE, LA 70812

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,640.00

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.215 7**

**Nonpriority creditor's name and mailing address**

VISION TRAVEL SOLUTION
112-1851 SIROCCO DR SW
CALGARY, AB T3H4R5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,553.20

---

**3.215 8**

**Nonpriority creditor's name and mailing address**

VISIT CAPE
220 N FOUNTAIN STREET
CAPE GIRARDEAU, MO 63701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,840.00

---

**3.215 9**

**Nonpriority creditor's name and mailing address**

VISIT MADISON INC
601 W FIRST DTREET
MADISON, IN 47250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,466.00

---

**3.216 0**

**Nonpriority creditor's name and mailing address**

VISON TRAVEL REGINA ALBERT ST
2275 ALBERT ST
REGINA, SK S4P2V5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,767.66

---

**3.216 1**

**Nonpriority creditor's name and mailing address**

VISUAL EDGE IT, INC. DBA COMMONWEALTH TECHNOLOGY
1263 E. NEW CIRCLE ROAD -STE. 100
LEXINGTON, KY 40505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 358.19

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.216 2**

**Nonpriority creditor's name and mailing address**

VMV TRAVEL
7980 WOODS EDGE COURT
MENTOR, OH 44060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23.80

---

**3.216 3**

**Nonpriority creditor's name and mailing address**

VOLIKAS, ELIZABETH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.216 4**

**Nonpriority creditor's name and mailing address**

VOLIKAS, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.216 5**

**Nonpriority creditor's name and mailing address**

VOLTAIRE AUGUSTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.216 6**

**Nonpriority creditor's name and mailing address**

VOYAGES LAURIER DU VALLON
2700, BOUL. LAURIER
ÉDIFICE CHAMPLAIN, BUR. 5000
QUEBEC CITY, QC G1V 4K5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 816.80

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.216 7** **Nonpriority creditor's name and mailing address**

W & O SUPPLY INC.
P O BOX 933067
ATLANTA, GA 31193-3067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 32,740.72

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.216 8** **Nonpriority creditor's name and mailing address**

WADE TOURS INC
797 BURDECK STREET
SHENECTADY, NY 12306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,472.62

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.216 9** **Nonpriority creditor's name and mailing address**

WALK THE BURGH, LLC
1049 PENN AVE
PITTSBURGH, PA 15222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,111.50

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.217 0** **Nonpriority creditor's name and mailing address**

WALLACE, JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 50.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.217 1** **Nonpriority creditor's name and mailing address**

WANAMAKER, LINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217 2** | **Nonpriority creditor's name and mailing address**

WANDA CONTRERAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.217 3** | **Nonpriority creditor's name and mailing address**

WARD COVE DOCK GROUP LLC
7559 N. TONGASS HWY
LOWER SUITE 118
KETCHIKAN, AK 99901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 72,964.92

---

**3.217 4** | **Nonpriority creditor's name and mailing address**

WARREN, MARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.217 5** | **Nonpriority creditor's name and mailing address**

WARTSILA SAM ELECTRON
BEHRINGSTR 120
HAMBURG, 22763
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,280.46

---

**3.217 6** | **Nonpriority creditor's name and mailing address**

WARWICK TRAVEL SERVICE INC
10858 WARWICK BLVD STE C
NEWPORT NEWS, VA 23601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7.80

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217 7** **Nonpriority creditor's name and mailing address**

WASHINGTON STATE PARKS AND RECREATION
PO BOX 42650
OLYMPIA, WA 98504-2650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 32,700.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.217 8** **Nonpriority creditor's name and mailing address**

WATER WAGON
7734 BIRCH LANE
NAMPA, ID 83687

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,000.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.217 9** **Nonpriority creditor's name and mailing address**

WEBB, HOWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.218 0** **Nonpriority creditor's name and mailing address**

WEBB, SHARON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.218 1** **Nonpriority creditor's name and mailing address**

WEE TRAVEL
1380 W MIDWAY BLVD.
BROOMFIELD, CO 80020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 478.30

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.218 2** | **Nonpriority creditor's name and mailing address**

WEINER'S LTD
3205 KINGSLEY WAY
MADISON, WI 53713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,131.34

---

**3.218 3** | **Nonpriority creditor's name and mailing address**

WEISBERG, NORMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      500.00

---

**3.218 4** | **Nonpriority creditor's name and mailing address**

WELLS FARGO FINANCIAL
PO BOX 77096
MINNEAPOLIS, MN 55480-7796

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    9,583.02

---

**3.218 5** | **Nonpriority creditor's name and mailing address**

WENDY STICKLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   Undetermined

---

**3.218 6** | **Nonpriority creditor's name and mailing address**

WEPFER MARINE OF GREENVILLE, LLC
PO BOX 1004
GREENVILLE, MS 38702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  163,534.34

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.218 7** | **Nonpriority creditor's name and mailing address**

WESBURY FOUNDATION
ATTN: RHONDA THOMAS
31 N PARK AVE
MEADVILLE, PA 16335
MEADVILLE, PA 16335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$  33,431.20

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.218 8** | **Nonpriority creditor's name and mailing address**

WEST FELICIANA HISTORICAL SOCIETY
11757 FERINAND STREET
ST FRANCISVILLE, LA 70775

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$  5,600.00

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.218 9** | **Nonpriority creditor's name and mailing address**

WEST MARINE PRO
ACCT 9941572
P.O. BOX 669336
DALLAS, TX 75266-9336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$  887.02

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.219 0** | **Nonpriority creditor's name and mailing address**

WEST, CHALMER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$  250.00

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.219 1** | **Nonpriority creditor's name and mailing address**

WEST, JUDITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

$  250.00

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.219 2**

**Nonpriority creditor's name and mailing address**

WESTBURY
31 N PARK AVE
GILBERTSVILLE, PA 19525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   1,369.40

---

**3.219 3**

**Nonpriority creditor's name and mailing address**

WESTERN ANTIQUE AEROPLANE AND AUTOMOBILE MESEUM
1600 AIR MUSEUM RD
HOOD RIVER, OR 97031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   22,350.00

---

**3.219 4**

**Nonpriority creditor's name and mailing address**

WESTERN ASSOC OF TRAVEL AGENCIES
135 E HIST. COLUMBIA RIVER HWY
TROUTDALE, OR 97060-2006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   2,500.00

---

**3.219 5**

**Nonpriority creditor's name and mailing address**

WESTERN KENTUCKY BOTANICAL GARDEN
25 CARTED ROAD
OWENSBORO, KY 42301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   2,160.00

---

**3.219 6**

**Nonpriority creditor's name and mailing address**

WESTIN HARBOUR CASTLE (TORONTO)
ONE HARBOUR SQUARE
TORONTO, ON M5J1A6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   106,687.25

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.219 7**

**Nonpriority creditor's name and mailing address**

WESTMARK SITKA HOTEL
330 SEWARD ST
SITKA, AK 99835

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,014.55

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.219 8**

**Nonpriority creditor's name and mailing address**

WESTRICH, KAREN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 200.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.219 9**

**Nonpriority creditor's name and mailing address**

WHEELHOUSE ELECTRONICS OF LA, INC.
P O BOX 342
PARADIS, LA 70080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,320.46

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.220 0**

**Nonpriority creditor's name and mailing address**

WHITMOYER, JOCELYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.220 1**

**Nonpriority creditor's name and mailing address**

WHITTEMORE, MARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.220 2**

**Nonpriority creditor's name and mailing address**
WHITTEMORE, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.220 3**

**Nonpriority creditor's name and mailing address**
WHITTON CONTAINER SERVICE
1478 FITZPATRICK ST.
CINCINNATI, OH 45204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,188.10

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.220 4**

**Nonpriority creditor's name and mailing address**
WILL KIEFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,496.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.220 5**

**Nonpriority creditor's name and mailing address**
WILL TRAVEL INC
118 S BELLEVUE AVE
LANGHORNE, PA 19047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,778.90

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.220 6**

**Nonpriority creditor's name and mailing address**
WILLAMETTE INTERNATIONAL TRAVEL
1314 NW IRVING ST. - STE. 101
PORTLAND, OR 97209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,164.40

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.220 7**

**Nonpriority creditor's name and mailing address**

WILLIAM GEOURGE NELSON
3311 34TH AVE CT.
ROCK ISLAND, IL 61201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   1,150.00

---

**3.220 8**

**Nonpriority creditor's name and mailing address**

WILLIAM H. ELLIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   800.00

---

**3.220 9**

**Nonpriority creditor's name and mailing address**

WILLIAM KIEFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.221 0**

**Nonpriority creditor's name and mailing address**

WILLIAM KOCH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.221 1**

**Nonpriority creditor's name and mailing address**

WILLIAM VANDORP
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.221 2**

**Nonpriority creditor's name and mailing address**

WILLIAMS, TRINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.221 3**

**Nonpriority creditor's name and mailing address**

WILLOW VALLEY COMMUNITIES
450 WILLOW VALLEY LAKES DR
WILLOW STREET, PA 17584

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,547.17

---

**3.221 4**

**Nonpriority creditor's name and mailing address**

WILSON DORSEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL WARN CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.221 5**

**Nonpriority creditor's name and mailing address**

WILSON OIL COMPANY
P O BOX 162
RED WING, MN 55066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 62,012.83

---

**3.221 6**

**Nonpriority creditor's name and mailing address**

WILSON TRAVEL AND CRUISE
203 EAST ILLINOIS AVE
ST CHARLES, IL 60174

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,959.20

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.221 7**

**Nonpriority creditor's name and mailing address**

WILSON'S TRANSPORTATION
4196 GLANDFORD AVE
VICTORIA, BC V8Z 4B6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 96.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.221 8**

**Nonpriority creditor's name and mailing address**

WINDSTAR LINES, INC
401 CHARLOTTE ST.
KANSAS CITY, MO 64106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,111.46

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.221 9**

**Nonpriority creditor's name and mailing address**

WISAM LAMI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.222 0**

**Nonpriority creditor's name and mailing address**

WOOD, LEROY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.222 1**

**Nonpriority creditor's name and mailing address**

WOOD, SUSAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.222 2**

**Nonpriority creditor's name and mailing address**

WOODLAND SKY NATIVE AMERICAN DANCE COMPANY
222 RYSBERG DRIVE
CRYSTAL FALLS, MI 49920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,000.00

---

**3.222 3**

**Nonpriority creditor's name and mailing address**

WORLD AIR-SEA SERVICE CO. LTD
7F HIBIYA - MARINE BLDG (1-55-1)
TOKYO, 1000006
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,179.60

---

**3.222 4**

**Nonpriority creditor's name and mailing address**

WORLD OF WONDER TRAVEL
2002 BROOKHAVEN DR.
UNIT 304
YARDLEY, PA 19067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 189.20

---

**3.222 5**

**Nonpriority creditor's name and mailing address**

WORLD TRAVEL AGENCY
9737 CHARLOTTE HWY
INDIAN LAND, SC 29707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,950.96

---

**3.222 6**

**Nonpriority creditor's name and mailing address**

WORLD TRAVEL HOLDINGS
100 FORDHAM ROAD
BUILDING C 2ND FLOOR
WILMINGTON, MA 01887

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 46,966.50

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.222 7**

**Nonpriority creditor's name and mailing address**

WORLD TRAVEL SERVICE
EXECUTIVE PLAZA II, SUITE 102
11350 MC CORMICK ROAD
HUNT VALLEY, MD 21031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,438.66

---

**3.222 8**

**Nonpriority creditor's name and mailing address**

WORLD WIDE TRAVEL SERVICE
11 S 1ST AVENUE
WALLA WALLA, WA 99362

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,394.42

---

**3.222 9**

**Nonpriority creditor's name and mailing address**

WORLDCLASS TRAVEL & CRUISE
9001 E BLOOMINGTON FREEWAY, STE 138
BLOOMINGTON, MN 55420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,922.80

---

**3.223 0**

**Nonpriority creditor's name and mailing address**

WORLDVIEW TRAVEL
90 W CHESTNUT STREET
SUITE 115 UL
WASHINGTON, PA 15301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 443.46

---

**3.223 1**

**Nonpriority creditor's name and mailing address**

WORLDWIDE EXPRESS
29228 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,330.51

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2232**

**Nonpriority creditor's name and mailing address**
WORMELL, RENEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2233**

**Nonpriority creditor's name and mailing address**
WORMELL, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2234**

**Nonpriority creditor's name and mailing address**
WYATT GARDNER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2235**

**Nonpriority creditor's name and mailing address**
XEROX FINACIAL SERVICES, LLC
PO BOX 202882
DALLAS, TX 75320-2882

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,924.10

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2236**

**Nonpriority creditor's name and mailing address**
XSTREAM TRAVEL
101-C N GREENVILLE AVE #245
ALLEN, TX 75002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,457.70

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known) | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.223 7**

**Nonpriority creditor's name and mailing address**

YAHOO AD TECH LLC
PO BOX 89-4147
LOS ANGELES, CA 90189-4147

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 115,033.00

---

**3.223 8**

**Nonpriority creditor's name and mailing address**

YASUL, LAURA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,347.00

---

**3.223 9**

**Nonpriority creditor's name and mailing address**

YATES, ROBIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.224 0**

**Nonpriority creditor's name and mailing address**

YEAGER, FREDERICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.224 1**

**Nonpriority creditor's name and mailing address**

YES WE TRAVEL, INC.
16 WEBSTER ST
BROOKLINE, MA 02446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 571.80

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.224 2**

**Nonpriority creditor's name and mailing address**

YORK ADAMS TAX BUREAU
1405 N. DUKE STREET
YORK, PA 17405-0156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 247.07

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224 3**

**Nonpriority creditor's name and mailing address**

YOU MOVE ME HQ
6060 SILVER DR
BURNABY, BC V5H 2Y3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 15,005.80

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224 4**

**Nonpriority creditor's name and mailing address**

YOUR PARTNERS IN TRAVEL
44 PARK CIRCLE
WESTFIELD, MA 01085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 41.60

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224 5**

**Nonpriority creditor's name and mailing address**

YOUR TRAVEL CENTER
3329 STATE STREET
SANTA BARBARA, CA 93105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 500.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224 6**

**Nonpriority creditor's name and mailing address**

YULETIDE OFFICE SOLUTIONS
( TRIMEGA 791 / AOPD )
1245 SYCAMORE VIEW
MEMPHIS, TN 38134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 336.75

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.224 7** | **Nonpriority creditor's name and mailing address**

YYZ TRAVEL GROUP
7851 DUFFERIN ST. SUITE 100
THORNHILL, ON L4J 3M4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,646.98

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224 8** | **Nonpriority creditor's name and mailing address**

ZACHARY MUTH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL WARN CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224 9** | **Nonpriority creditor's name and mailing address**

ZARDOYA, JORGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.225 0** | **Nonpriority creditor's name and mailing address**

ZARDOYA, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.225 1** | **Nonpriority creditor's name and mailing address**

ZBROROWSKA, ALICJA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

$ 1,200.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number *(if known)* | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.225 2**

**Nonpriority creditor's name and mailing address**
ZICCARDI, KAREN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.225 3**

**Nonpriority creditor's name and mailing address**
ZIGMOND, FREDRIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNUSED CUSTOMER CREDIT

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.225 4**

**Nonpriority creditor's name and mailing address**
ZOE'S CRUISES & TOURS
1633 55TH ST
SACRAMENTO, CA 95819

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,574.20

---

**3.225 5**

**Nonpriority creditor's name and mailing address**
ZOHO CORPORATION
4141 HACIENDA DR
PLEASANTON, CA 94588

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,820.00

---

**3.225 6**

**Nonpriority creditor's name and mailing address**
ZORO
PO BOX 5233
JANESVILLE, WI 53547-5233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,644.39

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line<br><br>☐ Not listed.  Explain | |
| 4.2 | | Line<br><br>☐ Not listed.  Explain | |
| 4.3 | | Line<br><br>☐ Not listed.  Explain | |
| 4.4 | | Line<br><br>☐ Not listed.  Explain | |
| 4.5 | | Line<br><br>☐ Not listed.  Explain | |
| 4.6 | | Line<br><br>☐ Not listed.  Explain | |
| 4.7 | | Line<br><br>☐ Not listed.  Explain | |
| 4.8 | | Line<br><br>☐ Not listed.  Explain | |
| 4.9 | | Line<br><br>☐ Not listed.  Explain | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known) | 24-90100 (MI) |
| --- | --- | --- | --- |
| | Name | | |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

**5.**     Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
| --- | --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | $          0.00 |
| 5b. | **Total claims from Part 2** | 5b.   + | $          333,417,835.16 |
| | | | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $          333,417,835.16 |
| | | | + Undetermined Amounts |

---

| Fill in this information to identify the case: |
| --- |

Debtor name     American Queen Steamboat Operating Company, LLC

United States Bankruptcy Court for the:    Southern District of Texas, Houston Division

Case number (If known):    24-90100 (MI)

☑ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE DATED 02/02/2018 AND ALL RELATED AGREEMENTS | 1201 BRIDGEPORT, LLC 8511 WESTOVER DR. PROSPECT, KY 40059 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TWO TO THE COMMERCIAL LEASE BETWEEN 1201 BRIDGEPORT, LLC AND AMERICAN QUEEN STEAMBOAT OPERATING COMPANY, LLC DATED 02/01/2023 AND ALL RELATED AGREEMENTS | 1201 BRIDGEPORT, LLC 3608 RIVER RIDGE COVE PROSPECT, KY 40059 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 03/03/2023 AND ALL RELATED AGREEMENTS | AAA EAST CENTRAL 5900 BAUM BLVD PITTSBURGH, PA 15206 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 03/03/2023 AND ALL RELATED AGREEMENTS | AAA EAST CENTRAL 5900 BAUM BLVD PITTSBURGH, PA 15206 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | AAA WASHINGTON 2627 CAPITAL MALL DR. SW OLYMPIA, WA 98502 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | AAA WASHINGTON<br>2627 CAPITAL MALL DR. SW<br>OLYMPIA, WA 98502 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | ADELMAN TRAVEL GROUP<br>6980 N PORT WASHINGTON RD<br>MILWAUKEE, WI 53217 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 09/08/2021 AND ALL RELATED AGREEMENTS | ADVANCED BUSINESS SOLUTIONS<br>1745 PAYNE STREET<br>LOUISVILLE, KY 40206 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | MERCHANT AGREEMENT DATED 01/01/2022 AND ALL RELATED AGREEMENTS | ADYEN N.V.<br>SIMON CARMIGGELTSTRAAT 6-50<br>AMSTERDAM, DJ, 1011<br>NETHERLANDS |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | GROUP ALLOTMENT DETAILS DATED 06/13/2023 AND ALL RELATED AGREEMENTS | ALAMO WORLD TRAVEL & TOURS<br>3201 DANVILLE BLVD #255<br>ALAMO, CA 94507 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | GROUP ALLOTMENT DETAILS DATED 06/30/2023 AND ALL RELATED AGREEMENTS | ALAMO WORLD TRAVEL & TOURS<br>3201 DANVILLE BLVD<br>ALAMO, CA 94507 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 09/11/2023 AND ALL RELATED AGREEMENTS | ALAMO WORLD TRAVEL & TOURS<br>3201 DANVILLE BLVD<br>ALAMO, CA 94507 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 04/04/2023 AND ALL RELATED AGREEMENTS | ALASKA INDEPENDENT COACH TOURS, LLC 1301 EASTAUGH WAY JUNEAU, AK 99801 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | ESCROW AGREEMENT DATED 08/11/2022 AND ALL RELATED AGREEMENTS | ALICE TRAVEL WORLDWIDE, INC 277 FAIRFIELD ROAD, SUITE 218 FAIRFIELD, NJ 07004 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | ALL ABOARD TRAVEL 12530 WORLD PLAZA LN. FORT MYERS, FL 33907 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | ALL CRUISE TRAVEL 1723 HAMILTON AVE SAN JOSE, CA 95125 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 05/15/2023 AND ALL RELATED AGREEMENTS | ALPHA TRAVEL 5488 FOLEY ROAD CINCINNATI, OH 45238 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 05/16/2023 AND ALL RELATED AGREEMENTS | ALPHA TRAVEL 5488 FOLEY ROAD CINCINNATI, OH 45238 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | AMERICA'S TEST KITCHEN TV SPONSORSHIP DATED 09/06/2022 AND ALL RELATED AGREEMENTS | AMERICA'S TEST KITCHEN LIMITED PARTNERSHIP 21 DRY DOCK AVENUE BOSTON, MA 02210 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor    American Queen Steamboat Operating Company, LLC                                    Case number (If known):    24-90100 (MI)
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | AMERICAN CLASSIC TOURS, INC<br>888 E BELVIDERE ROAD SUITE<br>GRAYSLAKE, IL 60030 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | AMERICAN CLASSIC TOURS, INC<br>888 E BELVIDERE ROAD SUITE<br>GRAYSLAKE, IL 60030 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | AMERICAN CLASSIC TOURS, INC<br>888 E BELVIDERE ROAD SUITE<br>GRAYSLAKE, IL 60030 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 04/29/2023 AND ALL RELATED AGREEMENTS | AMERICAN CLASSIC TOURS, INC<br>888 E BELVIDERE ROAD SUITE<br>GRAYSLAKE, IL 60030 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | AMERICAN CLASSIC TOURS, INC<br>888 E BELVIDERE ROAD SUITE<br>GRAYSLAKE, IL 60030 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD BAREBOAT CHARTER DATED 02/17/2020 AND ALL RELATED AGREEMENTS | AMERICAN COUNTESS, LLC<br>2400 E. COMMERCIAL BLVD., STE. 1200<br>FORT LAUDERDALE, FL 33308 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY SERVICES AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | AMERICAN COUNTESS, LLC<br>2400 E. COMMERCIAL BLVD., STE. 1200<br>FORT LAUDERDALE, FL 33308 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor  American Queen Steamboat Operating Company, LLC
Name

Case number (If known):   24-90100 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.27** State what the contract or lease is for and the nature of the debtor's interest | STANDARD BAREBOAT CHARTER DATED 02/17/2020 AND ALL RELATED AGREEMENTS | AMERICAN COUNTESS, LLC 222 PEARL STREET NEW ALBANY, IN 47150 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.28** State what the contract or lease is for and the nature of the debtor's interest | STANDARD BAREBOAT CHARTER DATED 02/17/2020 AND ALL RELATED AGREEMENTS | AMERICAN COUNTESS, LLC 222 PEARL STREET NEW ALBANY, IN 47150 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.29** State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT AND RELEASE AND ALL RELATED AGREEMENTS | AMERICAN CRUISE LINES, INC. 741 BOSTON POST RD. SUITE 200 GUILFORD, CT 06437 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.30** State what the contract or lease is for and the nature of the debtor's interest | MASTER DOCKING AGREEMENT DATED 02/17/2023 AND ALL RELATED AGREEMENTS | AMERICAN CRUISE LINES, INC. 741 BOSTON POST RD. SUITE 200 GUILFORD, CT 06437 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.31** State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY SERVICES AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | AMERICAN DUCHESS, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.32** State what the contract or lease is for and the nature of the debtor's interest | CONTRIBUTION AGREEMENT DATED 11/18/2022 AND ALL RELATED AGREEMENTS | AMERICAN QUEEN SUB, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.33** State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY SERVICES AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | AMERICAN QUEEN SUB, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

