**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| HORNBLOWER HOLDINGS LLC, *et al.*,[1] | ) | Case No. 24-90061 (MI) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS,
METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## Introduction

The Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by Hornblower Holdings LLC and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), were prepared in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Bankruptcy Local Rules for the Southern District of Texas by management of the Debtors, with the assistance of the Debtors' professional advisors, and are unaudited.

The Schedules and Statements have been signed by Jonathan Hickman, Chief Restructuring Officer of the Debtors. Mr. Hickman has not (nor could have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses. In addition, Mr. Hickman has not (nor could have) personally verified the completeness of the Schedules and Statements, nor the accuracy of any information contained therein. In reviewing and signing the Schedules and Statements, Mr. Hickman necessarily relied upon various personnel of the Debtors and the Debtors' professional advisors and their efforts, statements, and representations in connection therewith. Although management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, subsequent information or discovery thereof may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Hornblower. The location of the Debtors' service address for purposes of these chapter 11 cases is: Pier 3 on The Embarcadero, San Francisco, CA 94111.

Regarding the Debtors' Schedules and Statements (the "<u>Global Notes</u>") pertain to, are incorporated by reference in and, comprise an integral part of <u>all</u> of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements. The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Disclosure of information in one Schedule, Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

**The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.**

<u>**Global Notes and Overview of Methodology**</u>

**General Reservation of Rights**. Although the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material. Because the Schedules and Statements contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtors reserve all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim ("<u>Claim</u>") as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute an admission of any claims or a waiver of any of the Debtors' rights with respect to these chapter 11 cases, including issues involving substantive consolidation, recharacterization, mandatory subordination, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or recategorized, except as required by applicable law or order of the Bankruptcy Court. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

**Description of Cases and "As Of" Information Date**. On February 21, 2024 (the "<u>Petition Date</u>"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The Debtors' chapter 11 cases are jointly administered for procedural purposes only pursuant to an order entered by the Bankruptcy Court on February 21, 2024 [Docket No. 2]. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or

examiner has been made in these chapter 11 cases. Unless otherwise stated herein, liabilities are reported as of the Petition Date.

**Basis of Presentation**. The Schedules and Statements purport to reflect the assets and liabilities of separate Debtors. The Debtors, however, along with their wholly-owned non-Debtor subsidiaries, prepare financial statements for financial reporting purposes, which are audited annually, on a consolidated basis. The Debtors reserve all rights relating to the legal ownership of assets and liabilities among the Debtors and nothing in the Schedules or Statements shall constitute a waiver or relinquishment of such rights. Information contained in the Schedules and Statements has been derived from the Debtors' books and records. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable to audited financial statements.

**Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records. To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

**Excluded Liabilities**. The Debtors have excluded certain categories of liabilities from the Schedules and Statements, including, but not limited to, accrued employee compensation and benefits, certain customer accruals, tax accruals, accrued contract termination damages, deferred income accruals, and litigation accruals. The Debtors have also excluded potential Claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such Claims exist. Further, certain immaterial assets and liabilities may have been excluded.

**References**. References to applicable loan agreements and related documents are necessary for a complete description of the collateral and the nature, extent, and priority of liens and/or claims. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of any such agreement.

**Currency**. All amounts are reflected in U.S. dollars. In instances where the Debtors maintain their books in a currency other than U.S. dollars, the FX rate as of the opening of the business day on February 21, 2024 was used to calculate the currency conversion.

**Book Value**. Unless otherwise indicated, the Debtors' assets are shown on the basis of their net book values as of February 21, 2024, and the Debtors' liabilities are shown on the basis of their net book values as of the Petition Date. Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the Debtors' books. Net book values may vary, sometimes materially, from market values. The Debtors do not intend to amend these Schedules and Statements to reflect market values. The book values of certain assets may materially differ from their fair

market values and/or any liquidation analysis prepared in connection with the Debtors' chapter 11 cases.

**Paid Claims**.  The Bankruptcy Court authorized the Debtors to pay certain outstanding prepetition Claims—including, but not limited to, payments to employees, customers, and certain vendors—pursuant to various "first day" orders entered by the Bankruptcy Court. Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities.  Where the Schedules list creditors and set forth the Debtors' scheduled amount of such Claims, such scheduled amounts reflect amounts owed as of the Petition Date, adjusted for any post-petition payments made pursuant to the authority granted to the Debtors by the Bankruptcy Court.  In addition, to the extent the Debtors later pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action, such as filing Claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

**Recharacterization**.  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtors reserve all rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statements at a later time as they determine to be necessary and appropriate.

**Liabilities**.  The Debtors allocated liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available, and further research is conducted, particularly with respect to the Debtors' payable accounts, the allocation of liabilities between the prepetition and postpetition periods may change.  The Debtors reserve the right to, but are not required to, amend the Schedules and Statements as they deem appropriate to reflect this.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

**Guarantees and Other Secondary Liability Claims**.  Where guarantees or similar secondary liability claims have been identified, they have been included in the relevant liability Schedule for the Debtor or Debtors affected by such obligation.  The Debtors have also listed such obligations related to funded debt or debt for borrowed money on the applicable Schedule H.  It is possible that certain guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.  The Debtors reserve their rights (but expressly do not undertake any obligation) to amend the Schedules to the extent that

additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

**Intercompany Claims**.  Receivables and payables among and between the Debtors and (i) other Debtors or (ii) their non-Debtor affiliates, are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records.  As described more fully in the *Debtors'* Emergency *Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms and Books and Records, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 11] (the "Cash Management Motion"), the Debtors engage in a range of intercompany transactions in the ordinary course of business. Pursuant to the *Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms and Books and Records, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 58] (the "Cash Management Order"), the Bankruptcy Court has granted the Debtors authority to continue to engage in intercompany transactions in the ordinary course of business subject to certain limitations set forth therein.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise or an admission as to the validity of such receivables and payables.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.  Without limiting the generality of the foregoing, certain intercompany receivables and payables among and between the Debtors have been consolidated and netted in the Debtors' books and records. Such treatment is not, and should not be construed as, an admission or conclusion of the Debtors regarding the allowance, classification, characterization of the amount and/or validity or priority of any such intercompany receivables and payables or the validity of any netting or offsets per the Debtors' books and records.  The Debtors take no position in these Schedules and Statements as to whether any such amounts would be allowed as a claim or an interest, or not allowed at all.  The listing of these amounts is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or claim status of any intercompany liability account.  The Debtors reserve all rights to later change the amounts, characterization, classification, categorization, or designation of intercompany accounts reported in the Schedules and Statements.

In addition, certain of the Debtors act on behalf of other Debtors.  Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation.  Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity is an obligor with respect to any such payment.  The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

**Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made significant efforts to attribute intellectual property to the rightful Debtor owner, however, in some instances intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

**Insurance**.  The Debtors have not set forth insurance policies as executory contracts in the Schedules and Statements.  Information regarding the Debtors' insurance policies is set forth in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (C) Continue to Pay Brokerage Fees, and (D) Maintain Their Surety Bond Program, and (II) Granting Related Relief* [Docket No. 18].

**Executory Contracts and Unexpired Leases**.  The Debtors have not set forth executory contracts or unexpired leases as assets in the Schedules and Statements.  The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.  In addition, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred. While certain executory contracts and unexpired leases have been set forth in Schedule G, the Debtors have filed the *Notice to Contract Parties to Rejected Executory Contracts and Unexpired Leases* [Docket No. 349] and the *Second Notice to Contract Parties to Rejected Executory Contracts and Unexpired Leases* [Docket No. 533], to reject certain executory contracts and unexpired leases, pursuant to the *Order (A) Approving (I) Bidding Procedures for the Sale of the AQV Debtors' Assets, (II) Procedures Regarding Bid Protections, (III) the Scheduling of Certain Dates with Respect Thereto, (IV) the Form and Manner of Notice Thereof, (V) Contract Assumption, Assignment, and Rejection Procedures, and (VI) Certain Procedures to Otherwise Dispose of the AQV Assets, and (B) Authorizing the Debtors to Enter into Agreements for the Sale of Their Assets Free and Clear of all Liens, Claims, and, Encumbrances* [Docket No. 166], as modified on March 22, 2024 [Docket No. 317].

**Claims Description**.  Schedules D, E, and F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated" or that such Claim is not subject to objection. The Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent," or

"unliquidated."  In addition, the Debtors reserve their rights to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

**Causes of Action**.  Despite their reasonable efforts, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtors reserve all of their rights for any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

**Undetermined Amounts**.  Claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown," "TBD," or "undetermined."  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

**Unliquidated Amounts**.  Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

**Liens**.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property or equipment.

**Employee Addresses**.  Personal addresses of current and former employees and directors have been removed from entries listed throughout the Schedules and Statements, where applicable.

**Insiders**.  In circumstances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities that the Debtors believe may potentially be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may not actually constitute "insiders" for purposes of section 101(31) of the Bankruptcy code or may no longer serve in such capacities. Persons and entities listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including federal securities law, or with respect to any theories of liability or any other purpose. As such, the Debtors reserve all rights to dispute whether someone identified in response to questions in the Schedules and Statements is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

**Estimates**.  To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  The Debtors reserve all rights to amend the

reported amounts of assets and liability to reflect changes in those estimates or assumptions.

**Credits and Adjustments**.  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Setoffs**.  The Debtors incur certain setoffs and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, negotiations and/or disputes between the Debtors and their vendors and customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

**Global Notes Control**.  In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

**Confidentiality**.  There may be instances in the Schedules and Statements where the Debtors have deemed it necessary and appropriate to redact from the public record information such as names or addresses.  Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.  The redactions are limited to only what is necessary to protect the Debtors or third party and are consistent with the relief granted under the *Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors, (B) File a Consolidated List of the 30 Largest Unsecured Creditors, and (C) Redact Certain Personal Identification Information; (II) Waiving or Modifying the Requirement to File a List of Equity Security Holders; (III) Approving the Form and Manner of Notifying Creditors of the Commencement of These Chapter 11 Cases; and (IV) Granting Related Relief* [Docket No. 62].

## General Disclosures Applicable to Schedules

**Classifications**.  Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E/F as "priority," or (c) on Schedule E/F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize, subordinate, or reclassify such Claim or contract.

Schedule A/B – Real and Personal Property.

   a) **Schedule A/B, Part 1 – Cash and Cash Equivalents**.  Details with respect to the

Debtors' cash management system and bank accounts are provided in the Cash Management Motion and Cash Management Order. The Debtors' cash balances are listed as of the Petition Date, February 21, 2024, at bank balances.

**Schedule A/B, Part 2 – Deposits and Prepayments**. The Bankruptcy Court, pursuant to the *Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Adequate Assurance Requests, and (IV) Granting Related Relief* [Docket No. 107], authorized the Debtors to provide adequate assurance of payment for future utility services. In addition, certain retainers or deposits reflect payments to professionals made by a certain Debtor entity, but may be subject to applicable allocation amongst the Debtors.

Certain reported prepaid or amortized assets are listed in accordance with the Debtors' books and records. The amounts listed in Part 2 do not necessarily reflect assets the Debtors will be able to collect or realize. The amounts listed in Part 2 include, among other things, prepaid insurance, licenses, taxes, and other prepaid expenses.

b) **Schedule A/B, Part 3 – Accounts Receivable**. The Debtors' reported accounts receivable include amounts that may be uncollectible. Notwithstanding the foregoing, the Debtors have used reasonable efforts to deduct doubtful or uncollectible accounts. The Debtors are unable to determine with certainty what amounts will actually be collected.

c) **Schedule A/B, Part 4 – Investments**. Ownership interests in subsidiaries, partnerships have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

d) **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles**. Dollar amounts are presented net of accumulated depreciation and other adjustments.

e) **Schedule A/B, Part 8 – Machinery, Equipment, and Vehicles**. For those Debtors that own machinery, equipment and vehicles, dollar amounts are presented net of accumulated depreciation and other adjustments.

f) **Schedule A/B, Part 9 – Real Property**. Real property (either leased or leasehold interests) is recorded at cost and depreciated (as appropriate) on a straight-line basis over the estimated useful lives of the assets.

g) **Schedule A/B, Part 10 – Intangibles and Intellectual Property**. The Debtors review goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values. The Debtors report

intellectual property assets as undetermined value whenever applicable.  For purposes of the Schedules, the Debtors have listed intangible assets and intellectual property only at entities for which these assets are recorded on their books.  The exclusion of listing similar assets at additional Debtors should not be construed as an admission that other Debtors do not possess similar assets.

h) **Schedule A/B, Part 11 – All Other Assets**.  Dollar amounts are presented net of impairments and other adjustments.

    a. ***Item 72 – Tax Refunds and Unused Net Operating Losses (NOLs)***.   The Debtors may be entitled to apply certain net operating losses or other tax attributes.  The Debtors have provided a summary of certain of their tax attributes and related considerations in Item 72; however, such tax attributes are listed as undetermined amounts because the fair market value (if any) of such attributes is dependent on numerous variables and factors.

    b. ***Items 74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtors and rights to set off claims***.  The Debtors attempted to list known causes of action and other claims.  Potential preference actions and/or fraudulent transfer actions were not listed because the Debtors have not completed an analysis of such potential claims.  The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

    c. ***Item 77 – Other property of any kind not already listed***.  The Debtors have included intercompany receivables as of February 21, 2024.

**Schedule D – Creditors Who Have Claims Secured by Property**.  The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim.  All Claims listed on Schedule D, however, appear to have arisen or have been incurred before the Petition Date. Operating leases are listed on Schedule G.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim.  Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not, nor shall it be

deemed, an admission as to the validity of any such lien. The descriptions provided in Schedule D are solely intended to be a summary and not an admission of liability. The Debtors made reasonable, good faith efforts to include all known liens on Schedule D but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.

Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition funded debt, only the applicable administrative agent or indenture trustee has been listed for purposes of Schedule D.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

**Schedule E/F - Creditors Who Have Unsecured Claims**. The Debtors have not listed on Schedule E any wage or wage-related obligations which the Debtors have been granted authority to pay pursuant to the *Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 109]. The Debtors believe that all such Claims have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted in the relevant order.

The Debtors have not listed on Schedule E any tax related obligations, except for open tax audits, which the Debtors have been granted authority to pay pursuant to the *Order (I) Authorizing the Payment of Certain Taxes and Fees, and (II) Granting Related Relief* [Docket No. 61]. The Debtors believe that all such Claims have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted in the relevant order.

The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records as of the Petition Date; however, inadvertent errors or omissions may have occurred. The Claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. In addition, the Claims of individual creditors for, among other things, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits, rebates, or allowances due from such creditors to the applicable Debtors. The Claims and amounts listed in respect of certain trade payables may reflect payments by the Debtors pursuant to applicable "first day" orders and amounts to be paid later pursuant to "second day" orders. Certain Debtors may pay additional Claims listed on Schedule E/F during these chapter 11 cases pursuant to these and other

11

orders of the Bankruptcy Court and reserve all of their rights to update Schedule E/F to reflect such payments. In addition, certain Claims listed on Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule E/F also contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy.

The Debtors have scheduled, on Schedule E/F, all claims with respect to payments made by persons or entities on account of cruises that were scheduled to be operated by American Queen Steamboat Operating Company, LLC ("AQSOC") or Victory Operating Company, LLC ("VOC"), each doing business as American Queen Voyages™ (collectively, the "AQV Cancelled Cruise Claims"). The Debtors have listed the AQV Cancelled Cruise Claims as neither "contingent," nor "unliquidated," nor "disputed." To the extent an AQV Cancelled Cruise Claim is held by an individual person, the Debtors also have indicated the portion of the AQC Cancelled Cruise Claim entitled to priority under section 507(a)(7) of the Bankruptcy Code to the extent such creditors receive distributions under the Plan.

As required by the Federal Maritime Commission (the "FMC"), AQSOC and VOC (the "AQV Debtors") purchased surety bonds (the "Surety Bonds") to ensure that eligible customers of the AQV Debtors would receive full refunds in the event of non-performance of cruises. See 46 C.F.R. § 540.9. The AQV Debtors thus obtained two Surety Bonds from Argonaut Insurance Company ("Argonaut") providing $39 million of aggregate coverage: (i) Passenger Vessel Surety Bond No. SUR0039562 (the "AQSOC Bond") provides $32 million of surety coverage for non-performance of transportation on vessels operated by AQSOC and (ii) Passenger Vessel Surety Bond No. SUR0046973 (the "VOC Bond") provides $7 million of surety coverage for nonperformance of transportation on vessels operated by VOC. The Debtors' books and records provide that the aggregate amount of eligible AQV Cancelled Cruise Claims is less than the penal limits of the AQSOC Bond and VOC Bond, respectively.

In consultation with the FMC and the Committee, the Debtors sent a "denial" letter to customers of the AQV Debtors on March 29, 2024, denying such customers' demands for refunds on account of cancelled cruises that were scheduled to be operated by the AQV Debtors and thereby permitting eligible customers, under the terms of the Surety Bonds and FMC regulations, to submit claims against Argonaut for such refunds.

Although the Debtors have scheduled the AQV Cancelled Cruise Claims on Schedule E/F, the Debtors contend that such claims relating to cruises scheduled to depart from U.S. ports of embarkation (the "U.S. AQV Cancelled Cruise Claims") shall be paid in full by Argonaut, which is a co-obligor with respect to such claims under the Surety Bonds. Accordingly, the Debtors assert that holders of U.S. AQV Cancelled Cruise Claims should

receive payment in full from Argonaut, and therefore should not receive distributions from the Debtors under the Plan. The Debtors reserve all rights with respect to the extent and timing of distributions under the Plan with respect to U.S. AQV Cancelled Cruise Claims.

**Schedule G – Executory Contracts and Unexpired Leases**. While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Each lease and contract listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as financing agreements, subordination, non-disturbance agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained in every circumstance. In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is to reflect distinct agreements between the applicable Debtor and such supplier or provider. In such cases, the Debtors made their best efforts to determine the correct Debtor's schedule on which to list such executory contracts or unexpired leases. Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

The Debtors reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Inclusion or exclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, and the Debtors reserve all rights in that regard, including, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

**Schedule H – Codebtors**. Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtors hereby reserve all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary. Due to the voluminous nature of debts listed in the Schedules, and to avoid unnecessary duplication, the Debtors have not listed debts that more than one Debtor may be liable if such debt is also listed on Schedules E/F or G for the respective co-Debtor liable for such debt (apart from the guarantees of unsecured funded debt obligations, as described in paragraph 13 above).

The Debtors further reserve all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H

13

shall not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of the conduct of their business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because such litigation is listed elsewhere in the Statements and Schedules, they have not been set forth individually on Schedule H.

Schedule H also reflects guarantees or similar secondary liability obligations by various Debtors. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, debt instruments, and other such agreements. Further, the Debtors believe that certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their right, but shall not be required, to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or are unenforceable.

## General Disclosures Applicable to Statements

**Questions 1 and 2**. The Debtors' responses to Questions 1 and 2 are presented in accordance with the Debtors' books and records. Certain revenue for these periods was recorded in a consolidating entity and was not distributed between the Debtors and their non-filing affiliates and is therefore not included in response to Questions 1 and 2.

**Question 3**. For certain creditors receiving payment, the Debtors maintain multiple addresses for such vendor. Efforts have been made to attribute the correct address, however, in certain instances, alternate addresses may be applicable for a party listed in response to Question 3.

**Question 4**. Individual payments to Debtor affiliates are not reflected in Statement 4 due to their complexity and voluminous nature. The Debtors have reported net monthly intercompany positions in Statement 4. In addition, intercompany payables and receivables as of the Petition Date can be found on Schedule E/F and Schedule A/B. The listing of any entity as an insider does not constitute an admission or a final determination that any such entity is or is not an insider. Alvarez and Marsal Managing Director, Jonathan Hickman is retained as Chief Restructuring Officer of the Debtors. Our of an abundance of disclosure, payments to Alvarez and Marsal are listed in response to Question 4.

**Question 7**. The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that a Debtor is not an appropriate party to such actions or proceedings.

**Question 10**. The Debtors have made best efforts to collect applicable and responsive information. Given the scale of the Debtors' retail and wholesale footprint, the Debtors

incur certain immaterial losses in the ordinary course of business.  Such amounts may not be listed in the Statements.

**Question 11**.   All payments for services of any entities that provided consultation concerning debt restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on either Debtor's respective Statements, as applicable. The Debtors have endeavored to list only payments made for debt restructuring services, however, in some instances, these balances may include payments for services not related to restructuring or bankruptcy matters. Additional information regarding the Debtors' retention of professionals is more fully described in the individual retention applications for those professionals. Payments listed to Alvarez and Marsal in response to this question are duplicated in Question 4.

**Question 13**.  While the Debtors have made reasonable efforts to respond comprehensively to Question 13, certain *de minimis* asset sales and transfers may be omitted unintentionally. In addition, the Debtors regularly sell certain non-core assets, including inventory, in the ordinary course of business.  Accordingly, such dispositions made in the ordinary course of business have not been reflected in Question 13.

**Question 21**. Vessels and locations operated by the Debtors may contain de minimis property owned by repairmen or ticketing operations, which the Debtors do not track and are not reflected in Question 21.

**Question 26d**.  In the ordinary course of business, the Debtors provide financial statements to certain parties, such as financial institutions, investment banks, auditors, potential investors, vendors and financial advisors.  The Debtors do not maintain complete lists to track such disclosures, and as such, the Debtors have not provided a listing of these parties in response to this question.

**Fill in this information to identify the case:**

Debtor name _____ Hornblower Cruises and Events, LLC

United States Bankruptcy Court for the: _____ Southern District of Texas, Houston Division

Case number (If known): _____ 24-90149 (MI)

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals
12/15

## Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ...........................................................................

    $ _____ 7,210,611.81*

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ...........................................................................

    $ _____ 104,700,287.32*

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ...........................................................................

    $ _____ 111,910,899.13*

## Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...........................................

    $ _____ Undetermined

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..................................

    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .......................................

    **+** $ _____ 81,370,153.45*

4. **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b

    $ _____ 81,370,153.45*

*Plus Undetermined Amounts

**Fill in this information to identify the case:**

Debtor name  Hornblower Cruises and Events, LLC

United States Bankruptcy Court for the:   Southern District of Texas, Houston Division

Case number (If known)  24-90149 (MI)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** | $ 115,291.97

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 None | | _ _ _ _ | $ 0.00 |
| 3.2 | | _ _ _ _ | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 None | | $ 0.00 |
| 4.2 | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $ 115,291.97

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1 SECURITY DEPOSIT | $ 378,328.30 |
| 7.2 | $ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1  See Attached Rider _____  $ _____ 419,925.33

   8.2  _____  $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                    $ _____ 798,253.63

| **Part 3:** | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐  No. Go to Part 4.

    ☑  Yes. Fill in the information below.

                                                                    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   4,280,115.48   —   0.00   = ..... →   $   4,280,115.48
                               face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:   0.00   —   0.00   = ..... →   $   0.00
                            face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $   4,280,115.48

| **Part 4:** | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

    ☑  No. Go to Part 5.

    ☐  Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1  _____  _____  $ _____

    14.2  _____  _____  $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                    % of ownership:

    15.1  _____  _____ %  $ _____

    15.2  _____  _____ %  $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1  _____  $ _____

    16.2  _____  $ _____

17. **Total of Part 4**                                            $   0.00

    Add lines 14 through 16. Copy the total to line 83.

Debtor  Hornblower Cruises and Events, LLC
_____    Case number (if known) 24-90149 (MI)
Name

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐   No. Go to Part 6.
☑   Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |
| 20. **Work in progress** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |
| 22. **Other inventory or supplies** | | | | |
| OTHER INVENTORY | 02/19/2024 MM / DD / YYYY | $ 594,515.67 | NET BOOK VALUE | $ 594,515.67 |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ 594,515.67

24. **Is any of the property listed in Part 5 perishable?**

☐   No
☑   Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐   No
☑   Yes. Book value  $ ___Undetermined___  Valuation method  N/A _____    Current value  $ ___Undetermined___

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑   No
☐   Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑   No. Go to Part 7.
☐   Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops–either planted or harvested** | | | |
| _____ | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ | | $ |

---

Debtor   Hornblower Cruises and Events, LLC                                    Case number (if known)  24-90149 (MI)
_____
Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                     $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $ _____   Valuation method _____   Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| OFFICE FURNITURE | $ 1,852,682.90 | NET BOOK VALUE | $ 1,852,682.90 |
| 40. **Office fixtures** | | | |
| None | $ _____ | | $ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| OFFICE EQUIPMENT | $ 10,454.21 | NET BOOK VALUE | $ 10,454.21 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ _____ | | $ 0.00 |
| 42.2 | $ _____ | | $ _____ |
| 42.3 | $ _____ | | $ _____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                    $ 1,863,137.11

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 8:   Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General Description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 VEHICLES | $ 20,715.16 | NET BOOK VALUE | $ 20,715.16 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 See Attached Rider | $ 19,176,863.91* | | $ 19,176,863.91* |
| 48.2 | $ | | $ |

**49.  Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $ | | $ 0.00 |
| 49.2 | $ | | $ |

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| OTHER EQUIPMENT | $ 2,557,884.90 | NET BOOK VALUE | $ 2,557,884.90 |

**51.  Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 21,755,463.97*

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

*Plus Undetermined Amounts

Debtor  Hornblower Cruises and Events, LLC                                    Case number (if known)  24-90149 (MI)

Name

## Part 9:  Real property

54.  **Does the debtor own or lease any real property?**

☐  No. Go to Part 10.
☑  Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | | $  7,210,611.81* | | $  7,210,611.81* |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$  7,210,611.81*

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐  No
☑  Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑  No
☐  Yes

## Part 10:  Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐  No. Go to Part 11.
☑  Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets**<br>See Attached Rider | $  Undetermined | | $  Undetermined |
| **61.  Internet domain names and websites**<br>None | $ | | $  0.00 |
| **62.  Licenses, franchises, and royalties**<br>PLEASE REFER TO THE GLOBAL NOTES | $ | | $ |
| **63.  Customer lists, mailing lists, or other compilations**<br>CUSTOMER LISTING | $  Undetermined | N/A | $  Undetermined |
| **64.  Other intangibles, or intellectual property**<br>None | $ | | $  0.00 |
| **65.  Goodwill**<br>None | $ | | $  0.00 |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$  Undetermined

*Plus Undetermined Amounts

Debtor    Hornblower Cruises and Events, LLC                                    Case number (if known)  24-90149 (MI)
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

None _____ — _____ = → $ _____ 0.00

     Total Face Amount    Doubtful or uncollectible Amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None _____ Tax Year _____ $ _____ 0.00

_____ Tax Year _____ $ _____

_____ Tax Year _____ $ _____

73. **Interests in insurance policies or annuities**

PLEASE REFER TO HORNBLOWER HOLDINGS LLC SCHEDULE AB QUESTION 73    $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

None _____ $ _____ 0.00

**Nature of Claim** _____

**Amount Requested** $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None _____ $ _____ 0.00

**Nature of Claim** _____

**Amount Requested** $ _____

76. **Trusts, equitable or future interests in property**

None _____ $ _____ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See Attached Rider    $ _____ 75,293,509.49

   $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ _____ 75,293,509.49

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

*Plus Undetermined Amounts

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 115,291.97 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 798,253.63 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 4,280,115.48 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 594,515.67 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,863,137.11 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 21,755,463.97* | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ → | | $7,210,611.81* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 75,293,509.49 | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $ 104,700,287.32* | + 91b. $7,210,611.81* |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92................................................................................. $ 111,910,899.13*

**\*Plus Undetermined Amounts**

Debtor Name:  Hornblower Cruises and Events, LLC                                          Case Number:  24-90149 (MI)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| PREPAID SUPPLIES - MARKETING MATERIAL | $5,992.94 |
| PREPAID - OTHER | $401,687.04 |
| PREPAID RENT | $12,245.35 |
| **TOTAL** | **$419,925.33** |

Debtor Name:  Hornblower Cruises and Events, LLC                                              Case Number:  24-90149 (MI)

**Assets - Real and Personal Property**

**Part 8, Question 48:** Watercraft, trailers, motors, and related accessories

| Watercraft, trailers, motors, and related accessories<br>*Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| VESSEL | $19,176,863.91 | NET BOOK VALUE | $19,176,863.91 |
| VESSEL: ODYSSEY CHICAGO RIVER - OFFICIAL NUMBER: 1285650 | Undetermined | N/A | Undetermined |
| VESSEL: ATLANTICA - OFFICIAL NUMBER: 1141122 | Undetermined | N/A | Undetermined |
| VESSEL: ODYSSEY III - OFFICIAL NUMBER: 1030598 | Undetermined | N/A | Undetermined |
| VESSEL: ODYSSEY LAKE MICHIGAN - OFFICIAL NUMBER: 991413 | Undetermined | N/A | Undetermined |
| VESSEL: CELESTIAL - OFFICIAL NUMBER: 1074793 | Undetermined | N/A | Undetermined |
| VESSEL: ODYSSEY (FORMERLY SPIRIT OF WASHINGTON) - OFFICIAL NUMBER: 966647 | Undetermined | N/A | Undetermined |
| VESSEL: SPIRIT OF NAVY PIER - OFFICIAL NUMBER: 1064928 | Undetermined | N/A | Undetermined |
| VESSEL: SPIRIT OF NEW YORK - OFFICIAL NUMBER: 931821 | Undetermined | N/A | Undetermined |
| VESSEL: SPIRIT OF PHILADELPHIA - OFFICIAL NUMBER: 943275 | Undetermined | N/A | Undetermined |
| VESSEL: CHICAGO ELITE - OFFICIAL NUMBER: 931599 | Undetermined | N/A | Undetermined |
| VESSEL: SPIRIT OF BOSTON - OFFICIAL NUMBER: 954835 | Undetermined | N/A | Undetermined |
| VESSEL: SPIRIT OF CHICAGO - OFFICIAL NUMBER: 926254 | Undetermined | N/A | Undetermined |
| VESSEL: POTOMAC TAXI I - OFFICIAL NUMBER: 1280857 | Undetermined | N/A | Undetermined |
| VESSEL: POTOMAC TAXI II - OFFICIAL NUMBER: 1280863 | Undetermined | N/A | Undetermined |
| VESSEL: POTOMAC TAXI III - OFFICIAL NUMBER: 1280800 | Undetermined | N/A | Undetermined |
| VESSEL: POTOMAC TAXI IV - OFFICIAL NUMBER: 1280799 | Undetermined | N/A | Undetermined |
| VESSEL: SPIRIT OF MOUNT VERNON - OFFICIAL NUMBER: 959325 | Undetermined | N/A | Undetermined |
| VESSEL: INNER HARBOR SPIRIT - OFFICIAL NUMBER: 683143 | Undetermined | N/A | Undetermined |
| VESSEL: SPIRIT OF NEW JERSEY - OFFICIAL NUMBER: 946768 | Undetermined | N/A | Undetermined |
| VESSEL: SPIRIT OF BALTIMORE - OFFICIAL NUMBER: 926330 | Undetermined | N/A | Undetermined |
| VESSEL: LADY JOSEPHINE - OFFICIAL NUMBER: 1209453 | Undetermined | N/A | Undetermined |

Debtor Name:  Hornblower Cruises and Events, LLC                                                         Case Number:  24-90149 (MI)

**Assets - Real and Personal Property**

**Part 8, Question 48:** Watercraft, trailers, motors, and related accessories

| Watercraft, trailers, motors, and related accessories<br>*Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| VESSEL: COMMANDER JACQUES - OFFICIAL NUMBER: 1210253 | Undetermined | N/A | Undetermined |
| VESSEL: NATIONAL ELITE - OFFICIAL NUMBER: 1206389 | Undetermined | N/A | Undetermined |
| VESSEL: MANHATTAN ELITE  - OFFICIAL NUMBER: 1185951 | Undetermined | N/A | Undetermined |
| VESSEL: SEAPORT ELITE II (FKA DUCHESS OF PINTAIL) - OFFICIAL NUMBER: 1133978 | Undetermined | N/A | Undetermined |
| VESSEL: CAPITAL ELITE - OFFICIAL NUMBER: 1088917 | Undetermined | N/A | Undetermined |
| VESSEL: FREEDOM ELITE - OFFICIAL NUMBER: 1088137 | Undetermined | N/A | Undetermined |
| VESSEL: VIRGINIA ELITE - OFFICIAL NUMBER: 1096387 | Undetermined | N/A | Undetermined |
| VESSEL: CHERRY BLOSSOM - OFFICIAL NUMBER: 670357 | Undetermined | N/A | Undetermined |
| VESSEL: MISS SOPHIE - OFFICIAL NUMBER: 1241981 | Undetermined | N/A | Undetermined |
| VESSEL: BOSTON ELITE (FKA WINDRIDGE K) - OFFICIAL NUMBER: 583453 | Undetermined | N/A | Undetermined |
| VESSEL: MISS MALLORY - OFFICIAL NUMBER: 1121983 | Undetermined | N/A | Undetermined |
| VESSEL: SEADOG - OFFICIAL NUMBER: 1041137 | Undetermined | N/A | Undetermined |
| VESSEL: SEADOG II - OFFICIAL NUMBER: 1052819 | Undetermined | N/A | Undetermined |
| VESSEL: SEADOG III - OFFICIAL NUMBER: 1065327 | Undetermined | N/A | Undetermined |
| VESSEL: MATTHEW HAYES - OFFICIAL NUMBER: 1022058 | Undetermined | N/A | Undetermined |
| VESSEL: MISS CHRISTIN - OFFICIAL NUMBER: 281864 | Undetermined | N/A | Undetermined |
| VESSEL: ADMIRAL TILP - OFFICIAL NUMBER: 947675 | Undetermined | N/A | Undetermined |
|  |  | **TOTAL** | **$19,176,863.91**<br>+ Undetermined Amounts |

Debtor Name:  Hornblower Cruises and Events, LLC                                                          Case Number:  24-90149 (MI)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| BUILDINGS, LAND, & LEASEHOLD IMPROVEMENTS | REAL PROPERTY | $7,210,611.81 | NET BOOK VALUE | $7,210,611.81 |
| DOCKING AGREEMENT: 200 LINEAR FEET LOCATED ON THE WEST FACING EDGE OF THE APRON NORTH OF THE EXISTING MBTA DOCK LOCATED AT 200 SEAPORT BOULEVARD IN BOSTON, MASSACHUSETTS | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: APPROXIMATELY 120 LINEAR FEET LOCATED ON THE WEST FACING EDGE OF THE APRON NORTH OF THE EXISTING MBTA DOCK LOCATED AT 200 SEAPORT BOULEVARD IN BOSTON, MASSACHUSETTS | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: BARGE IDENTIFIED AS GCS 135, UNITED STATES COAST GUARD OFFICIAL NO. 523392 (THE "BARGE"), PRESENTLY BERTHED AT BERTHS G1 AND G2 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: BOLLARDS 27-31, SOUTH DOCK, NAVY PIER | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: FACE OF PIER BERTHING AREA FOR DOCKING AND BERTHING VESSEL | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: NINETY-THREE (93) FEET LONG PORTION OF THE CITY'S "FACE OF PIER" BERTHING AREA ON THE DOWNTOWN NORFOLK WATERFRONT | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: NON-SKID DECK COATING ON THE WEEKS #32 BARGE LOCATED AT THE BERTH G2 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: ONE HUNDRED TWENTY (120) LINEAR FEET ON THE WEST FACING EDGE OF THE APRON NORTH OF THE EXISTING MBTA DOCK | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: PIERS 59, 60, 61 AND 62 IN THE BOROUGH OF MANHATTAN, COUNTY OF NEW YORK, CITY AND STATE OF NEW YORK | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: PORTION OF THE CITY'S WATER FRONT AREA COMMONLY KNOWN AS THE FACE OF PIER BERTHING AREA FOR DOCKING AND BERTHING LESSEE'S VESSEL, THE VIRGINIA ELITE | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: SOUTH DOCK, NAVY PIER | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: TWO HUNDRED (200) LINEAR FEET ON THE WEST FACING EDGE OF THE APRON (THE "BERTH") | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: ~175 LINEAR FT LOCATED AT A SPUD PILE ANCHORED BARGE-TYPE FLOAT LOCATED PERPENDICULAR TO BERTH NO. 8 (FORMERLY STATED TO BE BERTH NO. 7) (THE "LICENSED AREA") AT THE COMMERCIAL MARITIME TERMINAL LOCATED AT 60 ROWES WHARF, BOSTON, MA | LEASED PROPERTY | Undetermined | N/A | Undetermined |

Debtor Name:  Hornblower Cruises and Events, LLC                                                    Case Number:  24-90149 (MI)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| LEASED PROPERTY: 1 CAMERON STREET | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 1108 JEFFERSON ST. | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 123-29 CHESTNUT STREET, PHILADELPHIA, PA | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 168 NATIONAL PLAZA | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 200 LINEAR FEET , WEST FACING EDGE OF THE APRON NORTH | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 200 SEAPORT BOULEVARD IN BOSTON, MASSACHUSETTS | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 211 N. UNION STREET, ALEXANDRIA, VA 22314 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 300 FEET JUST NORTH OF THE FINGER PIERS ON THE WEST BULKHEAD WITHIN INNER HARBOR PROJECT I, PLUS OFFICE SPACE LOCATED WEST OF WHARFAGE AREA AT 301 LIGHT STREET. | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 320 LINEAR FEET, WEST FACING APRON, 200 LINEAR FEET, BOSTON, 120 LINEAR FEET, BOSTON | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 3-7 NORTH COLUMBUS BOULEVARD, PHILADELPHIA, PENNSYLVANIA | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 3-7 NORTH COLUMBUS BOULEVARD, U200 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 4,920 RENTABLE SQUARE FEET , SUITE75 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 400 LINEAR FEET, WEST FACING EDGE OF THE WORLD TRADE CENTER, BOSTON | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 4536 THROUGH 4598 EISENHOWER AVENUE | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 455 EAST ILLINOIS STREET, SUITE 480, CHICAGO, ILLINOIS 60611 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 455 NORTH CITYFRONT PLAZA DRIVE SUITE 875 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 455 NORTH CITYFRONT PLAZA DRIVE, SUITE 2600 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 470 ATLANTIC AVENUE, BOSTON, SUFFOLK COUNTY, MASSACHUSETTS 02110 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 500 RENTABLE SQUARE FEET ("LICENSED PREMISES"), WITHIN THE LOWER LEVEL OF THE BUILDING LOCATED AT 1 CAMERON STREET, ALEXANDRIA, VIRGINIA 22314 | LEASED PROPERTY | Undetermined | N/A | Undetermined |

Debtor Name:  Hornblower Cruises and Events, LLC                                    Case Number:  24-90149 (MI)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| LEASED PROPERTY: 575 SOUTH CHARLES STREET, SUITE 501, BALTIMORE,MARYLAND 21201 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 575 SOUTH CHARLES STREET, SUITE 506 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 580 WATER STREET, SW, WASHINGTON, D.C. 20024 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 60 ROWES WHARF BOSTON, MASSACHUSETTS 02110 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 600 EAST GRAND AVENUE | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 960 WHARF STREET SW, WASHINGTON, D.C. 20024 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: APPROXIMATELY 120 LINEAR FEET LOCATED ON THE WEST FACING EDGE OF THE APRON NORTH OF THE EXISTING MBTA DOCK LOCATED AT 200 SEAPORT BOULEVARD IN BOSTON, MASSACHUSETTS | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: APPROXIMATELY 175 LINEAR FEET LOCATED AT A SPUD PILE ANCHORED BARGE-TYPE FLOAT LOCATED PERPENDICULAR TO BERTH NO. 7 (THE "LICENSED AREA") AT THE COMMERCIAL MARITIME TERMINAL LOCATED AT 60 ROWES WHARF, BOSTON, MASSACHUSETTS | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: APPROXIMATELY 200 LINEAR FEET LOCATED ON THE WEST FACING EDGE OF THE APRON NORTH OF THE EXISTING MBTA DOCK LOCATED AT 200 SEAPORT BOULEVARD IN BOSTON, MASSACHUSETTS | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: APPROXIMATELY 300 LINEAR FEET ALONG THE PROMENADE AND 100 LINEAR FEET ALONG ONE OF THE FINGER PIERS, ALL ON THE WEST BULKHEAD WITHIN INNER HARBOR PROJECT I., SMALL OFFICE BUILDING LOCATED ALONG THE PROMENADE AT 501 LIGHT STREET | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: APPROXIMATELY 4,920 SQUARE FEET ON THE MEZZANINE AND SECOND MEZZANINE LEVELS IN THE BUILDING SITUATED ON COMMONWEALTH PIER IN THE CITY OF BOSTON, NORTHERN AVENUE, WORLD TRADE CENTER BOSTON | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: C1, C2, C3, D1, D2, AND D3 NORTH PIER | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: CHELSEA PIERS, NEW YORK, NY | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: COMMERCIAL MARITIME TERMINAL LOCATED AT ROWES WHARF, BOSTON, MASSACHUSETTS. | LEASED PROPERTY | Undetermined | N/A | Undetermined |

Debtor Name:  Hornblower Cruises and Events, LLC                                    Case Number:  24-90149 (MI)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| LEASED PROPERTY: GANANOQUE PUBLIC HARBOUR | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: INNER HARBOR | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: MEZZANINE AND SECOND MEZZANINE LEVELS IN THE BUILDING SITUATED ON COMMONWEALTH PIER IN THE CITY OF BOSTON, LOCATED ON NORTHERN AVENUE AND COMMONLY KNOWN AS THE WORLD TRADE CENTER BOSTON | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: NAVY PIER, LOCATED AT 600 EAST GRAND AVENUE, CHICAGO, IL 60611 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: NBC BUILDING, 455 NORTH CITYFRONT PLAZA DRIVE, CHICAGO, ILLINOIS | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: NBC TOWER, 455 N. CITYFRONT PLAZA DRIVE, SUITE 2000, CHICAGO, ILLINOIS, 60611 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: NORTH PIER CHICAGO, 401 EAST ILLINOIS STREET, CHICAGO, ILLINOIS | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: ONE HUNDRED SEVENTY-FIVE LINEAR FEET (175') LOCATED AT A SPUD PILE ANCHORED BARGE-TYPE FLOAT LOCATED PERPENDICULAR TO BERTH NO. 7, AS SUBSTANTIALLY SHOWN ON DOCK PLAN, EXHIBIT 2 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: PIER 61 AND PIER 62 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: PIER 61 PERIMETER SPACE AND THE BULK HEAD AREAS BETWEEN PIERS 61 AND 62, CHELSEA PIERS, WEST 23RD STREET AND THE HUDSON RIVER | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: PIERS 59, 60, 61 AND 62 (THE "CHELSEA PIERS") | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: POTOMAC RIVER WATER STREET, S.W | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: ROWES WHARF LOCATED AT 60 ROWES WHARF, BOSTON, MASSACHUSETTS | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: SEAPORT WORLD TRADE CENTER, 200 SEAPORT BOULEVARD (A/K/A 164 NORTHERN AVENUE) IN BOSTON, MASSACHUSETTS | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: SLIPS 60N2 AND 61S5, CHELSEA PIERS | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: SOUTH DOCK OF NAVY PIER | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: SPACE NO. 461, NORTH PIER CHICAGO, 401 EAST ILLINOIS STREET, CHICAGO, ILLINOIS | LEASED PROPERTY | Undetermined | N/A | Undetermined |

Debtor Name:  Hornblower Cruises and Events, LLC                                                    Case Number:  24-90149 (MI)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| LEASED PROPERTY: STAGE I, LOCATED ON CHRISTOPHER COLUMBUS BOULEVARD | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: SUITE 203 IN PIER 62, CHELSEA PIERS | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: SUITE 2600 AND SUITE 875 LOCATED ON THE 26TH AND 8TH FLOOR, NBC TOWER HAVING AN ADDRESS OF 455 NORTH CITYFRONT PLAZA DRIVE, CHICAGO, ILLINOIS | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: SUITE 500, 109 EAST MAIN STREET, NORFOLK, VIRGINIA | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: SUITE 500, TOWNEBANK BUILDING 109 EAST MAIN STREET NORFOLK, VIRGINIA, 23510 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: SUITE 501, 5TH FLOOR, 575 SOUTH CHARLES STREET, BALTIMORE, MARYLAND | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: THE TWO AREAS IN THE BUILDING SUBSTANTIALLY AS SHOWN AS AREA 2 AND AREA 4 ON EXHIBIT A | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: UNIT 2, 4TH FLOOR, NORTH PIER CHICAGO, 401 EAST ILLINOIS STREET, CHICAGO, ILLINOIS | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: WATER STREET, S.W., WASHINGTON, DISTRICT OF COLUMBIA | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: WEST BULKHEAD | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: WESTERN END OF THE NORTH AND SOUTH SIDE OF PIER 61 AND THE WHARFAGE ON THE EXTREME WEST END OF PIER 61 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: WEST-FACING, WINDOWED OFFICE (THE "UNIT") OVERLOOKING THE PARKING CIRCLE ("PREMISES") OF THE MARINA KNOWN AS LINCOLN HARBOR MARINA IN WEEHAWKEN, NEW JERSEY | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: WORLD TRADE CENTER, SUITE 50 164 NORTHERN AVENUE BOSTON, MASSACHUSETTS 02210, ONE HARBORSIDE DRIVE, SUITE 20 EAST BOSTON, MASSACHUSETTS 02128 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| | | | **TOTAL** | **$7,210,611.81**<br>+ Undetermined Amounts |

Debtor Name:  Hornblower Cruises and Events, LLC

Case Number:  24-90149 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK - ATLANTICA REGISTRATION #: 4447196 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - BATEAUX NEW YORK REGISTRATION #: 2257456 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - BLUE AFTER DARK REGISTRATION #: 3753081 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - CAPITAL ELITE REGISTRATION #: 4348814 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - CHICAGO ELITE REGISTRATION #: 4646107 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - DEVOUR TOURS & DESIGN REGISTRATION #: UK00917923902 (UNITED KINGDOM) | Undetermined | N/A | Undetermined |
| TRADEMARK - FREEDOM ELITE REGISTRATION #: 4306495 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - GANANOQUE BOAT LINE & DESIGN REGISTRATION #: 6226248 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - GANANOQUE BOAT LINE REGISTRATION #: 6177013 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - INNER HARBOR SPIRIT REGISTRATION #: 3766406 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - MANHATTAN ELITE REGISTRATION #: 4561406 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - MARIPOSA CRUISES REGISTRATION #: 6226416 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - MYSTIC BLUE CRUISES AND DESIGN REGISTRATION #: 3238643 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - MYSTIC BLUE REGISTRATION #: 2966197 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - ODYSSEY (STYLIZED) REGISTRATION #: 3167315 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - ODYSSEY CRUISES REGISTRATION #: 6225850 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - ODYSSEY REGISTRATION #: 2446215 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - POTOMAC RIVERBOAT COMPANY REGISTRATION #: 4352387 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - POTOMAC RIVERBOAT COMPANY WATER TAXI & DESIGN REGISTRATION #: 5678108 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - POTOMAC WATER TAXI (REFILE) APPLICATION #: 97/870600 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - SAFECRUISE BY HORNBLOWER REGISTRATION #: 1221977 (CANADA) | Undetermined | N/A | Undetermined |
| TRADEMARK - SAFECRUISE BY HORNBLOWER REGISTRATION #: 63680542 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - SAFECRUISE REGISTRATION #: 6297329 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - SEADOG (STYLIZED) REGISTRATION #: 3162678 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |

Debtor Name:  Hornblower Cruises and Events, LLC                                                                    Case Number:  24-90149 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK - SEADOG LOGO REGISTRATION #: 3162679 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - SEADOG REGISTRATION #: 2426985 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - SEAPORT ELITE REGISTRATION #: 4303900 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - SPIRIT CRUISES REGISTRATION #: 4644758 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - SPIRIT OF ----- REGISTRATION #: 2058501 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - SPIRIT OF BALTIMORE REGISTRATION #: 3758248 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - SPIRIT OF BOSTON REGISTRATION #: 3223789 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - SPIRIT OF CHICAGO REGISTRATION #: 3223791 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - SPIRIT OF MT. VERNON REGISTRATION #: 3319636 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - SPIRIT OF NAVY PIER REGISTRATION #: 6847190 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - SPIRIT OF NEW JERSEY REGISTRATION #: 3223792 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - SPIRIT OF NEW YORK REGISTRATION #: 3223795 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - SPIRIT OF NORFOLK REGISTRATION #: 3223787 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - SPIRIT OF PHILADELPHIA REGISTRATION #: 3223788 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - SPIRIT OF WASHINGTON REGISTRATION #: 3223790 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| TRADEMARK - VIRGINIA ELITE REGISTRATION #: 5531560 (UNITED STATES OF AMERICA) | Undetermined | N/A | Undetermined |
| | **TOTAL** | | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Hornblower Cruises and Events, LLC                                    Case Number:  24-90149 (MI)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| EMPLOYEE RECEIVABLE ACCOUNT | $18,155.17 |
| INTERCOMPANY RECEIVABLE FROM ALCATRAZ CRUISES, LLC | $167,154.13 |
| INTERCOMPANY RECEIVABLE FROM AMERICAN QUEEN STEAMBOAT OPERATING COMPANY, LLC | $2,465,412.87 |
| INTERCOMPANY RECEIVABLE FROM ANCHOR OPERATING SYSTEM, LLC | $25,000.00 |
| INTERCOMPANY RECEIVABLE FROM BOSTON HARBOR CRUISES, LLC | $12,640,298.99 |
| INTERCOMPANY RECEIVABLE FROM HORNBLOWER CABLE CARS, INC. | $687,387.14 |
| INTERCOMPANY RECEIVABLE FROM HORNBLOWER CRUISES AND EVENTS CANADA LIMITED | $4,458,810.02 |
| INTERCOMPANY RECEIVABLE FROM HORNBLOWER GROUP, INC. | $16,274,718.12 |
| INTERCOMPANY RECEIVABLE FROM HORNBLOWER GROUP, LLC | $17,410.73 |
| INTERCOMPANY RECEIVABLE FROM HORNBLOWER NEW YORK, LLC | $25,881,340.24 |
| INTERCOMPANY RECEIVABLE FROM HORNBLOWER YACHTS, LLC | $12,522,463.84 |
| INTERCOMPANY RECEIVABLE FROM SEA OPERATING COMPANY, LLC | $8,972.82 |
| INTERCOMPANY RECEIVABLE FROM SEAWARD SERVICES, INC. | $202.50 |
| INTERCOMPANY RECEIVABLE FROM STATUE CRUISES, LLC | $126,182.92 |
| **TOTAL** | **$75,293,509.49** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Hornblower Cruises and Events, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas, Houston Division |
| Case number (If known): | 24-90149 (MI) |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of Claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

| **Creditor's name**<br>ALTER DOMUS (US) LLC | **Describe debtor's property that is subject to a lien**<br>AS OUTLINED IN THE CREDIT AGREEMENT | | |
|---|---|---|---|
| | | $ Undetermined | $ Undetermined |

**Creditor's mailing address**
ATTENTION: CHRIS CAPEZUTI
225 W. WASHINGTON ST., 9TH FLOOR
CHICAGO, IL 60606

**Describe the lien**
GUARANTOR OF INCREMENTAL SUPERPRIORITY FACILITY

**Creditor's email address, if known**
CPCAGENCY@ALTERDOMUS.COM

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 11/17/2023

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

SEE SCHEDULE D DISCLOSURES

☑ Contingent
☑ Unliquidated
☐ Disputed

**2.2**

| **Creditor's name**<br>ALTER DOMUS (US) LLC | **Describe debtor's property that is subject to a lien**<br>AS OUTLINED IN THE CREDIT AGREEMENT | | |
|---|---|---|---|
| | | $ Undetermined | $ Undetermined |

**Creditor's mailing address**
ATTENTION: LEGAL DEPARTMENT
225 W. WASHINGTON ST., 9TH FLOOR
CHICAGO, IL 60606

**Describe the lien**
GUARANTOR OF SUPERPRIORITY FACILITY

**Creditor's email address, if known**
LEGAL@ALTERDOMUS.COM

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 11/10/2020

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
　☑ No. Specify each creditor, including this creditor, and its relative priority.

SEE SCHEDULE D DISCLOSURES

☐ Yes. The relative priority of creditors is specified on lines

☑ Contingent
☑ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ _____

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**

ALTER DOMUS (US) LLC, AS COLLATERAL AGENT

**Describe debtor's property that is subject to a lien**

AS PROVIDED IN THE UCC FINANCING STATEMENT

$ ___Undetermined___    $ ___Undetermined___

**Creditor's mailing address**

225 W. WASHINGTON ST.
9TH FLOOR
CHICAGO, IL 60606

**Describe the lien**

UCC FINANCING STATEMENT: 20207918412

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

      SEE SCHEDULE D DISCLOSURES

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.4**

**Creditor's name**

ALTER DOMUS (US) LLC, AS COLLATERAL AGENT

**Describe debtor's property that is subject to a lien**

AS PROVIDED IN THE UCC FINANCING STATEMENT

$ ___Undetermined___    $ ___Undetermined___

**Creditor's mailing address**

225 W. WASHINGTON ST.
9TH FLOOR
CHICAGO, IL 60606

**Describe the lien**

UCC FINANCING STATEMENT: 20207918420

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

      SEE SCHEDULE D DISCLOSURES

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5**

**Creditor's name**

GLAS TRUST COMPANY LLC

**Describe debtor's property that is subject to a lien**

AS OUTLINED IN THE CREDIT AGREEMENT

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**

3 SECOND STREET, SUITE 206
JERSEY CITY, NJ 07311

**Describe the lien**

GUARANTOR OF FIRST LIEN TERM FACILITY

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 4/27/2018

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

SEE SCHEDULE D DISCLOSURES

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.6**

**Creditor's name**

GLAS TRUST COMPANY LLC

**Describe debtor's property that is subject to a lien**

AS OUTLINED IN THE CREDIT AGREEMENT

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**

3 SECOND STREET, SUITE 206
JERSEY CITY, NJ 07311

**Describe the lien**

GUARANTOR OF REVOLVER TERM-OUT FACILITY

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 4/27/2018

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

SEE SCHEDULE D DISCLOSURES

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Hornblower Cruises and Events, LLC | | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of Claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.7**

**Creditor's name**
UBS AG, STAMFORD BRANCH

**Describe debtor's property that is subject to a lien**
AS OUTLINED IN THE CREDIT AGREEMENT

$ ____ Undetermined   $ ____ Undetermined

**Creditor's mailing address**
ATTENTION: AGENCY GROUP
600 WASHINGTON BOULEVARD
STAMFORD, CT 06901

**Describe the lien**
GUARANTOR OF REVOLVER FACILITY

**Creditor's email address, if known**
AGENCY-UBSAMERICAS@UBS.COM

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   5/13/2020

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

     SEE SCHEDULE D DISCLOSURES

  ☐ Yes. The relative priority of creditors is specified on lines

---

**2.8**

**Creditor's name**
UBS AG, STAMFORD BRANCH, AS COLLATERAL AGENT

**Describe debtor's property that is subject to a lien**
AS PROVIDED IN THE UCC FINANCING STATEMENT

$ ____ Undetermined   $ ____ Undetermined

**Creditor's mailing address**
600 WASHINGTON BOULEVARD
STAMFORD, CT 06901

**Describe the lien**
UCC FINANCING STATEMENT: 20200429334

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

     SEE SCHEDULE D DISCLOSURES

  ☐ Yes. The relative priority of creditors is specified on lines

---

| Part 1: | Additional Page | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.9**

**Creditor's name**

UBS AG, STAMFORD BRANCH, AS COLLATERAL AGENT

**Describe debtor's property that is subject to a lien**

AS PROVIDED IN THE UCC FINANCING STATEMENT

$ _____ Underemined $ _____ Underemined

**Creditor's mailing address**

600 WASHINGTON BOULEVARD
STAMFORD, CT 06901

**Describe the lien**

UCC FINANCING STATEMENT: 20200507493

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes.  Have you already specified the relative priority?

    ☒ No. Specify each creditor, including this creditor, and its relative priority.

     SEE SCHEDULE D DISCLOSURES

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.10**

**Creditor's name**

UBS AG, STAMFORD BRANCH, AS COLLATERAL AGENT

**Describe debtor's property that is subject to a lien**

AS PROVIDED IN THE UCC FINANCING STATEMENT

$ _____ Underemined $ _____ Underemined

**Creditor's mailing address**

600 WASHINGTON BOULEVARD
STAMFORD, CT 06901

**Describe the lien**

UCC FINANCING STATEMENT: 20203419084

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes.  Have you already specified the relative priority?

    ☒ No. Specify each creditor, including this creditor, and its relative priority.

     SEE SCHEDULE D DISCLOSURES

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11**

**Creditor's name**
UBS AG, STAMFORD BRANCH, AS COLLATERAL AGENT

**Describe debtor's property that is subject to a lien**
AS PROVIDED IN THE UCC FINANCING STATEMENT

$ ____Undetermined $ ____Undetermined

**Creditor's mailing address**
600 WASHINGTON BOULEVARD
STAMFORD, CT 06901

**Describe the lien**
UCC FINANCING STATEMENT: 20203419449

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
      SEE SCHEDULE D DISCLOSURES

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.12**

**Creditor's name**

**Describe debtor's property that is subject to a lien**

$ _____ $ _____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| ALTER DOMUS (US) LLC<br>ATTENTION: LEGAL DEPARTMENT<br>225 W. WASHINGTON ST., 9TH FLOOR<br>CHICAGO, IL 60606 | Line 2.   1 | |
| ALTER DOMUS (US) LLC<br>C/O NORTON ROSE FULBRIGHT US LLP<br>ATTENTION: H. STEPHEN CASTRO<br>1301 6TH AVENUE<br>NEW YORK, NY 10019 | Line 2.   1 | |
| ALTER DOMUS (US) LLC<br>MILBANK LLP<br>ATTENTION: MAYA GRANT<br>55 HUDSON YARDS<br>NEW YORK, NY 10001 | Line 2.   1 | |
| ALTER DOMUS (US) LLC<br>ATTENTION: STEVE LENARD<br>225 W. WASHINGTON ST., 9TH FLOOR<br>CHICAGO, IL 60606 | Line 2.   2 | |
| ALTER DOMUS (US) LLC<br>C/O NORTON ROSE FULBRIGHT US LLP<br>ATTENTION: H. STEPHEN CASTRO<br>1301 6TH AVENUE<br>NEW YORK, NY 10019 | Line 2.   2 | |
| ALTER DOMUS (US) LLC<br>C/O SHEARMAN & STERLING LLP<br>ATTENTION: TOMASZ KULAWIK<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022-6069 | Line 2.   2 | |
| ALTER DOMUS (US) LLC<br>C/O SHEARMAN & STERLING LLP<br>ATTENTION: JOEL MOSS<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022-6069 | Line 2.   2 | |
| ALTER DOMUS (US) LLC<br>C/O SHEARMAN & STERLING LLP<br>ATTENTION: NED SCHODEK<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022-6069 | Line 2.   2 | |
| GLAS TRUST COMPANY LLC<br>ATTENTION:  JEFFREY R. GLEIT<br>C/O ARENTFOX SCHIFF LLP<br>1301 AVENUE OF THE AMERICAS, 42ND FLOOR<br>NEW YORK, NY 10019 | Line 2.   5 | |
| GLAS TRUST COMPANY LLC<br>ATTENTION:  JEFFREY R. GLEIT<br>C/O ARENTFOX SCHIFF LLP<br>1301 AVENUE OF THE AMERICAS, 42ND FLOOR<br>NEW YORK, NY 10019 | Line 2.   6 | |
| UBS AG, STAMFORD BRANCH<br>C/O CAHILL GORDON & REINDEL LLP<br>32 OLD SLIP<br>NEW YORK, NY 10005 | Line 2.   7 | |

**Fill in this information to identify the case:**

Debtor    Hornblower Cruises and Events, LLC

United States Bankruptcy Court for the:    Southern District of Texas, Houston Division

Case number   24-90149 (MI)
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** | **Priority creditor's name and mailing address** | $ | $ |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**

☐ No

☐ Yes

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.2** | **Priority creditor's name and mailing address** | $ | $ |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**

☐ No

☐ Yes

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.3** | **Priority creditor's name and mailing address** | $ | $ |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor | Hornblower Cruises and Events, LLC | Case number (if known) | 24-91016 (MI) |
|--------|-----------------------------------|------------------------|---------------|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
1500 HARBOR BOULEVARD URBAN RENEWAL, LLC
CHIESA SHAHINIAN & GIANTOMASI PC
ATTN: DENNIS M TOFT, MICHAEL K PLUMB
105 EISENHOWER PKWY
ROSELAND, NJ 07068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ALLEGED NJ ENVIRONMENTAL RIGHTS ACT VIOLATION

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.2** | **Nonpriority creditor's name and mailing address**
A.J. MICHAELS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 220,117.55

---

**3.3** | **Nonpriority creditor's name and mailing address**
A.P. EVENT PRO, INC.
105 WHITMAN AVE
MELROSE, MA 02176

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,850.00

---

**3.4** | **Nonpriority creditor's name and mailing address**
A-1 BATTERY & ELECTRIC INC
20 NASH AVENUE
QUINCY, MA 02169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,206.94

---

**3.5** | **Nonpriority creditor's name and mailing address**
ABV SYSTEMS LLC
DBA ABV APPLIANCE
4977 BATTERY LN
BETHESDA, MD 20814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,695.00

---

**3.6** | **Nonpriority creditor's name and mailing address**
ACC BUSINESS
PO BOX 105306
ATLANTA, GA 30348-5306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.06

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

ACCURATE PEST CONTROL
143 LANDING ROAD
LANDING, NJ 07850

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,221.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.8** **Nonpriority creditor's name and mailing address**

ACCURATE PRINTING
4749 W. 136TH ST
CRESTWOOD, IL 60418

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,480.18

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.9** **Nonpriority creditor's name and mailing address**

ACE HARDWARE
1734 14TH STREET NW
WASHINGTON, DC 20009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,433.47

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.10** **Nonpriority creditor's name and mailing address**

ACTION CARTING ENVIRONMENTAL SERVICE
PO BOX 554744
DETROIT, MI 48255-4744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,386.40

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.11** **Nonpriority creditor's name and mailing address**

AD&G MOBILE WELDING
4605 VALLEY FORGE LANE
VIRGINIA BEACH, VA 23462

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 300.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 480.95

ADT SECURITY SERVICES
PO BOX 371878
PITTSBURGH, PA 15250-7878

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,289.00

ADVANCED PROTECTION SOLUTIONS, LLC.
420 INVESTORS PLACE
SUITE 108
VIRGINIA BEACH, VA 23452

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 497.78

AIR CLEANING TECHNOLOGIES, INC
501 W DYER RD
SANTA ANA, CA 92707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 293.70

AIRGAS USA LLC
6055 ROCKSIDE WOODS BLVD.
INDEPENDENCE, OH 44131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,806.94

AL WARREN OIL COMPANY INC
PO BOX 2279
HAMMOND, IN 46323

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|--------|-----------|-----------|-----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** | **Nonpriority creditor's name and mailing address**

ALLEGRA MARKETING, PRINT & MAIL
879 POPLAR HALL DRIVE
NORFOLK, VA 23502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,123.17

---

**3.18** | **Nonpriority creditor's name and mailing address**

ALLEN BROTHERS NORTHEAST
PO BOX 21491
NEW YORK, NY 10087-1491

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 406.67

---

**3.19** | **Nonpriority creditor's name and mailing address**

ALL-TECH ELECTRIC
PO BOX 1588
WALDORF, MD 20604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 54,250.35

---

**3.20** | **Nonpriority creditor's name and mailing address**

ALSCO
4900 PHILADELPHIA WAY
LANHAM, MD 20706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,039.96

---

**3.21** | **Nonpriority creditor's name and mailing address**

ALTORFER INDUSTRIES INC
PO BOX 809239
CHICAGO, IL 60680-9201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,724.42

---

| Debtor | Hornblower Cruises and Events, LLC | Case number *(if known)* | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22**   **Nonpriority creditor's name and mailing address**

ALULA LLC
PO BOX 64391
ST PAUL, MN 55164-0391

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$    62.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.23**   **Nonpriority creditor's name and mailing address**

AMAZON CAPITAL SERVICES
PO BOX 035184
SEATTLE, WA 98124-5184

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$    28,080.82

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.24**   **Nonpriority creditor's name and mailing address**

AMERICAN BRIDAL SHOW COMPANY
2 14TH ST
HOBOKEN, NJ 07030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$    855.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.25**   **Nonpriority creditor's name and mailing address**

AMERICAN VULKAN CORPORATION
2525 DUNDEE ROAD
WINTER HAVEN, FL 33884

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$    8,990.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.26**   **Nonpriority creditor's name and mailing address**

ANGELINA'S PETALS INC.
1877 AMSTERDAM AVENUE
NEW YORK, NY 10031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$    1,775.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,951.54 |
|---|---|---|---|

ANMAR FOODS, INC.
2150 W. CARROLL AVE.
CHICAGO, IL 60612

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,172.90 |
|---|---|---|---|

ARC GLAZING INC
4923 BUTTERFIELD ROAD
HILLSIDE, IL 60162

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 63.00 |
|---|---|---|---|

ARCTIC GLACIER U.S.A. INC
PAYMENT PROCESSING CENTER
PO BOX 856530
MINNEAPOLIS, MN 55485-6530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 530.17 |
|---|---|---|---|

ASTOR CHOCOLATE
651 NEW HAMPSHIRE AVENUE
LAKEWOOD, NJ 08701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 76.41 |
|---|---|---|---|

ATLAS EVENT GROUP, INC
910 BOSTON TURNPIKE
SUITE 8
SHREWSBURY, MA 01545

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Hornblower Cruises and Events, LLC | Case number *(if known)* | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** **Nonpriority creditor's name and mailing address**

AUTHORITY MARINE PROPULSION
1201 ERNSTON ROAD
SUITE 5
SOUTH AMBOY, NJ 08879

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,861.00

---

**3.33** **Nonpriority creditor's name and mailing address**

BAY DIESEL & GENERATOR
3736 COOK BOULEVARD
CHESAPEAKE, VA 23323-1604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 658,289.73

---

**3.34** **Nonpriority creditor's name and mailing address**

BAY STATE FLOWERS
ONE PROGRESS WAY
WILMINGTON, MA 01887

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,567.50

---

**3.35** **Nonpriority creditor's name and mailing address**

BELLA BREW (UNIVERSAL FOR ALL CHI BOATS)
5002 WEST 123RD STREET
ALSIP, IL 60803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,295.77

---

**3.36** **Nonpriority creditor's name and mailing address**

BIBBINS, FELISHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 198.29

---

| Debtor | Hornblower Cruises and Events, LLC | Case number *(if known)* | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

---

### Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.37** | **Nonpriority creditor's name and mailing address**

BIRNEY, RYAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** PASSENGER INJURY

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address**

BOELTER, LLC
N22W23685 W RIDGEVIEW PKWY
WAUKESHA, WI 53188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 26,904.07

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**

BOENING USA, INC.
3100 NW BOCA RATON BLVD. SUITE 409
BOCA RATON, FL 33431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 34,240.50

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**

BOSTON BUSINESS PRINTING
115 BROAD STREET
BOSTON, MA 02110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 518.75

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address**

BOSTON GOURMET CHEFS LLC
P.O. BOX 883
FRAMINGHAM, MA 01701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 172.01

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (*If known*) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,897.08 |
|---|---|---|---|

BREAKTHRU BEV MD (FORMALLY RELIABLE CHURCHILL)
1413 TANGIER DR
MIDDLE RIVER, MD 21220

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 456.60 |
|---|---|---|---|

BREAKTHRU BEVERAGE ILLINOIS, LLC
PO BOX 809180
CHICAGO, IL 60680

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,386.00 |
|---|---|---|---|

BREDENBECK'S BAKERY
8126 GERMANTOWN AVE.
PHILADELPHIA, PA 19118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,530.70 |
|---|---|---|---|

BRINK'S INCORPORATED
PO BOX 101031
ATLANTA, GA 30392-1031

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 47.46 |
|---|---|---|---|

BROCKING, MICHAEL
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Hornblower Cruises and Events, LLC | Case number (*If known*) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.47** | **Nonpriority creditor's name and mailing address**

BROOKLYN MARINE SERVICES
56 DEAN STREET
BROOKLYN, NY 11201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 850.00

---

**3.48** | **Nonpriority creditor's name and mailing address**

BUCKHEAD MEAT & SEAFOOD- BALTIMORE
1920 STANFORD CT.
LANDOVER, MD 20785

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,836.26

---

**3.49** | **Nonpriority creditor's name and mailing address**

C&W SERVICES (FORMALLY DTZ, INC)
PO BOX 854002
MINNEAPOLIS, MN 55485-4002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,012.32

---

**3.50** | **Nonpriority creditor's name and mailing address**

C. M. FASAN FLORIST, INC RIVER ODY
ID: ODYSSEY RIVER
1600 W 35TH STREET
CHICAGO, IL 60609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,084.60

---

**3.51** | **Nonpriority creditor's name and mailing address**

C. M. FASAN FLORIST, INC. ODYSSEY
ID: ODYSSE / BOATOD
1600 W. 35TH STREET
CHICAGO, IL 60609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 310.63

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** **Nonpriority creditor's name and mailing address**

CALVERT EXTERMINATORS
PO BOX 2968
PRINCE FREDERICK, MD 20678

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 346.94

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.53** **Nonpriority creditor's name and mailing address**

CAPITAL FIRST AID
7 SUMMIT CT
INDIAN HEAD, MD 20640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,450.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**

CARTER FABRICATIONS INC
8225-B CLOVERLEAF DRIVE
MILLERSVILLE, MD 21108-1525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,392.31

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55** **Nonpriority creditor's name and mailing address**

CARTER MACHINERY CO INC
PO BOX 751053
CHARLOTTE, NC 28275-1053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 266.38

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**

CASEY FIRE SYSTEMS
39-27 59TH ST
WOODSIDE, NY 11377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 262.12

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MII) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** | **Nonpriority creditor's name and mailing address**

CDW DIRECT
200 N MILWAUKEE AVE.
VERNON HILLS, IL 60061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 417.96

---

**3.58** | **Nonpriority creditor's name and mailing address**

CENTURYLINK
PO BOX 910182
DENVER, CO 80291-0182

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,569.84

---

**3.59** | **Nonpriority creditor's name and mailing address**

CHASE CREDIT CARD
270 PARK AVE
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 256,922.70

---

**3.60** | **Nonpriority creditor's name and mailing address**

CHEF WORKS
1801 W OLYMPIC BLVD
PASADENA, CA 91199-2438

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,330.15

---

**3.61** | **Nonpriority creditor's name and mailing address**

CHICAGO DIVER
70 OLD CREEK RD
PALOS PARK, IL 60464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,550.00

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (*If known*) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** | **Nonpriority creditor's name and mailing address**

CIA-211 N UNION STREET LLC
C/O CAPITAL INVESTMENT ADVISORS LLC
2560 HUNTINGTON AVE SUITE 200
ALEXANDRIA, VA 22303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,400.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address**

CINTAS
P.O. BOX 29059
PHOENIX, AZ 85038-9095

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,709.21

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address**

CITY CRUISES LIMITED
CHERRY GARDEN PIER, CHERRY GARDEN STREET
ROTHERHITHE
LONDON, SE16 4TU
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO CITY CRUISES LIMITED

$ 26,663.21

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address**

CITY GUIDE / DAVLER MEDIA
PO BOX # 50005
NEWARK, NJ 07101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,700.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address**

CITY OF ALEXANDRIA
1108 JEFFERSON STREET
ALEXANDRIA, VA 22314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 22,531.68

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Hornblower Cruises and Events, LLC | Case number (*If known*) | 24-90149 (MII) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67** **Nonpriority creditor's name and mailing address**

CITY OF BOSTON
1010 MASSACHUSETTS AVENUE 4TH FLOOR
BOSTON, MA 02118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50.00

---

**3.68** **Nonpriority creditor's name and mailing address**

CITY OF NORFOLK - PARKING
222 E. MAIN ST
NORFOLK, VA 23510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,818.00

---

**3.69** **Nonpriority creditor's name and mailing address**

CITY TREASURER - NORFOLK
801 UNION STREET
FIRST FLOOR
NORFOLK, VA 23510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,701.40

---

**3.70** **Nonpriority creditor's name and mailing address**

CITYFRONT CENTER WEST ASSOCIATION
C/O METROPOLIS INVESTMENT HOLDINGS, INC.
CHICAGO, IL 60611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23,829.09

---

**3.71** **Nonpriority creditor's name and mailing address**

CLARK, CHERLYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** PASSENGER INJURY

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** | **Nonpriority creditor's name and mailing address**
CLYVE SHAW ET AL.
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** EMPLOYEE DISPUTE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

$      Undetermined

---

**3.73** | **Nonpriority creditor's name and mailing address**
COLEEN MARINE INC
351 CHARLES AVE.
WEWAHITCHKA, FL 32465

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$      20,000.00

---

**3.74** | **Nonpriority creditor's name and mailing address**
COLLIFLOWER, INC.
PO BOX 826398
PHILADELPHIA, PA 19182-6398

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$      1,602.11

---

**3.75** | **Nonpriority creditor's name and mailing address**
COLON, JENNIFER
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** EMPLOYEE DISPUTE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

$      Undetermined

---

**3.76** | **Nonpriority creditor's name and mailing address**
COLONNA'S SHIPYARD
PO BOX 890461
CHARLOTTE, NC 28289-0461

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$      243,723.00

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.77** | **Nonpriority creditor's name and mailing address**

COMCAST
1701 JFK BOULEVARD
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                5,814.08

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address**

COMED
P.O. BOX 805379
CHICAGO, IL 60680-5379

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                1,949.38

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address**

COMMERCIAL GASKETS OF NEW YORK, INC.
247 WEST 38TH STREET, SUITE 409
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                  468.16

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address**

COMMONWEALTH OF VIRGINIA
OFFICE OF THE GOVERNOR
P.O. BOX 1475
RICHMOND, VA 23218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                   97.47

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address**

COMPTROLLER OF MARYLAND (AMUSEMENT)
C/O AMUSEMENT DIVISION
110 CARROLL STREET
ANNAPOLIS, MD 21411-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                5,573.09

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** **Nonpriority creditor's name and mailing address**

COMPTROLLER OF MARYLAND (LIQUOR)
COMPTROLLER OF MARYLAND REVENUE
ADMINISTRATION DIVISION
P.O. BOX 1829
ANNAPOLIS, MD 21404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 66.31

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.83** **Nonpriority creditor's name and mailing address**

CONNECTED TECHNOLOGIES
PO BOX 1266
MONUMENT, CO 80132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 507.10

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.84** **Nonpriority creditor's name and mailing address**

CONNECTEDFRESH COMPANY
15700 S BROADWAY
GARDENA, CA 90248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 576.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.85** **Nonpriority creditor's name and mailing address**

CONSENSUS CLOUD SOLUTIONS, LLC
PO BOX 51873
LOS ANGELES, CA 90051-6173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,119.70

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.86** **Nonpriority creditor's name and mailing address**

CONSTITUTION SEAFOOD
8 SEAFOOD WAY
BOSTON, MA 02210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,312.48

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hornblower Cruises and Events, LLC | Case number *(if known)* | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 190.80 |
|---|---|---|
| COPY CONNECTION<br>236 E. MAIN STREET<br>NORFOLK, VA 23510 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** ☒ No | |
| **Last 4 digits of account number** | ☐ Yes | |

**3.88**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,735.00 |
|---|---|---|
| CORNING SILK SCREEN PRINT<br>17 BISHOP LANE<br>ROCKLAND, MA 02370 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** ☒ No | |
| **Last 4 digits of account number** | ☐ Yes | |

**3.89**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,923.01 |
|---|---|---|
| COSTA FRUIT AND PRODUCE<br>PO BOX 843009<br>BOSTON, MA 2284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** ☒ No | |
| **Last 4 digits of account number** | ☐ Yes | |

**3.90**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 300.00 |
|---|---|---|
| CS VENTILATION<br>PO BOX 1409<br>WAKEFIELD, MA 01880 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** ☒ No | |
| **Last 4 digits of account number** | ☐ Yes | |

**3.91**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,987.04 |
|---|---|---|
| CUBESMART<br>2525 S IH 35 FRONTAGE RD<br>AUSTIN, TX 78741 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** ☒ No | |
| **Last 4 digits of account number** | ☐ Yes | |

| Debtor | Hornblower Cruises and Events, LLC | Case number (if known) | 24-90149 (MII) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.92** | **Nonpriority creditor's name and mailing address**

CUMMINS SALES & SERVICE
500 JACKSON STREET MC 60113
COLUMBUS, IN 47201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 20,926.91

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.93** | **Nonpriority creditor's name and mailing address**

CUSTOM SPECIALTY PROMOTIONS (3031 COMMERCIAL)
160 LEXINGTON DRIVE
SUITE A
BUFFALO GROVE, IL 60089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,736.71

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.94** | **Nonpriority creditor's name and mailing address**

CUTLERS JANITORIAL LLC
809 LIVE OAK DRIVE
UNIT 4
CHESAPEAKE, VA 23320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 250.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.95** | **Nonpriority creditor's name and mailing address**

CYBERSOURCE
PO BOX 742842
LOS ANGELES, CA 90074-2842

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 745.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.96** | **Nonpriority creditor's name and mailing address**

DAVIS BANCORP INCORPORATED
P.O. BOX 1690
BARRINGTON, IL 60011-1690

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,261.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Hornblower Cruises and Events, LLC | Case number *(if known)* | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97** | **Nonpriority creditor's name and mailing address**

DBD TECHNOLOGIES CORP
231 KENT STREET
BROOKLYN, NY 11222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,297.40

---

**3.98** | **Nonpriority creditor's name and mailing address**

DC TREASURER
OFFICE OF TAX AND REVENUE
PO BOX 96384
WASHINGTON, DC 20090-6384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50,779.02

---

**3.99** | **Nonpriority creditor's name and mailing address**

DEJONG & LEBET, INC
1734 EMERSON STREET
JACKSONVILLE, FL 32207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21,735.00

---

**3.100** | **Nonpriority creditor's name and mailing address**

DELUXE
P.O. BOX 4656
CAROL STREAM, IL 60197-4656

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 246.03

---

**3.101** | **Nonpriority creditor's name and mailing address**

DEMPSEY UNIFORM & LINEN SUPPLY, INC.
1200 MID VALLEY DRIVE
JESSUP, PA 18434

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,759.05

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (*If known*) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** **Nonpriority creditor's name and mailing address**

DESTINATION DC
901 7TH ST NW, 4TH FL
WASHINGTON, DC 20001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,050.00

---

**3.103** **Nonpriority creditor's name and mailing address**

DIRECT ENERGY BUSINESS
ACCT# 1049989
PO BOX 70220
PHILADELPHIA, PA 19176-0220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 33,016.98

---

**3.104** **Nonpriority creditor's name and mailing address**

DISCOVER NEW ENGLAND
75 S MAIN ST, UNIT 7, PMB 81
CONCORD, NH 03301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 875.00

---

**3.105** **Nonpriority creditor's name and mailing address**

DISH
9601 S. MERIDAN BLVD
ENGLEWOOD, CO 80112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 588.09

---

**3.106** **Nonpriority creditor's name and mailing address**

DOMESTIC FUELS & LUBES INC.
PO BOX 1313
CHESAPEAKE, VA 23327

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,295.80

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (*If known*) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107** | **Nonpriority creditor's name and mailing address**

DOMINION RELIABLE SERVICES
4708 OLD DOMINION DRIVE
ARLINGTON, VA 22207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                    295.00

**Date or dates debt was incurred**      UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.108** | **Nonpriority creditor's name and mailing address**

DONOVAN MARINE INC
PO BOX 1979
MEMPHIS, TN 38101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                  1,317.00

**Date or dates debt was incurred**      UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.109** | **Nonpriority creditor's name and mailing address**

DOWNTOWN NORFOLK COUN-MEMBERSP
223 E. CITY HALL AVE
NORFOLK, VA 23510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                    295.00

**Date or dates debt was incurred**      UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.110** | **Nonpriority creditor's name and mailing address**

DRESS THE DRINK LLC
6275 S PEARL ST. #400
LAS VEGAS, NV 89120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                    694.00

**Date or dates debt was incurred**      UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.111** | **Nonpriority creditor's name and mailing address**

EASY ICE
PO BOX 650769
DALLAS, TX 75265-0769

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                  3,348.17

**Date or dates debt was incurred**      UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (if known) | 24-90149 (MII) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 46,715.85 |
|---|---|---|---|

ECOLAB
P.O. BOX 70343
CHICAGO, IL 606730343

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,451.87 |
|---|---|---|---|

ECOLAB PEST ELIMINATION
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,945.12 |
|---|---|---|---|

ECOSURE
26397 NETWORK PLACE
CHICAGO, IL 606731263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,168.18 |
|---|---|---|---|

EDWARD DON & COMPANY
2500 S. HARLEM AVENUE
NORTH RIVERSIDE, IL 60546

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 257.81 |
|---|---|---|---|

EHRLICH CO., INC
CUSTOMER NUMBER 16018897
PO BOX 740608
CINCINNATI, OH 45274-0608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (*If known*) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.117** | **Nonpriority creditor's name and mailing address**

ELITE LINEN LLC
4361 ELIZABETH STREET
PHILADELPHIA, PA 19124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 399.50

---

**3.118** | **Nonpriority creditor's name and mailing address**

EMPIRE MERCHANTS, LLC.
16 BRIDGEWATER STREET
BROOKLYN, NY 11222-9964

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,468.29

---

**3.119** | **Nonpriority creditor's name and mailing address**

ENTERPRISE LEASING CO OF NORFOLK/RICHMOND LLC
PO BOX 843651
KANSAS CITY, MO 64184-3651

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,779.05

---

**3.120** | **Nonpriority creditor's name and mailing address**

EVERSOURCE
247 STATION DRIVE
BOSTON, MA 02205-6007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,927.07

---

**3.121** | **Nonpriority creditor's name and mailing address**

EXPLORERS GUIDE MARITIME ACADEMY LLC.
1939 W GLENDALE AVE
APPLETON, WI 54914

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,328.00

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (*If known*) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.122 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|

**3.122** **Nonpriority creditor's name and mailing address**

F.W. WEBB COMPANY
160 MIDDLESEX TURNPIKE
BEDFORD, MA 01730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 363.88

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.123** **Nonpriority creditor's name and mailing address**

FEDEX
DEPT. CH
PO BOX 10306
PALATINE, IL 60055-0306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,221.61

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.124** **Nonpriority creditor's name and mailing address**

FIRE EQUIPMENT INC
PO BOX 423
READING, MA 01867-0623

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,092.62

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.125** **Nonpriority creditor's name and mailing address**

FIRST RESPONDER SYSTEMS, LLC
901 CEDARWOOD TRACE
CHESAPEAKE, VA 23322

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,812.60

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.126** **Nonpriority creditor's name and mailing address**

FOLEY INCORPORATED
PO BOX 828735
PHILADELPHIA, PA 19182-8735

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,038.14

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Hornblower Cruises and Events, LLC | Case number (if known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127** **Nonpriority creditor's name and mailing address**

FOOD PREP SOLUTIONS
80 LARGE DRIVE
STAMFORD, CT 06907

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 68.75

---

**3.128** **Nonpriority creditor's name and mailing address**

FRANCIS, COLLIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** EMPLOYEE PERSONAL INJURY

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.129** **Nonpriority creditor's name and mailing address**

FREEPORT MARINE SUPPLY
47 WEST MERRICK ROAD
PO BOX 111
FREEPORT, NY 11520-0111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,890.64

---

**3.130** **Nonpriority creditor's name and mailing address**

FS.COM INC
380 CENTERPOINT BLVD.
NEW CASTLE, DE 19720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 82.88

---

**3.131** **Nonpriority creditor's name and mailing address**

GALLO'S LANDSCAPING ( C/O AL GALLO)
6 NIRVANA DRIVE
SWAMPSCOTT, MA 01907

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,135.00

---

| Debtor | Hornblower Cruises and Events, LLC | Case number *(if known)* | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132** **Nonpriority creditor's name and mailing address**

GALLS/QUARTERMASTER
PO BOX 71628
CHICAGO, IL 60694-1628

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 170.89

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.133** **Nonpriority creditor's name and mailing address**

GARDEL
PO BOX 80501
STONEHAM, MA 02180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 772.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.134** **Nonpriority creditor's name and mailing address**

GENERAL SHIP REPAIR
1449 KEY HIGHWAY
BALTIMORE, MD 21230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 470,569.06

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.135** **Nonpriority creditor's name and mailing address**

GET FRESH PRODUCE INC
1441 BREWSTER CREEK BLVD
BARTLETT, IL 60103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,604.93

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136** **Nonpriority creditor's name and mailing address**

GILCHRIST, KRYSTAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PASSENGER INJURY

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | Case number *(If known)* | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137** | **Nonpriority creditor's name and mailing address**

GLOBAL MUSIC RIGHTS
1100 GLENDON AVE, FL 10
LOS ANGELES, CA 90024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCRUED LIABILITIES

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 6,895.71

---

**3.138** | **Nonpriority creditor's name and mailing address**

GOLD STAR SEAFOOD
2300 W. 41ST ST
CHICAGO, IL 60609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,881.00

---

**3.139** | **Nonpriority creditor's name and mailing address**

GOURMET KITCHEN
1238 CORLIES AVE HIGHWAY 33
NEPTUNE, NJ 7753

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,759.39

---

**3.140** | **Nonpriority creditor's name and mailing address**

GRAINGER
100 GRAINGER PARKWAY
LAKE FOREST, IL 60045-5201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,824.21

---

**3.141** | **Nonpriority creditor's name and mailing address**

GRANO FOODS
122 EAST CROSSING DRIVE
MOUNT ROYAL, NJ 08061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (if known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142** **Nonpriority creditor's name and mailing address**

GREAT LAKES POWER SERVICE
ACCOUNTS RECEIVABLE - ADMIN
7455 TYLER BOULEVARD
MENTOR, OH 44060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,194.12

---

**3.143** **Nonpriority creditor's name and mailing address**

GREEN, LEANNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  PASSENGER INJURY

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.144** **Nonpriority creditor's name and mailing address**

H.O. BOSTROM CO, INC.
818 PROGRESS AVENUE
WAUKESHA, WI 53186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,581.56

---

**3.145** **Nonpriority creditor's name and mailing address**

HAMPTONS LANDING MARINA
16205 NEABSCO ROAD
WOODBRIDGE, VA 22191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,200.00

---

**3.146** **Nonpriority creditor's name and mailing address**

HARBOR FUELS
256 MARGINAL STREET
BOSTON, MA 02128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,106.22

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (*If known*) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147** **Nonpriority creditor's name and mailing address**

HARRIS FIRE PROTECTION CO INC
50 KANE STREET
BALTIMORE, MD 21224-2095

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 765.00

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.148** **Nonpriority creditor's name and mailing address**

HARTZ MOUNTAIN INDUSTRIES, INC
CHIESA SHAHINIAN & GIANTOMASI PC
ATTN: DENNIS M TOFT, MICHAEL K PLUMB
105 EISENHOWER PKWY
ROSELAND, NJ 07068

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  ALLEGED NJ ENVIRONMENTAL RIGHTS ACT VIOLATION

$ Undetermined

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.149** **Nonpriority creditor's name and mailing address**

HERITAGE-CRYSTAL CLEAN, LLC
13621 COLLECTIONS CTR DRIVE
CHICAGO, IL 60693-0136

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 297.50

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.150** **Nonpriority creditor's name and mailing address**

HNY FERRY, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE TO HNY FERRY, LLC

$ 46,092.81

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.151** **Nonpriority creditor's name and mailing address**

HOLSTON, NANETTE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  GENERAL LIABILITY CLAIM

$ Undetermined

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (*If known*) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.152** **Nonpriority creditor's name and mailing address**

HOME DEPOT
DEPT 32-2504364740
PO BOX 78047
PHOENIX, AZ 85062-8047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,937.99

---

**3.153** **Nonpriority creditor's name and mailing address**

HORNBLOWER CRUISES AND EVENTS, INC.
455 N. CITYFRONT PLAZA DR., STE. 2600
CHICAGO, IL 60611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO HORNBLOWER CRUISES AND EVENTS, INC.

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 66,897,956.18

---

**3.154** **Nonpriority creditor's name and mailing address**

HORNBLOWER HOSPITALITY SERVICES, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO HORNBLOWER HOSPITALITY SERVICES, LLC

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,126,531.40

---

**3.155** **Nonpriority creditor's name and mailing address**

HORNBLOWER METRO FERRY, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO HORNBLOWER METRO FERRY, LLC

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 333.28

---

**3.156** **Nonpriority creditor's name and mailing address**

HORNBLOWER METRO FLEET, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO HORNBLOWER METRO FLEET, LLC

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,465,305.20

---

| Debtor | Hornblower Cruises and Events, LLC | Case number *(if known)* | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157**

**Nonpriority creditor's name and mailing address**

HORNBLOWER SHIPYARD, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO HORNBLOWER SHIPYARD, LLC

$ 2,083,792.89

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158**

**Nonpriority creditor's name and mailing address**

HORNBLOWER VESSEL CONSTRUCTION
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO HORNBLOWER VESSEL CONSTRUCTION

$ 10,022.20

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159**

**Nonpriority creditor's name and mailing address**

HRUBS
1434 AIR RAIL AVENUE
VIRGINIA BEACH, VA 23455

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,816.68

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160**

**Nonpriority creditor's name and mailing address**

HUDSON COUNTY CHAMBER OF COMMMERCE
HARBORSIDE 5, 185 HUDSON STREET
SUITE 2730
JERSEY CITY, NJ 07311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161**

**Nonpriority creditor's name and mailing address**

HUGHES FLORIST
4242 PORTSMOUTH BLVD
PORTSMOUTH, VA 23701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,492.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (*If known*) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.162** | **Nonpriority creditor's name and mailing address**

HYDRO CLEAN
3600 COMMERCE DRIVE
SUITE 614
BALTIMORE, MD 21227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCRUED LIABILITIES

$ 4,516.29

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address**

ICING ON THE CAKE, INC.
230 ADAMS STREET
NEWTON, MA 02458

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 157.50

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address**

IMMT MAINTENANCE SERVICES
54 WINANT STREET
STATEN ISLAND, NY 10303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,233.44

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address**

IMPACT NETWORKING, LLC
75 REMITTANCE DRIVE
CHICAGO, IL 60675-1076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5.05

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address**

IRON MOUNTAIN
1 FEDERAL STREET B
BOSTON, MA 02110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 756.63

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | Case number *(if known)* | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167** **Nonpriority creditor's name and mailing address**

JAMES RIVER EQUIPMENT
9107 OWENS DRIVE
MANASSAS PARK, VA 20111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 152.83

---

**3.168** **Nonpriority creditor's name and mailing address**

JEWEL ELECTRIC SUPPLY COMPANY
455 THIRD STREET
JERSEY CITY, NJ 07302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 483.94

---

**3.169** **Nonpriority creditor's name and mailing address**

KEMEL EKK EAGLE AMERICA, INC
31555 WEST 14 MILE RD. SUITE 200
FARMINGTON HILLS, MI 48334

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,819.00

---

**3.170** **Nonpriority creditor's name and mailing address**

KNIGHT MARKETING CORP.
PO BOX 780009
MASPETH, NY 11378-0009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 432.45

---

**3.171** **Nonpriority creditor's name and mailing address**

LAGANA PRINTING SERVICES
PO BOX 911
EDGEWATER, MD 21037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,782.50

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (if known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172** **Nonpriority creditor's name and mailing address**

LAWAL, ADERIYIKE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** EMPLOYEE DISPUTE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.173** **Nonpriority creditor's name and mailing address**

LEGACY PARKING COMPANY, LLC
455 N. CITYFRONT PLAZA DR.
SUITE 910
CHICAGO, IL 60611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,045.00

---

**3.174** **Nonpriority creditor's name and mailing address**

LENOX- MARTELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 855.85

---

**3.175** **Nonpriority creditor's name and mailing address**

LEWIS, KAYLA DENISE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** EMPLOYEE PERSONAL INJURY

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.176** **Nonpriority creditor's name and mailing address**

LIBERTY LANDING MARINA
80 AUDREY ZAPP DRIVE
JERSEY CITY, NJ 07305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,484.00

---

| Debtor | Hornblower Cruises and Events, LLC | Case number *(if known)* | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177** **Nonpriority creditor's name and mailing address**

LIGHTHOUSE UNIFORM CO.
1532 15TH AVENUE WEST
SEATTLE, WA 98119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,013.80

---

**3.178** **Nonpriority creditor's name and mailing address**

LUMINGTON MAINTENANCE CORP
PO BOX 1224
ALLSTON, MA 02134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 537.50

---

**3.179** **Nonpriority creditor's name and mailing address**

LYON SHIPYARD
1818 BROWN AVE
NORFOLK, VA 23504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 116,994.48

---

**3.180** **Nonpriority creditor's name and mailing address**

MADDEN MEDIA
31 N 6TH AVE. SUITE 105-157
TUCSON, AZ 85701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,085.00

---

**3.181** **Nonpriority creditor's name and mailing address**

MARCELO CLEANING SERVICES
6050 KENNEDY BOULEVARD APT 17D
WEST NEW YORK, NJ 07093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,530.00

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182** **Nonpriority creditor's name and mailing address**

MARINE JET POWER, INC
6740 COMMERCE COURT DRIVE
BLACKLICK, OH 43004-9200

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 579.20

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.183** **Nonpriority creditor's name and mailing address**

MARINE SYSTEMS, INC.
ATTN: HEATHER WILLIAMS
55 WAUGH DR, STE 900
HOUSTON, TX 77007

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 125,237.53

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.184** **Nonpriority creditor's name and mailing address**

MARKETSPHERE CONSULTING, LLC
3490 PIEDMONT ROAD NE
SUITE 1025
ATLANTA, GA 30305

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 41,375.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.185** **Nonpriority creditor's name and mailing address**

MARKOWWITZ, JULIET
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 49.90

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.186** **Nonpriority creditor's name and mailing address**

MARLIN LEASING CORPORATION
PO BOX 13604
PHILADELPHIA, PA 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,321.68

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (if known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.187** **Nonpriority creditor's name and mailing address**

MARYLAND NAUTICAL SALES (1400 CLEMENT)
1400 EAST CLEMENT STREET
BALTIMORE, MD 21230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     200.39

---

**3.188** **Nonpriority creditor's name and mailing address**

MASON-RAMSEY, CLAYTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  EMPLOYEE PERSONAL INJURY

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                Undetermined

---

**3.189** **Nonpriority creditor's name and mailing address**

MASTODON MOVING
191 FLANDERS RD.
WESTBOROUGH, MA 01581

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     390.00

---

**3.190** **Nonpriority creditor's name and mailing address**

MAX'S DELI CAFE
151 MILK ST
BOSTON, MA 02109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     328.41

---

**3.191** **Nonpriority creditor's name and mailing address**

MCDERMOTT WILL & EMERY LLP
444 WEST LAKE STREET SUITE 4000
CHICAGO, IL 60606-0029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     362.00

---

| Debtor | Hornblower Cruises and Events, LLC | Case number *(if known)* | 24-90149 (MI) |
|--------|-----------|----------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.192** | **Nonpriority creditor's name and mailing address**

MCDERMOTT, QUILTY & MILLER LLP
28 STATE STREET, SUITE 802
BOSTON, MA 02109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    10.00

---

**3.193** | **Nonpriority creditor's name and mailing address**

MCKINNEY WELDING SUPPLY CO., INC.
1145 BRONX RIVER AVE
BRONX, NY 10472-3101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    133.92

---

**3.194** | **Nonpriority creditor's name and mailing address**

MCLAREN ENGINEERING GROUP
530 CHESTNUT RIDGE ROAD
WOODCLIFF LAKE, NJ 07677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    6,445.00

---

**3.195** | **Nonpriority creditor's name and mailing address**

MCMASTER CARR
9630 NORWALK BLVD
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    21,976.27

---

**3.196** | **Nonpriority creditor's name and mailing address**

MEIER ELECTRIC INC
MEIER ELECTRIC HEATHING & COLLING INC
904 NORTH RIVERVIEW
BELLEVUE, IA 52031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,912.76

---

| Debtor | Hornblower Cruises and Events, LLC | Case number *(if known)* | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.197** **Nonpriority creditor's name and mailing address**

MICHAEL'S MOVING & STORAGE
76 ASHFORD STREET
BOSTON, MA 02134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,102.25

---

**3.198** **Nonpriority creditor's name and mailing address**

MIDWEST MECHANICAL GROUP, LLC.
26943 NETWORK PLACE
CHICAGO, IL 60673-1269

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,538.97

---

**3.199** **Nonpriority creditor's name and mailing address**

MMGY GLOBAL, LLC
7309 W. 80ST. #400
OVERLAND PARK, KS 66024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41,581.48

---

**3.200** **Nonpriority creditor's name and mailing address**

MOBILE HEALTH SOLUTIONS CORP
12172 IL-47, STE 112
HUNTLEY, IL 60142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 530.00

---

**3.201** **Nonpriority creditor's name and mailing address**

MORGAN SERVICES
905 YALE STREET
LOS ANGELES, CA 90012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,606.55

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.202** | **Nonpriority creditor's name and mailing address**

MORGAN, BARBARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PERSONAL INJURY

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$   Undetermined

---

**3.203** | **Nonpriority creditor's name and mailing address**

MORTON, KEVIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** GENERAL LIABILITY CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$   Undetermined

---

**3.204** | **Nonpriority creditor's name and mailing address**

MOUNT VERNON
PO BOX 110
MOUNT VERNON, VA 22121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   12,908.80

---

**3.205** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** GENERAL LIABILITY CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$   Undetermined

---

**3.206** | **Nonpriority creditor's name and mailing address**

NAPA AUTO PARTS - ANNAPOLIS
1750 MCGUCKIAN ST
ANNAPOLIS, MD 21401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   76.24

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.207** **Nonpriority creditor's name and mailing address**

NAPA AUTO PARTS - BALTIMORE
9941 WASHINGTON BLVD. N.
LAUREL, MD 20723

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$  4,221.09

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.208** **Nonpriority creditor's name and mailing address**

NAPA AUTO PARTS-SPRINGFIELD
FAIRFAX AUTO PARTS
SPRINGFIELD, VA 22151

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$  390.67

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.209** **Nonpriority creditor's name and mailing address**

NATIONAL CONCIERGE ASSOCIATION
2920 IDAHO AVE N
MINNEAPOLIS, MN 55427

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$  275.00

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.210** **Nonpriority creditor's name and mailing address**

NBC TOWER
455 N. CITYFRONT PLAZA DRIVE
SUITE 2600
CHICAGO, IL 60611

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCRUED LIABILITIES

$  76,371.61

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.211** **Nonpriority creditor's name and mailing address**

NEW ENGLAND MARINE ENGINEERING
133 NORTH FRONT STREET
NEW BEDFORD, MA 02740

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$  292.12

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Hornblower Cruises and Events, LLC | Case number (*If known*) | 24-90149 (MI) |
|--------|------------------------------------|--------------------------|---------------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212** **Nonpriority creditor's name and mailing address**

NEW PIG CORPORATION
ONE PORK AVENUE
TIPTON, PA 16684-0304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 636.99

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.213** **Nonpriority creditor's name and mailing address**

NHZ AND ASSOCIATES LTD
2626 N LINCOLN AVE
CHICAGO, IL 60614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9,249.83

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.214** **Nonpriority creditor's name and mailing address**

NIAGARA JET HOLDINGS, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO NIAGARA JET HOLDINGS, LLC

$ 195,844.04

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.215** **Nonpriority creditor's name and mailing address**

NORFOLK CITY TREASURER
801 UNION STREET
FIRST FLOOR
NORFOLK, VA 23510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 100.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.216** **Nonpriority creditor's name and mailing address**

NUNEZ, OSCAR | DJ BIG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,420.25

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (if known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.217** **Nonpriority creditor's name and mailing address**

OCEANBOX WHOLESALE LLC
105 EAST 34TH STREET
ATLANTA, NY 31193-6601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,056.00

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.218** **Nonpriority creditor's name and mailing address**

O'GARRO, GEORGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  PERSONAL INJURY

$ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.219** **Nonpriority creditor's name and mailing address**

OIL PATCH CORP
PO BOX 16988
PHILADELPHIA, PA 19142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,528.71

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.220** **Nonpriority creditor's name and mailing address**

OLDE BAKER SHOPPE (BENTIS FRESH BREAD)
26 BAY 8TH STREET
BROOKLYN, NY 11228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,184.32

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.221** **Nonpriority creditor's name and mailing address**

ORKIN (NORFOLK)
ACCT #25197976
4205 VIRGINIA BEACH BLVD
VIRGINIA BEACH, VA 23452-1232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 240.99

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.222** **Nonpriority creditor's name and mailing address**

OVERTURE PREMIUMS & PROMOTIONS (800 S NORTHPOINT)
800 S. NORTHPOINT
WAUKEGAN, IL 60085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,845.16

---

**3.223** **Nonpriority creditor's name and mailing address**

PASSPORT TO SAN DIEGO
5154 COBALT WAY
OCEANSIDE, CA 92057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,216.25

---

**3.224** **Nonpriority creditor's name and mailing address**

PERLAZA, XIOMARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** EMPLOYEE DISPUTE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.225** **Nonpriority creditor's name and mailing address**

PETROLEUM MANAGEMENT, INC.
1030 E PATAPSCO AVE
BALTIMORE, MD 21225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 701.50

---

**3.226** **Nonpriority creditor's name and mailing address**

PHILADELPHIA EXTRACT
4124 BLANCHE ROAD
BENSALEM, PA 19020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 360.54

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (*If known*) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,350.00 |
|---|---|---|---|

PHILADELPHIA MAGAZINE
PO BOX 40059
PHILADELPHIA, PA 19106

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 960.00 |
|---|---|---|---|

PHILLY OFF SHORE ENTERTAINMENT LLC
C/O KURT GIBSON
PHILADELPHIA, PA 19148

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,000.00 |
|---|---|---|---|

PHILLY PR GIRL
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 82.08 |
|---|---|---|---|

PILOTHOUSE
3 NORTH COLUMBUS BLVD
PHILADELPHIA, PA 19106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

PIMENTEL, JOHN M.
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** EMPLOYEE DISPUTE

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232** **Nonpriority creditor's name and mailing address**

PIRTEK (1499 TONNE ROAD)
1499 TONNE ROAD
ELK GROVE VILLAGE, IL 60007

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     1,976.50

---

**3.233** **Nonpriority creditor's name and mailing address**

PITNEY BOWES
T1 WATERVIEW DRIVE
SHELTON, CT 06484

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                       122.15

---

**3.234** **Nonpriority creditor's name and mailing address**

PITNEY BOWES RESERVE
T1 WATERVIEW DRIVE
SHELTON, CT 06484

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     5,000.00

---

**3.235** **Nonpriority creditor's name and mailing address**

POSTKNIFE LLC
S11251 FAIRVIEW RD
SPRING GREEN, WI 53588

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                       725.00

---

**3.236** **Nonpriority creditor's name and mailing address**

POTOMAC FLORAL WHOLESALE
2403 LINDEN LANE
SILVER SPRING, MD 20910

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     2,995.80

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (if known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.237** **Nonpriority creditor's name and mailing address**

POULIN ELECTRIC COMPANY, INC
24 IRVING WAY
NAHANT, MA 01908

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,865.16

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.238** **Nonpriority creditor's name and mailing address**

PPF OFF ROWES WHARF HOLDINGS
P.O. BOX 28826
ACCT. T0016177
NEW YORK, NY 10087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17,720.76

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.239** **Nonpriority creditor's name and mailing address**

PPF OFF ROWES WHARF HOLDINGS, LLC
P.O. BOX 28826
ACCT. T0011337
NEW YORK, NY 10087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,896.82

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.240** **Nonpriority creditor's name and mailing address**

PREMIER TOURISM MARKETING DBA PREMIER TRAVEL MEDIA
621 PLAINFIELD RD STE 406
WILLOWBROOK, IL 60527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,995.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.241** **Nonpriority creditor's name and mailing address**

PRIME LUBE INC
800 ROOSEVELT AVE
CARTERET, NJ 07008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 666.73

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (*If known*) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.242** | **Nonpriority creditor's name and mailing address**

PROFESSIONAL TECHNICAL SERVICE
12110 TECH ROAD
SILVER SPRING, MD 20904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 903.67

---

**3.243** | **Nonpriority creditor's name and mailing address**

PRO-TEC SECURITY
1025 EXECUTIVE BLVD
SUITE 101
CHESAPEAKE, VA 23320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 36.00

---

**3.244** | **Nonpriority creditor's name and mailing address**

QUENCH USA INC.
PO BOX 735777
DALLAS, TX 75373-5777

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 702.82

---

**3.245** | **Nonpriority creditor's name and mailing address**

QWICK, INC.
PO BOX 92352
LS VEGAS, NV 89193-2352

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 545.58

---

**3.246** | **Nonpriority creditor's name and mailing address**

RAPID ARMORED CORPORATION
254 SCHOLES STREET
BROOKLYN, NY 11206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 264.76

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (*If known*) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.247** **Nonpriority creditor's name and mailing address**

REDMON, TIMOTHY
ADDRESS ON FILE

$ 908.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.248** **Nonpriority creditor's name and mailing address**

REEBIE STORAGE & MOVING CO.
10423 FRANKLIN AVE
FRANKLIN PARK, IL 60131

$ 6,327.04

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.249** **Nonpriority creditor's name and mailing address**

RENVISIONING TECHNOLOGY, LLC
607 NEPONSET ST
CANTON, MA 02021

$ 35,514.15

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.250** **Nonpriority creditor's name and mailing address**

REPUBLIC NATIONAL DISTRIBUTING (BMORE)
8201 STAYTON DR
JESSUP, MD 20794

$ 410.46

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.251** **Nonpriority creditor's name and mailing address**

REPUBLIC NATIONAL DISTRIBUTING (DC)
4235 SHERIFF ROAD N.E.
WASHINGTON, DC 20019

$ 18,774.10

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | Case number *(if known)* | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252** **Nonpriority creditor's name and mailing address**

REPUBLIC NATIONAL DISTRIBUTING (NORFOLK & PRC)
14038 WASHINGTON HWY
ASHLAND, VA 23005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,105.47

---

**3.253** **Nonpriority creditor's name and mailing address**

REPUBLIC SERVICES
PO BOX 9001099
LOUISVILLE, KY 40290-1099

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,323.10

---

**3.254** **Nonpriority creditor's name and mailing address**

REVOLUTION GRAPHICS & DESIGN LLC
PIER 40 GROUND LEVEL
353 WEST ST @ WEST HOUSTON
NEW YORK, NY 10014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 125.21

---

**3.255** **Nonpriority creditor's name and mailing address**

REYNOLDS PARK YACHT CENTER
1063 BULKHEAD ROAD
GREEN COVE SPRINGS, FL 32043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,720.94

---

**3.256** **Nonpriority creditor's name and mailing address**

RG GROUP
P.O. BOX 62744
BALTIMORE, MD 21264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,207.48

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (*If known*) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.257** | **Nonpriority creditor's name and mailing address**

RIEHS FLORIST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 819.00

---

**3.258** | **Nonpriority creditor's name and mailing address**

ROBERTS OXYGEN CO.
PO BOX 5507
ROCKVILLE, MD 20855

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,477.08

---

**3.259** | **Nonpriority creditor's name and mailing address**

RODGERS, CHANEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  EMPLOYEE DISPUTE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.260** | **Nonpriority creditor's name and mailing address**

ROSE, CHARLIE (DECD.)
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  GENERAL LIABILITY CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.261** | **Nonpriority creditor's name and mailing address**

S&S PROPELLER CO. INC.
26-15 123 ST
FLUSHING, NY 11354

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 900.00

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (if known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.262** | **Nonpriority creditor's name and mailing address**

SAFE CO.
368 SPRING STREET
UNION, NJ 07083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 281.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address**

SANITARY LINEN SERVICE
2514 HAMPTON BLVD.
NORFOLK, VA 23517

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,575.48

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address**

SCREENCLOUD INC
4470 W SUNSET BLCD #92737
SANFORD, CA 27330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,001.25

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address**

SEA BOX, INC.
1 SEA BOX DRIVE
CINNAMINSON, NJ 08077-1910

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 712.80

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address**

SEAPORT HOTEL & WORLD TRADE CENTER
ONE SEAPORT LANE
BOSTON, MA 02210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,940.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|--------|-----------------------------------|------------------------|---------------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.267** **Nonpriority creditor's name and mailing address**

SECRETARY OF STATE, STATE OF DELAWARE
ATTN: SOS VDA PROGRAM
CARVEL OFFICE BUILDING
820 N. FRENCH STREET, 10TH FLOOR
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** ABANDONED OR UNCLAIMED PROPERTY VOLUNTARY DISCLOSURE AGREEMENT

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.268** **Nonpriority creditor's name and mailing address**

SEISMIC SOUND
3201 DICKERSON PIKE
NASHVILLE, TN 37207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,000.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.269** **Nonpriority creditor's name and mailing address**

SENTINEL FIRE CONTROL, INC.
9034 TONNELLE AVENUE
NORTH BERGEN, NJ 07047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 751.24

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.270** **Nonpriority creditor's name and mailing address**

SERVICE PUMPING & DRAIN CO, INC
5 HALLBERG PARK
NORTH READING, MA 01864

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 280.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.271** **Nonpriority creditor's name and mailing address**

SHORE POWER SOLUTIONS
321 PINEY NARROWS RD
CHESTER, MD 21619

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,180.44

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.272** **Nonpriority creditor's name and mailing address**

SIGNARAMA (MARKET ST.)
238 MARKET ST
PHILADELPHIA, PA 19106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 225.00

---

**3.273** **Nonpriority creditor's name and mailing address**

SIGNS BY J
100 TENEAN STREET
DORCHESTER, MA 02122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 218.34

---

**3.274** **Nonpriority creditor's name and mailing address**

SOCIETY HILL BEVERAGE
129 WASHINGTON AVENUE
PHILADELPHIA, PA 19147

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,152.08

---

**3.275** **Nonpriority creditor's name and mailing address**

SOUND MARINE CONSTRUCTION & SALVAGE
ONE VAN HOUTEN STREET
UPPER NYACK, NY 10960

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 100,000.00

---

**3.276** **Nonpriority creditor's name and mailing address**

SOUTHERN WINE & SPIRITS (DC & BALT )
DBA SOUTHERN GLAZER'S OF MD
PO BOX 72669
ROSEDALE, MD 21237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 578.67

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.277** **Nonpriority creditor's name and mailing address**

STAPLES ADVANTAGE
P.O. BOX 405386
ATLANTA, GA 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,996.12

---

**3.278** **Nonpriority creditor's name and mailing address**

STAPLETON FLORAL (635 BROADWAY)
635 E BROADWAY
BOSTON, MA 02127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 193.44

---

**3.279** **Nonpriority creditor's name and mailing address**

STERLING MUSIC PRODUCTION
370 OCEAN PARKWAY
BROOKLYN, NY 11218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,900.00

---

**3.280** **Nonpriority creditor's name and mailing address**

STEVE'S SHOP, INC.
100 TERMINAL ST.
CHARLESTOWN, MA 02129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 304.41

---

**3.281** **Nonpriority creditor's name and mailing address**

STEWARD, BILAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PASSENGER INJURY

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (if known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.282**

**Nonpriority creditor's name and mailing address**
STEWART, DESEAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  CREW MEMBER PERSONAL INJURY

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.283**

**Nonpriority creditor's name and mailing address**
STRIPE, INC.
354 OYSTER POINT BLVD
SOUTH SAN FRANCISCO, CA 94080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  POTENTIAL CLAIM PURSUANT TO MERCHANT PROCESSING AGREEMENT

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.284**

**Nonpriority creditor's name and mailing address**
STUDIOMB
1601 CONNECTICUT AVE NW
STE300
WASHINGTON, DC 20009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 7,426.91

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.285**

**Nonpriority creditor's name and mailing address**
SW LOCK
3701 KENNEDY BLVD.
UNION CITY, NJ 07087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,052.29

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.286**

**Nonpriority creditor's name and mailing address**
SWING GUARD
287 POPLAR SPRINGS DRIVE
KILLEN, AL 35645

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 135.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (if known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.287** **Nonpriority creditor's name and mailing address**

SYSCO BALT & DC
8000 DORSEY RUN RD
JESSUP, MD 20794-9482

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 139,178.45

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.288** **Nonpriority creditor's name and mailing address**

SYSCO BOSTON, LLC
99 SPRING ST
HOUSTON, TX 77077

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,618.32

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.289** **Nonpriority creditor's name and mailing address**

SYSCO CHICAGO
1390 ENCLAVE PARKWAY
HOUSTON, TX 77077

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 55,773.93

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.290** **Nonpriority creditor's name and mailing address**

SYSCO HAMPTON ROADS
1390 ENCLAVE PARKWAY
HOUSTON, TX 77077

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,186.88

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.291** **Nonpriority creditor's name and mailing address**

SYSCO METRO NY
20 THEODORE CONRAD DRIVE
JERSEY CITY, NJ 07305

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 30,640.19

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (if known) | 24-90149 (Mtl) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.292** **Nonpriority creditor's name and mailing address**

SYSCO PHILADELPHIA, LLC
1390 ENCLAVE PARKWAY
HOUSTON, TX 77077

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,407.27

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.293** **Nonpriority creditor's name and mailing address**

TEHSEEN, NAVID R.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** EMPLOYEE DISPUTE

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.294** **Nonpriority creditor's name and mailing address**

TEMPLE UNIVERSITY
1801 N. BROAD STREET
PHILADELPHIA, PA 19122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 300.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.295** **Nonpriority creditor's name and mailing address**

TERRALAVORO, JEFFREY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** EMPLOYEE PERSONAL INJURY

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.296** **Nonpriority creditor's name and mailing address**

THE ELETRIC BARN
121 LAFAYETTE RD
NO. HAMPTON, NH 03862

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 150.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Hornblower Cruises and Events, LLC          Case number (if known)  24-90149 (MI)
Name

| Part 2: | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.297** | **Nonpriority creditor's name and mailing address**

THE KNOT WORLDWIDE INC.
PO BOX 32177
NEW YORK, NY 10087-2177

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 73,362.55

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address**

THE MANHATTAN CLUB TIMESHARE ASSOCIATION, INC.
200 W 56TH ST.
NEW YORK, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 40.19

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address**

THE SHERWIN WILLIAMS CO.
2640 MAIN ST.
SAN DIEGO, CA 92113 3613

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,042.43

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address**

THE UPS STORE
PO BOX 650116
DALLAS, TX 75265-0116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,467.30

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address**

TIMCO INDUSTRIES, INC.
PO BOX 689
1910 UNRUH COURT
NEW ALBANY, IN 47151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 18,861.11

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | | Case number (if known) | 24-90149 (MI) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.302** | **Nonpriority creditor's name and mailing address**

TOAST INC.
401 PARK DR, STE 801
BOSTON, MA 02215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 361,983.70

---

**3.303** | **Nonpriority creditor's name and mailing address**

TOLMAN MFG & SUPPLY COMPANY
61 DORCHESTER AVENUE
BOSTON, MA 02127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4.25

---

**3.304** | **Nonpriority creditor's name and mailing address**

TOMSON HOSPITALITY
6705 NW 36TH ST
SUITE 470
MIAMI, FL 33166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,898.38

---

**3.305** | **Nonpriority creditor's name and mailing address**

TRANSLOC INC.
4505 EMPEROR BLVD
SUITE 120
DURHAM, NC 27703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 918.72

---

**3.306** | **Nonpriority creditor's name and mailing address**

ULINE
P.O. BOX 88741
CHICAGO, IL 60680-1741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,672.15

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (if known) | 24-90149 (MI) |
|--------|-----------|----------|-----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.307** | **Nonpriority creditor's name and mailing address**

VA DEPT OF TAXATION
PO BOX 1500
NORFOLK, VA 23514-3215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 19,408.67

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address**

VAN DINTER, ETHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** EMPLOYEE DISPUTE

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address**

VASSALLO, DESHAWN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PERSONAL INJURY

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address**

VECTOR SECURITY, INC.
P.O. BOX 89462
CLEVELAND, OH 44101-6462

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 190.03

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address**

VERIZONLESS
PO BOX 660108
DALLAS, TX 75266-0108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,739.60

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (if known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.312** Nonpriority creditor's name and mailing address

VERME GROUP
11672 SW 43RD ST. UNIT 137
MIRAMAR, FL 33025

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 8,551.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.313** Nonpriority creditor's name and mailing address

VISIT ALEXANDRIA
221 KING ST
ALEXANDRIA, VA 22314

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 700.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.314** Nonpriority creditor's name and mailing address

W.B. MASON
59 CENTRE STREET
BROCKTON, MA 02303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 241.20

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.315** Nonpriority creditor's name and mailing address

WALKS AGENCY LTD
7 ST. PATRICK'S RD., DRUMCONDRA
DUBLIN 9, D09 X2Y6
IRELAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE TO WALKS AGENCY LTD

$ 3,873,835.85

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.316** Nonpriority creditor's name and mailing address

WALKS, LLC (DELAWARE)
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE TO WALKS, LLC (DELAWARE)

$ 397,633.55

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (if known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.317** Nonpriority creditor's name and mailing address

WASHINGTON GAS
6801 INDUSTRIAL ROAD
SPRINGFIELD, VA 22151

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 107.70

Date or dates debt was incurred   UNDETERMINED

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.318** Nonpriority creditor's name and mailing address

WATERFRONT SERVICES I LLC
PIER 62, WEST 23RD STREET & HUDSON RIVER
NEW YORK, NY 10011

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 40,873.69

Date or dates debt was incurred   UNDETERMINED

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.319** Nonpriority creditor's name and mailing address

WEBB, FELICIA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  GENERAL LIABILITY CLAIM

$ Undetermined

Date or dates debt was incurred   UNDETERMINED

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.320** Nonpriority creditor's name and mailing address

WEINBERG HARRIS & ASSOCIATES
C/O GREG HARRIS
1009 MALVERN AVE
RUXTON, MD 21204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 8,687.47

Date or dates debt was incurred   UNDETERMINED

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.321** Nonpriority creditor's name and mailing address

WELDING INDUSTRIAL SUPPLY
P.O. BOX 735001
CHICAGO, IL 60673-5001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 97.86

Date or dates debt was incurred   UNDETERMINED

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

Debtor  Hornblower Cruises and Events, LLC
Name

Case number (if known)  24-90149 (MI)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.322** **Nonpriority creditor's name and mailing address**

WEST MARINE PRO
ACCT 9941572
P.O. BOX 669336
DALLAS, TX 75266-9336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 13,367.88

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.323** **Nonpriority creditor's name and mailing address**

WHARF MARINA
650 WHARF ST SW
WASHINGTON, DC 20024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 440.43

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.324** **Nonpriority creditor's name and mailing address**

WHARF PHASE 1 RETAIL
WDMD-DWP
PO BOX 780896
PHILADELPHIA, PA 19178-0896

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,283.28

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.325** **Nonpriority creditor's name and mailing address**

WHEN TO WORK, INC.
360 E. 1ST ST. # 301
TUSTIN, CA 92780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,850.00

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.326** **Nonpriority creditor's name and mailing address**

WHITE PLAINS LINEN
4 JOHN WALSH BLVD
PEEKSKILL, NY 10566-5324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 10,195.82

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (if known) | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.327** Nonpriority creditor's name and mailing address

WILDCAT PROPELLERS
3313 S MILITARY HWY
CHESAPEAKE, VA 23323

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$    3,595.98

---

**3.328** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$

---

**3.329** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$

---

**3.330** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$

---

**3.331** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$

---

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line ___<br>☐ Not listed.  Explain | |
| 4.2 | | Line ___<br>☐ Not listed.  Explain | |
| 4.3 | | Line ___<br>☐ Not listed.  Explain | |
| 4.4 | | Line ___<br>☐ Not listed.  Explain | |
| 4.5 | | Line ___<br>☐ Not listed.  Explain | |
| 4.6 | | Line ___<br>☐ Not listed.  Explain | |
| 4.7 | | Line ___<br>☐ Not listed.  Explain | |
| 4.8 | | Line ___<br>☐ Not listed.  Explain | |
| 4.9 | | Line ___<br>☐ Not listed.  Explain | |

Debtor   Hornblower Cruises and Events, LLC                                      Case number (if known)   24-90149 (MI)
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ _____ 0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $ _____ 81,370,153.45 <br> + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ _____ 81,370,153.45 <br> + Undetermined Amounts |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Hornblower Cruises and Events, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Texas, Houston Division</td></tr>
<tr><td>Case number (if known):</td><td>24-90149 (MI)</td></tr>
</table>

☑ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT – LMS PREPAID DATED 06/09/2023 AND ALL RELATED AGREEMENTS | 360TRAINING.COM, INC 5000 PLAZA ON THE LAKE SUITE 305 AUSTIN, TX 78746 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/09/2023 AND ALL RELATED AGREEMENTS | 360TRAINING.COM, INC F 5000 PLAZA ON THE LAKE, SUITE 305 AUSTIN, TX 78746 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFICE LEASE AGREEMENT DATED 02/15/2022 AND ALL RELATED AGREEMENTS | 5 N. COLUMBUS BOULEVARD ASSOCIATES, L.P. 123 CHESTNUT STREET, SUITE 202 PHILADELPHIA, PA 19106 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | PITNEY BOWES GLOBAL FINANCIAL SERVICES LEASE AGREEMENT DATED 06/05/2013 AND ALL RELATED AGREEMENTS | 62 CHELSEA PIERS CHELSEA PIERS MANAGEMENT 62 CHELSEA PIERS, STE 300 NEW YORK, NY 10011 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | ENTERTAINMENT AGREEMENT DATED 03/31/2010 AND ALL RELATED AGREEMENTS | A PERFECT MOMENT 242 W RED HILL RD CONOWINGO, MD 21918 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor  Hornblower Cruises and Events, LLC

Name

Case number (If known):  24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6** **State what the contract or lease is for and the nature of the debtor's interest**  LICENSE AGREEMENT DATED 04/14/2021 AND ALL RELATED AGREEMENTS | AAC HP REALTY, LLC 301 LIGHT STREET BALTIMORE, MD 21202 |
| **State the term remaining**  UNDETERMINED  **List the contract number of any government contract** | |
| **2.7** **State what the contract or lease is for and the nature of the debtor's interest**  ENTERTAINMENT AGREEMENT DATED 06/03/2011 AND ALL RELATED AGREEMENTS | ABSOLUTE DJS LLC 6802 ALGARD ST. PHILADELPHIA, PA 19135 |
| **State the term remaining**  UNDETERMINED  **List the contract number of any government contract** | |
| **2.8** **State what the contract or lease is for and the nature of the debtor's interest**  LICENSE AGREEMENT DATED 04/14/2021 AND ALL RELATED AGREEMENTS | AC HP REALTY, LLC PO BOX 412488 BOSTON, MA 02241-2488 |
| **State the term remaining**  UNDETERMINED  **List the contract number of any government contract** | |
| **2.9** **State what the contract or lease is for and the nature of the debtor's interest**  STATEMENT OF WORK NO.1 DATED 03/16/2016 AND ALL RELATED AGREEMENTS | ACCESSO, LLC 1025 GREENWOOD BOULEVARD SUITE 500 LAKE MARY, FL 32746 |
| **State the term remaining**  UNDETERMINED  **List the contract number of any government contract** | |
| **2.10** **State what the contract or lease is for and the nature of the debtor's interest**  MASTER AGREEMENT DATED 03/16/2016 AND ALL RELATED AGREEMENTS | ACCESSO, LLC 1025 GREENWOOD BLVD. STE. 500 LAKE MARY, FL 32746 |
| **State the term remaining**  UNDETERMINED  **List the contract number of any government contract** | |
| **2.11** **State what the contract or lease is for and the nature of the debtor's interest**  MASTER AGREEMENT DATED 03/01/2017 AND ALL RELATED AGREEMENTS | ACCESSO, LLC 1025 GREENWOOD BOULEVARD SUITE 500 LAKE MARY, FL 32746 |
| **State the term remaining**  UNDETERMINED  **List the contract number of any government contract** | |
| **2.12** **State what the contract or lease is for and the nature of the debtor's interest**  FIRST AMENDMENT TO STATEMENT OF WORK NO. 1 DATED 08/03/2017 AND ALL RELATED AGREEMENTS | ACCESSO, LLC 455 N. CITYFRONT PLAZA DRIVE SUITE 2600 CHICAGO, IL 60611 |
| **State the term remaining**  UNDETERMINED  **List the contract number of any government contract** | |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): 24-90149 (MI) |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="3">▮ <strong>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</strong></td></tr>
<tr><td colspan="3">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.</td></tr>
<tr><td colspan="2">List all contracts and unexpired leases</td><td>State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease</td></tr>
</table>

| | | | |
|---|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK NO. 3 DATED 03/16/2016 AND ALL RELATED AGREEMENTS | ACCESSO, LLC 1025 GREENWOOD BLVD. STE. 500 LAKE MARY, FL 32746 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO STATEMENT OF WORK DATED 03/16/2019 AND ALL RELATED AGREEMENTS | ACCESSO, LLC 1025 GREENWOOD BLVD. STE. 500 LAKE MARY, FL 32746 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO STATEMENT OF WORK NO. 1 DATED 05/08/2019 AND ALL RELATED AGREEMENTS | ACCESSO, LLC 1025 GREENWOOD BLVD. STE. 500 LAKE MARY, FL 32746 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DATED 03/16/2016 AND ALL RELATED AGREEMENTS | ACCESSO, LLC 1025 GREENWOOD BOULEVARD SUITE 500 LAKE MARY, FL 32746 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO STATEMENT OF WORK NO. 1 DATED 09/18/2017 AND ALL RELATED AGREEMENTS | ACCESSO, LLC 1025 GREENWOOD BLVD. STE. 500 LAKE MARY, FL 32746 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO STATEMENT OF WORK NO. 1 DATED 08/03/2017 AND ALL RELATED AGREEMENTS | ACCESSO, LLC 1025 GREENWOOD BLVD. STE. 500 LAKE MARY, FL 32746 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | ADOBE ECHOSIGN SECURITY AND ALL RELATED AGREEMENTS | ADOBE SYSTEMS INCORPORATED 345 PARK AVENUE SAN JOSE, CA 95110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   Hornblower Cruises and Events, LLC
Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | PRICE AGREEMENT DATED 05/01/2009 AND ALL RELATED AGREEMENTS<br><br>ADP, INC.<br>1 ADP BLVD<br>ROSELAND, NJ 07068 |
| **2.21** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | COST PER COPY RENTAL AGREEMENT DATED 01/31/2012 AND ALL RELATED AGREEMENTS<br><br>ADVANCE BUSINESS SYSTEMS A SUPPLY COMPANY<br>10755 YORK ROAD<br>COCKEYSVILLE, MD 21030-2114 |
| **2.22** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | VOLUNTARY AGREEMENT DATED 08/11/1995 AND ALL RELATED AGREEMENTS<br><br>ADVISORY NEIGHBORHOOD COMMISSION<br>1101 4TH STREET<br>S. W., SUITE W130<br>WASHINGTON, DC 20024 |
| **2.23** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | VOLUNTARY AGREEMENT DATED 07/12/2010 AND ALL RELATED AGREEMENTS<br><br>ADVISORY NEIGHBORHOOD COMMISSION 6D<br>1101 4TH STREET, S. W.,<br>SUITE W130<br>ATTN: CHAIR, ANC<br>WASHINGTON,, DC 20024 |
| **2.24** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | SERVICE AGREEMENT AND ALL RELATED AGREEMENTS<br><br>ALSCO<br>4900 PHILADELPHIA WAY<br>LANHAM, MD 20706 |
| **2.25** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | ENTEGRA ACCOUNT DECLARATION FORM DATED 04/21/2017 AND ALL RELATED AGREEMENTS<br><br>ALSCO, INC.<br>175 SOUTH WEST TEMPLE<br>SUITE 510<br>SALT LAKE CITY, UT 84102 |
| **2.26** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | RENTAL SERVICE AGREEMENT AND ALL RELATED AGREEMENTS<br><br>AMERI PRIDE SERVICES<br>280 GREENWOOD STREET<br>WORCESTER, MA 01607 |

Debtor   Hornblower Cruises and Events, LLC                                        Case number (if known):   24-90149 (MI)
_____
Name

██  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.27** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LEASE DATED 10/30/1991 AND ALL RELATED AGREEMENTS | AMERICAN NATIONAL BANK 8990 W DODGE RD OMAHA, NE 68114 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.28** State what the contract or lease is for and the nature of the debtor's interest | OFFICE SPACE LEASE DATED 02/01/1993 AND ALL RELATED AGREEMENTS | AMERICAN NATIONAL BANK AND TRUST OF CHICAGO 120 S LA SALLE ST, STE 500 CHICAGO, IL 60603 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.29** State what the contract or lease is for and the nature of the debtor's interest | RENTAL SERVICE AGREEMENT AND ALL RELATED AGREEMENTS | AMERICANPRIDE SERVICES 280 GREENWOOD STREET WORCESTER, MA 01607 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.30** State what the contract or lease is for and the nature of the debtor's interest | RENTAL SERVICE AGREEMENT DATED 04/23/2008 AND ALL RELATED AGREEMENTS | AMERIPRIDE 280 GREENWOOD STREET WORCESTER, MA 01607 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.31** State what the contract or lease is for and the nature of the debtor's interest | RENTAL SERVICE AGREEMENT DATED 05/07/2012 AND ALL RELATED AGREEMENTS | AMERIPRIDE SERVICES 280 GREENWOOD STREET WORCESTER, MA 01607 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.32** State what the contract or lease is for and the nature of the debtor's interest | RENTAL SERVICE AGREEMENT DATED 05/29/2012 AND ALL RELATED AGREEMENTS | AMERIPRIDE SERVICES 280 GREENWOOD STREET WORCESTER, MA 01607 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.33** State what the contract or lease is for and the nature of the debtor's interest | GENERAL INDEMNITY AGREEMENT DATED 05/27/2020 AND ALL RELATED AGREEMENTS | ARGONAUT INSURANCE COMPANY 13100 WORTHAM CENTER DRIVE SUITE 290 HOUSTON, TX 77065 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

Debtor  Hornblower Cruises and Events, LLC
Name

Case number (If known):  24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.34** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SATISFACTION AND RELEASE OF FIRST PREFERRED FLEET MORTGAGE DATED 09/24/2021 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED<br><br>ARGONAUT INSURANCE COMPANY 13100 WORTHAM CENTER DRIVE SUITE 290 HOUSTON, TX 77065 |
| **2.35** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENTERTAINMENT AGREEMENT 2008 DATED 04/01/2008 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED<br><br>ASTRO DISC JOCKEYS INDEPENDENT PLAZA SUITE 204 1115 INDEPENDENCE BLVD. VIRGINIA BEACH, VA 23455 |
| **2.36** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENTERTAINMENT AGREEMENT DATED 04/01/2008 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED<br><br>ASTRO DISC JOCKEYS INDEPENDENT PLAZA SUITE 204 1115 INDEPENDENCE BLVD. VIRGINIA BEACH, VA 23455 |
| **2.37** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENTERTAINMENT AGREEMENT 2008 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED<br><br>ATLANTIS, INC. P.O. BOX 8261 RESTON, VA 20195 |
| **2.38** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOTOR VEHICLE LEASE AGREEMENT DATED 09/16/2014 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED<br><br>AUTOBARN NISSAN INC 1034 CHICAGO AVE EVANSTON, IL 60202 |
| **2.39** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOTOR VEHICLE LEASE AGREEMENT DATED 09/16/2014 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED<br><br>AUTOBARN NISSAN INC. 1034 CHICAGO AVE EVANSTON, IL 60202 |
| **2.40** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INNER HARBOR LEASE AGREEMENTS DATED 06/11/2008 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED<br><br>BALTIMORE DEVELOPMENT COIPORATION 36 S. CHARLES STREET SUITE 1600 BALTIMORE, MD 21201 |


| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO WHARFAGE AGREEMENT - SPIRIT CRUISES LLC DATED 12/20/2019 AND ALL RELATED AGREEMENTS | BALTIMORE DEVELOPMENT CORPORATION 36 S. CHARLES STREET SUITE 1600 BALTIMORE, MD 21201 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | SPIRIT CRUISES, LLC AND ENTERTAINMENT CRUISES, INC. INNER HARBOR LEASE AGREEMENTS DATED 06/11/2008 AND ALL RELATED AGREEMENTS | BALTIMORE DEVELOPMENT CORPORATION 36 S. CHARLES STREET SUITE 1600 BALTIMORE, MD 21201 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL CARD ACCOUNT AGREEMENT AND ALL RELATED AGREEMENTS | BANK OF AMERICA, N.A. P.O. BOX 28 NORFOLK, VA 23511 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO LEASE DATED 02/01/2000 AND ALL RELATED AGREEMENTS | BAY STREET NUMBER TWENTY-SIX, LTD |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE DATED 02/01/1997 AND ALL RELATED AGREEMENTS | BAY STREET NUMBER TWENTY-SIX, LTD |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM DATED 09/05/2018 AND ALL RELATED AGREEMENTS | BOOKING.COM B.V. HERENGRACHT 597 AMSTERDAM, 1017 CE NETHERLANDS |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD BAREBOAT CHARTER DATED 04/29/2022 AND ALL RELATED AGREEMENTS | BOSTON HARBOR CRUISES, LLC 1 LONG WHARF BOSTON, MA 02110 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor  Hornblower Cruises and Events, LLC
Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | BAREBOAT CHARTER AGREEMENT DATED 03/09/2023 AND ALL RELATED AGREEMENTS | BOSTON HARBOR CRUISES, LLC<br>1 LONG WHARF<br>BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 06/01/2009 AND ALL RELATED AGREEMENTS | BOSTON REDEVELOPMENT AUTHORITY<br>ONE CITY HALL SQUARE<br>BOSTON, MA 02201 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED 08/09/1990 AND ALL RELATED AGREEMENTS | BROADACRE PARTNERS, INC.<br>455 E. ILLINOIS STREET<br>CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND AGREEMENT DATED 05/01/2018 AND ALL RELATED AGREEMENTS | BUILDING MANAGER, AND TO RANDALL & KENIG LLP<br>55 N. CITYFRONT PLAZA DRIVE, SUITE 2510<br>CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | ACCEPTANCE OF CONTRACT DATED 02/08/2011 AND ALL RELATED AGREEMENTS | BUYWITHME, INC<br>345 HUDSON ST 13TH FL<br>NEW YORK, NY 10014 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | GUEST VOUCHER REIMBURSEMENT AGREEMENT DATED 03/20/2019 AND ALL RELATED AGREEMENTS | CAESARS BALTIMORE MANAGEMENT COMPANY, LLC<br>1525 RUSSELL STREET<br>BALTIMORE, MD 21230 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | CALVIN LEBRUN AGREEMENT DATED 03/27/2018 AND ALL RELATED AGREEMENTS | CALVIN LEBRUN<br>ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   Hornblower Cruises and Events, LLC     Case number (If known): 24-90149 (MI)
_____ Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.55** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO TOTAL ADVANTAGE AGREEMENT DATED 03/14/2017 AND ALL RELATED AGREEMENTS | CENTURYLINK COMMUNICATIONS, LLC PO BOX 910182 DENVER, CO 80291-0182 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.56** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO CENTURYLINK TOTAL ADVANTAGE AGREEMENT DATED 09/03/2014 AND ALL RELATED AGREEMENTS | CENTURYLINK COMMUNICATIONS, LLC PO BOX 910182 DENVER, CO 80291-0182 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.57** **State what the contract or lease is for and the nature of the debtor's interest** ENTERTAINMENT AGREEMENT 2008 DATED 04/01/2007 AND ALL RELATED AGREEMENTS | CHAPTER VII ENTERTAINMENT 245 REYNOLDS TERRACE ORANGE, NJ 07050 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.58** **State what the contract or lease is for and the nature of the debtor's interest** THIRD AMENDMENT TO SUBLEASE DATED 07/18/2023 AND ALL RELATED AGREEMENTS | CHELSEA PIERS L.P. HER 62, SUITE 300 NEW YORK, NY 10011 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.59** **State what the contract or lease is for and the nature of the debtor's interest** SPIRIT CRUISES LEASE EXTENSION DATED 01/01/2020 AND ALL RELATED AGREEMENTS | CHELSEA PIERS MANAGEMENT, INC. CHELSEA PIERS, PIER 62 SUITE 300 NEW YORK, NY 10011 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.60** **State what the contract or lease is for and the nature of the debtor's interest** SUBLEASE BETWEEN CHELSEA PIERS L.P. SUBLESSOR SPIRIT CRUISES, INC. SUBLESSEE DATED 01/01/1994 AND ALL RELATED AGREEMENTS | CHELSEA PIERS, L.P. 936 BROADWAY ATTENTION: ROLAND W. BETTS NEW YORK, NY 10010 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.61** **State what the contract or lease is for and the nature of the debtor's interest** SECOND AMENDMENT TO LEASE DATED 01/12/2020 AND ALL RELATED AGREEMENTS | CHESTNUT STREET ASSOCIATES 123-29 CHESTNUT STREET PHILADELPHIA, PA 19106 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |

Debtor   Hornblower Cruises and Events, LLC                                      Case number (If known):   24-90149 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LICENSE DATED 08/14/2014 AND ALL RELATED AGREEMENTS | CHICAGO NBC TOWER L,.P 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASE DATED 7/2/2014 AND ALL RELATED AGREEMENTS | CHICAGO NBC TOWER L.P 455 N CITYFRONT PLAZA DRIVE CHICAGO, IL 60611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASE DATED 08/01/2014 AND ALL RELATED AGREEMENTS | CHICAGO NBC TOWER L.P 455 NORTH CITYFRONT PLAZA DRIVE CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND AGREEMENT DATED 05/01/2018 AND ALL RELATED AGREEMENTS | CHICAGO NBC TOWER L.P. 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE and agreement DATED January 2018 AND ALL RELATED AGREEMENTS | CHICAGO NBC TOWER L.P. 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND AGREEMENT DATED 05/01/2018 AND ALL RELATED AGREEMENTS | CHICAGO NBC TOWER L.P. 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND AGREEMENT DATED 05/01/2018 AND ALL RELATED AGREEMENTS | CHICAGO NBC TOWER L.P. 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor    Hornblower Cruises and Events, LLC
Name

Case number (If known):    24-90149 (MI)

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** — LICENSE AND AGREEMENT DATED 05/01/2018 AND ALL RELATED AGREEMENTS<br>**State the term remaining** — UNDETERMINED<br>**List the contract number of any government contract** | CHICAGO NBC TOWER L.P.<br>455 N. CITYFRONT PLAZA DRIVE<br>SUITE 2400<br>CHICAGO, IL 60611 |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** — LICENSE AND AGREEMENT DATED 05/01/2018 AND ALL RELATED AGREEMENTS<br>**State the term remaining** — UNDETERMINED<br>**List the contract number of any government contract** | CHICAGO NBC TOWER L.P.<br>455 N. CITYFRONT PLAZA DRIVE<br>SUITE 2400<br>CHICAGO, IL 60611 |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** — LICENSE AND AGREEMENT DATED 05/01/2018 AND ALL RELATED AGREEMENTS<br>**State the term remaining** — UNDETERMINED<br>**List the contract number of any government contract** | CHICAGO NBC TOWER L.P.<br>455 N. CITYFRONT PLAZA DRIVE<br>SUITE 2400<br>CHICAGO, IL 60611 |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** — LICENSE AND AGREEMENT DATED 05/01/2018 AND ALL RELATED AGREEMENTS<br>**State the term remaining** — UNDETERMINED<br>**List the contract number of any government contract** | CHICAGO NBC TOWER L.P.<br>455 N. CITYFRONT PLAZA DRIVE<br>SUITE 2400<br>CHICAGO, IL 60611 |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** — LICENSE AND AGREEMENT DATED 05/01/2018 AND ALL RELATED AGREEMENTS<br>**State the term remaining** — UNDETERMINED<br>**List the contract number of any government contract** | CHICAGO NBC TOWER L.P.<br>455 N. CITYFRONT PLAZA DRIVE<br>SUITE 2400<br>CHICAGO, IL 60611 |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** — LICENSE AND AGREEMENT DATED 05/01/2018 AND ALL RELATED AGREEMENTS<br>**State the term remaining** — UNDETERMINED<br>**List the contract number of any government contract** | CHICAGO NBC TOWER L.P.<br>455 N. CITYFRONT PLAZA DRIVE<br>SUITE 2400<br>CHICAGO, IL 60611 |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** — FINAL LANDLORD PROPOSAL TO SECOND REQUEST FOR RENT RELIEF AND ALL RELATED AGREEMENTS<br>**State the term remaining** — UNDETERMINED<br>**List the contract number of any government contract** | CHICAGO NBC TOWER L.P.<br>455 N. CITYFRONT PLAZA DRIVE<br>SUITE 2400<br>CHICAGO, IL 60611 |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): 24-90149 (MI) |
| --- | --- | --- |
| | Name | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND AGREEMENT DATED 03/30/2018 AND ALL RELATED AGREEMENTS | CHICAGO NBC TOWER L.P. 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASE DATED 08/01/2014 AND ALL RELATED AGREEMENTS | CHICAGO NBC TOWER L.P. 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASE DATED 08/01/2014 AND ALL RELATED AGREEMENTS | CHICAGO NBC TOWER L.P. 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND AGREEMENT DATED 05/01/2018 AND ALL RELATED AGREEMENTS | CHICAGO NBC TOWER L.P. 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND AGREEMENT DATED 05/01/2018 AND ALL RELATED AGREEMENTS | CHICAGO NBC TOWER L.P. 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND AGREEMENT DATED 05/01/2018 AND ALL RELATED AGREEMENTS | CHICAGO NBC TOWER L.P. 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND AGREEMENT DATED 05/01/2018 AND ALL RELATED AGREEMENTS | CHICAGO NBC TOWER L.P. 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   Hornblower Cruises and Events, LLC
Name

Case number (If known): 24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND AGREEMENT DATED 05/01/2018 AND ALL RELATED AGREEMENTS | CHICAGO NBC TOWER L.P. 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | HORNBLOWER WAIVER AGREEMENT DATED 12/18/2023 AND ALL RELATED AGREEMENTS | CHICAGO NBC TOWER, L.P. 455 NORTH CITYFRONT PLAZA SUITE 2400 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | COST PER IMAGE RENTAL AGREEMENT DATED 12/31/2005 AND ALL RELATED AGREEMENTS | CHICAGO OFFICE TECHNOLOGY GROUP 4 TERRITORIAL COURT BOLINGBROOK, IL 60440 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | IMAGE MANAGEMENT AGREEMENT DATED 05/25/2010 AND ALL RELATED AGREEMENTS | CHICAGO OFFICE TECHNOLOGY GROUP 4 TERRITORIAL COURT_ BOLINGBROOK_, IL 60440 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO GE TOTAL IMAGE MANAGEMENT AGREEMENT DATED 05/25/2010 AND ALL RELATED AGREEMENTS | CHICAGO OFFICE TECHNOLOGY GROUP 4 TERRITORIAL COURT BOLINGBROOK, IL 60440 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | SUMMONS DATED 10/13/2023 AND ALL RELATED AGREEMENTS | CHIESA SHAHINIAN & GIANTOMASI PC 105 EISENHOWER PARKWAY ROSELAND, NJ 07068 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 01/29/2024 AND ALL RELATED AGREEMENTS | CIA-211 N UNION STREET, LLC 2560 HUNTINGTON AVE, SUITE 200 ALEXANDRIA, VA 22303 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.90** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 2 TO LICENSE AGREEMENT DATED 02/28/2018 AND ALL RELATED AGREEMENTS | CITY OF ALEXANDRIA 1108 JEFFERSON STREET ALEXANDRIA,, VA 22314 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.91** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 12/01/2014 AND ALL RELATED AGREEMENTS | CITY OF ALEXANDRIA 1108 JEFFERSON STREET ALEXANDRIA,, VA 22314 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.92** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO LICENSE AGREEMENT (PAGE 1) AND ALL RELATED AGREEMENTS | CITY OF ALEXANDRIA 1108 JEFFERSON STREET ALEXANDRIA,, VA 22314 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.93** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 1 TO LICENSE AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF ALEXANDRIA 1108 JEFFERSON STREET ALEXANDRIA,, VA 22314 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.94** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 3 TO LICENSE AGREEMENT DATED 02/28/2018 AND ALL RELATED AGREEMENTS | CITY OF ALEXANDRIA 1108 JEFFERSON STREET ALEXANDRIA,, VA 22314 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.95** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 2 TO LICENSE AGREEMENT DATED 02/22/2018 AND ALL RELATED AGREEMENTS | CITY OF ALEXANDRIA 1108 JEFFERSON STREET ALEXANDRIA,, VA 22314 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.96** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 04/03/2014 AND ALL RELATED AGREEMENTS | CITY OF ALEXANDRIA 1108 JEFFERSON STREET ALEXANDRIA,, VA 22314 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor  Hornblower Cruises and Events, LLC
Name

Case number (If known):  24-90149 (MI)

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 1 TO LICENSE AGREEMENT DATED 12/01/2017 AND ALL RELATED AGREEMENTS | CITY OF ALEXANDRIA 1108 JEFFERSON STREET ALEXANDRIA,, VA 22314 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 TO LICENSE AGREEMENT DATED 12/22/2017 AND ALL RELATED AGREEMENTS | CITY OF ALEXANDRIA 1108 JEFFERSON STREET ALEXANDRIA,, VA 22314 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 TO LICENSE AGREEMENT AND ALL RELATED AGREEMENTS | CITY OF ALEXANDRIA 1108 JEFFERSON STREET ALEXANDRIA,, VA 22314 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 3 TO LICENSE AGREEMENT DATED 02/23/2018 AND ALL RELATED AGREEMENTS | CITY OF ALEXANDRIA 1108 JEFFERSON STREET ALEXANDRIA,, VA 22314 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT DATED 04/03/2014 AND ALL RELATED AGREEMENTS | CITY OF ALEXANDRIA 1108 JEFFERSON STREET ALEXANDRIA,, VA 22314 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 1 TO LICENSE AGREEMENT DATED 12/31/2017 AND ALL RELATED AGREEMENTS | CITY OF ALEXANDRIA 1108 JEFFERSON STREET ALEXANDRIA,, VA 22314 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 TO LICENSE AGREEMENT DATED 04/03/2014 AND ALL RELATED AGREEMENTS | CITY OF ALEXANDRIA 1108 JEFFERSON STREET ALEXANDRIA,, VA 22314 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor   Hornblower Cruises and Events, LLC

Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.104** State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO LICENSE AGREEMENT AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | CITY OF ALEXANDRIA<br>1108 JEFFERSON STREET<br>ALEXANDRIA,, VA 22314 |
| **2.105** State what the contract or lease is for and the nature of the debtor's interest: NOVATION AGREEMENT DATED 12/31/2017 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | CITY OF ALEXANDRIA<br>1108 JEFFERSON STREET<br>ALEXANDRIA,, VA 22314 |
| **2.106** State what the contract or lease is for and the nature of the debtor's interest: LICENSE AGREEMENT DATED 03/28/2023 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | CITY OF ALEXANDRIA<br>1108 JEFFERSON STREET<br>ALEXANDRIA,, VA 22314 |
| **2.107** State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT 1 TO LICENSE AGREEMENT DATED 12/22/2017 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | CITY OF ALEXANDRIA<br>1108 JEFFERSON STREET<br>ALEXANDRIA,, VA 22314 |
| **2.108** State what the contract or lease is for and the nature of the debtor's interest: NOVATION AGREEMENT DATED 12/31/2017 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | CITY OF ALEXANDRIA,<br>1108 JEFFERSON STREET<br>ALEXANDRIA,, VA 22314 |
| **2.109** State what the contract or lease is for and the nature of the debtor's interest: ROWES WHARF LIMITED PARTNERSHIP AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | CITY OF BOSTON<br>1010 MASSACHUSETTS AVENUE 4TH FLOOR<br>BOSTON, MA 02118 |
| **2.110** State what the contract or lease is for and the nature of the debtor's interest: LEASE AGREEMENT DATED 10/13/2017 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | CITY OF NORFOLK<br>C/O CITY MANAGER<br>CITY HALL BUILDING, ROOM 1101<br>NORFOLK, VA 23510 |

Debtor    Hornblower Cruises and Events, LLC                    Case number (If known): 24-90149 (MI)
          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.111** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO LEASE AGREEMENT DATED 02/12/2022 AND ALL RELATED AGREEMENTS | CITY OF NORFOLK C/O CITY MANAGER CITY HALL BUILDING, ROOM 1101 NORFOLK, VA 23510 |

| **2.111** | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO LEASE AGREEMENT DATED 02/12/2022 AND ALL RELATED AGREEMENTS | CITY OF NORFOLK C/O CITY MANAGER CITY HALL BUILDING, ROOM 1101 NORFOLK, VA 23510 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.112** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LEASE AGREEMENT DATED 11/24/2020 AND ALL RELATED AGREEMENTS | CITY OF NORFOLK C/O CITY MANAGER CITY HALL BUILDING, ROOM 1101 NORFOLK, VA 23510 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.113** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LEASE AGREEMENT DATED 11/24/2020 AND ALL RELATED AGREEMENTS | CITY OF NORFOLK C/O CITY MANAGER CITY HALL BUILDING, ROOM 1101 NORFOLK, VA 23510 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.114** State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF LEASE AGREEMENT DATED NOVEMBER 1, 2007, BETWEEN THE CITY OF NORFOLK AND SPIRIT CRUISES, LLC. DATED 07/06/2017 AND ALL RELATED | CITY OF NORFOLK C/O CITY MANAGER CITY HALL BUILDING, ROOM 1101 NORFOLK, VA 23510 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.115** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED 11/01/2010 AND ALL RELATED AGREEMENTS | CITY OF NORFOLK C/O CITY MANAGER CITY HALL BUILDING, ROOM 1101 NORFOLK, VA 23510 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.116** State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 05/18/2019 AND ALL RELATED AGREEMENTS | CITY OF SALEM, MASSACHUSETTS CITY HALL 93 WASHINGTON STREET SALEM, MA 01970 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.117** State what the contract or lease is for and the nature of the debtor's interest | C-TICKET PARTICIPATION AGREEMENT AND ALL RELATED AGREEMENTS | CITY PASS, INC. 27 ARROW ROOT LANE VICTOR, ID 83455 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

Debtor  Hornblower Cruises and Events, LLC                                    Case number (If known):   24-90149 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.118** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND ALL RELATED AGREEMENTS | CITYFRONT CENTER WEST ASSOCIATION<br>455 N. CITYFRONT PLAZA DRIVE<br>SUITE 2400<br>CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.119** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 06/30/2020 AND ALL RELATED AGREEMENTS | CITYFRONT CENTER WEST ASSOCIATION<br>455 N. CITYFRONT PLAZA DRIVE<br>SUITE 2400<br>CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.120** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT AND ALL RELATED AGREEMENTS | CITYFRONT CENTER WEST ASSOCIATION<br>455 N. CITYFRONT PLAZA DRIVE<br>SUITE 2400<br>CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.121** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT AND ALL RELATED AGREEMENTS | CITYFRONT CENTER WEST ASSOCIATION<br>455 N. CITYFRONT PLAZA DRIVE<br>SUITE 2400<br>CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.122** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND ALL RELATED AGREEMENTS | CITYFRONT CENTER WEST ASSOCIATION<br>455 N. CITYFRONT PLAZA DRIVE<br>SUITE 2400<br>CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.123** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT AND ALL RELATED AGREEMENTS | CITYFRONT CENTER WEST ASSOCIATION<br>455 N. CITYFRONT PLAZA DRIVE<br>SUITE 2400<br>CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.124** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE DATED 05/01/2018 AND ALL RELATED AGREEMENTS | CITYFRONT CENTER WEST ASSOCIATION<br>455 N. CITYFRONT PLAZA DRIVE<br>SUITE 2400<br>CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor    Hornblower Cruises and Events, LLC
          Name                                                    Case number (If known):   24-90149 (MI)

█    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT AND ALL RELATED AGREEMENTS | CITYFRONT CENTER WEST ASSOCIATION 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE DATED 05/01/2018 AND ALL RELATED AGREEMENTS | CITYFRONT CENTER WEST ASSOCIATION 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT AND ALL RELATED AGREEMENTS | CITYFRONT CENTER WEST ASSOCIATION 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE DATED 05/01/2018 AND ALL RELATED AGREEMENTS | CITYFRONT CENTER WEST ASSOCIATION 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE DATED 05/01/2018 AND ALL RELATED AGREEMENTS | CITYFRONT CENTER WEST ASSOCIATION 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT AND ALL RELATED AGREEMENTS | CITYFRONT CENTER WEST ASSOCIATION 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE DATED 03/30/2018 AND ALL RELATED AGREEMENTS | CITYFRONT CENTER WEST ASSOCIATION 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   Hornblower Cruises and Events, LLC                                    Case number (If known):   24-90149 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT AND ALL RELATED AGREEMENTS | CITYFRONT CENTER WEST ASSOCIATION 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT AND ALL RELATED AGREEMENTS | CITYFRONT CENTER WEST ASSOCIATION 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE DATED 12/01/2017 AND ALL RELATED AGREEMENTS | CITYFRONT CENTER WEST ASSOCIATION 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE DATED 05/01/2018 AND ALL RELATED AGREEMENTS | CITYFRONT CENTER WEST ASSOCIATION C/O METROPOLIS INVESTMENT HOLDINGS, INC. ATTENTION: MANAGING DIRECTOR 455 N. CITYFRONT PLAZA DRIVE, SUITE 2400 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | SECOND LICENSE AMENDMENT DATED 12/16/2020 AND ALL RELATED AGREEMENTS | CITYFRONT CENTER WEST ASSOCIATION, 455 N. CITYFRONT PLAZA DRIVE SUITE 2400 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | BEVERAGE MARKETING AGREEMENT DATED 08/27/2010 AND ALL RELATED AGREEMENTS | COCA-COLA FOODSERVICE P.O. BOX 1734 ATLANTA, GA 30301 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT AND ALL RELATED AGREEMENTS | COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC 1701 JFK BLVD PHILADELPHIA, PA 19103 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor    Hornblower Cruises and Events, LLC                                    Case number (If known):    24-90149 (MI)

Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | WORLD TRADE CENTER OFFICE LEASE DATED 07/01/1998 AND ALL RELATED AGREEMENTS | COMMONWEALTH PIER TRUST II WORLD TRADE CENTER SUITE 50 164 NORTHERN AVENUE BOSTON, MA 02210 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO LEASE DATED 06/13/2014 AND ALL RELATED AGREEMENTS | COMMONWEALTH PIER TRUST II C/O PEMBROKE REAL ESTATE, INC 255 STATE STREET BOSTON, MA 02109 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | FOURTH AMENDMENT TO LEASE DATED 10/08/2019 AND ALL RELATED AGREEMENTS | COMMONWEALTH PIER TRUST II C/O PEMBROKE REAL ESTATE, INC 255 STATE STREET BOSTON, MA 02109 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE DATED 01/01/2005 AND ALL RELATED AGREEMENTS | COMMONWEALTH PIER TRUST II WORLD TRADE CENTER SUITE 50 164 NORTHERN AVENUE BOSTON, MA 02210 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT OF LEASE DATED 01/01/2014 AND ALL RELATED AGREEMENTS | COMMONWEALTH PIER TRUST II WORLD TRADE CENTER SUITE 50 164 NORTHERN AVENUE BOSTON, MA 02210 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 8/6/2004 AND ALL RELATED AGREEMENTS | COMMONWEALTH PIER TRUST II WORLD TRADE CENTER SUITE 50 164 NORTHERN AVENUE BOSTON, MA 02210 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO APRON SUBLEASE DATED 01/01/2010 AND ALL RELATED AGREEMENTS | COMMONWEALTH PIER TRUST II WORLD TRADE CENTER SUITE 50 164 NORTHERN AVENUE BOSTON, MA 02210 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor  Hornblower Cruises and Events, LLC                                    Case number (If known):  24-90149 (MI)
        Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO LEASE DATED 11/27/2009 AND ALL RELATED AGREEMENTS | COMMONWEALTH PIER TRUST II WORLD TRADE CENTER SUITE 50 164 NORTHERN AVENUE BOSTON, MA 02210 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT OF LEASE DATED 01/01/2010 AND ALL RELATED AGREEMENTS | COMMONWEALTH PIER TRUST II WORLD TRADE CENTER SUITE 50 164 NORTHERN AVENUE BOSTON, MA 02210 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LEASE DATED 08/06/2004 AND ALL RELATED AGREEMENTS | COMMONWEALTH PIER TRUST II WORLD TRADE CENTER SUITE 50 164 NORTHERN AVENUE BOSTON, MA 02210 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LEASE DATED 05/01/1982 AND ALL RELATED AGREEMENTS | COMMONWEALTH PIER TRUST II WORLD TRADE CENTER SUITE 50 164 NORTHERN AVENUE BOSTON, MA 02210 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO LEASE DATED 01/01/2010 AND ALL RELATED AGREEMENTS | COMMONWEALTH PIER TRUST II WORLD TRADE CENTER SUITE 50 164 NORTHERN AVENUE BOSTON, MA 02210 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | WORLD TRADE CENTER BOSTON APRON SUBLEASE DATED 01/01/1997 AND ALL RELATED AGREEMENTS | COMMONWEALTH PIER TRUST II NORTHERN AVENUE BOSTON, MA 02111 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT DATED 07/06/1983 AND ALL RELATED AGREEMENTS | COMMONWEALTH PIER TRUST IIC/O FMR CORP. 82 DEVONSHIRE STREET BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   Hornblower Cruises and Events, LLC
         Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 07/11/2016 AND ALL RELATED AGREEMENTS | CONSTRATA TECH CONSULTING, LLC 10220 RIVER ROAD, SUITE 110 POTOMAC, MD 20854 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 08/12/2016 AND ALL RELATED AGREEMENTS | CONSTRATA TECH CONSULTING, LLC 10220 RIVER ROAD, SUITE 110 POTOMAC, MD 20854 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 12/01/2016 AND ALL RELATED AGREEMENTS | CONSTRATA TECH CONSULTING, LLC 10220 RIVER ROAD, SUITE 110 POTOMAC, MD 20854 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | ABBREVIATED FORM OF AGREEMENT DATED 02/24/2020 AND ALL RELATED AGREEMENTS | CORDERMAN & COMPANY, INC. 9 CHANNEL CENTER STREET SUITE 400 BOSTON, MA 02210 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | ORACLE PROTECTION SERVICES DATED 03/05/2014 AND ALL RELATED AGREEMENTS | COSTA SECURITY SERVICES, LLC 2424 E. YORK STREET SUITE 402 PHILADELPHIA, PA 19106 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO SECURITY AGREEMENT DATED 02/19/2017 AND ALL RELATED AGREEMENTS | COSTA SECURITY SERVICES, LLC 2424 E. YORK STREET SUITE 402 PHILADELPHIA, PA 19106 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | OPS SECURITY GROUP DATED 02/19/2015 AND ALL RELATED AGREEMENTS | COSTA SECURITY SERVICES, LLC 2424 E. YORK STREET SUITE 402 PHILADELPHIA, PA 19106 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): 24-90149 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.160** | State what the contract or lease is for and the nature of the debtor's interest | ITEM AGREEMENT DATED 04/15/2013 AND ALL RELATED AGREEMENTS | COSTCO WHOLESALE 999 LAKE DR ISSAQUAH, WA 98027 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.161** | State what the contract or lease is for and the nature of the debtor's interest | TICKET/GIFT CARD PROGRAM AGREEMENT DATED 04/15/2013 AND ALL RELATED AGREEMENTS | COSTCO WHOLESALE CORPORATION 999 LAKE DR ISSAQUAH, WA 98027 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.162** | State what the contract or lease is for and the nature of the debtor's interest | EXHIBIT A TICKET/GIFT CARD PROGRAM DATED 04/15/2013 AND ALL RELATED AGREEMENTS | COSTCO WHOLESALE CORPORATION 999 LAKE DR ISSAQUAH, WA 98027 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.163** | State what the contract or lease is for and the nature of the debtor's interest | EXTRANET ACCESS ADDENDUM TO COSTCO WHOLESALE VENDOR AGREEMENT DATED 04/15/2013 AND ALL RELATED AGREEMENTS | COSTCO WHOLESALE ENTITY 999 LAKE DR ISSAQUAH, WA 98027 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.164** | State what the contract or lease is for and the nature of the debtor's interest | NOTICE TO BIDDERS DATED 03/17/2016 AND ALL RELATED AGREEMENTS | COUNTY OF HUDSON, STATE OF NEW JERSEY 567 PAVONIA AVENUE 2ND FLOOR JERSEY CITY,, NJ 07306 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.165** | State what the contract or lease is for and the nature of the debtor's interest | NOTICE TO BIDDERS DATED 04/01/2014 AND ALL RELATED AGREEMENTS | COUNTY OF HUDSON, STATE OF NEW JERSEY AT THE FREEHOLDER'S CHAMBERS 567 PAVONIA AVENUE JERSEY CITY, NJ 07030 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.166** | State what the contract or lease is for and the nature of the debtor's interest | MARINA DEL REY WATERBUS SERVICE DATED 05/06/2014 AND ALL RELATED AGREEMENTS | COUNTY OF LOS ANGELES DEPARTMENT OF BEACHES AND HARBORS 13483 FIJI WAY TRAILER 3 MARINA DEL REY, CA 90292 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   Hornblower Cruises and Events, LLC
Name

Case number (If known): 24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE RENEWAL DATED 12/09/2021 AND ALL RELATED AGREEMENTS | CROWD RIFF 1200-225 KING ST. W TORONTO, ON M5V 3M2 CANADA |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE RENEWAL DATED 10/07/2019 AND ALL RELATED AGREEMENTS | CROWDRIFF 1200-225 KING ST. W TORONTO, ON M5V 3M2 CANADA |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER LICENSE AGREEMENT DATED 06/27/2017 AND ALL RELATED AGREEMENTS | CRUNCHTIME! INFORMATION SYSTEMS, INC. 129 PORTLAND STREET BOSTON, MA 02114 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | ENTERTAINMENT AGREEMENT 2008 DATED 02/01/2008 AND ALL RELATED AGREEMENTS | DANCING DJ'S ENTERTAINMENT 6843 ROUTE 9N HOWELL, NJ 07731 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT DATED 09/04/2020 AND ALL RELATED AGREEMENTS | DECKER MANAGEMENT, LLC 109 EAST MAIN STREET SUITE 200, NORFOLK, VA 23510 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | PENN'S LANDING DOCK EXTENSION DATED 02/24/2021 AND ALL RELATED AGREEMENTS | DELAWARE RIVER WATERFRONT CORPORATION 121 N COLUMBUS BLVD PHILADELPHIA, PA 19106 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LICENSE DATED 04/21/2021 AND ALL RELATED AGREEMENTS | DELAWARE RIVER WATERFRONT CORPORATION 121 NORTH COLUMBUS BOULEVARD PHILADELPHIA, PA 19106 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor   Hornblower Cruises and Events, LLC
          Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 11/21/2013 AND ALL RELATED AGREEMENTS | DEMPSEY UNIFORM & LINEN SUPPLY 1200 MID VALLEY DRIVE JESSUP, PA 18434 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 06/17/2010 AND ALL RELATED AGREEMENTS | DEMPSEY UNIFORM & LINEN SUPPLY 1200 MID VALLEY DRIVE JESSUP, PA 18434 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AND ALL RELATED AGREEMENTS | DEPARTMENT OF ENVIRONMENTAL PROTECTION 50L04C, P.O. BOX 420 TRENTON, NJ 07302 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | TIP REPORTING ALTERNATIVE COMMITMENT DATED 10/03/2003 AND ALL RELATED AGREEMENTS | DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE 2001 BUTTERFIELD ROAD DOWNERS GROVE, IL 60515 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT DATED 04/14/2021 AND ALL RELATED AGREEMENTS | DEUTSCHE BANK TRUST COMPANY, AMERICAS C/O WHITE & CASE LLP ATTN: ANDREW ZATZ, DAVID RIDLEY & ANDREA AMULIC 1221 AVENUE OF THE AMERICAS NEW YORK, NY 10020 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT A PRICING ATTACHMENT DATED 03/14/2017 AND ALL RELATED AGREEMENTS | DIRECT ENERGY BUSINESS LLC 1001 LIBERTY AVENUE PITTSBURGH, PA 15222 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT A PRICING ATTACHMENT DATED 03/04/2020 AND ALL RELATED AGREEMENTS | DIRECT ENERGY BUSINESS LLC 1001 LIBERTY AVENUE PITTSBURGH, PA 15222 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor    Hornblower Cruises and Events, LLC
          Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.181** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PRICING ATTACHMENT TO POWERSUPPLY COORDINATION SERVICES AGREEMENT DATED 01/30/2013 AND ALL RELATED AGREEMENTS<br>UNDETERMINED | DIRECT ENERGY BUSINESS LLC<br>ATTN: CUSTOMER SERVICE MANAGER 1001 LIBERTY AVENUE<br>PITTSBURGH, PA 15222 |
| **2.182** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | COMMODITY MASTER AGREEMENT DATED 03/13/2015 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | DIRECT ENERGY BUSINESS LLC<br>1001 LIBERTY AVENUE<br>PITTSBURGH, PA 15222 |
| **2.183** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | COMMODITY MASTER AGREEMENT DATED 04/08/2022 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | DIRECT ENERGY BUSINESS MARKETING, LLC D/B/A DIRECT ENERGY BUSINESS<br>ATTN: CUSTOMER SERVICES MANAGER, 1001 LIBERTY AVENUE<br>PITTSBURGH, PA 15222 |
| **2.184** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PRICING AGREEMENT DATED 03/04/2020 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | DIRECT ENERGY BUSINESS,<br>001 LIBERTY AVENUE<br>PITTSBURGH, PA 15222 |
| **2.185** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | COMMODITY MASTER AGREEMENT DATED 03/15/2015 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | DIRECT ENERGY BUSINESS, LLC<br>1001 LIBERTY AVENUE<br>PITTSBURGH, PA 15222 |
| **2.186** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | COMMODITY MASTER AGREEMENT DATED 04/08/2022 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | DIRECT ENERGY BUSINESS, LLC<br>1001 LIBERTY AVENUE<br>PITTSBURGH, PA 15222 |
| **2.187** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | COMMITMENT AGREEMENT DATED 06/03/2010 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | DISH NETWORK<br>P.O. BOX 9033<br>LITTLETON, CO 80160 |

Debtor  Hornblower Cruises and Events, LLC

Name

Case number (If known):  24-90149 (MI)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | DISH BUSINESS ADVANTAGE- 24 MONTH COMMITMENT AGREEMENT DATED 02/01/2010 AND ALL RELATED AGREEMENTS | DISH NETWORK DISH NETWORK, P.O. BOX 9033 LITTLETON, CO 80160 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | DISH BUSINESS ADVANTAGE COMMERCIAL PLAN AGREEMENT DATED 06/03/2010 AND ALL RELATED AGREEMENTS | DISH NETWORK P.O BOX 9033 LITTLETON, CO 80160 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | DISH BUSINESS ADVANTAGE COMMERCIAL PLAN AGREEMENT DATED 06/03/2010 AND ALL RELATED AGREEMENTS | DISH NETWORK DISH NETWORK. P.O BOX 9033 LITTLETON, CO 80160 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | DISH BUSINESS ADVANTAGE COMMERCIAL PLAN AGREEMENT DATED 02/01/2011 AND ALL RELATED AGREEMENTS | DISH NETWORK P.O. BOX 9033 LITTLETON, CO 80160 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | SECURITY CONTRACTUAL AGREEMENT DATED 05/12/2018 AND ALL RELATED AGREEMENTS | DIVISON ONE PROTECTION SERVICES LLC 913 SOUTHERLY RD SUITE 280 TOWSON, MD 21204 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | ENTERTAINMENT AGREEMENT 2009 DATED 04/01/2009 AND ALL RELATED AGREEMENTS | DJ ELITE ENTERTAINMENT 701W. SOMERDALE RD. SOMERDALE, NJ 08083 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | ENTERTAINMENT AGREEMENT 2008 DATED 03/28/2008 AND ALL RELATED AGREEMENTS | DJ ELITE ENTERTAINMENT 701W. SOMERDALE RD. SOMERDALE, NJ 08083 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor  Hornblower Cruises and Events, LLC

Name

Case number (If known): 24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| | | |
|---|---|---|
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | 2.0 GENERAL CONDITIONS OF PROPOSAL AND CONTRACT DATED 04/14/1999 AND ALL RELATED AGREEMENTS | E MAYOR AND CITY COUNCIL OF BALTIMORE 36 SOUTH CHARLES STREET BALTIMORE, MD 21202 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | SECOND LEASE ADDENDUM DATED 11/19/2014 AND ALL RELATED AGREEMENTS | EAST MAIN STREET, L.L.C. ECONOMIC DEVELOPMENT C/O SAMANTHA HUDLER 999 WATERSIDE DRIVE, SUITE 2430 NORFOLK, VA 23510 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | THIRD LEASE ADDENDUM DATED 12/21/2020 AND ALL RELATED AGREEMENTS | EAST MAIN STREET, LLC ECONOMIC DEVELOPMENT C/O SAMANTHA HUDLER 999 WATERSIDE DRIVE, SUITE 2430 NORFOLK, VA 23510 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | FIRST LEASE ADDENDUM DATED 07/15/2009 AND ALL RELATED AGREEMENTS | EAST MAIN STREET, LLC ECONOMIC DEVELOPMENT C/O SAMANTHA HUDLER 999 WATERSIDE DRIVE, SUITE 2430 NORFOLK, VA 23510 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | THIRD LEASE ADDENDUM DATED 09/21/2020 AND ALL RELATED AGREEMENTS | EAST MAIN STREET, LLC ECONOMIC DEVELOPMENT C/O SAMANTHA HUDLER 999 WATERSIDE DRIVE, SUITE 2430 NORFOLK, VA 23510 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT AND SERVICES SUPPLY AGREEMENT AND ALL RELATED AGREEMENTS | ECOLAB INC 1 ECOLAB PLACE ST. PAUL, MN 55102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | WATER SOFTENER LEASE AND MAINTENANCE AGREEMENT DATED 05/16/2011 AND ALL RELATED AGREEMENTS | ECOLAB INC ECOLAB CENTER ST. PAUL, MN 55102 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): 24-90149 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.202** | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT AND SERVICES SUPPLY AGREEMENT DATED 02/01/2007 AND ALL RELATED AGREEMENTS | ECOLAB INC ECOLAB CENTER, ST. PAUL, MN 55102 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.203** | State what the contract or lease is for and the nature of the debtor's interest | 360 OF PROTECTION ECOTEMP RENTAL AGREEMENT DATED 04/01/2008 AND ALL RELATED AGREEMENTS | ECOLAB INC. ECOLAB CENTER, ST. PAUL, MN 55102 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.204** | State what the contract or lease is for and the nature of the debtor's interest | 360 OF PROTECTION ECOTEMP RENTAL AGREEMENT DATED 03/19/2008 AND ALL RELATED AGREEMENTS | ECOLAB INC. ECOLAB CENTER ST. PAUL, MN 55102 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.205** | State what the contract or lease is for and the nature of the debtor's interest | 360 OF PROTECTION ECOTEMP RENTAL AGREEMENT DATED 06/16/2008 AND ALL RELATED AGREEMENTS | ECOLAB INC. ECOLAB CENTER ST. PAUL, MN 55102 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.206** | State what the contract or lease is for and the nature of the debtor's interest | 360 OF PROTECTION ECOTEMP RENTAL AGREEMENT DATED 07/04/2010 AND ALL RELATED AGREEMENTS | ECOLAB INC. ECOLAB CENTER ST. PAUL, MN 55102 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.207** | State what the contract or lease is for and the nature of the debtor's interest | 360 OF PROTECTION ECOTEMP RENTAL AGREEMENT DATED 05/12/2008 AND ALL RELATED AGREEMENTS | ECOLAB INC. ECOLAB CENTER ST PAUL, MN 55102 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.208** | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT AND SERVICES SUPPLY AGREEMENT DATED 05/01/2021 AND ALL RELATED AGREEMENTS | ECOLAB INC. 1 ECOLAB PLACE ST. PAUL, MN 55102 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   Hornblower Cruises and Events, LLC

Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.209** State what the contract or lease is for and the nature of the debtor's interest | 360 OF PROTECTION ECOTEMP RENTAL AGREEMENT DATED 05/12/2008 AND ALL RELATED AGREEMENTS | ECOLAB INC. ECOLAB CENTER ST. PAUL, MN 55102 |

| | | |
|---|---|---|
| **2.209** | State what the contract or lease is for and the nature of the debtor's interest | 360 OF PROTECTION ECOTEMP RENTAL AGREEMENT DATED 05/12/2008 AND ALL RELATED AGREEMENTS | ECOLAB INC. ECOLAB CENTER ST. PAUL, MN 55102 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.210** | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT AND SERVICES SUPPLY AGREEMENT DATED 05/01/2021 AND ALL RELATED AGREEMENTS | ECOLAB INC. 1 ECOLAB PLACE ST. PAUL, MN 55102 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.211** | State what the contract or lease is for and the nature of the debtor's interest | ECOSURE SERVICE AGREEMENT DATED 05/08/2017 AND ALL RELATED AGREEMENTS | ECOLAB INC., ECOLAB CENTER ST. PAUL, MN 55102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.212** | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT LEASE AGREEMENT DATED 12/15/2011 AND ALL RELATED AGREEMENTS | ELECTRONIC SYSTEMS INC 369 EDWIN DR. VIRGINIA BEACH, VA 23462 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.213** | State what the contract or lease is for and the nature of the debtor's interest | ELITE LINEN LLC - SERVICE AGREEMENT DATED 03/01/2017 AND ALL RELATED AGREEMENTS | ELITE LINEN LLC 4361 ELIZABETH STREET PHILADELPHIA, PA 19124 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.214** | State what the contract or lease is for and the nature of the debtor's interest | PROCUREMENT SERVICES AGREEMENT DATED 06/01/2021 AND ALL RELATED AGREEMENTS | ENTEGRA PROCUREMENT SERVICES, LLC 9801 WASHINGTONIAN BLVD. GAITHERSBURG, MD 20878 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.215** | State what the contract or lease is for and the nature of the debtor's interest | PROCUREMENT SERVICES AGREEMENT DATED 06/01/2021 AND ALL RELATED AGREEMENTS | ENTEGRA PROCUREMENT SERVICES, LLC 9801 WASHINGTONIAN BLVD. GAITHERSBURG, MD 20878 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   Hornblower Cruises and Events, LLC
      Name

Case number (If known):   24-90149 (MI)

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | PROCUREMENT SERVICES AGREEMENT DATED 02/01/2016 AND ALL RELATED AGREEMENTS | ENTEGRA PROCUREMENT SERVICES, LLC 9801 WASHINGTONIAN BLVD. GAITHERSBURG, MD 20878 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TWO TO PROCUREMENT SERVICES AGREEMENT DATED 06/01/2021 AND ALL RELATED AGREEMENTS | ENTEGRA PROCUREMENT SERVICES, LLC 9801 WASHINGTONIAN BLVD. GAITHERSBURG, MD 20878 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND ALL RELATED AGREEMENTS | ENTERTAINMENT CRUISES, INC. 455 NORTH CITYFRONT PLAZA DRIVE SUITE 2600 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND ALL RELATED AGREEMENTS | ENTERTAINMENT CRUISES, INC. 455 NORTH CITYFRONT PLAZA DRIVE SUITE 2600 CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | ENVISIONIT MEDIA MASTER SERVICES AGREEMENT DATED 09/27/2013 AND ALL RELATED AGREEMENTS | ENVISIONIT CHICAGO, LLC. 153 W. OHIO ST. CHICAGO, IL 60654 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | SOW DATED 10/01/2013 AND ALL RELATED AGREEMENTS | ENVISIONIT CHICAGO, LLC. 153 W. OHIO ST. CHICAGO, IL 60654 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | SILOSERV SOFTWARE LICENSE AND SYSTEM ADMINISTRATION AGREEMENT DATED 05/07/2010 AND ALL RELATED AGREEMENTS | ESILO, LLC 5500 MILITARY TRL, STE 22-306 JUPITER, FL 33458 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   Hornblower Cruises and Events, LLC                                    Case number (if known)   24-90149 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | SILOSERV SOFTWARE LICENSE AND SYSTEM ADMINISTRATION AGREEMENT DATED 10/06/2011 AND ALL RELATED AGREEMENTS | ESILO, LLC 5500 MILITARY TRL, STE 22-306 JUPITER, FL 33458 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER AGREEMENT DATED 01/23/2006 AND ALL RELATED AGREEMENTS | EVERYBODY LOVES TRAVEL, LLC |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | NOTICE TO BIDDERS DATED 03/13/2012 AND ALL RELATED AGREEMENTS | EXPERIENCE AUSTRALIA MEZZCO PTY LTD 233 NORTH TERRACE LEVEL 5 JOURNEY BEYOND ADELAIDE, SA, 5000 AUSTRALIA |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED 10/29/2012 AND ALL RELATED AGREEMENTS | EXQ CONSULTING 6100 LAKE FORREST DR, STE 108 ATLANTA, GA 30328 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED 10/28/2013 AND ALL RELATED AGREEMENTS | EXQ CONSULTING 6100 LAKE FORREST DR, STE 108 ATLANTA, GA 30328 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED 10/28/2013 AND ALL RELATED AGREEMENTS | EXQ CONSULTING 6100 LAKE FORREST DR, STE 108 ATLANTA, GA 30328 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT DATED 08/12/2015 AND ALL RELATED AGREEMENTS | FEDERAL EMERGENCY MANAGEMENT AGENCY MT.WEATHER EMERGENCY OPERATIONS CENTER ATTN: DAN CARROLL 19844 BLUE RIDGE MOUNTAIN MT. WEATHER, VA 20135-2006 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   Hornblower Cruises and Events, LLC

Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT DATED 08/11/2014 AND ALL RELATED AGREEMENTS | FEDERAL EMERGENCY MANAGEMENT AGENCY BLUE RIDGE MOUNTAIN ROAD MOUNT WEATHER, VA 20135 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | 1AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT DATED 08/12/2015 AND ALL RELATED AGREEMENTS | FEDERAL EMERGENCY MANAGEMENT AGENCY 19844 BLUE RIDGE MOUNTAIN ROAD MT WEATHER, VA 20135 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT 1 CONTRACT ID CODE PAGE DATED 06/22/2016 AND ALL RELATED AGREEMENTS | FEDERAL EMERGENCY MANAGEMENT AGENCY 19844 BLUE RIDGE MOUNTAIN ROAD MOUNT WEATHER, VA 20135 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS DATED 08/11/2014 AND ALL RELATED AGREEMENTS | FEDERAL EMERGENCY MANAGEMENT AGENCY MT WEATHER EMERGENCY OPERATIONS CENTER ATTN: DAN CARROLL 19844 BLUE RIDGE MT. ROAD MOUNT WEATHER, VA 20135-2006 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED 06/11/2018 AND ALL RELATED AGREEMENTS | GAM ENTERTAINMENT GROUP, LLC. DBA ALL IN ONE ENTERTAINMENT & EVENTS 201 E PATRICK ST UNIT # 102 FREDERICK, MD 21701 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 01/18/2008 AND ALL RELATED AGREEMENTS | GAYLORD NATIONAL RESORT AND CONVENTION CENTER 344-A WATERFRONT STREET NATIONAL HARBOR, MD 20745 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | SINGLE SIDED LEASE AGREEMENT DATED 05/09/2006 AND ALL RELATED AGREEMENTS | GENERAL ELECTRIC CAPITAL CORPORATION 3000 LAKESIDE DRIVE BANNOCKBUM, IL 60015 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor    Hornblower Cruises and Events, LLC                                    Case number (If known):   24-90149 (MI)
          Name

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES STATEMENT OF WORK DATED 05/24/2019 AND ALL RELATED AGREEMENTS | GENESYS TELECOMMUNICATIONS LABORATORIES, INC 1302 EL CAMINO REAL, STE 300 MENLO PARK, CA 94025 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES STATEMENT OF WORK DATED 03/26/2019 AND ALL RELATED AGREEMENTS | GENESYS TELECOMMUNICATIONS LABORATORIES, INC. 1302 EL CAMINO REAL, STE 300 MENLO PARK, CA 94025 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED 04/01/2017 AND ALL RELATED AGREEMENTS | GEORGE WASHINGTON'S MOUNT VERNON P.O. BOX 110 MOUNT VERNON, VA 22121 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED 04/01/2017 AND ALL RELATED AGREEMENTS | GEORGE WASHINGTON'S MOUNT VERNON P.O. BOX 110 MOUNT VERNON, VA 22121 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | ATTRACTION PARTNER AGREEMENT DATED 02/14/2023 AND ALL RELATED AGREEMENTS | GO CITY GROUP NORTH AMERICA INC. P.O. BOX 320, RAYNHAM, MA 02767 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT DATED 01/01/2015 AND ALL RELATED AGREEMENTS | GOULSTON & STORRS PC 400 ATLANTIC AVENUE BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO LEASE DATED 01/01/2020 AND ALL RELATED AGREEMENTS | GOULSTON & STORRS PC ATTN: FRANK E. LITWIN, ESQ. 400 ATLANTIC AVENUE BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor  Hornblower Cruises and Events, LLC

Name

Case number (If known):  24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.244** State what the contract or lease is for and the nature of the debtor's interest: MAINTENANCE AGREEMENT DATED 12/01/2010 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | GREENS BY WHITE, INC.<br>13833 W BOULTON BLVD<br>METTAWA, IL 60045 |
| **2.245** State what the contract or lease is for and the nature of the debtor's interest: GROUPON MERCHANT AGREEMENT DATED 08/07/2012 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | GROUPON INC.<br>600 WEST CHICAGO AVE.<br>SUITE 620<br>CHICAGO, IL 60654 |
| **2.246** State what the contract or lease is for and the nature of the debtor's interest: GROUPON MERCHANT AGREEMENT DATED 08/07/2012 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | GROUPON INC.<br>600 WEST CHICAGO AVE.<br>SUITE 620<br>CHICAGO, IL 60654 |
| **2.247** State what the contract or lease is for and the nature of the debtor's interest: GROUPON MERCHANT AGREEMENT DATED 03/28/2018 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | GROUPON MERCHANT SERVICES, LLC<br>600 WEST CHICAGO AVE.<br>SUITE 400<br>CHICAGO, IL 60654 |
| **2.248** State what the contract or lease is for and the nature of the debtor's interest: GROUPON MERCHANT AGREEMENT DATED 03/28/2018 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | GROUPON MERCHANT SERVICES, LLC<br>600 WEST CHICAGO AVE., SUITE 400<br>CHICAGO, IL 60611 |
| **2.249** State what the contract or lease is for and the nature of the debtor's interest: MERCHANT AGREEMENT DATED 03/28/2018 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | GROUPON MERCHANT SERVICES, LLC<br>600 WEST CHICAGO AVE.<br>SUITE 400<br>CHICAGO, IL 60654 |
| **2.250** State what the contract or lease is for and the nature of the debtor's interest: GROUPON MERCHANT AGREEMENT DATED 03/20/2019 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | GROUPON MERCHANT SERVICES, LLC<br>600 WEST CHICAGO<br>SUITE 400<br>CHICAGO, IL 60611 |

Debtor   Hornblower Cruises and Events, LLC     Case number (If known): 24-90149 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.251** State what the contract or lease is for and the nature of the debtor's interest | GROUPON MERCHANT AGREEMENT DATED 01/13/2023 AND ALL RELATED AGREEMENTS | GROUPON MERCHANT SERVICES, LLC 600 WEST CHICAGO AVE. SUITE 400 CHICAGO, IL 60654 |

**2.251**
State what the contract or lease is for and the nature of the debtor's interest: GROUPON MERCHANT AGREEMENT DATED 01/13/2023 AND ALL RELATED AGREEMENTS
State the term remaining: UNDETERMINED
List the contract number of any government contract:
GROUPON MERCHANT SERVICES, LLC
600 WEST CHICAGO AVE.
SUITE 400
CHICAGO, IL 60654

**2.252**
State what the contract or lease is for and the nature of the debtor's interest: GROUPON MERCHANT AGREEMENT DATED 03/28/2018 AND ALL RELATED AGREEMENTS
State the term remaining: UNDETERMINED
List the contract number of any government contract:
GROUPON MERCHANT SERVICES, LLC
600 WEST CHICAGO AVE.
SUITE 400
CHICAGO, IL 60654

**2.253**
State what the contract or lease is for and the nature of the debtor's interest: GROUPON MERCHANT AGREEMENT DATED 03/20/2019 AND ALL RELATED AGREEMENTS
State the term remaining: UNDETERMINED
List the contract number of any government contract:
GROUPON MERCHANT SERVICES, LLC
600 WEST CHICAGO AVE
SUITE 400
CHICAGO, IL 60654

**2.254**
State what the contract or lease is for and the nature of the debtor's interest: GROUPON MERCHANT AGREEMENT DATED 03/28/2018 AND ALL RELATED AGREEMENTS
State the term remaining: UNDETERMINED
List the contract number of any government contract:
GROUPON MERCHANT SERVICES, LLC
600 WEST CHICAGO AVE.
SUITE 400
CHICAGO, IL 60654

**2.255**
State what the contract or lease is for and the nature of the debtor's interest: GROUPON MERCHANT AGREEMENT DATED 03/28/2018 AND ALL RELATED AGREEMENTS
State the term remaining: UNDETERMINED
List the contract number of any government contract:
GROUPON MERCHANT SERVICES, LLC
600 WEST CHICAGO AVE.
SUITE 400
CHICAGO, IL 60654

**2.256**
State what the contract or lease is for and the nature of the debtor's interest: GROUPON MERCHANT AGREEMENT DATED 01/28/2013 AND ALL RELATED AGREEMENTS
State the term remaining: UNDETERMINED
List the contract number of any government contract:
GROUPON, INC
600 WEST CHICAGO AVE
SUITE 620
CHICAGO, IL 60654

**2.257**
State what the contract or lease is for and the nature of the debtor's interest: GROUPON MERCHANT AGREEMENT DATED 01/28/2013 AND ALL RELATED AGREEMENTS
State the term remaining: UNDETERMINED
List the contract number of any government contract:
GROUPON, INC.
600 WEST CHICAGO AVE
SUITE 620
CHICAGO, IL 60654

Debtor   Hornblower Cruises and Events, LLC

Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUPON MERCHANT AGREEMENT DATED 08/09/2012 AND ALL RELATED AGREEMENTS | GROUPON, INC. 600 WEST CHICAGO AVE. SUITE 620 CHICAGO, IL 60654 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUPON MERCHANT AGREEMENT AND ALL RELATED AGREEMENTS | GROUPON, INC. 600 WEST CHICAGO AVE SUITE 620 CHICAGO, IL 60654 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUPON MERCHANT AGREEMENT DATED 08/07/2012 AND ALL RELATED AGREEMENTS | GROUPON, INC. 600 WEST CHICAGO AVE. SUITE 620 CHICAGO, IL 60654 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUPON MERCHANT AGREEMENT DATED 08/07/2012 AND ALL RELATED AGREEMENTS | GROUPON, INC. 600 WEST CHICAGO AVE. SUITE 620 CHICAGO, IL 60654 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUPON MERCHANT AGREEMENT DATED 08/08/2012 AND ALL RELATED AGREEMENTS | GROUPON, INC. 600 WEST CHICAGO AVE. SUITE 620 CHICAGO, IL 60654 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUPON MERCHANT AGREEMENT DATED 01/28/2018 AND ALL RELATED AGREEMENTS | GROUPON, INC. 600 WEST CHICAGO AVE SUITE 620 CHICAGO, IL 60654 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUPON MERCHANT AGREEMENT DATED 02/24/2015 AND ALL RELATED AGREEMENTS | GROUPON, INC. 600 WEST CHICAGO AVE SUITE 620 CHICAGO, IL 60654 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor   Hornblower Cruises and Events, LLC
      Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | GROUPON MERCHANT AGREEMENT DATED 08/07/2012 AND ALL RELATED AGREEMENTS | GROUPON, INC.<br>600 WEST CHICAGO AVE.<br>SUITE 620<br>CHICAGO, IL 60654 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | MERCHANT AGREEMENT DATED 08/09/2012 AND ALL RELATED AGREEMENTS | GROUPON, INC.<br>600 WEST CHICAGO AVE.<br>SUITE 620<br>CHICAGO, IL 60654 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT AND ALL RELATED AGREEMENTS | HARBOR COURT ASSOCIATES LLC<br>575 S. CHARLES ST.<br>BALTIMORE, MD 21201 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT AND ALL RELATED AGREEMENTS | HARBOR COURT ASSOCIATES LLC<br>575 S. CHARLES ST.<br>BALTIMORE, MD 21201 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | REVISED OFFICE SPACE PROPOSAL DATED 10/01/2014 AND ALL RELATED AGREEMENTS | HARBOR COURT ASSOCIATES, LLC<br>575 S. CHARLES ST.<br>BALTIMORE, MD 21201 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LEASE DATED 03/24/2021 AND ALL RELATED AGREEMENTS | HARBOR COURT ASSOCIATES, LLC<br>C/O THE RMR GROUP LLC<br>ATTENTION: VICE PRESIDENT, MID-ATLANTIC REGION<br>540 GAITHER ROAD, SUITE 150<br>ROCKVILLE, MD 20850 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AND ALL RELATED AGREEMENTS | HARBOR COURT ASSOCIATES, LLC<br>1250 H STREET NW,<br>SUITE 800<br>WASHINGTON, D.C., DC 20005 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): 24-90149 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** <br> LEASE BY AND BETWEEN HARBOR COURT ASSOCIATES, LLC, LANDLORD AND SPIRIT CRUISES, LLC AND ALL RELATED AGREEMENTS <br> **State the term remaining** UNDETERMINED <br> **List the contract number of any government contract** | HARBOR COURT ASSOCIATES, LLC C/O REIT MANAGEMENT & RESEARCH LLC ATTENTION: VICE PRESIDENT, MID-ATLANTIC AND OHIO VALLEY REGION 1250 H STREET NW, SUITE 800 WASHINGTON, DC 20005 |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** <br> FIRST AMENDMENT TO LEASE DATED 03/24/2021 AND ALL RELATED AGREEMENTS <br> **State the term remaining** UNDETERMINED <br> **List the contract number of any government contract** | HARBOR COURT ASSOCIATES, LLC 540 GAITHER ROAD SUITE 150 ROCKVILLE, MD 20850 |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** <br> EXHIBIT C DECLARATION BY LANDLORD AND TENANT AS TO DATE OF DELIVERY AND ACCEPTANCE OF POSSESSION OF PREMISES DATED 11/15/2014 AND UNDETERMINED <br> **State the term remaining** <br> **List the contract number of any government contract** | HARBOR COURT ASSOCIATES, LLC 575 S. CHARLES ST. BALTIMORE, MD 21201 |
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** <br> LEASE BY AND BETWEEN HARBOR COURT ASSOCIATES, LLC, LANDLORD AND SPIRIT CRUISES, LLC TENANT DATED 09/26/2014 AND ALL RELATED AGREEMENTS <br> **State the term remaining** UNDETERMINED <br> **List the contract number of any government contract** | HARBOR COURT ASSOCIATES, LLC C/O REIT MANAGEMENT & RESEARCH LLC 1250 H STREET NW SUITE 800 WASHINGTON, D.C., DC 20005 |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** <br> LEASE AND ALL RELATED AGREEMENTS <br> **State the term remaining** UNDETERMINED <br> **List the contract number of any government contract** | HARBOR COURT ASSOCIATES, LLC, P.O. BOX 826454 PHILADELPHIA, PA 19182 |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** <br> CERTIFICATE OF MERGER DATED 01/07/2008 AND ALL RELATED AGREEMENTS <br> **State the term remaining** UNDETERMINED <br> **List the contract number of any government contract** | HARBOR CRUISES LTD 561 LIGHT STREET BALTIMORE, MD 21202 |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** <br> ARTICLES OF MERGER DATED 01/07/2008 AND ALL RELATED AGREEMENTS <br> **State the term remaining** UNDETERMINED <br> **List the contract number of any government contract** | HARBOR CRUISES, LTD. 561 LIGHT STREET BALTIMORE, MD 21202 |

Debtor  Hornblower Cruises and Events, LLC
    Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 04/11/2011 AND ALL RELATED AGREEMENTS | HARBOR PLACE ASSOCIATES LIMITED PARTNERSHIP 200 E PRATT ST 4TH FLOOR BALTIMORE, MD 21202 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 03/09/2011 AND ALL RELATED AGREEMENTS | HARBOR PLACE ASSOCIATES LIMITED PARTNERSHIP 200 E PRATT ST. 4TH FLOOR BALTIMORE, MD 21202 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | TEXTILE, UNIFORM AND DISPOSABLE ITEM SERVICE RENTAL AGREEMENT DATED 02/28/2011 AND ALL RELATED AGREEMENTS | HARBOUR TEXTILE RENTAL SERVICE INC. 17 HARBOUR VIEW DR. NEW CASTLE, DE 19720 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | GRANT OF PARKING BASEMENT DATED 06/13/1989 AND ALL RELATED AGREEMENTS | HARTZ MOUNTAIN INDUSTRIES, INC. CHIESA SHAHINIAN & GIANTOMASI PC 105 EISENHOWER PARKWAY ROSELAND, NJ 07068 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 04/09/2018 AND ALL RELATED AGREEMENTS | HNY FERRY, LLC PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | TICKETING SERVICES AGREEMENT DATED 11/16/2011 AND ALL RELATED AGREEMENTS | HOLIDAY EVENTS, LLC |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT AND ALL RELATED AGREEMENTS | HORNBLOWER CRUISES AND EVENTS, INC. 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor    Hornblower Cruises and Events, LLC

Name                                                                    Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.286** State what the contract or lease is for and the nature of the debtor's interest: WRITTEN CONSENT DATED 11/17/2022 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract: | HORNBLOWER CRUISES AND EVENTS, INC.<br>455 N. CITYFRONT PLAZA DR., STE. 2600<br>CHICAGO, IL 60611 |
| **2.287** State what the contract or lease is for and the nature of the debtor's interest: BAREBOAT CHARTER AGREEMENT DATED 05/01/2023 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract: | HORNBLOWER FLEET, LLC<br>PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 |
| **2.288** State what the contract or lease is for and the nature of the debtor's interest: TOTAL IMAGE MANAGEMENT AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract: | IMACT NETWORKING LLC<br>953 NORTHPOINT BLVD<br>WAUKEGAN, IL 60085 |
| **2.289** State what the contract or lease is for and the nature of the debtor's interest: TOTAL IMAGE MANAGEMENT SUPPLEMENT DATED 05/31/2013 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract: | IMPACT NETWORKING, LLC<br>13860 WEST BOULTON BLVD.<br>LAKE FOREST, IL 60045 |
| **2.290** State what the contract or lease is for and the nature of the debtor's interest: TOTAL IMAGE MANAGEMENT SUPPLEMENT DATED 10/20/2016 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract: | IMPACT NETWORKING, LLC<br>13860 WEST BOULTON BLVD.<br>LAKE FOREST, IL 60045 |
| **2.291** State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO TOTAL IMAGE MANAGEMENT AGREEMENT AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract: | IMPACT NETWORKING, LLC,<br>953 NORTHPOINT BOULEVARD<br>WAUKEGAN, IL 60085 |
| **2.292** State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO TOTAL IMAGE MANAGEMENT AGREEMENT DATED 04/15/2013 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract: | IMPACT NETWORKING, LLC,<br>953 NORTHPOINT BOULEVARD<br>WAUKEGAN, IL 60085 |

Debtor   Hornblower Cruises and Events, LLC                                    Case number (If known):   24-90149 (MI)
         Name

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | TOTAL IMAGE MANAGEMENT SUPPLEMENT DATED 04/29/2016 AND ALL RELATED AGREEMENTS | IMPACT NETWORKING, LLC. 953 NORTHPOINT BOULEVARD WAUKEGAN, IL 60085 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | OPTION COMPARISON DATED 02/25/2019 AND ALL RELATED AGREEMENTS | INDEPENDENCE WHARF 470 ATLANTIC AVENUE BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | 2011 - 2013 SMOOTH CRUISE AGREEMENT DATED 10/22/2010 AND ALL RELATED AGREEMENTS | JOSEPHINE SAMUEL AND JAMES LLC 395 HUDSON STREET 7TH FLOOR NEW YORK, NY 10014 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE BETWEEN CHELSEA PIERS L.P. SUBLESSOR SPIRIT CRUISES, INC. SUBLESSEE DATED 01/01/1994 AND ALL RELATED AGREEMENTS | KALKINES, ARKY, ZALL & BERNSTEIN ATTENTION: PETER F. OLBERG, ESQ. KALKINES, ARKY, ZALL & BERNSTEIN 1675 BROADWAY, 27TH FLOOR NEW YORK, NY 10019 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | LENNY GREEN CRUISE AGREEMENT DATED 05/22/2018 AND ALL RELATED AGREEMENTS | LENNY GREEN ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | SIXTH AMENDMENT TO DOCKING LEASE AGREEMENT DATED 02/28/2023 AND ALL RELATED AGREEMENTS | LINCOLN HARBOR ENTERPRISES LLC 1500 HARBOR BOULEVARD WEEHAWKEN, NJ 07086 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE UNIT LEASING AGREEMENT DATED 03/14/2013 AND ALL RELATED AGREEMENTS | LINCOLN HARBOR ENTERPRISES LLC LINCOLN HARBOR YACHT CLUB 1500 HARBOR BOULEVARD WEEHAWKEN, NJ 07086 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor  Hornblower Cruises and Events, LLC
_____
Name

Case number (If known): 24-90149 (MI)

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKING LEASE AGREEMENT DATED 03/01/2006 AND ALL RELATED AGREEMENTS | LINCOLN HARBOR ENTERPRISES, LLC 1500 HARBOR BOULEVARD WEEHAWKEN, NJ 07086 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT DATED 11/02/2021 AND ALL RELATED AGREEMENTS | LINCOLN HARBOR ENTERPRISES, LLC 1500 HARBOR BOULEVARD WEEHAWKEN, NJ 07086 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO DOCKING LEASE AGREEMENT DATED 09/10/2008 AND ALL RELATED AGREEMENTS | LINCOLN HARBOR ENTERPRISES, LLC 1500 HARBOR BOULEVARD WEEHAWKEN, NJ 07086 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO DOCKING LEASE AGREEMENT DATED 03/01/2016 AND ALL RELATED AGREEMENTS | LINCOLN HARBOR ENTERPRISES, LLC 1500 HARBOR BOULEVARD WEEHAWKEN, NJ 07086 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO DOCKING LEASE AGREEMENT DATED 02/28/2017 AND ALL RELATED AGREEMENTS | LINCOLN HARBOR ENTERPRISES, LLC 1500 HARBOR BOULEVARD WEEHAWKEN, NJ 07086 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | FOURTH AMENDMENT TO DOCKING LEASE AGREEMENT DATED 11/13/2020 AND ALL RELATED AGREEMENTS | LINCOLN HARBOR ENTERPRISES, LLC 1500 HARBOR BOULEVARD WEEHAWKEN, NJ 07086 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO DOCKING LEASE AGREEMENT DATED 02/28/2017 AND ALL RELATED AGREEMENTS | LINCOLN HARBOR ENTERPRISES, LLC 1500 HARBOR BOULEVARD WEEHAWKEN, NJ 07086 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor    Hornblower Cruises and Events, LLC                                              Case number (If known):    24-90149 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO DOCKING LEASE AGREEMENT DATED 03/01/2016 AND ALL RELATED AGREEMENTS | LINCOLN HARBOR ENTERPRISES, LLC 1500 HARBOR BOULEVARD WEEHAWKEN, NJ 07086 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED 03/28/2011 AND ALL RELATED AGREEMENTS | LINENS OF THE WEEK 713 LAMONT ST N.W., DC 20010 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF CREDIT AND ALL RELATED AGREEMENTS | LONG WHARF MT LLC, 115 BROADWAY 21ST FLOOR NEW YORK, NY 10006 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT DATED 09/03/2020 AND ALL RELATED AGREEMENTS | MADISON MARQUETTE PROPERTY INVESTMENTS LLC 760 MAINE AVENUE SW WASHINGTON,, DC 20224 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | 2008 ENTERTAINMENT CONTRACT DATED 06/01/2008 AND ALL RELATED AGREEMENTS | MARK GREEL MUSIC SERVICES 57 SUMMER PATH WAY PEMBROKE, MA 02359 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | 2011 ODYSSEY BOSTON ENTERTAINMENT CONTRACT DATED 04/15/2011 AND ALL RELATED AGREEMENTS | MARK GREEL MUSIC SERVICES 57 SUMMER PATH WAY PEMBROKE, MA 02359 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | ENTERTAINMENT AGREEMENT 2011 DATED 04/15/2011 AND ALL RELATED AGREEMENTS | MARK GREEL MUSIC SERVICES 57 SUMMER PATH WAY PEMBROKE, MA 02359 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor  Hornblower Cruises and Events, LLC
     Name

Case number (If known):  24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | MARKETO, AN ADOBE COMPANY RENEWAL SALES ORDER DATED 12/02/2022 AND ALL RELATED AGREEMENTS | MARKETO, INC. 901 MARINERS ISLAND BLVD SUITE 200 SAN MATEO, CA 94404 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | MARKETO, AN ADOBE COMPANY RENEWAL SALES ORDER DATED 01/30/2022 AND ALL RELATED AGREEMENTS | MARKETO, INC., 901 MARINERS ISLAND BLVD SUITE 200, SAN MATEO,, CA 94404 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | RENEWAL SALES ORDER DATED 01/30/2021 AND ALL RELATED AGREEMENTS | MARKETO,INC. 901 MARINERS ISLAND BLVD SUITE 200 SAN MATEO, CA 94404 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT AND ALL RELATED AGREEMENTS | MARKMONITOR INC. 50 CALIFORNIA STREET - 2ND FLOOR SAN FRANCISCO, CA 94111 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | ACQUISITION AND RECOVERY SERVICES AGREEMENT AND ALL RELATED AGREEMENTS | MARKSMEN INC. 111 N. MARYLAND AVENUE SUITE 201 GLENDALE, CA 91206 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED MASTER LEASE DATED 12/01/1998 AND ALL RELATED AGREEMENTS | MASSACHUSETTS PORT AUTHORITY ONE HARBORSIDE DRIVE SUITE 200S EAST BOSTON, MA 02128-2909 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DATED 07/06/1983 AND ALL RELATED AGREEMENTS | MASSACHUSETTS PORT AUTHORITY ONE HARBORSIDE DRIVE SUITE 200S EAST BOSTON, MA 02128-2109 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): 24-90149 (MI) |
| --- | --- | --- |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | CENTRAL OFFICE MONITORING CONTRACT DATED 02/17/2012 AND ALL RELATED AGREEMENTS | MAXIMUM SECURITY SYSTEMS INC. 169 54TH STREET SUITE 15 BROOKLYN, NY 11220 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED WHARFAGE AGREEMENT SPIRIT CRUISES LLC DATED 01/01/2010 AND ALL RELATED AGREEMENTS | MAYOR AND CITY COUNCIL OF BALTIMORE 36 SOUTH CHARLES STREET BALTIMORE, MD 21202 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO AMENDED AND RESTATED WHARFAGE AGREEMENT DATED 12/19/2019 AND ALL RELATED AGREEMENTS | MAYOR AND CITY COUNCIL OF BALTIMORE 36 SOUTH CHARLES STREET BALTIMORE, MD 21202 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | WHARFAGE AGREEMENT SEADOG VENTURES INC. DATED 03/17/2010 AND ALL RELATED AGREEMENTS | MAYOR AND CITY COUNCIL OF BALTIMORE 36 SOUTH CHARLES STREET BALTIMORE, MD 21202 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | WHARFAGE AGREEMENT SEADOG VENTURES, INC. DATED 04/21/2010 AND ALL RELATED AGREEMENTS | MAYOR AND CITY COUNCIL OF BALTIMORE 36 SOUTH CHARLES STREET BALTIMORE, MD 21202 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | PORT WELCOME WHARFAGE AGREEMENT DATED 03/11/1981 AND ALL RELATED AGREEMENTS | MAYOR AND CITY COUNCIL OF BALTIMORE 222 EAST SARATOGA STREET BALTIMORE, MD 21202 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO AMENDED AND RESTATED WHARFAGE AGREEMENT AND ALL RELATED AGREEMENTS | MAYOR AND CITY COUNCIL OF BALTIMORE 36 SOUTH CHARLES STREET BALTIMORE, MD 21202 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   Hornblower Cruises and Events, LLC
         Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.328** State what the contract or lease is for and the nature of the debtor's interest | LEASE/DOCK LICENSE SUMMARIES DATED 03/11/1981 AND ALL RELATED AGREEMENTS | MAYOR AND CITY COUNCIL OF BALTIMORE 36 SOUTH CHARLES STREET BALTIMORE, MD 21202 |

**2.328**
State what the contract or lease is for and the nature of the debtor's interest: LEASE/DOCK LICENSE SUMMARIES DATED 03/11/1981 AND ALL RELATED AGREEMENTS — MAYOR AND CITY COUNCIL OF BALTIMORE, 36 SOUTH CHARLES STREET, BALTIMORE, MD 21202
State the term remaining: UNDETERMINED
List the contract number of any government contract:

**2.329**
State what the contract or lease is for and the nature of the debtor's interest: REVENUE AGREEMENT DATED 04/01/1999 AND ALL RELATED AGREEMENTS — MAYOR AND CITY COUNCIL OF BALTIMORE, 36 SOUTH CHARLES STREET, BALTIMORE, MD 21202
State the term remaining: UNDETERMINED
List the contract number of any government contract:

**2.330**
State what the contract or lease is for and the nature of the debtor's interest: WHARFAGE AGREEMENT SEADOG VENTURES, INC. DATED 03/17/2010 AND ALL RELATED AGREEMENTS — MAYOR AND CITY COUNCIL OF BALTIMORE, 36 SOUTH CHARLES STREET, BALTIMORE, MD 21202
State the term remaining: UNDETERMINED
List the contract number of any government contract:

**2.331**
State what the contract or lease is for and the nature of the debtor's interest: AMENDED AND RESTATED WHARFAGE AGREEMENT SPIRIT CRUISES LLC DATED 01/01/2010 AND ALL RELATED AGREEMENTS — MAYOR AND CITY COUNCIL OF BALTIMORE, 36 SOUTH CHARLES STREET, BALTIMORE, MD 21202
State the term remaining: UNDETERMINED
List the contract number of any government contract:

**2.332**
State what the contract or lease is for and the nature of the debtor's interest: AMENDED AND RESTATED WHARFAGE AGREEMENT DATED 01/01/2010 AND ALL RELATED AGREEMENTS — MAYOR AND CITY COUNCIL OF BALTIMORE, 417 EAST FAYETTE STREET, BALTIMORE, MD 21202
State the term remaining: UNDETERMINED
List the contract number of any government contract:

**2.333**
State what the contract or lease is for and the nature of the debtor's interest: FIRST AMENDMENT TO AMENDED AND RESTATED WHARFAGE AGREEMENT AND ALL RELATED AGREEMENTS — MAYOR AND CITY COUNCIL OF BALTIMORE, 36 SOUTH CHARLES STREET, BALTIMORE, MD 21202
State the term remaining: UNDETERMINED
List the contract number of any government contract:

**2.334**
State what the contract or lease is for and the nature of the debtor's interest: AMENDED AND RESTATED WHARFAGE AGREEMENT SPIRIT CRUISES LLC DATED 01/01/2010 AND ALL RELATED AGREEMENTS — MAYOR AND CITY COUNCIL OF BALTIMORE, 36 SOUTH CHARLES STREET, BALTIMORE, MD 21202
State the term remaining: UNDETERMINED
List the contract number of any government contract:

Debtor   Hornblower Cruises and Events, LLC                                     Case number (if known):   24-90149 (MI)
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.335** | **State what the contract or lease is for and the nature of the debtor's interest** | CHICAGO TRUCK LEASE AND ALL RELATED AGREEMENTS | MCGRATH NISSAN<br>945 E CHICAGO ST<br>ELGIN, IL 60120 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.336** | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT "A" NEW CUSTOMER ACCOUNT INFORMATION DATED 02/13/2023 AND ALL RELATED AGREEMENTS | MEAZUREUP INC.<br>12 BURBANK DRIVE<br>VAUGHAN, ON L4J7V1<br>CANADA |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.337** | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK PURSUANT TO THE PROFESSIONAL SERVICES AGREEMENT DATED 10/15/2014 AND ALL RELATED AGREEMENTS | METACOMMUNICATIONS, INC<br>201 EAST WASHINGTON STREET<br>IOWA CITY, IA 52240 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.338** | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT RIDER AND ALL RELATED AGREEMENTS | METACOMMUNICATIONS, INC.<br>1210 S. GILBERT STREET<br>IOWA CITY, IA 52240 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.339** | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION ORDER FORM TO THE MASTER SUBSCRIPTION AGREEMENT DATED 11/01/2014 AND ALL RELATED AGREEMENTS | METACOMMUNICATIONS, INC.<br>1210 S. GILBERT STREET<br>IOWA QTY, IA 52240 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.340** | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT DATED 10/15/2014 AND ALL RELATED AGREEMENTS | METACOMMUNLCATLONS, INC.<br>1210 SOUTH GILBERT STREET<br>IOWA CITY, IA 52240 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.341** | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT DATED 01/01/2011 AND ALL RELATED AGREEMENTS | METROPOLITAN PIE AND EXPOSITION AUTHORITY<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor    Hornblower Cruises and Events, LLC                                    Case number (If known):   24-90149 (MI)
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.342** State what the contract or lease is for and the nature of the debtor's interest — License Agreements Dated 6/1/2011 and all related agreements<br><br>State the term remaining<br><br>List the contract number of any government contract | Metropolitan Pier and Exposition Authority<br>301 E. CERMAK ROAD<br>CHICAGO, IL 60611 |
| **2.343** State what the contract or lease is for and the nature of the debtor's interest — LICENSE AGREEMENT DATED 01/01/2012 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | METROPOLITAN PIER AND EXPOSITION AUTHORITY<br>301 E. CERMAK ROAD<br>CHICAGO, IL 60611 |
| **2.344** State what the contract or lease is for and the nature of the debtor's interest — LICENSE AGREEMENT DATED 01/01/2010 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | METROPOLITAN PIER AND EXPOSITION AUTHORITY<br>301 EAST CERMAK ROAD<br>CHICAGO, IL 60616 |
| **2.345** State what the contract or lease is for and the nature of the debtor's interest — LICENSE AGREEMENT DATED 01/01/2001 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | METROPOLITAN PIER AND EXPOSITION AUTHORITY<br>301 E. CERMAK ROAD<br>CHICAGO, IL 60611 |
| **2.346** State what the contract or lease is for and the nature of the debtor's interest — LICENSE AGREEMENT DATED 03/01/2011 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | METROPOLITAN PIER AND EXPOSITION AUTHORITY<br>301 EAST CCRMAK ROAD<br>CHICAGO, IL 60616 |
| **2.347** State what the contract or lease is for and the nature of the debtor's interest — STORAGE SPACE AGREEMENT DATED 02/01/2003 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | METROPOLITAN PIER AND EXPOSITION AUTHORITY<br>301 EAST CERMAK ROAD,<br>CHICAGO, IL 60616 |
| **2.348** State what the contract or lease is for and the nature of the debtor's interest — LICENSE AGREEMENT DATED 01/01/2011 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | METROPOLITAN PIER AND EXPOSITION AUTHORITY<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |

Debtor   Hornblower Cruises and Events, LLC
_____
         Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.349** State what the contract or lease is for and the nature of the debtor's interest: LICENSE AGREEMENT DATED 03/01/2011 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | METROPOLITAN PIER AND EXPOSITION AUTHORITY<br>301 EAST CERMAK ROAD<br>CHICAGO, IL 60616 |
| **2.350** State what the contract or lease is for and the nature of the debtor's interest: LICENSE AGREEMENT DATED 01/01/2011 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | METROPOLITAN PIER AND EXPOSITION AUTHORITY<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |
| **2.351** State what the contract or lease is for and the nature of the debtor's interest: LICENSE AGREEMENT DATED 03/02/2001 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | METROPOLITAN PIER AND EXPOSITION AUTHORITY<br>301 E. CERMAK ROAD<br>CHICAGO, IL 60623 |
| **2.352** State what the contract or lease is for and the nature of the debtor's interest: LICENSE AGREEMENT DATED 01/01/2011 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | METROPOLITAN PIER AND EXPOSITION MPEA<br>301 EAST CERMAK ROAD<br>CHICAGO, IL 60616 |
| **2.353** State what the contract or lease is for and the nature of the debtor's interest: MTA JOINT PROMOTION AGREEMENT DATED 10/07/2022 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | METROPOLITAN TRANSPORTATION AUTHORITY<br>2 BROADWAY<br>NEW YORK, NY 10004 |
| **2.354** State what the contract or lease is for and the nature of the debtor's interest: Enterprise Renewal Form and all related agreements<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | MICROSOFT<br>DEPT. 551, VOLUME LICENSING<br>6100 NEIL ROAD<br>SUITE 210<br>RENO, NV 89511-1137 |
| **2.355** State what the contract or lease is for and the nature of the debtor's interest: MICROSOFT VOLUME LICENSING DATED 06/26/2017 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | MICROSOFT<br>DEPT. 551, VOLUME LICENSING<br>6100 NEIL ROAD<br>SUITE 210<br>RENO, NV 89511-1137 |

Debtor  Hornblower Cruises and Events, LLC
Name

Case number (If known): 24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.356** State what the contract or lease is for and the nature of the debtor's interest: AGREEMENT DATED 08/12/2011 AND ALL RELATED AGREEMENTS | MID AMERICA PRODUCTIONS, INC. 265 SUNRISE HWY, STE 1-183 ROCKVILLE CENTRE, NY 11570 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |
| **2.357** State what the contract or lease is for and the nature of the debtor's interest: BAREBOAT BARGE CHARTER AGREEMENT DATED 08/01/2023 AND ALL RELATED AGREEMENTS | MIDDLE RIVER MARINE, LLC 18861 S. 90TH AVENUE MOKENA, IL 60448 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |
| **2.358** State what the contract or lease is for and the nature of the debtor's interest: TICKET AGREEMENT DATED 08/18/2022 AND ALL RELATED AGREEMENTS | MILITARY TICKET PROGRAM C/O NAVY MWR 5720 INTEGRITY DR MILLINGTON, TN 38055 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |
| **2.359** State what the contract or lease is for and the nature of the debtor's interest: TICKET AGREEMENT DATED 08/18/2022 AND ALL RELATED AGREEMENTS | MILITARY TICKET PROGRAM C/O NAVY MWR 5720 INTEGRITY DR MILLINGTON, TN 38055 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |
| **2.360** State what the contract or lease is for and the nature of the debtor's interest: TICKET AGREEMENT DATED 11/17/2022 AND ALL RELATED AGREEMENTS | MILITARY TICKET PROGRAM C/O NAVY MWR 5720 INTEGRITY DR MILLINGTON, TN 38055 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |
| **2.361** State what the contract or lease is for and the nature of the debtor's interest: TICKET AGREEMENT DATED 12/05/2022 AND ALL RELATED AGREEMENTS | MILITARY TICKET PROGRAM C/O NAVY MWR 5720 INTEGRITY DR MILLINGTON, TN 38055 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |
| **2.362** State what the contract or lease is for and the nature of the debtor's interest: TICKET AGREEMENT DATED 08/18/2022 AND ALL RELATED AGREEMENTS | MILITARY TICKET PROGRAM C/O NAVY MWR 5720 INTEGRITY DR MILLINGTON, TN 38055 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |

Debtor  Hornblower Cruises and Events, LLC

Name

Case number (If known): 24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.363** State what the contract or lease is for and the nature of the debtor's interest: TICKET AGREEMENT DATED 11/17/2022 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | MILITARY TICKET PROGRAM<br>C/O NAVY MWR<br>5720 INTEGRITY DR<br>MILLINGTON, TN 38055 |
| **2.364** State what the contract or lease is for and the nature of the debtor's interest: TICKET AGREEMENT DATED 11/17/2022 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | MILITARY TICKET PROGRAM<br>C/O NAVY MWR<br>5720 INTEGRITY DR<br>MILLINGTON, TN 38055 |
| **2.365** State what the contract or lease is for and the nature of the debtor's interest: TICKET AGREEMENT DATED 09/28/2022 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | MILITARY TICKET PROGRAM<br>C/O NAVY MWR<br>5720 INTEGRITY DR<br>MILLINGTON, TN 38055 |
| **2.366** State what the contract or lease is for and the nature of the debtor's interest: TICKET AGREEMENT DATED 11/17/2022 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | MILITARY TICKET PROGRAM<br>C/O NAVY MWR<br>5720 INTEGRITY DR<br>MILLINGTON, TN 38055 |
| **2.367** State what the contract or lease is for and the nature of the debtor's interest: CUSTOMER CONFIRMATION DATED 12/04/2019 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | MIMECAST NORTH AMERICA, INC.<br>191 SPRING STREET<br>LEXINGTON, MA 02421 |
| **2.368** State what the contract or lease is for and the nature of the debtor's interest: COMMITMENT AGREEMENT AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | MOOREHEAD COMMUNICATIONS INC DBA CELLULAR CONNECT<br>P.O. BOX 1870<br>MARION, IN 46952 |
| **2.369** State what the contract or lease is for and the nature of the debtor's interest: COMMITMENT AGREEMENT DATED 07/14/2010 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | MOOREHEAD COMMUNICATIONS INC DBA CELLULAR CONNECTI<br>P.O. BOX 46952<br>MARION, IN 46952 |

Debtor  Hornblower Cruises and Events, LLC                                      Case number (If known):   24-90149 (MI)
        Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.370** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 04/01/2017 AND ALL RELATED AGREEMENTS | MORGAN SERVICES, INC. 4301 S. MORGAN STREET CHICAGO, IL 60609 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.371** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 05/19/2014 AND ALL RELATED AGREEMENTS | MORGAN SERVICES, INC. 4301 S. MORGAN STREET CHICAGO, IL 60609 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.372** State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT DATED 01/01/2015 AND ALL RELATED AGREEMENTS | MORGAN STANLEY REAL ESTATE ADVISOR, INC. 1585 BROADWAY 37TH FLOOR NEW YORK, NY 10036 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.373** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED 05/19/1997 AND ALL RELATED AGREEMENTS | MOUNT VERNON LADIES ASSOCIATION 5700 LAKE WRIGHT DRIVE, SUITE 203 NORFOLK, VA 23502 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.374** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED 10/28/2011 AND ALL RELATED AGREEMENTS | MOUNT VERNON LADIES' ASSOCIATION OF THE UNION ATTN: CHIEF FINANCIAL OFFICER SOUTH END OF GEORGE WASHINGTON PARKWAY MOUNT VERNON, VA 22121 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.375** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED 05/19/1997 AND ALL RELATED AGREEMENTS | MOUNT VERNON LADIES' ASSOCIATION OF THE UNION ATTN: CHIEF FINANCIAL OFFICER SOUTH END OF GEORGE WASHINGTON PARKWAY MOUNT VERNON, VA 22121 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.376** State what the contract or lease is for and the nature of the debtor's interest | ENTERTAINMENT CRUISES 2019-2020 CONTRACT DATED 01/01/2019 AND ALL RELATED AGREEMENTS | MURRAY HILL TALENT 100 FERNCROFT ROAD, SUITE 109 DANVERS, MA 01923 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC SERVICE AGREEMENT DATED 11/13/2009 AND ALL RELATED AGREEMENTS | MUZAK LLC 1703 W. 5TH ST STE 600 AUSTIN, TX 78703 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | MOOD MEDIA MULTI TERRITORY ACCOUNT SERVICE AGREEMENT DATED 10/26/2016 AND ALL RELATED AGREEMENTS | MUZAK LLC D/B/A MOOD MEDIA 1703 W. 5TH ST STE 600 AUSTIN, TX 78703 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | LETTER FOR ROOF ACCESS DATED 12/03/2019 AND ALL RELATED AGREEMENTS | NATIONAL AQUARIUM CENTRAL RESERVATIONS DEPT. BALTIMORE, MD 21202-3094 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 01/01/2010 AND ALL RELATED AGREEMENTS | NAVY PIER 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 01/01/2014 AND ALL RELATED AGREEMENTS | NAVY PIER 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.382 | State what the contract or lease is for and the nature of the debtor's interest | 2021 AMENDMENT TO LICENSE AGREEMENT DATED 10/01/2021 AND ALL RELATED AGREEMENTS | NAVY PIER INC 600 E. GRAND AVENUE CHICAGO, IL 60611 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | STORAGE AGREEMENT DATED 04/01/2013 AND ALL RELATED AGREEMENTS | NAVY PIER INC 600 E. GRAND AVENUE CHICAGO, IL 60611 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor  Hornblower Cruises and Events, LLC
        Name

Case number (If known): 24-90149 (MI)

■  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO LICENSE AGREEMENT DATED 01/09/2020 AND ALL RELATED AGREEMENTS | NAVY PIER INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT No. 1 TO LICENSE AGREEMENT | NAVY PIER INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT DATED 01/01/2012 AND ALL RELATED AGREEMENTS | NAVY PIER INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | 2021 AMENDMENT TO LICENSE AGREEMENT DATED 10/01/2021 AND ALL RELATED AGREEMENTS | NAVY PIER INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT DATED 01/01/2012 AND ALL RELATED AGREEMENTS | NAVY PIER INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT BETWEEN NAVY PIER INC. AND SPIRIT CRUISES LLC. DATED 01/01/2012 AND ALL RELATED AGREEMENTS | NAVY PIER INC. P.O. BOX 13421 NEW YORK, NY 10087-3421 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT DATED 01/01/2012 AND ALL RELATED AGREEMENTS | NAVY PIER INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| Debtor | Hornblower Cruises and Events, LLC | | Case number (If known):   24-90149 (MI) |
| --- | --- | --- | --- |
| | Name | | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
| --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
| --- |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.391** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT No. 1 TO LICENSE AGREEMENT | NAVY PIER INC.<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.392** | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LICENSE AGREEMENT DATED 01/09/2020 AND ALL RELATED AGREEMENTS | NAVY PIER INC.<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.393** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendments to LICENSE AGREEMENT and all related agreements | NAVY PIER INC.<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.394** | **State what the contract or lease is for and the nature of the debtor's interest** | 2021 AMENDMENT TO LICENSE AGREEMENT DATED 10/01/2021 AND ALL RELATED AGREEMENTS | NAVY PIER INC.<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.395** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LICENSE AGREEMENT DATED 10/01/2021 AND ALL RELATED AGREEMENTS | NAVY PIER INC.<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.396** | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT BETWEEN NAVY PIER INC. AND SEADOG VENTURES, INC. DATED 01/01/2012 AND ALL RELATED AGREEMENTS | NAVY PIER INC.<br>P.O. BOX 13421<br>NEW YORK, NY 10087-3421 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.397** | **State what the contract or lease is for and the nature of the debtor's interest** | 2021 AMENDMENT TO LICENSE AGREEMENT DATED 10/01/2021 AND ALL RELATED AGREEMENTS | NAVY PIER INC.<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): 24-90149 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.398** | **State what the contract or lease is for and the nature of the debtor's interest** | 2021 AMENDMENT TO LICENSE AGREEMENT IN RELATION TO THE COVID 19 PANDEMIC DATED 10/01/2021 AND ALL RELATED AGREEMENTS | NAVY PIER INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.399** | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LICENSE AGREEMENT DATED 01/19/2020 AND ALL RELATED AGREEMENTS | NAVY PIER INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.400** | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT DATED 01/01/2012 AND ALL RELATED AGREEMENTS | NAVY PIER INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.401** | **State what the contract or lease is for and the nature of the debtor's interest** | 2021 AMENDMENT TO LICENSE AGREEMENT IN RELATION TO THE COVID 19 PANDEMIC DATED 10/01/2021 AND ALL RELATED AGREEMENTS | NAVY PIER INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.402** | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT DATED 01/01/2014 AND ALL RELATED AGREEMENTS | NAVY PIER INC. 600 EAST GRAND AVENUE ATTENTION: NAVY PIER PRESIDENT/CEO CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.403** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LICENSE AGREEMENT DATED 10/01/2021 AND ALL RELATED AGREEMENTS | NAVY PIER INC. 600 EAST GRAND AVENU CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.404** | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT DATED 01/01/2012 AND ALL RELATED AGREEMENTS | NAVY PIER INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor  Hornblower Cruises and Events, LLC
_____
Name

Case number (If known):   24-90149 (MI)
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.405** State what the contract or lease is for and the nature of the debtor's interest: LICENSE AGREEMENT DATED 01/01/2012 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | NAVY PIER INC.<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |
| **2.406** State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO LICENSE AGREEMENT IN RELATION TO THE COVID 19 PANDEMIC DATED 09/10/2020 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | NAVY PIER INC.<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |
| **2.407** State what the contract or lease is for and the nature of the debtor's interest: LICENSE AGREEMENT DATED 01/01/2012 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | NAVY PIER INC.<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |
| **2.408** State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO LICENSE AGREEMENT DATED 10/01/2021 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | NAVY PIER INC.<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |
| **2.409** State what the contract or lease is for and the nature of the debtor's interest: LICENSE AGREEMENT DATED 01/01/2012 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | NAVY PIER INC.<br>600 EAST GRAND AVENUE<br>ATTENTION: NAVY PIER PRESIDCNT/CEO<br>CHICAGO, IL 60611 |
| **2.410** State what the contract or lease is for and the nature of the debtor's interest: LICENSE AGREEEMENT DATED 01/01/2012 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | NAVY PIER INC.<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |
| **2.411** State what the contract or lease is for and the nature of the debtor's interest: LICENSE AGREEMENT DATED 01/01/2012 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | NAVY PIER INC.<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |

Debtor    Hornblower Cruises and Events, LLC
Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.412** **State what the contract or lease is for and the nature of the debtor's interest** LICENSE AGREEMENT BETWEEN NAVY HER INC. AND PREMIER YACHTS, INC. DATED 01/01/2012 AND ALL RELATED AGREEMENTS | NAVY PIER INC. P.O. BOX 13421 NEW YORK, NY 10087-3421 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.413** **State what the contract or lease is for and the nature of the debtor's interest** LICENSE AGREEMENT AND ALL RELATED AGREEMENTS | NAVY PIER INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.414** **State what the contract or lease is for and the nature of the debtor's interest** LICENSE AGREEMENT BETWEEN NAVY PIER INC. AND MYSTIC BLUE CRUISES, INC. DATED 01/01/2012 AND ALL RELATED AGREEMENTS | NAVY PIER INC. P.O. BOX 13421 NEW YORK, NY 10087-3421 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.415** **State what the contract or lease is for and the nature of the debtor's interest** FIRST AMENDMENT TO LICENSE AGREEMENT AND ALL RELATED AGREEMENTS | NAVY PIER, INC 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.416** **State what the contract or lease is for and the nature of the debtor's interest** SECOND AMENDMENT TO LICENSE AGREEMENT DATED 02/22/2017 AND ALL RELATED AGREEMENTS | NAVY PIER, INC 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.417** **State what the contract or lease is for and the nature of the debtor's interest** LICENSE EXTENSION AGREEMENT DATED 10/01/2011 AND ALL RELATED AGREEMENTS | NAVY PIER, INC 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.418** **State what the contract or lease is for and the nature of the debtor's interest** FIRST AMENDMENT TO LICENSE AGREEMENT AND ALL RELATED AGREEMENTS | NAVY PIER, INC 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
| | Name | | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO LICENSE AGREEMENT DATED 02/22/2017 AND ALL RELATED AGREEMENTS | NAVY PIER, INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LICENSE AGREEMENT DATED 01/09/2020 AND ALL RELATED AGREEMENTS | NAVY PIER, INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LICENSE AGREEMENT AND ALL RELATED AGREEMENTS | NAVY PIER, INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT BETWEEN NAVY HER INC. AND PREMIER YACHTS, INC. DATED 01/01/2012 AND ALL RELATED AGREEMENTS | NAVY PIER, INC. NAVY PIER GENERAL COUNSEL 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO LICENSE AGREEMENT AND ALL RELATED AGREEMENTS | NAVY PIER, INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | License Agreements Dated 3/11/2019 and all related agreements | Navy Pier, Inc. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENTS DATED 04/18/2019 AND ALL RELATED AGREEMENTS | NAVY PIER, INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   Hornblower Cruises and Events, LLC

Name

Case number (If known):   24-90149 (MI)

■   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.426** **State what the contract or lease is for and the nature of the debtor's interest** | RENEW LICENSE AGREEMENTS AND ALL RELATED AGREEMENTS | NAVY PIER, INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.427** **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE EXTENSION AGREEMENT DATED 10/01/2011 AND ALL RELATED AGREEMENTS | NAVY PIER, INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.428** **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LICENSE AGREEMENT DATED 02/22/2017 AND ALL RELATED AGREEMENTS | NAVY PIER, INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.429** **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT DATED 01/01/2012 AND ALL RELATED AGREEMENTS | NAVY PIER, INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.430** **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE EXTENSION AGREEMENT DATED 10/01/2011 AND ALL RELATED AGREEMENTS | NAVY PIER, INC. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.431** **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT BETWEEN NAVY PIER INC. AND SEADOG VENTURES, INC. DATED 01/01/2012 AND ALL RELATED AGREEMENTS | NAVY PIER, INC. NAVY PIER GENERAL COUNSEL 600 FAST GRAND AVENUE CHICAGO, IL 60611 |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.432** **State what the contract or lease is for and the nature of the debtor's interest** | License Agreements Dated 6/1/2011 and all related agreements | Navy Pier, Inc. 600 EAST GRAND AVENUE CHICAGO, IL 60611 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

Debtor  Hornblower Cruises and Events, LLC
Name

Case number (If known)  24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.433** State what the contract or lease is for and the nature of the debtor's interest — AMENDMENT NO. 1 TO LICENSE AGREEMENT AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | NAVY PIER, INC.<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |
| **2.434** State what the contract or lease is for and the nature of the debtor's interest — SECOND AMENDMENT TO LICENSE AGREEMENT DATED 01/09/2020 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | NAVY PIER, INC.<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |
| **2.435** State what the contract or lease is for and the nature of the debtor's interest — LICENSE AGREEMENT BETWEEN NAVY PIER INC. AND MYSTIC BLUE CRUISES, INC. DATED 01/01/2012 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | NAVY PIER, INC.<br>NAVY PIER GENERAL COUNSEL<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |
| **2.436** State what the contract or lease is for and the nature of the debtor's interest — LICENSE AGREEMENT BETWEEN NAVY PIER INC. AND SPIRIT CRUISES LLC. DATED 01/01/2012 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | NAVY PIER, INC.<br>ATTENTION: NAVY PIER PRESIDENT/CEO<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |
| **2.437** State what the contract or lease is for and the nature of the debtor's interest — FIRST AMENDMENT TO LICENSE AGREEMENT DATED 01/09/2020 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | NAVY PIER, INC.<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |
| **2.438** State what the contract or lease is for and the nature of the debtor's interest — LICENSE EXTENSION AGREEMENT DATED 10/01/2011 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | NAVY PIER, INC.<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |
| **2.439** State what the contract or lease is for and the nature of the debtor's interest — LICENSE AGREEMENT DATED 01/01/2012 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | NAVY PIER, INC.<br>600 EAST GRAND AVENUE<br>CHICAGO, IL 60611 |

Debtor  Hornblower Cruises and Events, LLC
     Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.440** State what the contract or lease is for and the nature of the debtor's interest: LICENSE EXTENSION AGREEMENT DATED 10/01/2011 AND ALL RELATED AGREEMENTS <br> State the term remaining: UNDETERMINED <br> List the contract number of any government contract | NAVY PIER, INC. <br> 600 EAST GRAND AVENUE <br> CHICAGO, IL 60611 |
| **2.441** State what the contract or lease is for and the nature of the debtor's interest: LICENSE AGREEMENT DATED 01/01/2012 AND ALL RELATED AGREEMENTS <br> State the term remaining: UNDETERMINED <br> List the contract number of any government contract | NAVY PIER, INC. <br> 600 EAST GRAND AVENUE <br> CHICAGO, IL 60611 |
| **2.442** State what the contract or lease is for and the nature of the debtor's interest: PROCARE DISPENSER LOAN AND SERVICE AGREEMENT DATED 02/03/2017 AND ALL RELATED AGREEMENTS <br> State the term remaining: UNDETERMINED <br> List the contract number of any government contract | NESTLS PROFESSIONAL BEVERAGES <br> 30000 BAINBRIDGE RD <br> SOLON, OH 44139 |
| **2.443** State what the contract or lease is for and the nature of the debtor's interest: MEMORANDUM OF UNDERSTANDING DATED 09/10/2021 AND ALL RELATED AGREEMENTS <br> State the term remaining: UNDETERMINED <br> List the contract number of any government contract | NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES/ HUMAN RESOURCES ADMINISTRATION <br> IDNYC PROGRAM 1 METROTECH CENTER, 6LTL FL. <br> BROOKLYN, NY 11201 |
| **2.444** State what the contract or lease is for and the nature of the debtor's interest: BAREBOAT CHARTER AGREEMENT AND ALL RELATED AGREEMENTS <br> State the term remaining: UNDETERMINED <br> List the contract number of any government contract | NIAGARA JET HOLDINGS, LLC <br> PIER 3, THE EMBARCADERO <br> SAN FRANCISCO, CA 94111 |
| **2.445** State what the contract or lease is for and the nature of the debtor's interest: MASTER SERVICES AGREEMENT DATED 10/11/2019 AND ALL RELATED AGREEMENTS <br> State the term remaining: UNDETERMINED <br> List the contract number of any government contract | NOVATIME TECHNOLOGY, INC. <br> 11995 SINGLETREE LANE <br> SUITE 400 <br> EDEN PRAIRIE, MN 55344 |
| **2.446** State what the contract or lease is for and the nature of the debtor's interest: ORDER FORM DATED 10/11/2019 AND ALL RELATED AGREEMENTS <br> State the term remaining: UNDETERMINED <br> List the contract number of any government contract | NOVATIME TECHNOLOGY, INC. <br> 11995 SINGLETREE LANE <br> SUITE 400 <br> EDEN PRAIRIE, MN 55344 |

Debtor   Hornblower Cruises and Events, LLC                                    Case number (If known):   24-90149 (MI)
         Name

▮   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.447** State what the contract or lease is for and the nature of the debtor's interest | PRICE AGREEMENT DATED 05/01/2009 AND ALL RELATED AGREEMENTS | ODYSSEY - 5% DISCOUNT W/PA 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |

| | | |
|---|---|---|
| **2.447** | State what the contract or lease is for and the nature of the debtor's interest | PRICE AGREEMENT DATED 05/01/2009 AND ALL RELATED AGREEMENTS | ODYSSEY - 5% DISCOUNT W/PA 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.448** | State what the contract or lease is for and the nature of the debtor's interest | SEASONAL COMMERCIAL SLIP LICENSE AGREEMENT MARINE TERMINAL AT DIAMOND TEAGUE PARK DATED 03/01/2016 AND ALL RELATED AGREEMENTS | OFFICE OF THE DEPUTY MAYOR FOR PLANNING AND ECONOMIC DEVELOPMENT ATTN: PROJECT MANAGER. DIAMOND TEAGUE PARK 1350 PENNSYLVANIA AVE. NW, SUITE 317 WASHINGTON, DC 20004 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.449** | State what the contract or lease is for and the nature of the debtor's interest | SECURITY SERVICE AGREEMENT DATED 10/22/2015 AND ALL RELATED AGREEMENTS | ONPOINT SECURITY LLC 109 E. MAIN ST, SUITE 500 NORFOLK, VA 23510 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.450** | State what the contract or lease is for and the nature of the debtor's interest | SECURITY SERVICE AGREEMENT DATED 10/22/2015 AND ALL RELATED AGREEMENTS | ONPOINT SECURITY LLC 109 E. MAIN ST, SUITE 500 NORFOLK, VA 23510 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.451** | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM DATED 07/15/2015 AND ALL RELATED AGREEMENTS | OPTIMIZELY, INC. 631 HOWARD STREET SUITE 100 SAN FRANCISCO, CA 94105 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.452** | State what the contract or lease is for and the nature of the debtor's interest | ATTRACTIONS LISTING AGREEMENT DATED 07/30/2007 AND ALL RELATED AGREEMENTS | ORBITZ WORLDWIDE, LLC 500 W. MADISON STREET SUITE 1000 CHICAGO, IL 60661 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.453** | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SERVICE AGREEMENT AND ALL RELATED AGREEMENTS | ORGANIC DIVERSION 46 SOUTH MAPLE AVENUE MARLTON, NJ 08053 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor  Hornblower Cruises and Events, LLC
_____
Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | OSCAR L. FULLER CRUISE AGREEMENT AND ALL RELATED AGREEMENTS | OSCAR L. FULLER ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | 2019 SPIRIT ENTERTAINMENT CONTRACT DATED 01/01/2019 AND ALL RELATED AGREEMENTS | OSCAR NUNEZ ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 03/24/2008 AND ALL RELATED AGREEMENTS | OUTSOIVE, L.L.C. 3116 S STREET METAIRIE, LA 70002 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE ORDER DATED 11/28/2022 AND ALL RELATED AGREEMENTS | OUTSOLVE 3116 5TH STREET METAIRIE, LA 70002 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT ADDENDUM AND ALL RELATED AGREEMENTS | OUTSOLVE LLC 3330 W ESPLANADE AVE S. SUITE 301. METAIRIE, LA 70002 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT ADDENDUM AND ALL RELATED AGREEMENTS | OUTSOLVE, LLC 330 W ESPLANADE AVE S. SUITE 301. METAIRIE, LA 70002 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE ORDER DATED 12/16/2020 AND ALL RELATED AGREEMENTS | OUTSOLVE, LLC 330 W ESPLANADE AVE S. SUITE 301. METAIRIE, LA 70002 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor   Hornblower Cruises and Events, LLC                                    Case number (If known):   24-90149 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.461** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 03/04/2011 AND ALL RELATED AGREEMENTS | PAETEC<br>C/O WINDSTREAM SERVICES, LLC<br>ATTN: LEGAL DEPT<br>4005 N RODNEY PARHAM RD<br>LITTLE ROCK, AR 72212 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.462** | State what the contract or lease is for and the nature of the debtor's interest | TEMPORARY AND DIRECT HIRE LETTER OF AGREEMENT DATED 02/21/2011 AND ALL RELATED AGREEMENTS | PALADIN MARKETING RESOURCES, INC.<br>1451 W CYPRESS CREEK RD, STE 300<br>FT LAUDERDALE, FL 33309 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.463** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO TIME CHARTER (SPIRIT OF WASHINGTON) DATED 12/30/2005 AND ALL RELATED AGREEMENTS | PEGASUS YACHTS<br>3450 RIVERSIDE DRIVE<br>OCEANSIDE, NY 11572 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.464** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO TIME CHARTER AND ALL RELATED AGREEMENTS | PEGASUS YACHTS, INCORPORATED<br>3450 RIVERSIDE DRIVE<br>OCEANSIDE, NY 11572 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.465** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO TIME CHARTER AND ALL RELATED AGREEMENTS | PEGASUS YACHTS, INCORPORATED<br>3450 RIVERSIDE DRIVE<br>OCEANSIDE, NY 11572 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.466** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO TIME CHARTER AND ALL RELATED AGREEMENTS | PEGASUS YACHTS, INCORPORATED<br>3450 RIVERSIDE DRIVE<br>OCEANSIDE, NY 11572 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.467** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO TIME CHARTER DATED 03/18/2015 AND ALL RELATED AGREEMENTS | PEGASUS YACHTS, INCORPORATED<br>3450 RIVERSIDE DRIVE<br>OCEANSIDE, NY 11572 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor    Hornblower Cruises and Events, LLC
          Name                                                    Case number (If known):   24-90149 (MI)

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | TIME CHARTER DATED 09/01/2005 AND ALL RELATED AGREEMENTS | PEGASUS YACHTS, INCORPORATED 3450 RIVERSIDE DRIVE, OCEANSIDE,, NY 11572 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | TIME CHARTER DATED 09/01/2005 AND ALL RELATED AGREEMENTS | PEGASUS YACHTS, INCORPORATED 3450 RIVERSIDE DRIVE OCEANSIDE, NY 11572 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO TIME CHARTER AND ALL RELATED AGREEMENTS | PEGASUS YACHTS, INCORPORATED 3450 RIVERSIDE DRIVE OCEANSIDE, NY 11572 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT DATED 09/11/2020 AND ALL RELATED AGREEMENTS | PEMBROKE REAL ESTATE LLC 255 STATE STREET BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO APRON SUBLEASE DATED 01/01/2015 AND ALL RELATED AGREEMENTS | PEMBROKE REAL ESTATE, INC 255 STATE STREET BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO APRON SUBLEASE DATED 01/01/2015 AND ALL RELATED AGREEMENTS | PEMBROKE REAL ESTATE, INC. 255 STATE STREET BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE BUILDING LEASE DATED 02/28/2005 AND ALL RELATED AGREEMENTS | PETER G. DECKER, JR. ADDRESS ON FILE |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   Hornblower Cruises and Events, LLC                                Case number (If known):   24-90149 (MI)
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.475** State what the contract or lease is for and the nature of the debtor's interest<br><br>RECRUITMENT SERVICES AGREEMENT DATED 02/14/2020 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | PHAIDON INTERNATIONAL (U.S.) INC.<br>622 3RD AVENUE, 8TH FLOOR<br>NEW YORK, NY 10017 |
| **2.476** State what the contract or lease is for and the nature of the debtor's interest<br><br>CONSENT TO ASSIGNMENT DATED 09/19/2014 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | PHOTOGENIC, INC<br>230 EAST OHIO STREET<br>STE. 600<br>CHICAGO, IL 60611 |
| **2.477** State what the contract or lease is for and the nature of the debtor's interest<br><br>AMENDMENT NO. 2 TO THE AMENDED AND RESTATED SERVICES AGREEMENT DATED 03/15/2021 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | PHOTOGENIC, INC.<br>445 E ILLINOIS ST.<br>STE 355<br>CHICAGO, IL 60611 |
| **2.478** State what the contract or lease is for and the nature of the debtor's interest<br><br>AMENDED AND RESTATES SERVICES AGREEMENT DATED 02/27/2020 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | PHOTOGENIC, INC.<br>445 E ILLINOIS ST.<br>STE 355<br>CHICAGO, IL 60611 |
| **2.479** State what the contract or lease is for and the nature of the debtor's interest<br><br>AMENDED & RESTATED SERVICES AGREEMENT DATED 12/23/2009 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | PHOTOGENIC, INC.<br>445 E ILLINOIS ST.<br>STE 355<br>CHICAGO, IL 60611 |
| **2.480** State what the contract or lease is for and the nature of the debtor's interest<br><br>AGREEMENT FOR OPERATION OF PROFESSIONAL PHOTOGRAPHY BUSINESS AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | PHOTOGENIC, INC.<br>445 E ILLINOIS ST.<br>STE 355<br>CHICAGO, IL 60611 |
| **2.481** State what the contract or lease is for and the nature of the debtor's interest<br><br>AMENDMENT TO PHOTOGRAPHY SERVICE AGREEMENT DATED 04/01/2008 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | PHOTOGENIC, INC.<br>445 EAST ILLINOIS<br>SUITE 355<br>CHICAGO, IL 60611 |

| Debtor | Hornblower Cruises and Events, LLC | | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 04/25/2006 AND ALL RELATED AGREEMENTS | PHOTOGENIC, INC. 445 E ILLINOIS ST. STE 355 CHICAGO, IL 60611 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO PHOTOGRAPHY SERVICE AGREEMENT DATED 04/01/2008 AND ALL RELATED AGREEMENTS | PHOTOGENIC, INC. 445 EAST ILLINOIS SUITE 355 CHICAGO, IL 60611 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED & RESTATES SERVICES AGREEMENT DATED 03/15/2010 AND ALL RELATED AGREEMENTS | PHOTOGENIC, INC. 445 E ILLINOIS ST. STE 355 CHICAGO, IL 60611 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED & RESTATED SERVICES AGREEMENT DATED 12/23/2009 AND ALL RELATED AGREEMENTS | PHOTOGENIC, INC. 445 E ILLINOIS ST. STE 355 CHICAGO, IL 60611 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 04/01/2006 AND ALL RELATED AGREEMENTS | PHOTOGENIC, INC. 445 EAST ILLINOIS STE 349 CHICAGO, IL 60611 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR OPERATION OF PROFESSIONAL PHOTOGRAPHY AND ALL RELATED AGREEMENTS | PHOTOGENIC, INC. 445 E ILLINOIS ST. STE 355 CHICAGO, IL 60611 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO PHOTOGRAPHY SERVICE AGREEMENT DATED 04/15/2008 AND ALL RELATED AGREEMENTS | PHOTOGENIC, INC. 445 EAST ILLINOIS SUITE 355 CHICAGO, IL 60611 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor  Hornblower Cruises and Events, LLC

Name

Case number (If known): 24-90149 (MI)

███ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.489** State what the contract or lease is for and the nature of the debtor's interest — NEW LEASE CONTRACT INFORMATION DATED 07/30/2015 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | PITNEY BOWES<br>T1 WATERVIEW DRIVE<br>SHELTON, CT 06484 |
| **2.490** State what the contract or lease is for and the nature of the debtor's interest — PITNEY BOWES AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | PITNEY BOWES<br>T1 WATERVIEW DRIVE<br>SHELTON, CT 06484 |
| **2.491** State what the contract or lease is for and the nature of the debtor's interest — LEASE AGREEMENT AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | PITNEY BOWES<br>T1 WATERVIEW DRIVE<br>SHELTON, CT 06484 |
| **2.492** State what the contract or lease is for and the nature of the debtor's interest — LEASE AGREEMENT CLIENT PRIVILEGE AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | PITNEY BOWES<br>T1 WATERVIEW DRIVE<br>SHELTON, CT 06484 |
| **2.493** State what the contract or lease is for and the nature of the debtor's interest — GLOBAL FINANCIAL SERVICES LEASE AGREEMENT DATED 11/12/2013 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | PITNEY BOWES<br>T1 WATERVIEW DRIVE<br>SHELTON, CT 06484 |
| **2.494** State what the contract or lease is for and the nature of the debtor's interest — SERVICE LEVEL AGREEMENT AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | PITNEY BOWES<br>T1 WATERVIEW DRIVE<br>SHELTON, CT 06484 |
| **2.495** State what the contract or lease is for and the nature of the debtor's interest — LEASE AGREEMENT DATED 03/16/2018 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | PITNEY BOWES<br>T1 WATERVIEW DRIVE<br>SHELTON, CT 06484 |

| Debtor | Hornblower Cruises and Events, LLC | | Case number (If known): 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT AND ALL RELATED AGREEMENTS | PITNEY BOWES<br>T1 WATERVIEW DRIVE<br>SHELTON, CT 06484 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCIAL SERVICES LEASE AGREEMENT DATED 09/27/2013 AND ALL RELATED AGREEMENTS | PITNEY BOWES<br>T1 WATERVIEW DRIVE<br>SHELTON, CT 06484 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCIAL SERVICES LEASE AGREEMENT DATED 03/04/2013 AND ALL RELATED AGREEMENTS | PITNEY BOWES INC.<br>2225 AMERICAN DRIVE<br>NEENAH, WI 54956 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 11/17/2009 AND ALL RELATED AGREEMENTS | PITNEYBOWES<br>T1 WATERVIEW DRIVE<br>SHELTON, CT 06484 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | DOMAIN NAME TRANSFER AGREEMENT DATED 01/04/2022 AND ALL RELATED AGREEMENTS | POLLOCK FUND. LLC<br>26565 AGOURA RD, STE 200<br>CALABASAS, CA 91302 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 04/25/2006 AND ALL RELATED AGREEMENTS | PREMIER YACHTS, INC.<br>401 EAST ILLINOIS STREET SUITE 425<br>CHICAGO, IL 60611 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT AND ALL RELATED AGREEMENTS | PREMIER YACHTS, INC.<br>401 EAST ILLINOIS STREET SUITE 425<br>CHICAGO, IL 60611 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor  Hornblower Cruises and Events, LLC

Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.503** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO EXISTING PREMISES AGREEMENTS DATED 12/31/2015 AND ALL RELATED AGREEMENTS | PREMIER YACHTS, INC. 401 EAST ILLINOIS STREET SUITE 425 CHICAGO, IL 60611 |

State the term remaining — UNDETERMINED

List the contract number of any government contract

| **2.504** State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 10/31/2008 AND ALL RELATED AGREEMENTS | PURCHASING SOLUTIONS, LLC ONE TOWER LANE SUITE 1700 OAKBROOK TERRACE, IL 60181 |

State the term remaining — UNDETERMINED

List the contract number of any government contract

| **2.505** State what the contract or lease is for and the nature of the debtor's interest | ENTERTAINMENT CONSULTING SERVICES AGREEMENT 2014 DATED 02/25/2014 AND ALL RELATED AGREEMENTS | PURE ENERGY ENTERTAINMENT 300 ANDOVER ST. PMB 333 PEABODY, MA 01960 |

State the term remaining — UNDETERMINED

List the contract number of any government contract

| **2.506** State what the contract or lease is for and the nature of the debtor's interest | ENTERTAINMENT CONSULTING SERVICES AGREEMENT 2013 DATED 12/31/2013 AND ALL RELATED AGREEMENTS | PURE ENERGY ENTERTAINMENT 300 ANDOVER ST. PMB 333 PEABOD, MA 01960 |

State the term remaining — UNDETERMINED

List the contract number of any government contract

| **2.507** State what the contract or lease is for and the nature of the debtor's interest | QIALLTRICS MASTER SERVICES AGREEMENT DATED 06/30/2014 AND ALL RELATED AGREEMENTS | QIALITRICS, LLC 333 W RIVER PARK DR PROVO, UT 84604 |

State the term remaining — UNDETERMINED

List the contract number of any government contract

| **2.508** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 06/30/2014 AND ALL RELATED AGREEMENTS | QUALTRICS, LLC 333 W RIVER PARK DR PROVO, UT 84604 |

State the term remaining — UNDETERMINED

List the contract number of any government contract

| **2.509** State what the contract or lease is for and the nature of the debtor's interest | QUALTRICS SERVICE ORDER DATED 12/01/2015 AND ALL RELATED AGREEMENTS | QUALTRICS, LLC 333 W RIVER PARK DR PROVO, UT 84604 |

State the term remaining — UNDETERMINED

List the contract number of any government contract

Debtor    Hornblower Cruises and Events, LLC                                    Case number (if known):   24-90149 (MI)
          _____
          Name

| ███ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO TOTAL ADVANTAGE AGREEMENT DATED 09/03/2014 AND ALL RELATED AGREEMENTS | QWEST COMMUNICATIONS COMPANY, LLC 1801 CALIFORNIA ST DENVER, CO 80202 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO TOTAL ADVANTAGE AGREEMENT DATED 04/26/2013 AND ALL RELATED AGREEMENTS | QWEST COMMUNICATIONS COMPANY, LLC 1801 CALIFORNIA ST DENVER, CO 80202 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | TOTAL ADVANTAGE AGREEMENT DATED 01/29/2010 AND ALL RELATED AGREEMENTS | QWEST COMMUNICATIONS COMPANY, LLC 1801 CALIFORNIA ST DENVER, CO 80202 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | TOTAL ADVANTAGE AGREEMENT DATED 09/23/2013 AND ALL RELATED AGREEMENTS | QWEST COMMUNICATIONS COMPANY, LLC 1801 CALIFORNIA ST DENVER, CO 80202 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO TOTAL ADVANTAGE AGREEMENT DATED 11/20/2013 AND ALL RELATED AGREEMENTS | QWEST COMMUNICATIONS COMPANY, LLC 1801 CALIFORNIA ST DENVER, CO 80202 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CENTURYLINK TOTAL ADVANTAGE™ OR CENTURYLINK LOYAL ADVANTAGE™ AGREEMENT DATED 10/31/2013 AND ALL RELATED | QWEST COMMUNICATIONS COMPANY, LLC D/B/A CENTURYLINK QCC 1801 CALIFORNIA ST DENVER, CO 80202 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT COVER SHEET DATED 12/19/2003 AND ALL RELATED AGREEMENTS | QWEST COMMUNICATIONS CORP. 1801 CALIFORNIA ST., 34TH FLOOR DENVER, CO 80202 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor   Hornblower Cruises and Events, LLC _____   Case number (If known):   24-90149 (MI) _____
Name

▮   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.517**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO QWEST ADVANTAGE AGREEMENT DATED 06/19/2008 AND ALL RELATED AGREEMENTS <br><br> UNDETERMINED | QWEST COMMUNICATIONS CORPORATION <br> 1801 CALIFORNIA ST <br> DENVER, CO 80202 |
| **2.518**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT COVER SHEET DATED 10/19/2008 AND ALL RELATED AGREEMENTS <br><br> UNDETERMINED | QWEST COMMUNICATIONS CORPORATION <br> 1801 CALIFORNIA ST <br> DENVER, CO 80202 |
| **2.519**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | QWEST TOTAL ADVANTAGE™ AGREEMENT - OPTION Z DATED 01/02/2024 AND ALL RELATED AGREEMENTS <br><br> UNDETERMINED | QWEST COMMUNICATIONS CORPORATION <br> 1801 CALIFORNIA ST <br> DENVER, CO 80202 |
| **2.520**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO QWEST TOTAL ADVANTAGE AGREEMENT DATED 03/16/2006 AND ALL RELATED AGREEMENTS <br><br> UNDETERMINED | QWEST COMMUNICATIONS CORPORATION <br> 1801 CALIFORNIA ST <br> DENVER, CO 80202 |
| **2.521**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO QWEST TOTAL ADVANTAGE AGREEMENT DATED 10/03/2006 AND ALL RELATED AGREEMENTS <br><br> UNDETERMINED | QWMT COMMUNLMTLQH* CARPORATLDH <br> 1801 CALIFORNIA ST <br> DENVER, CO 80202 |
| **2.522**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE DATED 05/01/2018 AND ALL RELATED AGREEMENTS <br><br> UNDETERMINED | RANDALL & KENIG LLP <br> ATTENTION BENJAMIN J. RANDALL <br> 455 N. CITYFRONT PLAZA DRIVE, SUITE 2510 <br> CHICAGO, IL 60611 |
| **2.523**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SOFTWARE LICENSE ORDER FORM DATED 12/09/2022 AND ALL RELATED AGREEMENTS <br><br> UNDETERMINED | RAPIDMINER, INC. <br> ONE BOSTON PLACE <br> SUITE 2600 <br> BOSTON, MA 02108 |

Debtor   Hornblower Cruises and Events, LLC

Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.524** State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED SERVICE AGREEMENT DATED 10/19/2007 AND ALL RELATED AGREEMENTS | RESORT PIER L.L.C 12500 FAIR LAKES CIRCLE SUITE 400 FAIRFAX, VA 22033 |

| Line | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.524** | State what the contract or lease is for and the nature of the debtor's interest: AMENDED AND RESTATED SERVICE AGREEMENT DATED 10/19/2007 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | RESORT PIER L.L.C<br>12500 FAIR LAKES CIRCLE<br>SUITE 400<br>FAIRFAX, VA 22033 |
| **2.525** | State what the contract or lease is for and the nature of the debtor's interest: FIRST AMENDMENT TO SERVICE AGREEMENT DATED 05/22/2022 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | RESORT PIER L.L.C.<br>C/O THE PETERSON COMPANIES<br>12500 FAIR LAKES CIRCLE, SUITE 400<br>FAIRFAX, VA 22033 |
| **2.526** | State what the contract or lease is for and the nature of the debtor's interest: FIRST AMENDMENT TO AMENDED AND RESTATED SERVICE AGREEMENT DATED 10/23/2017 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | RESORT PIER L.L.C.<br>C/O THE PETERSON COMPANIES<br>12500 FAIR LAKES CIRCLE, SUITE 400<br>FAIRFAX, VA 22033 |
| **2.527** | State what the contract or lease is for and the nature of the debtor's interest: PROFIT IMPROVEMENT SYSTEM SIGN UP FORM DATED 05/08/2009 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | RESTAURANT.COM<br>C/O RDE HOLDINGS<br>1100 E WOODFIELD RD, STE 510<br>SCHAUMBURG, IL 60173 |
| **2.528** | State what the contract or lease is for and the nature of the debtor's interest: MASTER SERVICE AGREEMENT DATED 02/01/2023 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | REVIEW TRACKERS, INC<br>1 NORTH STATE STREET<br>SUITE 600<br>CHICAGO, IL 60602 |
| **2.529** | State what the contract or lease is for and the nature of the debtor's interest: PROGRAM SERVICES AGREEMENT DATED 09/29/2008 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | REWARDS NETWORK ESTABLISHMENT SERVICES INC.<br>ATTN: LEGAL DEPT<br>540 W MADISON ST, STE 2400<br>CHICAGO, IL 60661 |
| **2.530** | State what the contract or lease is for and the nature of the debtor's interest: ENTERTAINMENT CONTRACT DATED 04/02/2007 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | REYNALDO BRIONES<br>ADDRESS ON FILE |

Debtor   Hornblower Cruises and Events, LLC
_____
Name

Case number (If known):   24-90149 (MI)
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.531** **State what the contract or lease is for and the nature of the debtor's interest** SMALL BUSINESS SOLUTIONS PROGRAM AGREEMENT DATED 11/08/2010 AND ALL RELATED AGREEMENTS **State the term remaining** UNDETERMINED **List the contract number of any government contract** | RISE ENGINEERING 1341 ELMWOOD AVE CRANSTON, RI 02910 |
| **2.532** **State what the contract or lease is for and the nature of the debtor's interest** SMALL BUSINESS SOLUTIONS PROGRAM AGREEMENT DATED 10/11/2011 AND ALL RELATED AGREEMENTS **State the term remaining** UNDETERMINED **List the contract number of any government contract** | RISE ENGINEERING 1341 ELMWOOD AVE CRANSTON, RI 02910 |
| **2.533** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT DATED 01/01/2015 AND ALL RELATED AGREEMENTS **State the term remaining** UNDETERMINED **List the contract number of any government contract** | RISE INTERACTIVE 1 S WACKER DR, 3RD FL CHICAGO, IL 60606 |
| **2.534** **State what the contract or lease is for and the nature of the debtor's interest** THIRD AMENDMENT TO LEASE DATED 06/01/2001 AND ALL RELATED AGREEMENTS **State the term remaining** UNDETERMINED **List the contract number of any government contract** | RIVER EAST PLAZA, L.L.C 445 EAST ILLINOIS STREET CHICAGO, IL 60611 |
| **2.535** **State what the contract or lease is for and the nature of the debtor's interest** LEASE AND ALL RELATED AGREEMENTS **State the term remaining** UNDETERMINED **List the contract number of any government contract** | RIVER EAST PLAZA, LLC.C/O U.S. EQUITIES REALTY 445 E. ILLINOIS STREET SUITE 340 CHICAGO, IL 60611 |
| **2.536** **State what the contract or lease is for and the nature of the debtor's interest** AGREEMENT DATED 12/01/2008 AND ALL RELATED AGREEMENTS **State the term remaining** UNDETERMINED **List the contract number of any government contract** | ROSS MILAN ADDRESS ON FILE |
| **2.537** **State what the contract or lease is for and the nature of the debtor's interest** AGREEMENT DATED 01/15/2010 AND ALL RELATED AGREEMENTS **State the term remaining** UNDETERMINED **List the contract number of any government contract** | ROSS MILAN ADDRESS ON FILE |

Debtor  Hornblower Cruises and Events, LLC

Name

Case number (If known):  24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED 01/15/2010 AND ALL RELATED AGREEMENTS | ROSS MILAN<br>ADDRESS ON FILE |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER AGREEMENT DATED 01/23/2006 AND ALL RELATED AGREEMENTS | ROUND AMERICA, LLC<br>P.O. BOX 1060<br>WILDWOOD, FL 34785 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT DATED 12/01/2016 AND ALL RELATED AGREEMENTS | ROWES WHARF CONDOMINIUM ASSOCIATION<br>50 ROWES WHARF<br>BOSTON, MA 02110 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT DATED 12/01/2016 AND ALL RELATED AGREEMENTS | ROWES WHARF CONDOMINIUM ASSOCIATION<br>50 ROWES WHARF<br>BOSTON, MA 02110 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT DATED 11/09/2016 AND ALL RELATED AGREEMENTS | ROWES WHARF CONDOMINIUM ASSOCIATION<br>50 ROWES WHARF<br>BOSTON, MA 02110 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM DATED 02/15/2021 AND ALL RELATED AGREEMENTS | SALESFORCE, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET, 3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM DATED 06/04/2015 AND ALL RELATED AGREEMENTS | SALESFORCE.COM, INC.<br>415 MISSION STREET,<br>3RD FLOOR<br>SAN FRANCISCO,, CA 94105 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor  Hornblower Cruises and Events, LLC
      Name

Case number (If known):  24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.545** State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBSCRIPTION AGREEMENT DATED 01/29/2021 AND ALL RELATED AGREEMENTS | SALESFORCE.COM, INC. SALESFORCE TOWER, 415 MISSION STREET, 3RD FLOOR SAN FRANCISCO, CA 94105 |

| # | List all contracts and unexpired leases | State the name and mailing address for all other parties |
|---|---|---|
| **2.545** | State what the contract or lease is for and the nature of the debtor's interest: MASTER SUBSCRIPTION AGREEMENT DATED 01/29/2021 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | SALESFORCE.COM, INC.<br>SALESFORCE TOWER, 415 MISSION STREET, 3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| **2.546** | State what the contract or lease is for and the nature of the debtor's interest: MASTER SUBSCRIPTION AGREEMENT DATED 01/13/2023 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | SALESFORCE.COM, INC.<br>415 MISSION STREET,<br>3RD FLOOR<br>SAN FRANCISCO,, CA 94105 |
| **2.547** | State what the contract or lease is for and the nature of the debtor's interest: SERVICE RENTAL AGREEMENT DATED 09/05/2013 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | SANITARY LINEN SERVICES, INC<br>2514 HAMPTON BLVD<br>NORFOLK, VA 23517 |
| **2.548** | State what the contract or lease is for and the nature of the debtor's interest: TEXTILE, UNIFORM & DISPOSABLE ITEM SERVICE RENTAL AGREEMENT AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | SANITARY LINEN SERVICES, INC<br>2514 HAMPTON BLVD<br>NORFOLK, VA 23517 |
| **2.549** | State what the contract or lease is for and the nature of the debtor's interest: SERVICES RENTAL AGREEMENT DATED 09/05/2013 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | SANITARY LINEN SERVICES, INC<br>2514 HAMP ION BLVD<br>NORFOLK, VA 23517 |
| **2.550** | State what the contract or lease is for and the nature of the debtor's interest: GROUPON MERCHANT AGREEMENT DATED 02/24/2015 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | SEADOG VENTURES, INC<br>NBC TOWER 455 N<br>CITYFRONT PLAZA DRIVE<br>SUITE 2600<br>CHICAGO, IL 60611 |
| **2.551** | State what the contract or lease is for and the nature of the debtor's interest: PROPOSAL TO EXTEND APRON LEASE DATED 01/01/2010 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract: | SEAPORT ASSET MANAGEMENT, INC.<br>200 SEAPORT BOULEVARD<br>BOSTON, MA 02201 |

Debtor  Hornblower Cruises and Events, LLC
Name

Case number (If known): 24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.552** State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL TO EXTEND HEADHOUSE (OFFICE) LEASE DATED 01/01/2010 AND ALL RELATED AGREEMENTS | SEAPORT ASSET MANAGEMENT, INC. 200 SEAPORT BOULEVARD BOSTON, MA 02201 |

State the term remaining — UNDETERMINED

List the contract number of any government contract

| **2.553** State what the contract or lease is for and the nature of the debtor's interest | APRON LEASE DATED 01/01/2015 AND ALL RELATED AGREEMENTS | SEAPORT WORLD TRADE CENTER 200 SEAPORT BOULEVARD BOSTON, MA 02201 |

State the term remaining — UNDETERMINED

List the contract number of any government contract

| **2.554** State what the contract or lease is for and the nature of the debtor's interest | SESAC PERFORMANCE LICENSE DATED 04/12/2012 AND ALL RELATED AGREEMENTS | SESAC 55 MUSIC SQUARE EAST NASHVILLE, TN 37203 |

State the term remaining

List the contract number of any government contract

| **2.555** State what the contract or lease is for and the nature of the debtor's interest | SESAC PERFORMANCE LICENSE DATED 01/01/2013 AND ALL RELATED AGREEMENTS | SESAC  LLC 55 MUSIC SQUARE EAST NASHVILLE, TN 37203 |

State the term remaining

List the contract number of any government contract

| **2.556** State what the contract or lease is for and the nature of the debtor's interest | SESAC PERFORMANCE LICENSE DATED 04/01/2012 AND ALL RELATED AGREEMENTS | SESAC  LLC 55 MUSIC SQUARE EAST NASHVILLE, TN 37203 |

State the term remaining

List the contract number of any government contract

| **2.557** State what the contract or lease is for and the nature of the debtor's interest | SESAC PERFORMANCE LICENSE DATED 01/01/2013 AND ALL RELATED AGREEMENTS | SESAC LLC 55 MUSIC SQUARE EAST NASHVILLE, TN 37203 |

State the term remaining

List the contract number of any government contract

| **2.558** State what the contract or lease is for and the nature of the debtor's interest | SESAC PERFORMANCE LICENSE DATED 06/01/2016 AND ALL RELATED AGREEMENTS | SESAC LLC 55 MUSIC SQUARE EAST NASHVILLE, TN 37203 |

State the term remaining

List the contract number of any government contract

Debtor  Hornblower Cruises and Events, LLC

Case number (If known):  24-90149 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.559** State what the contract or lease is for and the nature of the debtor's interest | SESAC PERFORMANCE LICENSE DATED 07/15/2010 AND ALL RELATED AGREEMENTS | SESAC LLC 55 MUSIC SQUARE EAST NASHVILLE, TN 37203 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.560** State what the contract or lease is for and the nature of the debtor's interest | SESAC PERFORMANCE UCENSE DATED 09/26/2016 AND ALL RELATED AGREEMENTS | SESAC LLC 55 MUSIC SQUARE EAST NASHVILLE, TN 37203 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.561** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 03/15/2008 AND ALL RELATED AGREEMENTS | SHARPSHOOTER/SPECTRUM VENTURE, LLC 11901 WEST 48TH AVENUE WHEAT RIDGE, CO 80033 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.562** State what the contract or lease is for and the nature of the debtor's interest | GRANT OF PARKING BASEMENT DATED 06/13/1989 AND ALL RELATED AGREEMENTS | SLOAN MARINE ASSOCIATES, LP ATTN: STEPHEN SLOAN 230 PARK AVE, STE 1221 NEW YORK, NY 10169 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.563** State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO APRON SUBLEASE AND ALL RELATED AGREEMENTS | SPIRIT CRUISES, LLC 455 NORTH CITYFRONT PLAZA DRIVE SUITE 2600 CHICAGO, IL 60611 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.564** State what the contract or lease is for and the nature of the debtor's interest | SPRINT PCS ADVANTAGE AGREEMENT DATED 04/27/2007 AND ALL RELATED AGREEMENTS | SPRINT PCS C/O T-MOBILE P.O. BOX 53410 BELLEVUE, WA 98015-3410 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| **2.565** State what the contract or lease is for and the nature of the debtor's interest | NOTICE TO BIDDERS DATED 03/13/2012 AND ALL RELATED AGREEMENTS | STATE OF NEW JERSEY DEPARTMENT OF THE TREASURY SHORT FORM STANDING NJ DIVISION OF REVENUE AND ENTERPRISE SERVICES, CERTIFICATION AND STATUS UNIT 33 WEST STATE STREET, 5TH FLOOR TRENTON, NJ 08608 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

| Debtor | Hornblower Cruises and Events, LLC | Case number (if known): 24-90149 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.566** | State what the contract or lease is for and the nature of the debtor's interest | BAREBOAT CHARTER AGREEMENT DATED 11/17/2022 AND ALL RELATED AGREEMENTS | STATUE CRUISES, LLC PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.567** | State what the contract or lease is for and the nature of the debtor's interest | STERLING MUSIC CONTRACT 2011 DATED 02/01/2011 AND ALL RELATED AGREEMENTS | STERLING MUSIC 370 OCEAN PARKWAY APT 6B BROOKLYN, NY 11218 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.568** | State what the contract or lease is for and the nature of the debtor's interest | STERLING MUSIC CONTRACT 2009 DATED 02/04/2009 AND ALL RELATED AGREEMENTS | STERLING MUSIC 370 OCEAN PARKWAY APT 6B BROOKLYN, NY 11218 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.569** | State what the contract or lease is for and the nature of the debtor's interest | STERLING MUSIC CONTRACT 2008 DATED 02/04/2008 AND ALL RELATED AGREEMENTS | STERLING MUSIC 370 OCEAN PARKWAY APT 6B BROOKLYN, NY 11218 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.570** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT AND ALL RELATED AGREEMENTS | STORR TRACTOR COMPANY 3191 US HWY 22 E SOMERVILLE, NJ 08876 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.571** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT AND ALL RELATED AGREEMENTS | STORR TRACTOR COMPANY 3191 US HWY 22 E SOMERVILLE, NJ 08876 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.572** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 1 TO SERVICE SCHEDULE D DATED 04/15/2014 AND ALL RELATED AGREEMENTS | STRATOGENT CORPORATION 3 WATERS PARK DR. SUITE 230 SAN MATEO, CA 94403 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   Hornblower Cruises and Events, LLC
         _____     Case number (If known):  24-90149 (MI)
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.573** State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AND ALL RELATED AGREEMENTS<br><br>STRATOGENT,<br>3 WATERS PARK DR.<br>SUITE 230,<br>SAN MATEO, CA 94403 |
| State the term remaining | UNDETERMINED |
| List the contract number of any government contract | |
| **2.574** State what the contract or lease is for and the nature of the debtor's interest | EMAIL SERVICES AGREEMENT DATED 01/01/2012 AND ALL RELATED AGREEMENTS    SUBSCRIBERMAIL<br>3333 WARRENVILLE RD STE 530<br>LISLE, IL 60532 |
| State the term remaining | UNDETERMINED |
| List the contract number of any government contract | |
| **2.575** State what the contract or lease is for and the nature of the debtor's interest | TIME CHARTER AGREEMENT DATED 05/04/2021 AND ALL RELATED AGREEMENTS<br><br>SUMMERDALE PRODUCTIONS, LLC<br>ABC-TV2 30 W. 67TH ST<br>NEW YORK,, NY 10023 |
| State the term remaining | UNDETERMINED |
| List the contract number of any government contract | |
| **2.576** State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM DATED 02/01/2020 AND ALL RELATED AGREEMENTS<br><br>SURVEYMONKEY<br>200 LAURIER AVE W, 4TH FLOOR<br>OTTAWA, ON K1P 6M7<br>CANADA |
| State the term remaining | UNDETERMINED |
| List the contract number of any government contract | |
| **2.577** State what the contract or lease is for and the nature of the debtor's interest | CREATIVE SERVICES MASTER AGREEMENT DATED 04/02/2016 AND ALL RELATED AGREEMENTS    TANGENT MIND LLC<br>315 N 10TH ST. APT 402<br>402, SAINT LOUIS<br>SAINT LOUIS, MO 63101 |
| State the term remaining | UNDETERMINED |
| List the contract number of any government contract | |
| **2.578** State what the contract or lease is for and the nature of the debtor's interest | ENTERTAINMENT CRUISES: THE NEW YORK CITY FLEET AND ALL RELATED AGREEMENTS    TANGENT MIND LLC<br>315 N 10TH ST. APT 402<br>SAINT LOUIS, MO 63101 |
| State the term remaining | UNDETERMINED |
| List the contract number of any government contract | |
| **2.579** State what the contract or lease is for and the nature of the debtor's interest | ENTERTAINMENT CRUISES: THE NEW YORK CITY FLEET DATED 04/04/2016 AND ALL RELATED AGREEMENTS    TANGENT MIND LLC<br>315 N 10TH ST. APT 402<br>SAINT LOUIS, MO 63101 |
| State the term remaining | UNDETERMINED |
| List the contract number of any government contract | |

Debtor    Hornblower Cruises and Events, LLC
          _____          Case number (If known):  24-90149 (MI)
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.580** **State what the contract or lease is for and the nature of the debtor's interest** CREATIVE SERVICES MASTER AGREEMENT AND ALL RELATED AGREEMENTS | TANGENT MIND LLC 315 N 10TH ST. APT 402 SAINT LOUIS, MO 63101 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.581** **State what the contract or lease is for and the nature of the debtor's interest** INTELLECTUAL PROPERTY RIGHTS AGREEMENT DATED 08/24/2016 AND ALL RELATED AGREEMENTS | TANGENT MIND LLC 315 N 10TH ST. APT 402 SAINT LOUIS, MO 63101 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.582** **State what the contract or lease is for and the nature of the debtor's interest** PLACEMENT SEARCH AGREEMENT AND ALL RELATED AGREEMENTS | TELEDEVELOPMENT 4816 BRECKSVILLE RD RICHFIELD, OH 44286 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.583** **State what the contract or lease is for and the nature of the debtor's interest** THIRD AMENDMENT DATED 01/01/2015 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF ROWES WHARF CONDOMINIUM ASSOCIATION 30 ROWES WHARF BOSTON, MA 02110 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.584** **State what the contract or lease is for and the nature of the debtor's interest** SECOND AMENDMENT DATED 01/01/2015 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF ROWES WHARF CONDOMINIUM ASSOCIATION 30 ROWES WHARF BOSTON, MA 02110 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.585** **State what the contract or lease is for and the nature of the debtor's interest** SECOND AMENDMENT DATED 12/23/2014 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF ROWES WHARF CONDOMINIUM ASSOCIATION 30 ROWES WHARF BOSTON, MA 02110 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |
| **2.586** **State what the contract or lease is for and the nature of the debtor's interest** SECOND AMENDMENT DATED 06/01/1993 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF ROWES WHARF CONDOMINIUM ASSOCIATION 30 ROWES WHARF BOSTON, MA 02110 |
| **State the term remaining** UNDETERMINED **List the contract number of any government contract** | |

| Debtor | Hornblower Cruises and Events, LLC | | Case number (If known): 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.587** | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT DATED 01/01/2015 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF ROWES WHARF CONDOMINIUM ASSOCIATION 30 ROWES WHARF BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.588** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT DATED 01/01/2015 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF ROWES WHARF CONDOMINIUM ASSOCIATION 30 ROWES WHARF BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.589** | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO LICENSE AGREEMENT DATED 12/23/2014 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF ROWES WHARF CONDOMINIUM ASSOCIATION 30 ROWES WHARF BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.590** | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT DATED 09/16/1992 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF ROWES WHARF CONDOMINIUM ASSOCIATION 30 ROWES WHARF BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.591** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT DATED 01/01/2015 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF ROWES WHARF CONDOMINIUM ASSOCIATION 30 ROWES WHARF BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.592** | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT DATED 09/16/1992 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF ROWES WHARF CONDOMINIUM ASSOCIATION 30 ROWES WHARF BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.593** | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT DATED 01/01/2015 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION JONES LANG LASALLE 30 ROWES WHARF BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor    Hornblower Cruises and Events, LLC
_____    Case number (If known): 24-90149 (MI)
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.594** State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 06/01/1993 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION 50 ROWES WHARF BOSTON, MA 02110 |

| 2.594 | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 06/01/1993 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION 50 ROWES WHARF BOSTON, MA 02110 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| 2.595 | | |
| State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LICENSE AGREEMENT DATED 01/01/2022 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION 50 ROWES WHARF BOSTON, MA 02110 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| 2.596 | | |
| State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT DATED 01/01/2015 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION 30 ROWES WHARF BOSTON, MA 02110 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| 2.597 | | |
| State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION 100 SUMMER STREET BOSTON, MA 02110 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| 2.598 | | |
| State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO LICENSE AGREEMENT DATED 11/23/2020 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION 50 ROWES WHARF BOSTON, MA 02110 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| 2.599 | | |
| State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENTS DATED 06/01/2001 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION 50 ROWES WHARF BOSTON, MA 02110 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |
| 2.600 | | |
| State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT DATED 06/01/1993 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION 100 SUMMER STREET BOSTON, MA 02110 |
| State the term remaining | UNDETERMINED | |
| List the contract number of any government contract | | |

Debtor  Hornblower Cruises and Events, LLC
_____
Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.601 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO LICENSE AGREEMENT DATED 01/01/2022 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION C/O JLL, 50 ROWES WHARF BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.602 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO LEASE DATED 01/01/2022 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION 50 ROWES WHARF BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.603 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LICENSE AGREEMENT DATED 05/01/1998 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION 50 ROWES WHARF BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.604 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 11/17/2020 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION C/O JONES LANG LASALLE 30 ROWES WHARF ATTN: COMMERCIAL MARITIME TERMINAL MANAGER BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.605 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 11/17/2020 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION C/O JONES LANG LASALLE 30 ROWES WHARF ATTN: COMMERCIAL MARITIME TERMINAL MANAGER BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.606 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LICENSE AGREEMENT DATED 01/01/2022 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION C/O JLL 50 ROWES WHARF BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.607 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO LEASE DATED 01/01/2022 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION C/O JLL 50 ROWES WHARF BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): 24-90149 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.608 | State what the contract or lease is for and the nature of the debtor's interest | EXHIBIT 1 DATED 06/01/1993 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION 50 ROWES WHARF BOSTON, MA 02110 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT DATED 01/01/2015 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION 30 ROWES WHARF BOSTON, MA 02110 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.610 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LICENSE AGREEMENT DATED 08/23/2001 AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION 50 ROWES WHARF BOSTON, MA 02110 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.611 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT AND ALL RELATED AGREEMENTS | THE BOARD OF MANAGERS OF THE ROWES WHARF CONDOMINIUM ASSOCIATION, JLL, 50 ROWES WHARF BOSTON, MA 02110 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.612 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO LICENSE AGREEMENT AND ALL RELATED AGREEMENTS | THE CITY OF ALEXANDRIA DEPARTMENT OF RECREATION, PARKS AND CULTURAL ACTIVITIES ATTENTION: JAMES SPENGLER, DIRECTOR OR HIS SUCCESSOR 1108 JEFFERSON STREET ALEXANDRIA, VA 22314 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.613 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO LICENSE AGREEMENT AND ALL RELATED AGREEMENTS | THE CITY OF ALEXANDRIA DEPARTMENT OF RECREATION, PARKS AND CULTURAL ACTIVITIES ATTENTION: JAMES SPENGLER, DIRECTOR OR HIS SUCCESSOR 1108 JEFFERSON STREET ALEXANDRIA, VA 22314 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.614 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 2 TO LICENSE AGREEMENT AND ALL RELATED AGREEMENTS | THE CITY OF ALEXANDRIA DEPARTMENT OF RECREATION, PARKS AND CULTURAL ACTIVITIES ATTENTION: JAMES SPENGLER, DIRECTOR OR HIS SUCCESSOR 1108 JEFFERSON STREET ALEXANDRIA, VA 22314 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor  Hornblower Cruises and Events, LLC
_____
Name                                                                    Case number (If known):  24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.615** State what the contract or lease is for and the nature of the debtor's interest <br><br> AMENDMENT TO LICENSE AGREEMENT AND ALL RELATED AGREEMENTS <br><br> State the term remaining  UNDETERMINED <br><br> List the contract number of any government contract | THE CITY OF ALEXANDRIA DEPARTMENT OF RECREATION, PARKS AND CULTURAL ACTIVITIES ATTENTION: JAMES SPENGLER, DIRECTOR OR HIS SUCCESSOR 1108 JEFFERSON STREET ALEXANDRIA, VA 22314 |
| **2.616** State what the contract or lease is for and the nature of the debtor's interest <br><br> AMENDMENT TO LICENSE AGREEMENT AND ALL RELATED AGREEMENTS <br><br> State the term remaining  UNDETERMINED <br><br> List the contract number of any government contract | THE CITY OF ALEXANDRIA DEPARTMENT OF RECREATION, PARKS AND CULTURAL ACTIVITIES ATTENTION: JAMES SPENGLER, DIRECTOR OR HIS SUCCESSOR 1108 JEFFERSON STREET ALEXANDRIA, VA 22314 |
| **2.617** State what the contract or lease is for and the nature of the debtor's interest <br><br> LICENSE AGREEMENT BETWEEN THE CITY OF ALEXANDRIA AND SPIRIT CRUISES, LLC FOR THE OPERATION OF CHARTER, SIGHTSEEING & DINNER CRUISES AND WATER TAXIS SERVICE AT THE ALEXANDRIA MARINA DATED 04/01/2018 AND ALL RELATED AGREEMENTS <br><br> State the term remaining  UNDETERMINED <br><br> List the contract number of any government contract | THE CITY OF ALEXANDRIA DEPARTMENT OF RECREATION, PARKS AND CULTURAL ACTIVITIES ATTENTION: JAMES SPENGLER, DIRECTOR OR HIS SUCCESSOR 1108 JEFFERSON STREET ALEXANDRIA, VA 22314 |
| **2.618** State what the contract or lease is for and the nature of the debtor's interest <br><br> AMENDMENT TO LICENSE AGREEMENT AND ALL RELATED AGREEMENTS <br><br> State the term remaining  UNDETERMINED <br><br> List the contract number of any government contract | THE CITY OF ALEXANDRIA, DEPARTMENT OF RECREATION, PARKS AND CULTURAL ACTIVITIES ATTENTION: JAMES SPENGLER, DIRECTOR OR HIS SUCCESSOR 1108 JEFFERSON STREET ALEXANDRIA, VA 22314 |
| **2.619** State what the contract or lease is for and the nature of the debtor's interest <br><br> CONTRACT NO. 13185 DATED 10/14/2021 AND ALL RELATED AGREEMENTS <br><br> State the term remaining  UNDETERMINED <br><br> List the contract number of any government contract | THE COUNTY OF HUDSON 567 PAVONIA AVENUE JERSEY CITY, NJ 07306 |
| **2.620** State what the contract or lease is for and the nature of the debtor's interest <br><br> CONTRACT NO-13185 DATED 10/14/2021 AND ALL RELATED AGREEMENTS <br><br> State the term remaining  UNDETERMINED <br><br> List the contract number of any government contract | THE COUNTY OF HUDSON 567 PAVONIA AVENUE JERSEY CITY, NJ 07306 |
| **2.621** State what the contract or lease is for and the nature of the debtor's interest <br><br> LICENSE AGREEMENT DATED 04/01/2017 AND ALL RELATED AGREEMENTS <br><br> State the term remaining  UNDETERMINED <br><br> List the contract number of any government contract | THE MARINA AT NATIONAL HARBOR 717 FIFTH AVENUE NEW YORK, NY 01022 |

Debtor  Hornblower Cruises and Events, LLC                                    Case number (if known)   24-90149 (MI)

Name

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.622 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 04/01/2016 AND ALL RELATED AGREEMENTS | THE MARINA AT NATIONAL HARBOR MARYLAND CORPORATION 1819 BAY RIDGE AVENUE ANNAPOLIS, MD 21403 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.623 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 04/01/2018 AND ALL RELATED AGREEMENTS | THE MARINA AT NATIONAL HARBOR 717 FIFTH AVENUE NEW YORK, NY 01022 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.624 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 04/01/2017 AND ALL RELATED AGREEMENTS | THE MARINA AT NATIONAL HARBOR 717 FIFTH AVENUE NEW YORK, NY 01022 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.625 | State what the contract or lease is for and the nature of the debtor's interest | UNIVERSAL AGREEMENT TO MEDIATE DATED 07/10/2009 AND ALL RELATED AGREEMENTS | THE UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION 131 M STREET, NE WASHINGTON, DC 20507 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.626 | State what the contract or lease is for and the nature of the debtor's interest | NATIONAL UNIVERSAL AGREEMENT TO MEDIATE DATED 07/17/2009 AND ALL RELATED AGREEMENTS | THE UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION 131 M STREET, NE WASHINGTON, DC 20507 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.627 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER DATED 05/30/2013 AND ALL RELATED AGREEMENTS | THOMPSON COBURN LLP 1909 K STREET, N.W. SUITE 600 WASHINGTON, DC 20006 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.628 | State what the contract or lease is for and the nature of the debtor's interest | TOAST MASTER AGREEMENT AND ALL RELATED AGREEMENTS | TOAST, INC. 401 PARK DR, STE 801 BOSTON, MA 02215 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor  Hornblower Cruises and Events, LLC

Name

Case number (If known):  24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.629** State what the contract or lease is for and the nature of the debtor's interest — LEASE WITH MAINTENANCE AGREEMENT AND ALL RELATED AGREEMENTS <br><br> State the term remaining — UNDETERMINED <br><br> List the contract number of any government contract | TOSHIBA BUSINESS SOLUTIONS <br> 200 SEAPORT BLVD <br> BOSTON, MA 02210 |
| **2.630** State what the contract or lease is for and the nature of the debtor's interest — LEASE WITH MAINTENANCE AGREEMENT DATED 06/05/2013 AND ALL RELATED AGREEMENTS <br><br> State the term remaining — UNDETERMINED <br><br> List the contract number of any government contract | TOSHIBA BUSINESS SOLUTIONS <br> 1 FINANCIAL CM <br> BOSTON, MA 02111 |
| **2.631** State what the contract or lease is for and the nature of the debtor's interest — MERCHANT AGREEMENT DATED 06/10/2011 AND ALL RELATED AGREEMENTS <br><br> State the term remaining — UNDETERMINED <br><br> List the contract number of any government contract | TRAVELZOO LOCAL INC. <br> 590 MADISON AVENUE <br> 37TH FLOOR <br> NEW YORK, NY 10022 |
| **2.632** State what the contract or lease is for and the nature of the debtor's interest — MERCHANT AGREEMENT DATED 06/10/2011 AND ALL RELATED AGREEMENTS <br><br> State the term remaining — UNDETERMINED <br><br> List the contract number of any government contract | TRAVELZOO LOCAL INC. <br> 590 MADISON AVENUE <br> 37TH FLOOR <br> NEW YORK, NY 10022 |
| **2.633** State what the contract or lease is for and the nature of the debtor's interest — PARTICIPATION AND TICKET SALE AGREEMENT DATED 02/15/2010 AND ALL RELATED AGREEMENTS <br><br> State the term remaining — UNDETERMINED <br><br> List the contract number of any government contract | TRUSTED TOURS OF AMERICA, LLC <br> 201 FRONT STREET <br> SUITE 224 <br> KEY WEST, FL 33040 |
| **2.634** State what the contract or lease is for and the nature of the debtor's interest — AMENDMENT TO AMENDED AND RESTATED APRON SUBLEASE DATED 01/01/2010 AND ALL RELATED AGREEMENTS <br><br> State the term remaining — UNDETERMINED <br><br> List the contract number of any government contract | TRUSTEES OF COMMONWEALTH PIER TRUST H <br> WORLD TRADE CENTER <br> SUITE 50 <br> 164 NORTHERN AVENUE <br> BOSTON, MA 02210 |
| **2.635** State what the contract or lease is for and the nature of the debtor's interest — SECOND AMENDMENT TO LEASE AND ALL RELATED AGREEMENTS <br><br> State the term remaining — UNDETERMINED <br><br> List the contract number of any government contract | TRUSTEES OF COMMONWEALTH PIER TRUST II <br> PEMBROKE REAL ESTATE, INC. <br> 255 STATE STREET <br> BOSTON, MA 02109 |

Debtor   Hornblower Cruises and Events, LLC                                    Case number (If known):   24-90149 (MI)
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.636 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO APRON SUBLEASE DATED 01/01/2015 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II PEMBROKE REAL ESTATE, INC. 255 STATE STREET BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.637 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO APRON SUBLEASE AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II 255 STATE STREET BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.638 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED MASTER LEASE DATED 12/01/1998 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II C/O THE JOHN DREW COMPANY WORLD TRADE CENTER/BOSTON COMMONWEALTH PIER BOSTON, MA 02210-2004 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.639 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED APRON SUBLEASE DATED 01/01/1997 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II WORLD TRADE CENTER SUITE 50 164 NORTHERN AVENUE BOSTON, MA 02210 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.640 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO LEASE DATED 01/01/2015 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II C/O PEMBROKE REAL ESTATE, INC. ATTN: CHIEF FINANCIAL OFFICER 255 STATE STREET BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.641 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO APRON SUBLEASE AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II 255 STATE STREET BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.642 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO LEASE DATED 01/01/2019 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II 255 STATE STREET BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   Hornblower Cruises and Events, LLC     Case number (If known): 24-90149 (MI)
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.643 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO LEASE DATED 12/31/2014 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II PEMBROKE REAL ESTATE, INC. 255 STATE STREET BOSTON, MA 02109 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.644 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED APRON SUBLEASE DATED 12/05/2003 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II PEMBROKE REAL ESTATE LLC 255 STATE STREET BOSTON, MA 02109 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.645 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO APRON SUBLEASE DATED 01/01/2015 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II 255 STATE STREET BOSTON, MA 02109 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.646 | **State what the contract or lease is for and the nature of the debtor's interest** | FOURTH AMENDMENT TO LEASE DATED 01/01/2020 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II C/O PEMBROKE REAL ESTATE LLC ATTN: ASSET MANAGEMENT 255 STATE STREET BOSTON, MA 02109 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.647 | **State what the contract or lease is for and the nature of the debtor's interest** | FOURTH AMENDMENT TO APRON SUBLEASE AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II 255 STATE STREET BOSTON, MA 02109 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.648 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO LEASE DATED 06/13/2014 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II 255 STATE STREET BOSTON, MA 02109 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.649 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO APRON SUBLEASE DATED 01/01/2015 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II 255 STATE STREET BOSTON, MA 02109 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor   Hornblower Cruises and Events, LLC
_____
         Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.650 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO LEASE DATED 01/01/2020 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II C/O PEMBROKE REAL ESTATE LLC 255 STATE STREET BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.651 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO LEASE DATED 01/01/2015 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II C/O PEMBROKE REAL ESTATE, INC 255 STATE STREET BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.652 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO APRON SUBLEASE DATED 01/01/2015 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II C/O PEMBROKE REAL ESTATE, INC 255 STATE STREET BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.653 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO APRON SUBLEASE DATED 01/01/2015 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II C/O PEMBROKE REAL ESTATE, INC 255 STATE STREET BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.654 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO LEASE DATED 01/01/2015 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II C/O PEMBROKE REAL ESTATE, INC 255 STATE STREET BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.655 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO LEASE DATED 01/01/2015 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II C/O PEMBROKE REAL ESTATE, INC. 255 STATE STREET BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.656 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO APRON SUBLEASE AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II, 255 STATE STREET BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): 24-90149 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.657 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO LEASE DATED 12/01/2014 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II, PEMBROKE REAL ESTATE, INC<br>255 STATE STREET<br>BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.658 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO APRON SUBLEASE DATED 12/01/2014 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II, PEMBROKE REAL ESTATE, INC<br>255 STATE STREET<br>BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.659 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO LEASE DATED 01/01/2020 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II,<br>255 STATE STREET<br>BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.660 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO LEASE DATED 12/31/2014 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIER TRUST II,<br>255 STATE STREET<br>BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.661 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO LEASE DATED 01/01/2020 AND ALL RELATED AGREEMENTS | TRUSTEES OF COMMONWEALTH PIERTRUST II<br>255 STATE STREET<br>BOSTON, MA 02109 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.662 | State what the contract or lease is for and the nature of the debtor's interest | NOTICE OF INTENT TO EXERCISE OPTION YEAR TWO DATED 06/07/2016 AND ALL RELATED AGREEMENTS | U.S. DEPARTMENT OF HOMELAND SECURITY<br>500 C STREET, NW<br>WASHINGTON, DC 20472 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.663 | State what the contract or lease is for and the nature of the debtor's interest | ENTERTAINMENT CONTRACT DATED 04/02/2007 AND ALL RELATED AGREEMENTS | UGLYDUCK ENTERPRISES, INC<br>1727 W SINTO AVE<br>SPOKANE, WA 99201-2853 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor  Hornblower Cruises and Events, LLC

Case number (if known): 24-90149 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.664** State what the contract or lease is for and the nature of the debtor's interest: ENTERTAINMENT CONTRACT DATED 05/01/2008 AND ALL RELATED AGREEMENTS | UGLYDUCK ENTREPRISES, INC. 1727 W SINTO AVE SPOKANE, WA 99201-2853 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |
| **2.665** State what the contract or lease is for and the nature of the debtor's interest: LICENSE UPGRADE DATED 03/28/2007 AND ALL RELATED AGREEMENTS | UNGERBOECK SOFTWARE INTERNATIONAL 100 UNGERBOECK PARK O FALLON, MO 63368 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |
| **2.666** State what the contract or lease is for and the nature of the debtor's interest: EBMS SOFTWARE LICENSE ADDENDUM DATED 04/30/2007 AND ALL RELATED AGREEMENTS | UNGERBOECK SYSTEMS INTERNATIONAL, INC. ATTN:ACCOUNTS RECEIVABLE P.O. BOX 78429 ST LOUIS, MO 63178-8429 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |
| **2.667** State what the contract or lease is for and the nature of the debtor's interest: EBMS SOFTWARE LICENSE ADDENDUM DATED 05/02/2007 AND ALL RELATED AGREEMENTS | UNGERBOECK SYSTEMS INTERNATIONAL, INC. ATTN:ACCOUNTS RECEIVABLE P.O. BOX 78429 ST LOUIS, MO 63178-8429 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |
| **2.668** State what the contract or lease is for and the nature of the debtor's interest: EBMS SOFTWARE LICENSE AGREEMENT DATED 08/23/2002 AND ALL RELATED AGREEMENTS | UNGERBOECK SYSTEMS. INC. 87 HUBBLE ST. CHARLES, MO 63304 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |
| **2.669** State what the contract or lease is for and the nature of the debtor's interest: PRIMARY PURCHASE AND DISTRIBUTION AGREEMENT DATED 03/01/2007 AND ALL RELATED AGREEMENTS | UNIPRO FOODSERVICE, INC. 2500 CUMBERLAND PARKWAY SUITE 600 ATLANTA, GA 30339 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |
| **2.670** State what the contract or lease is for and the nature of the debtor's interest: COMMERCIAL USE AUTHORIZATION DATED 02/09/2016 AND ALL RELATED AGREEMENTS | UNITED STATES DEPARTMENT OF THE INTERIOR NATIONAL MALL AND MEMORIAL PARKS 900 OHIO DR WASHINGTON, DC 20024 |
| State the term remaining: UNDETERMINED | |
| List the contract number of any government contract | |

Debtor   Hornblower Cruises and Events, LLC
Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.671** | State what the contract or lease is for and the nature of the debtor's interest | NATIONAL PARK SERVICE DATED 01/01/2019 AND ALL RELATED AGREEMENTS | UNITED STATES DEPARTMENT OF THE INTERIOR 63 LONG WHARF BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.672** | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL USE AUTHORIZATION DATED 04/24/2016 AND ALL RELATED AGREEMENTS | UNITED STATES DEPARTMENT OF THE INTERIOR NATIONAL PARK SERVICE GOLDEN GATE NATIONAL RECREATION AREA, INTERIOR REGION 10 BUILDING 201, FORT MASON SAN FRANCISCO, CA 94123-0022 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.673** | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER ACCOUNT APPLICATION AND ALL RELATED AGREEMENTS | US FOODS 9399 W HIGGINS RD, SUITE 500 ROSEMONT, IL 60018 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.674** | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER ACCOUNT APPLICATION AND ALL RELATED AGREEMENTS | US FOODS 9399 W HIGGINS RD, SUITE 500 ROSEMONT, IL 60018 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.675** | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER ACCOUNT APPPLICATION AND ALL RELATED AGREEMENTS | US FOODS 9399 W HIGGINS RD, SUITE 500 ROSEMONT, IL 60018 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.676** | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER ACCOUNT APPLICATION AND ALL RELATED AGREEMENTS | US FOODS 9399 W HIGGINS RD, SUITE 500 ROSEMONT, IL 60018 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.677** | State what the contract or lease is for and the nature of the debtor's interest | CO-EXISTENCE AGREEMENT DATED 06/25/2013 AND ALL RELATED AGREEMENTS | VANGUARD TRADEMARK HOLDINGS USA LLC 600 CORPORATE PARK DRIVE, ST. LOUIS, MO 63105 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   Hornblower Cruises and Events, LLC

Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.678 | State what the contract or lease is for and the nature of the debtor's interest | VENDINI MASTER SERVICE CONTRACT AND ALL RELATED AGREEMENTS | VENDINI, INC. 660 MARKET STREET SAN FRANCISCO, CA 94104 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.679 | State what the contract or lease is for and the nature of the debtor's interest | MEMBER SERVICE AGREEMENT AND ALL RELATED AGREEMENTS | VENDINI, INC. 660  MARKET STREET SAN FRANCISCO, CA 94104 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.680 | State what the contract or lease is for and the nature of the debtor's interest | MEMBER SERVICE AGREEMENT AND ALL RELATED AGREEMENTS | VENDINI, INC. 773 MINNA STREET SAN FRANCISCO, CA 94103 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.681 | State what the contract or lease is for and the nature of the debtor's interest | MEMBER SERVICE AGREEMENT DATED 05/04/2017 AND ALL RELATED AGREEMENTS | VENDINI, INC. 660 MARKET STREET SAN FRANCISCO, CA 94104 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.682 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE CONTRACT AND ALL RELATED AGREEMENTS | VENDINI, INC. 87 SUMMER STREET BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.683 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE CONTRACT DATED 03/15/2010 AND ALL RELATED AGREEMENTS | VENDINI, INC. 87 SUMMER STREET BOSTON, MA 02110 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.684 | State what the contract or lease is for and the nature of the debtor's interest | AUTHORIZATION FORM DATED 03/08/2017 AND ALL RELATED AGREEMENTS | VERIFONE 300 PARK PLACE BLVD SUITE 100 CLEARWATER, FL 33759 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor    Hornblower Cruises and Events, LLC                                                Case number (If known):   24-90149 (MI)

Name

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.685** **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD MERCHANT AGREEMENT DATED 03/08/2017 AND ALL RELATED AGREEMENTS | VERIFONE, INC. 88 WEST PLUMERIA DRIVE SAN JOSE, CA 95134 |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.686** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE ORDER FORM DATED 02/26/2019 AND ALL RELATED AGREEMENTS | VERIZON BUSINESS NETWORK SERVICES INC. 211 N UNION ST ALEXANDRIA, VA 22314 |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.687** **State what the contract or lease is for and the nature of the debtor's interest** | ENTERTAINMENT CONTRACT DATED 02/11/2011 AND ALL RELATED AGREEMENTS | VINCENT EAGLIN ADDRESS ON FILE |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.688** **State what the contract or lease is for and the nature of the debtor's interest** | ENTERTAINMENT CONTRACT DATED 04/04/2016 AND ALL RELATED AGREEMENTS | VINCENT EAGLIN ADDRESS ON FILE |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.689** **State what the contract or lease is for and the nature of the debtor's interest** | ENTERTAINMENT CONTRACT DATED 05/01/2008 AND ALL RELATED AGREEMENTS | VINCENT EAGLIN ADDRESS ON FILE |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.690** **State what the contract or lease is for and the nature of the debtor's interest** | MOVE ADD CHANGE AGREEMENT DATED 04/01/2016 AND ALL RELATED AGREEMENTS | VONAGE BUSINESS 01 CRAWFORDS CORNER RD, STE2416 HOLMDEL, NJ 07733 |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |
| **2.691** **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT DATED 06/01/2009 AND ALL RELATED AGREEMENTS | WATER TRANSPORTATION ALTERNATIVES, INC., 703 WASHINGTON STREET QUINCY, MA 02169 |
| **State the term remaining** | UNDETERMINED | |
| **List the contract number of any government contract** | | |

Debtor  Hornblower Cruises and Events, LLC
Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.692** State what the contract or lease is for and the nature of the debtor's interest: LICENSE AGREEMENT DATED 03/24/2023 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | WATERFRONT LLC<br>PIER 62, WEST 23RD STREET & HUDSON RIVER<br>NEW YORK, NY 10011 |
| **2.693** State what the contract or lease is for and the nature of the debtor's interest: SUBLICENSE AGREEMENT AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | WATERFRONT PARTNERSHIP OF BALTIMORE, INC.<br>650 S EXETER ST STE 200<br>BALTIMORE, MD 21202 |
| **2.694** State what the contract or lease is for and the nature of the debtor's interest: SECOND SUPPLEMENTAL AGREEMENT DATED 04/15/2021 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | WATERFRONT SERVICES I LLC<br>PIER 62, WEST 23RD STREET & HUDSON RIVER<br>NEW YORK, NY 10011 |
| **2.695** State what the contract or lease is for and the nature of the debtor's interest: SECOND SUPPLEMENTAL AGREEMENT DATED 04/15/2021 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | WATERFRONT SERVICES I LLC<br>PIER 62, WEST 23RD STREET & HUDSON RIVER<br>NEW YORK, NY 10011 |
| **2.696** State what the contract or lease is for and the nature of the debtor's interest: SUPPLEMENTAL AGREEMENT DATED 11/01/2020 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | WATERFRONT SERVICES I LLC<br>PIER 62, WEST 23RD STREET & HUDSON RIVER<br>NEW YORK, NY 10011 |
| **2.697** State what the contract or lease is for and the nature of the debtor's interest: SIXTH AMENDMENT TO SUBLEASE DATED 07/30/2019 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | WATERFRONT SERVICES I, LLC<br>CHELSEA PIERS, WEST 23RD STREET AND THE HUDSON RIVER<br>PIER 62, SUITE 300<br>NEW YORK, NY 10111 |
| **2.698** State what the contract or lease is for and the nature of the debtor's interest: SIXTH AMENDMENT TO SUBLEASE DATED 07/30/2019 AND ALL RELATED AGREEMENTS<br><br>State the term remaining: UNDETERMINED<br><br>List the contract number of any government contract | WATERFRONT SERVICES I, LLC<br>PIER 62<br>WEST 23RD STREET & HUDSON RIVER<br>NEW YORK, NY 10011 |

Debtor   Hornblower Cruises and Events, LLC
Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.699** State what the contract or lease is for and the nature of the debtor's interest — TENANT ESTOPPEL CERTIFICATE DATED 01/01/1994 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | WATERFRONT SERVICES I, LLC<br>CHELSEA PIERS, WEST 23RD STREET AND THE HUDSON RIVER<br>PIER 62, SUITE 300<br>NEW YORK, NY 10111 |
| **2.700** State what the contract or lease is for and the nature of the debtor's interest — SEVENTH AMENDMENT TO SUBLEASE DATED 05/01/2023 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | WATERFRONT SERVICES I, LLC<br>PIER 62, WEST 23RD STREET & HUDSON RIVER<br>NEW YORK, NY 10011 |
| **2.701** State what the contract or lease is for and the nature of the debtor's interest — SUPPLEMENTAL AGREEMENT DATED 10/27/2020 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | WATERFRONT SERVICES I, LLC<br>CHELSEA PIERS, WEST 23RD STREET AND THE HUDSON RIVER<br>PIER 62, SUITE 300<br>NEW YORK, NY 10111 |
| **2.702** State what the contract or lease is for and the nature of the debtor's interest — CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT DATED 09/03/2020 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | WATERFRONT SERVICES I, LLC<br>PIER 62<br>WEST 23RD STREET & HUDSON RIVE<br>NEW YORK, NY 10011 |
| **2.703** State what the contract or lease is for and the nature of the debtor's interest — FOURTH AMENDMENT TO SUBLEASE DATED 01/10/2012 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | WATERFRONT SERVICES I, LLC<br>PIER 62, WEST 23RD STREET & HUDSON RIVER<br>NEW YORK, NY 10011 |
| **2.704** State what the contract or lease is for and the nature of the debtor's interest — SUBORDINATION, ATTORNMENT AND NONDISTURBANCE AGREEMENT DATED 08/14/2020 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | WATERFRONT SERVICES I, LLC<br>CHELSEA PIERS<br>WEST 23RD STREET AND THE HUDSON RIVE<br>PIER 62, SUITE 300<br>NEW YORK, NY 10111 |
| **2.705** State what the contract or lease is for and the nature of the debtor's interest — SIXTH AMENDMENT TO SUBLEASE DATED 07/30/2019 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | WATERFRONT SERVICES I, LLC<br>CHELSEA PIERS, WEST 23RD STREET AND THE HUDSON RIVER<br>PIER 62, SUITE 300<br>NEW YORK, NY 10111 |

Debtor  Hornblower Cruises and Events, LLC        Case number (If known): 24-90149 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.706** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT DATED 06/30/2020 AND ALL RELATED AGREEMENTS<br><br><br><br>UNDETERMINED | WATERFRONT SERVICES I, LLC<br>CHELSEA PIERS, WEST 23RD STREET AND THE HUDSON RIVER<br>PIER 62, SUITE 300<br>NEW YORK, NY 10111 |
| **2.707** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIFTH AMENDMENT TO SUBLEASE DATED 06/30/2014 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | WATERFRONT SERVICES I, LLC<br>PIER 62, WEST 23RD STREET & HUDSON RIVER<br>NEW YORK, NY 10011 |
| **2.708** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PEST ELIMINATION AGREEMENT DATED 01/27/2009 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | WESTERN PEST SERVICES<br>4205 VIRGINIA BEACH BOULEVARD<br>VIRGINIA BEACH, VA 23452 |
| **2.709** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT AND ALL RELATED AGREEMENTS<br><br><br>UNDETERMINED | WHARF CONDOMINIUM ASSOCIATION<br>50 ROWES WHARF<br>BOSTON, MA 02110 |
| **2.710** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO COMMERCIAL SLIP LICENSE AGREEMENT DATED 12/19/2022 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | WHARF DISTRICT MASTER DEVELOPER LLC<br>760 MAINE AVENUE<br>SW<br>WASHINGTON, DC 20024 |
| **2.711** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMMERCIAL SLIP LICENSE AGREEMENT DATED 11/16/2016 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | WHARF DISTRICT MASTER DEVELOPER LLC<br>ATTENTION; MARK DORIGAN, ESQUIRE<br>690 WATER STREET SW<br>WASHINGTON, DC 20024 |
| **2.712** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO COMMERCIAL SLIP LICENSE AGREEMENT DATED 12/19/2022 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | WHARF DISTRICT MASTER DEVELOPER LLC<br>C/O DISTRICT WHARF PROPERTIES, LLC<br>760 MAINE AVENUE, SW<br>ATTENTION: PRESIDENT<br>WASHINGTON, DC 20024 |

Debtor   Hornblower Cruises and Events, LLC
Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.713** State what the contract or lease is for and the nature of the debtor's interest: FIRST AMENDMENT TO COMMERCIAL SLIP LICENSE AGREEMENT AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract | WHARF DISTRICT MASTER DEVELOPER LLC<br>760 MAINE AVENUE<br>SW<br>WASHINGTON, DC 20024 |
| **2.714** State what the contract or lease is for and the nature of the debtor's interest: FIRST AMENDMENT TO LEASE AGREEMENT DATED 12/19/2022 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract | WHARF PHASE 1 RETAIL REIT LEASEHOLDER LLC<br>C/O DISTRICT WHARF PROPERTIES, LLC<br>ATTENTION: PRESIDENT<br>760 MAINE AVENUE, SW<br>WASHINGTON, DC 20024 |
| **2.715** State what the contract or lease is for and the nature of the debtor's interest: RETAIL LEASE AGREEMENT DATED 11/16/2016 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract | WHARF PHASE 1 RETAIL REIT LEASEHOLDER LLC<br>ATTENTION: MARK DORIGAN, ESQUIRE<br>690 WATER STREET SW<br>WASHINGTON, DC 20024 |
| **2.716** State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO EXISTING PREMISES AGREEMENTS DATED 12/31/2015 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract | WHARF PIERS 3 & 4 LLC<br>ATTENTION: MARK DORIGAN, ESQUIRE<br>690 WATER STREET SW<br>WASHINGTON, DC 20024 |
| **2.717** State what the contract or lease is for and the nature of the debtor's interest: PROVISIONAL ACCEPTANCE AGREEMENT AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract | WHARF PIERS 3 & 4 LLC<br>690 WATER STREET SW<br>WASHINGTON, D.C., DC 20024 |
| **2.718** State what the contract or lease is for and the nature of the debtor's interest: PROVISIONAL ACCEPTANCE AGREEMENT AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract | WHARF PIERS 3 & 4 LLC<br>690 WATER STREET SW<br>WASHINGTON, D.C., DC 20024 |
| **2.719** State what the contract or lease is for and the nature of the debtor's interest: LEASE AGREEMENT DATED 12/22/2016 AND ALL RELATED AGREEMENTS<br>State the term remaining: UNDETERMINED<br>List the contract number of any government contract | WHARF PIERS 3 & 4 LLC<br>ATTENTION: MARK DORIGAN, ESQUIRE<br>690 WATER STREET SW<br>WASHINGTON, DC 20024 |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.720** | State what the contract or lease is for and the nature of the debtor's interest | PROVISIONAL ACCEPTANCE AGREEMENT AND ALL RELATED AGREEMENTS | WHARF PIERS 3 & 4 LLC, A REIT, LLC 690 WATER STREET SW WASHINGTON, D.C., DC 20024 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.721** | State what the contract or lease is for and the nature of the debtor's interest | LINEN SUPPLY AGREEMENT DATED 03/14/2013 AND ALL RELATED AGREEMENTS | WHITE PLAINS COAT & APRON CO 4 JOHN WALSH BOULEVARD PEEKSKILL, NY 10566 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.722** | State what the contract or lease is for and the nature of the debtor's interest | LINEN SUPPLY AGREEMENT DATED 04/19/2019 AND ALL RELATED AGREEMENTS | WHITE PLAINS COAT & APRON CO., INC 4 JOHN WALSH BOULEVARD PEEKSKILL, NY 10566 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.723** | State what the contract or lease is for and the nature of the debtor's interest | LINEN SUPPLY AGREEMENT DATED 03/31/2006 AND ALL RELATED AGREEMENTS | WHITE PLAINS LINEN 4 JOHN WALSH BOULEVARD PEEKSKILL, NY 10566 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.724** | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SERVICE AGREEMENT DATED 09/15/2020 AND ALL RELATED AGREEMENTS | WI LINE 2955 CAMPUS DR SAN MATEO, CA 94403 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.725** | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASE DATED 07/01/1998 AND ALL RELATED AGREEMENTS | WORLD TRADE CENTER SUITE 50, 164 NORTHERN AVENUE BOSTON, MA 02210 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.726** | State what the contract or lease is for and the nature of the debtor's interest | APRON SUBLEASE DATED 11/24/2003 AND ALL RELATED AGREEMENTS | WORLD TRADE CENTER BOSTON PIER FACILITIES 200 SEAPORT BOULEVARD BOSTON, MA 02210 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor  Hornblower Cruises and Events, LLC                                            Case number (If known):   24-90149 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.727 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 01/18/2008 AND ALL RELATED AGREEMENTS | XEROX<br>PO BOX 202882<br>DALLAS, TX 75320-2882 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.728 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 02/23/2009 AND ALL RELATED AGREEMENTS | XEROX<br>PO BOX 202882<br>DALLAS, TX 75320-2882 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.729 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBSCRIPTION AGREEMENT DATED 10/14/2022 AND ALL RELATED AGREEMENTS | ZOOM VIDEO COMMUNICATIONS INC.<br>55 ALMADEN BLVD.<br>SUITE 600<br>SAN JOSE, CA 95113 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.730 | State what the contract or lease is for and the nature of the debtor's interest | ZOOM AMENDMENT FORM DATED 11/27/2018 AND ALL RELATED AGREEMENTS | ZOOM VIDEO COMMUNICATIONS INC. ("ZOOM")<br>55 ALMADEN BLVD.<br>SUITE 600<br>SAN JOSE, CA 95113 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.731 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 08/30/2023 AND ALL RELATED AGREEMENTS | ZOOMINFO<br>805 BROADWAY STREET<br>SUITE 900<br>VANCOUVER, WA 98660 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name        Hornblower Cruises and Events, LLC

United States Bankruptcy Court for the:    Southern District of Texas, Houston Division

Case number (If known):    24-90149 (MI)

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible.   If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Alcatraz Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Alcatraz Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Alcatraz Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ENTEGRA PROCUREMENT SERVICES, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.4 Alcatraz Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Alcatraz Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Alcatraz Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | OUTSOLVE, LLC | ☐ D<br>☐ E/F<br>☑ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.7 | Alcatraz Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.8 | Alcatraz Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.9 | Alcatraz Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.10 | Alcatraz Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.11 | Alcatraz Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.12 | Alcatraz Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.13 | Alcatraz Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.14 | Alcatraz Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor  Hornblower Cruises and Events, LLC                    Case number (If known): 24-90149 (MI)
        Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 | Alcatraz Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.16 | Alcatraz Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.17 | Alcatraz Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.18 | Alcatraz Island Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.19 | Alcatraz Island Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.20 | Alcatraz Island Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.21 | Alcatraz Island Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.22 | Alcatraz Island Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

Debtor  Hornblower Cruises and Events, LLC                                    Case number (If known): 24-90149 (MI)
         Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | American Countess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.24 | American Countess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.25 | American Countess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.26 | American Countess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.27 | American Countess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.28 | American Duchess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.29 | American Duchess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.30 | American Duchess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.31 | American Duchess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.32 | American Duchess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.33 | American Queen Holdco, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.34 | American Queen Holdco, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.35 | American Queen Holdco, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.36 | American Queen Holdco, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.37 | American Queen Holdco, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.38 | American Queen Holdings, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Cruises and Events, LLC

Name

Case number (If known):   24-90149 (MI)

---

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.39 | American Queen Holdings, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.40 | American Queen Holdings, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.41 | American Queen Holdings, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.42 | American Queen Holdings, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.43 | American Queen Steamboat Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.44 | American Queen Steamboat Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.45 | American Queen Steamboat Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ENTEGRA PROCUREMENT SERVICES, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.46 | American Queen Steamboat Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor   Hornblower Cruises and Events, LLC

Name

Case number (If known):   24-90149 (MI)

| **Additional Page if Debtor Has More Codebtors** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.47 | American Queen Steamboat Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.48 | American Queen Steamboat Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.49 | American Queen Sub, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.50 | American Queen Sub, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.51 | American Queen Sub, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.52 | American Queen Sub, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.53 | American Queen Sub, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.54 | Anchor Mexico Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Cruises and Events, LLC                                                Case number (If known):   24-90149 (MI)
         Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.55 | Anchor Mexico Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.56 | Anchor Mexico Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.57 | Anchor Mexico Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.58 | Anchor Mexico Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.59 | Anchor Operating System, LLC | 2645 TOWNSGATE ROAD, SUITE 200 WESTLAKE VILLAGE, CA 91361 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.60 | Anchor Operating System, LLC | 2645 TOWNSGATE ROAD, SUITE 200 WESTLAKE VILLAGE, CA 91361 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.61 | Anchor Operating System, LLC | 2645 TOWNSGATE ROAD, SUITE 200 WESTLAKE VILLAGE, CA 91361 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.62 | Anchor Operating System, LLC | 2645 TOWNSGATE ROAD, SUITE 200 WESTLAKE VILLAGE, CA 91361 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.63 | Anchor Operating System, LLC | 2645 TOWNSGATE ROAD, SUITE 200 WESTLAKE VILLAGE, CA 91361 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.64 | Bay State, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.65 | Bay State, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.66 | Bay State, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.67 | Bay State, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.68 | Bay State, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.69 | Boston Harbor Cruises, LLC | 1 LONG WHARF BOSTON, MA 02110 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.70 | Boston Harbor Cruises, LLC | 1 LONG WHARF BOSTON, MA 02110 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Cruises and Events, LLC

Name

Case number (If known):   24-90149 (MI)

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.71 | Boston Harbor Cruises, LLC | 1 LONG WHARF BOSTON, MA 02110 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.72 | Boston Harbor Cruises, LLC | 1 LONG WHARF BOSTON, MA 02110 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.73 | Boston Harbor Cruises, LLC | 1 LONG WHARF BOSTON, MA 02110 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.74 | City Cruises Cafe, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.75 | City Cruises Cafe, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.76 | City Cruises Cafe, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.77 | City Cruises Cafe, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.78 | City Cruises Cafe, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Cruises and Events, LLC
Name
Case number (If known): 24-90149 (MI)

| ██ | **Additional Page if Debtor Has More Codebtors** | | | |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.79 | City Cruises Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.80 | City Cruises Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.81 | City Cruises Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.82 | City Cruises Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.83 | City Cruises Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.84 | City Ferry Transportation Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.85 | City Ferry Transportation Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.86 | City Ferry Transportation Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.87 | City Ferry Transportation Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.88 | City Ferry Transportation Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.89 | Cruising Excursions Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.90 | Cruising Excursions Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.91 | Cruising Excursions Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.92 | Cruising Excursions Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.93 | Cruising Excursions Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.94 | Cruising Excursions Transport, Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.95 | Cruising Excursions Transport, Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.96 | Cruising Excursions Transport, Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.97 | Cruising Excursions Transport, Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.98 | Cruising Excursions Transport, Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | UBS AG, STAMFORD BRANCH | ☑ D  ☐ E/F  ☐ G |
| 2.99 | EON Partners, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.100 | EON Partners, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.101 | EON Partners, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.102 | EON Partners, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |

Debtor    Hornblower Cruises and Events, LLC                          Case number (If known)   24-90149 (MI)
          Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.103 | EON Partners, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.104 | Ferryboat Santa Rosa, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.105 | Ferryboat Santa Rosa, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.106 | Ferryboat Santa Rosa, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.107 | Ferryboat Santa Rosa, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.108 | Ferryboat Santa Rosa, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.109 | HMS American Queen Steamboat Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.110 | HMS American Queen Steamboat Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor   Hornblower Cruises and Events, LLC                                      Case number (If known):   24-90149 (MI)
         Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.111 | HMS American Queen Steamboat Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.112 | HMS American Queen Steamboat Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.113 | HMS American Queen Steamboat Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.114 | HMS Ferries - Puerto Rico, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.115 | HMS Ferries - Puerto Rico, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.116 | HMS Ferries - Puerto Rico, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.117 | HMS Ferries - Puerto Rico, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.118 | HMS Ferries - Puerto Rico, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Cruises and Events, LLC                                    Case number (If known)   24-90149 (MI)
         Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.119 | HMS Ferries, Inc. | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.120 | HMS Ferries, Inc. | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.121 | HMS Ferries, Inc. | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.122 | HMS Ferries, Inc. | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.123 | HMS Ferries, Inc. | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.124 | HMS Global Maritime, Inc. | 2400 E. COMMERCIAL BLVD., STE. 1200<br>FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.125 | HMS Global Maritime, Inc. | 2400 E. COMMERCIAL BLVD., STE. 1200<br>FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.126 | HMS Global Maritime, Inc. | 2400 E. COMMERCIAL BLVD., STE. 1200<br>FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.127 | HMS Global Maritime, Inc. | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.128 | HMS Global Maritime, Inc. | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.129 | HMS Global Maritime, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.130 | HMS Global Maritime, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.131 | HMS Global Maritime, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.132 | HMS Global Maritime, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.133 | HMS Global Maritime, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.134 | HMS Vessel Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Cruises and Events, LLC                                    Case number (If known):   24-90149 (MI)
Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.135 | HMS Vessel Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.136 | HMS Vessel Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.137 | HMS Vessel Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.138 | HMS Vessel Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.139 | HMS-Alabama, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.140 | HMS-Alabama, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.141 | HMS-Alabama, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.142 | HMS-Alabama, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|--------|-----------------------------------|--------------------------|---------------|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.143 | HMS-Alabama, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.144 | HMS-Oklahoma, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.145 | HMS-Oklahoma, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.146 | HMS-Oklahoma, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.147 | HMS-Oklahoma, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.148 | HMS-Oklahoma, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.149 | HMS-WestPac, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.150 | HMS-WestPac, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.151 | HMS-WestPac, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.152 | HMS-WestPac, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.153 | HMS-WestPac, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.154 | HNY Ferry Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.155 | HNY Ferry Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.156 | HNY Ferry Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.157 | HNY Ferry Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.158 | HNY Ferry Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.159 | HNY Ferry II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.160 | HNY Ferry II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.161 | HNY Ferry II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.162 | HNY Ferry II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.163 | HNY Ferry II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.164 | HNY Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.165 | HNY Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.166 | HNY Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

Debtor  Hornblower Cruises and Events, LLC

Name

Case number (If known):  24-90149 (MI)

---

**Additional Page if Debtor Has More Codebtors**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.167 | HNY Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.168 | HNY Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.169 | Hornblower Cable Cars, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.170 | Hornblower Cable Cars, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.171 | Hornblower Cable Cars, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.172 | Hornblower Cable Cars, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.173 | Hornblower Cable Cars, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.174 | Hornblower Canada Co. | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
|---|---|---|---|---|
| 2.175 | Hornblower Canada Co. | 5775 RIVER RD., UNIT 110<br>NIAGARA FALLS, ON L2G 3K9<br>CANADA | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.176 | Hornblower Canada Co. | 5775 RIVER RD., UNIT 110<br>NIAGARA FALLS, ON L2G 3K9<br>CANADA | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.177 | Hornblower Canada Co. | 5775 RIVER RD., UNIT 110<br>NIAGARA FALLS, ON L2G 3K9<br>CANADA | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.178 | Hornblower Canada Co. | 5775 RIVER RD., UNIT 110<br>NIAGARA FALLS, ON L2G 3K9<br>CANADA | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.179 | Hornblower Canada Entertainment Limited | 5775 RIVER RD., UNIT 110<br>NIAGARA FALLS, ON L2G 3K9<br>CANADA | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.180 | Hornblower Canada Entertainment Limited | 5775 RIVER RD., UNIT 110<br>NIAGARA FALLS, ON L2G 3K9<br>CANADA | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.181 | Hornblower Canada Entertainment Limited | 5775 RIVER RD., UNIT 110<br>NIAGARA FALLS, ON L2G 3K9<br>CANADA | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.182 | Hornblower Canada Entertainment Limited | 5775 RIVER RD., UNIT 110<br>NIAGARA FALLS, ON L2G 3K9<br>CANADA | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor   Hornblower Cruises and Events, LLC

Name

Case number (If known):   24-90149 (MI)

## Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | | |
|---|---|---|---|---|---|
| | **Column 1: Codebtor** | | | **Column 2: Creditor** | |
| | Name | Mailing address | | Name | Check all schedules that apply: |
| 2.183 | Hornblower Canada Entertainment Limited | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.184 | Hornblower Canadian Holdings, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.185 | Hornblower Canadian Holdings, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.186 | Hornblower Canadian Holdings, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.187 | Hornblower Canadian Holdings, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.188 | Hornblower Canadian Holdings, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.189 | Hornblower Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.190 | Hornblower Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Cruises and Events, LLC
         Name

Case number (If known):   24-90149 (MI)

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.191 | Hornblower Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.192 | Hornblower Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.193 | Hornblower Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.194 | Hornblower Cruise Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.195 | Hornblower Cruise Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.196 | Hornblower Cruise Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.197 | Hornblower Cruise Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.198 | Hornblower Cruise Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.199 | Hornblower Cruises and Events Canada Limited | 207 QUEENS QUAY W, STE. 425 TORONTO, ON M5J 1A7 CANADA | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.200 | Hornblower Cruises and Events Canada Limited | 207 QUEENS QUAY W, STE. 425 TORONTO, ON M5J 1A7 CANADA | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.201 | Hornblower Cruises and Events Canada Limited | 207 QUEENS QUAY W, STE. 425 TORONTO, ON M5J 1A7 CANADA | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.202 | Hornblower Cruises and Events Canada Limited | 207 QUEENS QUAY W, STE. 425 TORONTO, ON M5J 1A7 CANADA | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.203 | Hornblower Cruises and Events Canada Limited | 207 QUEENS QUAY W, STE. 425 TORONTO, ON M5J 1A7 CANADA | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.204 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.205 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.206 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | BALTIMORE DEVELOPMENT CORPORATION | ☐ D ☐ E/F ☑ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.207 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | CHELSEA PIERS, L.P. | ☐ D ☐ E/F ☒ G |
| 2.208 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | CITYFRONT CENTER WEST ASSOCIATION | ☐ D ☐ E/F ☒ G |
| 2.209 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | CITYFRONT CENTER WEST ASSOCIATION, | ☐ D ☐ E/F ☒ G |
| 2.210 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | CROWD RIFF | ☐ D ☐ E/F ☒ G |
| 2.211 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | EAST MAIN STREET, LLC | ☐ D ☐ E/F ☒ G |
| 2.212 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | EAST MAIN STREET, LLC | ☐ D ☐ E/F ☒ G |
| 2.213 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | GENESYS TELECOMMUNICATIONS LABORATORIES, INC | ☐ D ☐ E/F ☒ G |
| 2.214 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | GENESYS TELECOMMUNICATIONS LABORATORIES, INC. | ☐ D ☐ E/F ☒ G |

Debtor    Hornblower Cruises and Events, LLC                                    Case number (If known): 24-90149 (MI)
          Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.215 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.216 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.217 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | KALKINES, ARKY, ZALL & BERNSTEIN | ☐ D ☐ E/F ☑ G |
| 2.218 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | MARKMONITOR INC. | ☐ D ☐ E/F ☑ G |
| 2.219 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | MILITARY TICKET PROGRAM | ☐ D ☐ E/F ☑ G |
| 2.220 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | MILITARY TICKET PROGRAM | ☐ D ☐ E/F ☑ G |
| 2.221 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | MILITARY TICKET PROGRAM | ☐ D ☐ E/F ☑ G |
| 2.222 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | MILITARY TICKET PROGRAM | ☐ D ☐ E/F ☑ G |

Debtor  Hornblower Cruises and Events, LLC

Name

Case number (If known):  24-90149 (MI)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.223 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | MILITARY TICKET PROGRAM | ☐ D ☐ E/F ☑ G |
| 2.224 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | MILITARY TICKET PROGRAM | ☐ D ☐ E/F ☑ G |
| 2.225 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | MILITARY TICKET PROGRAM | ☐ D ☐ E/F ☑ G |
| 2.226 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | MILITARY TICKET PROGRAM | ☐ D ☐ E/F ☑ G |
| 2.227 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | MILITARY TICKET PROGRAM | ☐ D ☐ E/F ☑ G |
| 2.228 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | OUTSOIVE, L.L.C. | ☐ D ☐ E/F ☑ G |
| 2.229 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | OUTSOLVE | ☐ D ☐ E/F ☑ G |
| 2.230 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | OUTSOLVE, LLC | ☐ D ☐ E/F ☑ G |

| Debtor | Hornblower Cruises and Events, LLC |  | Case number (If known): | 24-90149 (MI) |
|--------|------|---|---|---|
|  | Name |  |  |  |

| ▉ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.231 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | SALESFORCE.COM, INC. | ☐ D ☐ E/F ☒ G |
| 2.232 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | SURVEYMONKEY | ☐ D ☐ E/F ☒ G |
| 2.233 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | UBS AG, STAMFORD BRANCH | ☒ D ☐ E/F ☐ G |
| 2.234 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | WI LINE | ☐ D ☐ E/F ☒ G |
| 2.235 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | ZOOM VIDEO COMMUNICATIONS INC. | ☐ D ☐ E/F ☒ G |
| 2.236 | Hornblower Development, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☒ D ☐ E/F ☐ G |
| 2.237 | Hornblower Development, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☒ D ☐ E/F ☐ G |
| 2.238 | Hornblower Development, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☒ D ☐ E/F ☐ G |

Debtor  Hornblower Cruises and Events, LLC
Name

Case number (If known): 24-90149 (MI)

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.239 | Hornblower Development, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.240 | Hornblower Development, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.241 | Hornblower Energy, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.242 | Hornblower Energy, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.243 | Hornblower Energy, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.244 | Hornblower Energy, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.245 | Hornblower Energy, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.246 | Hornblower Facility Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor  Hornblower Cruises and Events, LLC
Name

Case number (If known): 24-90149 (MI)

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.247 | Hornblower Facility Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.248 | Hornblower Facility Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.249 | Hornblower Facility Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.250 | Hornblower Facility Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.251 | Hornblower Ferry Holdings II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.252 | Hornblower Ferry Holdings II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.253 | Hornblower Ferry Holdings II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.254 | Hornblower Ferry Holdings II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.255 | Hornblower Ferry Holdings II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.256 | Hornblower Ferry Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.257 | Hornblower Ferry Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.258 | Hornblower Ferry Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.259 | Hornblower Ferry Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.260 | Hornblower Ferry Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.261 | Hornblower Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.262 | Hornblower Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor    Hornblower Cruises and Events, LLC                                    Case number (if known):    24-90149 (MI)
          Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.263 | Hornblower Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.264 | Hornblower Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.265 | Hornblower Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.266 | Hornblower Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.267 | Hornblower Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.268 | Hornblower Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.269 | Hornblower Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.270 | Hornblower Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Cruises and Events, LLC                                    Case number (If known):   24-90149 (MI)

Name

| | | **Additional Page if Debtor Has More Codebtors** |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.271 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.272 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.273 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | CHICAGO NBC TOWER, L.P. | ☐ D ☐ E/F ☑ G |
| 2.274 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.275 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.276 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.277 | Hornblower Holdco, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.278 | Hornblower Holdco, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.279 | Hornblower Holdco, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.280 | Hornblower Holdco, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.281 | Hornblower Holdco, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.282 | Hornblower Hospitality Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.283 | Hornblower Hospitality Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.284 | Hornblower Hospitality Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.285 | Hornblower Hospitality Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.286 | Hornblower Hospitality Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.287 | Hornblower India Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.288 | Hornblower India Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.289 | Hornblower India Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.290 | Hornblower India Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.291 | Hornblower India Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.292 | Hornblower Metro Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.293 | Hornblower Metro Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.294 | Hornblower Metro Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.295 | Hornblower Metro Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.296 | Hornblower Metro Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.297 | Hornblower Metro Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.298 | Hornblower Metro Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.299 | Hornblower Metro Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.300 | Hornblower Metro Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.301 | Hornblower Metro Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.302 | Hornblower Metro Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Cruises and Events, LLC          Case number (If known):   24-90149 (MI)
         Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.303 | Hornblower Metro Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.304 | Hornblower Metro Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.305 | Hornblower Metro Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.306 | Hornblower Metro Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.307 | Hornblower Municipal Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.308 | Hornblower Municipal Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.309 | Hornblower Municipal Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.310 | Hornblower Municipal Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.311 | Hornblower Municipal Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.312 | Hornblower New York, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.313 | Hornblower New York, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.314 | Hornblower New York, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.315 | Hornblower New York, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.316 | Hornblower New York, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.317 | Hornblower Shipyard, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.318 | Hornblower Shipyard, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Hornblower Cruises and Events, LLC                                    Case number (If known):    24-90149 (MI)
          Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.319 | Hornblower Shipyard, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.320 | Hornblower Shipyard, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.321 | Hornblower Shipyard, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D  ☐ E/F  ☐ G |
| 2.322 | Hornblower Sub, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.323 | Hornblower Sub, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.324 | Hornblower Sub, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.325 | Hornblower Sub, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.326 | Hornblower Sub, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D  ☐ E/F  ☐ G |

Debtor    Hornblower Cruises and Events, LLC
          Name

Case number (If known):   24-90149 (MI)

## Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.327 | Hornblower UK Holdings Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.328 | Hornblower UK Holdings Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.329 | Hornblower UK Holdings Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.330 | Hornblower UK Holdings Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.331 | Hornblower UK Holdings Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.332 | Hornblower Yachts, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.333 | Hornblower Yachts, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.334 | Hornblower Yachts, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.335 | Hornblower Yachts, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.336 | Hornblower Yachts, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.337 | JJ Audubon, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.338 | JJ Audubon, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.339 | JJ Audubon, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.340 | JJ Audubon, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.341 | JJ Audubon, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.342 | Journey Beyond Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor    Hornblower Cruises and Events, LLC
          Name

Case number (If known):    24-90149 (MI)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.343 | Journey Beyond Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.344 | Journey Beyond Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.345 | Journey Beyond Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.346 | Liberty Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.347 | Liberty Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.348 | Liberty Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.349 | Liberty Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.350 | Liberty Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Cruises and Events, LLC
Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.351 | Liberty Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.352 | Liberty Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.353 | Liberty Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.354 | Liberty Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.355 | Liberty Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D  ☐ E/F  ☐ G |
| 2.356 | Liberty Hospitality, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.357 | Liberty Hospitality, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.358 | Liberty Hospitality, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |

Name

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.359 | Liberty Hospitality, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.360 | Liberty Hospitality, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.361 | Liberty Landing Ferries, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.362 | Liberty Landing Ferries, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.363 | Liberty Landing Ferries, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.364 | Liberty Landing Ferries, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.365 | Liberty Landing Ferries, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.366 | Mission Bay Water Transit Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Cruises and Events, LLC                                    Case number (If known):   24-90149 (MI)
         Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.367 | Mission Bay Water Transit Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.368 | Mission Bay Water Transit Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.369 | Mission Bay Water Transit Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.370 | Mission Bay Water Transit Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.371 | Mission Bay Water Transit, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.372 | Mission Bay Water Transit, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.373 | Mission Bay Water Transit, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.374 | Mission Bay Water Transit, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

Debtor  Hornblower Cruises and Events, LLC                                    Case number (If known):   24-90149 (MI)
        Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.375 | Mission Bay Water Transit, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.376 | Niagara Jet Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.377 | Niagara Jet Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.378 | Niagara Jet Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.379 | Niagara Jet Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.380 | Niagara Jet Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.381 | San Francisco Pier 33, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.382 | San Francisco Pier 33, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |

Name

| | **Additional Page if Debtor Has More Codebtors** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.383 | San Francisco Pier 33, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.384 | San Francisco Pier 33, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.385 | San Francisco Pier 33, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.386 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.387 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.388 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.389 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.390 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |

Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.391 | Seaward Services, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.392 | Seaward Services, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.393 | Seaward Services, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.394 | Seaward Services, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.395 | Seaward Services, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.396 | Statue Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.397 | Statue Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.398 | Statue Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

Debtor  Hornblower Cruises and Events, LLC

Name

Case number (If known):   24-90149 (MI)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.399 | Statue Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.400 | Statue Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.401 | Statue of Liberty IV, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.402 | Statue of Liberty IV, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.403 | Statue of Liberty IV, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.404 | Statue of Liberty IV, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.405 | Statue of Liberty IV, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.406 | Statue of Liberty V, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Cruises and Events, LLC
Name                                                      Case number (If known)   24-90149 (MI)

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.407 | Statue of Liberty V, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.408 | Statue of Liberty V, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.409 | Statue of Liberty V, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.410 | Statue of Liberty V, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.411 | Statue of Liberty VI, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.412 | Statue of Liberty VI, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.413 | Statue of Liberty VI, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.414 | Statue of Liberty VI, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|--------|-----------------------------------|------------------------|----------------|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.415 | Statue of Liberty VI, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.416 | TCB Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.417 | TCB Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.418 | TCB Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.419 | TCB Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.420 | TCB Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.421 | Venture Ashore, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.422 | Venture Ashore, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Cruises and Events, LLC                                    Case number (If known):   24-90149 (MI)
Name

**Additional Page if Debtor Has More Codebtors**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.423 | Venture Ashore, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.424 | Venture Ashore, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.425 | Venture Ashore, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.426 | Victory Holdings I, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.427 | Victory Holdings I, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.428 | Victory Holdings I, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.429 | Victory Holdings I, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.430 | Victory Holdings I, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

Debtor  Hornblower Cruises and Events, LLC
Name

Case number (If known)   24-90149 (MI)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.431 | Victory Holdings II, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.432 | Victory Holdings II, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.433 | Victory Holdings II, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.434 | Victory Holdings II, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.435 | Victory Holdings II, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.436 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.437 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.438 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.439 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.440 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.441 | Walks of New York Tours, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.442 | Walks of New York Tours, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.443 | Walks of New York Tours, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.444 | Walks of New York Tours, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.445 | Walks of New York Tours, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.446 | Walks, LLC (Delaware) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

| ■ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.447 | Walks, LLC (Delaware) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.448 | Walks, LLC (Delaware) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.449 | Walks, LLC (Delaware) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.450 | Walks, LLC (Delaware) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.451 | Walks, LLC (Texas) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.452 | Walks, LLC (Texas) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.453 | Walks, LLC (Texas) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.454 | Walks, LLC (Texas) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.455 | Walks, LLC (Texas) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.456 | Yardarm Club (The) Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.457 | Yardarm Club (The) Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.458 | Yardarm Club (The) Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.459 | Yardarm Club (The) Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.460 | Yardarm Club (The) Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.461 | York River Boat Cruises Limited | BERMONDSEY WALL EAST LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.462 | York River Boat Cruises Limited | BERMONDSEY WALL EAST LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Cruises and Events, LLC | Case number (If known): | 24-90149 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.463 | York River Boat Cruises Limited | BERMONDSEY WALL EAST LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.464 | York River Boat Cruises Limited | BERMONDSEY WALL EAST LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.465 | York River Boat Cruises Limited | BERMONDSEY WALL EAST LONDON, SE16 4TU UNITED KINGDOM | UBS AG, STAMFORD BRANCH | ☑ D  ☐ E/F  ☐ G |
| 2.466 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.467 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.468 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.469 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.470 | | | | ☐ D  ☐ E/F  ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name  Hornblower Cruises and Events, LLC

United States Bankruptcy Court for the:  Southern District of Texas, Houston Division

Case number (If known)  24-90149 (MI)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended Schedule  G

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/19/2024
   MM / DD / YYYY

X  /s/ Jonathan Hickman
Signature of individual signing on behalf of debtor

Jonathan Hickman
Printed name

Chief Restructuring Officer
Position or relationship to debtor