**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HORNBLOWER HOLDINGS LLC, *et al.*,[1] | ) | Case No. 24-90061 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS,
METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## Introduction

The Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by Hornblower Holdings LLC and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), were prepared in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Bankruptcy Local Rules for the Southern District of Texas by management of the Debtors, with the assistance of the Debtors' professional advisors, and are unaudited.

The Schedules and Statements have been signed by Jonathan Hickman, Chief Restructuring Officer of the Debtors.  Mr. Hickman has not (nor could have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.  In addition, Mr. Hickman has not (nor could have) personally verified the completeness of the Schedules and Statements, nor the accuracy of any information contained therein.  In reviewing and signing the Schedules and Statements, Mr. Hickman necessarily relied upon various personnel of the Debtors and the Debtors' professional advisors and their efforts, statements, and representations in connection therewith.  Although management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, subsequent information or discovery thereof may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Hornblower.  The location of the Debtors' service address for purposes of these chapter 11 cases is: Pier 3 on The Embarcadero, San Francisco, CA 94111.

Regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements. The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Disclosure of information in one Schedule, Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

**The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.**

## Global Notes and Overview of Methodology

**General Reservation of Rights**. Although the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material. Because the Schedules and Statements contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtors reserve all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim ("Claim") as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute an admission of any claims or a waiver of any of the Debtors' rights with respect to these chapter 11 cases, including issues involving substantive consolidation, recharacterization, mandatory subordination, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or recategorized, except as required by applicable law or order of the Bankruptcy Court. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

**Description of Cases and "As Of" Information Date**. On February 21, 2024 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The Debtors' chapter 11 cases are jointly administered for procedural purposes only pursuant to an order entered by the Bankruptcy Court on February 21, 2024 [Docket No. 2]. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or

examiner has been made in these chapter 11 cases. Unless otherwise stated herein, liabilities are reported as of the Petition Date.

**Basis of Presentation**. The Schedules and Statements purport to reflect the assets and liabilities of separate Debtors. The Debtors, however, along with their wholly-owned non-Debtor subsidiaries, prepare financial statements for financial reporting purposes, which are audited annually, on a consolidated basis. The Debtors reserve all rights relating to the legal ownership of assets and liabilities among the Debtors and nothing in the Schedules or Statements shall constitute a waiver or relinquishment of such rights. Information contained in the Schedules and Statements has been derived from the Debtors' books and records. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable to audited financial statements.

**Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records. To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

**Excluded Liabilities**. The Debtors have excluded certain categories of liabilities from the Schedules and Statements, including, but not limited to, accrued employee compensation and benefits, certain customer accruals, tax accruals, accrued contract termination damages, deferred income accruals, and litigation accruals. The Debtors have also excluded potential Claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such Claims exist. Further, certain immaterial assets and liabilities may have been excluded.

**References**. References to applicable loan agreements and related documents are necessary for a complete description of the collateral and the nature, extent, and priority of liens and/or claims. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of any such agreement.

**Currency**. All amounts are reflected in U.S. dollars. In instances where the Debtors maintain their books in a currency other than U.S. dollars, the FX rate as of the opening of the business day on February 21, 2024 was used to calculate the currency conversion.

**Book Value**. Unless otherwise indicated, the Debtors' assets are shown on the basis of their net book values as of February 21, 2024, and the Debtors' liabilities are shown on the basis of their net book values as of the Petition Date. Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the Debtors' books. Net book values may vary, sometimes materially, from market values. The Debtors do not intend to amend these Schedules and Statements to reflect market values. The book values of certain assets may materially differ from their fair

market values and/or any liquidation analysis prepared in connection with the Debtors' chapter 11 cases.

**Paid Claims**.  The Bankruptcy Court authorized the Debtors to pay certain outstanding prepetition Claims—including, but not limited to, payments to employees, customers, and certain vendors—pursuant to various "first day" orders entered by the Bankruptcy Court.  Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities.  Where the Schedules list creditors and set forth the Debtors' scheduled amount of such Claims, such scheduled amounts reflect amounts owed as of the Petition Date, adjusted for any post-petition payments made pursuant to the authority granted to the Debtors by the Bankruptcy Court.  In addition, to the extent the Debtors later pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action, such as filing Claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

**Recharacterization**.  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtors reserve all rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statements at a later time as they determine to be necessary and appropriate.

**Liabilities**.  The Debtors allocated liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available, and further research is conducted, particularly with respect to the Debtors' payable accounts, the allocation of liabilities between the prepetition and postpetition periods may change.  The Debtors reserve the right to, but are not required to, amend the Schedules and Statements as they deem appropriate to reflect this.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

**Guarantees and Other Secondary Liability Claims**.  Where guarantees or similar secondary liability claims have been identified, they have been included in the relevant liability Schedule for the Debtor or Debtors affected by such obligation.  The Debtors have also listed such obligations related to funded debt or debt for borrowed money on the applicable Schedule H.  It is possible that certain guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.  The Debtors reserve their rights (but expressly do not undertake any obligation) to amend the Schedules to the extent that

4

additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

**Intercompany Claims**.  Receivables and payables among and between the Debtors and (i) other Debtors or (ii) their non-Debtor affiliates, are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records.  As described more fully in the *Debtors'* Emergency *Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms and Books and Records, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 11] (the "Cash Management Motion"), the Debtors engage in a range of intercompany transactions in the ordinary course of business. Pursuant to the *Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms and Books and Records, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 58] (the "Cash Management Order"), the Bankruptcy Court has granted the Debtors authority to continue to engage in intercompany transactions in the ordinary course of business subject to certain limitations set forth therein.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise or an admission as to the validity of such receivables and payables.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.  Without limiting the generality of the foregoing, certain intercompany receivables and payables among and between the Debtors have been consolidated and netted in the Debtors' books and records. Such treatment is not, and should not be construed as, an admission or conclusion of the Debtors regarding the allowance, classification, characterization of the amount and/or validity or priority of any such intercompany receivables and payables or the validity of any netting or offsets per the Debtors' books and records.  The Debtors take no position in these Schedules and Statements as to whether any such amounts would be allowed as a claim or an interest, or not allowed at all.  The listing of these amounts is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or claim status of any intercompany liability account.  The Debtors reserve all rights to later change the amounts, characterization, classification, categorization, or designation of intercompany accounts reported in the Schedules and Statements.

In addition, certain of the Debtors act on behalf of other Debtors.  Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation.  Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity is an obligor with respect to any such payment.  The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

**Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made significant efforts to attribute intellectual property to the rightful Debtor owner, however, in some instances intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

**Insurance**.  The Debtors have not set forth insurance policies as executory contracts in the Schedules and Statements.  Information regarding the Debtors' insurance policies is set forth in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (C) Continue to Pay Brokerage Fees, and (D) Maintain Their Surety Bond Program, and (II) Granting Related Relief* [Docket No. 18].

**Executory Contracts and Unexpired Leases**.  The Debtors have not set forth executory contracts or unexpired leases as assets in the Schedules and Statements.  The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.  In addition, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred. While certain executory contracts and unexpired leases have been set forth in Schedule G, the Debtors have filed the *Notice to Contract Parties to Rejected Executory Contracts and Unexpired Leases* [Docket No. 349] and the *Second Notice to Contract Parties to Rejected Executory Contracts and Unexpired Leases* [Docket No. 533], to reject certain executory contracts and unexpired leases, pursuant to the *Order (A) Approving (I) Bidding Procedures for the Sale of the AQV Debtors' Assets, (II) Procedures Regarding Bid Protections, (III) the Scheduling of Certain Dates with Respect Thereto, (IV) the Form and Manner of Notice Thereof, (V) Contract Assumption, Assignment, and Rejection Procedures, and (VI) Certain Procedures to Otherwise Dispose of the AQV Assets, and (B) Authorizing the Debtors to Enter into Agreements for the Sale of Their Assets Free and Clear of all Liens, Claims, and, Encumbrances* [Docket No. 166], as modified on March 22, 2024 [Docket No. 317].

**Claims Description**.  Schedules D, E, and F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated" or that such Claim is not subject to objection. The Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent," or

"unliquidated." In addition, the Debtors reserve their rights to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

**Causes of Action**. Despite their reasonable efforts, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights for any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

**Undetermined Amounts**. Claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown," "TBD," or "undetermined." The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

**Unliquidated Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

**Liens**. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property or equipment.

**Employee Addresses**. Personal addresses of current and former employees and directors have been removed from entries listed throughout the Schedules and Statements, where applicable.

**Insiders.** In circumstances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities that the Debtors believe may potentially be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may not actually constitute "insiders" for purposes of section 101(31) of the Bankruptcy code or may no longer serve in such capacities. Persons and entities listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including federal securities law, or with respect to any theories of liability or any other purpose. As such, the Debtors reserve all rights to dispute whether someone identified in response to questions in the Schedules and Statements is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

**Estimates**. To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the

reported amounts of assets and liability to reflect changes in those estimates or assumptions.

**Credits and Adjustments**.  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Setoffs**.  The Debtors incur certain setoffs and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, negotiations and/or disputes between the Debtors and their vendors and customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

**Global Notes Control**.  In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

**Confidentiality**.  There may be instances in the Schedules and Statements where the Debtors have deemed it necessary and appropriate to redact from the public record information such as names or addresses.  Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.  The redactions are limited to only what is necessary to protect the Debtors or third party and are consistent with the relief granted under the *Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors, (B) File a Consolidated List of the 30 Largest Unsecured Creditors, and (C) Redact Certain Personal Identification Information; (II) Waiving or Modifying the Requirement to File a List of Equity Security Holders; (III) Approving the Form and Manner of Notifying Creditors of the Commencement of These Chapter 11 Cases; and (IV) Granting Related Relief* [Docket No. 62].

## General Disclosures Applicable to Schedules

**Classifications**.  Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E/F as "priority," or (c) on Schedule E/F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize, subordinate, or reclassify such Claim or contract.

Schedule A/B – Real and Personal Property.

    a) **Schedule A/B, Part 1 – Cash and Cash Equivalents**.  Details with respect to the

Debtors' cash management system and bank accounts are provided in the Cash Management Motion and Cash Management Order. The Debtors' cash balances are listed as of the Petition Date, February 21, 2024, at bank balances.

**Schedule A/B, Part 2 – Deposits and Prepayments**. The Bankruptcy Court, pursuant to the *Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Adequate Assurance Requests, and (IV) Granting Related Relief* [Docket No. 107], authorized the Debtors to provide adequate assurance of payment for future utility services. In addition, certain retainers or deposits reflect payments to professionals made by a certain Debtor entity, but may be subject to applicable allocation amongst the Debtors.

Certain reported prepaid or amortized assets are listed in accordance with the Debtors' books and records. The amounts listed in Part 2 do not necessarily reflect assets the Debtors will be able to collect or realize. The amounts listed in Part 2 include, among other things, prepaid insurance, licenses, taxes, and other prepaid expenses.

b) **Schedule A/B, Part 3 – Accounts Receivable**. The Debtors' reported accounts receivable include amounts that may be uncollectible. Notwithstanding the foregoing, the Debtors have used reasonable efforts to deduct doubtful or uncollectible accounts. The Debtors are unable to determine with certainty what amounts will actually be collected.

c) **Schedule A/B, Part 4 – Investments**. Ownership interests in subsidiaries, partnerships have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

d) **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles**. Dollar amounts are presented net of accumulated depreciation and other adjustments.

e) **Schedule A/B, Part 8 – Machinery, Equipment, and Vehicles**. For those Debtors that own machinery, equipment and vehicles, dollar amounts are presented net of accumulated depreciation and other adjustments.

f) **Schedule A/B, Part 9 – Real Property**. Real property (either leased or leasehold interests) is recorded at cost and depreciated (as appropriate) on a straight-line basis over the estimated useful lives of the assets.

g) **Schedule A/B, Part 10 – Intangibles and Intellectual Property**. The Debtors review goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values. The Debtors report

intellectual property assets as undetermined value whenever applicable. For purposes of the Schedules, the Debtors have listed intangible assets and intellectual property only at entities for which these assets are recorded on their books. The exclusion of listing similar assets at additional Debtors should not be construed as an admission that other Debtors do not possess similar assets.

h) **Schedule A/B, Part 11 – All Other Assets**. Dollar amounts are presented net of impairments and other adjustments.

    a. *Item 72 – Tax Refunds and Unused Net Operating Losses (NOLs)*. The Debtors may be entitled to apply certain net operating losses or other tax attributes. The Debtors have provided a summary of certain of their tax attributes and related considerations in Item 72; however, such tax attributes are listed as undetermined amounts because the fair market value (if any) of such attributes is dependent on numerous variables and factors.

    b. *Items 74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtors and rights to set off claims*. The Debtors attempted to list known causes of action and other claims. Potential preference actions and/or fraudulent transfer actions were not listed because the Debtors have not completed an analysis of such potential claims. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

    c. *Item 77 – Other property of any kind not already listed*. The Debtors have included intercompany receivables as of February 21, 2024.

**Schedule D – Creditors Who Have Claims Secured by Property**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim. All Claims listed on Schedule D, however, appear to have arisen or have been incurred before the Petition Date. Operating leases are listed on Schedule G.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not, nor shall it be

deemed, an admission as to the validity of any such lien. The descriptions provided in Schedule D are solely intended to be a summary and not an admission of liability. The Debtors made reasonable, good faith efforts to include all known liens on Schedule D but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.

Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition funded debt, only the applicable administrative agent or indenture trustee has been listed for purposes of Schedule D.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

**Schedule E/F - Creditors Who Have Unsecured Claims**. The Debtors have not listed on Schedule E any wage or wage-related obligations which the Debtors have been granted authority to pay pursuant to the *Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 109]. The Debtors believe that all such Claims have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted in the relevant order.

The Debtors have not listed on Schedule E any tax related obligations, except for open tax audits, which the Debtors have been granted authority to pay pursuant to the *Order (I) Authorizing the Payment of Certain Taxes and Fees, and (II) Granting Related Relief* [Docket No. 61]. The Debtors believe that all such Claims have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted in the relevant order.

The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records as of the Petition Date; however, inadvertent errors or omissions may have occurred. The Claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. In addition, the Claims of individual creditors for, among other things, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits, rebates, or allowances due from such creditors to the applicable Debtors. The Claims and amounts listed in respect of certain trade payables may reflect payments by the Debtors pursuant to applicable "first day" orders and amounts to be paid later pursuant to "second day" orders. Certain Debtors may pay additional Claims listed on Schedule E/F during these chapter 11 cases pursuant to these and other

orders of the Bankruptcy Court and reserve all of their rights to update Schedule E/F to reflect such payments.  In addition, certain Claims listed on Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule E/F also contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements.  Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.  Schedule E/F also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy.

The Debtors have scheduled, on Schedule E/F, all claims with respect to payments made by persons or entities on account of cruises that were scheduled to be operated by American Queen Steamboat Operating Company, LLC ("AQSOC") or Victory Operating Company, LLC ("VOC"), each doing business as American Queen Voyages™ (collectively, the "AQV Cancelled Cruise Claims").  The Debtors have listed the AQV Cancelled Cruise Claims as neither "contingent," nor "unliquidated," nor "disputed."  To the extent an AQV Cancelled Cruise Claim is held by an individual person, the Debtors also have indicated the portion of the AQC Cancelled Cruise Claim entitled to priority under section 507(a)(7) of the Bankruptcy Code to the extent such creditors receive distributions under the Plan.

As required by the Federal Maritime Commission (the "FMC"), AQSOC and VOC (the "AQV Debtors") purchased surety bonds (the "Surety Bonds") to ensure that eligible customers of the AQV Debtors would receive full refunds in the event of non-performance of cruises.  See 46 C.F.R. § 540.9.  The AQV Debtors thus obtained two Surety Bonds from Argonaut Insurance Company ("Argonaut") providing $39 million of aggregate coverage:  (i) Passenger Vessel Surety Bond No. SUR0039562 (the "AQSOC Bond") provides $32 million of surety coverage for non-performance of transportation on vessels operated by AQSOC and (ii) Passenger Vessel Surety Bond No. SUR0046973 (the "VOC Bond") provides $7 million of surety coverage for nonperformance of transportation on vessels operated by VOC.  The Debtors' books and records provide that the aggregate amount of eligible AQV Cancelled Cruise Claims is less than the penal limits of the AQSOC Bond and VOC Bond, respectively.

In consultation with the FMC and the Committee, the Debtors sent a "denial" letter to customers of the AQV Debtors on March 29, 2024, denying such customers' demands for refunds on account of cancelled cruises that were scheduled to be operated by the AQV Debtors and thereby permitting eligible customers, under the terms of the Surety Bonds and FMC regulations, to submit claims against Argonaut for such refunds.

Although the Debtors have scheduled the AQV Cancelled Cruise Claims on Schedule E/F, the Debtors contend that such claims relating to cruises scheduled to depart from U.S. ports of embarkation (the "U.S. AQV Cancelled Cruise Claims") shall be paid in full by Argonaut, which is a co-obligor with respect to such claims under the Surety Bonds.  Accordingly, the Debtors assert that holders of U.S. AQV Cancelled Cruise Claims should

receive payment in full from Argonaut, and therefore should not receive distributions from the Debtors under the Plan. The Debtors reserve all rights with respect to the extent and timing of distributions under the Plan with respect to U.S. AQV Cancelled Cruise Claims.

**Schedule G – Executory Contracts and Unexpired Leases**. While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Each lease and contract listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as financing agreements, subordination, non-disturbance agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained in every circumstance. In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is to reflect distinct agreements between the applicable Debtor and such supplier or provider. In such cases, the Debtors made their best efforts to determine the correct Debtor's schedule on which to list such executory contracts or unexpired leases. Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

The Debtors reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Inclusion or exclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, and the Debtors reserve all rights in that regard, including, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

**Schedule H – Codebtors**. Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtors hereby reserve all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary. Due to the voluminous nature of debts listed in the Schedules, and to avoid unnecessary duplication, the Debtors have not listed debts that more than one Debtor may be liable if such debt is also listed on Schedules E/F or G for the respective co-Debtor liable for such debt (apart from the guarantees of unsecured funded debt obligations, as described in paragraph 13 above).

