IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| HORNBLOWER HOLDINGS LLC, *et al.*,[1] | ) Case No. 24-90061 (MI) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF AMENDED EXHIBIT TO THE AMENDED DISCLOSURE STATEMENT FOR THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF HORNBLOWER HOLDINGS LLC AND ITS DEBTOR AFFILIATES**

[Relates to Docket No. 547]

**PLEASE TAKE NOTICE** that on March 18, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Joint Chapter 11 Plan of Reorganization of Hornblower Holdings LLC and Its Debtor Affiliates* [Docket No. 268] and the *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Hornblower Holdings LLC and Its Debtor Affiliates* [Docket No. 269].

**PLEASE TAKE FURTHER NOTICE** that on April 2, 2024, the Debtors filed the *Amended Joint Chapter 11 Plan of Reorganization of Hornblower Holdings LLC and Its Debtor Affiliates* [Docket No. 378] and the *Disclosure Statement for the Amended Joint Chapter 11 Plan of Reorganization of Hornblower Holdings LLC and Its Debtor Affiliates* [Docket No. 379].

**PLEASE TAKE FURTHER NOTICE** that on April 11, 2024, the Debtors filed the *Second Amended Joint Chapter 11 Plan of Reorganization of Hornblower Holdings LLC and Its*

---

[1] The last four digits of Debtor Hornblower Holdings LLC's tax identification number are 6035. Due to the large number of debtor entities in these chapter 11 cases, which are being jointly administered, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Hornblower. The location of the Debtors' service address for purposes of these chapter 11 cases is: Pier 3, The Embarcadero, San Francisco, CA 94111.

*Debtor Affiliates* [Docket No. 479] and the *Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Reorganization of Hornblower Holdings LLC and Its Debtor Affiliates* [Docket No. 480].

**PLEASE TAKE FURTHER NOTICE** that on April 16, 2024, the Debtors filed the *Amended Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Reorganization of Hornblower Holdings LLC and Its Debtor Affiliates* [Docket No. 547] (as may be amended from time to time and including all exhibits and supplements thereto, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the "Schedule of Class 6 General Unsecured Trade Creditors" was attached to the Disclosure Statement as Exhibit G ("Original Exhibit G").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is an amended Exhibit G to the Disclosure Statement ("Amended Exhibit G").  Attached hereto as **Exhibit 2** is a redline of Amended Exhibit G marked against Original Exhibit G.

[*Remainder of page intentionally left blank*]

April 25, 2024

Respectfully submitted,

By: */s/ John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Jacob A. Adlerstein (admitted *pro hac vice*)
Kyle J. Kimpler (admitted *pro hac vice*)
Sarah Harnett (admitted *pro hac vice*)
Neda Davanipour (admitted *pro hac vice*)
Kyle R. Satterfield (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
jadlerstein@paulweiss.com
kkimpler@paulweiss.com
sharnett@paulweiss.com
ndavanipour@paulweiss.com
ksatterfield@paulweiss.com

*Counsel to the Debtors and
the Debtors in Possession*

**Certificate of Service**

      I certify that on April 25, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                             */s/ John F. Higgins*
                                             John F. Higgins