IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HORNBLOWER HOLDINGS LLC, *et al.*,[1] | Case No. 24-90061 (MI) |
| Debtors. | (Jointly Administered) |
| AMERICAN QUEEN STEAMBOAT OPERATING COMPANY, LLC and VICTORY OPERATING COMPANY, LLC, | |
| Plaintiffs, | Adversary No: 24-03099 |
| v. | |
| ARGONAUT INSURANCE COMPANY, | |
| Defendant. | |

**NOTICE OF FILING OF**
**ADVERSARY COMPLAINT AGAINST ARGONAUT INSURANCE COMPANY**
[Related to Adv. Docket Nos. 1, 2, 3]

**PLEASE TAKE NOTICE** that, on May 6, 2024, American Queen Steamboat Operating Company, LLC (dba American Queen Voyages) and Victory Operating Company, LLC (dba American Queen Voyages) (together, the "Plaintiffs"), debtors in the above-captioned chapter 11 cases, commenced an adversary proceeding against Argonaut Insurance Company ("Argonaut") in the United States Bankruptcy Court for the Southern District of Texas (the

---

[1] The last four digits of Debtor Hornblower Holdings LLC's tax identification number are 6035. Due to the large number of debtor entities in these chapter 11 cases, which are being jointly administered, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Hornblower. The location of the Debtors' service address for purposes of these chapter 11 cases is Pier 3 on The Embarcadero, San Francisco, CA 94111.

"Court"), which is pending before the Court under Adversary No. 24-03099 (the "Adversary Proceeding").

**PLEASE TAKE FURTHER NOTICE** that, in connection with commencement of the Adversary Proceeding, the Plaintiffs filed the *Adversary Complaint for Declaratory Judgment* [Adv. Docket No. 1] (the "Complaint"),[2] seeking, among other things, entry of a judgment declaring that (i) all of the conditions required for Argonaut to pay refund requests of customers of the Plaintiffs (collectively, the "Customers") under the Surety Bonds have been met in full and (ii) Argonaut is therefore required to pay such refund requests within 90 days of (x) submission of such refund requests to Argonaut or (y) March 29, 2024, if such refund requests were submitted to Argonaut prior to such date, all as more fully set forth in the Complaint.

**PLEASE TAKE FURTHER NOTICE** that the Plaintiffs also have filed a motion for summary judgment on the claim asserted in the Complaint [Adv. Docket No. 2] (the "Motion for Summary Judgment"), as well as a motion to shorten the time period for Argonaut to respond to the Complaint and to expedite the schedule for briefing and consideration of Plaintiff's Motion for Summary Judgment [Adv. Docket No. 3] (the "Motion to Shorten Time Periods").

**PLEASE TAKE FURTHER NOTICE** that copies of the Complaint, Motion for Summary Judgment, Motion to Shorten Time Periods, and all other pleadings filed on the dockets of the chapter 11 cases and the Adversary Proceeding are available for inspection free of charge on the Debtors' website at https://omniagentsolutions.com/Hornblower. The Complaint, Motion for Summary Judgment, Motion to Shorten Time Periods, and all other pleadings filed on the dockets of the chapter 11 cases and the Adversary Proceeding also are available for a fee at the Court's website at http://ecf.txsb.uscourts.gov. A login identification and password to the Court's

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Complaint.

2

Public Access to Court Electronic Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.psc.uscourts.gov. Copies of the Complaint, Motion for Summary Judgment, Motion to Shorten Time Periods, and all other pleadings filed on the dockets of the chapter 11 cases and the Adversary Proceeding also may be examined between the hours of 8:00 a.m. and 5:00 p.m., prevailing Central Time, Monday through Friday, at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Southern District of Texas, United States Courthouse, 515 Rusk, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Complaint, the Plaintiffs seek a declaration that Customers are not required to obtain individual judgments against the Plaintiffs as a condition to receiving payments from Argonaut under the Surety Bonds. If the Court determines that Customers must obtain individual judgments against the Plaintiffs or Argonaut as a condition to receiving payment under the Surety Bonds, the Plaintiffs will notify Customers immediately of such requirements.

[*Remainder of page intentionally left blank.*]

May 8, 2024                                        Respectfully submitted,

By: */s/ Eric D. Wade*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
Eric D. Wade (TX Bar No. 00794802)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
ewade@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

*Attorneys for Plaintiffs American Queen Steamboat Operating Company, LLC and Victory Operating Company, LLC*

**Certificate of Service**

I certify that on May 8, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                     */s/* Eric D. Wade
                                                     Eric D. Wade