October 19, 2024

United States Courts
Southern District of Texas
F I L E D

OCT 2 8 2024

Nathan Ochsner, Clerk of Court

United States Bankruptcy Court
  Of Southern District of Texas, Houston Division
515 Rusk St.
Houston, TX 77002

We are reaching out to the courts to assist us in receiving a refund from Argonaut Insurance Company from a Bankruptcy Court Case 24-90061 (MI) May 17,2024.  As required, we fullfilled our obligation of required documentation as acknowledged by Argonaut email received Sept. 25, 2024.  We have called and left messages and emails to David Mathews and Lisa Jennings without success of a return call or email.  Court order was payment of claims must be paid by Argonaut no later than September 27, 2024.  Argonaut delay, rather intentionally or otherwise, is not following the court order.

We have included our:
1. American Queen Voyages – Guest Invoice $8118.00 plus airport transfers and credit card charges.
2. Citi Bank Charge $8,280.36
3. Two receipts for Certified mail for documentation sent.
4. Argo Surety email received September 25, 2024.

We have not received any other compensation from the credit card company or travel insurance.  We would appreciate any assistance from the courts.

Sincerely,

Duane and Sharyn DeClerck
2618 W. Carmel Estates Dr.
Cedar City, UT 84720
Email: duane-sharyn@msn.com
Home phone:  435 867-6224



# GUEST INVOICE

## AMERICAN QUEEN VOYAGES™

| | |
|---|---|
| Reservation ID | 1197154 |
| Status | Offer |
| Booking Date | 05/21/2023 |
| Invoice Date | 05/22/2023 |

If you are working with a travel agency, please contact your agent with questions and to submit payments. If you booked directly with us, submit credit card payments at 1-888-749-5280 or mail check payments to: American Queen Lockbox, P.O. Box 103138, Pasadena, CA 91189-3138. For delivery via overnight courier, ship American Queen Lockbox # 103138, 3710 Media Center Dr, Bldg. #5, Suite120, Los Angeles, CA 90065.

| ATTN: | GUEST NAME | GUEST ID | FROM | TO | EMBARK | DISEMBARK |
|---|---|---|---|---|---|---|
| | DECLERCK DUANE D. | 181763 | CLARKSTON | VANCOUVER, WA (PORTLAND, OR) | 05/20/2024 | 05/27/2024 |
| | DECLERCK SHARYN J. | 181764 | CLARKSTON | VANCOUVER, WA (PORTLAND, OR) | 05/20/2024 | 05/27/2024 |

DUANE DECLERCK
Ph: (530) 906-8171
Agency ID: 119421

| BOAT | Departure Date | THEME | # NIGHTS | STATEROOM / | CAT | BEDDING | DINING |
|---|---|---|---|---|---|---|---|
| AMERICAN EMPRESS | 20-May-2024 | | 7 | 334 | C | Queen Bed | EARLY 05:30 PM |

| PRE/POST VOYAGE HOTEL | | | | | | STATUS |
|---|---|---|---|---|---|---|
| Guests 1,2 | LAND/SEA | In: 05/19/2024 | Out: 05/20/2024 | Room: STANDARD | TBD SPOKANE HOTEL | Requested |

### Add-Ons /Special Requests

| | | |
|---|---|---|
| Guest | 1 | 2 – $50pp OBC RSA |
| Guest | 1 | 1 – $100 OBC PER PERSON, comp |
| Guest | 2 | 2 – $50pp OBC RSA |
| Guest | 2 | 1 – $100 OBC PER PERSON, comp |
| Guest | 1 | 1 – CELEBRATING ANNIVERSARY |
| Guest | 2 | 1 – CELEBRATING ANNIVERSARY |
| Guest | 2 | 1 – REQUESTS DISTILLED WATER FOR CPAP |

| | Guest1 | Guest2 | Total |
|---|---|---|---|
| **VOYAGE FARE** | | | |
| * VOYAGE FARE | $4,809.00 | $4,809.00 | $9,618.00 |
| * LikeRoyaltyAQV, requires payment in full | -$750.00 | -$750.00 | -$1,500.00 |
| TOTAL VOYAGE FARE | $4,059.00 | $4,059.00 | $8,118.00 |
| **HOTEL FARE** | | | |
| * HOTEL PRICE | $0.00 | $0.00 | $0.00 |
| TOTAL HOTEL FARE | $0.00 | $0.00 | $0.00 |
| TOTALS | $4,059.00 | $4,059.00 | $8,118.00 |

| PAYMENT SCHEDULE | | | |
|---|---|---|---|
| FINAL PAYMENT | 05/27/2023 | EST | $8,118.00 |

Payments made by credit card will appear on your bank statement as American Queen and are subject to a 2% surcharge except in CT, ME, MA and OK.

