United States ~~~
Southern District of Texas
FILED

MAY 11 2026

Nathan Ochsner, Clerk of Court

5/5/2026

My name is Marie Wodaege, and I am writing on behalf of my son, Matthew Wodaege (Claim #C100-97; Case #24-90061 Hornblower Holdings, LLC).

Matthew is deceased, and as his mother, I respectfully request that his claim be reviewed and reclassified accordingly. I would appreciate your guidance on the documentation or information required to process this request and to facilitate payment of any unsecured amount due.

Thank you for your time and assistance. I look forward to your response.

Sincerely,

*Marie Wodaege*

Marie Wodaege

2060 Spruce Ave.

Woodland, WA 98674

360-975-1528