Debtor   American Queen Steamboat Operating Company, LLC                    Case number (If known):   24-90100 (MI)
         Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | LIVE PERFORMANCE AGREEMENT DATED 11/01/2022 AND ALL RELATED AGREEMENTS | ANN DUPONT ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest | CONSULTANCY AND SERVICES AGREEMENT DATED 08/01/2023 AND ALL RELATED AGREEMENTS | ANTONIO JOSE VELHINHO MOREIRA DE SOUSA TRADING STRADA 23 AUGUST, NR. 244, VILA 34A OTOPENI, JUDET ILFOV, 075100 ROMANIA |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.36** | State what the contract or lease is for and the nature of the debtor's interest | INTERNATIONAL REPRESENTATION AGREEMENT AND ALL RELATED AGREEMENTS | AQGSA LTD 4A ELYSTAN STREET LONDON, SW3 3NS UNITED KINGDOM |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.37** | State what the contract or lease is for and the nature of the debtor's interest | SLEEPING ROOMS ONLY AGREEMENT DATED 02/17/2024 AND ALL RELATED AGREEMENTS | AQH SUB, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.38** | State what the contract or lease is for and the nature of the debtor's interest | GROUP ALLOTMENT AGREEMENT DATED 04/19/2023 AND ALL RELATED AGREEMENTS | AQSC DIRECT GROUP 115 E MARKET ST. NEW ALBANY, IN 47150 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.39** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO THE ROAMRIGHT PRODUCER AGREEMENT DATED 07/01/2022 AND ALL RELATED AGREEMENTS | ARCH INSURANCE SOLUTIONS INC. 210 HUDSON ST JERSEY CITY, NJ 07302 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.40** | State what the contract or lease is for and the nature of the debtor's interest | TRAVEL RETAILER AGREEMENT DATED 12/22/2020 AND ALL RELATED AGREEMENTS | ARCH INSURANCE SOLUTIONS INC. 26225 NETWORK PLACE CHICAGO, IL 60673-1261 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 08/21/2021 AND ALL RELATED AGREEMENTS | ARETE ADVISORS, LLC 1500 GATEWAY BOULEVARD, SUITE 250 BOYNTON BEACH, FL 33426 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 07/03/2021 AND ALL RELATED AGREEMENTS | ARETE ADVISORS, LLC 1500 GATEWAY BOULEVARD SUITE 250 BOYNTON BEACH, FL 33426 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | FEDERAL MARITIME COMMISSION DATED 01/16/2016 AND ALL RELATED AGREEMENTS | ARGONAUT INSURANCE COMPANY 225 W. WASHINGTON, 24TH FLOOR CHICAGO, IL 60606 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | ROOM/RATE AGREEMENT DATED 05/13/2021 AND ALL RELATED AGREEMENTS | ASPEN HOTELS OF ALASKA P.O. BOX 90244 ANCHORAGE, AK 99509 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 01/01/2023 AND ALL RELATED AGREEMENTS | ASSA ABLOY GLOBAL SOLUTIONS MARINE, 5601 POWERLINE ROAD, FORT LAUDERDALE, FL 33309 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 06/15/2023 AND ALL RELATED AGREEMENTS | AVOYA TRAVEL 401 E LAS OLAS BLVD. FORT LAUDERDALE, FL 33301 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | AVOYA TRAVEL 401 E. LAS OLAS BLVD. FORT LAUDERDALE, FL 33301 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 10/19/2023 AND ALL RELATED AGREEMENTS | AVOYA TRAVEL 401 E. LAS OLAS BLVD FORT LAUDERDALE, FL 33301 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 09/01/2023 AND ALL RELATED AGREEMENTS | AVOYA TRAVEL 401 E. LAS OLAS BLVD. FORT LAUDERDALE, FL 33301 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK QUOTE AND ALL RELATED AGREEMENTS | BAE SYSTEMS 8500 HECKSCHER DRIVE JAXSONVILLE, FL 32226 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | LIVE PERFORMANCE AGREEMENT DATED 10/10/2022 AND ALL RELATED AGREEMENTS | BARBARA SIMS ADDRESS ON FILE |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | LIVE PERFORMANCE DATED 10/10/2022 AND ALL RELATED AGREEMENTS | BARBARA SIMS ADDRESS ON FILE |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSED DOCKING LEASE AGREEMENT TERMS NON BINDING. SUBJECT TO DEFINITIVE AGREEMENT AND ALL RELATED AGREEMENTS | BELLE OF BATON ROUGE 103 FRANCE ST BATON ROUGE, LA 70802 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | BENEDICT'S BUS SERVICE 2166 CHARLESTON ROAD WELLSBORO, PA 16901 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
|---|---|---|
| | Name | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.55** | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 07/21/2023 AND ALL RELATED AGREEMENTS | BENEDICT'S BUS SERVICE 2166 CHARLESTON ROAD WELLSBORO, PA 16901 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.56** | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | BETCHART EXPREDITIONS, INC. 17050 MONTEBELLO ROAD CUPPERTINO, CA 95014 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.57** | **State what the contract or lease is for and the nature of the debtor's interest** | PILING REMOVAL AND REPLACEMENT AGREEMENT DATED 07/13/2023 AND ALL RELATED AGREEMENTS | BIG RIVER SHIPBUILDERS, INC. 401 PORT TERMINAL CIRCLE VICKSBURG, MS 39183 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.58** | **State what the contract or lease is for and the nature of the debtor's interest** | PILING REMOVAL AND REPLACEMENT AGREEMENT DATED 07/27/2023 AND ALL RELATED AGREEMENTS | BIG RIVER SHIPBUILDERS, INC. 401 PORT TERMINAL CIRCLE VICKSBURG, MS 39183 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.59** | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NONDISCLOSURE AGREEMENT DATED 06/20/2023 AND ALL RELATED AGREEMENTS | BLUE ODYSSEY CORPORATION 74 FORESIDE ROAD CUMBERLAND FORESIDE, ME 04110 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.60** | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | BLUE SKIES TRAVEL 2 PITTSFIELD AVE EAST GREENBUSH, NY 12061 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.61** | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | BLUE SKIES TRAVEL 2 PITTSFIELD AVE EAST GREENBUSH, NY 12061 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor    American Queen Steamboat Operating Company, LLC _____    Case number (If known):   24-90100 (MI) _____
              Name

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.62** State what the contract or lease is for and the nature of the debtor's interest | BERTHING AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS 1350 PORT OF NEW ORLEANS PLACE NEW ORLEANS,, LA 70130 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.63** State what the contract or lease is for and the nature of the debtor's interest | LIVE PERFORMANCE AGREEMENT DATED 08/04/2023 AND ALL RELATED AGREEMENTS | BOBBY HORTON ADDRESS ON FILE |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.64** State what the contract or lease is for and the nature of the debtor's interest | LIVE PERFORMANCE AGREEMENT DATED 10/16/2023 AND ALL RELATED AGREEMENTS | BOBBY HORTON ADDRESS ON FILE |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.65** State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 02/12/2021 AND ALL RELATED AGREEMENTS | BOLIVAR COUNTY BOARD OF SUPERVISORS 200 S. COURT STREET CLEVELAND, MS 38732 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.66** State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | BOLIVAR COUNTY BOARD OF SUPERVISORS 200 S. COURT STREET CLEVELAND, MS 38732 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.67** State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | BOLIVAR COUNTY BOARD OF SUPERVISORS 200 S. COURT STREET CLEVELAND, MS 38732 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.68** State what the contract or lease is for and the nature of the debtor's interest | FULL VESSEL TICKET SALE AGREEMENT DATED 09/09/2022 AND ALL RELATED AGREEMENTS | BRAND G VACATIONS 3333 REPUBLIC AVE MINNEAPOLIS, MN 55426 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

Debtor   American Queen Steamboat Operating Company, LLC          Case number (if known)   24-90100 (MI)
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 07/11/2023 AND ALL RELATED AGREEMENTS | BRENNCO TRAVEL SERVICES 12030 GOODMAN STREET OVERLAND PARK, KS 66213 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | LIVE PERFORMANCE AGREEMENT DATED 09/15/2022 AND ALL RELATED AGREEMENTS | BRIAN IMBUS ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 01/03/2023 AND ALL RELATED AGREEMENTS | BUCK KREIHS MARINE REPAIR, LLC P.O. BOX 53305 NEW ORLEANS, LA 70153-3305 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | CONFIRMATION AND ALL RELATED AGREEMENTS | BUS SUPPLY CHARTERS, INC. P.O. BOX 1389 MCCOMB, MS 39649 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUP ALLOTMENT AGREEMENT DATED 07/26/2022 AND ALL RELATED AGREEMENTS | CAA TRAVEL 60 COMMERCE VALLEY DRIVE EAST THORNHILL, ON L3T 7P9 CANADA |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUP ALLOTMENT AGREEMENT DATED 07/26/2022 AND ALL RELATED AGREEMENTS | CAA TRAVEL 60 COMMERCE VALLEY DRIVE EAST THORNHILL, ON L3T 7P9 CANADA |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUP ALLOTMENT AGREEMENT DATED 07/26/2022 AND ALL RELATED AGREEMENTS | CAA TRAVELCAA TRAVEL ROSIE YU 60 COMMERCE VALLEY DRIVE EAST THORNHILL, ON L3T 7P9 CANADA |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known): 24-90100 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.76** | State what the contract or lease is for and the nature of the debtor's interest | GIFT AGREEMENT DATED 06/15/2022 AND ALL RELATED AGREEMENTS | CALIFORNIA POLYTECHNIC STATE UNIVERSITY FOUNDATION 1 GRAND AVENUE SAN LUIS OBISPO, CA 93407 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.77** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR TOURS & TRANSPORTATION SERVICES DATED 02/01/2023 AND ALL RELATED AGREEMENTS | CAPE FOX TOURS, LLC 620 DOCK STREET KETCHIKAN, AK 99901 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.78** | State what the contract or lease is for and the nature of the debtor's interest | QUICK RESPONSE TRAINING CONTRACT DATED 02/07/2022 AND ALL RELATED AGREEMENTS | CAREERSOURCE FLORIDA 2308 KILLEARN CENTER BLVD., SUITE 101 TALLAHASSEE, FL 32309 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.79** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | CAROLINA TRAVEL 10195 BEACH DR. SW VISION SQ UNIT 10 CALABASH, NC 28467 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.80** | State what the contract or lease is for and the nature of the debtor's interest | GROUP ALLOTMENT DETAILS DATED 09/08/2023 AND ALL RELATED AGREEMENTS | CAROLINA TRAVEL 10195 BEACH DR. SW VISION SQ UNIT 10 CALABASH, NC 28467 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.81** | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL NON-DISCLOSURE AGREEMENT DATED 04/27/2023 AND ALL RELATED AGREEMENTS | CATFISH QUEEN LLC 103 FRANCE ST STE 200 BATON ROUGE, LA 70802 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.82** | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE SUBLEASE LISTING AGREEMENT DATED 05/18/2023 AND ALL RELATED AGREEMENTS | CBRE, INC CBRE 2100 MCKINNEY AVENUE, SUITE 1250. DALLAS, TX 75201 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor  American Queen Steamboat Operating Company, LLC

Name

Case number (If known)   24-90100 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT AGREEMENT DATED 12/02/2020 AND ALL RELATED AGREEMENTS | CHATTANOOGA MARRIOTT DOWNTOWN TWO CARTER PLAZA CHATTANOOGA, TN 37402 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT AGREEMENT DATED 12/02/2020 AND ALL RELATED AGREEMENTS | CHATTANOOGA MARRIOTT DOWNTOWN TWO CARTER PLAZA CHATTANOOGA, TN 37402 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT AGREEMENT DATED 05/28/2022 AND ALL RELATED AGREEMENTS | CHATTANOOGA MARRIOTT DOWNTOWN TWO CARTER PLAZA CHATTANOOGA, TN 37402 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | CHEYENNE TRAVEL AGENCY 1600 MAIN ST GREAT BEND, KS 67530 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT AMENDMENT DATED 04/01/2022 AND ALL RELATED AGREEMENTS | CHICAGO LESSEE LLC D/B/A HILTON CHICAGO 720 S. MICHIGAN AVENUE CHICAGO, IL 60605 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL CORPORATE RATE AGREEMENT DATED 09/01/2022 AND ALL RELATED AGREEMENTS | CHRISTOPHER BOHANNON ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | CINCINNATI BOARD OF PARK COMMISSIONERS AND ALL RELATED AGREEMENTS | CINCINNATI BOARD OF PARK COMMISSIONERS 950 EDEN PARK DR CINCINNATI, OH 45202 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   American Queen Steamboat Operating Company, LLC    Case number (If known):   24-90100 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.90** **State what the contract or lease is for and the nature of the debtor's interest** — PUBLIC RELATIONS CONSULTING AGREEMENT DATED 10/13/2022 AND ALL RELATED AGREEMENTS | CIRCLE PUBLIC RELATIONS 1009 GENEVE STREET SHOREWOOD, IL 60404 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.91** **State what the contract or lease is for and the nature of the debtor's interest** — DOCKING AGREEMENT DATED 07/06/2016 AND ALL RELATED AGREEMENTS | CITY OF ALTON 101 EAST THIRD STREET ALTON, IL 62002 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.92** **State what the contract or lease is for and the nature of the debtor's interest** — DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF AUGUSTA 219 MAIN STREET AUGUSTA, KY 41002 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.93** **State what the contract or lease is for and the nature of the debtor's interest** — DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF AUGUSTA 219 MAIN STREET AUGUSTA, KY 41002 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.94** **State what the contract or lease is for and the nature of the debtor's interest** — DOCKING AGREEMENT DATED 07/01/2021 AND ALL RELATED AGREEMENTS | CITY OF AUGUSTA 219 MAIN STREET AUGUSTA, KY 41002 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.95** **State what the contract or lease is for and the nature of the debtor's interest** — DOCKING AGREEMENT DATED 04/01/2021 AND ALL RELATED AGREEMENTS | CITY OF BRANDENBURG P.O. BOX 305 737 HIGH STREET BRANDENBURG, KY 40108 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.96** **State what the contract or lease is for and the nature of the debtor's interest** — DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF BRANDENBURG P.O. BOX 305 737 HIGH STREET BRANDENBURG, KY 40108 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |

Debtor   American Queen Steamboat Operating Company, LLC

Case number (If known):   24-90100 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 06/05/2017 AND ALL RELATED AGREEMENTS | CITY OF BRANDENBURG P.O. BOX 305 BRANDENBURG, KY 40108 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF BRANDENBURG P.O. BOX 305 737 HIGH STREET BRANDENBURG, KY 40108 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN QUEEN STEAMBOAT COMPANY DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF BURLINGTON, IOWA 400 WASHINGTON STREET BURLINGTON, IA 52601 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN QUEEN STEAMBOAT COMPANY DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF CAPE GIRARDEAU P.O. BOX 617 401 INDEPENDENCE STREET CAPE GIRARDEAU,, MO 63702 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 05/17/2019 AND ALL RELATED AGREEMENTS | CITY OF CHESTER 1330 SWANWICK STREET CHESTER,, IL 62233 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 05/17/2019 AND ALL RELATED AGREEMENTS | CITY OF CHESTER 1330 SWANWICK STREET CHESTER, IL 62233 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF CLINTON 511 RIVERVIEW DRIVE CLINTON, IA 52732 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
| --- | --- | --- |
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AGREEMENT DATED 06/25/2019 AND ALL RELATED AGREEMENTS | CITY OF CLINTON 511 RIVERVIEW DRIVE CLINTON, IA 52732 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF CLINTON 511 RIVERVIEW DRIVE CLINTON, IA 52732 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF CLINTON 511 RIVERVIEW DRIVE CLINTON, IA 52732 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AGREEMENT DATED 06/25/2019 AND ALL RELATED AGREEMENTS | CITY OF CLINTON 511 RIVERVIEW DRIVE CLINTON, IA 52732 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF COLUMBUS 14503 STATE ROUTE 123 W COLUMBUS, KY 42032 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF COLUMBUS 14503 STATE ROUTE 123 W COLUMBUS, KY 42032 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND HOLD HARMLESS DATED 10/05/2023 AND ALL RELATED AGREEMENTS | CITY OF DAVENPORT 226 W 4TH ST DAVENPORT, IA 52801 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor   American Queen Steamboat Operating Company, LLC          Case number (If known)   24-90100 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.111** State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS |
| | CITY OF DECATUR<br>402 LEE STREET NE<br>6TH FLOOR<br>DECATUR, AL 35601 |
| State the term remaining | UNDETERMINED |
| List the contract number of any government contract | |
| **2.112** State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS |
| | CITY OF DECATUR<br>402 LEE STREET NE<br>6TH FLOOR<br>DECATUR, AL 35601 |
| State the term remaining | UNDETERMINED |
| List the contract number of any government contract | |
| **2.113** State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 07/03/2019 AND ALL RELATED AGREEMENTS |
| | CITY OF DUBUQUE<br>50 W, 13TH STREET<br>DUBUQUE, IA 52001 |
| State the term remaining | UNDETERMINED |
| List the contract number of any government contract | |
| **2.114** State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 07/03/2019 AND ALL RELATED AGREEMENTS |
| | CITY OF DUBUQUE<br>50 W. 13TH STREET<br>DUBUQUE, IA 52001 |
| State the term remaining | UNDETERMINED |
| List the contract number of any government contract | |
| **2.115** State what the contract or lease is for and the nature of the debtor's interest | 2022 DOCKING AGREEMENT DATED 06/20/2022 AND ALL RELATED AGREEMENTS |
| | CITY OF DUBUQUE<br>50 W. 13TH STREET<br>DUBUQUE, IA 52001 |
| State the term remaining | UNDETERMINED |
| List the contract number of any government contract | |
| **2.116** State what the contract or lease is for and the nature of the debtor's interest | DOCKING SERVICES AGREEMENT DATED 01/01/2023 AND ALL RELATED AGREEMENTS |
| | CITY OF DUBUQUE<br>50 W. 13TH STREET<br>DUBUQUE, IA 52001 |
| State the term remaining | UNDETERMINED |
| List the contract number of any government contract | |
| **2.117** State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS |
| | CITY OF FLORENCE<br>110 WEST COLLEGE STREET<br>FLORENCE, AL 35630 |
| State the term remaining | UNDETERMINED |
| List the contract number of any government contract | |

Debtor   American Queen Steamboat Operating Company, LLC

Name

Case number (If known):   24-90100 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF FLORENCE<br>110 WEST COLLEGE STREET<br>FLORENCE, AL 35630 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF FLORENCE<br>110 WEST COLLEGE STREET<br>FLORENCE, AL 35630 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AGREEMENT DATED 02/03/2021 AND ALL RELATED AGREEMENTS | CITY OF GREENVILLE<br>340 MAIN STREET<br>PO BOX 897<br>GREENVILLE, MS 38701 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AGREEMENT DATED 02/03/2021 AND ALL RELATED AGREEMENTS | CITY OF GREENVILLE<br>340 MAIN STREET<br>P.O. BOX 897<br>GREENVILLE, MS 38701 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF HELENA<br>316 N PARK AVE<br>HELENA, MT 59601 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF HELENA<br>316 N PARK AVE<br>HELENA, MT 59601 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF HELENA-WEST HELENA<br>226 PERRY STREET<br>HELENA, AR 72342 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor American Queen Steamboat Operating Company, LLC
Name

Case number (If known): 24-90100 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.125** State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF HELENA-WEST HELENA 226 PERRY STREET P.O. BOX 248 HELENA, AR 72342 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.126** State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 04/30/2021 AND ALL RELATED AGREEMENTS | CITY OF HENDERSON P.O. BOX 716 222 FIRST STREET HENDERSON, KY 42419 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.127** State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 05/15/2015 AND ALL RELATED AGREEMENTS | CITY OF HENDERSON, PO BOX 716 HENDERSON, KY 42419 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.128** State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF HUNTINGTON 800 5TH AVENUE HUNTINGTON, WV 25701 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.129** State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF HUNTINGTON 800 5TH AVENUE HUNTINGTON, WV 25701 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.130** State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 06/26/2019 AND ALL RELATED AGREEMENTS | CITY OF LA CROSSE 400 LA CROSSE STREET LA CROSSE, WI 54601 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.131** State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 10/12/2021 AND ALL RELATED AGREEMENTS | CITY OF LA CROSSE 400 LA CROSSE STREET LA CROSSE, WI 54601 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

### ■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.132** | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF MADISON 101 W. MAIN STREET MADISON, IN 47250 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.133** | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF MADISON 101 W. MAIN STREET MADISON, IN 47250 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.134** | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF MADISON 101 W. MAIN STREET MADISON, IN 47250 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.135** | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF MADISON 101 W. MAIN STREET MADISON, IN 47250 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.136** | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF MARIETTA 301 W. PUTNAM STREET MARIETTA, OH 45750 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.137** | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF MEMPHIS, TENNESSEE 701 N MAIN STREET MEMPHIS,, TN 38107 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.138** | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 07/29/2011 AND ALL RELATED AGREEMENTS | CITY OF MEMPHIS, TENNESSEE 701 N MAIN STREET MEMPHIS, TN 38107 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   American Queen Steamboat Operating Company, LLC                     Case number (If known):   24-90100 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF NEW MADRID 560 MOTT STREET NEW MADRID, MO 63869 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF NEW MADRID 560 MOTT STREET NEW MADRID,, MO 63869 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 03/31/2015 AND ALL RELATED AGREEMENTS | CITY OF NEW MADRID 560 MOTT STREET NEW MADRID,, MO 63869 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF PADUCAH P.O. BOX 2267 300 S. 5TH STREET PADUCAH, KY 42002 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 04/15/2021 AND ALL RELATED AGREEMENTS | CITY OF PADUCAH P.O. BOX 2267 300 S. 5TH STREET PADUCAH, KY 42002 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF PADUCAH P.O. BOX 2267 300 S. 5TH STREET PADUCAH, KY 42002 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 07/07/2021 AND ALL RELATED AGREEMENTS | CITY OF POINT PLEASANT 400 VIAND STREET POINT PLEASANT, WV 25550 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor    American Queen Steamboat Operating Company, LLC                                    Case number (If known):   24-90100 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN QUEEN STEAMBOAT COMPANY DOCKING AGREEMENT DATED 06/27/2018 AND ALL RELATED AGREEMENTS | CITY OF POINT PLEASANT 400 VIAND STREET POINT PLEASANT,, WV 25550 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 07/07/2021 AND ALL RELATED AGREEMENTS | CITY OF POINT PLEASANT 400 VIAND STREET POINT PLEASANT, WV 25550 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN QUEEN STEAMBOAT COMPANY DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF POINT PLEASANT 400 VIAND STREET POINT PLEASANT, WV 25550 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 07/13/2021 AND ALL RELATED AGREEMENTS | CITY OF PRAIRIE DU CHIEN P.O. BOX 324 214 E. BLACKHAWK AVENUE PRAIRIE DU CHIEN, WI 53821 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND USE AGREEMENT DATED 12/10/2020 AND ALL RELATED AGREEMENTS | CITY OF RED WING, 315 WEST 4TH STREET RED WING, MN 55066 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF SAVANNAH 140 MAIN STREET SAVANNAH, TN 38372 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF SAVANNAH 140 MAIN STREET SAVANNAH, TN 38372 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF ST. PAUL<br>1100 HAMLINE AVE. NORTH<br>ST. PAUL, MN 55108 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF ST. PAUL<br>1100 HAMLINE AVE. NORTH<br>ST. PAUL, MN 55108 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF ST. PAUL<br>1100 HAMLINE AVE. NORTH<br>ST. PAUL, MN 55108 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY USE/AGREEMENT DATED 03/17/2023 AND ALL RELATED AGREEMENTS | CITY OF THE DALLES<br>313 COURT STREET<br>THE DALLES, OR 97058 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 08/18/2021 AND ALL RELATED AGREEMENTS | CITY OF VICKSBURG<br>P.O. BOX 150<br>1401 WALNUT STREET<br>VICKSBURG, MS 39181 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF WHEELING<br>1500 CHAPLINE STREET<br>WHEELING, WV 26003 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | PERMIT #7393 AND ALL RELATED AGREEMENTS | CLARKSVILLE PARKS & RECREATION<br>102 PUBLIC SQUARE<br>CLARKSVILLE, TN 37040 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.160** | State what the contract or lease is for and the nature of the debtor's interest | LIVE PERFORMANCE AGREEMENT DATED 10/20/2022 AND ALL RELATED AGREEMENTS | CLINTON BAGLEY ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.161** | State what the contract or lease is for and the nature of the debtor's interest | LIVE PERFORMANCE AGREEMENT DATED 10/10/2022 AND ALL RELATED AGREEMENTS | CLINTON BAGLEY ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.162** | State what the contract or lease is for and the nature of the debtor's interest | CHARTER AGREEMENT AND ALL RELATED AGREEMENTS | COACH ATLANTIC 7 MOUNT EDWARD ROAD CHARLOTTETOWN, PE C1A5R7 CANADA |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.163** | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | COLUMBUS- BELMONT STATE PARK P.O. BOX 9 COLUMBUS, KY 42032 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.164** | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | COLUMBUS- BELMONT STATE PARK P.O. BOX 9 COLUMBUS, KY 42032 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.165** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE DATED 01/16/2020 AND ALL RELATED AGREEMENTS | COMMONWEALTH TECHNOLOGY 3874 HIGHLAND PARK NORTH CANTON, OH 44720 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.166** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | COMMUNITY TRAVEL BATTLE GROUND, LLC 12 S PARKWAY AVE BATTLEGROUND, WA 98604 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   American Queen Steamboat Operating Company, LLC