The Debtors further reserve all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H

shall not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of the conduct of their business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because such litigation is listed elsewhere in the Statements and Schedules, they have not been set forth individually on Schedule H.

Schedule H also reflects guarantees or similar secondary liability obligations by various Debtors. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, debt instruments, and other such agreements. Further, the Debtors believe that certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their right, but shall not be required, to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or are unenforceable.

## General Disclosures Applicable to Statements

**Questions 1 and 2**. The Debtors' responses to Questions 1 and 2 are presented in accordance with the Debtors' books and records. Certain revenue for these periods was recorded in a consolidating entity and was not distributed between the Debtors and their non-filing affiliates and is therefore not included in response to Questions 1 and 2.

**Question 3**. For certain creditors receiving payment, the Debtors maintain multiple addresses for such vendor. Efforts have been made to attribute the correct address, however, in certain instances, alternate addresses may be applicable for a party listed in response to Question 3.

**Question 4**. Individual payments to Debtor affiliates are not reflected in Statement 4 due to their complexity and voluminous nature. The Debtors have reported net monthly intercompany positions in Statement 4. In addition, intercompany payables and receivables as of the Petition Date can be found on Schedule E/F and Schedule A/B. The listing of any entity as an insider does not constitute an admission or a final determination that any such entity is or is not an insider. Alvarez and Marsal Managing Director, Jonathan Hickman is retained as Chief Restructuring Officer of the Debtors. Our of an abundance of disclosure, payments to Alvarez and Marsal are listed in response to Question 4.

**Question 7**. The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that a Debtor is not an appropriate party to such actions or proceedings.

**Question 10**. The Debtors have made best efforts to collect applicable and responsive information. Given the scale of the Debtors' retail and wholesale footprint, the Debtors

incur certain immaterial losses in the ordinary course of business. Such amounts may not be listed in the Statements.

**Question 11**.   All payments for services of any entities that provided consultation concerning debt restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on either Debtor's respective Statements, as applicable. The Debtors have endeavored to list only payments made for debt restructuring services, however, in some instances, these balances may include payments for services not related to restructuring or bankruptcy matters. Additional information regarding the Debtors' retention of professionals is more fully described in the individual retention applications for those professionals. Payments listed to Alvarez and Marsal in response to this question are duplicated in Question 4.

**Question 13**.  While the Debtors have made reasonable efforts to respond comprehensively to Question 13, certain *de minimis* asset sales and transfers may be omitted unintentionally. In addition, the Debtors regularly sell certain non-core assets, including inventory, in the ordinary course of business.  Accordingly, such dispositions made in the ordinary course of business have not been reflected in Question 13.

**Question 21**.  Vessels and locations operated by the Debtors may contain de minimis property owned by repairmen or ticketing operations, which the Debtors do not track and are not reflected in Question 21.

**Question 26d**.  In the ordinary course of business, the Debtors provide financial statements to certain parties, such as financial institutions, investment banks, auditors, potential investors, vendors and financial advisors.  The Debtors do not maintain complete lists to track such disclosures, and as such, the Debtors have not provided a listing of these parties in response to this question.

**Fill in this information to identify the case:**

Debtor name    Hornblower Yachts, LLC

United States Bankruptcy Court for the:    Southern District of Texas, Houston Division

Case number (If known):    24-90096 (MI)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1: Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**

     Copy line 88 from *Schedule A/B* ......................................................................................

     $    32,588,475.72*

   1b. **Total personal property:**

     Copy line 91A from *Schedule A/B* ................................................................................

     $    220,421,718.89*

   1c. **Total of all property:**

     Copy line 92 from *Schedule A/B* ..................................................................................

     $    253,010,194.61*

---

**Part 2: Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...........................................

   $    Undetermined

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................

     $    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................

     **+** $    312,773,073.92*

4. **Total liabilities** ............................................................................................................

   Lines 2 + 3a + 3b

   $    312,773,073.92*

---

*Plus Undetermined Amounts

**Fill in this information to identify the case:**

Debtor name  Hornblower Yachts, LLC

United States Bankruptcy Court for the:  Southern District of Texas, Houston Division

Case number (If known)  24-90096 (MI)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** — $ 308,065.75

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 CHASE | COLLATERAL | 2  9  7  5 | $ 480,206.00 |
| 3.2 | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1 None | | $ 0.00 |
|---|---|---|
| 4.2 | | $ |

5. **Total of Part 1** — $ 788,271.75

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 REFUNDABLE DEPOIT | $ 750,736.66 |
|---|---|
| 7.2 | $ |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1  PREPAID SUPPLIES - MARKETING MATERIAL | $ | 1,940.74 |
| 8.2  PREPAID - OTHER | $ | 97,236.34 |

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 849,913.74

---

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐  No. Go to Part 4.

☒  Yes. Fill in the information below.

Current value of debtor's interest

**11.  Accounts receivable**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | 5,347,605.40 | — | 0.00 | = ...... → | $ | 5,347,605.40 |
| | face amount | | doubtful or uncollectible accounts | | | |
| 11b. Over 90 days old: | 0.00 | | 0.00 | = ...... → | $ | 0.00 |
| | face amount | | doubtful or uncollectible accounts | | | |

**12.  Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 5,347,605.40

---

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☒  No. Go to Part 5.

☐  Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1 | | $ |
| 14.2 | | $ |

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

| | | | |
|---|---|---|---|
| 15.1 | | % | $ |
| 15.2 | | % | $ |

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1 | | $ |
| 16.2 | | $ |

**17.  Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ 0.00

Debtor   Hornblower Yachts, LLC                                    Case number (if known) 24-90096 (MI)
         Name

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐  No. Go to Part 6.
☑  Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| None | | $ | | $ 0.00 |
| | MM / DD / YYYY | | | |
| **20.  Work in progress** | | | | |
| None | | $ | | $ 0.00 |
| | MM / DD / YYYY | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| None | | $ | | $ 0.00 |
| | MM / DD / YYYY | | | |
| **22.  Other inventory or supplies** | | | | |
| OTHER INVENTORY | 02/19/2024 | $ 276,384.84 | NET BOOK VALUE | $ 276,384.84 |
| | MM / DD / YYYY | | | |

**23.  Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ 276,384.84

**24.  Is any of the property listed in Part 5 perishable?**

☐  No
☑  Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐  No
☑  Yes. Book value  $  Undetermined  Valuation method  N/A          Current value  $  Undetermined

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑  No
☐  Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑  No. Go to Part 7.
☐  Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops—either planted or harvested** | | | |
| | $ | | $ |
| **29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| **30.  Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

Debtor    Hornblower Yachts, LLC                                    Case number (if known)   24-90096 (MI)
          Name

33.  **Total of Part 6.**

     Add lines 28 through 32. Copy the total to line 85.                              $ _____ 0.00

34.  **Is the debtor a member of an agricultural cooperative?**

     ☐  No
     ☐  Yes. Is any of the debtor's property stored at the cooperative?

         ☐  No
         ☐  Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

     ☐  No
     ☐  Yes. Book value  $ _____    Valuation method _____    Current value  $ _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

     ☐  No
     ☐  Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

     ☐  No
     ☐  Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐  No. Go to Part 8.
    ☑  Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| **39.  Office furniture** | | | |
| None | $ _____ | _____ | $ _____ 0.00 |
| **40.  Office fixtures** | | | |
| None | $ _____ | _____ | $ _____ 0.00 |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| OFFICE EQUIPMENT | $ 132,623.33 | NET BOOK VALUE | $ 132,623.33 |
| **42.  Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  None | $ _____ | _____ | $ _____ 0.00 |
| 42.2 | $ _____ | _____ | $ _____ |
| 42.3 | $ _____ | _____ | $ _____ |

43.  **Total of Part 7.**

     Add lines 39 through 42. Copy the total to line 86.                             $ _____ 132,623.33

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

     ☐  No
     ☑  Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

     ☑  No
     ☐  Yes

| Debtor | Hornblower Yachts, LLC | Case number (If known) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Part 8:   Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1  None | $ | | $                        0.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1  See Attached Rider | $      11,041,000.30* | | $      11,041,000.30* |
| 48.2 | $ | | $ |

**49.  Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1  None | $ | | $                        0.00 |
| 49.2 | $ | | $ |

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| None | $ | | $                        0.00 |

**51.  Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$      11,041,000.30*

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No

☑  Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐  No

☑  Yes

*Plus Undetermined Amounts

**Part 9:**   **Real property**

54.  **Does the debtor own or lease any real property?**

☐  No. Go to Part 10.
☑  Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | | $   32,588,475.72* | | $   32,588,475.72* |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$   32,588,475.72*

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐  No
☑  Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑  No
☐  Yes

**Part 10:**   **Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐  No. Go to Part 11.
☑  Yes. Fill in the information below.

| General Description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of debtor's<br>interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| None | $ | | $   0.00 |
| 61.  **Internet domain names and websites** | | | |
| None | $ | | $   0.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| PLEASE REFER TO THE GLOBAL NOTES | $ | | $ |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| CUSTOMER LISTING | $   Undetermined | N/A | $   Undetermined |
| 64.  **Other intangibles, or intellectual property** | | | |
| None | $ | | $   0.00 |
| 65.  **Goodwill** | | | |
| None | $ | | $   0.00 |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$   Undetermined

**\*Plus Undetermined Amounts**

Debtor    Hornblower Yachts, LLC _____    Case number (if known) 24-90061 (MI)
          Name

---

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

None _____  ___  _____  = →  $ _____ 0.00
                         Total Face Amount  Doubtful or uncollectible Amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

See Attached Rider _____  Tax Year _____  $ _____ 32,818,855.00
_____  Tax Year _____  $ _____
_____  Tax Year _____  $ _____

**73. Interests in insurance policies or annuities**

PLEASE REFER TO HORNBLOWER HOLDINGS LLC SCHEDULE AB QUESTION 73  $ _____

**74. Causes of action against third parties** (whether or not a lawsuit has been filed)

None _____  $ _____ 0.00

Nature of Claim _____

Amount Requested  $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None _____  $ _____ 0.00

Nature of Claim _____

Amount Requested  $ _____

**76. Trusts, equitable or future interests in property**

None _____  $ _____ 0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See Attached Rider  $ _____ 169,167,064.53

   $ _____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.  $ _____ 201,985,919.53

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

***Plus Undetermined Amounts**

| Debtor | Hornblower Yachts, LLC | Case number (If known) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

---

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 788,271.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 849,913.74 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 5,347,605.40 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 276,384.84 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 132,623.33 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 11,041,000.30* | |
| 88. **Real property.** *Copy line 56, Part 9.* . .............................................................. → | | $32,588,475.72* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 201,985,919.53 | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $ 220,421,718.89* | + 91b. $32,588,475.72* |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.............................................................................  $ 253,010,194.61*

**\*Plus Undetermined Amounts**

Debtor Name:  Hornblower Yachts, LLC

Case Number:   24-90096 (MI)

**Assets - Real and Personal Property**

**Part 8, Question 48:** Watercraft, trailers, motors, and related accessories

| Watercraft, trailers, motors, and related accessories<br>*Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| VESSEL | $11,041,000.30 | NET BOOK VALUE | $11,041,000.30 |
| VESSEL: HORNBLOWER SERENITY - OFFICIAL NUMBER: 681492 | Undetermined | N/A | Undetermined |
| VESSEL: MARINA HORNBLOWER - OFFICIAL NUMBER: 907063 | Undetermined | N/A | Undetermined |
| VESSEL: CABARET HORNBLOWER - OFFICIAL NUMBER: 529432 | Undetermined | N/A | Undetermined |
| VESSEL: COMMODORE HORNBLOWER - OFFICIAL NUMBER: 298974 | Undetermined | N/A | Undetermined |
| VESSEL: HORNBLOWER - OFFICIAL NUMBER: 533843 | Undetermined | N/A | Undetermined |
| VESSEL: LADY HORNBLOWER - OFFICIAL NUMBER: 291543 | Undetermined | N/A | Undetermined |
| VESSEL: NEWPORT HORNBLOWER - OFFICIAL NUMBER: 906972 | Undetermined | N/A | Undetermined |
|  |  | **TOTAL** | **$11,041,000.30**<br>+ Undetermined Amounts |

Debtor Name:  Hornblower Yachts, LLC

Case Number:  24-90096 (MI)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| BUILDINGS, LAND, & LEASEHOLD IMPROVEMENTS | REAL PROPERTY | $32,588,475.72 | NET BOOK VALUE | $32,588,475.72 |
| DOCKING AGREEMENT: 2429, 2431, 2439, 2505, AND 2507 WEST COAST HIGHWAY IN NEWPORT BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: 2901 WEST COAST HIGHWAY, NEWPORT BEACH, CALIFORNIA | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: MARINA MOORING SLIP NO. 70 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: PIER 3 IN THE CITY AND COUNTY OF SAN FRANCISCO | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| DOCKING AGREEMENT: PIER 31 /A, PIER 33 | DOCKING AGREEMENT | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 13755 FIJI WAY (D-9), MARINADELREY, CALIFORNIA, 13721 FIJI WAY (KIOSK), MARINADELREY, CALIFORNIA | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 2431 W. COAST HIGHWAY SLIPS 6B,7A,7B,8A,8B AND 9A | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 2431 W. COAST HIGHWAY SUITE 102, 103A AND 104B | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 2527 & 2537 WEST COAST HIGHWAY | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 2527 WEST COAST HIGHWAY, NEW PORT BEACH CALIFORNIA 92663, 2537 WEST COAST HIGHWAY, NEW PORT BEACH CALIFORNIA 92663 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 2645 TOWNSGATE ROAD UNIT 100 & 200, WESTLAKE VILLAGE, CALIFORNIA | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 2645 TOWNSGATE ROAD, WESTLAKE VILLAGE, UNIT#200, WEST LAKE VILLAGE, VENTURA, CALIFORNIA 91361 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 2825 FIFTH AVENUE, SANDIEGO, CALIFORNIA 92103 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 3101 W COAST HWY NEWPORT BEACH, CA 92663 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 817 W. 17TH ST,, #1, LOCATED IN THE CITY OF COSTA MASH, COUNTY OF ORANGE, STATE OF, 92627 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: ADJACENT THE NORTH SIDE OF FORMER NAVY PIER HA, NORTH EMBARCADERO ESPLANADE BETWEEN THE PROLONGATIONS OF WEST BROADWAY AND "E" STREET, AT GRAPE STREET PIER THREE, SAN DIEGO, CALIFORNIA | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: CHAPTER 2180, STATUTES OF 1961, VICINITY OF BERKELEY, ALAMEDA COUNTY, CALIFORNIA | LEASED PROPERTY | Undetermined | N/A | Undetermined |

Debtor Name:  Hornblower Yachts, LLC                                                        Case Number:   24-90096 (MI)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| LEASED PROPERTY: SUITE NUMBERS(S) 101 & 102, SUITE 103A, 104B STORAGE SPACE, FIRST (1ST)FLOOR(S), 2431W. COAST HIGHWAY, NEW PORT BEACH, COUNTY OF ORANGE, CALIFORNIA,92660 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| | | | **TOTAL** | **$32,588,475.72**<br>+ Undetermined Amounts |

Debtor Name:  Hornblower Yachts, LLC                                                                   Case Number:  24-90096 (MI)

**Assets - Real and Personal Property**

**Part 11, Question 72:** Tax refunds and unused net operating losses (NOLs)

| Tax refunds and unused net operating losses (NOLs)<br>Description (for example, federal, state, local) | Tax year | Current value of debtor's interest |
|---|---|---|
| FEDERAL | 2019 | $5,888,634.00 |
| FEDERAL | 2020 | $25,466,620.00 |
| FEDERAL | 2022 | $1,463,601.00 |
| | **TOTAL** | **$32,818,855.00** |

Debtor Name:  Hornblower Yachts, LLC                                           Case Number:  24-90096 (MI)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| INTERCOMPANY RECEIVABLE FROM ALCATRAZ CRUISES, LLC | $58,168,594.48 |
| INTERCOMPANY RECEIVABLE FROM ALCATRAZ LANDING CAFE, INC. | $2,261,802.45 |
| INTERCOMPANY RECEIVABLE FROM ALCATRAZ LANDING, LLC | $101,752.71 |
| INTERCOMPANY RECEIVABLE FROM HBAQ HOLDINGS, LP | $3,351,870.00 |
| INTERCOMPANY RECEIVABLE FROM HMS GLOBAL MARITIME, LLC | $61,803.00 |
| INTERCOMPANY RECEIVABLE FROM HNY FERRY FLEET, LLC | $6,426,487.38 |
| INTERCOMPANY RECEIVABLE FROM HORNBLOWER CABLE CARS, INC. | $1,656,774.73 |
| INTERCOMPANY RECEIVABLE FROM HORNBLOWER CAPITAL CORPORATION | $5,564.84 |
| INTERCOMPANY RECEIVABLE FROM HORNBLOWER DEVELOPMENT, LLC | $173,049.55 |
| INTERCOMPANY RECEIVABLE FROM HORNBLOWER FERRY HOLDINGS, LLC | $65.00 |
| INTERCOMPANY RECEIVABLE FROM HORNBLOWER FINANCE, LLC | $1,292.00 |
| INTERCOMPANY RECEIVABLE FROM HORNBLOWER GROUP, LLC | $601,701.87 |
| INTERCOMPANY RECEIVABLE FROM HORNBLOWER HOSPITALITY SERVICES, LLC | $246,493.66 |
| INTERCOMPANY RECEIVABLE FROM HORNBLOWER METRO FERRY, LLC | $3,098,510.75 |
| INTERCOMPANY RECEIVABLE FROM HORNBLOWER METRO FLEET, LLC | $14,320,901.45 |
| INTERCOMPANY RECEIVABLE FROM HORNBLOWER NEW YORK, LLC | $7,880,812.73 |
| INTERCOMPANY RECEIVABLE FROM LIBERTY HOSPITALITY, LLC | $18.00 |
| INTERCOMPANY RECEIVABLE FROM LIBERTY LANDING FERRIES, LLC | $165,836.95 |
| INTERCOMPANY RECEIVABLE FROM SAN FRANCISCO PIER 33, LLC | $329,087.01 |
| INTERCOMPANY RECEIVABLE FROM STATUE CRUISES, LLC | $70,314,645.97 |
| **TOTAL** | **$169,167,064.53** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Hornblower Yachts, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas, Houston Division |
| Case number (If known): | 24-90096 (MI) |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**
ALTER DOMUS (US) LLC