| GROSS BALANCE DUE | $8,118.00 |
|---|---|



ARGO SURETY

Wednesday, September 25, 2024

duane-sharyn@msn.com

Duane DeClerck
2618 W Carmel Estate Dr
Cedar City UT 84720

TO:     All AQV Customers

|  | RE:     Principal: | Victory Operating Company, LLC dba American Queen Voyages ("Victory Operating") |
|---|---|---|
|  | Bond No.: | SUR0046973 |
|  | Obligee: | United States of America |
|  | Claim Amount: | Various |
|  |  |  |
|  | Principal: | American Queen Steamboat Operating Company, LLC dba American Queen Voyages ("AQSOC") |
|  | Bond No.: | SUR0039562 |
|  | Obligee: | United States of America |
|  | Claim Amount: | Various |

Dear AQV Customers:

I am writing on behalf of Argonaut Insurance Company ("Argo") in connection with claims that have been submitted to Argo under the above referenced bonds (the "Bonds") either directly by you or by the Customer Representative for the Represented AQV Customers as those terms are defined in the Agreed Order Establishing Procedures for the Submission of AQV Cancelled Cruise Claims (Dkt No. 16, Adv. Proceeding 24-03099) (the "Claim Order").    Argonaut previously acknowledged receipt of the Customer Representative's  Claim  Letter  and/or  your  claim.  **Note  that  the  Customer Representative's role was solely to collect and submit your claim to Argo pursuant to the Claim Order, which she has done.  As such, all further communications regarding your claim should be with Argo.**

David Mathews
AVP, Surety Claims, Counsel
P.O. Box 469011
San Antonio, TX 78246
Phone: (312) 564-7251
david.mathews@argosurety.com

This letter provides additional instructions for submitting claims under the Bonds. Note that the Bonds are not insurance policies. Each Bond is a contract of surety and as such, is only available if Victory Operating and/or AQSOC, as applicable, fail to fulfill their respective financial commitments to their respective customers who booked passage on a vessel covered by a Bond. The Bond does not cover commissions, fees, expenses, or other charges claimed against Victory Operating and/or AQSOC. Argonaut's liability for claims under the Victory Operating Bond shall not exceed $7 million. Argonaut's liability for claims under the AQSOC Bond shall not exceed $32 million. Argonaut will report all payments made under a Bond to the Federal Maritime Commission pursuant to the terms of each Bond.

### Completion of Argo Proofs of Claim, W-9, and Submission of Documentation:

Enclosed you will find the following documents that Argonaut will require from you and each customer reflected in your claim in order to remit any payment for a claim covered by a Bond:

1. **Completed and signed Argonaut Proof of Claim Form.**

   Enclosed you will find two Argonaut Proofs of Claim forms. Please complete the Argo Proof of Claim listing the vessel/ship on which you booked your cruise. Please also submit the documentation requested in the completed Argo Proof of Claim. **If you have already provided the supporting documentation to <u>Argo or the Claim Representative directly, you do not need to submit the documentation again. Please indicate in your </u> completed Argonaut Proof of Claim to whom you submitted the supporting documentation and your date of submittal.** If you submitted documents to Omni Agent Solutions, you will need to submit those documents to Argo.

2. **Completed and signed W-9 form from you.**

   We recognize that this request may be duplicative of information and documents you filed in the Chapter 11 cases of Victory Operating and/or AQSOC, but this is necessary and required by various state laws we are bound to honor.

David Mathews
AVP, Surety Claims, Counsel
P.O. Box 469011
San Antonio, TX 78246
Phone: (312) 564-7251
david.mathews@argosurety.com

**Where and How to Submit Additional Documents:**

Please return the completed Argonaut Proof of Claim, W-9, and supporting documents as follows:

**Email** - Send completed W9 and Proof of Claim to Hornblower.Claims@ArgoSurety.com

OR

**Mail:**
Attn: Hornblower/AQV Claims
Argo Group US
711 Broadway, Suite 400
San Antonio, TX 78215

**Next Steps After Receipt of Argonaut Proof of Claim, W-9, and Additional Documents**

Argonaut will review the completed Argonaut Proof of Claim and all documentation, as part of its continuing evaluation of your claim. If approved, Argonaut will send you a Release and Assignment for review. Argo will remit payment to customers that have provided a completed W-9 and a signed Release and Assignment.