Name

Case number (If known):   24-90100 (MI)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.167** State what the contract or lease is for and the nature of the debtor's interest | CHARTER CONFIRMATION DATED 01/17/2023 AND ALL RELATED AGREEMENTS | CROSWELL 975 WEST MAIN STREET WILLIAMSBURG,, OH 45176 |

| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | CHARTER CONFIRMATION DATED 01/17/2023 AND ALL RELATED AGREEMENTS | CROSWELL 975 WEST MAIN STREET WILLIAMSBURG,, OH 45176 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 10/20/2023 AND ALL RELATED AGREEMENTS | CRUISE EXPERTS 111 S. COURT ST. SUITE 102 VISALIA, CA 93291 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | CRUISE EXPERTS 111 S. COURT ST. SUITE 102 VISALIA, CA 93291 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | CRUISE HOLIDAYS OF PALM SPRINGS 610 S BELARDO RD. PALM SPRINGS, CA 92264 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | CREW ADMINISTRATION AGREEMENT DATED 03/03/2022 AND ALL RELATED AGREEMENTS | CRUISE MANAGEMENT INTERNATIONAL, INC. 4770 BISCAYNE BLVD PH-C MIAMI, FL 33137 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 07/19/2023 AND ALL RELATED AGREEMENTS | CRUISE PLANNERS 3111 N UNIVERSITY DRIVE STE. 1 CORAL SPRINGS, FL 33065 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUP ALLOTMENT AGREEMENT DATED 11/29/2022 AND ALL RELATED AGREEMENTS | CRUISE PLANNERS 3300 NORTH UNIVERSITY DRIVE, SUITE 1 CORAL SPRINGS, FL 33065 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor  American Queen Steamboat Operating Company, LLC
Name
Case number (If known):  24-90100 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.174** **State what the contract or lease is for and the nature of the debtor's interest** — ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS <br> **State the term remaining** — UNDETERMINED <br> **List the contract number of any government contract** | CRUISE PLANNERS <br> 3111 N UNIVERSITY DRIVE STE. 1 <br> CORAL SPRINGS, FL 33065 |
| **2.175** **State what the contract or lease is for and the nature of the debtor's interest** — ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS <br> **State the term remaining** — UNDETERMINED <br> **List the contract number of any government contract** | CRUISE PLANNERS <br> 3300 NORTH UNIVERSITY DRIVE, SUITE 1 <br> CORAL SPRINGS, FL 33065 |
| **2.176** **State what the contract or lease is for and the nature of the debtor's interest** — INTERNATIONAL REPRESENTATION AGREEMENT DATED 01/01/2022 AND ALL RELATED AGREEMENTS <br> **State the term remaining** — UNDETERMINED <br> **List the contract number of any government contract** | CRUISE WORLD LTD, AUCKLAND, NZL <br> 71B APOLLO DRIVE <br> NORTH HARBOR <br> AUCKLAND, 0632 <br> NEW ZEALAND |
| **2.177** **State what the contract or lease is for and the nature of the debtor's interest** — ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS <br> **State the term remaining** — UNDETERMINED <br> **List the contract number of any government contract** | CRUISES & TOURS UNLIMITED <br> 9125 PHILLIPS HWY <br> JACKSONVILLE, FL 32256 |
| **2.178** **State what the contract or lease is for and the nature of the debtor's interest** — ALLOTMENT AGREEMENT DATED 09/14/2023 AND ALL RELATED AGREEMENTS <br> **State the term remaining** — UNDETERMINED <br> **List the contract number of any government contract** | CRUISES & TOURS UNLIMITED <br> 9125 PHILLIPS HWY <br> JACKSONVILLE, FL 32256 |
| **2.179** **State what the contract or lease is for and the nature of the debtor's interest** — ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS <br> **State the term remaining** — UNDETERMINED <br> **List the contract number of any government contract** | CRUISES BY GLORIA <br> 3955 DOVER PLACE <br> ST. LOUIS, MO 63116 |
| **2.180** **State what the contract or lease is for and the nature of the debtor's interest** — MASTER LICENSE AGREEMENT DATED 07/19/2022 AND ALL RELATED AGREEMENTS <br> **State the term remaining** — UNDETERMINED <br> **List the contract number of any government contract** | CRUNCHTIME! INFORMATION SYSTEMS, INC. <br> 129 PORTLAND STREET <br> BOSTON, MA 02114 |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.181** | State what the contract or lease is for and the nature of the debtor's interest | LIVE PERFORMANCE AGREEMENT DATED 12/09/2022 AND ALL RELATED AGREEMENTS | CURTIS FIELDS ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.182** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | CUSTOM TRAVEL CONCEPTS 481 WHISPERING OAK CIRCLE CHAPIN, SC 29036 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.183** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | CUSTOM TRAVEL CONCEPTS 222 PEARL STREET NEW ALBANY, IN 47150 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.184** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 03/01/2023 AND ALL RELATED AGREEMENTS | CUSTOM TRAVEL CONCEPTS 481 WHISPERING OAK CIRCLE CHAPIN, SC 29036 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.185** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 10/03/2023 AND ALL RELATED AGREEMENTS | CUSTOM WORLD TRAVEL 135 SOMMERVLLLE ST S. UNIT 525 SHAKOPEE, MN 55379 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.186** | State what the contract or lease is for and the nature of the debtor's interest | LIVE PERFORMANCE DATED 03/10/2023 AND ALL RELATED AGREEMENTS | DARRIN (NEWHARDT) DEGENHARDT ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.187** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT AND ALL RELATED AGREEMENTS | DAVID KISH ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | DAVIES CRUISE AGENCIES<br>334 AUWINALA RD.<br>KAILUA, HI 96734 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | DMC SERVICES AGREEMENT DATED 06/08/2023 AND ALL RELATED AGREEMENTS | DESTINATION ST. LOUIS, INC<br>7710 BIG BEND BLVD.<br>ST. LOUIS, MO 63119 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED 06/08/2023 AND ALL RELATED AGREEMENTS | DESTINATION ST. LOUIS, INC.,<br>7710 BIG BEND BLVD<br>ST. LOUIS, MO 63119 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | CITY TOUR & TRANSFER SERVICES CONTRACT DATED 03/02/2023 AND ALL RELATED AGREEMENTS | DISCOVER CANADA TOUR<br>820111 MELVILLE STREET<br>VANCOUVER, BC V6E3V6<br>CANADA |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | CITY TOUR & TRANSFER SERVICES CONTRACT DATED 02/15/2023 AND ALL RELATED AGREEMENTS | DISCOVER CANADA TOURS<br>820111 MELVILLE STREET<br>VANCOUVER, BC V6E3V6<br>CANADA |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP SALES EVENT AGREEMENT DATED 02/25/2021 AND ALL RELATED AGREEMENTS | DOUBLETREE BY HILTON MONTREAL<br>1255 JEANNE MANCE ST<br>MONTREAL, QC H5B 1E5<br>CANADA |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCOMMODATION AGREEMENT DATED 03/18/2021 AND ALL RELATED AGREEMENTS | DOUBLETREE HOTEL CHATTANOOGA<br>407 CHESTNUT STREET<br>CHATTANOOGA, TN 37402 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.195** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | DUBE TRAVEL/CWT<br>250 CENTER STREET<br>AUBURN, ME 04210 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.196** | State what the contract or lease is for and the nature of the debtor's interest | STANDARD DM RENTAL PROGRAM DISHMACHINE RENTAL AGREEMENT DATED 02/24/2020 AND ALL RELATED AGREEMENTS | ECOLAB<br>251 RIVERSIDE DR<br>MEMPHIS, TN 38103-7437 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.197** | State what the contract or lease is for and the nature of the debtor's interest | CENTRAL LAUNDRY SYSTEM AGREEMENT DATED 02/01/2018 AND ALL RELATED AGREEMENTS | ECOLAB<br>C/O GENERAL COUNSEL ECOLAB INC.<br>1 ECOLAB PLACE<br>ST. PAUL, MN 55102 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.198** | State what the contract or lease is for and the nature of the debtor's interest | PHASE II DISHMACHINE RENTAL AGREEMENT DATED 12/27/2018 AND ALL RELATED AGREEMENTS | ECOLAB<br>5605 NE SUNDIAL RD<br>TROUTDALE, OR 97060 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.199** | State what the contract or lease is for and the nature of the debtor's interest | PHASE II DISHMACHINE RENTAL AGREEMENT DATED 11/30/2018 AND ALL RELATED AGREEMENTS | ECOLAB<br>251 RIVERSIDE DR<br>MEMPHIS, TN 38103-7437 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.200** | State what the contract or lease is for and the nature of the debtor's interest | PHASE II DISHMACHINE RENTAL AGREEMENT DATED 03/02/2018 AND ALL RELATED AGREEMENTS | ECOLAB<br>P.O. BOX 70343 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.201** | State what the contract or lease is for and the nature of the debtor's interest | PHASE II DISHMACHINE RENTAL AGREEMENT DATED 05/01/2019 AND ALL RELATED AGREEMENTS | ECOLAB<br>P.O. BOX 70343 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   American Queen Steamboat Operating Company, LLC          Case number (If known):   24-90100 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.202** State what the contract or lease is for and the nature of the debtor's interest: PHASE II DISHMACHINE RENTAL AGREEMENT DATED 03/06/2018 AND ALL RELATED AGREEMENTS | ECOLAB 5605 NE SUNDIAL RD TROUTDALE, OR 97060 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |
| **2.203** State what the contract or lease is for and the nature of the debtor's interest: STANDARD DM RENTAL PROGRAM DISHMACHINE RENTAL AGREEMENT DATED 01/13/2020 AND ALL RELATED AGREEMENTS | ECOLAB 583 THOMPSON RD HOUMA, LA 70363-7326 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |
| **2.204** State what the contract or lease is for and the nature of the debtor's interest: CENTRAL LAUNDRY SYSTEM AGREEMENT DATED 01/23/2018 AND ALL RELATED AGREEMENTS | ECOLAB GENERAL COUNSEL ECOLAB INC. 1 ECOLAB PLACE ST. PAUL, MN 55102 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |
| **2.205** State what the contract or lease is for and the nature of the debtor's interest: FULL VESSEL TICKET SALE AGREEMENT DATED 02/17/2023 AND ALL RELATED AGREEMENTS | ELDERHOSTEL, INC. 1 1 AVE DE LAFAYETTE BOSTON, MA 02111 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |
| **2.206** State what the contract or lease is for and the nature of the debtor's interest: PREFERRED SUPPLIER AGREEMENT DATED 03/24/2023 AND ALL RELATED AGREEMENTS | ELDERHOSTEL, INC. D/B/A ROAD SCHOLAR 11 AVE DE LAFAYETTE GINNY STOKES BOSTON, MA 02111 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |
| **2.207** State what the contract or lease is for and the nature of the debtor's interest: PROCUREMENT SERVICES AGREEMENT DATED 06/01/2021 AND ALL RELATED AGREEMENTS | ENTEGRA PROCUREMENT SERVICES, LLC 9801 WASHINGTONIAN BLVD. GAITHERSBURG, MD 20878 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |
| **2.208** State what the contract or lease is for and the nature of the debtor's interest: STANDARD BAREBOAT CHARTER DATED 04/01/2014 AND ALL RELATED AGREEMENTS | EON PARTNERS, LLC JOHN WAGGONER 115 E MARKET STREET NEW ALBANY, IN 47150 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |

Debtor  American Queen Steamboat Operating Company, LLC  _____  Case number (If known): 24-90100 (MI) _____
Name

| | | |
|---|---|---|
| ███ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.209** | State what the contract or lease is for and the nature of the debtor's interest | STANDARD BAREBOAT CHARTER DATED 04/01/2014 AND ALL RELATED AGREEMENTS | EON PARTNERS, LLC<br>115 E MARKET STREET<br>NEW ALBANY, IN 47150 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.210** | State what the contract or lease is for and the nature of the debtor's interest | STANDARD BAREBOAT CHARTER DATED 04/01/2014 AND ALL RELATED AGREEMENTS | EON PARTNERS, LLC<br>2400 E. COMMERCIAL BLVD., STE. 1200<br>FORT LAUDERDALE, FL 33308 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.211** | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY SERVICES AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | EON PARTNERS, LLC<br>2400 E. COMMERCIAL BLVD., STE. 1200<br>FORT LAUDERDALE, FL 33308 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.212** | State what the contract or lease is for and the nature of the debtor's interest | BAREBOAT CHARTER ASSIGNMENT AGREEMENT DATED 12/02/2016 AND ALL RELATED AGREEMENTS | EON PARTNERS, LLC.<br>115 E. MARKET STREET<br>NEW ALBANY, IN 47150 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.213** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 02/10/2023 AND ALL RELATED AGREEMENTS | EQUIFAX ENTERPRISE SERVICES LLC<br>1550 PEACHTREE STREET N.W<br>ATLANTA, GA 30309 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.214** | State what the contract or lease is for and the nature of the debtor's interest | WAIVER AND RELEASE DATED 03/17/2023 AND ALL RELATED AGREEMENTS | ERGON MARINE & INDUSTRIAL SUPPLY, INC.<br>P.O. BOX 1639<br>JACKSON, MS 39215-1639 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.215** | State what the contract or lease is for and the nature of the debtor's interest | INTERNATIONAL REPRESENTATION AGREEMENT DATED 01/01/2022 AND ALL RELATED AGREEMENTS | EUROPA TRAVEL SERVICE<br>5TH FL, 62, SEC 2<br>NAN-KING EAST ROAD<br>TAIPEI, 10457<br>TAIWAN |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known): 24-90100 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.216** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 06/02/2021 AND ALL RELATED AGREEMENTS | EXHIBITION AUTHORITY OF PITTSBURGH AND ALLEGHENY COUNTY 171 10TH ST, 2ND FLOOR PITTSBURGH, PA 15222 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.217** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT AND ALL RELATED AGREEMENTS | EXTRA SPACE STORAGE 3883 SHERMAN ST SAN DIEGO, CA 92110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.218** | State what the contract or lease is for and the nature of the debtor's interest | ESCROW AGREEMENT DATED 03/15/2020 AND ALL RELATED AGREEMENTS | FIRST FINANCIAL BANK YELLOW CARDINAL ADVISORY GROUP 1 E FOURTH STREET CINCINNATI, OH 45202 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.219** | State what the contract or lease is for and the nature of the debtor's interest | ESCROW AGREEMENT DATED 08/11/2022 AND ALL RELATED AGREEMENTS | FIRST FINANCIAL BANK DBA YELLOW CARDINAL ADVISORY GROUP 1 E FOURTH STREET CINCINNATI, OH 45202 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.220** | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL CONTRACT AND ALL RELATED AGREEMENTS | FMC GLOBALSAT, INC. 3301 SE 14TH AVENUE FORT LAUDERDALE, FL 33316 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.221** | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL CONTRACT DATED 04/06/2022 AND ALL RELATED AGREEMENTS | FMC GLOBALSAT, INC. 3301 SE 14TH AVENUE FORT LAUDERDALE, FL 33316 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.222** | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AND DATA PLAN AND ALL RELATED AGREEMENTS | FMC GLOBALSAT, INC. 3301 SE 14TH AVENUE FORT LAUDERDALE, FL 33316 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | FMC GLOBALSAT INC. MASTER SERVICES AGREEMENT AND TERMS & CONDITIONS AND ALL RELATED AGREEMENTS | FMC GLOBALSAT, INC. 3301 SE 14TH AVENUE FORT LAUDERDALE, FL 33316 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 03/15/2023 AND ALL RELATED AGREEMENTS | FRIENDSHIP TOURS & THE SHIP SHOP 705 BLOOMFIELD AVE BLOOMFIELD, CT 06002 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 03/15/2023 AND ALL RELATED AGREEMENTS | FRIENDSHIP TOURS & THE SHIP SHOP 705 BLOOMFIELD AVE BLOOMFIELD, CT 06002 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 03/15/2023 AND ALL RELATED AGREEMENTS | FRIENDSHIP TOURS & THE SHIP SHOP 705 BLOOMFIELD AVE BLOOMFIELD, CT 06002 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | FRIENDSHIP TOURS & THE SHIP SHOP DONNA MILLIKEN 705 BLOOMFIELD AVE BLOOMFIELD, CT 06002 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 09/01/2023 AND ALL RELATED AGREEMENTS | FRIENDSHIP TOURS & THE SHIP SHOP 705 BLOOMFIELD AVE BLOOMFIELD, CT 06002 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 09/01/2023 AND ALL RELATED AGREEMENTS | FRIENDSHIP TOURS & THE SHIP SHOP 705 BLOOMFIELD AVE BLOOMFIELD, CT 06002-3155 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known): 24-90100 (MI) |
|---|---|---|
| | Name | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.230** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | FUN FOR LESS, INC. 392 EAST 12300 SOUTH, SUITE D DRAPER, UT 84020 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.231** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 05/10/2023 AND ALL RELATED AGREEMENTS | FUN FOR LESS, INC. 392 EAST 12300 SOUTH, SUITE D DRAPER, UT 84020 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.232** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 05/11/2023 AND ALL RELATED AGREEMENTS | GANNON TRAVEL ASSOCIATES 2319 N. WEBB ROAD GRAND ISLAND, NE 68803 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.233** | State what the contract or lease is for and the nature of the debtor's interest | TRAVEL INDUSTRY SALES AGREEMENT DATED 10/23/2020 AND ALL RELATED AGREEMENTS | GAYLORD OPRYLAND RESORT & CONVENTION CENTER 2800 OPRYLAND DRIVE NASHVILLE, TN 37214-1200 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.234** | State what the contract or lease is for and the nature of the debtor's interest | TRAVEL INDUSTRY SALES AGREEMENT DATED 05/29/2023 AND ALL RELATED AGREEMENTS | GAYLORD OPRYLAND RESORT & CONVENTION CENTER 2800 OPRYLAND DRIVE NASHVILLE, TN 37214-1200 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.235** | State what the contract or lease is for and the nature of the debtor's interest | TRAVEL INDUSTRY SALES AGREEMENT DATED 11/03/2022 AND ALL RELATED AGREEMENTS | GAYLORD OPRYLAND RESORT & CONVENTION CENTER 2800 OPRYLAND DRIVE NASHVILLE, TN 37214-1200 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.236** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO AGREEMENT DATED 01/09/2023 AND ALL RELATED AGREEMENTS | GAYLORD OPRYLAND RESORT & CONVENTION CENTER 2800 OPRYLAND DRIVE NASHVILLE, TN 37214-1200 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.237** | State what the contract or lease is for and the nature of the debtor's interest | TRAVEL INDUSTRY SALES AGREEMENT DATED 03/18/2021 AND ALL RELATED AGREEMENTS | GAYLORD OPRYLAND RESORT & CONVENTION CENTER 2800 OPRYLAND DRIVE NASHVILLE, TN 37214-1200 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.238** | State what the contract or lease is for and the nature of the debtor's interest | TRAVEL INDUSTRY SALES AGREEMENT DATED 03/24/2021 AND ALL RELATED AGREEMENTS | GAYLORD OPRYLAND RESORT & CONVENTION CENTER 2800 OPRYLAND DRIVE NASHVILLE, TN 37214-1200 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.239** | State what the contract or lease is for and the nature of the debtor's interest | TRAVEL INDUSTRY SALES AGREEMENT DATED 10/23/2020 AND ALL RELATED AGREEMENTS | GAYLORD OPRYLAND RESORT & CONVENTION CENTER 2800 OPRYLAND DRIVE NASHVILLE, TN 37214-1200 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.240** | State what the contract or lease is for and the nature of the debtor's interest | TRAVEL INDUSTRY SALES AGREEMENT DATED 10/28/2020 AND ALL RELATED AGREEMENTS | GAYLORD OPRYLAND RESORT & CONVENTION CENTER 2800 OPRYLAND DRIVE NASHVILLE, TN 37214-1200 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.241** | State what the contract or lease is for and the nature of the debtor's interest | TRAVEL INDUSTRY SALES AGREEMENT DATED 03/19/2021 AND ALL RELATED AGREEMENTS | GAYLORD OPRYLAND RESORT & CONVENTION CENTER 2800 OPRYLAND DRIVE NASHVILLE, TN 37214-1200 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.242** | State what the contract or lease is for and the nature of the debtor's interest | TRAVEL INDUSTRY SALES AGREEMENT DATED 03/19/2021 AND ALL RELATED AGREEMENTS | GAYLORD OPRYLAND RESORT & CONVENTION CENTER 2800 OPRYLAND DRIVE NASHVILLE, TN 37214-1200 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.243** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 09/14/2023 AND ALL RELATED AGREEMENTS | GOLUXURY CRUISER 110 EAST BROWARD BLVD. STE. 1700 FORT LAUDERDALE, FL 33301 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   American Queen Steamboat Operating Company, LLC                   Case number (If known):   24-90100 (MI)
         Name

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.244** | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT DATED 05/29/2022 AND ALL RELATED AGREEMENTS | GORDON FOOD SERVICE, INC 1300 GEZON PKWY SW WYOMING, MI 49509 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.245** | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT DATED 05/29/2022 AND ALL RELATED AGREEMENTS | GORDON FOOD SERVICE, INC ATTENTION: SENIOR MANAGER, BROADLINE SALES AND GENERAL COUNSEL 1300  GEZON PKWY, SW WYOMING, MI 49509 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.246** | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | GRAND AMERICAN TOURS 5 S. MORTON AVE MORTON, PA 19070 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.247** | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 03/17/2023 AND ALL RELATED AGREEMENTS | GRAND AMERICAN TOURS 5 S. MORTON AVE MORTON, PA 19070 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.248** | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | GRAND AMERICAN TOURS 5 S. MORTON AVE MORTON, PA 19070 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.249** | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP ALLOTMENT AGREEMENT DATED 02/13/2023 AND ALL RELATED AGREEMENTS | GRAND AMERICAN TOURS 5 S. MORTON AVE MORTON, PA 19070 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.250** | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | GRAND AMERICAN TOURS 5 S. MORTON AVE MORTON, PA 19070 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor   American Queen Steamboat Operating Company, LLC     Case number (If known):   24-90100 (MI)

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.251** State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 03/31/2023 AND ALL RELATED AGREEMENTS | GRAND AMERICAN TOURS 5 S. MORTON AVE MORTON, PA 19070 |

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.251** | **State what the contract or lease is for and the nature of the debtor's interest** — ALLOTMENT AGREEMENT DATED 03/31/2023 AND ALL RELATED AGREEMENTS<br>**State the term remaining** — UNDETERMINED<br>**List the contract number of any government contract** | GRAND AMERICAN TOURS<br>5 S. MORTON AVE<br>MORTON, PA 19070 |
| **2.252** | **State what the contract or lease is for and the nature of the debtor's interest** — ALLOTMENT AGREEMENT DATED 02/13/2023 AND ALL RELATED AGREEMENTS<br>**State the term remaining** — UNDETERMINED<br>**List the contract number of any government contract** | GRAND AMERICAN TOURS<br>5 S. MORTON AVE<br>MORTON, PA 19070 |
| **2.253** | **State what the contract or lease is for and the nature of the debtor's interest** — ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS<br>**State the term remaining** — UNDETERMINED<br>**List the contract number of any government contract** | GRAND AMERICAN TOURS<br>5 S. MORTON AVE<br>MORTON, PA 19070 |
| **2.254** | **State what the contract or lease is for and the nature of the debtor's interest** — ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS<br>**State the term remaining** — UNDETERMINED<br>**List the contract number of any government contract** | GRAND AMERICAN TOURS<br>5 S. MORTON AVE<br>MORTON, PA 19070 |
| **2.255** | **State what the contract or lease is for and the nature of the debtor's interest** — ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS<br>**State the term remaining** — UNDETERMINED<br>**List the contract number of any government contract** | GRAND AMERICAN TOURS<br>5 S. MORTON AVE<br>MORTON, PA 19070 |
| **2.256** | **State what the contract or lease is for and the nature of the debtor's interest** — ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS<br>**State the term remaining** — UNDETERMINED<br>**List the contract number of any government contract** | GRAND AMERICAN TOURS<br>5 S. MORTON AVE.<br>MORTON, PA 19070 |
| **2.257** | **State what the contract or lease is for and the nature of the debtor's interest** — ALLOTMENT AGREEMENT DATED 02/13/2023 AND ALL RELATED AGREEMENTS<br>**State the term remaining** — UNDETERMINED<br>**List the contract number of any government contract** | GRAND AMERICAN TOURS<br>5 S. MORTON AVE<br>MORTON, PA 19070 |

Debtor    American Queen Steamboat Operating Company, LLC                    Case number (If known):    24-90100 (MI)
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | GRAND AMERICAN TOURS<br>5 S. MORTON AVE<br>MORTON, PA 19070 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 02/13/2023 AND ALL RELATED AGREEMENTS | GRAND AMERICAN TOURS<br>5 S. MORTON AVE<br>MORTON, PA 19070 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | GROUP ALLOTMENT DETAILS DATED 05/17/2023 AND ALL RELATED AGREEMENTS | GRAND ESCAPES TRAVEL<br>313 SOUTH MAIN STREET<br>GROVE, OK 74344 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | GROUP SALES AGREEMENT DATED 04/28/2023 AND ALL RELATED AGREEMENTS | GRAND HYATT NASHVILLE<br>1000 BROADWAY<br>NASHVILLE, TN 37203 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | GROUP SALES AGREEMENT DATED 05/04/2023 AND ALL RELATED AGREEMENTS | GRAND HYATT NASHVILLE<br>1000 BROADWAY<br>NASHVILLE, TN 37201 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN QUEEN STEAMBOAT COMPANY DOCKING AGREEMENT DATED 02/02/2021 AND ALL RELATED AGREEMENTS | GREATER BATON ROUGE PORT COMMISSION<br>P.O. BOX 380<br>PORT ALLEN, LA 70787 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 08/18/2021 AND ALL RELATED AGREEMENTS | GREATER HUNTINGTON PARK AND RECREATION DISTRICT<br>210 11TH ST, #1<br>HUNTINGTON, WV 25701 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   American Queen Steamboat Operating Company, LLC

Name

Case number (If known):   24-90100 (MI)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.265** State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 08/18/2021 AND ALL RELATED AGREEMENTS | GREATER HUNTINGTON PARK AND RECREATION DISTRICT 210 11TH ST, #1 HUNTINGTON, WV 25701 |

State what the contract or lease is for and the nature of the debtor's interest — **2.265** — DOCKING AGREEMENT DATED 08/18/2021 AND ALL RELATED AGREEMENTS — GREATER HUNTINGTON PARK AND RECREATION DISTRICT / 210 11TH ST, #1 / HUNTINGTON, WV 25701

State the term remaining — UNDETERMINED

List the contract number of any government contract

---

**2.266** State what the contract or lease is for and the nature of the debtor's interest — LIVE PERFORMANCE AGREEMENT DATED 03/14/2023 AND ALL RELATED AGREEMENTS — GREG PENDZICK / ADDRESS ON FILE

State the term remaining — UNDETERMINED

List the contract number of any government contract

---

**2.267** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT DATED 06/14/2023 AND ALL RELATED AGREEMENTS — GREY BAY PACKERS INC. / 1265 LOMBARDI AVENUE / GREEN BAY, WI 54304

State the term remaining — UNDETERMINED

List the contract number of any government contract

---

**2.268** State what the contract or lease is for and the nature of the debtor's interest — ALLOTMENT AGREEMENT DATED 04/24/2023 AND ALL RELATED AGREEMENTS — GRUENINGER TOURS AND CRUISES / 9011 N. MERIDIAN ST. / INDIANAPOLIS, IN 46260

State the term remaining — UNDETERMINED

List the contract number of any government contract

---

**2.269** State what the contract or lease is for and the nature of the debtor's interest — STANDARD GROUP ALLOTMENT AGREEMENT DATED 04/21/2023 AND ALL RELATED AGREEMENTS — GRUENINGER TOURS AND CRUISES / 9011 N. MERIDIAN ST. / INDIANAPOLIS, IN 46260

State the term remaining — UNDETERMINED

List the contract number of any government contract

---

**2.270** State what the contract or lease is for and the nature of the debtor's interest — ALLOTMENT AGREEMENT DATED 04/24/2023 AND ALL RELATED AGREEMENTS — GRUENINGER TOURS AND CRUISES / 9011 N. MERIDIAN ST. / INDIANAPOLIS, IN 46260

State the term remaining — UNDETERMINED

List the contract number of any government contract

---

**2.271** State what the contract or lease is for and the nature of the debtor's interest — ALLOTMENT AGREEMENT DATED 04/21/2023 AND ALL RELATED AGREEMENTS — GRUENINGER TOURS AND CRUISES / 9011 N. MERIDIAN ST. / INDIANAPOLIS, IN 46260