**Creditor's mailing address**
ATTENTION: CHRIS CAPEZUTI
225 W. WASHINGTON ST., 9TH FLOOR
CHICAGO, IL 60606

**Creditor's email address, if known**
CPCAGENCY@ALTERDOMUS.COM

**Date debt was incurred** 11/17/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
SEE SCHEDULE D DISCLOSURES

**Describe debtor's property that is subject to a lien**
AS OUTLINED IN THE CREDIT AGREEMENT

**Describe the lien**
GUARANTOR OF INCREMENTAL SUPERPRIORITY FACILITY

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Column A: $ Undetermined
Column B: $ Undetermined

**2.2** **Creditor's name**
ALTER DOMUS (US) LLC

**Creditor's mailing address**
ATTENTION: LEGAL DEPARTMENT
225 W. WASHINGTON ST., 9TH FLOOR
CHICAGO, IL 60606

**Creditor's email address, if known**
LEGAL@ALTERDOMUS.COM

**Date debt was incurred** 11/10/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
SEE SCHEDULE D DISCLOSURES
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
AS OUTLINED IN THE CREDIT AGREEMENT

**Describe the lien**
GUARANTOR OF SUPERPRIORITY FACILITY

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Column A: $ Undetermined
Column B: $ Undetermined

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
$ _____

Debtor  Hornblower Yachts, LLC
　　　　Name

Case number (If known):  24-90096 (MI)

| **Part 1:** | **Additional Page** | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**

ALTER DOMUS (US) LLC, AS COLLATERAL AGENT

**Describe debtor's property that is subject to a lien**

AS PROVIDED IN THE UCC FINANCING STATEMENT

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

225 W. WASHINGTON ST.
9TH FLOOR
CHICAGO, IL 60606

**Describe the lien**
UCC FINANCING STATEMENT: U200031231824

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority.
　　SEE SCHEDULE D DISCLOSURES

　☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.4**

**Creditor's name**

ARGONAUT INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**

AS PROVIDED IN THE UCC FINANCING STATEMENT

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

13100 WORTHAM CENTER DR
STE. 290
HOUSTON, TX 77065

**Describe the lien**
UCC FINANCING STATEMENT: 207788136628

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority.
　　SEE SCHEDULE D DISCLOSURES

　☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

| | |
|---|---|
| Debtor | Hornblower Yachts, LLC |
| | Name |

Case number (If known)   24-90096 (MI)

---

**Part 1:** **Additional Page**

| Column A | Column B |
|---|---|
| **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name

GLAS TRUST COMPANY LLC

Describe debtor's property that is subject to a lien

AS OUTLINED IN THE CREDIT AGREEMENT

$ _____ Undetermined   $ _____ Undetermined

Creditor's mailing address

3 SECOND STREET, SUITE 206
JERSEY CITY, NJ 07311

Describe the lien

GUARANTOR OF FIRST LIEN TERM FACILITY

Creditor's email address, if known

Is the creditor an insider or related party?

☒ No
☐ Yes

Date debt was incurred   4/27/2018

Last 4 digits of account number

Is anyone else liable on this claim?

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☐ No
☒ Yes.  Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.

SEE SCHEDULE D DISCLOSURES

☐ Yes. The relative priority of creditors is specified on lines

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.6** Creditor's name

GLAS TRUST COMPANY LLC

Describe debtor's property that is subject to a lien

AS OUTLINED IN THE CREDIT AGREEMENT

$ _____ Undetermined   $ _____ Undetermined

Creditor's mailing address

3 SECOND STREET, SUITE 206
JERSEY CITY, NJ 07311

Describe the lien

GUARANTOR OF REVOLVER TERM-OUT FACILITY

Creditor's email address, if known

Is the creditor an insider or related party?

☒ No
☐ Yes

Date debt was incurred   4/27/2018

Last 4 digits of account number

Is anyone else liable on this claim?

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☐ No
☒ Yes.  Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.

SEE SCHEDULE D DISCLOSURES

☐ Yes. The relative priority of creditors is specified on lines

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    Hornblower Yachts, LLC
      Name

Case number (If known):    24-90096 (MI)

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.7**

**Creditor's name**
UBS AG, STAMFORD BRANCH

**Creditor's mailing address**
ATTENTION: AGENCY GROUP
600 WASHINGTON BOULEVARD
STAMFORD, CT 06901

**Creditor's email address, if known**
AGENCY-UBSAMERICAS@UBS.COM

**Date debt was incurred**    5/13/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.
      SEE SCHEDULE D DISCLOSURES
   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
AS OUTLINED IN THE CREDIT AGREEMENT

$ _____ Undetermined   $ _____ Undetermined

**Describe the lien**
GUARANTOR OF REVOLVER FACILITY

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.8**

**Creditor's name**
UBS AG, STAMFORD BRANCH, AS COLLATERAL AGENT

**Creditor's mailing address**
600 WASHINGTON BOULEVARD
STAMFORD, CT 06901

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.
      SEE SCHEDULE D DISCLOSURES
   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
AS PROVIDED IN THE UCC FINANCING STATEMENT

$ _____ Undetermined   $ _____ Undetermined

**Describe the lien**
UCC FINANCING STATEMENT: 207778842803

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor  Hornblower Yachts, LLC
Name                                                          Case number (If known)   24-90096 (MI)

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Column A** Amount of Claim Do not deduct the value of collateral.

**Column B** Value of collateral that supports this claim

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

**2.9**

**Creditor's name**
UBS AG, STAMFORD BRANCH, AS COLLATERAL AGENT

**Describe debtor's property that is subject to a lien**
AS PROVIDED IN THE UCC FINANCING STATEMENT

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**
600 WASHINGTON BOULEVARD
STAMFORD, CT 06901

**Describe the lien**
UCC FINANCING STATEMENT: U220248526226

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    SEE SCHEDULE D DISCLOSURES

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.10**

**Creditor's name**

**Describe debtor's property that is subject to a lien**

$ _____   $ _____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Hornblower Yachts, LLC | | Case number (if known) | 24-90096 (MI) |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>List Others to Be Notified for a Debt Already Listed in Part 1</strong></td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| ALTER DOMUS (US) LLC<br>ATTENTION: LEGAL DEPARTMENT<br>225 W. WASHINGTON ST., 9TH FLOOR<br>CHICAGO, IL 60606 | Line 2. __1__ | |
| ALTER DOMUS (US) LLC<br>C/O NORTON ROSE FULBRIGHT US LLP<br>ATTENTION: H. STEPHEN CASTRO<br>1301 6TH AVENUE<br>NEW YORK, NY 10019 | Line 2. __1__ | |
| ALTER DOMUS (US) LLC<br>MILBANK LLP<br>ATTENTION: MAYA GRANT<br>55 HUDSON YARDS<br>NEW YORK, NY 10001 | Line 2. __1__ | |
| ALTER DOMUS (US) LLC<br>ATTENTION: STEVE LENARD<br>225 W. WASHINGTON ST., 9TH FLOOR<br>CHICAGO, IL 60606 | Line 2. __2__ | |
| ALTER DOMUS (US) LLC<br>C/O NORTON ROSE FULBRIGHT US LLP<br>ATTENTION: H. STEPHEN CASTRO<br>1301 6TH AVENUE<br>NEW YORK, NY 10019 | Line 2. __2__ | |
| ALTER DOMUS (US) LLC<br>C/O SHEARMAN & STERLING LLP<br>ATTENTION: TOMASZ KULAWIK<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022-6069 | Line 2. __2__ | |
| ALTER DOMUS (US) LLC<br>C/O SHEARMAN & STERLING LLP<br>ATTENTION: JOEL MOSS<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022-6069 | Line 2. __2__ | |
| ALTER DOMUS (US) LLC<br>C/O SHEARMAN & STERLING LLP<br>ATTENTION: NED SCHODEK<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022-6069 | Line 2. __2__ | |
| GLAS TRUST COMPANY LLC<br>ATTENTION:  JEFFREY R. GLEIT<br>C/O ARENTFOX SCHIFF LLP<br>1301 AVENUE OF THE AMERICAS, 42ND FLOOR<br>NEW YORK, NY 10019 | Line 2. __5__ | |
| GLAS TRUST COMPANY LLC<br>ATTENTION:  JEFFREY R. GLEIT<br>C/O ARENTFOX SCHIFF LLP<br>1301 AVENUE OF THE AMERICAS, 42ND FLOOR<br>NEW YORK, NY 10019 | Line 2. __6__ | |
| UBS AG, STAMFORD BRANCH<br>C/O CAHILL GORDON & REINDEL LLP<br>32 OLD SLIP<br>NEW YORK, NY 10005 | Line 2. __7__ | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Hornblower Yachts, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Texas, Houston Division</td></tr>
<tr><td>Case number<br>(If known)</td><td>24-90096 (MI)</td></tr>
</table>

☐ Check if this is an amended filing

<u>Official Form 206E/F</u>

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:     List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |
| | **Basis for the claim:** | | |
| Date or dates debt was incurred | | | |
| Last 4 digits of account number | **Is the claim subject to offset?** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | ☐ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |
| | **Basis for the claim:** | | |
| Date or dates debt was incurred | | | |
| Last 4 digits of account number | **Is the claim subject to offset?** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | ☐ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |
| | **Basis for the claim:** | | |
| Date or dates debt was incurred | | | |
| Last 4 digits of account number | **Is the claim subject to offset?** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | ☐ No<br>☐ Yes | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>0760 CUBESMART CA WEST SACRAMENTO<br>2525 S IH 35 FRONTAGE RD<br>AUSTIN, TX 78741 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 1,078.00 |
| | **Date or dates debt was incurred**  UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>2436PCH LLC<br>2505 WEST COAST HIGHWAY, STE 201<br>NEWPORT BEACH, CA 92663 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 2,520.00 |
| | **Date or dates debt was incurred**  UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>2523 PCH PROPERTIES LLC<br>2505 WEST COAST HIGHWAY, STE 201<br>NEWPORT BEACH, CA 92663 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 201,989.45 |
| | **Date or dates debt was incurred**  UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>360TRAINING.COM, INC.<br>DEPT. 3836, PO BOX 123836<br>DALLAS, TX 75312-3836 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 2,011.64 |
| | **Date or dates debt was incurred**  UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>A-1 SELF STORAGE<br>3200 NATIONAL CITY BLVD<br>NATIONAL CITY, CA 91950 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 582.00 |
| | **Date or dates debt was incurred**  UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>AAA FIRE PROTECTION SERVICES<br>P.O. BOX 3626<br>HAYWARD, CA 94540 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 1,490.00 |
| | **Date or dates debt was incurred**  UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Hornblower Yachts, LLC | Case number *(if known)* | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

ACCENT WEDDINGS AND EVENTS, LLC
5694 MISSION CENTER ROAD
PMB 602-171
SAN DIEGO, CA 92108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,700.00

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

ACE UNIFORMS AND ACCESSORIES, INC
633 16TH STREET
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,634.46

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**

ADA VISUAL PRODUCTS (JOSEPH DRUCKER)
711 WEST 17TH STREET - G3
COSTA MESA, CA 92627

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 185.00

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

AFTERHOURS CUSTOM INSTALLATION SPECIALISTS
17061 CALIFORNIA AVE
BELLFLOWER, CA 90706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,726.52

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

AGS QUALITY LINEN, INC.
915 LINDEN AVENUE, SUITE A
SOUTH SAN FRANCISCO, CA 94080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 365.50

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Hornblower Yachts, LLC | Case number (If known) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

AIRGAS USA LLC
6055 ROCKSIDE WOODS BLVD.
INDEPENDENCE, OH 44131

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,430.48

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

AL LARSON BOAT SHOP, INC.
1046 S. SEASIDE AVE
TERMINAL ISLAND, CA 90731

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 24,910.00

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

ALCATRAZ FLEET, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE TO ALCATRAZ FLEET, LLC

$ 4,794,373.32

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

ALCATRAZ FREEDOM, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE TO ALCATRAZ FREEDOM, LLC

$ 135,223.00

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

ALCATRAZ ISLAND SERVICES, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE TO ALCATRAZ ISLAND SERVICES, LLC

$ 3,348,552.83

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Hornblower Yachts, LLC | Case number (if known) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** **Nonpriority creditor's name and mailing address**

ALLEN BROTHERS WEST
PO BOX 101831
PASADENA, CA 91189-1831

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,223.76

---

**3.18** **Nonpriority creditor's name and mailing address**

AMAZON CAPITAL SERVICES
PO BOX 035184
SEATTLE, WA 98124-5184

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,147.31

---

**3.19** **Nonpriority creditor's name and mailing address**

AMERICAN PAPER AND PROVISIONS
550 SOUTH 7TH AVENUE
CITY OF INDUSTRY, CA 91746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 620.02

---

**3.20** **Nonpriority creditor's name and mailing address**

AMERICAN PROTECTION SECURITY
314 E ROWLAND ST
COVINA, CA 91723

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 270.00

---

**3.21** **Nonpriority creditor's name and mailing address**

AMERICAN RED CROSS
25688 NETWORK PLACE
CHICAGO, IL 60673-1256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 257.60

---

| Debtor | Hornblower Yachts, LLC | Case number (*If known*) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** **Nonpriority creditor's name and mailing address**

ANHEUSER-BUSCH SALES OF S.D.
5959 SANTA FE ST
SAN DIEGO, CA 92109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 273.00

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**

ANTONIO CORONA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 780.00

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

ARISTY, MICHELE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  EMPLOYEE DISPUTE

$ Undetermined

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**

ASHBY FLOWERS
ATTN: ACCOUNTS RECEIVABLE
3000 TELEGRAPH AVE.
BERKELEY, CA 94705

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 680.00

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**

BACKFLOW SERVICES, INC.
9540 PATHWAY STE 103
SANTEE, CA 92071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 110.00

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Hornblower Yachts, LLC | Case number (if known) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 263,979.53 |
|---|---|---|---|

BAY SHIP & YACHT CO
2900 MAIN STREET
SUITE 2100
ALAMEDA, CA 94501

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 74,798.00 |
|---|---|---|---|

BAY STATE, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO BAY STATE, LLC

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 859.92 |
|---|---|---|---|

BBJ RENTALS INC.
PO BOX 776976
CHICAGO, IL 60677-6976

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 38,547.64 |
|---|---|---|---|

BCM ONE INC
PO BOX 36204
NEWARK, NJ 07188-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,642.64 |
|---|---|---|---|

BOATSWAIN'S LOCKER, INC.
931 W 18TH STREET
COSTA MESA, CA 92627

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Hornblower Yachts, LLC | Case number (if known) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13,189.79 |
|---|---|---|---|

BOSTON HARBOR CRUISES, LLC
1 LONG WHARF
BOSTON, MA 02110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO BOSTON HARBOR CRUISES, LLC

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,846.22 |
|---|---|---|---|

BREAKTHRU BEVERAGE CALIFORNIA LLC
PO BOX 910900
LOS ANGELES, CA 90091-0900

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,161.00 |
|---|---|---|---|

C & W DIVING SERVICES, INC.
P.O. BOX 2433
NATIONAL CITY, CA 91951-24331706

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,168.02 |
|---|---|---|---|

CAL MARINE ELECTRONICS
40 PIER, STE #14
SAN FRANCISCO, CA 94107

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 95.00 |
|---|---|---|---|

CALIFORNIA SHELLFISH CO. (BERKELEY)
P O BOX 2028
SAN FRANCISCO, CA 94126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Hornblower Yachts, LLC | Case number (If known) | 24-90096 (MI) |
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 386.62 |
|---|---|---|---|
| | CANON FINANCIAL SERVICES , INC<br>CONTRACT 001-0184314-004<br>14904 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0149 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred**   UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 286.46 |
|---|---|---|---|
| | CANON FINANCIAL SERVICES INC.<br>CONTRACT 001-0184314-004<br>14904 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0149 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred**   UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 60,000.00 |
|---|---|---|---|
| | CAPITAL INDUSTRIAL RESTORATION<br>2538 MERCANTILE DR.<br>RANCHO CORDOVA, CA 95742 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred**   UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 200.00 |
|---|---|---|---|
| | CAPTAIN PUMPOUT<br>333 W HARBOR DR<br>SAN DIEGO, CA 92101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred**   UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,453.31 |
|---|---|---|---|
| | CDW DIRECT<br>200 N MILWAUKEE AVE.<br>VERNON HILLS, IL 60061 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred**   UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Hornblower Yachts, LLC | Case number (if known) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 219.24

CENTER HARDWARE
3003 THIRD STREET
SAN FRANCISCO, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,435.59

CENTRAL MEAT & PROVISION CO.
1603 NATIONAL AVENUE
SAN DIEGO, CA 92113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 60,438.99