Argonaut reserves all rights and defenses under the Bonds, including, without limitation, the penal limit thereof.

Very Truly,
Argonaut Insurance Company

David Mathews
AVP, Surety Claims, Counsel

cc:    Nadine Lewis (via email)
       Scott C. Williams (via email)

David Mathews
AVP, Surety Claims, Counsel
P.O. Box 469011
San Antonio, TX 78246
Phone: (312) 564-7251
david.mathews@argosurety.com



www.citicards.com                               Customer Service 1-855-378-6467          Page 2 of
                                                              TTY:711

SHARYN DE CLERCK

## CARDHOLDER SUMMARY

| | |
|---|---|
| SHARYN DE CLERCK | Card ending in 3663 |
| **New Charges** | |
| DUANE DECLERCK | Card ending in 3671 |
| **New Charges** | **$9,280.35** |



## ACCOUNT SUMMARY

| Sale Date | Post Date | Description | Amount |
|---|---|---|---|
| | | Payments, Credits and Adjustments | |
| | 02/20 | AUTOPAY 999990000026544RAUTOPAY AUTO-PMT | |



SHARYN DE CLERCK
Standard Purchases

| Sale Date | Post Date | Description | | Amount |
|---|---|---|---|---|
| 06/04 | 06/04 | COSTCO WHSE #0572 | ST GEORGE   UT | |
| 06/12 | 06/12 | COSTCO WHSE #0572 | ST GEORGE   UT | |



DUANE DECLERCK
Standard Purchases

| Sale Date | Post Date | Description | | Amount |
|---|---|---|---|---|
| 05/27 | 05/27 | AMERICANQUEENVOYAGES   888-749-5280 IN | | $9,280.35 |

Fees Charged

| | |
|---|---|
| **TOTAL FEES FOR THIS PERIOD** | **$0.00** |

Interest Charged

| | |
|---|---|
| **TOTAL INTEREST FOR THIS PERIOD** | **$0.00** |

### 2023 totals year-to-date

| | |
|---|---|
| Total fees charged in 2023 | $0.00 |
| Total interest charged in 2023 | $0.00 |

### Interest charge calculation

Days in billing cycle: 33

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 20.24%(V) | $0.00 (D) | $0.00 |
| **ADVANCES** | | | |
| Standard Adv | 29.99%(V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

### Account messages

©2023 Citibank, N.A.
Citi, and Citi with Arc Design are registered service marks of Citigroup Inc. Visa® is a registered trademark of Visa International Service Association and used under license.

Important Information  If you have questions about marketing communications, please visit www.citi.com/offersforyou  or call the number on the back of your card.  (TTY:  We accept 711 or other Relay Service.)

Costco Cash
Rewards Summary

**Total Costco Cash Rewards Balance:**

Costco Cash Rewards Summary

Costco Cash Rewards balance
as of last statement ..................

Earned this period ......................

**Total Costco Cash Rewards Balance
Year To Date:**

Costco Cash Rewards
Earned This Period

4% cash back on eligible gas and electric vehicle (EV) charging purchases worldwide, including gas and EV charging at Costco[1] ..................+$0.00

3% on restaurants ....................+$0.00

3% on eligible travel worldwide ...... 

2% on Costco and Costco.com ...................

1% on all other purchases ...................+$0.00

**Total Earned:**





[1] Up to $7,000 per year in purchases, then 1% cash back



**CERTIFIED MAIL**

Duane & Sharyn DeClerck
2618 W. Carmel Estates Dr.
Cedar City, UT 84720-1990

9589 0710 5270 2577 5563 83

U.S. POSTAGE PAID
FCM LETTER
PARK CITY, UT 84098
OCT 21, 2024
**$5.86**
S2324P501527-17

Retail

RDC 99

77002

United States Courts
Southern District of Texas
F I L E D

OCT 2 8 2024

Nathan Ochsner, Clerk of Court

United States Bankruptcy Court
of Southern Dist. of Texas, Houston Div.

515 Rusk St.
Houston, TX 77002

Case# 24-90061