State the term remaining — UNDETERMINED

List the contract number of any government contract

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.272** | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUP ALLOTMENT AGREEMENT DATED 04/21/2023 AND ALL RELATED AGREEMENTS | GRUENINGER TOURS AND CRUISES 9011 N. MERIDIAN ST. INDIANAPOLIS, IN 46260 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.273** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | HADAR TRAVEL 1807 PRUNERIDGE AVE SANTA CLARA, CA 95050 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.274** | State what the contract or lease is for and the nature of the debtor's interest | LEASE VERIFICATION DATED 03/01/2022 AND ALL RELATED AGREEMENTS | HALCAR COASTAL LLC ATTENTION: GREGORY E. WILLIAMS 4488 W. BOY SCOUT BLVD, STE 250 TAMPA, FL 33607 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.275** | State what the contract or lease is for and the nature of the debtor's interest | LEASE VERIFICATION DATED 03/01/2022 AND ALL RELATED AGREEMENTS | HALCAR COASTAL LLC, ATTENTION: GREGORY E. WILLIAMS 4488 W. BOY SCOUT BLVD, STE 250 TAMPA, FL 33607 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.276** | State what the contract or lease is for and the nature of the debtor's interest | LEASE VERIFICATION DATED 10/01/2021 AND ALL RELATED AGREEMENTS | HALCAR COASTAL LLC, ATTENTION: GREGORY E. WILLIAMS 4488 W. BOY SCOUT BLVD, STE 250 TAMPA, FL 33607 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.277** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO STANDARD FORM OFFICE LEASE DATED 03/01/2022 AND ALL RELATED AGREEMENTS | HALCAR COASTAL, LLC ATTENTION: GREGORY E. WILLIAMS 4488 W. BOY SCOUT BLVD, STE 250 TAMPA, FL 33607 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.278** | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT DATED 06/21/2021 AND ALL RELATED AGREEMENTS | HALCAR COASTAL, LLC ATTENTION: GREGORY E. WILLIAMS 4488 W. BOY SCOUT BLVD, STE 250 TAMPA, FL 33607 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
| --- | --- | --- |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.279** State what the contract or lease is for and the nature of the debtor's interest | LEASE VERIFICATION DATED 07/22/2022 AND ALL RELATED AGREEMENTS | HALCAR COASTAL, LLC ATTENTION: GREGORY E. WILLIAMS 4488 W. BOY SCOUT BLVD, STE 250 TAMPA, FL 33607 |

| | | |
| --- | --- | --- |
| **2.279** | State what the contract or lease is for and the nature of the debtor's interest | LEASE VERIFICATION DATED 07/22/2022 AND ALL RELATED AGREEMENTS | HALCAR COASTAL, LLC ATTENTION: GREGORY E. WILLIAMS 4488 W. BOY SCOUT BLVD, STE 250 TAMPA, FL 33607 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.280** | State what the contract or lease is for and the nature of the debtor's interest | STANDARD FORM OFFICE LEASE BETWEEN HALCAR COASTAL, LLC, A DELAWARE LIMITED LIABILITY COMPANY, AS LANDLORD, AND AMERICAN QUEEN STEAMBOAT OPERATING COMPANY, LLC, A DELAWARE LIMITED LIABILITY COMPANY DATED 08/11/2021 AND ALL RELATED | HALCAR COASTAL, LLC ATTENTION: GREGORY E. WILLIAMS 4488 W. BOY SCOUT BLVD, STE 250 TAMPA, FL 33607 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.281** | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 10/08/2013 AND ALL RELATED AGREEMENTS | HALL TOWING. INC. 1618 20TH STREET FT MADISON, IA 52627 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.282** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | HEAVENLY HOLIDAY TRAVEL, LLC 200 UNIVERSITY BLVD SUITE 225 #109 ROUND ROCK, TX 78665 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.283** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | HEAVENLY HOLIDAY TRAVEL, LLC 200 UNIVERSITY BLVD SUITE 225 #109 ROUND ROCK, TX 78665 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.284** | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT DATED 04/05/2016 AND ALL RELATED AGREEMENTS | HERRIGES INVESTMENTS, LLC 723 E 3RD ST THE DALLES, OR 97058 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.285** | State what the contract or lease is for and the nature of the debtor's interest | PAN PACIFIC HOTEL SEATTLE AND ALL RELATED AGREEMENTS | HHLP SEATTLE LESSEE, LLC 2125 TERRY AVENUE SEATTLE, WA 98121 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor    American Queen Steamboat Operating Company, LLC                    Case number (If known):   24-90100 (MI)
          Name

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.286** State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | HIGHLANDS RANCH TRAVEL<br>541 W. HIGHLANDS RANCH PKWY BLDG 2 STE 110<br>HIGHLANDS RANCH, CO 80129 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.287** State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 10/19/2023 AND ALL RELATED AGREEMENTS | HIGHLANDS RANCH TRAVEL<br>541 W. HIGHLANDS RANCH PKWY BLDG 2 STE 110<br>HIGHLANDS RANCH, CO 80129 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.288** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT DATED 05/08/2023 AND ALL RELATED AGREEMENTS | HILTON CINCINNATI NETHERLAND PLAZA<br>35 W. 5,H STREET<br>CINCINNATI,, OH 45202 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.289** State what the contract or lease is for and the nature of the debtor's interest | GROUP SALES EVENT AGREEMENT DATED 03/25/2022 AND ALL RELATED AGREEMENTS | HILTON MANAGEMENT, LLC<br>301 W. 6TH STREET<br>VANCOUVER, WA 98660 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.290** State what the contract or lease is for and the nature of the debtor's interest | QUICK CONFIRMATION AGREEMENT DATED 06/26/2023 AND ALL RELATED AGREEMENTS | HILTON MANAGEMENT, LLC<br>301 W. 6TH STREET<br>VANCOUVER, WA 98660 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.291** State what the contract or lease is for and the nature of the debtor's interest | GROUP SALES EVENT AGREEMENT DATED 12/09/2020 AND ALL RELATED AGREEMENTS | HILTON MANAGEMENT, LLC<br>301 W. 6TH STREET<br>VANCOUVER, WA 98660 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.292** State what the contract or lease is for and the nature of the debtor's interest | GROUP SALES EVENT AGREEMENT DATED 03/18/2021 AND ALL RELATED AGREEMENTS | HILTON MANAGEMENT, LLC D/B/A HILTON VANCOUVER WASHINGTON<br>301 W. 6TH STREET<br>VANCOUVER, WA 98660 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

Debtor  American Queen Steamboat Operating Company, LLC      Case number (If known):  24-90100 (MI)

Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |
|---|---|---|
| **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | SLEEPING ROOMS ONLY AGREEMENT DATED 01/02/2023 AND ALL RELATED AGREEMENTS | HILTON NEW ORLEANS RIVERSIDE TWO POYDRAS STREET NEW ORLEANS, LA 70130 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | SLEEPING ROOMS ONLY AGREEMENT DATED 03/06/2023 AND ALL RELATED AGREEMENTS | HILTON NEW ORLEANS RIVERSIDE TWO POYDRAS STREET NEW ORLEANS, LA 70130 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE CURRENT AGREEMENT DATED 11/01/2022 AND ALL RELATED AGREEMENTS | HILTON ST LOUIS AT THE BALLPAR 1 S BROADWAY SI LOUIS, MO 63102 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | HOTEL AGREEMENT DATED 03/15/2021 AND ALL RELATED AGREEMENTS | HILTON ST. LOUIS AT THE BALLPARK #1 SOUTH BROADWAY ST. LOUIS, MO 63102 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | HOTEL AGREEMENT DATED 10/01/2020 AND ALL RELATED AGREEMENTS | HILTON ST. LOUIS AT THE BALLPARK #1 SOUTH BROADWAY ST. LOUIS, MO 63102 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | HOTEL AGREEMENT DATED 02/03/2023 AND ALL RELATED AGREEMENTS | HILTON ST. LOUIS AT THE BALLPARK #1 SOUTH BROADWAY ST. LOUIS, MO 63102 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | HOTEL AGREEMENT DATED 03/15/2021 AND ALL RELATED AGREEMENTS | HILTON ST. LOUIS AT THE BALLPARK #1 SOUTH BROADWAY ST. LOUIS, MO 63102 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor  American Queen Steamboat Operating Company, LLC       Case number (If known)   24-90100 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | HOTEL AGREEMENT DATED 10/01/2020 AND ALL RELATED AGREEMENTS | HILTON ST. LOUIS AT THE BALLPARK #1 SOUTH BROADWAY ST. LOUIS, MO 63102 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | HOTEL AGREEMENT DATED 10/01/2020 AND ALL RELATED AGREEMENTS | HILTON ST. LOUIS AT THE BALLPARK #1 SOUTH BROADWAY ST. LOUIS, MO 63102 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | HOTEL AGREEMENT DATED 03/15/2021 AND ALL RELATED AGREEMENTS | HILTON ST. LOUIS AT THE BALLPARK #1 SOUTH BROADWAY ST. LOUIS, MO 63102 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | GROUP SALES EVENT AGREEMENT AND ALL RELATED AGREEMENTS | HILTON VANCOUVER WASHINGTON 301 W 6TH STREET VANCOUVER, WA 98660 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD BAREBOAT CHARTER DATED 01/01/2021 AND ALL RELATED AGREEMENTS | HMS AMERICAN QUEEN STEAMBOAT COMPANY, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD BAREBOAT CHARTER DATED 08/01/2021 AND ALL RELATED AGREEMENTS | HMS AMERICAN QUEEN STEAMBOAT COMPANY, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY INTELLECTUAL PROPERTY LICENSE AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | HMS AMERICAN QUEEN STEAMBOAT COMPANY, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    American Queen Steamboat Operating Company, LLC          Case number (If known):   24-90100 (MI)
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY SERVICES AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | HMS AMERICAN QUEEN STEAMBOAT COMPANY, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD BAREBOAT CHARTER DATED 08/01/2021 AND ALL RELATED AGREEMENTS | HMS AMERICAN QUEEN STEAMBOAT COMPANY, LLC 222 PEARL STREET NEW ALBANY, IN 47150 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | CONTRIBUTION AGREEMENT DATED 11/18/2022 AND ALL RELATED AGREEMENTS | HMS VESSEL HOLDINGS, LLC PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY SERVICES AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | HORNBLOWER GROUP, INC. PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY INTELLECTUAL PROPERTY LICENSE AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | HORNBLOWER GROUP, INC. PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY SERVICES AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | HORNBLOWER GROUP, INC. PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY INTELLECTUAL PROPERTY LICENSE AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | HORNBLOWER GROUP, INC. PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   American Queen Steamboat Operating Company, LLC   Case number (If known): 24-90100 (MI)

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY INTELLECTUAL PROPERTY LICENSE AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | HORNBLOWER GROUP, INC. PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP SALES AGREEMENT DATED 09/27/2022 AND ALL RELATED AGREEMENTS | HYATT REGENCY JACKSONVILLE 225 E COASTLINE DRIVE JACKSONVILLE, FL 32202 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | INDEPENDENCE TRAVEL 5000 ROCKSIDE RD. CLEVELAND, OH 44131 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | TAX CREDIT AGREEMENT DATED 03/26/2019 AND ALL RELATED AGREEMENTS | INDIANA ECONOMIC DEVELOPMENT CORPORATION ONE NORTH CAPITOL AVENUE, SUITE 700 INDIANAPOLIS, IN 46204 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | TAX CREDIT AGREEMENT DATED 03/26/2019 AND ALL RELATED AGREEMENTS | INDIANA ECONOMIC DEVELOPMENT CORPORATION ONE NORTH CAPITOL AVENUE, SUITE 700 INDIANAPOLIS, IN 46204 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP SALES AGREEMENT DATED 02/03/2023 AND ALL RELATED AGREEMENTS | INTERCONTINENTAL MONTREAL 360 ST-ANTOINE WEST MONTREAL, QC H2Y3X4 CANADA |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP SALES AGREEMENT DATED 02/20/2023 AND ALL RELATED AGREEMENTS | INTERCONTINENTAL MONTREAL 360, ST-ANTOINE WEST MONTREAL, QC H2Y 3X4 CANADA |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| **2.321** | **State what the contract or lease is for and the nature of the debtor's interest** | HOTEL AGREEMENT DATED 04/04/2023 AND ALL RELATED AGREEMENTS |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

INTERCONTINENTAL TORONTO CENTRE
225 FRONT STREET WEST
TORONTO, ON M5V 2X3
CANADA

| | | |
|---|---|---|
| **2.322** | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AND ACCESS AGREEMENT DATED 08/01/2019 AND ALL RELATED AGREEMENTS |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

ISLE OF CAPRI BETTENDORF, L.C. D/B/A ISLE CASINO HOTEL BETTENDORF
1777 ISLE OF CAPRI PARKWAY
BETTENDORF, IA 52722

| | | |
|---|---|---|
| **2.323** | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

J GREEN TRAVEL
1735 MUCHISON ST.
PALESTINE, TX 75801

| | | |
|---|---|---|
| **2.324** | **State what the contract or lease is for and the nature of the debtor's interest** | J.M. FIELD SERVICES CONTRACT AND ALL RELATED AGREEMENTS |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

J.M. FIELD, INC
3570 NW 53RD COURT
FORT LAUDERDALE, FL 33309

| | | |
|---|---|---|
| **2.325** | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT TO PROVIDE HORSEPOWER ASSISTANCE DATED 06/17/2022 AND ALL RELATED AGREEMENTS |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

JAMES TRANSPORTATION LLC
4500 CLARKS RIVER ROAD
PADUCAH, KY 42003

| | | |
|---|---|---|
| **2.326** | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT DATED 11/08/2022 AND ALL RELATED AGREEMENTS |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

JAY STOCK COMPANY
7475 LAKEWOOD LANE
THREE LAKES, WI 54562

| | | |
|---|---|---|
| **2.327** | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT DATED 11/08/2022 AND ALL RELATED AGREEMENTS |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

JAY STOCK COMPANY
7475 LAKEWOOD LANE
THREE LAKES, WI 54562

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.328** | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT DATED 11/08/2022 AND ALL RELATED AGREEMENTS | JAY STOCK COMPANY PO BOX 242 EAGLE RIVER, WI 54521 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.329** | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT DATED 11/15/2022 AND ALL RELATED AGREEMENTS | JAY STOCK COMPANY 7475 LAKEWOOD LANE THREE LAKES, WI 54562 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.330** | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AGREEMENT DATED 06/14/2021 AND ALL RELATED AGREEMENTS | JEFFERSON COUNTY PORT AUTHORITY P.O. BOX 183 114 MISSISSIPPI AVENUE CRYSTAL CITY, MO 63019 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.331** | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | JEFFERSON COUNTY PORT AUTHORITY P.O. BOX 183 114 MISSISSIPPI AVENUE CRYSTAL CITY, MO 63019 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.332** | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | JEFFERSON COUNTY PORT AUTHORITY P.O. BOX 183 114 MISSISSIPPI AVENUE CRYSTAL CITY, MO 63019 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.333** | **State what the contract or lease is for and the nature of the debtor's interest** | CHARTER CONTRACTS DATED 01/17/2023 AND ALL RELATED AGREEMENTS | JEFFERSON TOURS AND CHARTERS 1117 DECIMAL DRIVE LOUISVILLE, KY 40299 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.334** | **State what the contract or lease is for and the nature of the debtor's interest** | JEFFERSON TOURS AND CHARTERS CONFIRMATIONS DATED 01/17/2023 AND ALL RELATED AGREEMENTS | JEFFERSON TOURS AND CHARTERS 11117 DECIMAL DRIVE LOUISVILLE, KY 40299 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | LIVE PERFORMANCE AGREEMENT DATED 10/19/2022 AND ALL RELATED AGREEMENTS | JOE KROM ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 05/18/2022 AND ALL RELATED AGREEMENTS | JOMAC TRAVEL PO BOX 691 STETTLER, AB T0C 2L0 CANADA |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | JOMAC TRAVEL PO BOX 691 STETTLER, AB T0C 2L0 CANADA |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | JOMAC TRAVEL PO BOX 691 STETTER, AB T0C 2L0 CANADA |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | JOMAC TRAVEL PO BOX 691 STETTLER, AB T0C 2L0 CANADA |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | JOMAC TRAVEL PO BOX 691 STETTLER, AB T0C 2L0 CANADA |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | JOMAC TRAVEL PO BOX 691 STETTLER, AB T0C 2L0 CANADA |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.342** **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUP ALLOTMENT AGREEMENT DATED 04/06/2022 AND ALL RELATED AGREEMENTS | JOMAC TRAVEL PO BOX 691 STETTLER, AB T0C 2L0 CANADA |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.343** **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 04/18/2022 AND ALL RELATED AGREEMENTS | JOMAC TRAVEL PO BOX 691 STETTLER, AB T0C 2L0 CANADA |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.344** **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | JOMAC TRAVEL PO BOX 691 STETTLER, AB T0C 2L0 CANADA |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.345** **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | JOMAC TRAVEL PO BOX 691 STETTLER, AB T0C 2L0 CANADA |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.346** **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | JOMAC TRAVEL PO BOX 691 STETTLER, AB T0C 2L0 CANADA |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.347** **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | JOMAC TRAVEL PO BOX 691 STETTLER, AB TOC 2L0 CANADA |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.348** **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | JOMAC TRAVEL PO BOX 691 STETTLER, AB T0C 2L0 CANADA |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |

Debtor  American Queen Steamboat Operating Company, LLC          Case number (If known): 24-90100 (MI)
Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | LIVE PERFORMANCE AGREEMENT DATED 09/29/2022 AND ALL RELATED AGREEMENTS | JOYCE COBB AND BAND ANDERSON PRODUCTION GROUP 111 S HIGHLAND ST. SUITE 168 MEMPHIS, TN 38111 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | LIVE PERFORMANCE AGREEMENT DATED 02/15/2023 AND ALL RELATED AGREEMENTS | JR SPENCER ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | JUDY'S TRAVEL 14371 WILEY ST SAN LEANDRO, CA 94579 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | GROUP SALES AGREEMENT DATED 05/26/2023 AND ALL RELATED AGREEMENTS | JW MARRIOTT NEW ORLEANS 614 CANAL STREET NEW ORLEANS, LA 70130 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | GROUP SALES AGREEMENT DATED 05/26/2023 AND ALL RELATED AGREEMENTS | JW MARRIOTT NEW ORLEANS 614 CANAL STREET NEW ORLEANS, LA 70130 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | GROUP SALES AGREEMENT DATED 04/03/2023 AND ALL RELATED AGREEMENTS | JW MARRIOTT NEW ORLEANS 614 CANAL STREET NEW ORLEANS, LA 70130 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | KEN CARTER ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   American Queen Steamboat Operating Company, LLC
　　　　　　　　　　Name

Case number (If known):   24-90100 (MI)

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | KHM TRAVEL GROUP<br>50 PEARL RD<br>BRUNSWICK, OH 44212 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP ALLOTMENT AGREEMENT DATED 09/08/2023 AND ALL RELATED AGREEMENTS | KHM TRAVEL GROUP<br>50 PEARL RD<br>BRUNSWICK, OH 44212 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.358 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUP ALLOTMENT AGREEMENT DATED 12/20/2022 AND ALL RELATED AGREEMENTS | LANDMARK TOURS & CRUISES INC.<br>208 COLLEGE HWY STE 19<br>SOUTHWICK, MA 01077-9256 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest** | AQ 071524 LANDMARK TOURS 302309 UPDATED GAA AND ALL RELATED AGREEMENTS | LANDMARK TOURS & CRUISES INC.<br>208 COLLEGE HWY STE 19<br>SOUTHWICK, MA 01077 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 10/15/2021 AND ALL RELATED AGREEMENTS | LAY, PITMAN & ASSOCIATES, INC.<br>2300 MARSH POINT ROAD<br>SUITE 303<br>NEPTUNE BEACH, FL 32266 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 07/03/2021 AND ALL RELATED AGREEMENTS | LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>888 SW FIFTH AVENUE<br>SUITE 900<br>PORTLAND, OR 97204 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 08/21/2021 AND ALL RELATED AGREEMENTS | LEWIS BRISBOIS BISGAARD & SMITH, LLP,<br>888 SW FIFTH AVENUE<br>SUITE 900<br>PORTLAND, OR 97204 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor   American Queen Steamboat Operating Company, LLC _____ Case number (If known): 24-90100 (MI) _____
          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | LIVE PERFORMANCE AGREEMENT DATED 09/15/2022 AND ALL RELATED AGREEMENTS | LEWIS HANKINS ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | LIVE PERFORMANCE AGREEMENT DATED 09/15/2022 AND ALL RELATED AGREEMENTS | LEWIS HANKINS ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | LIVE PERFORMANCE AGREEMENT DATED 03/02/2023 AND ALL RELATED AGREEMENTS | LINDY PENDZICK ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY SALES RECEIPT DATED 04/20/2022 AND ALL RELATED AGREEMENTS | LOUISVILLE PARKS AND RECREATION 1297 TREVILLIAN WAY LOUISVILLE, KY 40233 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | LOUISVILLE PARKS AND RECREATION EVENT APPLICATION AND ALL RELATED AGREEMENTS | LOUISVILLE PARKS AND RECREATION RESERVATIONS OFFICE 1080 AMPHITHEATHER RD LOUISVILLE, KY 40214 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | LYNN WESTPHAL TRAVEL 174 WESTMINSTER ELYRIA, OH 44035 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | LYNN WESTPHAL TRAVEL 174 WESTMINSTER ELYRIA, OH 44035 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor  American Queen Steamboat Operating Company, LLC
_____
Name

Case number (If known):  24-90100 (MI)
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.370** **State what the contract or lease is for and the nature of the debtor's interest** ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS<br>**State the term remaining** UNDETERMINED<br>**List the contract number of any government contract** | LYNN WESTPHAL TRAVEL<br>174 WESTMINSTER<br>ELYRIA, OH 44035 |
| **2.371** **State what the contract or lease is for and the nature of the debtor's interest** CONSULTANCY AND SERVICE AGREEMENT DATED 07/28/2023 AND ALL RELATED AGREEMENTS<br>**State the term remaining** UNDETERMINED<br>**List the contract number of any government contract** | MARINE IT CONSULTING<br>STRADA 23 AUGUST<br>NR. 244, VILA 34A<br>OTOPENI, JUDET ILFOV, 075100<br>ROMANIA |
| **2.372** **State what the contract or lease is for and the nature of the debtor's interest** LIVE PERFORMANCE AGREEMENT DATED 09/15/2022 AND ALL RELATED AGREEMENTS<br>**State the term remaining** UNDETERMINED<br>**List the contract number of any government contract** | MARK KLEIN<br>ADDRESS ON FILE |
| **2.373** **State what the contract or lease is for and the nature of the debtor's interest** ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS<br>**State the term remaining** UNDETERMINED<br>**List the contract number of any government contract** | MAYFLOWER CRUISES & TOURS<br>650 WARRENVILLE RD SUITE 500<br>LISLE, IL 60532 |
| **2.374** **State what the contract or lease is for and the nature of the debtor's interest** ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS<br>**State the term remaining** UNDETERMINED<br>**List the contract number of any government contract** | MAYFLOWER CRUISES & TOURS<br>650 WARRENVILLE  RD SUITE 500<br>LISLE, IL 60532 |
| **2.375** **State what the contract or lease is for and the nature of the debtor's interest** GROUP ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS<br>**State the term remaining** UNDETERMINED<br>**List the contract number of any government contract** | MAYFLOWER CRUISES & TOURS<br>222 PEARL STREET<br>NEW ALBANY, IN 47150 |
| **2.376** **State what the contract or lease is for and the nature of the debtor's interest** ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS<br>**State the term remaining** UNDETERMINED<br>**List the contract number of any government contract** | MAYFLOWER CRUISES & TOURS<br>650 WARRENVILLE RD SUITE 500<br>LISLE, IL 60532 |

Debtor   American Queen Steamboat Operating Company, LLC
Name

Case number (If known):   24-90100 (MI)

▮ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.377** **State what the contract or lease is for and the nature of the debtor's interest** — ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | MAYFLOWER CRUISES & TOURS 650 WARRENVILLE  RD SUITE 500 LISLE, IL 60532 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.378** **State what the contract or lease is for and the nature of the debtor's interest** — ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | MAYFLOWER CRUISES & TOURS 650 WARRENVILLE  RD SUITE 500 LISLE, IL 60532 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.379** **State what the contract or lease is for and the nature of the debtor's interest** — ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | MAYFLOWER CRUISES & TOURS 650 WARRENVILLE RD SUITE 500 LISLE, IL 60532 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.380** **State what the contract or lease is for and the nature of the debtor's interest** — ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | MAYFLOWER CRUISES & TOURS 650 WARRENVILLE RD SUITE 500 LISLE, IL 60532 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.381** **State what the contract or lease is for and the nature of the debtor's interest** — ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | MAYFLOWER CRUISES & TOURS 650 WARRENVILLE RD SUITE 500 LISLE, IL 60532 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.382** **State what the contract or lease is for and the nature of the debtor's interest** — LIVE PERFORMANCE AGREEMENT DATED 10/31/2022 AND ALL RELATED AGREEMENTS | MICHAEL VEACH ADDRESS ON FILE |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.383** **State what the contract or lease is for and the nature of the debtor's interest** — LIVE PERFORMANCE AGREEMENT DATED 10/31/2022 AND ALL RELATED AGREEMENTS | MICHAEL VEACH ADDRESS ON FILE |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |

Debtor   American Queen Steamboat Operating Company, LLC

      Name

Case number (If known):   24-90100 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | LIVE PERFORMANCE AGREEMENT DATED 09/27/2022 AND ALL RELATED AGREEMENTS | MICHAELYN OBY ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT CONTRACTOR AGREEMENT DATED 06/10/2021 AND ALL RELATED AGREEMENTS | MILLER, FIONA ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | MARKETING SERVICES AGREEMENT DATED 01/01/2022 AND ALL RELATED AGREEMENTS | MMGY GLOBAL, LLC JULIE FREEMAN EVP & MANAGING DIRECTOR 360 LEXINGTON AVENUE, 10 FLOOR NEW YORK, NY 10017 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 10/19/2022 AND ALL RELATED AGREEMENTS | MONTECITO VILLAGE TRAVEL 3329 STATE STREET SANTA BARBARA, CA 93105 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | MONTECITO VILLAGE TRAVEL 3329 STATE STREET SANTA BARBARA, CA 93105 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN QUEEN STEAMBOAT OPERATING COMPANY, LLC PERFORMER DATED 09/27/2022 AND ALL RELATED AGREEMENTS | MURRELL THIXTON ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN QUEEN STEAMBOAT OPERATING COMPANY, LLC PERFORMER DATED 09/15/2022 AND ALL RELATED AGREEMENTS | MURRELL THIXTON ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor    American Queen Steamboat Operating Company, LLC _____    Case number (If known):   24-90100 (MI) _____
          Name

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | NEW ORLEANS TOURS DATED 02/28/2023 AND ALL RELATED AGREEMENTS | NEW ORLEANS TOURS<br>4220 HOWARD AVE<br>NEW ORLEANS, LA 70125 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | NEXION, LLC<br>6565 N MACARTHUR BLVD<br>IRVING, TX 75039 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | NEXION, LLC - HQ<br>6565 N MACARTHUR BLVD<br>IRVING, CO 75039 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | NEXION/BLUE RIDGE TRAVEL<br>6565 N MACARTHUR BLVD.<br>IRVING, TX 75039 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AGREEMENT DATED 02/24/2023 AND ALL RELATED AGREEMENTS | NORTH SHORE MARINE TERMINAL AND LOGISTICS, INC.<br>328 NORTH<br>10TH STREET<br>ESCANABA, MI 49829 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP ALLOTMENT DETAILS AND ALL RELATED AGREEMENTS | NORTHLAND TRAVEL<br>420 KENYON ROAD PO BOX 1193<br>FORT DODGE, IA 50501 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | NORTHLAND TRAVEL<br>420 KENYON ROAD PO BOX 1193<br>FORT DODGE, IA 50501 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.398** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | NORTHLAND TRAVEL 420 KENYON ROAD PO BOX 1193 FORT DODGE, IA 50501 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.399** | State what the contract or lease is for and the nature of the debtor's interest | Acceptance and all related agreements | NORTHWEST NAVIGATOR 13940 N RIVERGATE BLVD PORTLAND, OR 97203 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.400** | State what the contract or lease is for and the nature of the debtor's interest | NORTHWEST NAVIGATOR SIGNED CONTRACT AND ALL RELATED AGREEMENTS | NORTHWEST NAVIGATOR 13940 N RIVERGATE BLVD. PORTLAND, OR 97203 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.401** | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 01/12/2021 AND ALL RELATED AGREEMENTS | NOTTOWAY PLANTATION & RESORT, LLC 31025 HIGHWAY 1 WHITE CASTLE, LA 70788 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.402** | State what the contract or lease is for and the nature of the debtor's interest | IMAGE MANAGEMENT AGREEMENT DATED 03/11/2021 AND ALL RELATED AGREEMENTS | NOVATECH, INC. P.O. BOX 740865 ATLANTA, GA 30374-0865 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.403** | State what the contract or lease is for and the nature of the debtor's interest | IMAGE MANAGEMENT AGREEMENT DATED 06/23/2018 AND ALL RELATED AGREEMENTS | NOVATECH, INC. P.O. BOX 740865 ATLANTA, GA 30374-0865 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.404** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT AND ALL RELATED AGREEMENTS | NRC ENVIRONMENTAL SERVICES INC. 6211 N ENSIGN ST PORTLAND, OR 97217 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   American Queen Steamboat Operating Company, LLC _____   Case number (If known):   24-90100 (MI) _____

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.405** **State what the contract or lease is for and the nature of the debtor's interest**  ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | OASIS TRAVEL NETWORK 2424 N FEDERAL HWY BOCA RATON, FL 33431 |
| **State the term remaining** UNDETERMINED  **List the contract number of any government contract** | |
| **2.406** **State what the contract or lease is for and the nature of the debtor's interest**  CREW SERVICES AGREEMENT DATED 04/20/2022 AND ALL RELATED AGREEMENTS | OCEAN VICTORY PARTNERS LTD. 4770 BISCAYNE BLVD PH B MIAMI, FL 33137 |
| **State the term remaining** UNDETERMINED  **List the contract number of any government contract** | |
| **2.407** **State what the contract or lease is for and the nature of the debtor's interest**  INDEMNIFICATION AGREEMENT DATED 03/14/2022 AND ALL RELATED AGREEMENTS | OLD HICKORY FLEETING & BARGE SERVICE, L.L.C. 52410 CLARK ROAD WHITE CASTLE, LA 70788 |
| **State the term remaining** UNDETERMINED  **List the contract number of any government contract** | |
| **2.408** **State what the contract or lease is for and the nature of the debtor's interest**  SHORT-FORM AGREEMENT DATED 10/19/2022 AND ALL RELATED AGREEMENTS | OMNI HOTEL MANAGEMENT CORPORATION 450 SUMMER STREET BOSTON, MA 02210 |
| **State the term remaining** UNDETERMINED  **List the contract number of any government contract** | |
| **2.409** **State what the contract or lease is for and the nature of the debtor's interest**  PROPOSAL FOR A SHIPBOARD PROPERTY MANAGEMENT SYSTEM DATED 11/02/2021 AND ALL RELATED AGREEMENTS | OTALIO GMBH MATTENTWIETE 6 HAMBURG, 20457 GERMANY |
| **State the term remaining** UNDETERMINED  **List the contract number of any government contract** | |
| **2.410** **State what the contract or lease is for and the nature of the debtor's interest**  ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | OUR VACATION CENTER/ARRIVIA 15147 N SCOTTSDALE RD. SCOTTSDALE, AZ 85254 |
| **State the term remaining** UNDETERMINED  **List the contract number of any government contract** | |
| **2.411** **State what the contract or lease is for and the nature of the debtor's interest**  ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | OUR VACATION CENTER/ARRIVIA 15147 N SCOTTSDALE RD. SCOTTSDALE, AZ 85254 |
| **State the term remaining** UNDETERMINED  **List the contract number of any government contract** | |

Debtor    American Queen Steamboat Operating Company, LLC                Case number (If known):   24-90100 (MI)

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.412** State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 04/05/2023 AND ALL RELATED AGREEMENTS | PACIFIC DIGITAL INDUSTRIES, INC. SWEEPSTAKESPROS 2033 GATEWAY PLACE SUITE 500 SAN JOSE, CA 95110 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.413** State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 04/05/2023 AND ALL RELATED AGREEMENTS | PACIFIC DIGITAL INDUSTRIES, INC. SWEEPSTAKESPROS 2033 GATEWAY PLACE SUITE 500 SAN JOSE, CA 95110 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.414** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT NO.: 1183450 DATED 09/30/2016 AND ALL RELATED AGREEMENTS | PARALLEL TECHNOLOGIES INC. 4868 BLAZER PKWY DUBLIN, OH 43017 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.415** State what the contract or lease is for and the nature of the debtor's interest | SLEEPING ROOMS ONLY AGREEMENT DATED 12/30/2024 AND ALL RELATED AGREEMENTS | PARK US LESSEE HOLDING, INC. TWO POYDRAS STREET NEW ORLENAS, LA 70130 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.416** State what the contract or lease is for and the nature of the debtor's interest | SLEEPING ROOMS ONLY AGREEMENT DATED 10/16/2023 AND ALL RELATED AGREEMENTS | PARK US LESSEE HOLDING, INC. TWO POYDRAS STREET NEW ORLENAS, LA 70130 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.417** State what the contract or lease is for and the nature of the debtor's interest | SLEEPING ROOMS ONLY AGREEMENT DATED 02/17/2024 AND ALL RELATED AGREEMENTS | PARK US LESSEE HOLDING, INC. TWO POYDRAS STREET NEW ORLENAS, LA 70130 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.418** State what the contract or lease is for and the nature of the debtor's interest | SLEEPING ROOMS ONLY AGREEMENT DATED 02/21/2024 AND ALL RELATED AGREEMENTS | PARK US LESSEE HOLDING, INC. TWO POYDRAS STREET NEW ORLENAS, LA 70130 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

Debtor   American Queen Steamboat Operating Company, LLC                    Case number (If known):   24-90100 (MI)
_____                       _____
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.419** State what the contract or lease is for and the nature of the debtor's interest | SLEEPING ROOMS ONLY AGREEMENT DATED 03/06/2023 AND ALL RELATED AGREEMENTS | PARK US LESSEE HOLDING, INC. TWO POYDRAS STREET NEW ORLEANS, LA 70130 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.420** State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED 09/10/2021 AND ALL RELATED AGREEMENTS | PARK US LESSEE HOLDING, INC. TWO POYDRAS STREET NEW ORLEANS, LA 70130 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.421** State what the contract or lease is for and the nature of the debtor's interest | SLEEPING ROOMS ONLY AGREEMENT DATED 03/04/2024 AND ALL RELATED AGREEMENTS | PARK US LESSEE HOLDING, INC. TWO POYDRAS STREET NEW ORLEANS, LA 70130 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.422** State what the contract or lease is for and the nature of the debtor's interest | SLEEPING ROOMS ONLY AGREEMENT DATED 02/24/2024 AND ALL RELATED AGREEMENTS | PARK US LESSEE HOLDING, INC. TWO POYDRAS STREET NEW ORLENAS, LA 70130 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.423** State what the contract or lease is for and the nature of the debtor's interest | SLEEPING ROOMS ONLY AGREEMENT DATED 11/28/2022 AND ALL RELATED AGREEMENTS | PARK US LESSEE HOLDING, INC. ("OWNER") D/B/A HILTON NEW ORLEANS RIVERSIDE HILTON NEW ORLEANS RIVERSIDE TWO POYDRAS STREET NEW ORLEANS, LA 70130 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.424** State what the contract or lease is for and the nature of the debtor's interest | SLEEPING ROOMS ONLY AGREEMENT DATED 05/03/2021 AND ALL RELATED AGREEMENTS | PARK US LESSEE HOLDING, INC. D/B/A HILTON NEW ORLEANS RIVERSIDE TWO POYDRAS STREET NEW ORLEANS, LA 70130 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.425** State what the contract or lease is for and the nature of the debtor's interest | SLEEPING ROOMS ONLY AGREEMENT DATED 04/29/2021 AND ALL RELATED AGREEMENTS | PARK US LESSEE HOLDING, INC. D/B/A HILTON NEW ORLEANS RIVERSIDE TWO POYDRAS STREET NEW ORLEANS, LA 70130 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

Debtor   American Queen Steamboat Operating Company, LLC                    Case number (If known):   24-90100 (MI)
         Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest** | SLEEPING ROOMS ONLY AGREEMENT DATED 12/02/2021 AND ALL RELATED AGREEMENTS | PARK US LESSEE HOLDINGS, INC. TWO POYDRAS STREET NEW ORLEANS, LA 70130 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest** | SLEEPING ROOMS ONLY AGREEMENT DATED 01/11/2022 AND ALL RELATED AGREEMENTS | PARK US LESSEE HOLDINGS, INC. TWO POYDRAS STREET NEW ORLEANS, LA 70130 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest** | SLEEPING ROOMS ONLY AGREEMENT DATED 02/12/2023 AND ALL RELATED AGREEMENTS | PARK US LESSEE HOLDINGS, INC. D/B/A HILTON NEW ORLEANS RIVERSIDE TWO POYDRAS STREET NEW ORLEANS, LA 70130 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** | SLEEPING ROOMS ONLY AGREEMENT DATED 11/20/2020 AND ALL RELATED AGREEMENTS | PARK US LESSEE HOLDINGS, INC. D/B/A HILTON NEW ORLEANS RIVERSIDE TWO POYDRAS STREET NEW ORLEANS, LA 70130 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | SLEEPING ROOMS ONLY AGREEMENT DATED 11/20/2020 AND ALL RELATED AGREEMENTS | PARK US LESSEE HOLDINGS, INC. D/B/A HILTON NEW ORLEANS RIVERSIDE TWO POYDRAS STREET NEW ORLEANS, LA 70130 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER TO SUPPLY TEMPORARY ASSOCIATES DATED 01/01/2023 AND ALL RELATED AGREEMENTS | PEOPLEREADY, INC. 1015 A STREET TACOMA, WA 98402 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 11/04/2022 AND ALL RELATED AGREEMENTS | PERKIOMEN TOURS 875 MAIN ST PENNSBURG, PA 18073 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor    American Queen Steamboat Operating Company, LLC _____    Case number (If known): ___24-90100 (MI)___
                Name

■    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.433 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | PERKIOMEN TOURS 875 MAIN ST PENNSBURG, PA 18073 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.434 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | PERKIOMEN TOURS 875 MAIN ST PENNSBURG, PA 18073 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.435 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | PERKIOMEN TOURS 875 MAIN ST PENNSBURG, PA 18073 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.436 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 03/19/2023 AND ALL RELATED AGREEMENTS | PERKIOMEN TOURS 875 MAIN ST PENNSBURG, PA 18073 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.437 | State what the contract or lease is for and the nature of the debtor's interest | PREFERRED SUPPLIER AGREEMENT DATED 09/17/2021 AND ALL RELATED AGREEMENTS | PLEASANT HOLIDAYS, LLC 2404 TOWNSGATE RD WESTLAKE VILLAGE, CA 91361 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.438 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN QUEEN VOYAGES & PLEASANT HOLIDAYS 2023 COOPERATIVE MARKETING AGREEMENT DATED 11/21/2022 AND ALL RELATED AGREEMENTS | PLEASANT HOLIDAYS, LLC 2404 TOWNSGATE RD WESTLAKE VILLAGE, CA 91361 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.439 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | PORT OF CAMAS-WASHOUGAL 24 SOUTH A STREET WASHOUGAL, WA 98671 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.440** | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | PORT OF CAMAS-WASHOUGAL 24 SOUTH A STREET WASHOUGAL, WA 98671 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.441** | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN QUEEN STEAMBOAT COMPANY DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | PORT OF CHATTANOOGA 201 RIVERFRONT PARKWAY CHATTANOOGA,, TN 37402 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.442** | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN QUEEN STEAMBOAT COMPANY DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | PORT OF CHATTANOOGA 201 RIVERFRONT PARKWAY CHATTANOOGA, TN 37402 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.443** | State what the contract or lease is for and the nature of the debtor's interest | TERMINAL SERVICE AGREEMENT DATED 03/24/2023 AND ALL RELATED AGREEMENTS | PORT OF CLARKSON 849 PORT WAY CLARKSTON, WA 99403 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.444** | State what the contract or lease is for and the nature of the debtor's interest | TERMINAL SERVICE AGREEMENT DATED 03/24/2023 AND ALL RELATED AGREEMENTS | PORT OF CLARKSON 849 PORT WAY CLARKSTON,, WA 99403 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.445** | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | PORT OF CLARKSTON 849 PORT WAY CLARKSTON,, WA 99403 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.446** | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | PORT OF PASCO P.O. BOX 769 1110 OSPREY POINTE AVE PASCO, WA 99301 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor  American Queen Steamboat Operating Company, LLC

Name

Case number (If known):  24-90100 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | PORT OF PASCO<br>P.O. BOX 769<br>1110 OSPREY POINTE AVE.<br>PASCO, WA 99301 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | PORT OF PASCO<br>P.O. BOX 769<br>1110 OSPREY POINTE AVE.<br>PASCO, WA 99301 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | PORT OF PASCO<br>P.O. BOX 769<br>1110 OSPREY POINTE AVE.<br>PASCO, WA 99301 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENT TO APPLICATION FOR VESSEL BERTH RESERVATION AND ALL RELATED AGREEMENTS | PORT OF PORT CLARKSTON<br>849 PORT WAY<br>CLARKSTON, WA 99403 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest | DOCKAGE AGREEMENT DATED 12/20/2017 AND ALL RELATED AGREEMENTS | PORT OF SKAMANIA COUNTY<br>212 SW CASCADE AVENUE<br>P O BOX 1099<br>STEVENSON, WA 98648 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest | DOCKAGE AGREEMENT AND ALL RELATED AGREEMENTS | PORT OF SKAMANIA COUNTY<br>212 SW CASCADE AVENUE<br>P O BOX 1099<br>STEVENSON, WA 98648 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | PORT OF UMATILLA<br>30959 LAUNCH LANE<br>UMATILLA, OR 97882 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   American Queen Steamboat Operating Company, LLC
<br>Name

Case number (If known):   24-90100 (MI)

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.454** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO RESTATED DOCKAGE LICENSE AND AGREEMENT DATED 10/15/2018 AND ALL RELATED AGREEMENTS | PORT OF VANCOUVER USA 3103 N.W. LOWER RIVER ROAD VANCOUVER, WA 98660 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.455** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 3 TO RESTATED DOCKAGE LICENSE AND AGREEMENT DATED 12/31/2020 AND ALL RELATED AGREEMENTS | PORT OF VANCOUVER USA JULIANNA MARLER, CHIEF EXECUTIVE OFFICER 3103 N.W. LOWER RIVER ROAD VANCOUVER, WA 98660-1027 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.456** State what the contract or lease is for and the nature of the debtor's interest | RESTATED DOCKAGE LICENSE AND AGREEMENT DATED 11/08/2018 AND ALL RELATED AGREEMENTS | PORT OF VANCOUVER USA 3103 N.W. LOWER RIVER ROAD VANCOUVER, WA 98660 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.457** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 3 TO RESTATED DOCKAGE LICENSE AND AGREEMENT DATED 12/31/2020 AND ALL RELATED AGREEMENTS | PORT OF VANCOUVER USA 199 COLUMBIA STREET VANCOUVER, WA 98660 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.458** State what the contract or lease is for and the nature of the debtor's interest | RESTATED DOCKAGE LICENSE AND AGREEMENT DATED 10/15/2018 AND ALL RELATED AGREEMENTS | PORT OF VANCOUVER USA JULIANNA MARLER, CHIEF EXECUTIVE OFFICER 3103 N.W. LOWER RIVER ROAD VANCOUVER, WA 98660-1027 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.459** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 3 TO RESTATED DOCKAGE LICENSE AND AGREEMENT DATED 12/31/2020 AND ALL RELATED AGREEMENTS | PORT OF VANCOUVER USA 199 COLUMBIA STREET VANCOUVER, WA 98660 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.460** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 2 TO RESTATED DOCKAGE LICENSE AND AGREEMENT DATED 09/28/2020 AND ALL RELATED AGREEMENTS | PORT OF VANCOUVER USA JULIANNA MARLER, CHIEF EXECUTIVE OFFICER 3103 N.W. LOWER RIVER ROAD VANCOUVER, WA 98660-1027 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
| --- | --- | --- |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 10/28/2023 AND ALL RELATED AGREEMENTS | PROTRAVEL INC<br>1633 BROADWAY 35TH FLOOR<br>NEW YORK, NY 10019 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 11/01/2023 AND ALL RELATED AGREEMENTS | PROTRAVEL INC<br>1633 BROADWAY 35TH FLOOR<br>NEW YORK, NY 10019 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | PROVIDENT TRAVEL<br>15 W CENTRAL PKWY<br>CINCINNATI, OH 45202 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | PROVIDENT TRAVEL<br>11309 MONTGOMERY RD.<br>CINCINNATI, OH 45249 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | PROVIDENT TRAVEL<br>11309 MONTGOMERY RD.<br>CINCINNATI, OH 45249 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 08/15/2023 AND ALL RELATED AGREEMENTS | PROVIDENT TRAVEL<br>15 W CENTRAL PKWY<br>CINCINNATI, OH 45202 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCOMMODATION AGREEMENT DATED 09/02/2023 AND ALL RELATED AGREEMENTS | RADISSON BLU MALL OF AMERICA<br>2100 KILLEBREW DRIVE<br>BLOOMINGTON, MN 55425 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor    American Queen Steamboat Operating Company, LLC          Case number (If known):   24-90100 (MI)
          Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.468** State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED 11/10/2020 AND ALL RELATED AGREEMENTS | RADISSON BLU MALL OF AMERICA 2100 K1LLEBREW DRIVE BLOOMINGTON, MN 55425 |

State the term remaining — UNDETERMINED

List the contract number of any government contract

| **2.469** State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED 11/10/2020 AND ALL RELATED AGREEMENTS | RADISSON BLU MALL OF AMERICA 2100 KILLEBREW DRIVE BLOOMINGTON, MN 55425 |

State the term remaining — UNDETERMINED

List the contract number of any government contract

| **2.470** State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED 11/10/2020 AND ALL RELATED AGREEMENTS | RADISSON BLU MALL OF AMERICA 2100 KILLEBREW DRIVE BLOOMINGTON, MN 55425 |

State the term remaining — UNDETERMINED

List the contract number of any government contract

| **2.471** State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED 11/11/2020 AND ALL RELATED AGREEMENTS | RADISSON BLU MALL OF AMERICA 2100 KILLEBREW DRIVE BLOOMINGTON, MN 55425 |

State the term remaining — UNDETERMINED

List the contract number of any government contract

| **2.472** State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED 11/11/2020 AND ALL RELATED AGREEMENTS | RADISSON BLU MALL OF AMERICA 2100 KILLEBREW DRIVE BLOOMINGTON, MN 55425 |

State the term remaining — UNDETERMINED

List the contract number of any government contract

| **2.473** State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED 11/10/2020 AND ALL RELATED AGREEMENTS | RADISSON BLU MALL OF AMERICA 2100 KILLEBREW DRIVE BLOOMINGTON, MN 55425 |

State the term remaining — UNDETERMINED

List the contract number of any government contract

| **2.474** State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED 11/10/2020 AND ALL RELATED AGREEMENTS | RADISSON BLU MALL OF AMERICA 2100 KILLEBREW DRIVE BLOOMINGTON, MN 55425 |

State the term remaining — UNDETERMINED

List the contract number of any government contract

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.475** | State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED 04/12/2021 AND ALL RELATED AGREEMENTS | RADISSON BLU MOA, LLC 2100 KILLEBREW DRIVE BLOOMINGTON, MN 55425 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.476** | State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED 09/16/2023 AND ALL RELATED AGREEMENTS | RADISSON BLU MOA, LLC 2100 KILLEBREW DRIVE BLOOMINGTON, MN 55425 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.477** | State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED 05/04/2021 AND ALL RELATED AGREEMENTS | RADISSON BLU MOA, LLC 2100 KILLEBREW DRIVE BLOOMINGTON, MN 55425 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.478** | State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED 04/12/2021 AND ALL RELATED AGREEMENTS | RADISSON BLU MOA, LLC 2100 KILLEBREW DRIVE BLOOMINGTON, MN 55425 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.479** | State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED 11/06/2020 AND ALL RELATED AGREEMENTS | RADISSON BLU MOA, LLC 2100 KILLEBREW DRIVE BLOOMINGTON, MN 55425 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.480** | State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED 04/05/2021 AND ALL RELATED AGREEMENTS | RADISSON BLU MOA, LLC 2100 KILLEBREW DRIVE BLOOMINGTON, MN 55425 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.481** | State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED 11/06/2020 AND ALL RELATED AGREEMENTS | RADISSON BLU MOA, LLC 2100 KILLEBREW DRIVE BLOOMINGTON, MN 55425 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.482** | State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED 04/05/2021 AND ALL RELATED AGREEMENTS | RADISSON BLU MOA, LLC 2100 KILLEBREW DRIVE BLOOMINGTON, MN 55425 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.483** | State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED 04/05/2021 AND ALL RELATED AGREEMENTS | RADISSON BLU MOA, LLC 2100 KILLEBREW DRIVE BLOOMINGTON, MN 55425 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.484** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT AND ALL RELATED AGREEMENTS | RADISSON MALL OF AMERICA 2100 KILLEBREW DRIVE BLOOMINGTON, MN 55425 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.485** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | RANDY'S ADVENTURES 2771 RAINBOW COURT MASON CITY, IA 50401 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.486** | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT DATED 04/05/2021 AND ALL RELATED AGREEMENTS | REAL INTERCONTINENTAL SAN JOSE COSTA RICA P.O. BOX 11856-1000 ESCAZU, SAN JOSE, COSTA RICA |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.487** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 09/07/2023 AND ALL RELATED AGREEMENTS | REBECCA HARPER TRAVEL 11115 SHERWOOD OAK LANE HOUSTON, TX 77043 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.488** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | REBECCA HARPER TRAVEL 11115 SHERWOOD OAK LANE HOUSTON, TX 77043 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   American Queen Steamboat Operating Company, LLC      Case number (If known):   24-90100 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.489** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | REBECCA HARPER TRAVEL<br>11115 SHERWOOD OAK LANE<br>HOUSTON, TX 77043 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.490** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 08/09/2023 AND ALL RELATED AGREEMENTS | REBECCA HARPER TRAVEL<br>11115 SHERWOOD OAK LANE<br>HOUSTON, TX 77043 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.491** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | RED TOWER TRAVEL DBA TRAVEL ONE<br>1529 J STREET<br>BEDFORD, IN 47421 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.492** | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | RED WING PORT AUTHORITY<br>315 WEST 4TH STREET<br>RED WING, MN 55066 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.493** | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK QUOTE AND ALL RELATED AGREEMENTS | REPUBLIC SERVICES<br>6211 N ENSIGN ST<br>PORTLAND, OR 97217 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.494** | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SETUP FORM AND ALL RELATED AGREEMENTS | REPUBLIC SERVICES<br>6211 N ENSIGN ST<br>PORTLAND, OR 97217 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.495** | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK QUOTE AND ALL RELATED AGREEMENTS | REPUBLIC SERVICES<br>6211 N ENSIGN ST<br>PORTLAND, OR 97217 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  American Queen Steamboat Operating Company, LLC
Name