CHASE CREDIT CARD
270 PARK AVE
NEW YORK, NY 10017

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 262.52

CHEF WORKS
1801 W OLYMPIC BLVD
PASADENA, CA 91199-2438

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,610.59

CITY & COUNTY OF SAN FRANCISCO
OFFICE OF LABOR STANDARDS ENFORCEMENT
ATTN: BEVERLY POPEK
SAN FRANCISCO, CA 94102

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Hornblower Yachts, LLC | Case number (*If known*) | 24-90096 (MI) |
|--------|------------------------|--------------------------|---------------|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** **Nonpriority creditor's name and mailing address**

CITY OF NEWPORT BEACH (WATER)
100 CIVIC CENTER DRIVE
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 4,281.22

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**

CITY OF SACRAMENTO (DOCK FEES)
CENTER FOR SACRAMENTO HISTORY
551 SEQUOIA PACIFIC BLVD.
SACRAMENTO, CA 95811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 4,297.29

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.49** **Nonpriority creditor's name and mailing address**

CITY OF SAN DIEGO WATER
OFFICE OF THE CITY TREASURER
1200 THIRD AVENUE, SUITE 100
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 51.84

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**

COLLABORATIVE BOATING INC.
333 LAS OLAS WAY
SUITE 323
FORT LAUDERDALE, FL 33301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 459.30

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51** **Nonpriority creditor's name and mailing address**

COLONNA'S SHIPYARD
PO BOX 890461
CHARLOTTE, NC 28289-0461

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 20,028.67

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Hornblower Yachts, LLC | Case number (*If known*) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

COMPLETE LINEN SERVICE
290 S MAPLE AVE
SOUTH SAN FRANCISCO, CA 94080

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,025.05

---

**3.53** Nonpriority creditor's name and mailing address

COOL RITE REFRIGERATION INC.
PO BOX 475850
SAN FRANCISCO, CA 94147

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 380.00

---

**3.54** Nonpriority creditor's name and mailing address

COSCO FIRE PROTECTION INC
7455 LONGARD RD.
LIVERMORE, CA 94551

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,045.00

---

**3.55** Nonpriority creditor's name and mailing address

COUNTY OF LOS ANGELES PUBLIC HEALTH
5050 COMMERCE DRIVE
BALDWIN PARK, CA 91706

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,454.67

---

**3.56** Nonpriority creditor's name and mailing address

COX, CASTLE & NICHOLSON LLP
2029 CENTURY PARK EAST
SUITE 2100
LOS ANGELES, CA 90067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,078.00

---

| Debtor | Hornblower Yachts, LLC | Case number (*If known*) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57**

**Nonpriority creditor's name and mailing address**

CREST BEVERAGE LLC
P O BOX 848536
LOS ANGELES, CA 90084-8536

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   1,992.50

---

**3.58**

**Nonpriority creditor's name and mailing address**

DIESEL DIRECT WEST
3861 DUCK CREEK DR.
STOCKTON, CA 95215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   13,409.34

---

**3.59**

**Nonpriority creditor's name and mailing address**

DM ARTISTIC ENTERPRISES
17262 BROOKLYN AVE
YORBA LINDA, CA 92886

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   22,680.00

---

**3.60**

**Nonpriority creditor's name and mailing address**

DUCKHORN WINE COMPANY
DEPT.LA 24662
PASADENA, CA 91185-4662

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   993.60

---

**3.61**

**Nonpriority creditor's name and mailing address**

EDCO DISPOSAL CORPORATION
6670 FEDERAL BLVD.
LEMON GROVE, CA 91945

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   3,280.39

---

Debtor   Hornblower Yachts, LLC _____   Case number (if known) 24-90096 (MI)
_____Name_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 175.00

ELEVATOR PROFESSIONALS INC.
10441 LOMA RANCHO DRIVE
SPRING VALLEY, CA 91978

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,470.00

ENVIRONMENTAL GREASE MANAGEMENT
4425 FEDERAL BLVD #60
SAN DIEGO, CA 92102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,140.00

EVENT MEDIC NY INC
901 NORTH BROADWAY
NORTH MASSAPEQUA, NY 11758

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 26.70

FEDERAL EXPRESS CORP
P.O. BOX 7221
PASADENA, CA 91109-7321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 480,954.68

FERRYBOAT SANTA ROSA, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE TO FERRYBOAT SANTA ROSA, LLC

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Hornblower Yachts, LLC | Case number (if known) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.67**

**Nonpriority creditor's name and mailing address**

FESCO FLOWERS ELECTRIC
153 STARLITE STREET
SOUTH SAN FRANCISCO, CA 94080-6313

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,151.53

---

**3.68**

**Nonpriority creditor's name and mailing address**

FISHER & PHILLIPS LLP
1075 PEACHTREE STREET NE
SUITE 3500
ATLANTA, GA 30309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,425.90

---

**3.69**

**Nonpriority creditor's name and mailing address**

FLOWER DUET
CASEY COLEMAN SCHWARTZ
2675 SKYPARK DR. 205
TORRANCE, CA 90505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,846.50

---

**3.70**

**Nonpriority creditor's name and mailing address**

FOSTER, MINDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  EMPLOYEE DISPUTE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.71**

**Nonpriority creditor's name and mailing address**

FS.COM INC
380 CENTERPOINT BLVD.
NEW CASTLE, DE 19720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 398.44

---

Debtor  Hornblower Yachts, LLC
Name

Case number (if known)   24-90096 (MI)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** | **Nonpriority creditor's name and mailing address**
GALLUP, CHRIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  GENERAL LIABILITY CLAIM

$   Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address**
GBS
305 NORTH MULLER ST.
ANAHEIM, CA 92801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$   563.49

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address**
GBS LINENS MDR
305 NORTH MULLER STREET
ANAHEIM, CA 92801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$   430.83

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address**
GLOBAL MUSIC RIGHTS
1100 GLENDON AVE, FL 10
LOS ANGELES, CA 90024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  ACCRUED LIABILITIES

$   2,591.38

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address**
GOLD COAST VILLAGE, LLC
13575 MINDANAO WAY
MARINA DEL REY, CA 90292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$   247,240.28

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hornblower Yachts, LLC | Case number (if known) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77** | **Nonpriority creditor's name and mailing address**

GOLDEN GATE BRIDGE HIGHWAY & TRANS
ACCOUNTS RECEIVABLE
BOX 9000, PRESIDIO STATION
SAN FRANCISCO, CA 94129-0601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 150.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address**

GORDON & REES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,393.95

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address**

GRAH SAFE & LOCK INC.
939 UNIVERSITY AVENUE
SAN DIEGO, CA 92103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 234.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address**

GRAINGER
100 GRAINGER PARKWAY
LAKE FOREST, IL 60045-5201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 5,132.97

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address**

GREENBERG TRAURIG, LLP
101 SECOND ST.
SUITE 200
SAN FRANCISCO, CA 94105-3668

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 4,369.50

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hornblower Yachts, LLC | Case number (*if known*) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** | **Nonpriority creditor's name and mailing address**

HAMILTON MEATS AND PROVISIONS
3515 MAIN STREET STE 208
CHULA VISTA, CA 91911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,543.85

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address**

HARBOR DIESEL & EQUIP.
537 W ANAHEIM ST
LONG BEACH, CA 90813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 192.17

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address**

HARBOR DISTRIBUTING, LLC
PO BOX 842685
LOS ANGELES, CA 90084-2685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 878.35

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address**

HARBOR ISLAND FUEL DOCK
2040 HARBOR ISLAND DRIVE
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 543.36

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address**

HASSELBRINK, ZACHARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  CREW MEMBER PERSONAL INJURY

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Hornblower Yachts, LLC | Case number (if known) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.87** | **Nonpriority creditor's name and mailing address**

HINMAN & CARMICHAEL LLP
260 CALIFORNIA STREET
SUITE 700
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   2,240.00

---

**3.88** | **Nonpriority creditor's name and mailing address**

HMS FERRIES - PUERTO RICO, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO HMS FERRIES - PUERTO RICO, LLC

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   84.51

---

**3.89** | **Nonpriority creditor's name and mailing address**

HNY FERRY, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO HNY FERRY, LLC

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   35,962,230.84

---

**3.90** | **Nonpriority creditor's name and mailing address**

HOBART SERVICE
ITW FOOD EQUIPMENT GROUP LLC
P O BOX 2517
CAROL STREAM, IL 60132-2517

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   2,345.28

---

**3.91** | **Nonpriority creditor's name and mailing address**

HORNBLOWER CRUISES AND EVENTS, INC.
455 N. CITYFRONT PLAZA DR., STE. 2600
CHICAGO, IL 60611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO HORNBLOWER CRUISES AND EVENTS, INC.

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   14,580,144.95

---

| Debtor | Hornblower Yachts, LLC | Case number *(if known)* | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92** | **Nonpriority creditor's name and mailing address**

HORNBLOWER CRUISES AND EVENTS, LLC
455 N. CITYFRONT PLAZA DR., STE. 2600
CHICAGO, IL 60611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO HORNBLOWER CRUISES AND EVENTS, LLC

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,522,463.84

---

**3.93** | **Nonpriority creditor's name and mailing address**

HORNBLOWER FLEET, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO HORNBLOWER FLEET, LLC

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32,092,655.38

---

**3.94** | **Nonpriority creditor's name and mailing address**

HORNBLOWER GROUP, INC.
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO HORNBLOWER GROUP, INC.

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 196,409,032.52

---

**3.95** | **Nonpriority creditor's name and mailing address**

HORNBLOWER SHIPYARD, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO HORNBLOWER SHIPYARD, LLC

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,308,654.12

---

**3.96** | **Nonpriority creditor's name and mailing address**

HORNBLOWER SUB, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO HORNBLOWER SUB, LLC

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 556,162.05

| Debtor | Hornblower Yachts, LLC | Case number (*if known*) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.97** | **Nonpriority creditor's name and mailing address**

HORNBLOWER VESSEL CONSTRUCTION
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE TO HORNBLOWER VESSEL CONSTRUCTION

$ 68,615.15

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address**

ICON INTERNATIONAL, INC.
17 EASTFIEL DR
ROLLING HILLS, CA 90274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 136.88

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address**

IDEMIA IDENTITY & SECURITY
11951 FREEDOM DR, STE 1800
RESTON, VA 20190

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 125.25

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address**

INGARDIA BROS. PRODUCE
700 S. HATHAWAY ST.
SANTA ANA, CA 92705-4126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 210.68

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address**

INGARDIA BROS. PRODUCE INC.
700 S. HATHAWAY ST.
SANTA ANA, CA 92705-4126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,194.05

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Hornblower Yachts, LLC                                      Case number (If known)   24-90096 (MI)
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** **Nonpriority creditor's name and mailing address**

INSTAWORK- GARUDA LABS, INC.
25476, 14005 LIVE OAK AVE
IRWINDALE, CA 91706-1300

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 41,159.67

Date or dates debt was incurred        UNDETERMINED

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.103** **Nonpriority creditor's name and mailing address**

INTREPID MARINE
1341 SAN BRUNO AVENUE
SAN FRANCISCO, CA 94110

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 5,823.56

Date or dates debt was incurred        UNDETERMINED

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.104** **Nonpriority creditor's name and mailing address**

JJ AUDUBON, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE TO JJ AUDUBON, LLC

$ 96,600.00

Date or dates debt was incurred        UNDETERMINED

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.105** **Nonpriority creditor's name and mailing address**

JOHN VALENTE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,165.00

Date or dates debt was incurred        UNDETERMINED

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.106** **Nonpriority creditor's name and mailing address**

JOSE CERVANTES
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,350.00

Date or dates debt was incurred        UNDETERMINED

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

| Debtor | Hornblower Yachts, LLC | Case number (If known) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107** | **Nonpriority creditor's name and mailing address**

KOFFLER ELECTRICAL MECHANICAL APPARATUS REPAIR, INC.
527 WHITNEY ST
SAN LEANDRO, CA 94577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 30,006.77

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.108** | **Nonpriority creditor's name and mailing address**

KONICA MINOLTA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,024.04

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.109** | **Nonpriority creditor's name and mailing address**

L.A. COUNTY DEPT. OF BEACHES & HARBORS
ATTN; LAZ PARKING
4519 ADMIRALTY WAY, SUITE B
MARINA DEL REY, CA 90292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 200.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.110** | **Nonpriority creditor's name and mailing address**

LE CHEF BAKERY
7547 TELEGRAPH ROAD
MONTEBELLO, CA 90640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,447.46

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.111** | **Nonpriority creditor's name and mailing address**

LIBERTY FLEET, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO LIBERTY FLEET, LLC

$ 5,111,504.70

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112** Nonpriority creditor's name and mailing address

LIQUID ENVIRONMENTAL SOLUTIONS
ATTN: ACCOUNTS RECEIVABLE
PO BOX 733372
DALLAS, TX 75373-3372

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 429.58

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.113** Nonpriority creditor's name and mailing address

LITTLEJOHN, ROBERT GRAHAM
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  GENERAL LIABILITY CLAIM

$ Undetermined

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address

LITTLER MENDELSON PC
P.O. BOX 207137
DALLAS, TX 75320-7137

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 4,102.94

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.115** Nonpriority creditor's name and mailing address

LLOYD PEST CONTROL
1331 MORENA BLVD #300
SAN DIEGO, CA 92110-1598

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 124.00

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.116** Nonpriority creditor's name and mailing address

LOEWS MARINA
9 W 57TH ST
NEW YORK, NY 10019-2714

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 250.00

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Hornblower Yachts, LLC | Case number (*If known*) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117** | **Nonpriority creditor's name and mailing address**

LOS ANGELES TOURISM & CONVENTION BOARD
633 WEST 5TH STREET, SUITE 1800
LOS ANGELES, CA 90071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,500.00

---

**3.118** | **Nonpriority creditor's name and mailing address**

LUX BUS AMERICA, CO.
851 E.CERRITOS AVE.
ANAHEIM, CA 92805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,334.50

---

**3.119** | **Nonpriority creditor's name and mailing address**

MADDOX INDUSTRIAL TRANSFORMER, LLC
865 VICTOR HILL RD
GREER, SC 29651

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    10,384.55

---

**3.120** | **Nonpriority creditor's name and mailing address**

MAHANA DANCE COMPANY
4771 CASTLE AVE
SAN DIEGO, CA 92105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,002.00

---

**3.121** | **Nonpriority creditor's name and mailing address**

MARC ZIGLER-SALES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    50.00

---

| Debtor | Hornblower Yachts, LLC | Case number *(if known)* | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** | **Nonpriority creditor's name and mailing address**

MARINERS MILE, LLC
2505 W. COAST HIGHWAY, STE 201
NEWPORT BEACH, CA 92663

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 45,428.10

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.123** | **Nonpriority creditor's name and mailing address**

MARINER'S MILE, LLC
2700 WEST COAST HWY
NEWPORT BEACH, CA 92663

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  PROPERTY DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.124** | **Nonpriority creditor's name and mailing address**

MARRIOTT INTERNATIONAL
7750 WISCONSIN AVE
BETHESDA, MD 20814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 5,978.00

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.125** | **Nonpriority creditor's name and mailing address**

MCDUFFIE, TATIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.126** | **Nonpriority creditor's name and mailing address**

MCGUIREWOODS LLP
800 EAST CANAL STREET
RICHMOND, VA 23219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 99,576.77

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Hornblower Yachts, LLC | Case number (*If known*) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127**

**Nonpriority creditor's name and mailing address**

MIB LIMOUSINE SERVICES LLC
5644 KEARNY MESA RD SUITE T
SAN DIEGO, CA 92111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,160.00

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.128**

**Nonpriority creditor's name and mailing address**

MICHAEL WHITMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 250.00

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.129**

**Nonpriority creditor's name and mailing address**

MILLER, LISA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  GENERAL LIABILITY CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.130**

**Nonpriority creditor's name and mailing address**

MINUTEMAN PRESS - DOWNTOWN
1403 SIXTH AVENUE
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,231.93

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.131**

**Nonpriority creditor's name and mailing address**

MORGAN SERVICES
905 YALE STREET
LOS ANGELES, CA 90012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 12,238.24

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Hornblower Yachts, LLC | Case number (if known) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132** | **Nonpriority creditor's name and mailing address**

MR. STEAM, INC
43-20 34TH ST
LONG ISLAND CITY, NY 11101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                800.00

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address**

MUTUAL AID RESPONSE SERVICES
PO BOX 99408
EMERYVILLE, CA 94662-9408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$              1,870.50

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address**

NB MARINER'S MILES, LLC
2505 WEST COAST HWY STE 201
NEWPORT BEACH, CA 92663

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$             11,200.00

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address**

NCR CORPORATION
P O BOX 198755
ATLANTA, GA 30384-8755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$             89,663.78

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address**

NEWPORT BEACH CHAMBER OF COMMERCE
4343 VON KARMAN AVE, STE., 150-W
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                150.00

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hornblower Yachts, LLC | Case number (*If known*) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137**

**Nonpriority creditor's name and mailing address**

NEWPORT MEAT
P.O. BOX 19726
IRVINE, CA 92623

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 13,616.09

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.138**

**Nonpriority creditor's name and mailing address**

NUNEZ LANDSCAPE
1477 MERIDIAN AVE
SAN JOSE, CA 95125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 290.00

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.139**

**Nonpriority creditor's name and mailing address**

O'BRIEN'S RESPONSE MNGMNT
O'BRIEN'S RESPONSE MANAGEMANT INC
2929 E IMPERIAL HWY
BREA, CA 92821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,125.00

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.140**

**Nonpriority creditor's name and mailing address**

ON TAP WATER SYSTEMS
23785 EL TORO ROAD #439
LAKE FOREST, CA 92630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 195.00

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.141**

**Nonpriority creditor's name and mailing address**

ONE STOP REFRIGERATION
1422 WEST BOULEVARD
LOS ANGELES, CA 90019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 590.17