Case number (If known):  24-90100 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.496** State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AND ALL RELATED AGREEMENTS | REPUBLIC SERVICES 6211 N ENSIGN ST PORTLAND, OR 97217 |

**2.496**

State what the contract or lease is for and the nature of the debtor's interest — STATEMENT OF WORK AND ALL RELATED AGREEMENTS

State the term remaining

List the contract number of any government contract

REPUBLIC SERVICES
6211 N ENSIGN ST
PORTLAND, OR 97217

**2.497**

State what the contract or lease is for and the nature of the debtor's interest — APPLICATION FOR CREDIT AND ALL RELATED AGREEMENTS

State the term remaining

List the contract number of any government contract

REPUBLIC SERVICES
6211 N ENSIGN ST
PORTLAND, OR 97217

**2.498**

State what the contract or lease is for and the nature of the debtor's interest — DOCKING SERVICES AGREEMENT AND ALL RELATED AGREEMENTS

State the term remaining — UNDETERMINED

List the contract number of any government contract

RIVERFRONT DEVELOPMENT CORPORATION
22 NORTH FRONT STREET
SUITE 960
MEMPHIS, TN 38103

**2.499**

State what the contract or lease is for and the nature of the debtor's interest — AGREEMENT TO PROVIDE SHADOW BOAT SERVICES DATED 09/12/2022 AND ALL RELATED AGREEMENTS

State the term remaining — UNDETERMINED

List the contract number of any government contract

RIVERVIEW TUG SERVICE INC
960 N RIVERVIEW ST
BELLEVUE, IA 52031

**2.500**

State what the contract or lease is for and the nature of the debtor's interest — AGREEMENT TO PROVIDE HORSEPOWER ASSISTANCE DATED 07/22/2022 AND ALL RELATED AGREEMENTS

State the term remaining — UNDETERMINED

List the contract number of any government contract

RIVERVIEW TUG SERVICE, INC
960 N. RIVERVIEW ST
BELLEVUE, IA 52031

**2.501**

State what the contract or lease is for and the nature of the debtor's interest — AGREEMENT TO PROVIDE SHADOW BOAT SERVICES DATED 07/26/2023 AND ALL RELATED AGREEMENTS

State the term remaining — UNDETERMINED

List the contract number of any government contract

RIVERVIEW TUG SERVICE, INC
960 N RIVERVIEW ST
BELLEVUE, IA 52031

**2.502**

State what the contract or lease is for and the nature of the debtor's interest — AGREEMENT TO PROVIDE HORSEPOWER ASSISTANCE DATED 07/22/2022 AND ALL RELATED AGREEMENTS

State the term remaining — UNDETERMINED

List the contract number of any government contract

RIVERVIEW TUG SERVICE, INC.
960 N. RIVERVIEW ST
BELLEVUE, IA 52031

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | ROCHESTER TRAVEL<br>3175 CHILI AVE.<br>ROCHESTER, NY 14624 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | ROCHESTER TRAVEL GROUP<br>3175 CHILI AVENUE<br>ROCHESTER, NY 14624 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest** | TAX SERVICES STATEMENT OF WORK DATED 06/22/2021 AND ALL RELATED AGREEMENTS | RSM US LLP<br>5155 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | S.A.S.S TRAVEL, LLC<br>725 MYRTLE AVE.<br>WATERTOWN, NY 13601 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest** | FULL VESSEL TICKET SALE AGREEMENT DATED 05/12/2022 AND ALL RELATED AGREEMENTS | SANTANA CYCLES, INC.<br>1324 ARROW HWY<br>LA VERNE, CA 91750 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest** | FULL VESSEL TICKET SALE AGREEMENT DATED 05/11/2022 AND ALL RELATED AGREEMENTS | SANTANA CYCLES, INC.<br>1324 ARROW HWY<br>LA VERNE, CA 91750 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | SEA COURSES CRUISES<br>1660 NORTH SERVICE RD. E. UNIT 101<br>OAKVILLE, ON L6H 7G3<br>CANADA |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor   American Queen Steamboat Operating Company, LLC                    Case number (If known):   24-90100 (MI)
         Name

| ▇ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.510** **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY INTELLECTUAL PROPERTY LICENSE AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | SEA OPERATING COMPANY, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.511** **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY SERVICES AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | SEA OPERATING COMPANY, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.512** **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY INTELLECTUAL PROPERTY LICENSE AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | SEA OPERATING COMPANY, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.513** **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY SERVICES AGREEMENT DATED 09/30/2020 AND ALL RELATED AGREEMENTS | SEA OPERATING COMPANY, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.514** **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY SERVICES AGREEMENT DATED 09/30/2022 AND ALL RELATED AGREEMENTS | SEA OPERATING COMPANY, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.515** **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY INTELLECTUAL PROPERTY LICENSE AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | SEA OPERATING COMPANY, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.516** **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY INTELLECTUAL PROPERTY LICENSE AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | SEA OPERATING COMPANY, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.517 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT ONE TO THE COMMERCIAL LEASE DATED 07/01/2020 AND ALL RELATED AGREEMENTS | SEA STAR REAL ESTATE INVESTMENT, LLC 8511 WESTOVER DR. PROSPECT, KY 40059 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.518 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE DATED 03/01/2017 AND ALL RELATED AGREEMENTS | SEA STAR REAL ESTATE INVESTMENT, LLC 8511 WESTOVER DR. PROSPECT, KY 40059 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.519 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TWO TO THE COMMERCIAL LEASE DATED 07/01/2020 AND ALL RELATED AGREEMENTS | SEA STAR REAL ESTATE INVESTMENT, LLC 8511 WESTOVER DR. PROSPECT, KY 40059 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.520 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT THREE TO THE COMMERCIAL LEASE DATED 08/19/2021 AND ALL RELATED AGREEMENTS | SEA STAR REAL ESTATE INVESTMENT, LLC 8511 WESTOVER DR. PROSPECT, KY 40059 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.521 | State what the contract or lease is for and the nature of the debtor's interest | LIVE PERFOMANCE AGREEMENT DATED 09/23/2022 AND ALL RELATED AGREEMENTS | SEAN DAWSON ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.522 | State what the contract or lease is for and the nature of the debtor's interest | GROUP ALLOTMENT DETAILS DATED 04/15/2023 AND ALL RELATED AGREEMENTS | SENIORS ON THE GO TRAVEL 785 MARBROOK DR. LAWRENCEVILLE, GA 30044 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.523 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | SENIORS ON THE GO TRAVEL 785 MARBROOK DR. LAWRENCEVILLE, GA 30044 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 05/11/2023 AND ALL RELATED AGREEMENTS | SHENANDOAH TOURS, INC. 2225 N AUGUSTA ST STAUNTON, VA 24401 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | EVENT AGREEMENT DATED 05/23/2022 AND ALL RELATED AGREEMENTS | SHERATON GRAND NASHVILLE DOWNTOWN 623 UNION STREET NASHVILLE, TN 37219 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | ROOM CONTRACT AND ALL RELATED AGREEMENTS | SHERATON MEMPHIS 250 NORTH MAIN STREET MEMPHIS, TN 38103 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | EVENT AGREEMENT DATED 07/13/2023 AND ALL RELATED AGREEMENTS | SHERATON MEMPHIS DOWNTOWN 250 NORTH MAIN STREET MEMPHIS, TN 38103 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | SHERATON MEMPHIS DOWNTOWN HOTEL AGREEMENT DATED 06/08/2023 AND ALL RELATED AGREEMENTS | SHERATON MEMPHIS DOWNTOWN 250 NORTH MAIN STREET MEMPHIS, TN 38103 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | GROUP SALES AGREEMENT DATED 10/29/2020 AND ALL RELATED AGREEMENTS | SHERATON MEMPHIS DOWNTOWN HOTEL 250 NORTH MAIN STREET MEMPHIS, TN 38103 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | GROUP SALES AGREEMENT DATED 10/29/2020 AND ALL RELATED AGREEMENTS | SHERATON MEMPHIS DOWNTOWN HOTEL 250 NORTH MAIN STREET MEMPHIS, TN 38103 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   American Queen Steamboat Operating Company, LLC            Case number (If known):   24-90100 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING DATED 07/01/2016 AND ALL RELATED AGREEMENTS | SHORE EXCURSIONS OF AMERICA 701 UHLER ROAD EASTON, PA 18040 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | SILVER LAND, LLC P.O. BOX 966 NATCHEZ, MS 39121 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.533 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP EVENT CONTRACT DATED 11/19/2020 AND ALL RELATED AGREEMENTS | SLATE ASSET MANAGEMENT 121 KING ST W, SUITE 200. TORONTO, ON M5H 3T9 CANADA |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.534 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP EVENT CONTRACT DATED 11/19/2020 AND ALL RELATED AGREEMENTS | SLATE ASSET MANAGEMENT 121 KING ST W, SUITE 200. TORONTO, ON M5H 3T9 CANADA |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.535 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP EVENT CONTRACT DATED 10/27/2023 AND ALL RELATED AGREEMENTS | SLATE ASSET MANAGEMENT 121 KING ST W, SUITE 200. TORONTO, ON M5H 3T9 CANADA |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.536 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NONDISCLOSURE AGREEMENT DATED 10/16/2023 AND ALL RELATED AGREEMENTS | SPARK EXPERIENCE DESIGN LLC 7275 NE 4RTH #110 MIAMI, FL 33138 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.537 | **State what the contract or lease is for and the nature of the debtor's interest** | CONCESSION AGREEMENT DATED 02/28/2022 AND ALL RELATED AGREEMENTS | SPAS EN MER CO. LTD 2 ND FLOOR THE CATALYST 40 SILICONE AVENUE CYBER CITY, EBENE, 77201 MAURITIUS |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest | CONCESSION AGREEMENT DATED 03/02/2020 AND ALL RELATED AGREEMENTS | SPAS EN MER CO. LTD, 2ND FLOOR, THE CATALYST 40 SILICONE AVENUE CYBER CITY, 77201 MAURITIUS |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.539 | State what the contract or lease is for and the nature of the debtor's interest | 2022 NORTH SHORE SPECIAL EVENTS LICENSE AGREEMENT DATED 04/22/2022 AND ALL RELATED AGREEMENTS | SPORTS & EXHIBITION AUTHORITY OF PITTSBURGH AND ALLEGHENY COUNTY 222 PEARL STREET NEW ALBANY, IN 47150 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | NORTH SHORE SPECIAL EVENTS LICENSE AGREEMENT DATED 04/14/2023 AND ALL RELATED AGREEMENTS | SPORTS & EXHIBITION AUTHORITY OF PITTSBURGH AND ALLEGHENY COUNTY 222 PEARL STREET NEW ALBANY, IN 47150 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | 2023 NORTH SHORE SPECIAL EVENTS LICENSE AGREEMENT DATED 04/14/2023 AND ALL RELATED AGREEMENTS | SPORTS & EXHIBITION AUTHORITY OF PITTSBURGH AND ALLEGHENY COUNTY 2400 EAST COMMERCIAL BLVD. SUITE 1200, FORT LAUDERDALE, FL 33308 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | SPORTS LEISURE VACATIONS 9812 OLD WINERY PLACE SUITE 1 SACRAMENTO, CA 95827 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.543 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | SPORTS LEISURE VACATIONS 9812 OLD WINERY PLACE SUITE 1 SACRAMENTO, CA 95827 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.544 | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | ST. LOUIS DEVELOPMENT CORPORATION 1520 MARKET ST #2000 ST. LOUIS, MO 63103 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.545**

| State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | ST. LOUIS DEVELOPMENT CORPORATION<br>1520 MARKET ST #2000<br>ST. LOUIS, MO 63103 |
|---|---|---|
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

**2.546**

| State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | STAR DESTINATIONS<br>1903 HIGHWAY 71<br>CARROLL, IA 51401 |
|---|---|---|
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

**2.547**

| State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | STAR DESTINATIONS<br>1903 HIGHWAY 71<br>CARROLL, IA 51401 |
|---|---|---|
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

**2.548**

| State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 07/19/2023 AND ALL RELATED AGREEMENTS | STAR DESTINATIONS<br>1903 HIGHWAY 71<br>CARROLL, IA 51401 |
|---|---|---|
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

**2.549**

| State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | STAR DESTINATIONS<br>1903 HIGHWAY 71<br>CARROLL, IA 51401 |
|---|---|---|
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

**2.550**

| State what the contract or lease is for and the nature of the debtor's interest | MUTUAL NONDISCLOSURE AGREEMENT DATED 10/24/2023 AND ALL RELATED AGREEMENTS | STE MICHELLE WINE ESTATES, LLC.<br>14111 NE 145TH STREET,<br>WOODINVILLE, WA 98072 |
|---|---|---|
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

**2.551**

| State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT AGREEMENT DATED 08/09/2023 AND ALL RELATED AGREEMENTS | STERICYCLE INC.<br>2355 WAUKEGAN RD<br>BANNOCKBURN, IL 60015 |
|---|---|---|
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

Debtor   American Queen Steamboat Operating Company, LLC                                    Case number (If known):   24-90100 (MI)
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.552** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT AGREEMENT DATED 08/09/2023 AND ALL RELATED AGREEMENTS | STERICYCLE INC. 2355 WAUKEGAN RD BANNOCKBURN, IL 60015 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.553** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 03/26/2021 AND ALL RELATED AGREEMENTS | STERICYCLE, INC., 4010 COMMERCIAL AVE NORTHBROOK, IL 60062 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.554** State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | STINE TRAVEL ASSOCIATES 100 HOLLYBERRY LANE GEORGETOWN, TX 78633 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.555** State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | STINE TRAVEL ASSOCIATES 100 HOLLYBERRY LANE GEORGETOWN, TX 78633 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.556** State what the contract or lease is for and the nature of the debtor's interest | LIVE PERFORMANCE AGREEMENT DATED 09/15/2022 AND ALL RELATED AGREEMENTS | STOREFRONT CONGREGATION (MURRELL THIXTON) 7728 HEIGHTS DR. LOUISVILLE, KY 40291 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.557** State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | SUN TOURS LTD. 1700 LOUISIANA NE SUITE 100 ALBUQUERQUE, NM 87110 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.558** State what the contract or lease is for and the nature of the debtor's interest | GROUP ALLOTMENT AGREEMENT DATED 08/23/2022 AND ALL RELATED AGREEMENTS | SUN TOURS LTD. 1700 LOUISIANA NE SUITE 100 ALBUQUERQUE, NM 87110 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | SUN TOURS LTD. 1700 LOUISIANA NE SUITE 100 ALBUQUERQUE, NM 87110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | MOORAGE AGREEMENT DATED 11/26/2022 AND ALL RELATED AGREEMENTS | SUNDIAL MARINE 5605 NE SUNDIAL ROAD TROUTDALE, OR 97060 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | MOORAGE AGREEMENT DATED 12/07/2021 AND ALL RELATED AGREEMENTS | SUNDIAL MARINE CONSTRUCTION & REPAIR, INC 6305 NW OLD RIVER ROAD VANCOUVER, WA 98660 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | MOORAGE AGREEMENT DATED 12/07/2021 AND ALL RELATED AGREEMENTS | SUNDIAL MARINE CONSTRUCTION & REPAIR, INC. 6305 NW OLD RIVER ROAD VANCOUVER, WA 98660 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | MOORAGE AGREEMENT AND ALL RELATED AGREEMENTS | SUNDIAL MARINE CONSTRUCTION & REPAIR, INC. 6305 NW OLD RIVER ROAD VANCOUVER,, WA 98660 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | SUNRISE TOURS 12166 OLD BIG BEND ROAD #202 KIRKWOOD, MO 63122 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN QUEEN VOYAGES PROPOSAL / STATEMENT OF WORK DATED 04/05/2023 AND ALL RELATED AGREEMENTS | SWEEPSTAKESPROS 19630 ALLENDALE AVENUE NO. 3222 SARATOGA, CA 95070 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.566** **State what the contract or lease is for and the nature of the debtor's interest** SWEEPSTAKESPROS STATEMENT OF WORK DATED 04/04/2023 AND ALL RELATED AGREEMENTS<br><br>**State the term remaining** UNDETERMINED<br><br>**List the contract number of any government contract** | SWEEPSTAKESPROS 19630 ALLENDALE AVENUE NO. 3222 SARATOGA, CA 95070 |
| **2.567** **State what the contract or lease is for and the nature of the debtor's interest** NONDISCLOSURE AGREEMENT DATED 05/25/2023 AND ALL RELATED AGREEMENTS<br><br>**State the term remaining** UNDETERMINED<br><br>**List the contract number of any government contract** | TAS SOLUTIONS LTD FULLBRIDGE MILL FULLBRIDGE MALDON, ESSEX, CM9 4LE UNITED KINGDOM |
| **2.568** **State what the contract or lease is for and the nature of the debtor's interest** LIVE PERFORMANCE AGREEMENT DATED 09/15/2022 AND ALL RELATED AGREEMENTS<br><br>**State the term remaining** UNDETERMINED<br><br>**List the contract number of any government contract** | TERRY MIKE JEFFREY ADDRESS ON FILE |
| **2.569** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO AMERICAN QUEEN STEAMBOAT COMPANY DOCKING AGREEMENT DATED 08/25/2021 AND ALL RELATED AGREEMENTS<br><br>**State the term remaining** UNDETERMINED<br><br>**List the contract number of any government contract** | THE BOARD OF MAYOR AND ALDERMEN OF THE CITY OF VICKSBURG, MISSISSIPPI 1401 WALNUT STREET VICKSBURG, MS 39180 |
| **2.570** **State what the contract or lease is for and the nature of the debtor's interest** CONFIRMATION AGREEMENT DATED 11/20/2022 AND ALL RELATED AGREEMENTS<br><br>**State the term remaining** UNDETERMINED<br><br>**List the contract number of any government contract** | THE BROWN HOTEL 335 WEST BROADWAY LOUISVILLE, KY 40202 |
| **2.571** **State what the contract or lease is for and the nature of the debtor's interest** CONFIRMATION AGREEMENT AND ALL RELATED AGREEMENTS<br><br>**State the term remaining** UNDETERMINED<br><br>**List the contract number of any government contract** | THE BROWN HOTEL 335 WEST BROADWAY LOUISVILLE, KY 40202 |
| **2.572** **State what the contract or lease is for and the nature of the debtor's interest** CONFIRMATION AGREEMENT DATED 09/29/2020 AND ALL RELATED AGREEMENTS<br><br>**State the term remaining** UNDETERMINED<br><br>**List the contract number of any government contract** | THE BROWN HOTEL 335 WEST BROADWAY LOUISVILLE, KY 40202 |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.573**
State what the contract or lease is for and the nature of the debtor's interest: CONFIRMATION AGREEMENT DATED 09/29/2020 AND ALL RELATED AGREEMENTS

THE BROWN HOTEL
335 WEST BROADWAY
LONISVILLE, KY 40202

State the term remaining: UNDETERMINED
List the contract number of any government contract:

---

**2.574**
State what the contract or lease is for and the nature of the debtor's interest: CONFIRMATION AGREEMENT DATED 10/25/2022 AND ALL RELATED AGREEMENTS

THE BROWN HOTEL
335 WEST BROADWAY
LOUISVILLE, KY 40202

State the term remaining: UNDETERMINED
List the contract number of any government contract:

---

**2.575**
State what the contract or lease is for and the nature of the debtor's interest: CONFIRMATION AGREEMENT DATED 11/07/2022 AND ALL RELATED AGREEMENTS

THE BROWN HOTEL
335 WEST BROADWAY
LOUISVILLE, KY 40202

State the term remaining: UNDETERMINED
List the contract number of any government contract:

---

**2.576**
State what the contract or lease is for and the nature of the debtor's interest: CONFIRMATION AGREEMENT AND ALL RELATED AGREEMENTS

THE BROWN HOTEL
335 WEST BROADWAY
LOUISVILLE, KY 40202

State the term remaining: UNDETERMINED
List the contract number of any government contract:

---

**2.577**
State what the contract or lease is for and the nature of the debtor's interest: CONFIRMATION AGREEMENT AND ALL RELATED AGREEMENTS

THE BROWN HOTEL 335 WEST BROADWAY
335 WEST BROADWAY
LOUISVILLE, KY 40202

State the term remaining: UNDETERMINED
List the contract number of any government contract:

---

**2.578**
State what the contract or lease is for and the nature of the debtor's interest: MOORAGE AGREEMENT DATED 10/15/2019 AND ALL RELATED AGREEMENTS

THE CITY OF BATON ROUGE
P.O. BOX 1471
BATON ROUGE, LA 70821

State the term remaining: UNDETERMINED
List the contract number of any government contract:

---

**2.579**
State what the contract or lease is for and the nature of the debtor's interest: LEASE AGREEMENT DATED 05/04/2021 AND ALL RELATED AGREEMENTS

THE CITY OF HANNIBAL
320 BROADWAY
HANNIBAL, MO 63401

State the term remaining: UNDETERMINED
List the contract number of any government contract:

---

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.580** | State what the contract or lease is for and the nature of the debtor's interest | EXECUTE A LEASE AGREEMENT DATED 05/04/2021 AND ALL RELATED AGREEMENTS | THE CITY OF HANNIBAL 320 BROADWAY HANNIBAL, MO 63401 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.581** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT AND ALL RELATED AGREEMENTS | THE CITY OF HANNIBAL, A MISSOURI MUNICIPAL CORPORATION 320 BROADWAY HANNIBAL, MO 63401 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.582** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT AND ALL RELATED AGREEMENTS | THE CITY OF HANNIBAL, A MISSOURI MUNICIPAL CORPORATION 320 BROADWAY HANNIBAL, MO 63401 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.583** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND USE AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | THE CITY OF RED WING 315 WEST 4TH STREET RED WING, MN 55066 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.584** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | THE COMPANY YOU KEEP TRAVEL 19424 WADE ROAD CORRY, PA 16407 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.585** | State what the contract or lease is for and the nature of the debtor's interest | GROUP ALLOTMENT AGREEMENT DATED 08/02/2023 AND ALL RELATED AGREEMENTS | THE COMPANY YOU KEEP TRAVEL 19424 WADE ROAD CORRY, PA 16407 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.586** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT DATED 05/15/2023 AND ALL RELATED AGREEMENTS | THE GUEST HOUSE AT GRACELAND 3600 ELVIS PRESLEY BLVD MEMPHIS, TN 38116 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.587** | **State what the contract or lease is for and the nature of the debtor's interest** | ROOM CONTRACT DATED 05/15/2023 AND ALL RELATED AGREEMENTS | THE GUEST HOUSE AT GREENLAND 2400 E COMMERCIAL BLVD. FI 12 FORT LAUDERDALE, FL 33308 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.588** | **State what the contract or lease is for and the nature of the debtor's interest** | HOTEL AGREEMENT DATED 01/31/2023 AND ALL RELATED AGREEMENTS | THE HILTON ST. LOUIS #1 SOUTH BROADWAY ST. LOUIS, MO 63102 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.589** | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP SALES AGREEMENT AND ALL RELATED AGREEMENTS | THE HISTORIC DAVENPORT AUTOGRAPH COLLECTION 10 SOUTH POST STREET SPOKANE, WA 99201 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.590** | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP SALES AGREEMENT AND ALL RELATED AGREEMENTS | THE HISTORIC DAVENPORT AUTOGRAPH COLLECTION 10 SOUTH POST STREET SPOKANE, WA 99201 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.591** | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP SALES AGREEMENT DATED 03/03/2021 AND ALL RELATED AGREEMENTS | THE HISTORIC DAVENPORT 222 PEARL STREET, 3"1 FLOOR NEW ALBANY, IN 47150 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.592** | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP SALES AGREEMENT DATED 10/08/2020 AND ALL RELATED AGREEMENTS | THE HISTORIC DAVENPORT 10 SOUTH POST STREET SPOKANE, WA 99201 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.593** | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP SALES AGREEMENT DATED 07/18/2022 AND ALL RELATED AGREEMENTS | THE HISTORIC DAVENPORT, AUTOGRAPH COLLECTION 10 SOUTH POST STREET SPOKANE, WA 99201 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor    American Queen Steamboat Operating Company, LLC                    Case number (If known)    24-90100 (MI)
_____
Name

| ▮ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.594 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING AGREEMENT DATED 01/13/2021 AND ALL RELATED AGREEMENTS | THE LOADING DOCK 400 FRONT STREET GRAFTON,, IL 62037 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.595 | **State what the contract or lease is for and the nature of the debtor's interest** | THE NATIONAL WWII MUSEUM CONTRACT DATED 01/01/2023 AND ALL RELATED AGREEMENTS | THE NATIONAL WWII MUSEUM 945 MAGAZINE STREET NEW ORLEANS, LA 70130 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.596 | **State what the contract or lease is for and the nature of the debtor's interest** | AMERICAN COUNTESS CONTRACT. DATED 12/13/2021 AND ALL RELATED AGREEMENTS | THE PEABODY MEMPHIS 149 UNION AVENUE MEMPHIS, TN 38103 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCOMMODATION AGREEMENT DATED 01/20/2023 AND ALL RELATED AGREEMENTS | THE PEABODY MEMPHIS 149 UNION AVENUE MEMPHIS,, TN 38103 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO CONTRACT DATED 09/21/2022 AND ALL RELATED AGREEMENTS | THE PEABODY MEMPHIS 149 UNION AVENUE MEMPHIS, TN 38103 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest** | AQSC-COUNTESS 2022 SERIES DATED 11/23/2021 AND ALL RELATED AGREEMENTS | THE PEABODY MEMPHIS 149 UNION AVENUE MEMPHIS,, TN 38103 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO YOUR ORIGINAL 2022 AQSC AMERICAN QUEEN CONTRACT DATED 12/21/2021 AND ALL RELATED AGREEMENTS | THE PEABODY MEMPHIS 149 UNION AVENUE MEMPHIS, TN 38103 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor  American Queen Steamboat Operating Company, LLC          Case number (If known):  24-90100 (MI)

Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.601** State what the contract or lease is for and the nature of the debtor's interest — CONTRACT DATED 01/25/2023 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | THE PEABODY MEMPHIS<br>149 UNION AVENUE<br>MEMPHIS, TN 38103 |
| **2.602** State what the contract or lease is for and the nature of the debtor's interest — ACCOMMODATION AGREEMENT DATED 10/26/2020 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | THE PEABODY MEMPHIS<br>149 UNION AVENUE<br>MEMPHIS, TN 38103 |
| **2.603** State what the contract or lease is for and the nature of the debtor's interest — AQSC - TWO ADDITIONAL AMERICAN COUNTESS DATES ADDED TO 2023 SERIES DATED 04/07/2021 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | THE PEABODY MEMPHIS<br>149 UNION AVENUE<br>MEMPHIS, TN 38103 |
| **2.604** State what the contract or lease is for and the nature of the debtor's interest — A CONTRACT DATED 03/10/2021 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | THE PEABODY MEMPHIS<br>149 UNION AVENUE<br>MEMPHIS, TN 38103 |
| **2.605** State what the contract or lease is for and the nature of the debtor's interest — A CONTRACT DATED 03/10/2021 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | THE PEABODY MEMPHIS<br>149 UNION AVENUE<br>MEMPHIS, TN 38103 |
| **2.606** State what the contract or lease is for and the nature of the debtor's interest — A CONTRACT DATED 03/10/2021 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | THE PEABODY MEMPHIS<br>149 UNION AVENUE<br>MEMPHIS, TN 38103 |
| **2.607** State what the contract or lease is for and the nature of the debtor's interest — ACCOMODATION AGREEMENT DATED 03/10/2021 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | THE PEABODY MEMPHIS<br>149 UNION AVENUE<br>MEMPHIS, TN 38103 |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.608** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT DATED 12/30/2022 AND ALL RELATED AGREEMENTS | THE PEABODY MEMPHIS 149 UNION AVENUE MEMPHIS, TN 38103 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.609** | **State what the contract or lease is for and the nature of the debtor's interest** | HOTEL CONTRACT DATED 10/26/2020 AND ALL RELATED AGREEMENTS | THE PEABODY MEMPHIS 149 UNION AVENUE MEMPHIS, TN 38103 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.610** | **State what the contract or lease is for and the nature of the debtor's interest** | ACCOMMODATION CONTRACT DATED 10/26/2020 AND ALL RELATED AGREEMENTS | THE PEABODY MEMPHIS 149 UNION AVENUE MEMPHIS, TN 38103 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.611** | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM DATED 01/18/2023 AND ALL RELATED AGREEMENTS | THE PEABODY MEMPHIS: 149 UNION AVENUE MEMPHIS, TN 38103 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.612** | **State what the contract or lease is for and the nature of the debtor's interest** | A CONTRACT BETWEEN THE PEABODY MEMPHIS AND AMERICAN QUEEN VOYAGES DATED 06/27/2023 AND ALL RELATED AGREEMENTS | THE PEABODY MEMPHIS: 149 UNION AVENUE MEMPHIS, TN 38103 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.613** | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM DATED 12/21/2022 AND ALL RELATED AGREEMENTS | THE PEABODY MEMPHIS: 149 UNION AVENUE MEMPHIS, TN 38103 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.614** | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP ALLOTMENT AGREEMENT DATED 03/13/2023 AND ALL RELATED AGREEMENTS | THE TRAVEL AGENT NEXT DOOR 1003-55 YORK ST. TORONTO, ON M5J 1R7 CANADA |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor   American Queen Steamboat Operating Company, LLC   Case number (If known):   24-90100 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.615** State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | THE TRAVEL AGENT NEXT DOOR 1003-55 YORK ST. TORONTO, ON M5J 1R7 CANADA |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.616** State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | THE TRAVEL AGENT NEXT DOOR 1003-55 YORK ST. TORONTO, ON M5J 1R7 CANADA |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.617** State what the contract or lease is for and the nature of the debtor's interest | GROUP SALES AGREEMENT DATED 05/29/2022 AND ALL RELATED AGREEMENTS | THE WESTIN PITTSBURGH 1000 PENN AVENUE, PITTSBURGH, PA 15222 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.618** State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED 11/11/2022 AND ALL RELATED AGREEMENTS | THE WESTIN PITTSBURGH 1000 PENN AVENUE PITTSBURGH, PA 15222 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.619** State what the contract or lease is for and the nature of the debtor's interest | GROUP SALES AGREEMENT DATED 05/29/2022 AND ALL RELATED AGREEMENTS | THE WESTIN PITTSBURGH 1000 PENN AVENUE PITTSBURGH, PA 15222 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.620** State what the contract or lease is for and the nature of the debtor's interest | INFORMATION SHEET AND SALES AGREEMENT DATED 08/05/2022 AND ALL RELATED AGREEMENTS | THE WESTIN RESORT & SPA PASEO DE LA MARINA SUR #205 PUERTO VALLARTA, 48354 MEXICO |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.621** State what the contract or lease is for and the nature of the debtor's interest | ROOM AGREEMENT DATED 03/18/2021 AND ALL RELATED AGREEMENTS | THE WESTLN HARBOUR CASTLE, TORONTO 1 HARBOUR SQUARE TORRONTO, ON M5J1A6 CANADA |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): 24-90100 (MI) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.622** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT BETWEEN AMERICAN QUEEN STEAMBOAT OPERATING COMPANY & THE WESTIN HARBOUR CASTLE DATED 03/23/2021 AND ALL RELATED AGREEMENTS<br>UNDETERMINED | THE WESTLN HARBOUR CASTLE, TORONTO 1 HARBOUR SQUARE<br>TORONTO, ON M5J 1A6<br>CANADA |
| **2.623** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | THEICEWAY<br>THE GATE HOUSE, FRETHERNE ROAD<br>WELWYN, GARDEN CITY<br>HERTFORDSHIRE, AL8 6NS<br>UNITED KINGDOM |
| **2.624** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | THEICEWAY<br>THE GATE HOUSE, FRETHERNE RD<br>WELWYN GARDEN CITY, AL8 6NS<br>UNITED KINGDOM |
| **2.625** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | THOMAS TOURS<br>763 CARL AVE.<br>NEW KENSINGTON, PA 15068 |
| **2.626** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | THOMAS TOURS<br>763 CARL AVE.<br>NEW KENSINGTON, PA 15068 |
| **2.627** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | TOUCH OF TRAVEL<br>4420 FAIRWAY DR<br>LAKEWOOD, CA 90712 |
| **2.628** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | TPI<br>2627A PORTAGE AVE.<br>WINNIPEG, MB R3J0P7<br>CANADA |

Debtor   American Queen Steamboat Operating Company, LLC

Name

Case number (If known):   24-90100 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 04/25/2023 AND ALL RELATED AGREEMENTS | TRAVEL HOUSE<br>5738 N 24TH ST<br>PHOENIX, AZ 85016 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | TRAVEL HOUSE<br>5738 N. 24TH ST.<br>PHOENIX, AZ 85016 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | TRAVEL HOUSE<br>5738 N. 24TH ST.<br>PHOENIX, AZ 85016 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 06/28/2023 AND ALL RELATED AGREEMENTS | TRAVEL ONE<br>1529 J STREET<br>BEDFORD, IN 47421 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | TRAVEL PLANNERS INTERNATIONAL<br>1740 FENNELL STREET<br>MAITLAND, FL 32751 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | TRAVEL WORKS LTD<br>10941 E. ROSCOMMON ST.<br>TUCSON, AZ 85747 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | TRAVEL WORKS LTD<br>10941 E. ROSCOMMON ST.<br>TUCSON, AZ 85747 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.636** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | TRAVELOOZA 100 WARREN ST, STE 300-123 MANKATO, MN 56001 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.637** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | TRAVELOOZA 100 WARREN ST. STE 300-123 MANKATO, MN 56001 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.638** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | TRAVELOOZA 100 WARREN ST, STE 300-123 MANKATO, MN 56001 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.639** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | TRAVELOOZA 100 WARREN ST, STE 300-123 MANKATO, MN 56001 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.640** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM ONE TO 2022-2023 PREFERRED SALES AND MARKETING AGREEMENT DATED 09/06/2023 AND ALL RELATED AGREEMENTS | TRAVELSAVERS INC. AND NETWORK OF ENTREPRENEURS SELLING TRAVEL C/O NEST 71 AUDREY AVE, OYSTER BAY, NY 11771 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.641** | State what the contract or lease is for and the nature of the debtor's interest | PREFERRED SALES & MARKETING AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | TRAVELSAVERS, INC. STERLING NATIONAL BANK ONE JERICHO PLAZA, 3RD FLOOR, JERICHO, NY 11753 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.642** | State what the contract or lease is for and the nature of the debtor's interest | PREFERRED SALES & MARKETING AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | TRAVELSAVERS, INC. ATTN: NICOLE MAZZA 71 AUDREY AVENUE OYSTER BAY, NY 11771 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.643** | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | TUNICA COUNTY CHAMBER OF COMMERCE AND RIVER PARK MUSEUM & AQUARIUM ONE RIVER PARK DRIVE P.O. BOX 99 TUNICA, MS 38664 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.644** | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT AND ALL RELATED AGREEMENTS | TUNICA COUNTY CHAMBER OF COMMERCE AND RIVER PARK MUSEUM & AQUARIUM ONE RIVER PARK DRIVE P.O. BOX 99 TUNICA, MS 38664 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.645** | State what the contract or lease is for and the nature of the debtor's interest | DOCKING AGREEMENT DATED 06/04/2019 AND ALL RELATED AGREEMENTS | TUNICA RIVER PARK & MUSEUM MARY HODGES, EXECUTIVE DIR. ONE RIVER PARK DRIVE, PO BOX 99 TUNICA, MS 38664 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.646** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT AND ALL RELATED AGREEMENTS | TURNERS ISLAND LLC ATTN: ROGER A. HALE 40 MECHANIC ST. SOUTH PORTLAND, ME 04106 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.647** | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED 11/18/2021 AND ALL RELATED AGREEMENTS | TWIN OAKS NATCHEZ LLC 205 NORTH RANKIN NATCHEZ, MS 39210 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.648** | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED 11/18/2021 AND ALL RELATED AGREEMENTS | TWIN OAKS NATCHEZ LLC 205 NORTH RANKIN NATCHEZ, MS 39210 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.649** | State what the contract or lease is for and the nature of the debtor's interest | STORAGE AGREEMENT AND ALL RELATED AGREEMENTS | U-HAUL MOVING & STORAGE OF THE DALLES 2640 W 6TH ST THE DALLES, OR 97058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.650 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | UNIVERSAL TRAVEL<br>4300 ROGERS AVE SUITE 8<br>FORT SMITH, AR 72903 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.651 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 05/18/2022 AND ALL RELATED AGREEMENTS | UNIVERSAL TRAVEL<br>4300 ROGERS AVE SUITE 8<br>FORT SMITH, AR 72903 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.652 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | UNIVERSAL TRAVEL<br>4300 ROGERS AVE SUITE 8<br>FORT SMITH, AR 72903 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.653 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 05/08/2023 AND ALL RELATED AGREEMENTS | US TOURS<br>7000 GRAND CENTRAL AVE<br>VIENNA, WV 26105 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.654 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 10/30/2023 AND ALL RELATED AGREEMENTS | US TOURS<br>7000 GRAND CENTRAL AVE.<br>VIENNA, WV 26105 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.655 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | USA RIVER CRUISES<br>10013 NE HAZEL DELL AVE., STE. 503<br>VANCOUVER, WA 98685 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.656 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | USA RIVER CRUISES<br>10013 NE HAZEL DELL AVE., STE. 503<br>VANCOUVER, WA 98685<br>CANADA |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor    American Queen Steamboat Operating Company, LLC                    Case number (If known):    24-90100 (MI)
_____    Name

▮    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.657** **State what the contract or lease is for and the nature of the debtor's interest** ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | USA RIVER CRUISES 10013 NE HAZEL DELL AVE., STE. 503 VANCOUVER, WA 98685 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.658** **State what the contract or lease is for and the nature of the debtor's interest** ALLOTMENT AGREEMENT DATED 07/11/2023 AND ALL RELATED AGREEMENTS | USA RIVER CRUISES 10013 NE HAZEL DELL AVE., STE. 503 VANCOUVER, WA 98685 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.659** **State what the contract or lease is for and the nature of the debtor's interest** ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | USA RIVER CRUISES 10013 NE HAZEL DELL AVE., STE. 503 VANCOUVER, WA 98685 CANADA |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.660** **State what the contract or lease is for and the nature of the debtor's interest** ALLOTMENT AGREEMENT DATED 04/19/2023 AND ALL RELATED AGREEMENTS | USA RIVER CRUISES 10013 NE HAZEL DELL AVE., STE. 503 VANCOUVER, WA 98685 CANADA |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.661** **State what the contract or lease is for and the nature of the debtor's interest** ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | USA RIVER CRUISES 10013 NE HAZEL DELL AVE., STE. 503 VANCOUVER, WA 98685 CANADA |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.662** **State what the contract or lease is for and the nature of the debtor's interest** ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | USA RIVER CRUISES 10013 NE HAZE! DELL AVE., STE. 503 VANCOUVER, WA 98685 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.663** **State what the contract or lease is for and the nature of the debtor's interest** ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | USA RIVER CRUISES 10013 NE HAZEL DELL AVE., STE. 503 VANCOUVER, WA 98685 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |

Debtor    American Queen Steamboat Operating Company, LLC          Case number (If known):  24-90100 (MI)
          Name

| ▮ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT DATED 09/27/2023 AND ALL RELATED AGREEMENTS | USA RIVER CRUISES<br>10013 NE HAZEL DELL AVE., STE. 503<br>VANCOUVER, WA 98685<br>CANADA |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | USA TOURS INC<br>104 E 11TH ST<br>ROLLA, MO 65401 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | USA TOURS INC<br>104 E 11TH ST<br>ROLLA, MO 65401 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | USA TOURS INC<br>104 E 11TH ST<br>ROLLA, MO 65401 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | VACATIONS TO GO<br>5851 SAN FELIPE STE 500<br>HOUSTON, TX 77057 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | VACATIONS TO GO<br>5851 SAN FELIPE STE 500<br>HOUSTON, TX 77057 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | VACATIONS TO GO<br>5851 SAN FELIPE STE 500<br>HOUSTON, TX 77057 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor   American Queen Steamboat Operating Company, LLC

Case number (If known):   24-90100 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.671** | State what the contract or lease is for and the nature of the debtor's interest | REGIONAL PREFERRED SUPPLIER AGREEMENT DATED 05/26/2023 AND ALL RELATED AGREEMENTS | VACATIONS TO GO, INC. 5851 SAN FELIPE ST. STE. 500 HOUSTON, TX 77057 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.672** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | VALERIE WILSON TRAVEL 1000 WILLIAM HILTON PARKWAY STE 104 HILTON HEAD ISLAND, SC 29928 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.673** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 08/28/2023 AND ALL RELATED AGREEMENTS | VALERIE WILSON TRAVEL 1000 WILLIAM HILTON PARKWAY STE 104 HILTON HEAD ISLAND, SC 29928 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.674** | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AND MAINTENANCE AGREEMENT DATED 02/17/2018 AND ALL RELATED AGREEMENTS | VERSONIX CORPORATION 1175 SARATOGA AVENUE SUITE 4 SAN JOSE, CA 95129 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.675** | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AND MAINTENANCE AGREEMENT DATED 02/17/2018 AND ALL RELATED AGREEMENTS | VERSONIX CORPORATION 1175 SARATOGA AVENUE, SUITE 4 SAN JOSE, CA 95129 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.676** | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY SERVICES AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | VICTORY HOLDINGS I, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.677** | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY SERVICES AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | VICTORY HOLDINGS II, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor  American Queen Steamboat Operating Company, LLC

Name

Case number (If known):   24-90100 (MI)

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.678** State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY INTELLECTUAL PROPERTY LICENSE AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | VICTORY OPERATING COMPANY, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.679** State what the contract or lease is for and the nature of the debtor's interest | CONTRIBUTION AGREEMENT DATED 11/18/2022 AND ALL RELATED AGREEMENTS | VICTORY OPERATING COMPANY, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.680** State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY INTELLECTUAL PROPERTY LICENSE AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | VICTORY OPERATING COMPANY, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.681** State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY INTELLECTUAL PROPERTY LICENSE AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | VICTORY OPERATING COMPANY, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.682** State what the contract or lease is for and the nature of the debtor's interest | LIMITED LIABILITY COMPANY AGREEMENT DATED 10/15/2018 AND ALL RELATED AGREEMENTS | VICTORY OPERATING COMPANY, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.683** State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY SERVICES AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | VICTORY OPERATING COMPANY, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.684** State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY INTELLECTUAL PROPERTY LICENSE AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | VICTORY OPERATING COMPANY, LLC 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

| Debtor | American Queen Steamboat Operating Company, LLC | | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.685** | State what the contract or lease is for and the nature of the debtor's interest | SHIP REPAIR AND ALL RELATED AGREEMENTS | VIGOR<br>5555 N CHANNEL AVE<br>PORTLAND, OR 97217 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.686** | State what the contract or lease is for and the nature of the debtor's interest | MEDICAL MANAGEMENT SERVICES AGREEMENT DATED 02/11/2021 AND ALL RELATED AGREEMENTS | VIKAND MEDICAL SOLUTIONS LLC<br>1001 S. ANDREWS AVE.<br>SUITE 120<br>FT. LAUDERDALE, FL 33316 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.687** | State what the contract or lease is for and the nature of the debtor's interest | MEDICAL MANAGEMENT SERVICES AGREEMENT AND ALL RELATED AGREEMENTS | VIKAND MEDICAL SOLUTIONS, LLC<br>1001 S. ANDREWS AVE.<br>SUITE 120<br>FT. LAUDERDALE, FL 33316 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.688** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 04/19/2021 AND ALL RELATED AGREEMENTS | VIKING USA, LLC<br>5700 CANOGA AVENUE<br>WOODLAND HILLS, CA 91367 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.689** | State what the contract or lease is for and the nature of the debtor's interest | CLICK MANAGEMENT RENTAL AGREEMENT DATED 10/04/2021 AND ALL RELATED AGREEMENTS | VISUAL EDGE INC.<br>1263 EAST NEW CIRCLE ROAD<br>SUITE 110<br>LEXINGTON, KY 40505 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.690** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 04/08/2022 AND ALL RELATED AGREEMENTS | VISUAL EDGE INC.<br>1263 EAST NEW CIRCLE ROAD<br>SUITE 110<br>LEXINGTON, KY 40505 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.691** | State what the contract or lease is for and the nature of the debtor's interest | ALLOTMENT AGREEMENT DATED 03/01/2023 AND ALL RELATED AGREEMENTS | VOYAGES ROCKLAND TRAVEL<br>3751 ST JOSEPH BLVD<br>ORLEANS, ON K1C1T1<br>CANADA |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   American Queen Steamboat Operating Company, LLC

Name

Case number (If known):   24-90100 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.692** State what the contract or lease is for and the nature of the debtor's interest — ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS | VOYAGES ROCKLAND TRAVEL 3751 ST JOSEPH BLVD ORLEANS, ON K1C1T1 CANADA |
| State the term remaining — UNDETERMINED | |
| List the contract number of any government contract | |
| **2.693** State what the contract or lease is for and the nature of the debtor's interest — GROUP SALES CONTRACT DATED 03/05/2021 AND ALL RELATED AGREEMENTS | VU2O13 RRHG, LLC DBA KIMPTON AERTSON HOTEL 2021 BROADWAY NASHVILLE, TN 37203 |
| State the term remaining — UNDETERMINED | |
| List the contract number of any government contract | |
| **2.694** State what the contract or lease is for and the nature of the debtor's interest — NON-DISCLOSURE AGREEMENT DATED 01/24/2022 AND ALL RELATED AGREEMENTS | WARD COVE DOCK GROUP, LLC 1975 DISCOVERY DRIVE FAIRBANKS, AK 99709 |
| State the term remaining — UNDETERMINED | |
| List the contract number of any government contract | |
| **2.695** State what the contract or lease is for and the nature of the debtor's interest — LICENSE AGREEMENT DATED 03/01/2023 AND ALL RELATED AGREEMENTS | WATERFRONT DEVELOPMENT CORPORATION 129 EAST RIVER ROAD LOUISVILLE, KY 40202 |
| State the term remaining — UNDETERMINED | |
| List the contract number of any government contract | |
| **2.696** State what the contract or lease is for and the nature of the debtor's interest — LICENSE AGREEMENT DATED 04/11/2023 AND ALL RELATED AGREEMENTS | WATERFRONT DEVELOPMENT CORPORATION 129 EAST RIVER ROAD LOUISVILLE, KY 40202 |
| State the term remaining — UNDETERMINED | |
| List the contract number of any government contract | |
| **2.697** State what the contract or lease is for and the nature of the debtor's interest — LICENSE AGREEMENT DATED 04/18/2012 AND ALL RELATED AGREEMENTS | WATERFRONT DEVELOPMENT CORPORATION, 129 EAST RIVER ROAD, LOUISVILLE, KY 40202 |
| State the term remaining — UNDETERMINED | |
| List the contract number of any government contract | |
| **2.698** State what the contract or lease is for and the nature of the debtor's interest — ALLOTMENT AGREEMENT DATED 08/10/2023 AND ALL RELATED AGREEMENTS | WELLS GRAY TOURS 250 LANSDOWNE ST KAMLOOPS, BC V2C 1X7 CANADA |
| State the term remaining — UNDETERMINED | |
| List the contract number of any government contract | |

Debtor   American Queen Steamboat Operating Company, LLC

Case number (If known):   24-90100 (MI)

Name

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.699** State what the contract or lease is for and the nature of the debtor's interest — ALLOTMENT AGREEMENT AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | WELLS GRAY TOURS<br>250 LANSDOWNE ST<br>KAMLOOPS, BC V2C 1X7<br>CANADA |
| **2.700** State what the contract or lease is for and the nature of the debtor's interest — DOCKING AGREEMENT DATED 04/13/2018 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | WEPFER MARINE, INC.<br>380 STATE ROUTE 1354<br>HICKMAN, KY 42050 |
| **2.701** State what the contract or lease is for and the nature of the debtor's interest — GROUP CATERING SALES EVENT AGREEMENT DATED 05/17/2023 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | WESTIN HARBOUR CASTLE<br>1 HARBOUR SQUARE<br>TORONTO, ON M5J 1AJ<br>CANADA |
| **2.702** State what the contract or lease is for and the nature of the debtor's interest — GROUP CATERING SALES EVENT AGREEMENT DATED 04/17/2023 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | WESTIN HARBOUR CASTLE<br>1 HARBOUR SQUARE<br>TORONTO, ON M5J 1A6<br>CANADA |
| **2.703** State what the contract or lease is for and the nature of the debtor's interest — GROUP CATERING SALES EVENT AGREEMENT DATED 06/04/2023 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | WESTIN HARBOUR CASTLE<br>1 HARBOUR SQUARE<br>TORONTO, ON M5J 1A6<br>CANADA |
| **2.704** State what the contract or lease is for and the nature of the debtor's interest — GROUP CATERING SALES EVENT AGREEMENT DATED 09/20/2023 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | WESTIN HARBOUR CASTLE<br>1 HARBOUR SQUARE<br>TORONTO, ON M5J 1A6<br>CANADA |
| **2.705** State what the contract or lease is for and the nature of the debtor's interest — GROUP SALES AGREEMENT DATED 05/29/2022 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | WESTIN HOTELS RESORTS<br>THE WESTIN PITTSBURGH<br>1000 PENN AVENUE<br>PITTSBURGH, PA 15222 |

Debtor  American Queen Steamboat Operating Company, LLC                     Case number (If known):   24-90100 (MI)
_____                          _____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.706**
State what the contract or lease is for and the nature of the debtor's interest: LETTER OF AGREEMENT DATED 01/12/2022 AND ALL RELATED AGREEMENTS

State the term remaining: UNDETERMINED

List the contract number of any government contract:

WESTIN RESORT & SPA
BLVD KUKULCAN KM 20
CANCUN, QUINTANA ROO, 77500
MEXICO

---

**2.707**
State what the contract or lease is for and the nature of the debtor's interest: LETTER OF AGREEMENT DATED 01/20/2022 AND ALL RELATED AGREEMENTS

State the term remaining: UNDETERMINED

List the contract number of any government contract:

WESTIN RESORT & SPA
BLVD KUKULCAN KM 20
CANCUN, QUINTANA ROO, 77500
MEXICO

---

**2.708**
State what the contract or lease is for and the nature of the debtor's interest: TRANSPORTATION SERVICES AGREEMENT AND ALL RELATED AGREEMENTS

State the term remaining: UNDETERMINED

List the contract number of any government contract:

WINDSTAR LINES, INC.
1903 N US HWY 71
P.O. BOX 786
CARROLL, IA 51401

---

**2.709**
State what the contract or lease is for and the nature of the debtor's interest: GROUP SALES AGREEMENT DATED 10/26/2022 AND ALL RELATED AGREEMENTS

State the term remaining: UNDETERMINED

List the contract number of any government contract:

WNO HOTEL TRS, LLC
100 IBERVILLE STREET
NEW ORLEANS, LA 70130

---

State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

---

State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

---

State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**Fill in this information to identify the case:**