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Hornblower Yachts, LLC | Case number (*If known*) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142** **Nonpriority creditor's name and mailing address**

OPERA PATISSERIES FINES
2161 BELKNAP WAY
ESCONDIDO, CA 92027

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 895.75

Date or dates debt was incurred     UNDETERMINED

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.143** **Nonpriority creditor's name and mailing address**

ORKIN
PO BOX 740300
CINCINNATI, OH 45274-0300

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 452.99

Date or dates debt was incurred     UNDETERMINED

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.144** **Nonpriority creditor's name and mailing address**

ORKIN INC. MDR
PO BOX 740300
CINCINNATI, OH 45274-0300

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 330.97

Date or dates debt was incurred     UNDETERMINED

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.145** **Nonpriority creditor's name and mailing address**

PACIFIC REFRIGERATION INC. A/C SERVICE CO.
ATTN: CHRISTOPHER S. SCHLERF
2825 5TH AVE
SAN DIEGO, CA 92103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,066.59

Date or dates debt was incurred     UNDETERMINED

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.146** **Nonpriority creditor's name and mailing address**

PARKS, RECREATION, AND MARINE
2760 N. STUDEBAKER RD
ATTN: ACCOUNTING OFFICE
LONG BEACH, CA 90815

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 10,269.50

Date or dates debt was incurred     UNDETERMINED

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

| Debtor | Hornblower Yachts, LLC | Case number (*if known*) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147** **Nonpriority creditor's name and mailing address**

PATTY'S LINEN RENTALS
2601 HOOVER AVE SUITE A-B
NATIONAL CITY, CA 91950

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,080.00

---

**3.148** **Nonpriority creditor's name and mailing address**

PIXSTER PHOTOBOOTH, LLC
4901 MORENA BLVD
SUITE 810
SAN DIEGO, CA 92117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 830.00

---

**3.149** **Nonpriority creditor's name and mailing address**

PK MARINE LLC
PO BOX 85
COLOMA, CA 95613

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,407.00

---

**3.150** **Nonpriority creditor's name and mailing address**

PORT OF SAN DIEGO (SAN DIEGO UNIFIED PORT DISTRICT)
P.O. BOX 120488
SAN DIEGO, CA 92112-0488

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,516.32

---

**3.151** **Nonpriority creditor's name and mailing address**

PORT OF SAN FRANCISCO
COMMERCIAL PROPERTY MANAGER
PIER 1
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38,344.09

---

| Debtor | Hornblower Yachts, LLC | Case number *(if known)* | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152** | **Nonpriority creditor's name and mailing address**

POSTKNIFE LLC
S11251 FAIRVIEW RD
SPRING GREEN, WI 53588

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 324.25

---

**3.153** | **Nonpriority creditor's name and mailing address**

PRESTIGE AUDIO & ENTERTAINMENT
7361 BIGNELL DRIVE
SAN DIEGO, CA 92139-1321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,146.50

---

**3.154** | **Nonpriority creditor's name and mailing address**

PURE CLEANING SERVICES, LLC
7435 PARK VILLAGE ROAD
SAN DIEGO, CA 92129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 375.00

---

**3.155** | **Nonpriority creditor's name and mailing address**

REGAL WINE COMPANY
ACCOUNT # 87058
PO BOX 2160
WINDSOR, CA 95492

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 538.80

---

**3.156** | **Nonpriority creditor's name and mailing address**

RICHARD A. WHITE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 225.00

---

| Debtor | Hornblower Yachts, LLC | Case number (*If known*) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157**   **Nonpriority creditor's name and mailing address**

RICHARD SAMORA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   850.00

---

**3.158**   **Nonpriority creditor's name and mailing address**

RINGCENTRAL INC.
20 DAVIS DRIVE
BELMONT, CA 94002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   1,083.16

---

**3.159**   **Nonpriority creditor's name and mailing address**

ROB GOGATZ PHOTOGRAPHY
622 N PACIFIC ST
OCEANSIDE, CA 92054

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   570.00

---

**3.160**   **Nonpriority creditor's name and mailing address**

ROBERTO CHETTO SERVICE
310 W. TICHNOR ST.
COMPTON, CA 90220

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   915.00

---

**3.161**   **Nonpriority creditor's name and mailing address**

RODRIGUEZ, LIZBETH
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**   GENERAL LIABILITY CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$   Undetermined

---

| Debtor | Hornblower Yachts, LLC | Case number (*If known*) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162** | **Nonpriority creditor's name and mailing address**

RODRIGUEZ, SAMANTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  EMPLOYEE DISPUTE

| **Date or dates debt was incurred** | UNDETERMINED |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.163** | **Nonpriority creditor's name and mailing address**

ROMBAUER VINEYARDS
PO BOX 51947
LOS ANGELES, CA 90051-6247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

| **Date or dates debt was incurred** | UNDETERMINED |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,566.00

---

**3.164** | **Nonpriority creditor's name and mailing address**

S&W DIESEL, INC.
336 LAKME AVE
WILMINGTON, CA 90744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

| **Date or dates debt was incurred** | UNDETERMINED |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 176.24

---

**3.165** | **Nonpriority creditor's name and mailing address**

SADIE ROSE BAKING CO.
2614 TEMPLE HEIGHTS DRIVE
OCEANSIDE, CA 92056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

| **Date or dates debt was incurred** | UNDETERMINED |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,896.78

---

**3.166** | **Nonpriority creditor's name and mailing address**

SAN DIEGO GAS & ELECTRIC
1801 S. ATLANTIC BLVD.
MONTEREY PARK, CA 91754

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

| **Date or dates debt was incurred** | UNDETERMINED |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,346.34

---

| Debtor | Hornblower Yachts, LLC | Case number *(if known)* | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167** Nonpriority creditor's name and mailing address

SAN DIEGO MARINE EXCHANGE, INC.
2636 SHELTER ISLAND DR.
SAN DIEGO, CA 92106

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,714.82

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.168** Nonpriority creditor's name and mailing address

SAN DIEGO MARRIOTT MARINA
333 W HARBOR DR
SAN DIEGO, CA 92101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 14,808.00

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.169** Nonpriority creditor's name and mailing address

SAN FRANCISCO SPECIALTY FOOD
1340 TULLY RD SUITE 311
SAN JOSE, CA 95122

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 258.93

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.170** Nonpriority creditor's name and mailing address

SAN FRANCISCO TAX COLLECTOR
P.O. BOX 7426
SAN FRANCISCO, CA 94120

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 44,087.64

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.171** Nonpriority creditor's name and mailing address

SANTA MONICA SEAFOOD
18531 S. BROADWICK STREET
RANCHO DOMINGUEZ, CA 90220

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,797.54

Date or dates debt was incurred   UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Hornblower Yachts, LLC | Case number *(if known)* | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172** Nonpriority creditor's name and mailing address

SAVORY GOURMET
13720 S. GRAMERCY PLACE
GARDENA, CA 90249

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 2,309.25

Date or dates debt was incurred UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.173** Nonpriority creditor's name and mailing address

SC COMMERCIAL, LLC
1800 W KATELLA AVE, STE 400
ORANGE, CA 92867

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 16,315.99

Date or dates debt was incurred UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.174** Nonpriority creditor's name and mailing address

SEAMARK GENERAL BOAT REPAIR
13444 BALI WAY
MARINA DEL REY, CA 90292

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 200.00

Date or dates debt was incurred UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.175** Nonpriority creditor's name and mailing address

SEAWARD SERVICES, INC.
203 W. 1ST STREET, SUITE A
NEW ALBANY, IN 47150

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: INTERCOMPANY PAYABLE TO SEAWARD SERVICES, INC.

$ 33,547.48

Date or dates debt was incurred UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.176** Nonpriority creditor's name and mailing address

SENSATIONAL TREATS
10531 4S COMMONS DRIVE #491
SAN DIEGO, CA 92127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 1,950.28

Date or dates debt was incurred UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Hornblower Yachts, LLC | Case number (*If known*) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.177** **Nonpriority creditor's name and mailing address**

SIGNARAMA-SAN DIEGO
9340 HAZARD WAY, STE A3
SAN DIEGO, CA 92123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      1,885.27

---

**3.178** **Nonpriority creditor's name and mailing address**

SO. CALIF. EDISON
PO BOX 600
ROSEMEAD, CA 91771-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          62.34

---

**3.179** **Nonpriority creditor's name and mailing address**

SOCALGAS PO BOX C
PO BOX C
MONTEREY PARK, CA 91756-5111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                        390.82

---

**3.180** **Nonpriority creditor's name and mailing address**

SOUTHERN CALIFORNIA EDISON
2244 WALNUT GROVE AVE.
ROSEMEAD, CA 91770

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     12,289.40

---

**3.181** **Nonpriority creditor's name and mailing address**

SPARKLETTS
P.O. BOX 660579
DALLAS, TX 75266-0579

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                        103.83

---

| Debtor | Hornblower Yachts, LLC | Case number *(if known)* | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.182** **Nonpriority creditor's name and mailing address**

SPECIALTY PRODUCE
P.O. BOX 82066
SAN DIEGO, CA 92138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 937.83

---

**3.183** **Nonpriority creditor's name and mailing address**

STAPLES ADV
P.O. BOX 660409
DALLAS, TX 75266-0409

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 234.72

---

**3.184** **Nonpriority creditor's name and mailing address**

STATE WATER RESOURCES CONTROL BOARD
ATTN WATER QUALITY FEES
P.O. BOX 1888
SACRAMENTO, CA 95812-1888

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 75.00

---

**3.185** **Nonpriority creditor's name and mailing address**

STATUE OF LIBERTY IV, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO STATUE OF LIBERTY IV, LLC

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 174,066.00

---

**3.186** **Nonpriority creditor's name and mailing address**

STATUE OF LIBERTY V, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO STATUE OF LIBERTY V, LLC

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 349,072.00

---

| Debtor | Hornblower Yachts, LLC | Case number *(if known)* | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.187** **Nonpriority creditor's name and mailing address**

STATUE OF LIBERTY VI, LLC
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE TO STATUE OF LIBERTY VI, LLC

$ 663,003.01

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.188** **Nonpriority creditor's name and mailing address**

STERICYCLE, INC
28883 NETWORK PLACE
CHICAGO, IL 60673-1288

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 226.08

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.189** **Nonpriority creditor's name and mailing address**

STONE BREWING COMPANY
PO BOX 25667
PASADENA, CA 91185

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 257.60

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.190** **Nonpriority creditor's name and mailing address**

STRIPE, INC.
354 OYSTER POINT BLVD
SOUTH SAN FRANCISCO, CA 94080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  POTENTIAL CLAIM PURSUANT TO MERCHANT PROCESSING AGREEMENT

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191** **Nonpriority creditor's name and mailing address**

STYLE GIFTS LTD.
4901 MORENA BLVD.
STE 907
SAN DIEGO, CA 92117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,766.54

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hornblower Yachts, LLC | Case number (If known) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192** **Nonpriority creditor's name and mailing address**

SUMMIT ELECTRIC SUPPLY
PO BOX 848345
DALLAS, TX 75284-8345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,905.30

---

**3.193** **Nonpriority creditor's name and mailing address**

SUNSET MARINE, INC.
772 BROADWAY
EL CAJON, CA 92021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 458.87

---

**3.194** **Nonpriority creditor's name and mailing address**

SVENDSEN'S MARINE & INDUSTRIAL SUPPLY
2900 MAIN STREET
SUITE 1900, MAILBOX 19
ALAMEDA, CA 94501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 71,346.07

---

**3.195** **Nonpriority creditor's name and mailing address**

SYSCO BOSTON, LLC
99 SPRING ST
HOUSTON, TX 77077

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,008.82

---

**3.196** **Nonpriority creditor's name and mailing address**

SYSCO SAN DIEGO, INC
ACCT 728143
1390 ENCLAVE PARKWAY
HOUSTON, TX 77077

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27,535.51

---

| Debtor | Hornblower Yachts, LLC | Case number (*If known*) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.197** **Nonpriority creditor's name and mailing address**

THE HARTFORD
PO BOX 783690
PHILADELPHIA, PA 19178-3690

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,952.78

---

**3.198** **Nonpriority creditor's name and mailing address**

THE HILLER COMPANIES, LLC
PO BOX 935434
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 93,010.39

---

**3.199** **Nonpriority creditor's name and mailing address**

THE PLACE CATERING
10785 POMERADO ROAD
SAN DIEGO, CA 92131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 291.00

---

**3.200** **Nonpriority creditor's name and mailing address**

TOAST INC.
401 PARK DR, STE 801
BOSTON, MA 02215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,838.79

---

**3.201** **Nonpriority creditor's name and mailing address**

TOMSON HOSPITALITY BOUTIQUE
6705 NW 36TH STREET
MIAMI, FL 33166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,582.61

---

Debtor  Hornblower Yachts, LLC                                    Case number (if known)   24-90096 (MI)
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.202** | **Nonpriority creditor's name and mailing address**

TPX (TELEPACIFIC)
PO BOX 60767
LOS ANGELES, CA 90060-0767

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,872.18

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address**

TPX COMMUNICATIONS
303 COLORADO ST.
SAN DIEGO, TX 92150-9013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 481.72

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address**

ULINE
P.O. BOX 88741
CHICAGO, IL 60680-1741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 774.54

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address**

UNITED FIRE SERVICES, INC.
P.O. BOX 9007
CANOGA PARK, CA 91309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 965.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address**

UNITED RENTALS
PO BOX 100711
ATLANTA, GA 30384-0711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,214.70

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hornblower Yachts, LLC | Case number (*If known*) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.207** **Nonpriority creditor's name and mailing address**

VESTA FOODSERVICE/L.A. SPECIALTY
PO BOX 2293
SANTA FE SPRINGS, CA 90670

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 14,256.72

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.208** **Nonpriority creditor's name and mailing address**

VIKING LIFE-SAVING EQUIPMENT
11255 NW 106TH STREET
SUITE 1
MIAMI, FL 33178

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,632.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.209** **Nonpriority creditor's name and mailing address**

WALKS, LLC (DELAWARE)
PIER 3, THE EMBARCADERO
SAN FRANCISCO, CA 94111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE TO WALKS, LLC (DELAWARE)

$ 224.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210** **Nonpriority creditor's name and mailing address**

WARMAN SECURITY
1720 SACRAMENTO STREET
SAN FRANCISCO, CA 94109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 600.55

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.211** **Nonpriority creditor's name and mailing address**

WASTE BUSTERS, INC
1301 SOUTH 46TH STREET
BUILDING 154
RICHMOND, CA 94804

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,500.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Hornblower Yachts, LLC | Case number (*if known*) | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212 Nonpriority creditor's name and mailing address**

WAXIE SANITARY SUPPLY
P.O. BOX 748802
LOS ANGELES, CA 90074-8802

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**$ 1,208.02**

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.213 Nonpriority creditor's name and mailing address**

WELK DIGITAL INNOVATIONS, LLC
PO BOX 701
RANCHO SANTA FE, CA 92067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**$ 1,000.00**

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.214 Nonpriority creditor's name and mailing address**

WEST COAST PRIME MEATS
344 CLIFFWOOD PARK
PASADENA, CA 91189-2189

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**$ 8,612.36**

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.215 Nonpriority creditor's name and mailing address**

WEST MARINE PRO
ACCT 9941572
P.O. BOX 669336
DALLAS, TX 75266-9336

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**$ 417.62**

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.216 Nonpriority creditor's name and mailing address**

WHISK CAKE CREATIONS
1930 MAIN STREET, #2
ALAMEDA, CA 94501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**$ 860.00**

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Hornblower Yachts, LLC | | Case number *(if known)* | 24-90096 (MI) |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217 Nonpriority creditor's name and mailing address**

WILDSCAPE ENGINEERING INC.
1901 AIRPORT RD.
SUITE 108
S LAKE TAHOE, CA 96150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,201.23

---

**3.218 Nonpriority creditor's name and mailing address**

YOUNG'S MARKET CO
P.O. BOX 743564
LOS ANGELES, CA 90074-3564

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 631.66

---

**3.219 Nonpriority creditor's name and mailing address**

ZEP MANUFACTURING COMPANY
860 NESTLE WAY # 100
BREINIGSVILLE, PA 18031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 165.06

---

**3.220 Nonpriority creditor's name and mailing address**

ZEROREZ
437 E 1000 S
PLEASANT GROVE, UT 84062-3623

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,817.20

---

**3.221 Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

Debtor  Hornblower Yachts, LLC
 Name

Case number (if known): 24-90096 (MI)

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line<br>☐ Not listed.  Explain | |
| 4.2 | Line<br>☐ Not listed.  Explain | |
| 4.3 | Line<br>☐ Not listed.  Explain | |
| 4.4 | Line<br>☐ Not listed.  Explain | |
| 4.5 | Line<br>☐ Not listed.  Explain | |
| 4.6 | Line<br>☐ Not listed.  Explain | |
| 4.7 | Line<br>☐ Not listed.  Explain | |
| 4.8 | Line<br>☐ Not listed.  Explain | |
| 4.9 | Line<br>☐ Not listed.  Explain | |

Debtor    Hornblower Yachts, LLC
          Name

Case number (if known)    24-90096 (MI)

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.**   Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $                      0.00 |
| 5b. | **Total claims from Part 2** | 5b. ✚ | $          312,773,073.92 |
|  |  |  | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $          312,773,073.92 |
|  |  |  | + Undetermined Amounts |

| Fill in this information to identify the case: |
|---|

Debtor name    Hornblower Yachts, LLC

United States Bankruptcy Court for the:    Southern District of Texas, Houston Division

Case number (If known):    24-90096 (MI)