Debtor name     American Queen Steamboat Operating Company, LLC

United States Bankruptcy Court for the:   Southern District of Texas, Houston Division

Case number (If known):   24-90100 (MI)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.   If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Alcatraz Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Alcatraz Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Alcatraz Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ENTEGRA PROCUREMENT SERVICES, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.4 Alcatraz Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Alcatraz Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Alcatraz Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.7 | Alcatraz Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.8 | Alcatraz Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.9 | Alcatraz Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.10 | Alcatraz Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.11 | Alcatraz Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.12 | Alcatraz Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.13 | Alcatraz Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.14 | Alcatraz Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known): | 24-90100 (MI) |
|--------|------------------------------------------------|-------------------------|---------------|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 | Alcatraz Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.16 | Alcatraz Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.17 | Alcatraz Island Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.18 | Alcatraz Island Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.19 | Alcatraz Island Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.20 | Alcatraz Island Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.21 | Alcatraz Island Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.22 | American Countess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | American Countess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.24 | American Countess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.25 | American Countess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.26 | American Countess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | JW MARRIOTT NEW ORLEANS | ☐ D ☐ E/F ☑ G |
| 2.27 | American Countess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.28 | American Duchess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.29 | American Duchess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.30 | American Duchess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | EON PARTNERS, LLC. | ☐ D ☐ E/F ☑ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|--------|--------------------------------------------------|-------------------------|---------------|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|------|---------------------|-----------------|---------------------|----------------------------------|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.31 | American Duchess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.32 | American Duchess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.33 | American Duchess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.34 | American Queen Holdco, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.35 | American Queen Holdco, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.36 | American Queen Holdco, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.37 | American Queen Holdco, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.38 | American Queen Holdco, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.39 | American Queen Holdings, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.40 | American Queen Holdings, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.41 | American Queen Holdings, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.42 | American Queen Holdings, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.43 | American Queen Holdings, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.44 | American Queen Sub, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.45 | American Queen Sub, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.46 | American Queen Sub, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.47 | American Queen Sub, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.48 | American Queen Sub, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | HMS VESSEL HOLDINGS, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.49 | American Queen Sub, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D  ☐ E/F  ☐ G |
| 2.50 | American Queen Sub, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | VICTORY OPERATING COMPANY, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.51 | Anchor Mexico Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.52 | Anchor Mexico Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.53 | Anchor Mexico Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.54 | Anchor Mexico Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |

Debtor  American Queen Steamboat Operating Company, LLC

Name

Case number (If known)   24-90100 (MI)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.55 | Anchor Mexico Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.56 | Anchor Operating System, LLC | 2645 TOWNSGATE ROAD, SUITE 200 WESTLAKE VILLAGE, CA 91361 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.57 | Anchor Operating System, LLC | 2645 TOWNSGATE ROAD, SUITE 200 WESTLAKE VILLAGE, CA 91361 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.58 | Anchor Operating System, LLC | 2645 TOWNSGATE ROAD, SUITE 200 WESTLAKE VILLAGE, CA 91361 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.59 | Anchor Operating System, LLC | 2645 TOWNSGATE ROAD, SUITE 200 WESTLAKE VILLAGE, CA 91361 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.60 | Anchor Operating System, LLC | 2645 TOWNSGATE ROAD, SUITE 200 WESTLAKE VILLAGE, CA 91361 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.61 | Bay State, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.62 | Bay State, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.63 | Bay State, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.64 | Bay State, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.65 | Bay State, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.66 | Boston Harbor Cruises, LLC | 1 LONG WHARF BOSTON, MA 02110 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.67 | Boston Harbor Cruises, LLC | 1 LONG WHARF BOSTON, MA 02110 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.68 | Boston Harbor Cruises, LLC | 1 LONG WHARF BOSTON, MA 02110 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.69 | Boston Harbor Cruises, LLC | 1 LONG WHARF BOSTON, MA 02110 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.70 | Boston Harbor Cruises, LLC | 1 LONG WHARF BOSTON, MA 02110 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.71 | City Cruises Cafe, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.72 | City Cruises Cafe, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.73 | City Cruises Cafe, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.74 | City Cruises Cafe, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.75 | City Cruises Cafe, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.76 | City Cruises Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.77 | City Cruises Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.78 | City Cruises Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.79 | City Cruises Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.80 | City Cruises Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.81 | City Ferry Transportation Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.82 | City Ferry Transportation Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.83 | City Ferry Transportation Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.84 | City Ferry Transportation Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.85 | City Ferry Transportation Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.86 | Cruising Excursions Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.87 | Cruising Excursions Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.88 | Cruising Excursions Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.89 | Cruising Excursions Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.90 | Cruising Excursions Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.91 | Cruising Excursions Transport, Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.92 | Cruising Excursions Transport, Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.93 | Cruising Excursions Transport, Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.94 | Cruising Excursions Transport, Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.95 | Cruising Excursions Transport, Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.96 | EON Partners, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.97 | EON Partners, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.98 | EON Partners, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.99 | EON Partners, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.100 | EON Partners, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.101 | Ferryboat Santa Rosa, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.102 | Ferryboat Santa Rosa, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.103 | Ferryboat Santa Rosa, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.104 | Ferryboat Santa Rosa, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.105 | Ferryboat Santa Rosa, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.106 | HMS American Queen Steamboat Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.107 | HMS American Queen Steamboat Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.108 | HMS American Queen Steamboat Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | AMERICAN CRUISE LINES, INC. | ☐ D ☐ E/F ☑ G |
| 2.109 | HMS American Queen Steamboat Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.110 | HMS American Queen Steamboat Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

Debtor  American Queen Steamboat Operating Company, LLC
Name

Case number (If known):  24-90100 (MI)

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.111 | HMS American Queen Steamboat Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.112 | HMS Ferries - Puerto Rico, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.113 | HMS Ferries - Puerto Rico, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.114 | HMS Ferries - Puerto Rico, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.115 | HMS Ferries - Puerto Rico, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.116 | HMS Ferries - Puerto Rico, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.117 | HMS Ferries, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.118 | HMS Ferries, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.119 | HMS Ferries, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.120 | HMS Ferries, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.121 | HMS Ferries, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.122 | HMS Global Maritime, Inc. | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.123 | HMS Global Maritime, Inc. | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.124 | HMS Global Maritime, Inc. | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | AMERICAN CRUISE LINES, INC. | ☐ D ☐ E/F ☑ G |
| 2.125 | HMS Global Maritime, Inc. | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.126 | HMS Global Maritime, Inc. | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.127 | HMS Global Maritime, Inc. | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | INDIANA ECONOMIC DEVELOPMENT CORPORATION | ☐ D ☐ E/F ☒ G |
| 2.128 | HMS Global Maritime, Inc. | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | INDIANA ECONOMIC DEVELOPMENT CORPORATION | ☐ D ☐ E/F ☒ G |
| 2.129 | HMS Global Maritime, Inc. | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☒ D ☐ E/F ☐ G |
| 2.130 | HMS Global Maritime, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☒ D ☐ E/F ☐ G |
| 2.131 | HMS Global Maritime, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☒ D ☐ E/F ☐ G |
| 2.132 | HMS Global Maritime, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☒ D ☐ E/F ☐ G |
| 2.133 | HMS Global Maritime, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☒ D ☐ E/F ☐ G |
| 2.134 | HMS Global Maritime, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☒ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.135 | HMS Vessel Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.136 | HMS Vessel Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.137 | HMS Vessel Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | AMERICAN QUEEN SUB, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.138 | HMS Vessel Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.139 | HMS Vessel Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.140 | HMS Vessel Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.141 | HMS Vessel Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | VICTORY OPERATING COMPANY, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.142 | HMS-Alabama, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor  American Queen Steamboat Operating Company, LLC   Case number (If known): 24-90100 (MI)
Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.143 | HMS-Alabama, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.144 | HMS-Alabama, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.145 | HMS-Alabama, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.146 | HMS-Alabama, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.147 | HMS-Oklahoma, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.148 | HMS-Oklahoma, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.149 | HMS-Oklahoma, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.150 | HMS-Oklahoma, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.151 | HMS-Oklahoma, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.152 | HMS-WestPac, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.153 | HMS-WestPac, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.154 | HMS-WestPac, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.155 | HMS-WestPac, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.156 | HMS-WestPac, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.157 | HNY Ferry Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.158 | HNY Ferry Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor   American Queen Steamboat Operating Company, LLC
Name

Case number (If known): 24-90100 (MI)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.159 | HNY Ferry Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.160 | HNY Ferry Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.161 | HNY Ferry Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.162 | HNY Ferry II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.163 | HNY Ferry II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.164 | HNY Ferry II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.165 | HNY Ferry II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.166 | HNY Ferry II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.167 | HNY Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.168 | HNY Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.169 | HNY Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.170 | HNY Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.171 | HNY Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.172 | Hornblower Cable Cars, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.173 | Hornblower Cable Cars, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.174 | Hornblower Cable Cars, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.175 | Hornblower Cable Cars, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.176 | Hornblower Cable Cars, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.177 | Hornblower Canada Co. | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.178 | Hornblower Canada Co. | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.179 | Hornblower Canada Co. | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.180 | Hornblower Canada Co. | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.181 | Hornblower Canada Co. | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.182 | Hornblower Canada Entertainment Limited | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor  American Queen Steamboat Operating Company, LLC
Name

Case number (If known):  24-90100 (MI)

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.183 | Hornblower Canada Entertainment Limited | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.184 | Hornblower Canada Entertainment Limited | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.185 | Hornblower Canada Entertainment Limited | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.186 | Hornblower Canada Entertainment Limited | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.187 | Hornblower Canadian Holdings, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.188 | Hornblower Canadian Holdings, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.189 | Hornblower Canadian Holdings, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.190 | Hornblower Canadian Holdings, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.191 | Hornblower Canadian Holdings, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.192 | Hornblower Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.193 | Hornblower Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.194 | Hornblower Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.195 | Hornblower Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.196 | Hornblower Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.197 | Hornblower Cruise Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.198 | Hornblower Cruise Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor   American Queen Steamboat Operating Company, LLC

Name

Case number (If known):   24-90100 (MI)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.199 | Hornblower Cruise Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.200 | Hornblower Cruise Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.201 | Hornblower Cruise Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.202 | Hornblower Cruises and Events Canada Limited | 207 QUEENS QUAY W, STE. 425 TORONTO, ON M5J 1A7 CANADA | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.203 | Hornblower Cruises and Events Canada Limited | 207 QUEENS QUAY W, STE. 425 TORONTO, ON M5J 1A7 CANADA | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.204 | Hornblower Cruises and Events Canada Limited | 207 QUEENS QUAY W, STE. 425 TORONTO, ON M5J 1A7 CANADA | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.205 | Hornblower Cruises and Events Canada Limited | 207 QUEENS QUAY W, STE. 425 TORONTO, ON M5J 1A7 CANADA | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.206 | Hornblower Cruises and Events Canada Limited | 207 QUEENS QUAY W, STE. 425 TORONTO, ON M5J 1A7 CANADA | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

Debtor  American Queen Steamboat Operating Company, LLC
Name

Case number (If known):  24-90100 (MI)

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.207 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.208 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.209 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.210 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.211 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.212 | Hornblower Cruises and Events, LLC | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.213 | Hornblower Cruises and Events, LLC | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.214 | Hornblower Cruises and Events, LLC | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | ENTEGRA PROCUREMENT SERVICES, LLC | ☐ D ☐ E/F ☑ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.215 | Hornblower Cruises and Events, LLC | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.216 | Hornblower Cruises and Events, LLC | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.217 | Hornblower Cruises and Events, LLC | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.218 | Hornblower Development, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.219 | Hornblower Development, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.220 | Hornblower Development, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.221 | Hornblower Development, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.222 | Hornblower Development, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.223 | Hornblower Energy, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.224 | Hornblower Energy, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.225 | Hornblower Energy, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.226 | Hornblower Energy, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.227 | Hornblower Energy, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.228 | Hornblower Facility Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.229 | Hornblower Facility Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.230 | Hornblower Facility Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

Debtor   American Queen Steamboat Operating Company, LLC

Name

Case number (If known):   24-90100 (MI)

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.231 | Hornblower Facility Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.232 | Hornblower Facility Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.233 | Hornblower Ferry Holdings II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.234 | Hornblower Ferry Holdings II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.235 | Hornblower Ferry Holdings II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.236 | Hornblower Ferry Holdings II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.237 | Hornblower Ferry Holdings II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.238 | Hornblower Ferry Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.239 | Hornblower Ferry Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.240 | Hornblower Ferry Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.241 | Hornblower Ferry Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.242 | Hornblower Ferry Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.243 | Hornblower Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.244 | Hornblower Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.245 | Hornblower Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.246 | Hornblower Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.247 | Hornblower Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.248 | Hornblower Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.249 | Hornblower Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.250 | Hornblower Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.251 | Hornblower Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.252 | Hornblower Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.253 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.254 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.255 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.256 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.257 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | SEA OPERATING COMPANY, LLC | ☐ D ☐ E/F ☑ G |
| 2.258 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | SEA OPERATING COMPANY, LLC | ☐ D ☐ E/F ☑ G |
| 2.259 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.260 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | VICTORY OPERATING COMPANY, LLC | ☐ D ☐ E/F ☑ G |
| 2.261 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | VICTORY OPERATING COMPANY, LLC | ☐ D ☐ E/F ☑ G |
| 2.262 | Hornblower Holdco, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.263 | Hornblower Holdco, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.264 | Hornblower Holdco, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.265 | Hornblower Holdco, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.266 | Hornblower Holdco, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.267 | Hornblower Holdings LP | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | HALCAR COASTAL, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.268 | Hornblower Hospitality Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.269 | Hornblower Hospitality Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.270 | Hornblower Hospitality Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.271 | Hornblower Hospitality Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.272 | Hornblower Hospitality Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.273 | Hornblower India Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.274 | Hornblower India Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.275 | Hornblower India Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.276 | Hornblower India Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.277 | Hornblower India Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.278 | Hornblower Metro Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (if known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.279 | Hornblower Metro Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.280 | Hornblower Metro Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.281 | Hornblower Metro Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.282 | Hornblower Metro Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.283 | Hornblower Metro Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.284 | Hornblower Metro Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.285 | Hornblower Metro Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.286 | Hornblower Metro Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.287 | Hornblower Metro Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.288 | Hornblower Metro Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.289 | Hornblower Metro Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.290 | Hornblower Metro Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.291 | Hornblower Metro Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.292 | Hornblower Metro Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.293 | Hornblower Municipal Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.294 | Hornblower Municipal Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.295 | Hornblower Municipal Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.296 | Hornblower Municipal Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.297 | Hornblower Municipal Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.298 | Hornblower New York, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.299 | Hornblower New York, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.300 | Hornblower New York, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.301 | Hornblower New York, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.302 | Hornblower New York, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

Debtor  American Queen Steamboat Operating Company, LLC        Case number (If known):  24-90100 (MI)

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.303 | Hornblower Shipyard, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.304 | Hornblower Shipyard, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.305 | Hornblower Shipyard, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.306 | Hornblower Shipyard, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.307 | Hornblower Shipyard, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.308 | Hornblower Sub, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.309 | Hornblower Sub, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.310 | Hornblower Sub, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|--------|--------|--------|--------|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.311 | Hornblower Sub, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.312 | Hornblower Sub, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.313 | Hornblower UK Holdings Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET<br>ROTHERHITHE<br>LONDON, SE16 4TU<br>UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.314 | Hornblower UK Holdings Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET<br>ROTHERHITHE<br>LONDON, SE16 4TU<br>UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.315 | Hornblower UK Holdings Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET<br>ROTHERHITHE<br>LONDON, SE16 4TU<br>UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.316 | Hornblower UK Holdings Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET<br>ROTHERHITHE<br>LONDON, SE16 4TU<br>UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.317 | Hornblower UK Holdings Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET<br>ROTHERHITHE<br>LONDON, SE16 4TU<br>UNITED KINGDOM | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.318 | Hornblower Yachts, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.319 | Hornblower Yachts, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.320 | Hornblower Yachts, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.321 | Hornblower Yachts, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.322 | Hornblower Yachts, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.323 | JJ Audubon, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.324 | JJ Audubon, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.325 | JJ Audubon, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.326 | JJ Audubon, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.327 | JJ Audubon, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.328 | Journey Beyond Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.329 | Journey Beyond Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.330 | Journey Beyond Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.331 | Journey Beyond Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.332 | Liberty Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.333 | Liberty Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.334 | Liberty Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
| --- | --- | --- | --- |
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.335 | Liberty Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.336 | Liberty Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.337 | Liberty Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.338 | Liberty Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.339 | Liberty Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.340 | Liberty Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.341 | Liberty Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.342 | Liberty Hospitality, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.343 | Liberty Hospitality, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.344 | Liberty Hospitality, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.345 | Liberty Hospitality, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.346 | Liberty Hospitality, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.347 | Liberty Landing Ferries, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.348 | Liberty Landing Ferries, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.349 | Liberty Landing Ferries, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.350 | Liberty Landing Ferries, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | | | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|---|---|
| | Name | | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.351 | Liberty Landing Ferries, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.352 | Mission Bay Water Transit Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.353 | Mission Bay Water Transit Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.354 | Mission Bay Water Transit Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.355 | Mission Bay Water Transit Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.356 | Mission Bay Water Transit Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.357 | Mission Bay Water Transit, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.358 | Mission Bay Water Transit, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.359 | Mission Bay Water Transit, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.360 | Mission Bay Water Transit, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.361 | Mission Bay Water Transit, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.362 | Niagara Jet Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.363 | Niagara Jet Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.364 | Niagara Jet Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.365 | Niagara Jet Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.366 | Niagara Jet Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.367 | San Francisco Pier 33, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.368 | San Francisco Pier 33, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.369 | San Francisco Pier 33, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GAYLORD OPRYLAND RESORT & CONVENTION CENTER | ☐ D ☐ E/F ☑ G |
| 2.370 | San Francisco Pier 33, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.371 | San Francisco Pier 33, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.372 | San Francisco Pier 33, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.373 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.374 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
| --- | --- | --- | --- |
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.375 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ARCH INSURANCE SOLUTIONS INC. | ☐ D ☐ E/F ☑ G |
| 2.376 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | CAA TRAVEL | ☐ D ☐ E/F ☑ G |
| 2.377 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | CAA TRAVEL | ☐ D ☐ E/F ☑ G |
| 2.378 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | CAA TRAVELCAA TRAVEL ROSIE YU | ☐ D ☐ E/F ☑ G |
| 2.379 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | CRUISE PLANNERS | ☐ D ☐ E/F ☑ G |
| 2.380 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.381 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.382 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GRUENINGER TOURS AND CRUISES | ☐ D ☐ E/F ☑ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.383 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GRUENINGER TOURS AND CRUISES | ☐ D ☐ E/F ☑ G |
| 2.384 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GRUENINGER TOURS AND CRUISES | ☐ D ☐ E/F ☑ G |
| 2.385 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | HORNBLOWER GROUP, INC. | ☐ D ☐ E/F ☑ G |
| 2.386 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | HORNBLOWER GROUP, INC. | ☐ D ☐ E/F ☑ G |
| 2.387 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | JOMAC TRAVEL | ☐ D ☐ E/F ☑ G |
| 2.388 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | LANDMARK TOURS & CRUISES INC. | ☐ D ☐ E/F ☑ G |
| 2.389 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.390 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | VICTORY OPERATING COMPANY, LLC | ☐ D ☐ E/F ☑ G |

Debtor  American Queen Steamboat Operating Company, LLC          Case number (If known): 24-90100 (MI)
      Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.391 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | VICTORY OPERATING COMPANY, LLC | ☐ D ☐ E/F ☒ G |
| 2.392 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | VICTORY OPERATING COMPANY, LLC | ☐ D ☐ E/F ☒ G |
| 2.393 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | WARD COVE DOCK GROUP, LLC | ☐ D ☐ E/F ☒ G |
| 2.394 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | WINDSTAR LINES, INC. | ☐ D ☐ E/F ☒ G |
| 2.395 | Seaward Services, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | ALTER DOMUS (US) LLC | ☒ D ☐ E/F ☐ G |
| 2.396 | Seaward Services, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | ALTER DOMUS (US) LLC | ☒ D ☐ E/F ☐ G |
| 2.397 | Seaward Services, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | GLAS TRUST COMPANY LLC | ☒ D ☐ E/F ☐ G |
| 2.398 | Seaward Services, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | GLAS TRUST COMPANY LLC | ☒ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.399 | Seaward Services, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.400 | Statue Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.401 | Statue Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.402 | Statue Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.403 | Statue Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.404 | Statue Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.405 | Statue of Liberty IV, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.406 | Statue of Liberty IV, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
| --- | --- | --- | --- |
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.407 | Statue of Liberty IV, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.408 | Statue of Liberty IV, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.409 | Statue of Liberty IV, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.410 | Statue of Liberty V, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.411 | Statue of Liberty V, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.412 | Statue of Liberty V, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.413 | Statue of Liberty V, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.414 | Statue of Liberty V, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.415 | Statue of Liberty VI, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.416 | Statue of Liberty VI, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.417 | Statue of Liberty VI, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.418 | Statue of Liberty VI, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.419 | Statue of Liberty VI, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.420 | TCB Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.421 | TCB Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.422 | TCB Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.423 | TCB Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.424 | TCB Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.425 | Venture Ashore, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.426 | Venture Ashore, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.427 | Venture Ashore, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.428 | Venture Ashore, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.429 | Venture Ashore, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.430 | Victory Holdings I, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor    American Queen Steamboat Operating Company, LLC                     Case number (If known):    24-90100 (MI)
          Name

| | | **Additional Page if Debtor Has More Codebtors** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.431 | Victory Holdings I, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.432 | Victory Holdings I, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.433 | Victory Holdings I, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.434 | Victory Holdings I, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.435 | Victory Holdings II, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.436 | Victory Holdings II, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.437 | Victory Holdings II, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.438 | Victory Holdings II, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.439 | Victory Holdings II, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.440 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.441 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.442 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | AMERICAN QUEEN SUB, LLC | ☐ D ☐ E/F ☑ G |
| 2.443 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | AQGSA LTD | ☐ D ☐ E/F ☑ G |
| 2.444 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | CAA TRAVEL | ☐ D ☐ E/F ☑ G |
| 2.445 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | CAA TRAVEL | ☐ D ☐ E/F ☑ G |
| 2.446 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | CAA TRAVELCAA TRAVEL ROSIE YU | ☐ D ☐ E/F ☑ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.447 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | CRUISE MANAGEMENT INTERNATIONAL, INC. | ☐ D ☐ E/F ☑ G |
| 2.448 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | CRUISE WORLD LTD, AUCKLAND, NZL | ☐ D ☐ E/F ☑ G |
| 2.449 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | EUROPA TRAVEL SERVICE | ☐ D ☐ E/F ☑ G |
| 2.450 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.451 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.452 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GRUENINGER TOURS AND CRUISES | ☐ D ☐ E/F ☑ G |
| 2.453 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GRUENINGER TOURS AND CRUISES | ☐ D ☐ E/F ☑ G |
| 2.454 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GRUENINGER TOURS AND CRUISES | ☐ D ☐ E/F ☑ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.455 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | HMS VESSEL HOLDINGS, LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.456 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | HORNBLOWER GROUP, INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.457 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | HORNBLOWER GROUP, INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.458 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | J.M. FIELD, INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.459 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | JOMAC TRAVEL | ☐ D<br>☐ E/F<br>☒ G |
| 2.460 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | LANDMARK TOURS & CRUISES INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.461 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | SEA OPERATING COMPANY, LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.462 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | SEA OPERATING COMPANY, LLC | ☐ D<br>☐ E/F<br>☒ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.463 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | SEA OPERATING COMPANY, LLC | ☐ D ☐ E/F ☑ G |
| 2.464 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.465 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | VACATIONS TO GO, INC. | ☐ D ☐ E/F ☑ G |
| 2.466 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | WARD COVE DOCK GROUP, LLC | ☐ D ☐ E/F ☑ G |
| 2.467 | Walks of New York Tours, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.468 | Walks of New York Tours, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.469 | Walks of New York Tours, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.470 | Walks of New York Tours, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.471 | Walks of New York Tours, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.472 | Walks, LLC (Delaware) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.473 | Walks, LLC (Delaware) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.474 | Walks, LLC (Delaware) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.475 | Walks, LLC (Delaware) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.476 | Walks, LLC (Delaware) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.477 | Walks, LLC (Texas) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.478 | Walks, LLC (Texas) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|--------|--------------------------------------------------|-------------------------|---------------|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|--|--------------------|--|--------------------|--|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.479 | Walks, LLC (Texas) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.480 | Walks, LLC (Texas) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.481 | Walks, LLC (Texas) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D  ☐ E/F  ☐ G |
| 2.482 | Yardarm Club (The) Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.483 | Yardarm Club (The) Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.484 | Yardarm Club (The) Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.485 | Yardarm Club (The) Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.486 | Yardarm Club (The) Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | UBS AG, STAMFORD BRANCH | ☑ D  ☐ E/F  ☐ G |

| Debtor | American Queen Steamboat Operating Company, LLC | Case number (If known): | 24-90100 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.487 | York River Boat Cruises Limited | BERMONDSEY WALL EAST LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.488 | York River Boat Cruises Limited | BERMONDSEY WALL EAST LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.489 | York River Boat Cruises Limited | BERMONDSEY WALL EAST LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.490 | York River Boat Cruises Limited | BERMONDSEY WALL EAST LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.491 | York River Boat Cruises Limited | BERMONDSEY WALL EAST LONDON, SE16 4TU UNITED KINGDOM | UBS AG, STAMFORD BRANCH | ☑ D  ☐ E/F  ☐ G |
| 2.492 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.493 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.494 | | | | ☐ D  ☐ E/F  ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name  American Queen Steamboat Operating Company, LLC

United States Bankruptcy Court for the:  Southern District of Texas, Houston Division

Case number (If known)  24-90100 (MI)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended Schedule  EF, G

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/19/2024
      MM / DD / YYYY

**X** /s/ Jonathan Hickman
Signature of individual signing on behalf of debtor

Jonathan Hickman
Printed name

Chief Restructuring Officer
Position or relationship to debtor