☑ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD INDUSTRIAL/COMMERCIAL SINGLE-TENANT LEASE - NET DATED 01/01/2019 AND ALL RELATED AGREEMENTS | 2523 PCH PROPERTIES, LLC 2505 WEST COAST HIGHWAY, STE 201 NEWPORT BEACH, CA 92663 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD INDUSTRIAL/COMMERCIAL SINGLE-TENANT LEASE - NET DATED 01/01/2019 AND ALL RELATED AGREEMENTS | 2523 PCH PROPERTIES, LLC 2505 WEST COAST HIGHWAY, STE 201 NEWPORT BEACH, CA 92663 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD MULTI-TENANT OFFICE LEASE - GROSS DATED 01/01/2016 AND ALL RELATED AGREEMENTS | AIR COMMERCIAL REAL ESTATE ASSOCIATION 500 N BRAND BLVD, SUITE 900 GLENDALE, CA 91203 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMEN DATED 05/04/2020 AND ALL RELATED AGREEMENTS | BCM ONE, INC 521 FIFTH AVENUE, 14TH FLOOR NEW YORK, NY 10175 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMEN DATED 05/27/2020 AND ALL RELATED AGREEMENTS | BCM ONE, INC 521 FIFTH AVENUE, 14TH FLOOR NEW YORK, NY 10175 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor  Hornblower Yachts, LLC                                                    Case number (If known): 24-90096 (MI)
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 02/08/2019 AND ALL RELATED AGREEMENTS | BCM ONE, INC 521 FIFTH AVENUE, 14TH FLOOR NEW YORK, NY 10175 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT AND ALL RELATED AGREEMENTS | BCM ONE, INC. 521 FIFTH AVENUE, 14TH FLOOR NEW YORK, NY 10175 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDER NO. 14 TO MASTER SERVICE AGREEMENT AND ALL RELATED AGREEMENTS | BCM ONE, INC. 521 FIFTH AVENUE, 14TH FLOOR NEW YORK, NY 10175 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 02/08/2019 AND ALL RELATED AGREEMENTS | BCM ONE, INC. 521 FIFTH AVENUE, 14TH FLOOR NEW YORK, NY 10175 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR USE OF DOCK AND OTHER FACILITIES BETWEEN BOYKIN BERKELEY, LLC (BOYKIN) AND HORNBLOWER YACHTS, INC. (HORNBLOWER) DATED 05/28/2008 AND ALL RELATED AGREEMENTS | BOYKIN BERKELEY, LLC C/O WESTMONT HOSPITALITY GROUP, INC. 5847 SAN FELIPE, SUITE 4650 HOUSTON, TX 77057 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM AND ALL RELATED AGREEMENTS | BRAINSTORM 1620 PROFORMA AVE ONTARIO, CA 91716-7605 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT AND ALL RELATED AGREEMENTS | CANON SOLUTIONS AMERICA, INC. 300 COMMERCE SQUARE BLVD. BURLINGTON, NJ 08016 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor  Hornblower Yachts, LLC

Case number (If known):   24-90096 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | FAXABLE LEASE AGREEMENT AND ALL RELATED AGREEMENTS | CANON SOLUTIONS AMERICA, INC. 300 COMMERCE SQUARE BLVD. BURLINGTON, NJ 08016 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | CATO NETWORKS PROPOSAL DATED 02/26/2019 AND ALL RELATED AGREEMENTS | CATO NETWORKS 116 CHANGI ROAD, #03-09, WIS CHANGI,, 419718 SINGAPORE |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | CATO NETWORKS PROPOSAL DATED 06/16/2020 AND ALL RELATED AGREEMENTS | CATO NETWORKS 116 CHANGI ROAD, #03-09, WIS CHANGI,, 419718 SINGAPORE |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | CATO NETWORKS PROPOSAL DATED 05/29/2020 AND ALL RELATED AGREEMENTS | CATO NETWORKS INC. 3031 TISCH WAY, 110 PLAZA WEST SAN JOSE, CA 95128 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO LEASE DATED 08/07/2015 AND ALL RELATED AGREEMENTS | CHARLES JADALLAH ADDRESS ON FILE |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO LEASE DATED 08/07/2015 AND ALL RELATED AGREEMENTS | CHARLES JADALLAH ADDRESS ON FILE |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT OF LEASE DATED 01/01/2006 AND ALL RELATED AGREEMENTS | CHARLES JADALLAH AND JANINC JADALLAH ADDRESS ON FILE |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor   Hornblower Yachts, LLC                                                  Case number (If known):   24-90096 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LEASE DATED 01/01/2011 AND ALL RELATED AGREEMENTS | CHARLES JADALLAH AND JANINE JADALLAH ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF LEASE DATED 01/01/2006 AND ALL RELATED AGREEMENTS | CHARLES JADALLAH AND JANINE JADALLAH ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LEASE DATED 12/31/2010 AND ALL RELATED AGREEMENTS | CHARLES JADALLAH AND JANINE JADALLAH ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 03/27/2020 AND ALL RELATED AGREEMENTS | CITY AND COUNTY OF SAN FRANCISCO 170 OTIS STREET. SAN FRANCISCO, CA 94103 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO PERMIT NO. 27552 DATED 12/22/2016 AND ALL RELATED AGREEMENTS | CITY OF LONG BEACH 2760 N. STUDEBAKER ROAD LONG BEACH, CA 90815-1697 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO PERMIT NO. 27552 DATED 12/22/2016 AND ALL RELATED AGREEMENTS | CITY OF LONG BEACH 2760 N. STUDEBAKER ROAD LONG BEACH, CA 90815-1697 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO CITY AGREEMENT 2009-0671 AND ALL RELATED AGREEMENTS | CITY OF SACRAMENTO CENTER FOR SACRAMENTO HISTORY 551 SEQUOIA PACIFIC BLVD. SACRAMENTO, CA 95811 |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor Hornblower Yachts, LLC

Case number (If known): 24-90096 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.27** | State what the contract or lease is for and the nature of the debtor's interest | PASSENGER VESSEL CONCESSION AGREEMENT DATED 07/15/2009 AND ALL RELATED AGREEMENTS | CITY OF SACRAMENTO OLD SACRAMENTO HISTORIC DISTRICT 922 SECOND STREET SUITE 200 SACRAMENTO, CA 95814 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.28** | State what the contract or lease is for and the nature of the debtor's interest | PASSENGER VESSEL CONCESSION AGREEMENT DATED 06/15/2021 AND ALL RELATED AGREEMENTS | CITY OF SACRAMENTO CENTER FOR SACRAMENTO HISTORY 551 SEQUOIA PACIFIC BLVD. SACRAMENTO, CA 95811 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.29** | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO CITY AGREEMENT 2009-0671 DATED 07/09/2019 AND ALL RELATED AGREEMENTS | CITY OF SACRAMENTO CENTER FOR SACRAMENTO HISTORY 551 SEQUOIA PACIFIC BLVD. SACRAMENTO, CA 95811 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.30** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO CITY AGREEMENT DATED 11/30/2016 AND ALL RELATED AGREEMENTS | CITY OF SACRAMENTO CENTER FOR SACRAMENTO HISTORY 551 SEQUOIA PACIFIC BLVD. SACRAMENTO, CA 95811 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM DATED 11/01/2020 AND ALL RELATED AGREEMENTS | CLEARSLIDE, INC. 44 MONTGOMERY FLOOR 3 SAN FRANCISCO, CA 94104 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest | MARINA DEL REY WATERBUS SERVICES DATED 09/11/2015 AND ALL RELATED AGREEMENTS | COUNTY OF LOS ANGELES 13437 FIJI WAY TRAILER 3 CONTRACTS UNIT MARINA DEL REY, CA 90292 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest | MARINA DEL REY WATERBUS SERVICE DATED 05/06/2017 AND ALL RELATED AGREEMENTS | COUNTY OF LOS ANGELES 13437 FIJI WAY TRAILER 3 CONTRACTS UNIT MARINA DEL REY, CA 90292 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| Debtor | Hornblower Yachts, LLC | Case number (If known): 24-90096 (MI) |
|---|---|---|
| | Name | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | MARINA DEL REY WATERBUS SERVICES DATED 07/03/2015 AND ALL RELATED AGREEMENTS | COUNTY OF LOS ANGELES 13437 FIJI WAY TRAILER 3 CONTRACTS UNIT MARINA DEL REY, CA 90292 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | MARINA DEL REY WATERBUS SERVICES DATED 04/02/2015 AND ALL RELATED AGREEMENTS | COUNTY OF LOS ANGELES 13437 FIJI WAY TRAILER 3 CONTRACTS UNIT MARINA DEL REY, CA 90292 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | MARINA DEL REY WATERBUS SERVICE CONTRACT AND ALL RELATED AGREEMENTS | COUNTY OF LOS ANGELES 13483 FIJI WAY, TRAILER #3 MARINA DEL REY, CA 90292 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 1 TO CONTRACT NO. BHWTRBUS19 DATED 05/06/2022 AND ALL RELATED AGREEMENTS | COUNTY OF LOS ANGELES 13437 FIJI WAY TRAILER 3 CONTRACTS UNIT MARINA DEL REY, CA 90292 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING SERVICES AGREEMENT DATED 03/19/2019 AND ALL RELATED AGREEMENTS | DATA MERCENARIES LLC, 1627 CABERNET CT PETALUMA, CA 94954 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | SLIP LICENSE AGREEMENT - COMMERCIAL DATED 10/01/2011 AND ALL RELATED AGREEMENTS | DEL REY FUEL, LLC 13800 BORA BORA WAY MARINA DEL REY, CA 90292 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | FACILITIES USE AGREEMENT AND ALL RELATED AGREEMENTS | DERMFX 2430 W COAST HIGHWA NEWPORT BEACH, CA 92663 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor  Hornblower Yachts, LLC
Name

Case number (If known):  24-90096 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFICE LICENSE AND SERVICES AGREEMENT DATED 07/18/2019 AND ALL RELATED AGREEMENTS | FLINTROCK OFFICE SUITES, LLC 2802 FLINTROCK TRACE SUITE 201 AUSTIN, TX 78738 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMS AND CONDITIONS 2018 EDITION DATED 09/27/2018 AND ALL RELATED AGREEMENTS | FUSION MEDIA (EUROPE) LIMITED UNIT 3A BEECHCROFT FARM CHAPEL WOOD ROAD SEVENOAKS, KENT, TN15 7HX UNITED KINGDOM |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED 01/01/2022 AND ALL RELATED AGREEMENTS | GLOBAL MUSIC RIGHTS, LLC 1100 GLENDON AVENUE, 10TH FLOOR LOS ANGELES, CA 90024 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | SEASONAL NIGHTLIFE ENTERTAINMENT VENUE LICENSE DATED 01/01/2022 AND ALL RELATED AGREEMENTS | GLOBAL MUSIC RIGHTS, LLC 1100 GLENDON AVENUE, 10TH FLOOR LOS ANGELES, CA 90024 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | ATTRACTION PARTNER AGREEMENT DATED 10/02/2023 AND ALL RELATED AGREEMENTS | GO CITY GROUP NORTH AMERICA, INC PO BOX 320 RAYNHAM, MA 02767 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | ATTRACTION PARTNER AGREEMENT RENEWAL ADDENDUM DATED 04/01/2023 AND ALL RELATED AGREEMENTS | GO CITY GROUP NORTH AMERICA, INC. P.O. BOX 80169 STONEHAM, MA 02180 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT VI TO HORNBLOWER YACHTS, LLC., LEASES FOR OFFICE, COMMISSARY, KIOSK, STORAGE SPACES AND BOAT SLIPS DATED 09/01/2018 AND ALL RELATED | GOLD COAST VILLAGE, LLC 13575 MINDANAO WAY MARINA DEL REY, CA 90292 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor   Hornblower Yachts, LLC

Case number (If known):   24-90096 (MI)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.48** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT VI TO HORNBLOWER YACHTS, LLC., LEASES FOR OFFICE, COMMISSARY, KIOSK, STORAGE SPACES AND BOAT SLIPS DATED 09/01/2018 AND ALL RELATED<br><br>UNDETERMINED | GOLD COAST VILLAGE, LLC<br>13575 MINDANAO WAY<br>MARINA DEL REY, CA 90292 |
| **2.49** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE LEVEL AGREEMENT DATED 09/28/2018 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | HAVEN SYSTEMS LIMITED<br>6 DOLPHIN COURT<br>BRUNEL QUAY<br>NEYLAND MARINA, PEMBROKESHIRE, SA73 1PY<br>UNITED KINGDOM |
| **2.50** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE LEVEL AGREEMENT DATED 07/01/2018 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | HAVEN SYSTEMS LIMITED<br>6 DOLPHIN COURT<br>BRUNEL QUAY<br>NEYLAND MARINA<br>PEMBROKESHIRE, SA73 1PY<br>UNITED KINGDOM |
| **2.51** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE LEVEL AGREEMENT DATED 07/01/2019 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | HAVEN SYSTEMS LIMITED<br>6 DOLPHIN COURT<br>BRUNEL QUAY<br>NEYLAND MARINA, PEMBROKESHIRE, SA73 1PY<br>UNITED KINGDOM |
| **2.52** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE LEVEL AGREEMENT DATED 05/01/2018 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | HAVEN SYSTEMS LIMITED<br>6 DOLPHIN COURT<br>BRUNEL QUAY<br>NEYLAND MARINA, PEMBROKESHIRE, SA73 1PY<br>UNITED KINGDOM |
| **2.53** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 05/01/2018 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | HORNBLOWER CANADA CO.<br>5775 RIVER RD., UNIT 110<br>NIAGARA FALLS, ON L2G 3K9<br>CANADA |
| **2.54** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTELLECTUAL PROPERTY LICENCE AGREEMENT DATED 01/01/2010 AND ALL RELATED AGREEMENTS<br><br>UNDETERMINED | HORNBLOWER CANADA CO.<br>5775 RIVER RD., UNIT 110<br>NIAGARA FALLS, ON L2G 3K9<br>CANADA |

Debtor   Hornblower Yachts, LLC                                Case number (If known):   24-90096 (MI)
_____
Name

▮    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.55** | State what the contract or lease is for and the nature of the debtor's interest | WRITTEN CONSENT DATED 11/17/2022 AND ALL RELATED AGREEMENTS | HORNBLOWER GROUP, INC. PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.56** | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY SERVICES AGREEMENT DATED 01/01/2021 AND ALL RELATED AGREEMENTS | HORNBLOWER GROUP, INC. PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.57** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO LEASE DATED 08/07/2015 AND ALL RELATED AGREEMENTS | HORNBLOWER WIND, LLC PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.58** | State what the contract or lease is for and the nature of the debtor's interest | STANDARD INDUSTRIAL/COMMERCIAL MULTI-TENANT LEASE DATED 11/01/2018 AND ALL RELATED AGREEMENTS | KIDS FROM THE VALLEY XIV, LLC 850 S. BROADWAY, PENTHOUSE FLOOR LOS ANGELES, CA 90014 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.59** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT#3 EXERCISE OF LEASE OPTION & ADDITIONAL LEASE OPTION DATED 01/01/2013 AND ALL RELATED AGREEMENTS | KIDS FROM THE VALLEY XIV, LLC DBA TOWNSGATE BUSINESS CENTER 850 S. BROADWAY, PENTHOUSE FL. LOS ANGELES, CA 90014 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| **2.60** | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT AGREEMENT DATED 12/05/2019 AND ALL RELATED AGREEMENTS | Littler Mendelson, P.C 101 2nd St Suite 1000 San Francisco, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.61** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER FOR SUPPLIES OR SERVICES DATED 10/02/2019 AND ALL RELATED AGREEMENTS | MARINE CORPS COMMUNITY SERVICES BLDG 20846, VANDEGRIFT BLVD MCB CAMP PENDLETON, CA 92055 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | BOAT SLIP LEASE DATED 01/01/2016 AND ALL RELATED AGREEMENTS | MARINERS MILE LLC<br>2505 W. COAST HIGHWAY, STE 201<br>NEWPORT BEACH, CA 92663 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO THE LEASE AGREEMENT DATED 12/29/2020 AND ALL RELATED AGREEMENTS | MARINERS MILE, LLC<br>2505 W. COAST HIGHWAY, STE 201<br>NEWPORT BEACH, CA 92663 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD MULTI-TENANT OFFICE LEASE - GROSS DATED 01/01/2016 AND ALL RELATED AGREEMENTS | MARINERS MILE, LLC<br>2505 W. COAST HIGHWAY, STE 201<br>NEWPORT BEACH, CA 92663 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD MULTI-TENANT OFFICE LEASE - GROSS DATED 01/01/2016 AND ALL RELATED AGREEMENTS | MARINERS MILE, LLC<br>2505 W. COAST HIGHWAY, STE 201<br>NEWPORT BEACH, CA 92663 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | TICKET AGREEMENT DATED 03/22/2022 AND ALL RELATED AGREEMENTS | MILITARY TICKET PROGRAM<br>C/O NAVY MWR<br>5720 INTEGRITY DR<br>MILLINGTON, TN 38055 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | TICKET AGREEMENT DATED 11/16/2022 AND ALL RELATED AGREEMENTS | MILITARY TICKET PROGRAM<br>C/O NAVY MWR<br>5720 INTEGRITY DR<br>MILLINGTON, TN 38055 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | TICKET AGREEMENT DATED 11/16/2022 AND ALL RELATED AGREEMENTS | MILITARY TICKET PROGRAM<br>C/O NAVY MWR<br>5720 INTEGRITY DR<br>MILLINGTON, TN 38055 |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| Debtor | Hornblower Yachts, LLC | | Case number (If known): 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | TICKET AGREEMENT DATED 11/16/2022 AND ALL RELATED AGREEMENTS | MILITARY TICKET PROGRAM C/O NAVY MWR 5720 INTEGRITY DR MILLINGTON, TN 38055 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | TICKET AGREEMENT DATED 11/16/2022 AND ALL RELATED AGREEMENTS | MILITARY TICKET PROGRAM C/O NAVY MWR 5720 INTEGRITY DR MILLINGTON, TN 38055 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | TICKET AGREEMENT DATED 11/16/2022 AND ALL RELATED AGREEMENTS | MILITARY TICKET PROGRAM C/O NAVY MWR 5720 INTEGRITY DR MILLINGTON, TN 38055 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | TICKET AGREEMENT DATED 11/16/2022 AND ALL RELATED AGREEMENTS | MILITARY TICKET PROGRAM C/O NAVY MWR 5720 INTEGRITY DR MILLINGTON, TN 38055 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | TICKET AGREEMENT DATED 03/08/2023 AND ALL RELATED AGREEMENTS | MILITARY TICKET PROGRAM C/O NAVY MWR 5720 INTEGRITY DR MILLINGTON, TN 38055 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | TICKET AGREEMENT DATED 11/16/2022 AND ALL RELATED AGREEMENTS | MILITARY TICKET PROGRAM C/O NAVY MWR 5720 INTEGRITY DR MILLINGTON, TN 38055 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | TICKET AGREEMENT AND ALL RELATED AGREEMENTS | MILITARY TICKET PROGRAM C/O NAVY MWR 5720 INTEGRITY DR MILLINGTON, TN 38055 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor   Hornblower Yachts, LLC                                    Case number (If known):   24-90096 (MI)
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.76** State what the contract or lease is for and the nature of the debtor's interest<br><br>TICKET AGREEMENT DATED 02/03/2022 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | MILITARY TICKET PROGRAM C/O NAVY MWR 5720 INTEGRITY DR MILLINGTON, TN 38055 |
| **2.77** State what the contract or lease is for and the nature of the debtor's interest<br><br>TICKET AGREEMENT AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | MILITARY TICKET PROGRAM C/O NAVY MWR 5720 INTEGRITY DR MILLINGTON, TN 38055 |
| **2.78** State what the contract or lease is for and the nature of the debtor's interest<br><br>TICKET AGREEMENT AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | MILITARY TICKET PROGRAM C/O NAVY MWR 5720 INTEGRITY DR MILLINGTON, TN 38055 |
| **2.79** State what the contract or lease is for and the nature of the debtor's interest<br><br>TICKET AGREEMENT DATED 03/05/2023 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | MILITARY TICKET PROGRAM C/O NAVY MWR 5720 INTEGRITY DR MILLINGTON, TN 38055 |
| **2.80** State what the contract or lease is for and the nature of the debtor's interest<br><br>HORNBLOWER YACHTS, LLC MOORAGE LICENSE AGREEMENT ADDENDUM DATED 06/01/2018 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | M-PROJECT III, LLC 2505 WEST COAST HIGHWAY. SUITE 201 NEWPORT BEACH, CA 92663 |
| **2.81** State what the contract or lease is for and the nature of the debtor's interest<br><br>LETTER OF INTENT - BIKE LOCKERS AT PIER 3, SAN FRANCISCO DATED 11/22/2022 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | MR. TAE CHANG - GLOBAL REAL ESTATE - BLOOMBERG L.P. 731 LEXINGTON AVENUE NEW YORK, NY 01022 |
| **2.82** State what the contract or lease is for and the nature of the debtor's interest<br><br>LIMITED NOTICE TO PROCEED DATED 08/10/2023 AND ALL RELATED AGREEMENTS<br><br>State the term remaining — UNDETERMINED<br><br>List the contract number of any government contract | NJ TRANSIT ONE PENN PLAZA EAST NEWARK, NJ 07105-2246 |

Debtor   Hornblower Yachts, LLC
_____   Case number (If known):   24-90096 (MI)
Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest**<br>LIMITED NOTICE TO PROCEED DATED 10/13/2023 AND ALL RELATED AGREEMENTS<br><br>**State the term remaining** UNDETERMINED<br><br>**List the contract number of any government contract** | NJ TRANSIT<br>ONE PENN PLAZA EAST<br>NEWARK, NJ 07105-2246 |
|---|---|---|
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest**<br>SERVICE AGREEMENT ADDENDUM AND ALL RELATED AGREEMENTS<br><br>**State the term remaining** UNDETERMINED<br><br>**List the contract number of any government contract** | OUTSOLVE INC.<br>3330 W ESPLANADE AVE S.<br>SUITE 301.<br>METAIRIE, LA 70002 |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest**<br>SERVICE AGREEMENT ADDENDUM AND ALL RELATED AGREEMENTS<br><br>**State the term remaining** UNDETERMINED<br><br>**List the contract number of any government contract** | OUTSOLVE LLC<br>3330 W ESPLANADE AVE S.<br>SUITE 301.<br>METAIRIE, LA 70002 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest**<br>AMENDMENT VI TO HORNBLOWER YACHTS, LLC., LEASES FOR OFFICE, COMMISSARY, KIOSK, STORAGE SPACES AND BOAT SLIPS DATED 09/01/2018 AND ALL RELATED<br><br>**State the term remaining** UNDETERMINED<br><br>**List the contract number of any government contract** | PACIFIC OCEAN MANAGEMENT, LLC<br>13737 FIJI WAY<br>MARINA DEL REY, CA 90292 |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest**<br>ARTIST WORK-FOR-HIRE AGREEMENT DATED 03/01/2019 AND ALL RELATED AGREEMENTS<br><br>**State the term remaining** UNDETERMINED<br><br>**List the contract number of any government contract** | PIER 3 SCULPTURE, LLC<br>1615 NE 13TH ST<br>BEND, OR 97701 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest**<br>TICKET AGREEMENT DATED 12/09/2021 AND ALL RELATED AGREEMENTS<br><br>**State the term remaining** UNDETERMINED<br><br>**List the contract number of any government contract** | PIER 3, EMBARDADERO LANDING<br>C/O NAVY MWR<br>5720 INTEGRITY DR<br>MILLINGTON, TN 38055 |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest**<br>AMENDMENT TO AND RESTATEMENT OF LEASE NO. L-12501 DATED 11/01/1997 AND ALL RELATED AGREEMENTS<br><br>**State the term remaining** UNDETERMINED<br><br>**List the contract number of any government contract** | PORT OF SAN FRANCISCO<br>COMMERCIAL PROPERTY MANAGER<br>PIER 1<br>SAN FRANCISCO, CA 94111 |

Debtor   Hornblower Yachts, LLC
_____   Case number (If known):   24-90096 (MI)
         Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** MUTUAL NONDISCLOSURE AGREEMENT DATED 01/09/2019 AND ALL RELATED AGREEMENTS | REDEAM, INC. P.O. BOX 7295 BROOMFIELD, CO 80021 |
| | **State the term remaining** UNDETERMINED | |
| | **List the contract number of any government contract** | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** SAN DIEGO UNIFIED PORT DISTRICT LEASE TO HORNBLOWER YACHTS, INC. DATED 02/01/2012 AND ALL RELATED AGREEMENTS | SAN DIEGO UNIFIED PORT DISTRICT REAL ESTATE DEPARTMENT POST OFFICE BOX 120488 SAN DIEGO, CA 92112-0488 |
| | **State the term remaining** UNDETERMINED | |
| | **List the contract number of any government contract** | |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** TIDELAND USE AND OCCUPANCY PERMIT DATED 08/01/2018 AND ALL RELATED AGREEMENTS | SAN DIEGO UNIFIED PORT DISTRICT 3165 PACIFIC HIGHWAY SAN DIEGO, CA 92101 |
| | **State the term remaining** UNDETERMINED | |
| | **List the contract number of any government contract** | |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** MUTUAL NONDISCLOSURE AGREEMENT DATED 02/11/2021 AND ALL RELATED AGREEMENTS | SAN DIEGO UNIFIED PORT DISTRICT 3165 PACIFIC HIGHWAY SAN DIEGO, CA 92101 |
| | **State the term remaining** UNDETERMINED | |
| | **List the contract number of any government contract** | |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** SAN DIEGO UNIFIED PORT DISTRICT LEASE TO HORNBLOWER YACHTS, INC. DATED 02/01/2012 AND ALL RELATED AGREEMENTS | SAN DIEGO UNIFIED PORT DISTRICT TREASURER'S OFFICE SAN DIEGO UNIFIED PORT DISTRICT POST OFFICE BOX 120488 SAN DIEGO, CA 92112-0488 |
| | **State the term remaining** UNDETERMINED | |
| | **List the contract number of any government contract** | |
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** BAREBOAT CHARTER AGREEMENT DATED 11/17/2022 AND ALL RELATED AGREEMENTS | STATUE CRUISES, LLC PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 |
| | **State the term remaining** UNDETERMINED | |
| | **List the contract number of any government contract** | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** STATEMENT OF WORK DATED 02/08/2019 AND ALL RELATED AGREEMENTS | STRATOGENT CORPORATION 3 WATERS PARK DR. SUITE 230 SAN MATEO, CA 94403 |
| | **State the term remaining** UNDETERMINED | |
| | **List the contract number of any government contract** | |

Debtor   Hornblower Yachts, LLC                                    Case number (If known):   24-90096 (MI)
_____
Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO AND RESTATEMENT OF LEASE NO. L-12175 DATED 02/25/2004 AND ALL RELATED AGREEMENTS | THE CITY AND COUNTY OF SAN FRANCISCO COMMERCIAL PROPERTY MANAGER PORT OF SAN FRANCISCO PIER 1 SAN FRANCISCO, CA 94111 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO AND RESTATEMENT OF LEASE NO. L-12175 DATED 02/25/2004 AND ALL RELATED AGREEMENTS | THE CITY AND COUNTY OF SAN FRANCISCO COMMERCIAL PROPERTY MANAGER PORT OF SAN FRANCISCO PIER 1 SAN FRANCISCO, CA 94111 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | PASSENGER VESSEL CONCESSION AGREEMENT AND ALL RELATED AGREEMENTS | THE CITY OF SACRAMENTO PO BOX 4668 ECM #35050 NEW YORK, NY 10163 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD INDUSTRIAL/COMMERCIAL MULTI-TENANT LEASE - GROSS LEASE DATED 11/01/2018 AND ALL RELATED AGREEMENTS | THE VALLEY XIV, LLC 850 S. BROADWAY, PENTHOUSE FLOOR LOS ANGELES, CA 90014 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD MULTI-TENANT OFFICE LEASE - GROSS DATED 01/01/2016 AND ALL RELATED AGREEMENTS | VOIT REAL ESTATE SERVICES ATTN: CARTER HARRINGTON 2020 MAIN STREET, SUITE 100 IRVINE, CA 92614 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE DATED 05/01/2018 AND ALL RELATED AGREEMENTS | WATERFRONT NEWPORT BEACH, LLC 2901 WEST COAST HIGHWAY, SUITE 200 NEWPORT BEACH, CA 92663 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | YEXT MASTER SUBSCRIPTION AGREEMENT DATED 11/30/2020 AND ALL RELATED AGREEMENTS | YEXT, INC. 61 NINTH AVE NEW YORK, NY 10011 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   Hornblower Yachts, LLC
_____
Name

Case number (If known):   24-90096 (MI)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.104** State what the contract or lease is for and the nature of the debtor's interest<br>FIRST AMENDMENT TO LEASE DATED NOVEMBER 27, 2006 BETWEEN ZIMBALDI & MARSHALL LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, LESSOR, AND HORNBLOWER YACHTS INC., LESSEE, FOR THE PREMISES LOCATED AT 817 WEST 17TH STREET #10, IN<br><br>State the term remaining   UNDETERMINED<br><br>List the contract number of any government contract | ZIMBALDI & MARSHALL LLC<br>817 W.17TH STREET STE15<br>COSTA MESA, CA 92627 |
| **2.105** State what the contract or lease is for and the nature of the debtor's interest<br>FIFTH AMENDMENT TO LEASE DATED JANUARY 28, 2021 BETWEEN ZIMBALDI & MARSHALL LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, LESSOR, AND HORNBLOWER YACHTS INC., LESSEE, FOR THE PREMISES LOCATED AT 817 WEST 17TH STREET #10, IN COSTA MESA,<br><br>State the term remaining   UNDETERMINED<br><br>List the contract number of any government contract | ZIMBALDI & MARSHALL LLC<br>817 W.17TH STREET STE15<br>COSTA MESA, CA 92627 |
| **2.106** State what the contract or lease is for and the nature of the debtor's interest<br>STANDARD INDUSTRIAUCOMMERCIAL MULTI-TENANT LEASE - GROSS AMERICAN INDUSTRIAL REAL ESTATE ASSOCIATION DATED<br><br>State the term remaining   UNDETERMINED<br><br>List the contract number of any government contract | ZIMBALDI & MARSHALL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>817 W.17TH STREET STE15<br>COSTA MESA, CA 92627 |
| **2.107** State what the contract or lease is for and the nature of the debtor's interest<br>SIXTH AMENDMENT TO LEASE DATED 01/01/2022 AND ALL RELATED AGREEMENTS<br><br>State the term remaining   UNDETERMINED<br><br>List the contract number of any government contract | ZIMBALDI AND MARSHALL, A CALIFORNIA GENERAL PARTNERSHIP<br>817 W.17TH STREET STE15<br>COSTA MESA, CA 92627 |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Hornblower Yachts, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas, Houston Division |
| Case number (If known): | 24-90096 (MI) |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.   If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Alcatraz Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.2 | Alcatraz Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.3 | Alcatraz Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.4 | Alcatraz Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.5 | Alcatraz Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.6 | Alcatraz Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor  Hornblower Yachts, LLC

Name

Case number (If known)   24-90096 (MI)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | Alcatraz Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Alcatraz Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | Alcatraz Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | Alcatraz Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | Alcatraz Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 | Alcatraz Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | Alcatraz Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | Alcatraz Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor  Hornblower Yachts, LLC

Name

Case number (If known):  24-90096 (MI)

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 | Alcatraz Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.16 | Alcatraz Island Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.17 | Alcatraz Island Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.18 | Alcatraz Island Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.19 | Alcatraz Island Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.20 | Alcatraz Island Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.21 | American Countess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.22 | American Countess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | American Countess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.24 | American Countess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.25 | American Countess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.26 | American Duchess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.27 | American Duchess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.28 | American Duchess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.29 | American Duchess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.30 | American Duchess, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

Debtor  Hornblower Yachts, LLC
_____
Name

Case number (If known):  24-90096 (MI)
_____

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.31 | American Queen Holdco, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.32 | American Queen Holdco, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.33 | American Queen Holdco, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.34 | American Queen Holdco, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.35 | American Queen Holdco, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.36 | American Queen Holdings, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.37 | American Queen Holdings, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.38 | American Queen Holdings, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

Debtor    Hornblower Yachts, LLC
Name                                                        Case number (If known)    24-90096 (MI)

| | | **Additional Page if Debtor Has More Codebtors** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.39 | American Queen Holdings, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.40 | American Queen Holdings, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.41 | American Queen Steamboat Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.42 | American Queen Steamboat Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.43 | American Queen Steamboat Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.44 | American Queen Steamboat Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.45 | American Queen Steamboat Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.46 | American Queen Sub, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
| --- | --- | --- | --- |
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
| --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.47 | American Queen Sub, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.48 | American Queen Sub, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.49 | American Queen Sub, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.50 | American Queen Sub, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.51 | Anchor Mexico Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.52 | Anchor Mexico Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.53 | Anchor Mexico Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.54 | Anchor Mexico Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |

Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.55 | Anchor Mexico Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.56 | Anchor Operating System, LLC | 2645 TOWNSGATE ROAD, SUITE 200 WESTLAKE VILLAGE, CA 91361 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.57 | Anchor Operating System, LLC | 2645 TOWNSGATE ROAD, SUITE 200 WESTLAKE VILLAGE, CA 91361 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.58 | Anchor Operating System, LLC | 2645 TOWNSGATE ROAD, SUITE 200 WESTLAKE VILLAGE, CA 91361 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.59 | Anchor Operating System, LLC | 2645 TOWNSGATE ROAD, SUITE 200 WESTLAKE VILLAGE, CA 91361 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.60 | Anchor Operating System, LLC | 2645 TOWNSGATE ROAD, SUITE 200 WESTLAKE VILLAGE, CA 91361 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.61 | Bay State, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.62 | Bay State, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.63 | Bay State, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.64 | Bay State, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.65 | Bay State, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.66 | Boston Harbor Cruises, LLC | 1 LONG WHARF BOSTON, MA 02110 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.67 | Boston Harbor Cruises, LLC | 1 LONG WHARF BOSTON, MA 02110 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.68 | Boston Harbor Cruises, LLC | 1 LONG WHARF BOSTON, MA 02110 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.69 | Boston Harbor Cruises, LLC | 1 LONG WHARF BOSTON, MA 02110 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.70 | Boston Harbor Cruises, LLC | 1 LONG WHARF BOSTON, MA 02110 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

Debtor  Hornblower Yachts, LLC

Name

Case number (If known): 24-90096 (MI)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.71 | City Cruises Cafe, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.72 | City Cruises Cafe, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.73 | City Cruises Cafe, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.74 | City Cruises Cafe, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.75 | City Cruises Cafe, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.76 | City Cruises Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.77 | City Cruises Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.78 | City Cruises Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | FUSION MEDIA (EUROPE) LIMITED | ☐ D ☐ E/F ☑ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
| --- | --- | --- | --- |
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.79 | City Cruises Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.80 | City Cruises Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.81 | City Cruises Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.82 | City Ferry Transportation Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.83 | City Ferry Transportation Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.84 | City Ferry Transportation Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.85 | City Ferry Transportation Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.86 | City Ferry Transportation Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
| --- | --- | --- | --- |
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.87 | Cruising Excursions Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.88 | Cruising Excursions Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.89 | Cruising Excursions Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.90 | Cruising Excursions Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.91 | Cruising Excursions Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.92 | Cruising Excursions Transport, Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.93 | Cruising Excursions Transport, Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.94 | Cruising Excursions Transport, Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

Debtor    Hornblower Yachts, LLC                                      Case number (If known)    24-90096 (MI)
                  Name

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.95 | Cruising Excursions Transport, Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.96 | Cruising Excursions Transport, Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.97 | EON Partners, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.98 | EON Partners, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.99 | EON Partners, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.100 | EON Partners, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.101 | EON Partners, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.102 | Ferryboat Santa Rosa, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.103 | Ferryboat Santa Rosa, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.104 | Ferryboat Santa Rosa, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.105 | Ferryboat Santa Rosa, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.106 | Ferryboat Santa Rosa, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.107 | HMS American Queen Steamboat Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.108 | HMS American Queen Steamboat Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.109 | HMS American Queen Steamboat Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.110 | HMS American Queen Steamboat Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.111 | HMS American Queen Steamboat Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.112 | HMS Ferries - Puerto Rico, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.113 | HMS Ferries - Puerto Rico, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.114 | HMS Ferries - Puerto Rico, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.115 | HMS Ferries - Puerto Rico, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.116 | HMS Ferries - Puerto Rico, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.117 | HMS Ferries, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.118 | HMS Ferries, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.119 | HMS Ferries, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.120 | HMS Ferries, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.121 | HMS Ferries, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.122 | HMS Global Maritime, Inc. | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.123 | HMS Global Maritime, Inc. | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.124 | HMS Global Maritime, Inc. | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.125 | HMS Global Maritime, Inc. | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.126 | HMS Global Maritime, Inc. | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |

Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.127 | HMS Global Maritime, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.128 | HMS Global Maritime, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.129 | HMS Global Maritime, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.130 | HMS Global Maritime, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.131 | HMS Global Maritime, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.132 | HMS Vessel Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.133 | HMS Vessel Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.134 | HMS Vessel Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Yachts, LLC                                          Case number (If known):   24-90096 (MI)
         Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.135 | HMS Vessel Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.136 | HMS Vessel Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.137 | HMS-Alabama, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.138 | HMS-Alabama, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.139 | HMS-Alabama, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.140 | HMS-Alabama, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.141 | HMS-Alabama, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.142 | HMS-Oklahoma, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Yachts, LLC
         Name                                          Case number (If known): 24-90096 (MI)

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.143 | HMS-Oklahoma, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.144 | HMS-Oklahoma, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.145 | HMS-Oklahoma, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.146 | HMS-Oklahoma, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.147 | HMS-WestPac, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.148 | HMS-WestPac, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.149 | HMS-WestPac, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.150 | HMS-WestPac, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Yachts, LLC
Name

Case number (If known):   24-90096 (MI)

---

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.151 | HMS-WestPac, Inc. | 203 W. 1ST STREET, SUITE A<br>NEW ALBANY, IN 47150 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.152 | HNY Ferry Fleet, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.153 | HNY Ferry Fleet, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.154 | HNY Ferry Fleet, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.155 | HNY Ferry Fleet, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.156 | HNY Ferry Fleet, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.157 | HNY Ferry II, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.158 | HNY Ferry II, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |

---

Debtor   Hornblower Yachts, LLC
Name

Case number (If known):   24-90096 (MI)

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.159 | HNY Ferry II, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.160 | HNY Ferry II, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.161 | HNY Ferry II, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.162 | HNY Ferry, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.163 | HNY Ferry, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.164 | HNY Ferry, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.165 | HNY Ferry, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.166 | HNY Ferry, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |

Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.167 | Hornblower Cable Cars, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.168 | Hornblower Cable Cars, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.169 | Hornblower Cable Cars, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.170 | Hornblower Cable Cars, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.171 | Hornblower Cable Cars, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.172 | Hornblower Canada Co. | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.173 | Hornblower Canada Co. | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.174 | Hornblower Canada Co. | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
|--------|------------------------|-------------------------|---------------|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.175 | Hornblower Canada Co. | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.176 | Hornblower Canada Co. | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | UBS AG, STAMFORD BRANCH | ☑ D  ☐ E/F  ☐ G |
| 2.177 | Hornblower Canada Entertainment Limited | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.178 | Hornblower Canada Entertainment Limited | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.179 | Hornblower Canada Entertainment Limited | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.180 | Hornblower Canada Entertainment Limited | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.181 | Hornblower Canada Entertainment Limited | 5775 RIVER RD., UNIT 110 NIAGARA FALLS, ON L2G 3K9 CANADA | UBS AG, STAMFORD BRANCH | ☑ D  ☐ E/F  ☐ G |
| 2.182 | Hornblower Canadian Holdings, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |

Name

| | **Additional Page if Debtor Has More Codebtors** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.183 | Hornblower Canadian Holdings, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.184 | Hornblower Canadian Holdings, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.185 | Hornblower Canadian Holdings, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.186 | Hornblower Canadian Holdings, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.187 | Hornblower Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.188 | Hornblower Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.189 | Hornblower Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.190 | Hornblower Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.191 | Hornblower Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.192 | Hornblower Cruise Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.193 | Hornblower Cruise Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.194 | Hornblower Cruise Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.195 | Hornblower Cruise Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.196 | Hornblower Cruise Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.197 | Hornblower Cruises and Events Canada Limited | 207 QUEENS QUAY W, STE. 425 TORONTO, ON M5J 1A7 CANADA | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.198 | Hornblower Cruises and Events Canada Limited | 207 QUEENS QUAY W, STE. 425 TORONTO, ON M5J 1A7 CANADA | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor    Hornblower Yachts, LLC                                        Case number (If known):    24-90096 (MI)
          Name

| ■ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.199 | Hornblower Cruises and Events Canada Limited | 207 QUEENS QUAY W, STE. 425 TORONTO, ON M5J 1A7 CANADA | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.200 | Hornblower Cruises and Events Canada Limited | 207 QUEENS QUAY W, STE. 425 TORONTO, ON M5J 1A7 CANADA | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.201 | Hornblower Cruises and Events Canada Limited | 207 QUEENS QUAY W, STE. 425 TORONTO, ON M5J 1A7 CANADA | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.202 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.203 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.204 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | DERMFX | ☐ D ☐ E/F ☑ G |
| 2.205 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.206 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.207 | Hornblower Cruises and Events, Inc. | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.208 | Hornblower Cruises and Events, LLC | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.209 | Hornblower Cruises and Events, LLC | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.210 | Hornblower Cruises and Events, LLC | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.211 | Hornblower Cruises and Events, LLC | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.212 | Hornblower Cruises and Events, LLC | 455 N. CITYFRONT PLAZA DR., STE. 2600 CHICAGO, IL 60611 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.213 | Hornblower Development, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.214 | Hornblower Development, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
|--------|------------------------|-------------------------|---------------|
| | Name | | |

| **Additional Page if Debtor Has More Codebtors** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.215 | Hornblower Development, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.216 | Hornblower Development, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.217 | Hornblower Development, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.218 | Hornblower Energy, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.219 | Hornblower Energy, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.220 | Hornblower Energy, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.221 | Hornblower Energy, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.222 | Hornblower Energy, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.223 | Hornblower Facility Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.224 | Hornblower Facility Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.225 | Hornblower Facility Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.226 | Hornblower Facility Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.227 | Hornblower Facility Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.228 | Hornblower Ferry Holdings II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.229 | Hornblower Ferry Holdings II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.230 | Hornblower Ferry Holdings II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.231 | Hornblower Ferry Holdings II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.232 | Hornblower Ferry Holdings II, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.233 | Hornblower Ferry Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.234 | Hornblower Ferry Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.235 | Hornblower Ferry Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.236 | Hornblower Ferry Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.237 | Hornblower Ferry Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.238 | Hornblower Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |

Name

| | **Additional Page if Debtor Has More Codebtors** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.239 | Hornblower Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.240 | Hornblower Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.241 | Hornblower Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.242 | Hornblower Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.243 | Hornblower Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.244 | Hornblower Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.245 | Hornblower Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.246 | Hornblower Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
|--------|------------------------|--------------------------|---------------|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|--|--|--|--|--|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.247 | Hornblower Freedom, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.248 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.249 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.250 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.251 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.252 | Hornblower Group, Inc. | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.253 | Hornblower Holdco, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.254 | Hornblower Holdco, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | | Case number (If known): | 24-90096 (MI) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.255 | Hornblower Holdco, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.256 | Hornblower Holdco, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.257 | Hornblower Holdco, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.258 | Hornblower Hospitality Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.259 | Hornblower Hospitality Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.260 | Hornblower Hospitality Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.261 | Hornblower Hospitality Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.262 | Hornblower Hospitality Services, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | | Case number (If known): | 24-90096 (MI) |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.263 | Hornblower India Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.264 | Hornblower India Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.265 | Hornblower India Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.266 | Hornblower India Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |
| 2.267 | Hornblower India Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D  ☐ E/F  ☐ G |
| 2.268 | Hornblower Metro Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.269 | Hornblower Metro Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D  ☐ E/F  ☐ G |
| 2.270 | Hornblower Metro Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D  ☐ E/F  ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.271 | Hornblower Metro Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.272 | Hornblower Metro Ferry, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.273 | Hornblower Metro Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.274 | Hornblower Metro Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.275 | Hornblower Metro Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.276 | Hornblower Metro Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.277 | Hornblower Metro Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.278 | Hornblower Metro Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.279 | Hornblower Metro Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.280 | Hornblower Metro Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.281 | Hornblower Metro Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.282 | Hornblower Metro Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.283 | Hornblower Municipal Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.284 | Hornblower Municipal Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.285 | Hornblower Municipal Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.286 | Hornblower Municipal Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Yachts, LLC

Name

Case number (If known):   24-90096 (MI)

■ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.287 | Hornblower Municipal Operations, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.288 | Hornblower New York, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.289 | Hornblower New York, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.290 | Hornblower New York, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.291 | Hornblower New York, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.292 | Hornblower New York, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.293 | Hornblower Shipyard, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.294 | Hornblower Shipyard, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Yachts, LLC

Name

Case number (If known):   24-90096 (MI)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.295 | Hornblower Shipyard, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.296 | Hornblower Shipyard, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.297 | Hornblower Shipyard, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.298 | Hornblower Sub, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.299 | Hornblower Sub, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.300 | Hornblower Sub, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.301 | Hornblower Sub, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.302 | Hornblower Sub, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.303 | Hornblower UK Holdings Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☒ D ☐ E/F ☐ G |
| 2.304 | Hornblower UK Holdings Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☒ D ☐ E/F ☐ G |
| 2.305 | Hornblower UK Holdings Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☒ D ☐ E/F ☐ G |
| 2.306 | Hornblower UK Holdings Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☒ D ☐ E/F ☐ G |
| 2.307 | Hornblower UK Holdings Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET ROTHERHITHE LONDON, SE16 4TU UNITED KINGDOM | UBS AG, STAMFORD BRANCH | ☒ D ☐ E/F ☐ G |
| 2.308 | JJ Audubon, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☒ D ☐ E/F ☐ G |
| 2.309 | JJ Audubon, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☒ D ☐ E/F ☐ G |
| 2.310 | JJ Audubon, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☒ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.311 | JJ Audubon, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.312 | JJ Audubon, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.313 | Journey Beyond Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.314 | Journey Beyond Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.315 | Journey Beyond Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.316 | Journey Beyond Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.317 | Liberty Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.318 | Liberty Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Yachts, LLC
          Name

Case number (If known):   24-90096 (MI)

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.319 | Liberty Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.320 | Liberty Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.321 | Liberty Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.322 | Liberty Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.323 | Liberty Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.324 | Liberty Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.325 | Liberty Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.326 | Liberty Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.327 | Liberty Hospitality, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.328 | Liberty Hospitality, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.329 | Liberty Hospitality, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.330 | Liberty Hospitality, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.331 | Liberty Hospitality, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.332 | Liberty Landing Ferries, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.333 | Liberty Landing Ferries, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.334 | Liberty Landing Ferries, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
| --- | --- | --- | --- |
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
| --- |

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.335 | Liberty Landing Ferries, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.336 | Liberty Landing Ferries, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.337 | Mission Bay Water Transit Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.338 | Mission Bay Water Transit Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.339 | Mission Bay Water Transit Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.340 | Mission Bay Water Transit Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.341 | Mission Bay Water Transit Fleet, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.342 | Mission Bay Water Transit, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.343 | Mission Bay Water Transit, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.344 | Mission Bay Water Transit, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.345 | Mission Bay Water Transit, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.346 | Mission Bay Water Transit, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.347 | Niagara Jet Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.348 | Niagara Jet Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.349 | Niagara Jet Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.350 | Niagara Jet Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.351 | Niagara Jet Holdings, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☒ D ☐ E/F ☐ G |
| 2.352 | San Francisco Pier 33, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☒ D ☐ E/F ☐ G |
| 2.353 | San Francisco Pier 33, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☒ D ☐ E/F ☐ G |
| 2.354 | San Francisco Pier 33, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☒ D ☐ E/F ☐ G |
| 2.355 | San Francisco Pier 33, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☒ D ☐ E/F ☐ G |
| 2.356 | San Francisco Pier 33, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☒ D ☐ E/F ☐ G |
| 2.357 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☒ D ☐ E/F ☐ G |
| 2.358 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☒ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
| --- | --- | --- | --- |
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.359 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.360 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.361 | SEA Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.362 | Seaward Services, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.363 | Seaward Services, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.364 | Seaward Services, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.365 | Seaward Services, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.366 | Seaward Services, Inc. | 203 W. 1ST STREET, SUITE A NEW ALBANY, IN 47150 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Yachts, LLC
         _____          Case number (If known):   24-90096 (MI)
         Name

| ■ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.367 | Statue Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.368 | Statue Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.369 | Statue Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.370 | Statue Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.371 | Statue Cruises, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.372 | Statue of Liberty IV, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.373 | Statue of Liberty IV, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.374 | Statue of Liberty IV, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | | Case number (If known): | 24-90096 (MI) |

Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.375 | Statue of Liberty IV, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.376 | Statue of Liberty IV, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.377 | Statue of Liberty V, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.378 | Statue of Liberty V, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.379 | Statue of Liberty V, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.380 | Statue of Liberty V, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.381 | Statue of Liberty V, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.382 | Statue of Liberty VI, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.383 | Statue of Liberty VI, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.384 | Statue of Liberty VI, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.385 | Statue of Liberty VI, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.386 | Statue of Liberty VI, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.387 | TCB Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.388 | TCB Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.389 | TCB Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.390 | TCB Consulting, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

Debtor   Hornblower Yachts, LLC

Name

Case number (If known):   24-90096 (MI)

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.391 | TCB Consulting, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.392 | Venture Ashore, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.393 | Venture Ashore, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.394 | Venture Ashore, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.395 | Venture Ashore, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.396 | Venture Ashore, LLC | PIER 3, THE EMBARCADERO<br>SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.397 | Victory Holdings I, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200<br>FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.398 | Victory Holdings I, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200<br>FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Hornblower Yachts, LLC                                    Case number (If known):    24-90096 (MI)
          Name

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.399 | Victory Holdings I, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.400 | Victory Holdings I, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.401 | Victory Holdings I, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.402 | Victory Holdings II, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.403 | Victory Holdings II, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.404 | Victory Holdings II, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.405 | Victory Holdings II, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.406 | Victory Holdings II, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |

Debtor Hornblower Yachts, LLC      Case number (If known):   24-90096 (MI)

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.407 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.408 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.409 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.410 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.411 | Victory Operating Company, LLC | 2400 E. COMMERCIAL BLVD., STE. 1200 FORT LAUDERDALE, FL 33308 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.412 | Walks of New York Tours, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.413 | Walks of New York Tours, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.414 | Walks of New York Tours, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Hornblower Yachts, LLC | Case number (If known): | 24-90096 (MI) |
| --- | --- | --- | --- |
| | Name | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.415 | Walks of New York Tours, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.416 | Walks of New York Tours, LLC | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.417 | Walks, LLC (Delaware) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.418 | Walks, LLC (Delaware) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.419 | Walks, LLC (Delaware) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.420 | Walks, LLC (Delaware) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.421 | Walks, LLC (Delaware) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.422 | Walks, LLC (Texas) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |

Debtor  Hornblower Yachts, LLC
Name

Case number (If known): 24-90096 (MI)

---

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.423 | Walks, LLC (Texas) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.424 | Walks, LLC (Texas) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.425 | Walks, LLC (Texas) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.426 | Walks, LLC (Texas) | PIER 3, THE EMBARCADERO SAN FRANCISCO, CA 94111 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.427 | Yardarm Club (The) Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.428 | Yardarm Club (The) Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.429 | Yardarm Club (The) Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |
| 2.430 | Yardarm Club (The) Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET LONDON, SE16 4TU UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D ☐ E/F ☐ G |

Debtor  Hornblower Yachts, LLC

Name

Case number (If known): _24-90096 (MI)_

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.431 | Yardarm Club (The) Limited | CHERRY GARDEN PIER, CHERRY GARDEN STREET<br>LONDON, SE16 4TU<br>UNITED KINGDOM | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.432 | York River Boat Cruises Limited | BERMONDSEY WALL EAST<br>LONDON, SE16 4TU<br>UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.433 | York River Boat Cruises Limited | BERMONDSEY WALL EAST<br>LONDON, SE16 4TU<br>UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.434 | York River Boat Cruises Limited | BERMONDSEY WALL EAST<br>LONDON, SE16 4TU<br>UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.435 | York River Boat Cruises Limited | BERMONDSEY WALL EAST<br>LONDON, SE16 4TU<br>UNITED KINGDOM | GLAS TRUST COMPANY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.436 | York River Boat Cruises Limited | BERMONDSEY WALL EAST<br>LONDON, SE16 4TU<br>UNITED KINGDOM | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.437 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.438 | | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name  Hornblower Yachts, LLC

United States Bankruptcy Court for the:  Southern District of Texas, Houston Division

Case number (If known)  24-90096 (MI)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑  Amended Schedule  G

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/19/2024
　　　　　　　 MM / DD / YYYY

**X** /s/ Jonathan Hickman
Signature of individual signing on behalf of debtor

Jonathan Hickman
Printed name

Chief Restructuring Officer
Position or relationship to debtor